1                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF KANSAS
2

STEVEN WAYNE FISH, et al.,     Docket No. 16-2106-JAR
3

      Plaintiffs,              Kansas City, Kansas
4                              Date:  03/07/16

v.
5

KRIS W. KOBACH,
6  In his official capacity as
   Secretary of State, et al.,
7

      Defendants.
8  .........................

9
                          TRANSCRIPT OF
10               TELEPHONIC STATUS CONFERENCE
             BEFORE THE HONORABLE JULIE A. ROBINSON
11                UNITED STATES DISTRICT JUDGE

12 APPEARANCES:
   For the Plaintiff:  Mr. Dale E. Ho
13                      Mr. R. Orion Danjuma
                        Ms. Sophia Lin Lakin
14                      ACLU Foundation - New York
                        125 Broad Street
15                      New York, NY 10004

16                      Mr. Stephen D. Bonney
                        ACLU Foundation of Kansas
17                      6701 W. 64th Street, Suite 210
                        Overland Park, Kansas 66202
18
                        Mr. Neal Steiner
19                      Dechert, LLP - NY
                        1095 Avenue of the Americas
20                      New York, NY 10036

21

   (Appearances continued on next page)
22

23

24

25

1    APPEARANCES:

2    For the Defendant Kris W. Kobach:
                         Mr. Kris W. Kobach
3                        Mr. Garrett Roe
                         Memorial Hall, First Floor
4                        120 S.W. Tenth Street
                         Topeka, Kansas 66612

5
     Court Reporter:     Kelli Stewart, RPR, CRR, RMR
6                        Official Court Reporter
                         259 U.S. Courthouse
7                        500 State Avenue
                         Kansas City, Kansas 66101

