IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, RALPH ORTIZ, DONNA BUCCI, CHARLES STRICKER, THOMAS J. BOYNTON, AND DOUGLAS HUTCHINSON on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>KRIS KOBACH, in his official capacity as Secretary of State for the State of Kansas; and<br><br>NICK JORDAN, in his official capacity as Secretary of Revenue for the State of Kansas,<br><br>    Defendants. | Case no. 2:16-cv-02105 |

### DEFENDANT NICK JORDAN'S MOTION TO DISMISS
### PLAINTIFFS' FIRST AMENDED COMPLAINT

COMES NOW Defendant, Nick Jordan, Secretary of the Kansas Department of Revenue, and moves the Court, pursuant to Fed. R. Civ. P. 12(b)(1), (6), (7) to dismiss the First Amended Complaint (Doc. 39) against him. This action is barred by lack of subject matter jurisdiction including lack of standing by the Plaintiffs under the NVRA or Article III of the U.S. Constitution, lack of a current case or controversy between Plaintiffs and Secretary Jordan. The action against Revenue Secretary Jordan, an official of the State of Kansas, is also barred by the Eleventh Amendment to the United States Constitution, a jurisdictional bar to any claim against him. In addition, as detailed in the supporting Memorandum submitted herewith as per D. Kan. 7.1(a) and D. Kan. 7.6, the Motion to Dismiss argues that the First Amended Complaint fails to state a claim against Revenue Secretary Jordan under any Count. Finally, this action against Revenue Secretary Jordan should be dismissed for failure to join indispensable parties, including

the county election officers responsible for the actions alleged and authorized to register these Plaintiffs to vote, something Secretary Jordan, as a non-elections official, cannot do.

WHEREFORE Defendant Secretary of Revenue Nick Jordan requests dismissal of the Plaintiffs' First Amended Complaint and for such other and further relief as the Court shall deem just and equitable.

Respectfully submitted:

*/s/ J. Brian Cox*
J. Brian Cox, #11089
Deputy General Counsel
Special Assistant Attorney General
Legal Services Bureau, KDR
Docking State Office Building
915 SW Harrison
Topeka, KS  66612-1588
Phone  (785) 296-2381
FAX    (785) 296-5213
Email   brian.cox@kdor.ks.gov


*/s/ MJ. Willoughby*
M.J. Willoughby, #14059
Assistant Attorney General
Office of Attorney General
Derek Schmidt
Memorial Hall
120 SW 10th, 2nd Floor
Topeka, KS 66612
Phone (785)296-2215
FAX (785) 291-3767
Email MJ.Willoughby@ag.ks.gov

*Attorneys for Defendant Secretary of Revenue Nick Jordan*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 31st day of March, 2016, I electronically filed the foregoing Motion with the Clerk of the Court by using the CM/ECF system, which will generate a copy to:

Stephen Douglas Bonney
ACLU Foundation of Kansas
670 l W. 64th Street, Suite 21 0
Overland Park, Kansas 66202
(913) 490-4102
dbonney@aclukansas.org

NEIL A. STEINER
REBECCA KAHAN WALDMAN
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797
Phone: (212) 698-3500
Fax: (212) 698-3599
neil.steiner@dechert.com
rebecca.waldman@dechett.com

DALEE.HO
R. ORION DANJUMA
SOPHIA LIN LAKIN
American Civil Liberties Union Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY l 0004
(212) 549-2693
dale.ho@aclu.org
odanjuma@aclu.org
slakin@aclu.org

ANGELA M. LIU*
Dechert LLP
35 West Wacker Drive
Suite 3400
Chicago, IL 60601-1608
Phone: (312) 646-5800
Fax: (312) 646-5858
angela.liu@dechert.com

      Attorney for Plaintiffs

Kris W. Kobach
Bryan Brown

Garrett Roe
Kansas Secretary of State's Office
Memorial Hall, 1st Floor
120 S.W. 10th Avenue
Topeka, KS 66612
kris.kobach@sos.ks.gov
bryan.brown@sos.ks.gov
garrett.roe@sos.ks.gov

    <u>Attorneys for Defendant Secretary Kobach</u>

<u>*/s/ J. Brian Cox*</u>
J. Brian Cox, #11089
