# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, et al., ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KRIS KOBACH, in his official capacity as ) <br> Secretary of State for the State of Kansas, ) <br> et al., ) <br> ) <br>     Defendants. ) <br> ———————————————— ) | Case No. 16-2105-JAR-JPO |
| CODY KEENER, et al., ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KRIS KOBACH, in his official capacity as ) <br> Secretary of State for the State of Kansas, ) <br> et al., ) <br> ———————————————— ) | Case No. 15-9300-JAR-JPO <br><br> CASES CONSOLIDATED FOR DISCOVERY |

## DEFENDANT KOBACH'S OPPOSED MOTION FOR A STAY PENDING APPEAL UNDER FEDERAL RULE OF APPELLATE PROCEDURE 8(a)(1)(A)

Comes now Defendant Kris W. Kobach, by and through his counsel of record, for the reasons set forth in this motion and the accompanying memorandum, hereby requests that this Court enter a Stay Pending an Appeal of its Order, Dkt. No. 129, pursuant to Fed. R. App. P. 8(a)(1)(A). This motion is opposed by opposing counsel.

                                                            Respectfully submitted this 20th day of May, 2016.

1

       /*s/* Kris Kobach*

Kris. Kobach, #17280
Garrett Roe, #26867
OFFICE OF THE SECRETARY OF STATE
120 SW 10th Ave,
Topeka, KS  66612
Tel. (785) 296-4575
Fax. (785) 368-8032
Email: garrett.roe@sos.ks.gov
Email: kris.kobach@sos.ks.gov
**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on the 20th day of May, 2016, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

       */s/ Garrett Roe*

Garrett Roe, Bar No. 26867
**Attorney for Defendants**