IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STEVEN WAYNE FISH, RALPH ORTIZ,
DONNA BUCCI, CHARLES STRICKER,
THOMAS J. BOYNTON, DOUGLAS
HUTCHINSON, AND THE LEAGUE OF
WOMEN VOTERS OF KANSAS, on behalf
of themselves and all others similarly situated,

      Plaintiffs,

v.                                                    Case no. 2:16-cv-02105

KRIS KOBACH, in his official capacity as
Secretary of State for the State of Kansas; and

NICK JORDAN, in his official capacity as
Secretary of Revenue for the State of Kansas,

      Defendants.

_____

CODY KEENER, *et al.*,

Plaintiffs,

v.                                                    Case No. 15-9300-JAR-JPO

KRIS KOBACH, in his official capacity
as Secretary of State for the State of
Kansas, *et al*.,

Defendants.                                  CASES CONSOLIDATED FOR
                                                         DISCOVERY

_____

**PLAINTIFF LEAGUE OF WOMEN VOTERS OF KANSAS'S
ANSWERS AND OBJECTIONS TO DEFENDANT NICK JORDAN'S
FIRST INTERROGATORIES TO PLAINTIFFS**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Local Rules

of the United States District Court for the District of Kansas, Plaintiff League of Women Voters

of Kansas ("Plaintiff" or "LWVK"), by its undersigned attorneys as to objections, hereby

Exhibit D -  June 7, 2016, responses by League to
Jordan's First Interrogatories to Plaintiffs

answers and objects to Defendant Nick Jordan's First Interrogatories ("Interrogatories") to Plaintiff as follows.

## ANSWERS AND OBJECTIONS TO THE INTERROGATORIES

INTERROGATORY NO. 1.  Please state the material facts underlying any claim by you that Secretary Jordan violated any provision of federal law including but not limited to the NVRA and 42 U.S.C. § 1983, as claimed in your First Amended Complaint (Doc. 39).

ANSWER:  Plaintiff objects to this interrogatory on the ground that it is untimely to the extent that it seeks information that may not yet be available to Plaintiffs and to the extent it seeks information that is readily available from public sources or third parties by other means that are more convenient, more appropriate, less burdensome, or less expensive, or is more accessible to Defendant Jordan from Defendant's own files, including but not limited to, documents that Defendant Jordan produced to Plaintiff. In addition, Plaintiff expressly reserves the right to supplement, clarify, revise, or correct any or all of the responses and objections herein, and to assert additional objections or privileges, in one or more supplemental response(s). Subject to and without waiving the foregoing objections, Plaintiff responds as follows:

The DMV has failed to include in conjunction with a drivers' license application or renewal, a voter registration application by which a motor voter applicant can register to vote without completing duplicative paperwork or submitting additional information beyond a signature attesting under penalty of perjury that he or she meets the eligibility requirements to vote, including U.S. citizenship. In addition, DMV employees who are supposed to provide voter registration applications as part of the drivers' license application or renewal are improperly informing motor-voter applicants in a transaction receipt that they must submit documentary proof of citizenship in order to become registered to vote and are collecting such documentation

from some voter registration applicants and transmitting that information to the Secretary of State.

DMV employees have also at times failed to transmit confirmation that motor-voter applicants provided documentary proof of citizenship during their DMV transactions to the Secretary of State or the applicable county elections officials.  In addition, DMV employees have not verbally informed motor-voter applicants of the DPOC requirement and have advised certain motor-voter applicants that they are registered to vote even though they have not submitted such documentation.

INTERROGATORY NO. 2.  If you denied any of Secretary Jordan's First Request for Admissions or otherwise failed to fully admit the same, please explain your denial or other response.

ANSWER:  Plaintiff objects to this Request on the ground that it is premature to the extent that it seeks answers to Defendant Jordan's First Request for Admissions, with which Plaintiff has only recently been served. Subject to and without waiving the foregoing objections and pursuant to counsel's agreement during a "meet and confer" held on May 20, 2016, Plaintiff will answer and/or object to this interrogatory after Plaintiff responds to Defendant Jordan's First Request for Admissions.

As to the objections,

Respectfully submitted this 7th day of June, 2016,

/s/ Stephen Douglas Bonney

STEPHEN DOUGLAS BONNEY (#12322)
American Civil Liberties Union of Kansas
6701 W 64th St., Suite 210
Overland Park, KS 66202
Phone: (913) 490-4100
Fax: (913) 490-4119
dbonney@aclukansas.org

DALE HO*
R. ORION DANJUMA*
SOPHIA LIN LAKIN*
American Civil Liberties Union Foundation,
125 Broad St.
New York, NY 10004
Phone: (212) 549-2693
dale.ho@aclu.org
odanjuma@aclu.org
slakin@aclu.org

NEIL STEINER*
REBECCA WALDMAN*
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
T:  (212) 698-3822
F:  (212) 698-3599
neil.steiner@dechert.com
rebecca.waldman@dechert.com

ANGELA LIU*
Dechert LLP
35 West Wacker Drive
Suite 3400
Chicago, Illinois  60601-1608
Phone: (312) 646 5816
Fax: (312) 646 5858
angela.liu@dechert.com

*Counsel for Plaintiffs*


\* admitted *pro hac vice*


I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 7th day of June, 2016.

_Marge Ahrens_
Marge Ahrens

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, do hereby certify that on the 7th day of June, 2016, I caused a true and correct copy of the foregoing **Plaintiff League of Women Voters of Kansas's Answers and Objections to Defendant Nick Jordan's First Interrogatories to Plaintiffs** to be served on all counsel of record by electronic mail.

/s/ Stephen Douglas Bonney
STEPHEN DOUGLAS BONNEY (#12322)

*Attorney for Plaintiffs*