## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 16-2105-JAR-JPO |
| ) | |
| KRIS KOBACH, in his official capacity as ) | |
| Secretary of State for the State of Kansas, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| CODY KEENER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 15-9300-JAR-JPO |
| ) | |
| KRIS KOBACH, in his official capacity as ) | |
| Secretary of State for the State of Kansas, ) | CASES CONSOLIDATED FOR |
| et al., ) | DISCOVERY |
| _____ ) | |

### EXHIBIT A TO MOTION FOR RULE 37 SANCTIONS

### AMENDED CERTIFCATION BY DEFENDANT SECRETARY OF REVENUE NICK JORDAN OF CONFERRING WITH COUNSEL PRIOR TO FILING MOTION

Counsel for Secretary Jordan hereby certify that they have conferred with Plaintiffs' counsel prior to the filing of this Motion (Doc. 202) by:

1. An initial exchange of emails on June 27, 28, 2016 concerning the parties' initial positions on the sufficiency of Ahrens' testimony;

2. In response to Plaintiffs' counsel's request for more specifics, the sending of an 8-page letter dated July 6, 2016, outlining Secretary Jordan's concerns with the sufficiency of Marge

1

Ahrens' testimony as a 30(b)(6) witness and providing authority for Secretary Jordan's position that the 30(b)(6) was insufficient;

3. A July 7, 2016 email to Plaintiffs' Counsel Bonney asking him to provide authority in support of his position that the 30(b)(6) was sufficient so that it could be reviewed and considered prior to a telephone conference. No authority was received in response.

4. A telephone conference call on July 12, 2016, between Secretary Jordan's counsel and Plaintiffs' Counsel Bonney where the matter was discussed for about 20 minutes reaching no resolution.

5. An email on July 17, 2016, in which counsel for Secretary Jordan outlined some proposed stipulations (which were almost wholly rejected by Plaintiffs' Counsel).

6. An email sent at 9:07 a.m. on August 3, 2016 to Plaintiffs' Counsel Bonney stating that Jordan's counsel believed they had satisfied their obligations to attempt to confer in good faith on this matter but allowing him the opportunity to object that the conferral had been inadequate or indicate he wished to confer further. No response was received.

Respectfully submitted,

s/ J. Brian Cox
J. Brian Cox, #11089
Legal Services Bureau, KDR
Docking State Office Building, 915 SW Harrison
Topeka, KS  66612-1588
Phone  (785) 296-2381
FAX    (785) 296-5213
Email   brian.cox@kdor.ks.gov

s/ M.J. Willoughby
M.J. Willoughby #14059
Assistant Attorney General
120 S.W. 10th Ave., 2nd Floor
Topeka, KS 66612
Phone: (785) 296-2215; Fax: (785) 291-3767

Email: MJ.Willoughby@ag.ks.org

*Attorneys for Defendant Secretary of Revenue Nick Jordan*

## **CERTIFICATE OF SERVICE**

  This is to certify that on this 3rd day of August, 2016, a true and correct copy of the above and foregoing was filed by electronic means via the Court's electronic filing system which serves a copy upon Plaintiffs' counsel of record

                 <u>s/ J. Brian Cox</u>
                 J. Brian Cox