IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**STEVEN WAYNE FISH, et al.,**

    **Plaintiffs,**

    **v.**                                          Case No. 16-2105-JAR-JPO

**KRIS KOBACH, in his official capacity as Secretary of State for the State of Kansas,**

    **Defendant.**

## ORDER

In accordance with paragraph 1 of the parties' September 29, 2016 Joint Status Report, the parties are to prepare a draft notice for this Court's review, revision and approval that complies with this Court's preliminary injunction, and with a recent state court order requiring Defendant to direct county election officials to send out new notices that will "unequivocally" instruct covered voters "that they are deemed registered and qualified to vote for the appropriate local, state, and federal elections for purposes of the November 8, 2016 general election, subject only to further official notice" (Doc. 225 at 2).

The Court therefore orders the parties to prepare and submit to the Court for review a draft joint notice by **Monday, October 3, 2016, at noon CDT**. The Court will conduct a telephonic status conference with the parties on **Wednesday, October 5, 2016, at noon CDT**, to discuss the notice and any revisions thereto.

    **IT IS SO ORDERED.**

Dated: September 30, 2016

                                                      S/ Julie A. Robinson
                                                       JULIE A. ROBINSON
                                                       UNITED STATES DISTRICT JUDGE