1                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF KANSAS
2

3    STEVEN WAYNE FISH, et al.,
                                   Docket No. 16-2105-JAR
4        Plaintiffs,
                                   Kansas City, Kansas
5    v.                            Date:  10/05/2016

6    KRIS W. KOBACH,

7        Defendant.


8
                        TRANSCRIPT OF
9             TELEPHONE STATUS CONFERENCE
          BEFORE THE HONORABLE JULIE A. ROBINSON
10              UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12   For Plaintiffs:

13   Mr. Dale E. Ho                Mr. Stephen D. Bonney
     Mr. R. Orion Danjuma          ACLU Foundation of Kansas
14   Ms. Sophia Lin Lakin          6701 West 64th Street
     American Civil Liberties      Suite 210
15   Union Foundation - NY         Overland Park, KS 66202
     125 Broad Street
16   New York, NY 10004

17   Ms. Angela Liu
     Dechert LLP
18   35 W. Wacker Drive
     Suite 3400
19   Chicago, Illinois 60601

20   For the Defendant Kris Kobach:

21   Mr. Kris Kobach
     Mr. Garrett R. Roe
22   Kansas Secretary of State
     120 Southwest 10th Avenue
23   Memorial Hall, First Floor
     Topeka, KS 66612

24

25   Court Reporter:      Kelli Stewart, RPR, CRR, RMR
                          Official Court Reporter

1            (11:59 a.m., proceedings commenced).

2            THE COURT:  We're here on the record in

3    Steven Fish, et al., versus Kris Kobach.  The case

4    number is 16-2105.  And appearing for the plaintiff are

5    Mr. Bonney, Mr. Danjuma, Mr. Ho, Ms. Lakin, and Ms. Liu.

6    Appearing for the defendant is Mr. Kobach and Mr. Roe.

7            Did I miss anyone who's appearing for either

8    plaintiff or defendant?  Okay.  I hear not.

9            All right.  So several matters that I'd like

10   to cover with you in today's hearing.  And in advance of

11   this hearing, I had sent to plaintiff and defendant a

12   revised notice and with revisions that reflected your

13   submissions but also reflected some modifications that I

14   made to the things that you submitted.

15           And just to sort of summarize what those

16   modifications are, in particular the ones that I added,

17   I thought it important to draft a more detailed and

18   conspicuous paragraph at the beginning of the notice as

19   opposed to the middle of the notice, so I changed that

20   to the beginning, that acknowledges that the person has

21   received prior notices or information.

22           Because, of course, when they received these

23   prior notices, they were told that they needed to

24   produce proof of citizenship.  And so I think it's

25   important that this new notice, in the most conspicuous

 1    way possible, tells them that they need to disregard

 2    prior notices and that this new notice replaces and

 3    supersedes any information they previously provided.  So

 4    I tried to modify the language to make it more clear and

 5    to move it to the beginning of the notice.

 6              And then the second paragraph of the notice

 7    tracks and revises the parties' first paragraph.  It

 8    refers to this as a revised notice.  And I thought,

 9    also, that whereas the prior notice I think said that

10    there was a court ruling, but, you know, basically was

11    talking about the state of all of this at that time,

12    that there was a court ruling, but there was a pending

13    case before the Tenth Circuit, et cetera, et cetera, we

14    needed to revise that language, I thought, to-- to

15    capture the current state, which is that there are, you

16    know, federal and-- well, that there had been court

17    decisions now that resolved this at least at the

18    injunctive stage.  So I thought we needed to-- to make

19    sure that that was clear.

20              I think the defendant wanted a reference to

21    a court ruling or due to recent court rulings, so we

22    made it plural.  Rather than "a court ruling," we said,

23    "due to recent court rulings," to reflect that there

24    have been recent court rulings in a variety of

25    jurisdictions.

1            And then rather than saying the person is

2    "deemed to be registered and qualified to vote for all

3    offices," I changed the language to "deemed fully

4    registered and eligible to vote for all offices."  And I

5    recognize that the language in Judge Hendricks' order

6    said "qualified" instead of "eligible," but the

7    Secretary's prior notice had used the term "eligible."

8    And I think, again, we want this to be as consistent and

9    as clear as it could be.  So rather than changing the

10   word from "eligible" to "qualified," since "eligible"

11   was used before I thought that's the word we ought to

12   use now.

