# Exhibit F

1                    UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF KANSAS
2

3    STEVEN WAYNE FISH, et al.,
                                        Docket No. 16-2105-JAR
4        Plaintiffs,
                                        Kansas City, Kansas
5    v.                                 Date:  10/05/2016

6    KRIS W. KOBACH,

7        Defendant.


8
                             TRANSCRIPT OF
9                   TELEPHONE STATUS CONFERENCE
              BEFORE THE HONORABLE JULIE A. ROBINSON
10                  UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12   For Plaintiffs:

13   Mr. Dale E. Ho              Mr. Stephen D. Bonney
     Mr. R. Orion Danjuma        ACLU Foundation of Kansas
14   Ms. Sophia Lin Lakin        6701 West 64th Street
     American Civil Liberties    Suite 210
15   Union Foundation - NY       Overland Park, KS 66202
     125 Broad Street
16   New York, NY 10004

17   Ms. Angela Liu
     Dechert LLP
18   35 W. Wacker Drive
     Suite 3400
19   Chicago, Illinois 60601

20   For the Defendant Kris Kobach:

21   Mr. Kris Kobach
     Mr. Garrett R. Roe
22   Kansas Secretary of State
     120 Southwest 10th Avenue
23   Memorial Hall, First Floor
     Topeka, KS 66612

24

25   Court Reporter:     Kelli Stewart, RPR, CRR, RMR
                         Official Court Reporter

1   say next week sometime just by e-mail and-- and copy

2   plaintiff's counsel just that this has been complied

3   with.

4           Okay.  So that's that.  And then here's--

5   here's another question I have.  Most of us receive

6   these postcards through the mail that tells us where our

7   precinct is and where to go vote.  And I was wondering

8   what-- so the-- the 17,000 people, or however many it

9   is, that are going to get the notice, are they going to

10  also receive the postcard?  I mean, how will they know

11  where to go vote?

12          MR. KOBACH:  Your Honor, this is Kris

13  Kobach.  They will get the same notice that others--

14  that other voters get, that it notifies you of your

15  polling place.

16          THE COURT:  Okay.  Great.  And it doesn't

17  matter that this is happening at this point in October,

18  they should-- they should still be on track for getting

19  the postcards in the mail; is that correct?

20          MR. KOBACH:  Your Honor, you mentioned a

21  moment ago to update county websites too.  I-- it would

22  be very difficult for this office to be responsible for

23  the content of all 105 county's websites as well.  So

24  I'm-- we can certainly update our websites to reflect

25  this information.  But, you know, we don't control the

1   counties.  So we can encourage them to make similar

2   modifications, but I-- I hope the Court is not holding

3   us responsible for websites we don't control.

4            THE COURT:  Well, I'm holding you

5   responsible for directing them to and mandating them to,

6   because you're the Secretary of State.  And you are

7   the-- you are the No. 1 authority and-- and it is your

8   responsibility to manage elections in Kansas.

9            So I know a lot of it is administered at the

10  county level, but I think you have the authority to

11  mandate that they do it.  And then-- and then tell them

12  to tell you that they've complied, so that you can share

13  that with the Court.  I know you can't physically go

14  perhaps to the county election office and do it

15  yourself, but you certainly can direct and mandate them

16  to do it, just like you did tell them what to do when

17  the, you know, DPOC law came into being.  I mean, you

18  directed them what to do in response to that.  So I

19  think you have to direct them what to do in response to

20  this as well.

21            MR. KOBACH:  We will do our best, Your

22  Honor.  Just bear in mind sometimes some counties are

23  faster than others when it comes to complying with

24  instructions from this office.

25            THE COURT:  Okay, I understand.