## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 16-2105-JAR-JPO |
| ) | |
| KRIS KOBACH, in his official capacity as ) | |
| Secretary of State for the State of Kansas, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, counsel for Defendant Kris Kobach, will proceed to take the deposition of Plaintiffs' proffered expert **Eitan Hersh.** The deposition shall commence on **Monday, April 4, 2017, at 10 a.m. ET at Dechert LLP located at 1 International Pl. Ste. 4000, Boston, MA 02110** or at such other time and location agreed upon by the parties. The deposition shall be recorded stenographically, and shall continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The oral examination is to be taken for purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure and the local rules of the United States District Court for the District of Kansas.

Respectfully submitted this 28th day of March, 2017.

/s/ GARRETT ROE
Garrett Roe, #26867
Kris. Kobach, #17280
OFFICE OF THE SECRETARY OF STATE

>120 SW 10th Ave,
>Topeka, KS  66612
>Tel. (785) 296-4575
>Fax. (785) 368-8032
>Email: garrett.roe@sos.ks.gov
>Email: kris.kobach@sos.ks.gov
>***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on the 28th day of March, 2017, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

>/s/ GARRETT ROE
>Garrett Roe, Bar No. 26867
>***Attorney for Defendants***