## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

STEVEN WAYNE FISH, et al.,        )
                                  )
    Plaintiffs,               )
                                  )
v.                                )   Case No. 16-2105-JAR-JPO
                                  )
KRIS KOBACH, in his official capacity as  )
Secretary of State for the State of Kansas,  )
                                  )
    Defendant.                )
_____ )

**<u>DEFENDANT SECRETARY OF STATE'S DESIGNATION OF EXPERT WITNESS</u>**

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and to the Court's November 3, 2016 Amended Scheduling Order, (Case No. 16-2105, ECF No. 258): Defendant Secretary of State designate the following individual as a rebuttal expert witness:

Dr. Jesse T. Richman
Old Dominion University
Political Science and Geography Department
BAL 7000
Norfolk, VA  23529

                               /*s/ Garrett R. Roe*
                               Garrett R. Roe, #26867
                               Kris W. Kobach, #17280
                               OFFICE OF THE SECRETARY OF STATE
                               120 SW 10th Ave,
                               Topeka, KS  66612
                               Tel. (785) 296-4575
                               Fax. (785) 368-8032
                               Email: garrett.roe@sos.ks.gov
                               Email: kris.kobach@sos.ks.gov
                               *Attorneys for Defendant Kobach*

## CERTIFICATE OF SERVICE OF DISCOVERY

I, the undersigned, hereby certify that, on the 12th day of April, 2017, I served the foregoing Defendant's Designation of Expert Witnesses upon all counsel of record by electronic mail.

s/ GARRETT ROE
Garrett Roe, Bar No. 26867
*Attorney for Defendant Kobach*
