**CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET**

PARKER BEDNASEK,
                Plaintiff

   v.                                        CASE NO. 15-9300-JAR

KRIS W. KOBACH,
                Defendant

STEVEN WAYNE FISH, et al
                Plaintiffs

   v.                                        CASE NO. 16-2105-JAR

KRIS W. KOBACH,
                Defendant

Location:  Kansas City, Kansas

| JUDGE: | Julie A. Robinson | DATE: | 5/10/2017 |
|---|---|---|---|
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Kelli Stewart |
| INTERPRETER: | | PRETRIAL/PROBATION: | |

## TELEPHONE STATUS CONFERENCE

This case comes on for a telephone status conference.  Plaintiff Bednasek appears by counsel, Mark Johnson and Paul Davis.  Plaintiffs Fish, Bucci, Stricker, Boynton, Hutchinson and League of Women's Voters of Kansas appear by counsel, Dale Ho, Doug Bonney and Sophia Lakin.  Defendant Kobach appears on behalf of himself and by Garret Roe.

The Court recommends that the trials in these two cases be held seriatim only to the extent there is overlap.  The parties do not object.  Deadlines previously set in Fish v. Kobach (16-2105) will remain the same.  Bench trial for Bednasek case is continued to March 6, 2018.  The details of consolidation will be worked out at a later pretrial conference closer to trial.