**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| STEVEN WAYNE FISH, *et al.*, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>KRIS KOBACH, in his official capacity as Secretary of State for the State of Kansas, *et al.*,<br><br>  Defendants. | Case No. 2:16-cv-02105-JAR-JPO |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 7 of the District of Kansas Local Rules, Plaintiffs Wayne Fish, Donna Bucci, Charles Stricker, Thomas J. Boynton, Douglas Hutchinson, and the League of Women Voters of Kansas (collectively, "Plaintiffs") respectfully move this Court to grant their motion for summary judgment and order the following relief:

- *First*, a declaration that the DPOC law and K.A.R. § 7-23-15 are preempted by Section 5 of the National Voter Registration Act ("NVRA"), 52 U.S.C. § 20504 ("Section 5"), and are invalid with respect to motor-voter registrants who have validly registered to vote in accordance with Section 5;

- *Second*, a declaration, that due to his enforcement of the DPOC law and K.A.R. § 7-23-15 with respect to motor-voter registrants in contravention of Section 5 of the NVRA, Defendant has violated his duty as the chief State election official to "coordinat[e] … State responsibilities under" the NVRA, 52 U.S.C. § 20509;

- *Third*, an order permanently enjoining the DPOC requirement, Kan. Stat. Ann. § 25-2309(*l*), and K.A.R. § 7-23-15 "as to individuals who apply to register to vote in federal elections at the same time they apply for or renew a driver's license." *Fish v. Kobach*, 189 F. Supp. 3d 1107, 1152 (D. Kan. 2016) [hereinafter Prelim. Inj. Order].

- *Fourth*, an order directing Defendant "to register for federal elections all otherwise

1

eligible motor voter registration applicants that have been cancelled or are in suspense due solely to their failure to provide DPOC." Prelim. Inj. Order at 1152.

- *Fifth*, an order specifying that relief should apply to all people who apply to register to vote through an "NVRA-covered driver's license transaction," regardless of whether it is conducted in-person or online. *See Stringer v. Pablos*, 16-cv-257-olg, Doc. 52, at *11 (W.D. Tex. March 31, 2017).

- *Sixth*, an order directing Defendant to ensure that all public education materials directed at voters (including but not limited to notices and websites) make clear that motor-voter applicants do not need to provide DPOC in order to be registered to vote, and need not provide any additional information in order to complete their voter registration applications, and to instruct all county elections officers in Kansas to the same effect. *See* Joint Status Report 2, Sep. 29, 2016, ECF No. 225; Order, Sep. 29, 2016, ECF No. 226.

- *Seventh*, an order directing Defendant to maintain the "Voter View" website "so that motor-voter [registrants] are listed as registered to vote in the same way that other registered voters are displayed." Joint Status Report, Sep. 29, 2016, ECF No. 225; Order, Sep. 29, 2016, ECF No. 226.

- *Eighth*, an order directing Defendant that, in counties that use paper poll books, the names of all motor-voter registrants should appear in the same manner and in the same list as all other registered voters' names. Joint Status Report, Sep. 29, 2016, ECF No. 225; Order, Sep. 29, 2016, ECF No. 226.

- *Ninth*, an order directing that all motor voter applicants shall be "entitled to vote using standard ballots rather than provisional ballots at polling places on Election Day or when they request advance mail-in ballots." Joint Status Report, Sep. 29, 2016, ECF No. 225; Order, Sep. 29, 2016, ECF No. 226.

- *Tenth*, an award of Plaintiffs' attorneys' fees and costs, 52 U.S.C. § 20510(c), and all other relief deemed appropriate.

Plaintiffs concurrently submit a Memorandum in Support of Plaintiffs' Motion for Summary Judgment and Declarations and Exhibits thereto, which are hereby incorporated within this Motion by reference.

WHEREFORE, Plaintiffs request that this Court grant Plaintiffs' Motion for Summary Judgment.

Dated this 14th day of July, 2017.

Respectfully submitted,

/s/ Stephen Douglas Bonney
STEPHEN DOUGLAS BONNEY (#12322)
ACLU Foundation of Kansas
6701 W. 64th Street, Suite 210
Overland Park, Kansas 66202
Phone: (913) 490-4102
Fax: (913) 490-4119
dbonney@aclukansas.org

/s/ Dale E. Ho
DALE E. HO*
R. ORION DANJUMA*
SOPHIA LIN LAKIN*
American Civil Liberties Union Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2693
odanjuma@aclu.org
dale.ho@aclu.org
slakin@aclu.org

NEIL A. STEINER*
REBECCA KAHAN WALDMAN*
DAPHNE HA*
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797
Phone: (212) 698-3500
Fax: (212) 698-3599
neil.steiner@dechert.com
rebecca.waldman@dechert.com
daphne.ha@dechert.com

ANGELA M. LIU*
Dechert LLP
35 West Wacker Drive
Suite 3400
Chicago, IL 60601-1608
Phone: (312) 646-5800
Fax: (312) 646-5858
angela.liu@dechert.com

*Attorneys for Plaintiffs*

\*admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that, on the 14th day of July, 2017, I electronically filed the foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ Stephen Douglas Bonney
STEPHEN DOUGLAS BONNEY (#12322)

*Attorney for Plaintiffs*