IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 16-2105-JAR-JPO |
| ) | |
| KRIS KOBACH, in his official capacity as ) | |
| Secretary of State for the State of Kansas, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ENTRY OF APPEARANCE**

Comes now Sue Becker, a member of the United States District Court for the District of Kansas, and enters her appearance as one of the attorneys for Defendant Kris W. Kobach, in his official capacity as Kansas Secretary of State, who continues to be represented as specified in the signature block below and on the official docket.

Dated: July 25, 2017

                                                Respectfully submitted,

                                                /s/ *Sue Becker*
                                                Sue Becker, U.S. District Court of Kansas
                                                Bar No. 78697
                                                Kris W. Kobach, Kansas Bar No. 17280
                                                Garrett Roe, Kansas Bar No. 26867
                                                KANSAS SECRETARY OF STATE'S OFFICE
                                                120 S.W. 10th Ave.
                                                Topeka, KS 66612
                                                Telephone: (785) 296-4575
                                                Facsimile: (785) 368-8033
                                                Email: kris.kobach@ks.gov
                                                       garrett.roe@ks.gov
                                                       sue.becker@ks.gov

                                              *Attorneys for Defendant Kobach*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on the 25th day of July, 2017, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/*s/ Sue Becker*
Sue Becker
*Attorney for Defendant Kobach*