# Exhibit QQ

Bates Stamp 761

# OFFICE OF THE KANSAS SECRETARY OF STATE
## KNOWN REPORTED INCIDENTS OF ELECTION CRIMES, 1997 - 2012
January 14, 2014

| YEAR | JURISDICTION | DESCRIPTION OF VIOLATION | CRIMES ALLEGED | NUMBER OF CASES | ACTIONS TAKEN |
|---|---|---|---|---|---|
| 2010 | BARTON | Person voted in both Kansas and Colorado | Double vote | 1 | Evidence collected |
| 2002 | BOURBON | Ballots returned for advance voters with non-matching signatures. | Perjury, impersonation of a voter | Multiple | Unknown |
| 1998 | BOURBON | Mother voted for her son, forged signature | Perjury, forgery | 1 | Unknown |
| 1998 | BOURBON | Nursing home supervisor voted for other persons without their consent | Perjury, forgery | Multiple | Unknown |
| 2006 | BUTLER | Person voted twice | Double vote | 1 | Referred to county attorney |
| 2002 | CHEYENNE | Person voted in Kansas and Colorado | Double vote | 1 | Investigated by FBI |
| 2004 | CLARK | Electioneering near an advance voting location | Electioneering | 1 | Convicted of 2 counts of Class B misdemeanors by state of KS |
| 2012 | CLARK | Person voted in both Kansas and Oklahoma | Double vote | 1 | Referred to county attorney, prosecuted for perjury and voting without being qualified. Pled to misdemeanor charge of voting without being qualified. 30 day suspended sentence; 12 month probation; $1,000 fine + $193 court costs. |
| Multiple | DECATUR | Nursing home residents' ballots voted by adult children | Perjury, forgery | Multiple | Unknown |
| 2004 | DECATUR | Voters incapable of voting but ballots voted anyway | Perjury, forgery | 4 | Ballots challenged |
| Multiple | DECATUR | Ballots voted by wife, nephew, social worker of nursing home residents | Perjury, forgery | Multiple | Ballots challenged |
| 2004 | DOUGLAS | Party voter registration drive screened applications and did not deliver some | Voter registration suppression | Multiple | D.A. investigation |

1

Bates Stamp 762

**OFFICE OF THE KANSAS SECRETARY OF STATE**
**KNOWN REPORTED INCIDENTS OF ELECTION CRIMES, 1997 - 2012**
January 14, 2014

| YEAR | JURISDICTION | DESCRIPTION OF VIOLATION | CRIMES ALLEGED | NUMBER OF CASES | ACTIONS TAKEN |
|---|---|---|---|---|---|
| Multiple | ELLIS | Multiple ballots challenged each election due to nonmatching signatures | Perjury, impersonation of a voter | 6 | Ballots challenged |
| 2008 | FINNEY | Non US citizen registered and voted | Perjury, voting without being qualified | 1 | Referred to county attorney, prosecuted, granted diversion |
| 2010 | FINNEY | Person voted in both Kansas and Oklahoma | Double vote | 1 | Referred to county attorney, prosecuted, granted diversion |
| 2010 | FORD | Person voted in both Kansas and Iowa | Double vote | 1 | Referred to county attorney |
| 2010 | HAMILTON | Person voted in both Kansas and Colorado | Double vote | 1 | Referred to county attorney |
| 2008 | HARVEY | Person double voted three times in both HV and LY in 2006, 2008 | Double vote | 1 | Referred to county attorney |
| Multiple | JOHNSON | Advance ballots challenged every election due to nonmatching signatures | Perjury, impersonation of a voter | Multiple | Ballots challenged |
| Multiple | JOHNSON | Multiple examples of questionable ballots | Perjury, impersonation of a voter | Multiple | Ballots challenged |
| 2008 | JOHNSON | Person voted in both Kansas and Colorado | Double vote | 1 | Evidence collected |
| 2010 | JOHNSON | Voter registered at MO bar, voted in KS in 2006, 2008, 2010 | Perjury, voting without being qualified | 1 | Referred to D.A. |
| 2010 | JOHNSON | Voter received advance ballot for which he did not apply. Another person filed application. | Perjury | 1 | No action taken |
| 2010 | JOHNSON | Persons voted advance in person, then voted at polls on election day | Double vote | 3 | Referred to D.A. |
| 2008 | JOHNSON | Non US citizen registered, voted in 2008 | Perjury, voting without being qualified | 1 | No action taken |
| 2008 | JOHNSON | Person registered to vote in JO, WY same day and attempted to vote in both | Double vote | 1 | Provisional ballot, not counted |
| 2008 | JOHNSON | Registration applications received with KS address, MO zip codes | Perjury | 20 | No action taken |
| 2008 | JOHNSON | Person not registered, found another person's address on poll book, used that address to register and vote | Perjury, impersonation of a voter | 1 | Referred to D.A. |
| 2010 | JOHNSON | Persons voted in both Kansas and Arkansas | Double votes | 2 | Referred to D.A. |

