# EXHIBIT J

**Expert Report of Dr. Stephen Ansolabehere**

***Fish v. Kobach**, No 2: 16-cv-02105 (D. Kansas)*

March 15, 2017

## I.  Statement of Inquiry

1.  I have been asked to examine the report of Professor Jesse Richman in the case of *Steven Wayne Fish v. Kris Kobach*, U. S. District Court for the District of Kansas, Case No. 16-2105, to assess the validity of inferences drawn and the facts presented concerning the rate of non-citizen registration and voting in the State of Kansas and the United States.

## II. Background and Qualifications

2.  I am the Frank G. Thompson Professor of Government in the Department of Government at Harvard University in Cambridge, MA.  Formerly, I was an Assistant Professor at the University of California, Los Angeles, and I was Professor of Political Science at the Massachusetts Institute of Technology, where I held the Elting R. Morison Chair and served as Associate Head of the Department of Political Science.  I am the Principal Investigator of the Cooperative Congressional Election Study (CCES), a survey research consortium of over 250 faculty and student researchers at more than 50 universities, directed the Caltech/MIT Voting Technology Project from its inception in 2000 through 2004, and served on the Board of Overseers of the American National Election Study from 1999 to 2013.  I am a consultant to CBS News' Election Night Decision Desk.  I am a member of the American Academy of Arts and Sciences (inducted in 2007).   My curriculum vitae is attached to this report.

3. My areas of expertise include American government, with particular expertise in electoral politics, representation, and public opinion, as well as statistical methods in social sciences and survey research methods.  I have authored numerous scholarly works on voting behavior and elections, the application of statistical methods in social sciences, legislative politics and representation, and distributive politics.  This scholarship includes over 60 articles in peer-reviewed academic journals including the Journal of the Royal Statistical Society, American Political Science Review, American Economic Review, the American Journal of Political Science, Legislative Studies Quarterly, Quarterly Journal of Political Science, Electoral Studies, and Political Analysis.  I have published articles on issues of election law in the Harvard Law Review, Texas Law Review, Columbia Law Review, New York University Annual Survey of Law, and Election Law Journal.   I have served as member of the editorial board of the American Journal of Political Science, Public Opinion Quarterly, Legislative Studies Quarterly, the Election Law Journal, and Business and Politics.   I have served as Associate Editor of Public Opinion Quarterly.   I have coauthored three scholarly books on electoral politics in the United States, The End of Inequality:  Baker v. Carr and the Transformation of American Politics, Going Negative:  How Political Advertising Shrinks and Polarizes the Electorate, and The Media Game: American Politics in the Media Age.  I am coauthor with Ben Ginsberg, Ken

Shepsle, and Suzanne Mettler of <u>American Government:  Power and Purpose</u>.
My curriculum vita with publications list is attached to this report.

4.  I am or have served as a testifying expert in 10 cases.   I am a testifying expert
for the Rodriguez plaintiffs in *Perez v. Perry*, currently before the U. S. District
Court in the Western District of Texas (No. 5:11-cv-00360) and for the San
Antonio Water District intervenor in *LULAC v. Edwards Aquifer Authority* in
the U.S. District Court for the Western District of Texas, San Antonio Division
(No. 5:12cv620-OLG,).  I have served as a testifying expert for the Gonzales
intervenors in *State of Texas v. United States* before the U.S. District Court in
the District of Columbia (No. 1:11-cv-01303); for the Department of Justice in
*State of Texas v. Holder*, before the U.S. District Court in the District of
Columbia (No. 1:12-cv-00128); for the Guy plaintiffs in *Guy v. Miller* in U.S.
District Court for Nevada (No. 11-OC-00042-1B)**;** for the Florida Democratic
Party in *In re Senate Joint Resolution of Legislative Apportionment* in the
Florida Supreme Court (Nos. 2012-CA-412, 2012-CA-490); for the Romo
plaintiffs in *Romo v. Detzner* in the Circuit Court of the Second Judicial Circuit
in Florida (No. 2012 CA 412); for the Department of Justice in *Veasey v. Perry*,
before the U.S. District  Court for the Southern District of Texas, Corpus
Christi Division (No. 2:13cv00193); for the Harris plaintiffs in *Harris v.
McCrory* in the U. S. District Court for the Middle District of North Carolina
(No. 1:2013cv00949); and for the Bethune-Hill plaintiffs in *Bethune-Hill  v.*

*Virginia State Board of Elections* in the U.S. District Court for the Eastern

District of Virginia (No. 3: 2014cv00852).

5.  I have worked as a consultant to the Brennan Center in the case of *McConnell*

*v. FEC*, 540 U.S. 93 (2003).  I have testified before the U.S. Senate Committee

on Rules, the U.S. Senate Committee on Commerce, the U.S. House Committee

on Science, Space, and Technology, the U.S. House Committee on House

Administration, and the Congressional Black Caucus on matters of election

administration in the United States.   I filed an amicus brief with Professors

Nathaniel Persily and Charles Stewart on behalf of neither party to the U.S.

Supreme Court in the case of *Northwest Austin Municipal Utility District*

*Number One v. Holder*, 557 U.S. 193 (2009) and an amicus brief with

Professor Nathaniel Persily and others in the case of *Evenwel v. Abbott* 136 S.

Ct. 1120 (2016).

6.  I have been hired by the Plaintiffs in this case. I am retained for a rate of $500

per hour, which is my standard consulting rate.

**III. Data Sources**

7.  In preparing this report I have consulted data on the population and citizen population in Kansas and the United States provided by the US Census Bureau.  Specifically, I rely on the US Census Enumeration of 1990 for estimates of the adult and adult non-citizen populations in the State of Kansas in that year and the American Community Survey (ACS) 2015 for estimates of the adult and adult non-citizen populations in the State of Kansas currently.  According to the ACS 2015 survey, there are 2,189,554 adults (18 years or older) in the State of Kansas, 2,072,133 adult citizens in the State of Kansas, and 117,421 adult non-citizens in the State of Kansas. Data available through the American Factfinder website of the US Census Bureau: https://factfinder.census.gov/faces/nav/jsf/pages/searchresults.xhtml?refresh=t.   I rely on the 2008 Current Population Survey, conducted by the Census Bureau, to measure the demographic characteristics of the non-citizen population of the US in 2008 and currently.  Data available at https://www.census.gov/topics/population/foreign-born/data.html.

8.  In preparing this report I have also consulted data files of the Cooperative Congressional Election Study for 2006, 2008, 2010, 2012, and 2014.  Data available at http://projects.iq.harvard.edu/cces/data.

**III. Summary**

9. <u>Professor Richman's Estimates of Non-Citizen Registration in the State of Kansas</u>.  Professor Richman provides five estimates of the rate of non-citizen registration in the State of Kansas, but no "best" estimate.   Taking those five together, the estimated rate of non-citizen registration is 1.3 percent, but the margin of error of this estimate is very wide, plus or minus 7.6 percent.   (See Table 2.)  This is not a statistically significant rate of non-citizen registration. That is, there is sufficient uncertainty associated with the estimated rates of non-citizen registration in Professor Richman's report that there can be no confidence that the number of non-citizen registrations is more than the nominal cases in the sample.    It is not possible to reject the hypothesis that the rate of non-citizen registration in the State of Kansas is different from zero.

10. <u>Professor Richman's estimates of Non-Citizen Registration in the United States</u>.  Professor Richman also offers two estimates of the rate of non-citizen registration in the United States as a whole.   (See Table 1.)  They are distinct from and inconsistent with each other.  They are based on a flawed data analysis.

11. <u>Professor Richman's Estimates of Non-Citizen Voting in the United States.</u> He offers two estimates of the rate of non-citizen voting in the United States as a whole.   (See Table 3.)  These two estimates are distinct from and

inconsistent with each other.   They are based on a flawed data analysis.
Professor Richman offers no estimate of the rate of non-citizen voting in the
State of Kansas.

12. <u>Professor Richman's Estimates of Citizens who Lack Citizenship Documents</u>.
Professor Richman offers one estimate of the percent of citizens who lack
proof of citizenship in the State of Kansas.   He estimates that 2.2 percent of
all adult citizens in the State of Kansas lack documents to prove that they are
citizens (Richman page 9; and Table 4 below).  That estimate implies that
45,587 adult citizens in the State of Kansas lack the requisite documentations
to prove that they are citizens.  This number far exceeds Professor Richman's
estimates of the numbers of non-citizens who are registered or have tried to
register, which, as listed in his conclusion, range from 1,100 to 18,000
persons.

13. <u>Professor Richman's Estimates of the Number of Individuals on the Suspense
List Who Are Non-Citizens</u>.   Professor Richman offers one estimate of the
number of individuals on the Suspense List who are non-citizens:   0.7
percent.   This estimate is not statistically distinct from zero.   This estimate
implies that the vast majority of people on the suspense list are citizens.

**IV. Findings**

**A. Estimates of Registration Rates of Non-Citizens**

14. Professor Richman's report provides seven different estimates of the percent
    of non-citizens who are registered to vote.   Two of these estimates use
    national survey data and pertain to the entire United States.  These are
    presented in Table 1 below.   Five of these estimates use various datasets that
    encompass residents in the State of Kansas.   These are presented and
    summarized in Table 2 below.

