# EXHIBIT M

.

**Second Supplement to Expert Report**

***Fish v. Kobach*, No. No. 2:16-cv-02105**
**United States Court for the District of Kansas**

**Eitan D. Hersh**
**Assistant Professor**
**Department of Political Science**
**Yale University**
**New Haven, CT**

**April 25, 2017**

1. Subsequent to my deposition in this matter, I was informed by Defendant's counsel, in an email dated April 18, 2017, that the version of the voter registration file that I was previously given was incomplete.

2. I recently received a new copy of a more "complete" voter registration file from Defendant's counsel in this matter, which purportedly includes previously-omitted records.

3. I have been asked by Plaintiffs' counsel to re-perform several of my analyses from my earlier reports in this case, using the more "complete" version of Kansas's voter registration file.  My results are described below.

4. First, I searched for the 80 individuals whose registration identification numbers were identified by Mr. Caskey's office as also being associated with temporary driver's license records.  I linked the registration ID numbers to the voter file and found matching records for 76 of the 80 cases.

5. Separately, using my own methodology, 82 records matched in the TDL and voter registration files (compared to 62 to their original dataset).

6. Below is a table summarizing my findings with respect to Mr. Caskey's match of the TDL and Voter Registration Lists:

| Table 1 - Mr. Caskey's TDL / Voter Registration List Match: Summary of Findings | |
| --- | --- |
| Number of Matches Reported By Mr. Caskey | 80 |
| Number of that Can Be Linked to the Voter File | 76 |
| Number with "A" (Active) Code | 11 |
| Number with "I" (Inactive) Code | 3 |
| Number with "S" (Suspense) Code | 12 |
| Number with "R" (Canceled) Code | 50 |
| Number with "CITZ" (Proof of Citizenship) Code | 12 |
| Number who Voted | 1 |
| Number with "MV" (Motor Voter) Code | 25 |
| Number with "MV" (Motor Voter) "A" (Active) Codes | 8 |
| Number with "MV" (Motor Voter) and "I" (Inactive) Codes | 1 |
| Number with "MV" (Motor Voter) and "S" (Suspense) Codes | 9 |
| Number with "MV" (Motor Voter) and "R" (Canceled) Codes | 7 |
| Number with "MV" (Motor Voter) and "CITZ" (Proof of Citizenship) Codes | 1 |
| Number with "MV" (Motor Voter) Code who Voted | 1 |
| Number with "FO" (Federal Form) Code | 0 |

7.  Below is a table summarizing my own findings with respect to my own match of the
    TDL and Voter Registration Lists:

| Table 2 - Hersh TDL / Voter Registration List Match: Summary of Findings | |
|---|---|
| Number of Matches Found | 82 |
| Number with "A" (Active) Code | 14 |
| Number with "I" (Inactive) Code | 4 |
| Number with "S" (Suspense) Code | 17 |
| Number with "R" (Canceled) Code | 47 |
| Number with "CITZ" (Proof of Citizenship) Code | 16 |
| Number who Voted | 3 |
| Number with "MV" (Motor Voter) Code | 25 |
| Number with "MV" (Motor Voter) "A" (Active) Codes | 8 |
| Number with "MV" (Motor Voter) and "I" (Inactive) Codes | 1 |
| Number with "MV" (Motor Voter) and "S" (Suspense) Codes | 10 |
| Number with "MV" (Motor Voter) and "R" (Canceled) Codes | 6 |
| Number with "MV" (Motor Voter) and "CITZ" (Proof of Citizenship) Codes | 2 |
| Number with "MV" (Motor Voter) Code who Voted | 1 |
| Number with "FO" (Federal Form) Code | 0 |

3

8. As noted previously, I was provided with a list of voter registration numbers associated with 125 individuals that, according to the Kansas Secretary of State, correspond to individuals who were non-citizens at the time that they registered or attempted to register to vote. Since that time I have been provided with two additional numbers, for a total of 127. I have been asked by Plaintiffs' counsel to locate these numbers in the Kansas voter file, and to provide summary information as to various codes associated with these records. The table below summarizes my findings:

| Table 3 - Defendant's List of 127 Cases of Purported Non-Citizen Registration or Attempted Registration | |
|---|---|
| Number of Cases Identified by Defendant | 127 |
| Number of Cases Identified by Defendant with Registration ID Numbers | 126 |
| Number that Can Be Located in the Voter File | 122 |
| Number with "A" (Active) Code | 44 |
| Number with "I" (Inactive) Code | 4 |
| Number with "S" (Suspense) Code | 14 |
| Number with "R" (Canceled) Code | 60 |
| Number with "CITZ" (Proof of Citizenship) Code | 14 |
| Number with "MV" (Motor Voter) Code | 34 |
| Number with "MV" (Motor Voter) "A" (Active) Codes | 13 |
| Number with "MV" (Motor Voter) and "I" (Inactive) Codes | 1 |
| Number with "MV" (Motor Voter) and "S" (Suspense) Codes | 10 |
| Number with "MV" (Motor Voter) and "R" (Canceled) Codes | 10 |
| Number with "MV" (Motor Voter) and "CITZ" (Proof of Citizenship) Codes | 1 |
| Number with "FO" (Federal Form) Code | 0 |

9. Last, I was given a list of six individuals who may have been TDL holders, and who apparently self-reported in a survey that they were registered to vote. As noted, based on only their first and last name, I attempted to identify these individuals in the version of the voter file that I initially received. I have now attempted to locate these individuals in the completed voter registration file. It still does not appear than any of these individuals are listed on the voter file as someone who is a registered voter, was a registered voter, or who attempted to be a registered voter.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct to the best of my knowledge.

DATED this 25th Day of April, 2017

_____

Eitan Hersh

5