# EXHIBIT N

**Confidence Intervals for Richman's Four Estimates of Non-Citizen Registration in Kansas**

| Data Source | Sample Size | Number Registered (or Attempted to Register) | Richman Estimate of Percent of Non-Citizens Registered (or Attempted to Register) | Richman Calculation of Error Margin (Wilson (Score) Method) | |
|---|---|---|---|---|---|
| | | | | Confidence Interval | Total Margin of Error |
| **CCES (2006-2012)** | 14 | 4 | 28.6% | 11.7% - 54.6% | 32.9 percentage points |
| **Sedgwick County Naturalization** | 789 | 8 | 1.0% | 0.5% - 2.0% | 1.5 percentage points |
| **TDL Survey** | 37 | 6 | 16.5% | 7.7% - 31.1% | 23.4 percentage points |
| **Incidentally Contacted Non-Citizens** | 19 | 1 | 5.3% | 0.9% - 24.6% | 23.7 percentage points |