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              (1:03 p.m., hearing commenced.)
 2              THE COURT:  Good afternoon.  This is Judge
 3   Robinson.  I think we have all parties on the line, so
 4   I'll call the case.  It is Fish, et al., versus-- Fish
 5   versus Kobach, 16-2105.  Who's on the line for
 6   plaintiff?
 7              MR. HO:  Good afternoon.  This is Dale Ho of
 8   the ACLU on behalf of the plaintiffs.  I'm joined by
 9   Orion Danjuma and Sophia Lakin.
10              MR. BONNEY:  And this is Doug Bonney in
11   Kansas City on behalf of plaintiffs.
12              MR. STEINER:  Good afternoon, Your Honor.
13   It's Neal Steiner from Dechert in New York, also on
14   behalf of the plaintiffs.
15              THE COURT:  All right.  And who's going to
16   be speaking on behalf of the plaintiffs for this call?
17              MR. HO:  I will, Your Honor.  It's Dale Ho.
18              THE COURT:  Okay.  And then on the line for
19   defendant Kris Kobach?  Is anyone on the line?  (No
20   response).  Okay.  Is anyone on the line for defendant
21   Nick Jordan?  He's pro se.  Is Nick Jordan on the line?
22   (No response).
23              Okay.  Well, I think we thought everyone was
24   on the line when it indicated three parties but I guess
25   it's because so many people have called in for
```

1    plaintiff.  We'll put you on hold.  And we'll be right

2    back with you as soon as we hear somebody else from the

3    other side on the line.

4              MR. HO:  Thank you, Your Honor.

5              THE COURT:  Okay.

6              (The Court and courtroom deputy confer).

7              THE COURT:  Counsel?

8              MR. HO:  Yes, Your Honor.

9              THE COURT:  Okay.  We're actually putting

10   you all on mute.  You can't hear us, just so we can hear

11   when the others join.

12             MR. HO:  Okay.  Thank you, Your Honor.

13             (Phone was placed on mute).

14             MR. BONNEY:  Garrett Roe is trying to call

15   me so I'll send him an e-mail.

16             THE COURT:  Who just joined?  This is Judge

17   Robinson.

18             MR. KOBACH:  Hi.  This is Kris Kobach,

19   Secretary of State.  I apologize, Judge, we didn't have

20   the access code.

21             THE COURT:  Okay.  Mr. Kobach, is anyone

22   else going to be on the line for defendant other than

23   you?

24             MR. KOBACH:  Yes.  Garrett Roe is on the

25   line as well, co-counsel.  And Bethany Lee in my office

1   is also on the line.

2          THE COURT:  Okay.  So is Bryan Brown on the

3   line or is he intending to be here?

4          COURTROOM DEPUTY:  No, he's not going to be

5   there.

6          THE COURT:  He's not going to be there.

7          MR. KOBACH:  He's not on the line today, no.

8          THE COURT:  Okay.  And are you going to be

9   the one speaking on behalf of the defense team, Mr.

10  Kobach?

11         MR. KOBACH:  Yes, Your Honor, although

12  Garrett Roe may be able to fill in some details if I'm

13  not aware.

14         THE COURT:  Okay.  We'll just ask you to

15  identify yourselves by voice so the court reporter can

16  make sure she's attributing it to the right person.  So

17  we've got I think Mr. Ho on the line for plaintiffs, as

18  well as a number of other people for plaintiffs.  Mr. Ho

19  is going to be speaking.  So I think we have everyone on

20  the line now.

21         And so we're on the record 16-2105, Fish

22  versus Kobach, et al.

23         So a number of things I want to talk to you

24  all about.  The first obviously is this-- there's this

25  motion, plaintiff's motion for some proposed--

1    defendants' motion for extensions.  And plaintiff has

2    indicated they are in agreement with those extensions,

3    but they would like some extensions as well.  Is

4    everyone okay with what plaintiff has asked for?

5              That would include the ability to-- to start

6    discovery immediately and to extend the discovery

7    deadline four weeks beyond the May 20 discovery deadline

8    in the Keener case.  And then plaintiffs also are

9    agreeing to consent to consolidation with Keener for

10   discovery purposes only.  And then they're also asking

11   that their reply deadline for the PI motion be moved

12   back one week to April 8th.  So maybe we need to take

13   those up separately.

14             Let me hear from you, Mr. Kobach.

15             MR. KOBACH:  Thank you, Your Honor.  We are

16   amenable to plaintiffs' request as well.  We have no

17   objection to those.  The one point that we weren't able

18   to fully I guess represent our side of the litigation on

19   is-- I think it's important for the Court to note that

20   the other defendant, who is the Secretary of Revenue,