13            I also added language declaring that the

14   person's name is on the list of registered voters, that

15   they will be given a standard ballot at their polling

16   place, that they can request an advance mail-in ballot.

17   I mean, consistent with their rights as registered

18   voters, they can do all of that.  And I thought it

19   important to-- to add that language because, of course,

20   either through prior notices or just through the public

21   arena, reading newspapers and things the Secretary has

22   stated to the public through the media, they might have

23   some concern about provisional ballots or something like

24   that.  So I wanted to make that clear.

25            And then finally, I added further detail to

1   the instructions on finding a polling place.  Because we

2   went on the website and-- and when you go on the

3   website, the home page or the landing page does not--

4   there's nothing on that particular page that tells

5   someone where to go.  So I just wanted to get-- let them

6   know in the notice they could click on this additional

7   link that would take them to that.

8            My concern being that, you know, some voters

9   are not computer literate, some are elderly, some may

10  not even own computers and are using somebody else's.

11  So anyway, to the extent they're doing this online, I

12  thought it would be helpful to add this additional step

13  for them.

14           So I have some additional questions and

15  issues I want to take up with you, but I wanted to start

16  with just this summary of how I came to the language

17  that I drafted and changed or supplemented your

18  language.  So I want to start with just getting any

19  response or any additional suggestions from the parties.

20           So I'll start with plaintiff, anyone on

21  their team that wants to start.  Just identify yourself

22  by name, though.

23           MR. DANJUMA:  Yes, Your Honor.  This is

24  Orion Danjuma.  And obviously our principal concern now

25  is that covered voters haven't received the most

1    critical notice they need.  And I-- we think that's a

2    serious problem.  We certainly appreciate the Court's

3    detailed attention to that issue.

4            The-- the points that you've raised here we

5    agree with.  We don't dispute sort of any of the

6    language that you've added.  And I think the parties had

7    some differences over how bold and how clear the text

8    would be, and we agree that it should sort of lay out

9    the case that prior notice should be disregarded and

10   that this is what will happen going forward.

11           There's just a couple of notes that I might

12   add, and I'm not sure if it's relevant to the language

13   or not, but we do want to address what notice

14   individuals received going forward.  So if you apply at

15   a DMV tomorrow or, you know, the next day, as many

16   people are, that those individuals won't have received

17   prior notice.  They will not yet have received the kind

18   of confusing notice that was sent out in the middle of

19   the summer.  And we just want to be very sure that they

20   receive something that's identical to what other voters

21   receive.

22           That may be a separate issue.  But in terms

23   of the language that-- that the Court has added, we're--

24   we're in agreement with essentially everything.  The

25   only small note is that in the very first sentence, it

 1    says that, "You are receiving this revised official

 2    notice because you have applied to register to vote and

 3    you previously received," we might say, "you may have

 4    received" that, because some individuals might've missed

 5    the notice.  But that's a minor distinction I-- I

 6    wouldn't imagine that the Secretary would disagree with.

 7              THE COURT:  Okay.  I think that's well noted

 8    in case they didn't receive a prior notice.  Your

 9    concern about notices-- what notice at the DMV is

10    another question and it is-- it is subsumed in some

11    additional questions I have about other notices and

12    other procedures going forward.  So we'll-- I'll come

13    back around to that, Mr. Danjuma.

14              Mr. Kobach, your view on the revised notice.

15              MR. KOBACH:  Your Honor, we don't have many

16    objections.  Certainly it is perfectly fine with us if

17    you wish to add the bold text.

18              There is one substantive change we would

19    advise and then one stylistic one.  The substantive one

20    is on the second paragraph, the last sentence which

21    begins, "Your name is included."  That sentence as it is

22    currently worded does not describe all of the

23    possibilities, and so it's technically not accurate as

24    it stands.

25              So either you could-- as the following-- we

1    could describe the standard ballot at the polling place

2    or advance ballot in-- mail-in ballot, there's another

3    one, or you may vote an advance ballot in person.

4              THE COURT:  Correct.  Yes.

5              MR. KOBACH:  And then there's also a fourth

6    possibility.  Or you may vote a provisional ballot at a

7    polling place other than your own.

8              I would suggest you just-- it would be a

9    long run-on sentence describing four possibilities.

10   If-- you normally don't put in a notice, you know, about

11   your registrations status, but if you want to include

12   that, then you'd have to include all the possibilities.