2

Bates Stamp 763

## OFFICE OF THE KANSAS SECRETARY OF STATE
## KNOWN REPORTED INCIDENTS OF ELECTION CRIMES, 1997 - 2012
### January 14, 2014

| YEAR | JURISDICTION | DESCRIPTION OF VIOLATION | CRIMES ALLEGED | NUMBER OF CASES | ACTIONS TAKEN |
|---|---|---|---|---|---|
| 2010 | JOHNSON | Person voted in both Kansas and Iowa | Double vote | 1 | Referred to D.A. |
| 2012 | JOHNSON | Person voted twice in mail ballot election | Double vote | 1 | Referred to D.A. |
| 2004 | KANSAS CITY | Persons voted in Missouri and Kansas | Double vote | 3 | Prosecuted by US Attorney, pled guilty to misdemeanor, convicted by federal government |
| 2008 | LYON | Non US citizen registered to vote | Perjury | 1 | Referred to county attorney |
| 2010 | MARSHALL | Person voted in both Kansas and Nebraska | Double vote | 1 | Referred to county attorney, charge filed July 2012 |
| 2008 | MONTGOMERY | Persons voted in KS and AZ | Double votes | 2 | Convicted by federal government of Title 18 U.S.C. 242, Deprivation of Rights Under Color of Law |
| 2004 | NEMAHA | Person voted in both Nemaha and Shawnee counties | Double vote | 1 | Convicted of misdemeanor by state of KS |
| 2010 | OSAGE | Person under felony sentence registered to vote | Perjury | 1 | Referred to law enforcement |
| 2002 | OSAGE | Nursing home assistance when voter not aware | Perjury, forgery | 1 | No action taken |
| 2006 | POTTAWATOMIE | Multiple advance ballots mailed to apartments where voters did not live, ballots were voted | Perjury, forgery | 7 | Referred to law enforcement |
| 2006 | POTTAWATOMIE | Advance ballot voted by voter who no longer resided in KS, but in France | Perjury, forgery | 1 | Referred to law enforcement |
| 2010 | RILEY | Persons voted in both Kansas and Colorado | Double vote | 2 | |
| Multiple | SEDGWICK | Ballot applications signed by parent, spouse or relative | Perjury | Multiple | Provisional ballots not counted |
| 2006 | SEDGWICK | Parent voted for college student by power of attorney | Perjury, impersonation of a voter | 1 | Provisional ballot not counted |

3

Case 2:16-cv-02105-JAR   Document 384-43   Filed 08/04/17   Page 5 of 6

# OFFICE OF THE KANSAS SECRETARY OF STATE
## KNOWN REPORTED INCIDENTS OF ELECTION CRIMES, 1997 - 2012
### January 14, 2014