15. The estimates are made using different methodologies.  Professor Richman's
    report offers no indication as to which methodology is superior or which is
    the "best" estimate.

16. None of the estimates in Professor Richman's report provide evidence of
    statistically significant rates of non-citizen registration in Professor
    Richman's report.   No standard errors or margins of error are presented for
    six of the seven estimates of the rate of non-citizen registration.   The margin
    of error is presented for one estimate (Richman, page 12).   The margin of
    error for that estimate is sufficiently large that the estimate is not statistically
    significant; that is, the estimate is so noisy that it cannot be distinguished
    from true rate of zero (Richman page 12).

17.  Statistical standards are not consistently applied in Professor Richman's

report and his other academic work provided as attachments to his report.

Specifically, three of the estimates for non-citizen registration in Professor

Richman's report are based on very small sample sizes.

    a. On page 5, the reported sample size of the estimate of 28.6

      percent is 14.

    b.  On page 10, the reported sample size of the estimate of 16.5

      percent is 34.

    c.  On page 12, the reported sample size of the estimate of 5.3

      percent is 19.

18. These analyses have low statistical power.   Statistical power is the *a priori*

ability of a study to distinguish among different possible true values of the

underlying rate of non-citizen registration, including a registration rate of

zero.   Power increases as a direct function of sample size.   A researcher

chooses a larger sample size, before conducting the study, in order to gain

higher precision in the estimates and, thus, higher power.   In an unpublished

paper that was attached to his report, Professor Richman dismisses an

analysis of 85 non-citizen respondents as "badly under-powered."[1]   The

"badly under-powered" sample size of 85 is two to six times larger than the

---

[1] See Jesse Richman, David C. Earnest, and Gulshan Chattha, "A Valid Analysis of a
Small Subsample:  The Case of Non-Citizen Registration and Voting," Working Paper:
1/28/2017, pages 3-4.   This paper was provided to me as an attachment to his
report in this case.

sample size of the estimates noted above on Pages 5, 10, and 12 of Professor Richman's report.

**A.1. U.S. Estimates**

     i.   *Statistics*

19. Professor Richman provides two estimates of the rate of non-citizen registration in the United States based on the Cooperative Congressional Election Study (CCES) of 2008:   3.3 percent and 19.8 percent.

20. As noted, I am the Principal Investigator of the CCES, the survey on which Professor Richman relies for various estimates in his report.   I designed and manage that survey.

21. Professor Richman offers no statistical assessment of the figures he presents on page 3 of his report.  He offers no sample size information, no margins of error, no measures of uncertainty, and no statistical tests.

22. I extracted the relevant sample size for the group of non-citizens in the 2008 CCES Common Content Survey from the datafile for that study in order to construct the relevant confidence intervals.  The theoretical margin of error, using the conventional calculation, for each of the CCES 2008 estimates of the

rate of non-citizen registration is plus or minus 4.5 percentage points, as shown in Table 1.[2]

23. Professor Richman's first estimate he offers is not statistically significantly different from zero, but his second estimate is statistically different from zero, and the two estimates are statistically different from each other.

*ii.  Problems*

24. A first problem with Professor Richman's two estimates of non-citizen registration in the U.S. is that he uses very different indicators of who is registered.

   a.  The first estimate consists of those who have a voter registration record: that is, all respondents to the CCES who indicated that they are non-citizens and for whom a matching registration record could be found.

   b.  The second estimate includes those individuals and also people who *say* they are registered to vote but for whom no linking record of their purported registration can be found in official state registration records.

   c.  Including people who *reported* being registered in the indicator of who is *actually* registered increases Professor Richman's estimate of the rate of

---

[2] The conventional margin of error, as commonly reported, say, with public opinion polls in the media, uses the formula 1.96 times the square root of .25 divided by the sample size.   The figure .25 is the variance of a dichotomous variable with p = .5.   It is commonly assumed that p = .5, a priori, in making this calculation.   If the true rate p is very low, an alternative confidence interval calculation is possible using a Poisson distribution.  Throughout I use the conventional formula, using p = .5.

non-citizen registration six-fold.   Professor Richman offers no

justification for using reported registration or argument as to which

estimate is superior.

25. A lengthy academic literature on registration and voting has noted that

people substantially over-report registration and turnout, and that

considerable caution should be drawn from survey data that purport to

measure registration based on self-reports of survey respondents as to their

registration status.[3]   Specifically, the registration rates reported in surveys

are much higher than actual registration rates, and, after matching survey

data to registration lists, it is clear that many people who say they are

registered in fact are not.   Research attributes this to many different causes,

such as social desirability of civic participation, faulty memories, and

monitoring.   Based on this research, there is reason to doubt the validity of

indicators of actual registration that are based on *reported* registration.

---

[3] On the rates of over reporting of registration and turnout in the American National Election Study see Michael Traugott and John P. Katosh, "Response Validity in Surveys of Voting Behavior," *Public Opinion Quarterly* 43 (1979):  359-377.   See also Brian D. Silver, Barbara A. Anderson and Paul R. Abramson, "Who Overreports Voting?" *American Political Science Review* 80 (1986):  613-624, and see Robert F. Belli, Michael W. Traugott, Margaret Young, and Katherine McGonagle, "Reducing Vote Overreporting in Surveys:  Social Desirability, Memory Failure, and Source Monitoring," *Public Opinion Quarterly* 63 (1999): 90-108.   On the rates of over reporting of registration and turnout in the Cooperative Congressional Election Study see Stephen Ansolabehere and Eitan Hersh, "Validation:  What Big Data Reveal About Survey Misreporting,"  *Political Analysis* 20 (2012):  437-459.

26. Professor Richman asserts, without any statistical foundation, that non-citizens do not over report registration, and he argues that is because they are not subject to social desirability biases.   Professor Richman offers no evidence concerning social desirability pressures on non-citizens, or other causes of mis-reporting registration and turnout.   Professor Richman's report, however, provides evidence of over-reporting of registration among non-citizens.  Specifically, Professor Richman's report presents two very different national estimates of non-citizen registration using the CCES: (1) reported non-citizens who had valid registrations and (2) reported non-citizens who reported being registered or had a valid registration.   The first estimate, based only on actual registration records, is 3.3 percent.   The second estimate, based on self-report of registration, is 19.8 percent.   That difference is consistent with over-reporting of registration among non-citizens.

27. A second problem with Professor Richman's analysis of the CCES is the treatment of the subsample of non-citizens in the 2008 survey.  He analyzes this subgroup as if it were representative of all non-citizen adults in the United States.   Professor Richman offers no assessment of representativeness of the subsample of non-citizens from which he is drawing inferences about the entire population of non-citizens in the US, nor of the validity of making projections from this subgroup to the population of non-citizens.

13

28. The CCES was not designed to reflect the non-citizen population of the United States, and it is not representative of this subgroup.   The CCES is designed to be nationally representative of the population, and particular care is taken to be representative of the eligible electorate.   The study does not, for example, include people in federal prisons.

29. Non-citizens are under-represented in the sample.  According to the American Community Survey, 8.6 percent of adults in the US in 2008 were non-citizens.   In the 2008 CCES, only 1.2 percent of the respondents were non-citizens.   Weighting the sample to reflect the age, education, gender, racial, and geographic distribution of the population only increased the non-citizen percent to 2.6 percent.

30. The non-citizens in the CCES 2008 are not representative of non-citizens in the population as a whole.  Notably, ten percent of the reported non-citizens in the CCES 2008 sample did not have a high school degree or equivalent. According to the Current Population Survey, 41 percent of non-citizen adults in the US in 2008 did not have a high school degree or equivalent.   Given the magnitude of the differences between the characteristics of the CCES non-citizen subgroup and the characteristics of the non-citizen population in the U.S., significant statistical adjustments are required in order to draw valid inferences.   Professor Richman does not correct in his analysis for

14

differences between the demographic characteristics of the non-citizen subgroup in the CCES and the non-citizen population in the U.S.

31. A third problem with Professor Richman's analysis of the CCES is that he takes no account of known measurement error in the survey question on citizenship status.   Professor Richman uses question V263 from the 2008 CCES to determine who indicates that they are non-citizens.   The question asks respondents:

> *Which of these statements best describes you?*
>
> *<1>*      *I am an immigrant to the USA and a naturalized citizen*
> *<2>*      *I am an immigrant to the USA but not a citizen*
> *<3>*      *I was born in the USA but at least one of my parents is an immigrant*
> *<4>*      *My parents and I were born in the USA but at least one of my grandparents was an immigrant*
> *<5>*      *My parents, grandparents, and I were all born in the USA*
> *<8>*      *Skipped*

32. There is evidence in the academic literature of measurement error in this question.[4]   In 2010 and 2012, the CCES interviewed 19,000 respondents in both years and asked them the same set of questions.   Of the 18,846 people who answered this question in both years, 91 percent of respondents answered the immigrant status question consistently, but nine percent (1 in 11) gave inconsistent answers from year to year.

---

[4] See Stephen Ansolabehere, Samantha Luks, and Brian F. Schaffner, "The Perils of Cherry Picking Low Frequency Events in Large Sample Surveys" Electoral Studies 40 (2015):  409-410.