21   Nick Jordan, he has not yet been served and is not

22   technically yet in the case.

23             And so we can't-- I'm representing my

24   office.  The Attorney General's Office will be

25   representing Mr. Jordan if, and when, he's ever formally

 1   brought into the case.  So I can't speak for them.  But

 2   speaking for my office, we have no objection.

 3              THE COURT:  Okay.  I understand.  And Mr.

 4   Ho, do you know, are you close to serving Mr. Jordan?

 5              MR. HO:  I believe that Secretary Kobach is

 6   mistaken about whether or not Secretary Jordan has been

 7   served.  We have proof of service indicating that

 8   Secretary Jordan was personally served on the 18th of

 9   February.

10              THE COURT:  Okay.

11              MR. KOBACH:  I have representation-- this is

12   Kris Kobach.  I have representation from the Attorney

13   General's Office that they do not-- from this morning

14   that they do not believe service has occurred.  I don't

15   have firsthand knowledge, but that's-- I think we have

16   their statement from the AG's office.

17              THE COURT:  Is this one-- you know, I'm just

18   sort of likening this to the Federal Rules where-- to

19   serve agency in the United States, you have to serve

20   Justice Department and the-- I mean, multiple.  So has

21   the Attorney General's Office actually received service

22   as well or just Secretary Jordan?

23              MR. HO:  I'd have-- this is Dale Ho for the

24   plaintiffs, Your Honor.  I'd have to check to see

25   whether or not the Attorney General has received service

 1   as well, but we do have proof of service with respect to

 2   Secretary Jordan personally.

 3            THE COURT:  Okay.  Well, I understand that

 4   Secretary Kobach is representing himself as a party

 5   defendant and not the other party defendant.  So we'll

 6   just proceed with the parties that are in the case-- or

 7   at this hearing now, so there's no dispute about these

 8   other extensions.  So defendants have until 14 days to

 9   file the answer, which I think is March 18th, and 14

10   days to oppose class certification, and seven days to

11   oppose the preliminary injunction motion, consistent

12   with their motion, which I'll grant in full.

13            And then I'll grant plaintiff's request to

14   begin discovery immediately, to extend discovery four

15   weeks beyond May 20th, which is the deadline-- the

16   discovery deadline in the Keener case, to allow

17   plaintiffs to reply by April 8th to the motion for

18   preliminary injunction, and then finally, to consolidate

19   the Fish case with the Keener case for discovery

20   purposes only.

21            I'm hearing no objection to that either.

22   And for the record--

23            (The Court and law clerk confer).

24            THE COURT:  Oh, okay.  So the only motion

25   that's actually been filed is Mr. Kobach's motion for an

1    extension of time to respond to the class certification.

2    But based on what you all agree to, I think maybe we

3    ought to enter an order that incorporates these other

4    extensions and these other deadlines that you all agreed

5    to.

6            Is that all right, Mr. Ho?

7            MR. HO:  Yes, Your Honor.  We would

8    appreciate that very much.  Thank you.

9            THE COURT:  All right.  And Mr. Kobach?

10            MR. KOBACH:  Your Honor, yes.  This is Kris

11    Kobach for defendant.  We have one other minor request,

12    if possible.  And that is, if we could perhaps stagger

13    the response to class certification and maybe delay it

14    by another week or two.  The reason being, things are

15    kind of piling up right now and we-- we're actually just

16    taking off tomorrow to go appear in a related-- well,

17    not directly related but indirectly related case in

18    front of the District of Columbia U.S. District Court.

19    And so we're-- we have a very small attorney's office in

20    the Secretary of State's Office.  So it would be helpful

21    if we don't have multiple briefs due on the same day or

22    nearly the same day.

23            THE COURT:  All right.  Let me take a look

24    at this.  So, let's see, the deadlines in Keener are:

25    The motion to certify was due January 25th, responses

1  February 22.  And we just granted I think today an

2  extension of the reply in Keener to March 21.  So you're

3  wanting to push back the motion-- okay.  So in Fish,

4  right now the motion to certify class was filed

5  February 19th.  The response would be due March 4th.

6  You want to push that back by a couple of weeks you

7  said?

8          MR. KOBACH:  Well, one way to look at it,

9  Your Honor, might be-- you know, if it could be seven