13   Or you could just end the sentence after the phrase

14   "your name is included on the Kansas list of registered

15   voters."

16             As for the minor stylistic one, I just think

17   the last sentence of the third paragraph "or you may

18   call my office" probably should be "this office" because

19   some of the counties will not sign it-- the name of the

20   clerk, it would rather be just, you know, Sherman County

21   election office.  So "my" might be, you know,

22   grammatically incorrect if you don't have a person

23   there.

24             THE COURT:  Okay.  Yeah, I would agree with

25   that stylistic change.

1           Back up to the possibilities.  I think it's

2    important to let them know, because there's been-- I

3    don't want there to be confusion about standard versus

4    provisional ballots.  So I think it's important to let

5    them know that they will be given a standard ballot at

6    their polling place or they can request an advance

7    mail-in ballot or they may vote in advance.

8           I-- I am somewhat reluctant to talk about

9    provisional ballots at-- other than their polling place.

10   That may be their right, but I'm a little concerned that

11   introducing that fourth way revises some confusion about

12   provisional ballots.

13          So I'm inclined to just add this

14   additional-- one of the additional things you mentioned,

15   Mr. Kobach, and that is they can vote in advance.  And

16   something that suggests-- they can vote in advance in

17   accordance with their-- I don't want to use that

18   language exactly, but in accordance with the procedures

19   in their county or the availability in their county.

20   Every county is different in terms of advance voting and

21   where that happens.  Correct?

22          MR. KOBACH:  Yeah, right.  So they all allow

23   it.  And at a minimum, advance voting is allowed at the

24   county clerk's office-- (reporter interruption).

25          THE COURT:  I'm sorry.  Somebody needs to

1    mute their phone, unless it's Mr. Kobach because he's

2    speaking, because we're getting some background noise.

3              Okay.  Go ahead, Mr. Kobach.

4              MR. KOBACH:  Your Honor, in all 105 counties

5    you can vote advance in person.  At a minimum, the

6    county clerk's office has it.  And at a maximum, in

7    places like Johnson County, I believe they-- they have

8    eight locations.  So you might just want to add that--

9              (Interference due to background noise).

10             MR. KOBACH:  You might just want to add that

11   phrase "or you may vote an advance ballot in person."

12             THE COURT:  Okay.  "Or you may vote in

13   advance in person."  Yeah, I don't think we need to get

14   into the particulars.  This notice isn't designed to

15   give them all of the instructions that they have

16   otherwise in terms of where they can go to vote, et

17   cetera.

18             Okay.  Remind everyone, mute your phones,

19   please.  This background noise is making it difficult

20   for the court reporter to hear what the speaker is

21   saying.

22             Okay.  All right.  So we'll make those

23   revisions.

24             And now I have some additional questions.

25   Will a version of this notice be posted on the

1   Secretary's website in both English and Spanish?  I

2   mean, will this notice be in both English and Spanish?

3   I think that's consistent with what you do now, is it

4   not?  You have--

5          MR. KOBACH:  Your Honor, no, it's not,

6   because this notice would only apply to roughly 17,000

7   people at this point.  So of the 1.7 million registered

8   voters, 99 percent of them would not-- you know, this

9   might be confusing to them.  We normally wouldn't post a

10  notice like this on the website because--

11         THE COURT:  Okay.  But what I'm suggesting

12  is, whatever notice you do have on the website now is

13  probably needing modification as well.  Even though it's

14  not specific to the 17,000, if you have a notice on the

15  website now that says you have to have proof of

16  citizenship, et cetera, that needs to be modified to be

17  consistent with this and with the law as it stands right

18  now.

19         MR. KOBACH:  We-- we do have an entire

20  website that describes all of the procedures for

21  registering to vote in Kansas.  Are you-- we can

22  certainly bring that up-to-date.  We're a little

23  concerned with-- I'm not quite sure how you would word

24  it to say if you are in this category of people, then

25  here's your different situation.

1          THE COURT:  Well, right now-- so right now

2     on your website for people that are registering at the

3     DMV or I guess for that matter registering by mailing in

4     a federal form, that language needs to be changed to

5     reflect what the law is.  And that is, they don't have

6     to produce proof of citizenship.

7          MR. KOBACH:  I'm not-- we can double-check.

8     I'm not sure if our-- I'm not sure if our website even

9     goes into differences at the DMV or use of a federal

10    form.