| YEAR | JURISDICTION | DESCRIPTION OF VIOLATION | CRIMES ALLEGED | NUMBER OF CASES | ACTIONS TAKEN |
|---|---|---|---|---|---|
| 2006 | SEDGWICK | Candidates and poll watchers intimidated voters by asking voters who they were and who they voted for | Voter intimidation | Multiple | No action taken |
| 2010 | SEDGWICK | Non U.S. citizen registered, voted in 2000, 2002, 2004, 2006, 2008 | Perjury, voting without being qualified | 1 | Dept. of Homeland Security contacted county election office. Not pursued. |
| 2009 | SEDGWICK | Non US citizens registered; 1 voted | Perjury, voting without being qualified | 8 | Referred to D.A. |
| 2009 | SEDGWICK | Non-matching signature on an advance ballot envelope | Perjury, forgery | 1 | Provisional ballot not counted |
| 2006 | SEDGWICK | Intimidation of poll workers | Disorderly election conduct | Multiple | Referred to law enforcement |
| 2006 | SEDGWICK | Candidate paid $50-$75 to deliver 20 votes each | Election bribery | Multiple | No action taken |
| 2006 | SEDGWICK | Electioneering by a candidate at a polling place | Electioneering | 1 | Referred to D.A. |
| 2010 | SEDGWICK | Person voted in both Kansas and Louisiana | Double vote | 1 | Referred to D.A. |
| 2011 | SEWARD | Non U.S. citizen registered to vote | Perjury | 1 | Registration canceled |
| 1997 | SEWARD | Employer bused employees, including alleged non-citizens, to register to vote at election office | Perjury | Multiple | No action taken |
| 2005 | SHAWNEE | Advance ballots picked up and delivered to a campaign P.O. Box and never delivered to election office | Advance voting suppression | Multiple | No action taken |
| 2005 | SHAWNEE | Campaign workers picked up voted ballots, did not deliver to election office | Advance voting suppression | 4 | Referred to law enforcement |
| 2005 | SHAWNEE | Tyler Towers, Jackson Towers, Polk Plaza voted ballots picked up but not delivered | Advance voting suppression | Multiple | No action taken |
| 2005 | SHAWNEE | Ballots taken to dark room and flashlight used to see how they were voted | Advance voting suppression | Multiple | No action taken |
| 2005 | SHAWNEE | Voters had their voted ballots taken from mail box | Advance voting suppression | Multiple | No action taken |

4

Bates Stamp 765

## OFFICE OF THE KANSAS SECRETARY OF STATE
## KNOWN REPORTED INCIDENTS OF ELECTION CRIMES, 1997 - 2012
January 14, 2014

| YEAR | JURISDICTION | DESCRIPTION OF VIOLATION | CRIMES ALLEGED | NUMBER OF CASES | ACTIONS TAKEN |
|---|---|---|---|---|---|
| 2008 | SHAWNEE | Person voted in both Kansas and Kentucky | Double vote | 1 | KS US attorney investigated. Diversion agreement reached. |
| 2005 | SHAWNEE | Person voted in both city and county on consolidation question | Double vote | 1 | Investigated but not prosecuted |
| 2002 | SHERMAN | Person voted in both Kansas and Colorado | Double vote | 1 | Investigated by FBI |
| 2010 | SHERMAN | Person voted in both Kansas and Colorado | Double vote | 1 | Referred to county attorney |
| Multiple | WYANDOTTE | Nurse's aides voted ballots for residents without their consent | Perjury, forgery | Multiple | Provisional ballots not counted |
| Multiple | WYANDOTTE | Spouse voting for spouse | Perjury, impersonation of a voter | Multiple | Provisional ballots not counted |
| 2010 | WYANDOTTE | Felons voted. Provisional ballots were not counted | Voting without being qualified | 17 | Referred to D.A., under investigation |
| 2010 | WYANDOTTE | Persons not registered. Signed affidavits claiming residency in Wyandotte | Perjury | 4 | Referred to D.A., under investigation |
| 2010 | WYANDOTTE | Persons attempted to vote more than once | Double vote | 4 | Referred to D.A., under investigation |
| 2008 | WYANDOTTE | Non US citizens registered; 1 voted | Perjury, voting without being qualified | 3 | Referred to D.A. |
| 2008 | WYANDOTTE | Advance ballot applications signed by campaign worker, not voter | Perjury | 25 | No charges filed |
| 2004 | WYANDOTTE | Advance ballot application filed without voter's knowledge | Perjury | 1 | No action taken |
| 2002 | WYANDOTTE | Fraudulent advance ballot applications | Perjury | 50 | Referred to D.A. |
| | | | TOTAL REPORTS | 235+ | |