33. Table 5 presents the responses to the 2010 – 2012 CCES survey.  The table collapses the four categories indicating that someone is a citizen into a single category.

   a. There were 121 respondents who chose category #2 in the 2010 survey, that is, who identified themselves as "not a citizen" that year.   Of the 121 respondents who stated that they were non-citizens in 2010, 85 respondents also stated that they are "not a citizen" in 2012. The remaining 36 respondents stated that they were "not a citizen" in 2010 but stated that they were a citizen in 2012.   That difference might reflect naturalization, or it might reflect survey errors, such as occur when a respondent accidentally clicks the wrong category in one of the years.

   b. There were 18,725 respondents who indicated that they were citizens in 2010 (that is, they chose one of the citizenship categories that year).   Of these, 18,705 respondents indicated again that they were citizens in 2012.

   c. There were 20 respondents who stated that they were citizens in 2010 but non-citizens in 2012.  That is impossible

   d. Overall, of the 105 people who said they were non-citizens in 2012, 20 (or 19 percent) indicated that they were citizens in 2010, and are likely erroneous responses.

34. The rate of classification error is consequential because it can completely account for Professor Richman's findings.   The 2010-2012 survey provides

an estimate of the rate of classification error among non-citizens: 19 percent of non-citizens are in fact citizens (i.e., 20 of the 105 reported non-citizens in 2012).   A simple calculation illustrates that we expect to find some actual citizen voters among the groups classified as non-citizens.   If half of all citizens vote, and if 19 percent of respondents who are classified as non-citizens are in fact citizens, then we expect that nine to ten percent of reported non-citizens are, in fact, citizen voters. Professor Richman reports valid voting estimate of 3.3% and a reported voting rate of 11 percent among those who say they are non-citizens in the 2008 CCES.

35. In a refereed article, I have demonstrated both the measurement error problem and its potential consequences.[5]   Even if the illustrative calculation in paragraph 34 is too simple to adequately capture the problem, the presence of measurement error on the order of 20 percent of the reported non-citizens will create significant biases in the estimates and likely renders inferences about the registration and voting of actual non-citizens impossible.   Professor Richman offers no correction for measurement errors in his estimates.[6]

---

[5] See Stephen Ansolabehere, Samantha Luks, and Brian F. Schaffner, "The Perils of Cherry Picking Low Frequency Events in Large Sample Surveys" *Electoral Studies* 40 (2015), at 410.

[6] Professor Richman and his colleagues have written an unpublished rejoinder to my analysis.  Their paper does not in fact address the obvious measurement error problem or offer a statistical correction for potential biases.

**A.2. Kansas Estimates**

   *i. Statistics*

36. Professor Richman provides five estimates of the rate of non-citizen voter registration for the State of Kansas.   These are presented and summarized in Table 2.  The estimates of the rate of non-citizen registration in Professor Richman's report range widely – from 0 percent of non-citizens are registered to vote (page 11 of Richman's report) to 28.6 percent of non-citizens are registered to vote (page 5).  The studies with the larger sample sizes – and, thus, greater statistical precision and higher statistical power – have much smaller estimates of the rate of non-citizen registration.   The simple average of the five estimates is 10.3 percentage points.  However, the average value weighted by the sample sizes of each study is a weighted average of 1.3 percentage points, as shown at the bottom of Table 2.

37.  Professor Richman offers no measures of statistical precision or margins of error for any of the estimates, with one exception.   The exception is on page 12 of his report, where he reports that 1 person out of 19 stated in the survey that he or she was registered to vote or attempted to register to vote, for an estimate that 5.3 percent of non-citizens are registered to vote in the State of Kansas.  The margin of error on that estimate is so wide that one can have no

confidence that the number of non-citizens in Kansas who are registered to vote is larger than the single case found.

38. Professor Richman offers no margin of error or statistical analysis of the four other estimates of the non-citizen registration rate for the state of Kansas. Table 2 provides the theoretical margin of error for each of the other estimates.   These calculations assume that the data were generated as if from a random sample from the population of all non-citizens in the State of Kansas.  As discussed below, the estimates based on the Suspense List, Temporary Driver License List (TDL), and the list of incidentally contacted persons are problematic in this respect.   For the sake of the analysis here, I will assume simple random sampling and use the conventional margin of error, commonly reported in media reports on polls.[7]  Using this margin of error, none of the estimates are statistically distinguishable from each other, and three of the estimates are not statistically distinguishable from 0.

39. Taking all five estimates together reveals that the data presented offer no statistically significant evidence of non-citizen registration in the State of Kansas.  Combining all five estimates, the simple average of the estimates of non-citizen registration in Professor Richman's Report is 10.3 percent.  The

_____

[7] That formula is 1.96 times the square root of .25 divided by the sample size.  There are other formulas for the sampling variance of an estimate, depending on distribution assumptions, but this is the standard formula used in presenting polling data.

standard deviation of the five estimates is 12.2 percent,[8] which yields a

margin of error for the estimated registration rate of 24.4 percent.[9]   That is

a very wide margin of error, so wide that one cannot distinguish that number

from a true rate of zero:  the data do not have enough precision to allow us to

reject the hypothesis that the true rate of non-citizen registration is

effectively zero.

40. Because some of the studies that Professor Richman conducted have much

larger sample sizes, and thus more precision, it makes sense to give those

studies more weight in combining the estimates.   A weighted average of the

estimates in Table 2, in which each estimate is weighted according to the

number of observations made to make the estimate, is that 1.3 percent of

non-citizens in the State of Kansas are registered to vote.  That estimate also

has some uncertainty associated with it, and that uncertainty is measured as

the variability (standard deviation) across the studies.   The observed

sample-size weighted standard deviation of the estimates is 3.8 percentage

points, and the corresponding margin of error is 5.2 percentage points.   The

uncertainty in the estimates is sufficiently large that one cannot conclude

from the totality of the evidence that the rate of non-citizen registration is

different from 0.

---

[8] The standard deviation measures the variation across estimates and captures the degree of uncertainty about the true rate of registration given the variation across the different studies presented.

[9] This standard error and margin of error estimate does not depend on the assumption of pure random sampling.   It is the variation across the estimates Professor Richman offers.

    *ii.*    *Problems*

41. Each of Professor Richman's specific estimates suffers from methodological

problems.

    ii. a. Kansas Estimate Based on the CCES

42. The first estimate Professor Richman offers for the State of Kansas (Richman,

page 5 and shown in the first row in Table 2) relies on 14 respondents from

the CCES from 2006, 2008, 2010 and 2012, combined.   Professor Richman

states that 4 of these 14 respondents report being registered.   He then offers

an estimate that 28.6 percent non-citizens in Kansas are registered to vote.

43. First, this estimate is contaminated by measurement error in the

identification of non-citizens in the CCES, as discussed previously (see

paragraphs 30 to 34).

44. Second, this estimate uses reported registration only and suffers from the

well-known problem that people over report being registered to vote, as

discussed previously (see paragraph 24).

45. Third, when using the national CCES data, Professor Richman provided an

estimate of non-citizen registration that relies on linking respondents to

voter registration records.  No analogous estimate is offered for the 14 cases
he studied from the CCES samples for the State of Kansas. Inspection of the
2006, 2008, 2010, and 2012 datafiles reveals that of the 14 Kansas
respondents who self-identified as non-citizens, only 1 (a single respondent
in 2008) had a matched record on the voter registration lists of the state of
Kansas.

46. Professor Richman did not include the 2014 CCES in his analysis.  In the 2014
CCES, four respondents reported that they live in the State of Kansas and
reported that they are non-citizens.  None of these four had a matching
registration record.

ii. b. Kansas Estimate Based on Naturalization Information

47. The second estimate of non-citizen registration in the State of Kansas in
Professor Richman's report uses pre-existing registrations of non-citizens
who became naturalized citizens in Sedgwick County, Kansas.  This estimate
extrapolates from the population of foreign born who become naturalized
citizens to the population of foreign born non-citizens.

48. No effort is made in Professor Richman's report to establish that those who
become naturalized are representative of the non-citizen population as a
whole.  According to the 2015 American Community Survey, most (63

percent) of the foreign born population in the State of Kansas are not naturalized citizens.   That survey shows that the naturalized population is older (median age 47.4) than the non-citizen population (median age 34.7).   The naturalized population is better educated (77.4 percent have a high school degree or higher) than the non-citizen population (56.2 percent have a high school degree or higher).   The naturalized population has higher income (median household income of $74,606) than the non-citizen population (median household income of $55,781).   These factors are all predictors of the likelihood of registration.[10]   No effort is made in Professor Richman's analysis to adjust for the difference between those who become naturalized and those who remain non-citizens.

### ii. c. Kansas Estimate Based on TDL Survey

49. The third estimate Professor Richman offers for the State of Kansas is a survey of names on the Temporary Drivers License list (TDL), matched to Immigration, Customs & Enforcement (ICE) records.    There are several problems with this estimate.

50. First, in designing the survey he conducted for the State of Kansas, Professor Richman uses a different, and unusual, wording of the question used to ascertain voter registration status than he relied on for his analysis of the

---

[10] See Stephen Ansolabehere and Eitan Hersh, "Validation:  What Big Data Reveal About Survey Misreporting,"  *Political Analysis* 20 (2012):  437-459, section 5.