10  days after the hearing on the preliminary injunction,

11  whenever that might be.  That would be ideal, then we

12  could separate the two issues on our briefing.

13          THE COURT:  Okay.  We're intending to set

14  the PI hearing on April 14th.  I'm in trial almost--

15  well, seriatim for the next several months.  So that's--

16  I don't have a lot of daylight.  But April 14th we could

17  set aside.  So we would talking about a response

18  deadline then of April 21 or so.

19          MR. KOBACH:  That would be-- that would be

20  great, if it's okay with plaintiff.

21          THE COURT:  Mr. Ho?

22          MR. HO:  Well, we haven't discussed this as

23  a team, Your Honor.  It does seem rather long, the

24  current response date is March 4th.  But I-- I don't

25  suppose we have a-- an objection, Your Honor.

1              THE COURT:  All right.  I think I-- I think

2      I'll go ahead and enter that April 21.  Meanwhile, of

3      course, discovery is ongoing and hopefully everyone will

4      be in a better position, even though we're extending

5      these deadlines.  In the meantime, you'll be doing

6      discovery which should inform the process.  Okay.  So we

7      will put a little order out about that as well.

8              Okay.  Let's see.  We've talked about

9      consolidation.  And April 14th.  And I don't know, had

10     we already sent notice on that to them?  April 14th.  So

11     we'll set aside a day for that.

12              Now, we're going to also need to set a

13     hearing on the motion-- motions for class certification.

14     So I'd like to get a sense from you if you're prepared

15     today to just tell me how long you think those would be,

16     at least the Fish hearing, how long a hearing we might

17     need to set aside time for.  Mr.-- Mr. Ho.

18              MR. HO:  I don't anticipate the class

19     certification hearing taking a substantial amount of

20     time, Your Honor.  I don't-- we're not currently

21     planning on putting on live testimony for that hearing,

22     so I-- and obviously we'll have to see how the

23     defendants respond to the motion, but I don't anticipate

24     it being a particularly long hearing.

25              THE COURT:  All right.  So if we set aside

1   say a maximum of a half a day, do you think that would

2   be enough, Mr. Kobach?

3           MR. KOBACH:  Oh, I think that would be

4   plenty, Your Honor.  We were guessing it might be in the

5   nature of an hour.  But yeah, that's more than enough,

6   according to our estimation.

7           THE COURT:  Well, we would prefer an hour,

8   but we'll--

9           MR. HO:  This is a Dale Ho for the

10  plaintiffs.  An hour is-- is I think consistent with

11  what we were expecting, Your Honor.

12          THE COURT:  Okay.  And would it make sense

13  to set the Keener motion at the same time, same day?

14          MR. KOBACH:  The-- the class certification

15  hearing on Keener?

16          THE COURT:  Yes.

17          MR. KOBACH:  Yeah, that might be-- that

18  would probably save everybody some-- some time.

19          THE COURT:  Okay.  Why don't we just set

20  those both on the same morning and we won't set anything

21  else that morning and that way we'll be fine.

22          And let's see, with the responses we're

23  probably looking at a May hearing I imagine.  No?  Yeah,

24  the last-- the response we've bumped out to April 21.

25  All right.  We'll look at some dates in late May.  I

1    think there's a window of time between trials.  So we'll

2    look at that and then we'll shoot some e-mails.

3              COURTROOM DEPUTY:  That's May.  And we could

4    just take one of those days from trial.

5              THE COURT:  Oh, okay.  We'll be in trial,

6    but we'll just take a day off, maybe like a Friday.

7    Okay.  We will push out a couple three days to you in

8    May and see how we stack up.  Okay?  Late May probably.

9    We'll try to stay away from Memorial Day weekend.  Okay.

10             MR. KOBACH:  Your Honor, that sounds fine to

11   defendant.  I just wanted to give you a heads-up that--

12   if you may know, the magistrate set a scheduling order,

13   oh, about a month ago or less than that, about three

14   weeks ago in the Keener case.  And I'm looking at that

15   scheduling order right now.  All that this would do

16   would probably mean that the expert disclosure dates

17   might need to be moved back a little bit.  But I just

18   want to let you know that if the judge-- if you do

19   decide, Your Honor, to consolidate the cases then it

20   might-- the magistrate's scheduling order might need to

21   be modified a little bit.

22             THE COURT:  I agree.  In fact, given these