11         THE COURT:  Okay.  Well, has plaintiff

12    looked at the website?

13         MR. DANJUMA:  Your Honor--

14         THE COURT:  Do you want to weigh in on this

15    or not?

16         MR. DANJUMA:  I'm sorry?  I-- yeah, I'm

17    getting interference.  I didn't hear you, Your Honor.

18         THE COURT:  Is this Mr. Danjuma?

19         MR. DANJUMA:  Yes.

20         THE COURT:  Have you looked at the website?

21    I mean, are you concerned about any of the noticing on

22    the website?

23         MR. DANJUMA:  Yes.  We have looked at the

24    website and it does-- the voter ID provisions do give

25    information that is incorrect.  And it's inconsistent

1   with the Court's-- with these multiple court rulings at

2   this point.  And we think that it has to be updated to--

3   to be consistent with the law.

4           I don't know that-- why that would be so

5   technically difficult.  I think a notice can be provided

6   that-- it's as simple as altering the web page and

7   saying that you do not need to provide documented proof

8   of citizenship when you register through these means and

9   providing a copy of this-- the notice that the Court has

10  produced for-- with a link that says that it's for

11  individuals who have already registered to vote in these

12  locations.

13          I think that that would eliminate confusion.

14  And as individuals are-- are continuing to register to

15  vote in high numbers now, it would clarify what their

16  status is in advance.

17          THE COURT:  It absolutely has to be amended

18  to reflect the-- these rulings.  So, you know, and I

19  haven't-- I don't have a screenshot, I don't know what

20  that looks like.  But it absolutely has to be corrected.

21  It has to be corrected forthwith for new registrants,

22  for registrants that receive this notice and decide to

23  go online and now see something contrary to what this

24  notice says.

25          I mean, we're trying to avoid confusion at

1   all costs.  So that needs to be done, Mr. Kobach, as

2   quickly as possible.  I would say by the end of the week

3   it needs to be accomplished.  Hopefully it's just a

4   matter of deleting some language.

5           Okay.  And that's why I mentioned the

6   Spanish, because I know that on your website there's

7   something that is in both English and Spanish, so I was

8   just suggesting that they need to be the same.  And they

9   both need to be modified to reflect these rulings if, in

10  fact, they say something about you have to provide proof

11  of citizenship.

12          MR. DANJUMA:  And, Your Honor, just briefly,

13  this is Orion again.  It's not just the Secretary of

14  State's Office.  The proof of citizenship requirement is

15  also listed on-- or we've reviewed it on the Got Voter

16  ID website, which is a separate website that lists

17  several requirements for voting.

18          So that requirement which says, "evidence

19  required in order to register to vote" would also need

20  to be changed.

21          THE COURT:  Okay.  So, Mr. Kobach, what I'd

22  ask you to do is forthwith make these changes on the

23  Secretary of State website, the vote-- My Vote Info, et

24  cetera, website, any other websites you're utilizing,

25  even county election offices.  And then send me I would

1    say next week sometime just by e-mail and-- and copy

2    plaintiff's counsel just that this has been complied

3    with.

4              Okay.  So that's that.  And then here's--

5    here's another question I have.  Most of us receive

6    these postcards through the mail that tells us where our

7    precinct is and where to go vote.  And I was wondering

8    what-- so the-- the 17,000 people, or however many it

9    is, that are going to get the notice, are they going to

10   also receive the postcard?  I mean, how will they know

11   where to go vote?

12             MR. KOBACH:  Your Honor, this is Kris

13   Kobach.  They will get the same notice that others--

14   that other voters get, that it notifies you of your

15   polling place.

16             THE COURT:  Okay.  Great.  And it doesn't

17   matter that this is happening at this point in October,

18   they should-- they should still be on track for getting

19   the postcards in the mail; is that correct?

20             MR. KOBACH:  Your Honor, you mentioned a

21   moment ago to update county websites too.  I-- it would

22   be very difficult for this office to be responsible for

23   the content of all 105 county's websites as well.  So

24   I'm-- we can certainly update our websites to reflect

25   this information.  But, you know, we don't control the

1    counties.  So we can encourage them to make similar

2    modifications, but I-- I hope the Court is not holding

3    us responsible for websites we don't control.

4               THE COURT:  Well, I'm holding you

5    responsible for directing them to and mandating them to,

6    because you're the Secretary of State.  And you are

7    the-- you are the No. 1 authority and-- and it is your

8    responsibility to manage elections in Kansas.