2008 CCES.  The questionnaire used in the Kansas survey asks whether the respondent "is registered or has attempted to register in the State of Kansas." The inclusion of "or attempted to vote" is unconventional in questions about voter registration status.   No analysis was offered of the validity or reliability of the registration question used in the Kansas survey.   No explanation is offered as to why the question used for the Kansas survey differs from the question used to ascertain reported registration in the 2008 CCES.  No analysis was offered as to whether the question used in the Kansas survey elicits responses consistent with the 2008 CCES.   Differences in question wording only add to the uncertainty in the estimates.

51. Second, no response rate is presented.   The response rate is the percent of people from the original sample list who were, in the end, interviewed. Academic and professional survey research standards, such as used by the American Association of Public Opinion Research and *Public Opinion Quarterly*, require calculation of a response rate with the publication of survey data.   It is unclear from the materials presented what the response rate of this survey is, but a crude estimate is possible from the Excel file entitled DialingReport20Jan17_KS.xls.  That file lists 40,892 attempted contacts, of which 2,300, or 5 percent, were successful.  Additionally, not all names of the voter list have phone numbers, so the sampling method of calling people could not possibly reach all of the people in target population. Hence, the nominal response rate appears to be lower than 5 percent.

Professor Richman's report offers no discussion of non-response in his survey or proposed corrections for it.

52. Third, the TDL list captures only a fraction of the non-citizen population.   In statistical terms this is a coverage problem:  the sampling methodology can only cover or reach a small fraction of the target population.  Professor Richman extrapolates from a study of TDL license holders to all non-citizens in the State of Kansas on page 10.  However, he states on the top of page 9 that only one in five non-citizens are TDL license holders.  He offers no statistical correction to adjust for the fact that the TDL only reflects 20 percent of the target population of all non-citizens in Kansas.  He offers no statistical description of the characteristics of the people on the TDL, and no statistical correction or reweighting of these data is done to reflect the overall non-citizen population in the State of Kansas.  There is no statistical basis for treating the study of the TDL as representative of the non-citizen population of Kansas.

53. Fourth, no information is presented about the maintenance or currency of the TDL list.  It is possible that a person received a TDL several years ago, and subsequently became a citizen, but is still on the TDL list.

ii. d. Kansas Estimate Based on Registered Voter Survey

54. Professor Richman's fourth estimate of the non-citizen registration rate in the State of Kansas comes from a survey of names on the voter registration lists in four counties with high non-citizen populations – Finney, Ford, Grant, and Seward counties. Zero (0) respondents indicated that they were non-citizens. There is no information provided about how this survey was conducted.

ii. e. Kansas Estimate Based on "Incidentally Contacted Persons"

55. A fifth, and final, estimate offered by Professor Richman of the registration rate of non-citizens in the State of Kansas pieces together people contacted incidentally in conducting the survey of Registered voters, the survey of TDL holders, and a survey of people on the Suspense List. (See Richman pages 11-12.) Across the different studies, he determines that there were 19 "incidentally contacted" non-citizens, one of whom stated that he or she was registered to vote or had attempted to register. Professor Richman reports a margin of error of 10.1 percent. That calculation is based on the assumption that there is a common sampling frame for a single study.

56. This analysis does not have a coherent methodology for the study of the non-citizen population of the state of Kansas. The populations reflected by the Registered Voter List, the Suspense List, and the TDL List do not constitute a list of the population of non-citizens in the State of Kansas. Large portions of

the non-citizen population are not on these lists, and some of these lists
(especially Registered Voters) include citizens.   The Suspense and TDL lists
may include the same people.

57. There is no analysis showing how to extrapolate from those subgroups
covered in the Registered Voter, Suspense, and TDL lists to the population of
all non-citizen adults in the State of Kansas.  There is no discussion in
Professor Richman's report of the assumptions when he calculates the
margin of error for his estimate on page 12.  It is my understanding that the
assumption made at this point in his report is that the 19 observations pieced
together across the three studies are randomly sampled from the population
of non-citizens.  Without a common sampling frame, however, the sampling
is far more complicated, and not a simple random sample.  The margin of
error is likely wider than what would be arrived at from a single, simple
random sample.

58. The 19 observations studied on Page 12 of Professor Richman's report are
simply an arbitrary collection of cases, not a random sample.   There is no
sampling basis for drawing statistical inferences from incidental contacts.
There is no description of a sampling frame or target population.   There is no
statistical analysis showing how to extrapolate from these lists to the overall
non-citizen population.  Hence, there is no statistical basis for extrapolating
from the incidental contacts from the combination of these studies.

27

*iii. Summary*

59. In sum, the estimates provided in Professor Richman's report do not have sufficient statistical precision or power to provide evidence that the rate of non-citizen voter registration is statistically distinguishable from zero.    This is not to say that there are no non-citizens registered to vote in the State of Kansas.  Rather, the evidence mounted in Professor Richman's report is too ambiguous to provide a precise estimate of the rate of non-citizen registration, and the evidence presented, taken in its entirety, is not statistically significantly different from zero.   Overall, these estimates are not informative about the rate of non-citizen registration in the United States overall or in the State of Kansas.

**B.  Estimates of Voting**

60. Professor Richman's Report provides two estimates of the rate of non-citizen voting.  Both are based on the 2008 CCES, and cover the entire US.   These are presented in Table 3.

61. These estimates differ because they employ different indicators of who counts as a voter.   One estimate (1.5%) uses only people who report being non-citizens and who are validated as voters, meaning that there is a

matching record for them in a state's official records of persons who voted. The second estimate (of 11.3%)  is ten times larger than the first estimate, and uses people who report being non-citizens and people who either are validated as voters or report that they voted.  The difference between the first and second estimates is entirely due to the fact that the second estimate includes people who reported that they voted but for whom no record of a vote could be found.  Professor Richman offers no data or analysis indicating which of these is the best indicator of actual voting.

62. As with indicators of registration, political science researchers have long documented that survey respondents over-report voting, and it is well established that reported turnout is not an accurate indicator of actual voting, as many people say they voted when in fact they did not.  See footnote 3 above.  Based on this research, there is reason to doubt the validity of indicators of actual voting that are based on reported voting.

63. Professor Richman's report presents no measures of statistical precision or margins of error are presented with any of the estimates of non-citizen voting.  The theoretical margin of error is plus or minus 4.5 percentage points, using the conventional calculation of the margin of error, as discussed above.  The first estimate, then, offers no statistical evidence of non-citizen voting in the US, but the second estimate does. The first and second estimates

that Professor Richman offers differ from each other by a greater amount

than would be expected simply from sampling variation.

64. Professor Richman does not indicate which of these is the "best" estimate.

The second estimate is biased because of over-reporting of voting, and both

estimates are affected by the measurement error in non-citizenship

described in paragraphs 30 through 34.

65. These estimates are not informative about the extent of non-citizen voting in

the State of Kansas.

**C. Estimates of Citizenship Documentation**

66. Professor Richman (page 9) estimates, using a survey of the Suspense List,

that 2.2 percent of citizens in Kansas lack the documents required to prove

citizenship, such as birth certificates or passports.  See Table 4.

67. No measures of statistical uncertainty are offered with this estimate.  Table 4

provides the theoretical margin of error for this statistic, which is calculated

to be plus or minus 2.7 percent.

68. As with the registration and voting data, this estimate is not statistically

distinguishable from zero.

69. Setting aside the question of statistical significance, the estimated percent of citizens in the State of Kansas who lack citizenship documents translates into 45,587 persons.  According to the 2015 American Community Survey, there are 2,072,133 adult citizens in Kansas; 2.2 percent of 2,072,133 equals 45,587 persons.

70. By comparison, Professor Richman's estimates of the percent of non-citizens in the State of Kansas who are registered to vote imply a much lower number of non-citizens affected.  The conclusion to his report offers a range of possible numbers from 1,153 to 18,000.  That is, the number of citizens that lack citizenship documents, according to Professor Richman's estimates, is somewhere between 2.5 to 40 times larger than the estimated number of non-citizens who are registered or have attempted to register.

**D. Analysis of the Suspense List**

71. Professor Richman offers a study of the Suspense List.   On the bottom of page 7, Professor Richman describes the suspense list as "individuals who have applied to register to vote in Kansas but do not have verified citizenship status."  As noted, the Suspense List is not representative of the non-citizen population of the State of Kansas, as it includes citizens who lack documents as well non-citizens.  This makes it difficult to use these data to draw

inferences about the behavior of all non-citizens in the State of Kansas.  It
may also be the case that the non-citizens on the Suspense list are
unrepresentative of non-citizens in the State of Kansas generally, but there is
no information about the non-citizens on the Suspense List.

72. A sample of 1380 people was drawn from this list.  Of these seven people (or
.5 percent) were identified as non-citizens.   On page 8, paragraph 4,
Professor Richman reports that, after weighting the data, ".7 percent of the
overall suspense list consists of non-citizens."  He then uses the figure of .9 in
performing the calculation that 161 people on the Suspense List are non-
citizens.  There is no explanation of where the .9 figure comes from, and why
.7 is not used.