23   are going to be consolidated for discovery, I'm going to

24   talk to the two magistrate judges and seek to have just

25   one of them do both.  I think it would be easier to

1    manage that way.  So it's Judge Rushfelt that has Keener

2    and I think it's Judge O'Hara that has Fish.  I'll talk

3    to the two of them, and we'll probably have one transfer

4    one to the other.  And then we'll look at those

5    deadlines and make sure they're going to work, given

6    what we talked about today.

7              Okay.  Anything else you can think of?  Mr.

8    Ho?

9              MR. HO:  Yes, Your Honor.  There were two

10   small matters that I wanted to raise, bring to your

11   attention since we have all of the parties here.

12             One was with respect to one of the dates in

13   the Keener scheduling order that Secretary Kobach just

14   referred to a moment ago.  You know, obviously the cases

15   are going to be consolidated for discovery purposes.

16   The deadline for motions to amend or join additional

17   parties as set forth in the Keener schedule is currently

18   March 15th, 2016.  And we would just have one request,

19   which would be to move that back by one day.

20             And the reason for that is, Your Honor, is

21   that we represent another organization that has provided

22   notice to Secretary Kobach of violations under the

23   National Voter Registration Act.  And that organization

24   has to wait 90 days from the date of that letter before

25   it can initiate any action against the Secretary.  The

1    90th day would be March 16th.  And we think it's simpler

2    if the-- to simply amend our complaint to include that

3    organization as a plaintiff and we could do that on the

4    16th, which is just one day after the current deadline

5    for amending pleadings.

6              THE COURT:  So to be safe, you'd want the

7    deadline pushed out to say March 17th?

8              MR. HO:  We wouldn't object to the extra

9    day, Your Honor.

10             THE COURT:  Okay.  All right.  So there's

11   that.  And I think, Mr. Kobach, you mentioned the expert

12   designation?

13             MR. KOBACH:  Yeah.  Yes, Your Honor.  So the

14   current schedule for the Keener case, Cromwell and

15   Keener case, has plaintiffs disclose their experts by

16   April 1, defendants by May 2, and then rebuttal experts

17   by June 1.  Probably all of those would need to be

18   pushed back if we have a-- a hearing date in late May.

19   I imagine those would probably need to be pushed back

20   two months maybe.  Two months from their existing

21   deadlines.

22             THE COURT:  Okay.  We don't-- since we don't

23   have the Keener folks on the line, we'll have to look at

24   that.  I think what we'll do, I'll have one magistrate

25   handle this and set it for another scheduling conference

1   with both cases.  And-- but I'll let the magistrate

2   judge know that we've got these issues, particularly the

3   amended complaint needs to be extended, that deadline,

4   and-- and then have him get you all on the phone and

5   figure out the best dates so that both are on the same

6   track.

7            So I imagine he'll be in touch of you

8   shortly.  I don't know if it will be Judge Rushfelt or

9   Judge O'Hara, but one of the two of them will be in

10  touch with you.

11           All right.  Mr. Ho, was there anything else

12  from you?

13           MR. HO:  Yes, just one other matter, Your

14  Honor.  And since Your Honor has already referred to us

15  having an additional telephonic conference in front of

16  the magistrate judge, we could raise it with the

17  magistrate at that time.  I did just want to note that

18  given that-- under the new deadlines that have been

19  ordered, our reply for the preliminary injunction I

20  think will be due on the 8th of April.  There's a very

21  limited amount of discovery that we would like to keep

22  from the defendants prior to our reply deadline so that

23  we could use that material on reply.

24           Discovery is open so we can serve our

25  requests if-- you know, very, very quickly, within the

1    next 48 hours or so.  But we would like to get expedited

2    responses so that we could use those materials for the

3    preliminary injunction hearing.  We can raise this with

4    the magistrate judge or put it in a motion, but since

5    all the parties-- or Secretary Kobach anyway, is on the

6    line today, I thought I might raise that issue.

7              THE COURT:  In what form is your discovery

8    request?

9              MR. HO:  They're in the form of some very--

10   a very limited number of interrogatories and a few

11   requests for production of documents.