9               So I know a lot of it is administered at the

10   county level, but I think you have the authority to

11   mandate that they do it.  And then-- and then tell them

12   to tell you that they've complied, so that you can share

13   that with the Court.  I know you can't physically go

14   perhaps to the county election office and do it

15   yourself, but you certainly can direct and mandate them

16   to do it, just like you did tell them what to do when

17   the, you know, DPOC law came into being.  I mean, you

18   directed them what to do in response to that.  So I

19   think you have to direct them what to do in response to

20   this as well.

21              MR. KOBACH:  We will do our best, Your

22   Honor.  Just bear in mind sometimes some counties are

23   faster than others when it comes to complying with

24   instructions from this office.

25              THE COURT:  Okay, I understand.

1          MR. DANJUMA:  And, Your Honor, this is Orion

2     Danjuma again.  And if we-- if plaintiffs could be heard

3     just briefly on this point as well.

4          THE COURT:  Okay.

5          MR. DANJUMA:  We have received word from

6     individuals who have contacted the Shawnee County

7     Election Office in Topeka.  And those callers were told

8     by state officials that NVRA registrants would not have

9     their votes counted for state and local elections.  And

10    I don't raise that to sort of lay that at Mr. Kobach's

11    feet, particularly as, you know, this-- the issues of

12    compliance have been evolving this week.

13         But we do want to be very sure that at some

14    point very soon Mr. Kobach does issue an instruction to

15    all county election officials to advise callers that

16    they are registered and may participate in all

17    elections, because it-- it doesn't appear that that's

18    happened yet and that is continuing to cause problems.

19         THE COURT:  All right.  Well, apparently--

20    it sounds like there's confusion in the county election

21    offices.  And that needs to be cured.  And I think that

22    will be cured with a directive from you, Mr. Kobach.  I

23    mean, it's all over the newspapers, I would hope those

24    folks would read the newspapers and understand that

25    there have been these rulings.

1          (Interference from background noise).

2          THE COURT:  But if they don't, you know,

3    they don't.  They have-- they take their direction from

4    you on this.  And I think it's your responsibility to

5    give them that direction.  I understand some of them may

6    be able to change it tomorrow and some it may take

7    longer.  But they've got to do it.  And for sure when

8    people are calling in, because people are confused-- I

9    mean, we've had calls to this office.  And I'm not in a

10   position to take calls and answer questions.

11         But if people are calling their county

12   election offices, they need to get the right

13   information.  And the only way apparently that's going

14   to happen in some counties is if you set them straight.

15   So I expect you to do that, Mr. Kobach, that's your job

16   obviously.  All right.

17         MR. KOBACH:  We will continue to notify the

18   counties of what their responsibilities are and what the

19   rules are.

20         THE COURT:  Okay.  All right.  So returning

21   to what Mr. Danjuma brought up at the outset, and that

22   is other notices that-- and we've talked about the

23   website obviously.  Are there any other media through

24   which notices are given, other than at the point of

25   registration, such as at the DMV, that we need to be

1    concerned about?

2                    So like when somebody goes into the DMV, I

3    mean, isn't there something that's posted that they can

4    register?  And I don't know if it has DPOC language on

5    it or not, but if that notice at the DMV says that,

6    obviously that needs to be modified.

7                    Mr. Kobach, do you know?

8                    MR. KOBACH:  Your Honor, when they are--

9    when they register at the DMV, they are given a notice

10   that says that if you have not yet provided proof of

11   citizenship, you should do so.

12                   I would note that-- that this Court's

13   jurisdiction is only over registration for federal

14   elections.  We have only a temporary restraining order

15   in effect regarding state and location elections, so--

16   and then that may-- that may change.

17                   So I would hesitate to discourage voters

18   from providing proof of citizenship.  If the state court

19   decision changes, you will have people who have not been

20   notified that, hey, if you want to vote in all

21   elections, you need to get your proof of citizenship in.

22   So I think it would be a grave disservice to voters to

23   discourage them or not notify them that under Kansas law

24   they should provide proof of citizenship.

25                   THE COURT:  Well, they can't do that at the

1   DMV anyway.  So consistent with my order, the language

2   needs to be taken out, period.