73. No statistical analysis is offered of how non-citizens on the Suspense List
reflect the overall non-citizen population.  There is no statistical basis
presented as to how one could possibly extrapolate from this group to the
entire population of non-citizens in the State of Kansas.   Survey weights
were provided to me, but no information available to assess the accuracy of
those weights or how they relate to the non-citizen population of the State of
Kansas.

74. The theoretical margin of error for a sample size of 1380 is plus or minus 2.7 percentage points.  Given this margin of error, the quantity 0.7 is not statistically significantly different (or statistically distinguishable) from zero.

75. The estimate provided on Page 8 is not an estimate of the percent of non-citizens who are registered, but of the percent of the Suspense List – people whose citizenship status is not yet resolved – who are in fact non-citizens. That means that almost all of the Suspense List consists of citizens. Specifically, if, as Professor Richman estimates, 0.7 percent of the Suspense List are non-citizens, then 99.3 percent of the Suspense List are citizens.

I declare under penalty of perjury under the laws of the United States that the

forgoing is true and correct to the best of my knowledge.

DATED this 15th Day of May, 2017

Stephen Ansolabehere

| | Estimate | | |
|---|---|---|---|
| SOURCE | Estimated Percent | Sample Size | Theoretical Margin of Error* |
| 2008 CCES – US Linked Registration Record AND Reported Not Citizen (Richman, Page 3) | 3.3% | 488** | +/- 4.5% |
| 2008 CCES – US Linked Voting Record OR Reported Registration AND Reported Not Citizen (Richman, Page 3) | 19.8% | 488** | +/- 4.5% |

TABLE 1

Estimates of the Percent of Non-Citizens
who are Registered to Vote in the United States
According to the Report of Professor Jesse Richman

* The theoretical Margin of Error assumes that the only source of variation in estimates is due to random sampling.  Under that assumption the margin of error is the 95 percent confidence interval for the estimate, which is calculated as 1.96 times the square root of .25/Sample Size. All estimates in this column, except for "Kansas – Incidentally Contacted Respondents" are provided by Professor Ansolabehere.

** From 2008 CCES Common Content Datafile.
https://dataverse.harvard.edu/dataset.xhtml?persistentId=hdl:1902.1/14003

***The text provides a number of non-citizens registered of 269.  No baseline number of non-citizens is reported in the text.  According to the Census Bureau in 1990 there were 35,819 foreign born non-citizens in the State of Kansas.   I calculate the estimated percent to be (269/35819)*100 = 0.7 percent.

****Reported by Professor Richman.

TABLE 2
Estimates of the Percent of Non-Citizens
who are Registered to Vote in the State of Kansas
According to the Report of Professor Jesse Richman

| SOURCE | Estimated Percent | Sample Size | Theoretical Margin of Error* |
|---|---|---|---|
| Kansas – CCES 2006-2012 Reported Registration AND Reported Non- Citizen in Survey (Richman, Page 5) | 28.6% (4/14) | 14 | +/-27.7% |
| Kansas – Sedgwick County Pre-existing registrations of newly naturalized citizens (Richman, Page 5) | 1.0% (8/789) | 789 | +/- 3.6% |
| Kansas TDL - Survey People who reported being registered or attempting to register; matched to ICE (page 10) | 16.5% (6/37) | 37 | +/- 16.4% |
| Kansas Counties (Finney, Ford, Grant, Seward) (page 11) | 0% (0/576) | 576 | +/- 4.2% |
| Kansas – Incidentally Contacted Respondents (page 12) | 5.3% (1/19) | 19 | 10.1%**** |

Summary of Kansas Estimates

| | Simple Average | Sample-Size Weighted Average | |
|---|---|---|---|
| Average of Richman's Estimates | 10.3% | 1.3% | |
| Observed Standard Deviation of Richman's Estimates (Root Mean Squared Error) | 12.2% | 3.8% | |

| Observed Margin of Error of Richman's Estimates | +/- 24.4% | +/- 7.6% | |
|---|---|---|---|

\* The theoretical Margin of Error assumes that the only source of variation in estimates is due to random sampling.  Under that assumption the margin of error is the 95 percent confidence interval for the estimate, which is calculated as 1.96 times the square root of .25/Sample Size. All estimates in this column, except for "Kansas – Incidentally Contacted Respondents" are provided by Professor Ansolabehere.

\*\* From 2008 CCES Common Content Datafile. https://dataverse.harvard.edu/dataset.xhtml?persistentId=hdl:1902.1/14003

\*\*\*The text provides a number of non-citizens registered of 269.  No baseline number of non-citizens is reported in the text.  According to the Census Bureau in 1990 there were 35,819 foreign born non-citizens in the State of Kansas.   I calculate the estimated percent to be (269/35819)\*100 = 0.7 percent.

\*\*\*\*Reported by Professor Richman.

TABLE 3

Estimates of the Percent of Non-Citizens
who are Voted in 2008 in the United States
According to the Report of Professor Jesse Richman

**Estimates**

| SOURCE | Estimated Percent | Sample Size | Theoretical Margin of Error* |
|---|---|---|---|
| 2008 CCES – US Linked Voting Record AND Reported Not Citizen (Richman, Page 3) | 1.5% | 488** | +/- 4.5% |
| 2008 CCES – US Linked Voting Record OR Reported Vote AND Reported Not Citizen (Richman, Page 3) | 11.3% | 488** | +/- 4.5% |

**Summary**

| | Simple Average | Sample-Size Weighted Average | |
|---|---|---|---|
| Average of Richman's Estimates | 6.4% | 6.4% | |
| Observed Standard Error of Estimates (Mean Squared Error) | 6.9% | 6.9% | |
| Observed Margin of Error of Estimates | +/- 13.8% | +/- 13.8% | |

\* The theoretical Margin of Error assumes that the only source of variation in estimates is due to random sampling.  Under that assumption the margin of error is the 95 percent confidence interval for the estimate, which is calculated as 1.96 times the square root of .25/Sample Size.

\*\* From 2008 CCES Common Content Datafile.

https://dataverse.harvard.edu/dataset.xhtml?persistentId=hdl:1902.1/14003

| TABLE 4 | | | |
|---------|---|---|---|
| Estimate of the Percent of Citizens Who Lack Proof of Citizenship in the Report of Professor Jesse Richman | | | |
| SOURCE | Estimate | Sample Size | Theoretical Margin of Error |
| Kansas Suspense List Survey (page 9) | 2.2% | 1391 | +/- 2.7% |

| TABLE 5 | | | |
|---|---|---|---|
| Reliability of Indicators of Non-Citizen Immigrants in the CCES | | | |
| CCES 2010-2012 Panel Survey | | | |
| 2010 | 2012 | | |
| | Citizen | Not Citizen | Total |
| Citizen | 18,705 | 20 | 18,725 |
| Not Citizen | 36 | 85 | 121 |
| Total | 18,741 | 105 | 18,846 |

EXHIBIT A

# STEPHEN  DANIEL  ANSOLABEHERE

**Department of Government**
**Harvard University**
**1737 Cambridge Street**
**Cambridge, MA 02138**
**sda@gov.harvard.edu**

## EDUCATION

| | | |
|---|---|---|
| Harvard University | Ph.D., Political Science | 1989 |
| University of Minnesota | B.A., Political Science | 1984 |
| | B.S., Economics | |

## PROFESSIONAL  EXPERIENCE

### ACADEMIC  POSITIONS

| | |
|---|---|
| 2016-present | Frank G. Thompson Professor of Government, Harvard University |
| 2008-present | Professor, Department of Government, Harvard University |
| 2015-present | Director, Center for American Politics, Harvard University |
| 1998-2009 | Elting Morison Professor, Department of Political Science, MIT (Associate Head, 2001-2005) |
| 1995-1998 | Associate Professor, Department of Political Science, MIT |
| 1993-1994 | National Fellow, The Hoover Institution |
| 1989-1993 | Assistant Professor, Department of Political Science, University of California, Los Angeles |

### FELLOWSHIPS AND HONORS

| | |
|---|---|
| American Academy of Arts and Sciences | 2007 |
| Carnegie Scholar | 2000-02 |
| National Fellow, The Hoover Institution | 1993-94 |
| Harry S. Truman Fellowship | 1982-86 |

1

## PUBLICATIONS

### Books

2014       *Cheap and Clean:  How Americans Think About Energy in the Age of Global
            Warming*.  With David Konisky.  MIT Press.   Recipient of the Donald K. Price
            book award.

2013       *American Government*, 13th edition.  With Ted Lowi, Benjamin Ginsberg
            and Kenneth Shepsle.  W.W. Norton.

2008       *The End of Inequality:  One Person, One Vote and the Transformation of American
            Politics*.  With James M. Snyder, Jr.,  W. W. Norton.

1996       *Going Negative:  How Political Advertising Divides and Shrinks the American
            Electorate*.   With Shanto Iyengar.  The Free Press.  Recipient of the Goldsmith
            book award.

1993       *Media Game:  American Politics in the Television Age*.  With Roy Behr and
            Shanto Iyengar.  Macmillan.

### Journal Articles

2017       "Divided Government and Significant Legislation:  A History of Congress," *Social
            Science History* (forthcoming).