12             THE COURT:  All right.  And so if you're

13   going to serve them like within the next day or two, say

14   March 8th--

15             MR. HO:  Uh-huh.

16             THE COURT:  -- you would want responses say

17   by April 1st, April 3rd, something like that?

18             MR. HO:  I suppose it depends on, you know,

19   whether or not the Secretary is going to, you know,

20   agree to produce the documents that we need without, you

21   know, requiring us to come back to the Court.  If-- if

22   we do have to come back to the Court, I-- I think a

23   deadline of the 1st or the 3rd probably wouldn't give us

24   enough time to resolve any disputes in order to get

25   those materials.

1          So, you know, I think we were hoping for

2    something along the lines of-- of a 14-day turnaround.

3    If we could serve the requests say by the 9th, which is

4    Wednesday, to get responses by the 23rd, which is two

5    weeks after that, or perhaps the 25th, which is the end

6    of that week.

7          THE COURT:  Okay.  Have you advised Mr.

8    Kobach what the documents are that you're seeking?

9          MR. HO:  Well, many of the documents we've

10   already requested we, in fact, requested prior to

11   litigation through the Kansas Open Records Act.  We've

12   not received responses to those, but the-- the nature of

13   the documents that we're interested in is I think at

14   this point not-- will not be a surprise to Secretary

15   Kobach, as they're largely identified in those Open

16   Records Act requests.

17          THE COURT:  All right.  Let's do this; today

18   is Monday.  You serve those discovery requests by

19   Wednesday, and then I'll ask you all to confer.  And by

20   a week from Wednesday, confer to the-- to the extent

21   that, you know, Mr. Kobach, you're able to tell them if

22   there are going to be objections to anything.  And if

23   not, what documents you're prepared to produce and when.

24   If there are objections, if there are going to be

25   objections, let us know by e-mail and I-- I think one of

1   the magistrate judges will take it up with you by phone

2   next week.

3              MR. KOBACH:  Your Honor, this is Secretary

4   Kobach.  I can let you know one of the reasons that

5   our-- the Open Records request has not yet been

6   responded to, it's one of the largest requests our

7   office has ever received, extremely voluminous.  And so

8   I'm almost certain that turning it around quickly will

9   be difficult.  And there may be some portions of it, I'm

10  trying to recall all the elements, but there may be some

11  portions that are-- that are documents regarding voters'

12  private information that we would not be willing to

13  provide.  Anyway, so it's voluminous and there probably

14  will be some dispute between the parties about what is

15  provided.

16             THE COURT:  All right.  We'll talk to the

17  magistrate judge and see if-- when he can set a hearing

18  with you all next week to talk about the discovery

19  requests.  We'll try to get on top of it next week.

20             Okay.  How about you, Mr. Kobach, anything

21  else we need to talk about today?

22             MR. KOBACH:  No, Your Honor.  I think that

23  covers it.

24             THE COURT:  Okay.  And then one more time,

25  Mr. Ho, anything else from you?

1          MR. HO:  No, nothing further, Your Honor.

2   Thank you.

3          THE COURT:  Okay.  So we will-- I'll be

4   talking to the magistrate judge within the next day or

5   two.  Then we'll communicate with you and let you know

6   which of the two is handling it.  And that office will

7   be in touch with you about setting this for a hearing

8   next week on the discovery matters.  Okay?  That will

9   also be the office that issues a modified scheduling

10  order.  Okay?

11         All right.  Well, I thank you all for being

12  available and we'll be in touch.  I'll disconnect.

13  Thank you.

14         MR. HO:  Thank you so much, Your Honor.

15         MR. KOBACH:  Thank you, Your Honor.

16         (1:27 p.m., proceedings recessed).

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

    I, Kelli Stewart, a Certified Shorthand Reporter and

the regularly appointed, qualified and acting official

reporter of the United States District Court for the

District of Kansas, do hereby certify that as such

official reporter, I was present at and reported in

machine shorthand the above and foregoing proceedings.

    I further certify that the foregoing transcript,

consisting of 20 pages, is a full, true, and correct

reproduction of my shorthand notes as reflected by this

transcript.

    SIGNED March 22, 2016.




          /s/ Kelli Stewart
          Kelli Stewart, CSR, RPR, CCR, RMR