3         The way this-- the law is now, you have a

4   preliminary injunction that's been affirmed by the Tenth

5   Circuit, and that's going to be the state of law on

6   election day in Kansas.  You have apparently-- I thought

7   it was a preliminary injunction, but if it's a temporary

8   restraining order in the state court, it's effective

9   now, it's the law right now.  Presumably it will be

10  through election day.

11        We're going to operate like it is because, I

12  mean, I'm not going to assume that it's not.  And,

13  therefore, the DPOC language needs to come out of the

14  materials at the DMV as well.  Mr.-- I mean, rather,

15  Judge Hendricks' order says, "Defendant," meaning Mr.

16  Kobach, "is ordered to instruct the local election

17  officials to give timely notice to the voters impacted

18  by the federal court rulings in *Fish v. Kobach, League*

19  *of Women Voters versus Newby*, and be unequivocally

20  instructed that they are deemed registered and

21  qualified," we've already talked about qualified, I

22  think it's eligible, "to vote for the appropriate local,

23  state, and federal elections for purposes of the

24  November 8th, 2016 general election, subject only to

25  further official notice."

1              So the language at the DMV has to say you do

2    not have to submit proof of citizenship, you will be

3    deemed registered and eligible to vote for the

4    appropriate local, state, and federal elections for this

5    upcoming election, subject only to further official

6    notice.  And if Judge Hendricks' order gets reversed,

7    we'll deal with that when we deal with it.  But we're

8    going to deal with the law as it stands right now.

9              So those-- those also need to be changed,

10   and I'm going to be looking for you-- for an e-mail

11   assuring us all that that's been complied with as well.

12             That's all I had, counsel, unless there's

13   something else that you all want to discuss or any other

14   concerns.

15             First for the plaintiff, anything more from

16   you?

17             MR. DANJUMA:  Well, Your Honor, we just--

18   I'm sorry, this is Orion Danjuma again.  We just wanted

19   to check the-- to ensure that we were in agreement about

20   what new voters will-- new DMV registrants will receive,

21   the notice they'd receive.  And I guess-- I guess the

22   best way to resolve that is to either have a

23   representation from Mr. Kobach that they'll receive the

24   same notice that every other registered voter receives

25   or that we'll see a copy of that notice before it's

1    issued.

2              THE COURT:  Okay.  I think that's fair.  Mr.

3    Kobach.

4              MR. KOBACH:  Your Honor, we can-- we

5    obviously have to coordinate with the Department of

6    Revenue as to the notice of-- they're the ones actually

7    providing it physically to the registrants, or the

8    applicants I should say, at the DMV.  And so, yeah, we

9    can provide revised wording to-- to counsel.

10             THE COURT:  Okay.  That would be-- that

11   would be great.  Send it to me by e-mail as well.  And

12   hopefully, you know, you've-- you'll be able to

13   communicate all of this, as well as assurances of

14   compliance by the county and, you know, an assurance

15   that you've instructed them obviously by next week

16   sometime.  And that will put a-- an end to this for now

17   and go forward with this lawsuit I suppose, but at least

18   we won't have to deal with any other issues before

19   November 8th.

20             Okay.  Mr. Kobach, was there anything else

21   that you wanted to discuss today?

22             MR. KOBACH:  No, Your Honor.

23             THE COURT:  Okay.  All right.  Well, I

24   appreciate you all being available for the hearing.  And

25   hopefully we won't be talking again before November 8th.

1    But obviously if something comes up, my door is open and

2    we'll hear from you.  Thank you all.  I'll disconnect.

3              MR. DANJUMA:  Thank you, Your Honor.

4              THE COURT:  Thank you.

5              (12:25 p.m., proceedings recessed).

```
 1                    C E R T I F I C A T E

 2

 3

 4      I, Kelli Stewart, a Certified Shorthand Reporter and

 5   the regularly appointed, qualified and acting official

 6   reporter of the United States District Court for the

 7   District of Kansas, do hereby certify that as such

 8   official reporter, I was present at and reported in

 9   machine shorthand the above and foregoing proceedings.

10      I further certify that the foregoing transcript,

11   consisting of 23 pages, is a full, true, and correct

12   reproduction of my shorthand notes as reflected by this

13   transcript.

14      SIGNED October 7, 2016.

15

16

17

18         /s/ Kelli Stewart
                                        _____

19         Kelli Stewart, CSR, RPR, CCR, RMR

20

21

22

23

24

25
```