2016       "Identity Politics" (with Socorro Puy) *Public Choice*. 168:  1-19.
            DOI 10.1007/s11127-016-0371-2

2016       "A 200-Year Statistical History of the Gerrymander" (with Maxwell Palmer) *The
            Ohio State University Law Journal* (forthcoming)

2016       "Do Americans Prefer Co-Ethnic Representation?  The Impact of Race on House
            Incumbent Evaluations" (with Bernard Fraga)  *Stanford University Law Review*
            68:  1553-1594

2016       Revisiting Public Opinion on Voter Identification and Voter Fraud in an Era of
            Increasing Partisan Polarization*" Stanford Law Review* 68:  1455-1489

2015       "The Perils of Cherry Picking Low Frequency Events in Large Sample Surveys"
            *Electoral Studies* 40 (December):  409-410.

2015       "Testing *Shaw v. Reno*:  Do Majority-Minority Districts Cause Expressive

Harms?" (with Nathaniel Persily)  *New York University Law Review* 90

2015          "A Brief Yet Practical Guide to Reforming U.S. Voter Registration, *Election Law Journa*l, (with Daron Shaw and Charles Stewart) 14:  26-31.

2015          "Waiting to Vote," *Election Law Journa*l, (with Charles Stewart) 14:  47-53.

2014          "Mecro-economic Voting:  Local Information and Micro-Perceptions of the Macro-Economy" (With Marc Meredith and Erik Snowberg), *Economics and Politics* 26 (November):  380-410.

2014          "Does Survey Mode Still Matter?"  *Political Analysis* (with Brian Schaffner) 22: 285-303

2013          "Race, Gender, Age, and Voting" *Politics and Governance*, vol. 1, issue 2. (with Eitan Hersh)
               http://www.librelloph.com/politicsandgovernance/article/view/PaG-1.2.132

2013          "Regional Differences in Racially Polarized Voting: Implications for the Constitutionality of Section 5 of the Voting Rights Act" (with Nathaniel Persily and Charles Stewart) 126 *Harvard Law Review* F 205 (2013)
               http://www.harvardlawreview.org/issues/126/april13/forum_1005.php

2013          "Cooperative Survey Research" *Annual Review of Political Science* (with Douglas Rivers)

2013          "Social Sciences and the Alternative Energy Future" *Daedalus* (with Bob Fri)

2013          "The Effects of Redistricting on Incumbents," *Election Law Journal* (with James Snyder)

2012          "Asking About Numbers:  How and Why" *Political Analysis* (with Erik Snowberg and Marc Meredith). doi:10.1093/pan/mps031

2012           "Movers, Stayers, and Registration" *Quarterly Journal of Political Science* (with Eitan Hersh and Ken Shepsle)

2012          "Validation:   What Big Data Reveals About Survey Misreporting and the Real Electorate" *Political Analysis* (with Eitan Hersh)

2012          "Arizona Free Enterprise v. Bennett and the Problem of Campaign Finance" *Supreme Court Review* 2011(1):39-79

2012          "The American Public's Energy Choice" *Daedalus* (with David Konisky)

2012          "Challenges for Technology Change" *Daedalus* (with Robert Fri)

3

2011       "When Parties Are Not Teams:  Party positions in single-member district and proportional representation systems" *Economic Theory* 49 (March) DOI: 10.1007/s00199-011-0610-1

2011       "Profiling Originalism" *Columbia Law Review* (with Jamal Greene and Nathaniel Persily).

2010       "Partisanship, Public Opinion, and Redistricting" *Election Law Journal* (with Joshua Fougere and Nathaniel Persily).

2010       "Primary Elections and Party Polarization" *Quarterly Journal of Political Science* (with Shigeo Hirano, James Snyder, and Mark Hansen)

2010       "Constituents' Responses to Congressional Roll Call Voting," *American Journal of  Political Science*  (with Phil Jones)

2010       "Race, Region, and Stephen Ansolabehere, Nathaniel Persily, and Charles H. Stewart III, "Race, Region, and Vote Choice in the 2008 Election: Implications for the Future of the Voting Rights Act" *Harvard Law Review* April, 2010.

2010       "Residential Mobility and the Cell Only Population," *Public Opinion Quarterly* (with Brian Schaffner)

2009       "Explaining Attitudes Toward Power Plant Location,"  *Public Opinion Quarterly* (with David Konisky)

2009       "Public risk perspectives on the geologic storage of carbon dioxide," *International Journal of Greenhouse Gas Control* (with Gregory Singleton and Howard Herzog) 3(1):  100-107.

2008       "A Spatial Model of the Relationship Between Seats and Votes"  (with William Leblanc) *Mathematical and Computer Modeling* (November).

2008       "The Strength of Issues:  Using Multiple Measures to Gauge Preference Stability, Ideological Constraint, and Issue Voting"  (with Jonathan Rodden and James M. Snyder, Jr.)  *American Political Science Review* (May).

2008       "Access versus Integrity in Voter Identification Requirements."  *New York University Annual Survey of American Law,* vol 63.

2008       "Voter Fraud in the Eye of the Beholder" (with Nathaniel Persily) *Harvard Law Review* (May)

2007       "Incumbency Advantages in U. S. Primary Elections," (with John Mark Hansen, Shigeo Hirano, and James M. Snyder, Jr.)  *Electoral Studies* (September)

4

2007        "Television and the Incumbency Advantage"  (with Erik C. Snowberg and
            James M. Snyder, Jr).  *Legislative Studies Quarterly*.

2006        "The Political Orientation of Newspaper Endorsements" (with Rebecca
            Lessem and James M. Snyder, Jr.).  *Quarterly Journal of Political Science* vol. 1,
            issue 3.

2006        "Voting Cues and the Incumbency Advantage:  A Critical Test" (with Shigeo
            Hirano, James M. Snyder, Jr., and Michiko Ueda) *Quarterly Journal of
            Political Science* vol. 1, issue 2.

2006        "American Exceptionalism?  Similarities and Differences in National Attitudes
            Toward Energy Policies and Global Warming" (with David Reiner, Howard
            Herzog, K. Itaoka, M. Odenberger, and Fillip Johanssen)  *Environmental Science
            and Technology* (February 22, 2006),
            http://pubs3.acs.org/acs/journals/doilookup?in_doi=10.1021/es052010b

2006        "Purple America"  (with Jonathan Rodden and James M. Snyder, Jr.)  *Journal
            of Economic Perspectives* (Winter).

2005        "Did the Introduction of Voter Registration Decrease Turnout?" (with David
            Konisky). *Political Analysis*.

2005        "Statistical Bias in Newspaper Reporting:  The Case of Campaign Finance"
            *Public Opinion Quarterly* (with James M. Snyder, Jr., and Erik Snowberg).

2005        "Studying Elections"  *Policy Studies Journal* (with Charles H. Stewart III and R.
            Michael Alvarez).

2005        "Legislative Bargaining under Weighted Voting" *American Economic Review*
            (with James M. Snyder, Jr., and Michael Ting)

2005        "Voting Weights and Formateur Advantages in Coalition Formation:  Evidence
            from Parliamentary Coalitions, 1946 to 2002" (with James M. Snyder, Jr., Aaron
            B. Strauss, and Michael M. Ting) *American Journal of Political Science*.

2005        "Reapportionment and Party Realignment in the American States"  *Pennsylvania
            Law Review* (with James M. Snyder, Jr.)

2004        "Residual Votes Attributable to Voting Technologies" (with Charles Stewart)
            *Journal of Politics*

2004        "Using Term Limits to Estimate Incumbency Advantages When Office Holders
            Retire Strategically" (with James M. Snyder, Jr.).  *Legislative Studies Quarterly*
            vol. 29, November 2004, pages 487-516.

2004        "Did Firms Profit From Soft Money?" (with James M. Snyder, Jr., and Michiko
            Ueda)  *Election Law Journal* vol. 3, April 2004.

2003        "Bargaining in Bicameral Legislatures" (with James M. Snyder, Jr. and Mike
            Ting)  *American Political Science Review,* August, 2003.

2003        "Why Is There So Little Money in U.S. Politics?" (with James M. Snyder, Jr.)
            *Journal of Economic Perspectives*, Winter, 2003.

2002        "Equal Votes, Equal Money:  Court-Ordered Redistricting and the Public
            Spending in the American States" (with Alan Gerber and James M. Snyder, Jr.)
            *American Political Science Review*, December, 2002.
            Paper awarded the Heinz Eulau award for the best paper in the American Political
            Science Review.

2002        "Are PAC Contributions and Lobbying Linked?" (with James M. Snyder, Jr. and
            Micky Tripathi) *Business and Politics* 4, no. 2.

2002        "The Incumbency Advantage in U.S. Elections:  An Analysis of State and Federal
            Offices, 1942-2000"  (with James Snyder)  *Election Law Journal,* 1, no. 3.

2001        "Voting Machines, Race, and Equal Protection."  *Election Law Journal*, vol. 1,
            no. 1

2001        "Models, assumptions, and model checking in ecological regressions" (with
            Andrew Gelman, David Park, Phillip Price, and Larraine Minnite) *Journal of
            the Royal Statistical Society,* series A, 164:  101-118.

2001        "The Effects of Party and Preferences on Congressional Roll Call Voting."
            (with James Snyder and Charles Stewart)  *Legislative Studies Quarterly*
            (forthcoming).
            Paper awarded the *Jewell-Lowenberg Award* for the best paper published on
            legislative politics in 2001.  Paper awarded the *Jack Walker Award* for the best
            paper published on party politics in 2001.

2001        "Candidate Positions in Congressional Elections," (with James Snyder and
            Charles Stewart). *American Journal of Political Science* 45 (November).

2000        "Old Voters, New Voters, and the Personal Vote," (with James Snyder and
            Charles Stewart) *American Journal of Political Science* 44 (February).

2000        "Soft Money, Hard Money, Strong Parties," (with James Snyder)  *Columbia Law
            Review* 100 (April):598 - 619.

2000        "Campaign War Chests and Congressional Elections," (with James Snyder)

*Business and Politics*. 2 (April):  9-34.

1999        "Replicating Experiments Using Surveys and Aggregate Data:  The Case of
            Negative Advertising."  (with Shanto Iyengar and Adam Simon)  *American
            Political Science Review* 93 (December).

1999        "Valence Politics and Equilibrium in Spatial Models," (with James Snyder),
            *Public Choice*.

1999        "Money and Institutional Power," (with James Snyder), *Texas Law Review* 77
            (June, 1999):  1673-1704.

1997        "Incumbency Advantage and the Persistence of Legislative Majorities," (with
            Alan Gerber), *Legislative Studies Quarterly* 22 (May 1997).

1996        "The Effects of Ballot Access Rules on U.S. House Elections," (with Alan
            Gerber), *Legislative Studies Quarterly* 21 (May 1996).

1994        "Riding the Wave and Issue Ownership: The Importance of Issues in Political
            Advertising and News," (with Shanto Iyengar) *Public Opinion Quarterly* 58:
            335-357.

1994        "Horseshoes and Horseraces:  Experimental Evidence of the Effects of Polls on
            Campaigns," (with Shanto Iyengar) *Political Communications* 11/4 (October-
            December):  413-429.

1994        "Does Attack Advertising Demobilize the Electorate?"  (with Shanto Iyengar),
            *American Political Science Review* 89 (December).

1994        "The Mismeasure of Campaign Spending:  Evidence from the 1990 U.S. House
            Elections," (with Alan Gerber) *Journal of Politics* 56 (September).

1993        "Poll Faulting," (with Thomas R. Belin) *Chance* 6 (Winter):  22-28.

1991        "The Vanishing Marginals and Electoral Responsiveness," (with David Brady and
            Morris Fiorina) *British Journal of Political Science* 22 (November):  21-38.

1991        "Mass Media and Elections:  An Overview," (with Roy Behr and Shanto Iyengar)
            *American Politics Quarterly* 19/1 (January):  109-139.

1990        "The Limits of Unraveling in Interest Groups," *Rationality and Society* 2:
            394-400.

1990        "Measuring the Consequences of Delegate Selection Rules in Presidential
            Nominations," (with Gary King) *Journal of Politics* 52:  609-621.

1989        "The Nature of Utility Functions in Mass Publics," (with Henry Brady) *American Political Science Review* 83: 143-164.


### Special Reports and Policy Studies

2010        *The Future of Nuclear Power*, Revised.

2006        *The Future of Coal*. MIT Press.  Continued reliance on coal as a primary power source will lead to very high concentrations of carbon dioxide in the atmosphere, resulting in global warming.  This cross-disciplinary study – drawing on faculty from Physics, Economics, Chemistry, Nuclear Engineering, and Political Science – develop a road map for technology research and development policy in order to address the challenges of carbon emissions from expanding use of coal for electricity and heating throughout the world.

2003        *The Future of Nuclear Power*.  MIT Press.  This cross-disciplinary study – drawing on faculty from Physics, Economics, Chemistry, Nuclear Engineering, and Political Science – examines the what contribution nuclear power can make to meet growing electricity demand, especially in a world with increasing carbon dioxide emissions from fossil fuel power plants.

2002        "Election Day Registration." A report prepared for DEMOS.  This report analyzes the possible effects of Proposition 52 in California based on the experiences of 6 states with election day registration.

2001        *Voting:  What Is, What Could Be*.  A report of the Caltech/MIT Voting Technology Project.  This report examines the voting system, especially technologies for casting and counting votes, registration systems, and polling place operations, in the United States.  It was widely used by state and national governments in formulating election  reforms following the 2000 election.

2001        "An Assessment of the Reliability of Voting Technologies."  A report of the Caltech/MIT Voting Technology Project.  This report provided the first nationwide assessment of voting equipment performance in the United States.  It was prepared for the Governor's Select Task Force on Election Reform in Florida.


### Chapters in Edited Volumes

2016        "Taking the Study of Public Opinion Online"  (with Brian Schaffner) *Oxford Handbook of Public Opinion*, R. Michael Alvarez, ed. Oxford University Press:  New York, NY.

2014        "Voter Registration:  The Process and Quality of Lists*" The Measure of*

*American Elections*, Barry Burden, ed..

2012    "Using Recounts to Measure the Accuracy of Vote Tabulations:  Evidence from New Hampshire Elections, 1946-2002" in Confirming Elections, R. Michael Alvarez, Lonna Atkeson, and Thad Hall, eds.  New York: Palgrave, Macmillan.

2010    "Dyadic Representation"  in Oxford Handbook on Congress, Eric Schickler, ed., Oxford University Press.

2008    "Voting Technology and Election Law" in *America Votes!,* Benjamin Griffith, editor, Washington, DC:  American Bar Association.

2007    "What Did the Direct Primary Do to Party Loyalty in Congress"  (with Shigeo Hirano and James M. Snyder Jr.) in *Process, Party and Policy Making: Further New Perspectives on the History of Congress*, David Brady and Matthew D. McCubbins (eds.), Stanford University Press, 2007.

2007    "Election Administration and Voting Rights" in *Renewal of the Voting Rights Act*, David Epstein and Sharyn O'Hallaran, eds.  Russell Sage Foundation.

2006    "The Decline of Competition in Primary Elections,"  (with John Mark Hansen, Shigeo Hirano, and James M. Snyder, Jr.) *The Marketplace of Democracy*, Michael P. McDonald and John Samples, eds.  Washington, DC:  Brookings.

2005    "Voters, Candidates and  Parties"  in *Handbook of Political Economy*, Barry Weingast and Donald Wittman, eds.  New York: Oxford University Press.

2003    "Baker v. Carr in Context, 1946 – 1964" (with Samuel Isaacharoff) in *Constitutional Cases in Context*, Michael Dorf, editor. New York: Foundation Press.

2002    "Corruption and the Growth of Campaign Spending"(with Alan Gerber and James Snyder).  *A User's Guide to Campaign Finance*, Jerry Lubenow, editor.  Rowman and Littlefield.

2001     "The Paradox of Minimal Effects," in Henry Brady and Richard Johnston, eds., *Do Campaigns Matter*?  University of Michigan Press.

2001     "Campaigns as Experiments," in Henry Brady and Richard Johnson, eds., Do *Campaigns Matter*?  University of Michigan Press.

2000     "Money and Office," (with James Snyder) in David Brady and John Cogan, eds., *Congressional Elections:  Continuity and Change*.  Stanford University Press.

1996    "The Science of Political Advertising," (with Shanto Iyengar) in *Political Persuasion and Attitude Change*, Richard Brody, Diana Mutz, and Paul

9

Sniderman, eds.  Ann Arbor, MI:  University of Michigan Press.

1995        "Evolving Perspectives on the Effects of Campaign Communication," in Philo
            Warburn, ed., *Research in Political Sociology*, vol. 7, JAI.

1995        "The Effectiveness of Campaign Advertising: It's All in the Context," (with
            Shanto Iyengar) in *Campaigns and Elections American Style*, Candice Nelson and
            James A. Thurber, eds.  Westview Press.

1993        "Information and Electoral Attitudes:  A Case of Judgment Under Uncertainty,"
            (with Shanto Iyengar), in *Explorations in Political Psychology*, Shanto Iyengar
            and William McGuire, eds.  Durham:  Duke University Press.

### *Working Papers*

2009        "Sociotropic Voting and the Media" (with Marc Meredith and Erik Snowberg),
            American National Election Study Pilot Study Reports, John Aldrich editor.

2007        "Public Attitudes Toward America's Energy Options:  Report of the 2007 MIT
            Energy Survey" CEEPR Working Paper 07-002 and CANES working paper.

2006        "Constituents' Policy Perceptions and Approval of Members' of Congress"  CCES
            Working Paper 06-01 (with Phil Jones).

2004        "Using Recounts to Measure the Accuracy of Vote Tabulations:  Evidence from
            New Hampshire Elections, 1946 to 2002"  (with Andrew Reeves).

2002        "Evidence of Virtual Representation:  Reapportionment in California,"  (with
            Ruimin He and James M. Snyder).

1999        "Why did a majority of Californians vote to lower their own power?" (with James
            Snyder and Jonathan Woon).  Paper presented at the annual meeting of the
            American Political Science Association, Atlanta, GA, September, 1999.
            Paper received the award for the best paper on Representation at the 1999 Annual
            Meeting  of the APSA.

1999        "Has Television Increased the Cost of Campaigns?" (with Alan Gerber and James
            Snyder).

1996        "Money, Elections, and Candidate Quality,"  (with James Snyder).

1996        "Party Platform Choice - Single- Member District and Party-List Systems,"(with
            James Snyder).

1995        "Messages Forgotten"  (with Shanto Iyengar).

1994 "Consumer Contributors and the Returns to Fundraising:  A Microeconomic Analysis," (with Alan Gerber), presented at the Annual Meeting of the American Political Science Association, September.

1992 "Biases in Ecological Regression," (with R. Douglas Rivers) August, (revised February 1994).  Presented at the Midwest Political Science Association Meetings, April 1994, Chicago, IL.

1992 "Using Aggregate Data to Correct Nonresponse and Misreporting in Surveys" (with R. Douglas Rivers).  Presented at the annual meeting of the Political Methodology Group, Cambridge, Massachusetts, July.

1991 "The Electoral Effects of Issues and Attacks in Campaign Advertising" (with Shanto Iyengar).  Presented at the Annual Meeting of the American Political Science Association, Washington, DC.

1991 "Television Advertising as Campaign Strategy:  Some Experimental Evidence" (with Shanto Iyengar).  Presented at the Annual Meeting of the American Association for Public Opinion Research, Phoenix.

1991 "Why Candidates Attack:  Effects of Televised Advertising in the 1990 California Gubernatorial Campaign," (with Shanto Iyengar).  Presented at the Annual Meeting of the Western Political Science Association, Seattle, March.

1990 "Winning is Easy, But It Sure Ain't Cheap."  Working Paper #90-4, Center for the American Politics and Public Policy, UCLA.  Presented at the Political Science Departments at Rochester University and the University of Chicago.

### *Research Grants*

1989-1990 Markle Foundation.  "A Study of the Effects of Advertising in the 1990 California Gubernatorial Campaign."  Amount: $50,000

1991-1993 Markle Foundation.  "An Experimental Study of the Effects of Campaign Advertising."  Amount: $150,000

1991-1993 NSF.  "An Experimental Study of the Effects of Advertising in the 1992 California Senate Electoral."  Amount: $100,000

1994-1995 MIT Provost Fund.  "Money in Elections:  A Study of the Effects of Money on Electoral Competition."  Amount: $40,000

1996-1997 National Science Foundation. "Campaign Finance and Political Representation."  Amount: $50,000

| | |
|---|---|
| 1997 | National Science Foundation.  "Party Platforms:  A Theoretical Investigation of Party Competition Through Platform Choice."  Amount: $40,000 |
| 1997-1998 | National Science Foundation.  "The Legislative Connection in Congressional Campaign Finance.   Amount: $150,000 |
| 1999-2000 | MIT Provost Fund.  "Districting and Representation."  Amount:  $20,000. |
| 1999-2002 | Sloan Foundation.  "Congressional Staff Seminar." Amount:  $156,000. |
| 2000-2001 | Carnegie Corporation. "The Caltech/MIT Voting Technology Project."  Amount:  $253,000. |
| 2001-2002 | Carnegie Corporation.  "Dissemination of Voting Technology Information."  Amount:  $200,000. |
| 2003-2005 | National Science Foundation. "State Elections Data Project."  Amount: $256,000. |
| 2003-2004 | Carnegie Corporation.  "Internet Voting."  Amount:  $279,000. |
| 2003-2005 | Knight Foundation.  "Accessibility and Security of Voting Systems."  Amount: $450,000. |
| 2006-2008 | National Science Foundation, "Primary Election Data Project,"  $186,000 |
| 2008-2009 | Pew/JEHT.  "Measuring Voting Problems in Primary Elections, A National Survey."  Amount: $300,000 |
| 2008-2009 | Pew/JEHT. "Comprehensive Assessment of the Quality of Voter Registration Lists in the United States:  A pilot study proposal"  (with Alan Gerber).  Amount:  $100,000. |
| 2010-2011 | National Science Foundation, "Cooperative Congressional Election Study,"  $360,000 |
| 2010-2012 | Sloan Foundation, "Precinct-Level U. S. Election Data," $240,000. |
| 2012-2014 | National Science Foundation, "Cooperative Congressional Election Study, 2010-2012 Panel Study" $425,000 |
| 2012-2014 | National Science Foundation, "2012 Cooperative Congressional Election Study," $475,000 |
| 2014-2016 | National Science Foundation, "Cooperative Congressional Election Study, |

2010-2014 Panel Study" $510,000

2014-2016    National Science Foundation, "2014 Cooperative Congressional Election Study," $400,000

2016-2018    National Science Foundation, "2016 Cooperative Congressional Election Study," $485,000


### *Professional Boards*

Editor, Cambridge University Press Book Series, Political Economy of Institutions and Decisions, 2006-present

Member, Board of the Reuters International School of Journalism, Oxford University, 2007 to present.

Member, Academic Advisory Board, Electoral Integrity Project, 2012 to present.

Contributing Editor, *Boston Review*, The State of the Nation.

Member, Board of Overseers, American National Election Studies, 1999 - 2013.

Associate Editor, Public Opinion Quarterly, 2012 to 2013.

Editorial Board of American Journal of Political Science, 2005 to present.
Editorial Board of Legislative Studies Quarterly, 2005 to present.
Editorial Board of Public Opinion Quarterly, 2006 to present.
Editorial Board of the Election Law Journal, 2002 to present.
Editorial Board of the Harvard International Journal of Press/Politics, 1996 to 2008.
Editorial Board of Business and Politics, 2002 to Present.
Scientific Advisory Board, Polimetrix, 2004 to 2006.

### *Special Projects and Task Forces*

Principal Investigator, Cooperative Congressional Election Study, 2005 – present.

CBS News Election Decision Desk, 2006-present

Co-Director, Caltech/MIT Voting Technology Project, 2000-2004.

Co-Organizer, MIT Seminar for Senior Congressional and Executive Staff, 1996-2007.

MIT Energy Innovation Study, 2009-2010.
MIT Energy Initiative, Steering Council, 2007-2008

MIT Coal Study, 2004-2006.
MIT Energy Research Council, 2005-2006.
MIT Nuclear Study, 2002-2004.
Harvard University Center on the Environment, Council, 2009-present


**Expert Witness, Consultation, and Testimony**

| | |
|---|---|
| 2001 | Testimony on Election Administration, U. S. Senate Committee on Commerce. |
| 2001 | Testimony on Voting Equipment, U.S. House Committee on Science, Space, and Technology |
| 2001 | Testimony on Voting Equipment, U.S. House Committee on House Administration |
| 2001 | Testimony on Voting Equipment, Congressional Black Caucus |
| 2002-2003 | *McConnell v. FEC*, 540 U.S. 93 (2003), consultant to the Brennan Center. |
| 2009 | Amicus curiae brief with Professors Nathaniel Persily and Charles Stewart on behalf of neither party to the U.S. Supreme Court in the case of *Northwest Austin Municipal Utility District Number One v. Holder*, 557 U.S. 193 (2009). |
| 2009 | Testimony on Voter Registration, U. S. Senate Committee on Rules. |
| 2011-2014 | *Perez v. Perry*, U. S. District Court in the Western District of Texas (No. 5:11-cv-00360).   Exert witness on behalf of Rodriguez intervenors. |
| 2011-2013 | *State of Texas v. United States*, the U.S. District Court in the District of Columbia (No. 1:11-cv-01303), expert witness on behalf of the Gonzales intervenors. |
| 2012-2013 | *State of Texas v. Holder*, U.S. District Court in the District of Columbia (No. 1:12-cv-00128), expert witness on behalf of the United States. |
| 2011-2012 | *Guy v. Miller* in U.S. District Court for Nevada (No. 11-OC-00042-1B), expert witness on behalf of the Guy plaintiffs. |
| 2012 | *In re Senate Joint Resolution of Legislative Apportionment*,  Florida Supreme Court (Nos. 2012-CA-412, 2012-CA-490), consultant for the Florida Democratic Party. |
| 2012-2014 | *Romo v. Detzner*, Circuit Court of the Second Judicial Circuit in Florida (No. 2012 CA 412), expert witness on behalf of Romo plaintiffs. |
| 2013-2014 | *LULAC v. Edwards Aquifer Authority*, U.S. District Court for the Western District of Texas, San Antonio Division (No. 5:12cv620-OLG,), consultant and expert witness on behalf of the City of San Antonio and San Antonio Water District |
| 2013-2014 | *Veasey v. Perry*, U. S. District Court for the Southern District of Texas, Corpus Christi Division (No. 2:13-cv-00193), consultant and expert witness on behalf of the United States Department of Justice. |
| 2013-2015 | *Harris v. McCrory*, U. S. District Court for the Middle District of North Carolina (No. 1:2013cv00949), consultant and expert witness on behalf of the Harris plaintiffs. |
| 2014 | Amicus curiae brief, on behalf of neither party, Supreme Court of the United States, *Alabama Democratic Conference v. State of Alabama*. |
| 2014- 2016 | *Bethune-Hill v. Virginia State Board of Elections*, U. S. District Court for the |

14

|      | Eastern District of Virginia (No. 3:2014cv00852), consultant and expert on behalf of the Bethune-Hill plaintiffs. |
|------|------|
| 2015 | Amicus curiae brief in support of Appellees, Supreme Court of the United States, *Evenwell v. Abbott* |