# EXHIBIT P



EXHIBIT 18

| | |
|---|---:|
| From: Brittani Marston | |
| Date: Janurary 20, 2017 | |
| RE: Kansas Poll (IA 17398) | |
| | |
| Phone busy | 1080 |
| Disconnected phone | 3701 |
| Business/Government phone | 347 |
| Respondent not available | 1679 |
| Initial refusal | 2413 |
| Computer tone | 173 |
| Language problems | 140 |
| Schedule callback | 90 |
| Call substitute phone number | 3 |
| No Answer | 9848 |
| Answering Machine | 17864 |
| General callback | 1 |
| Save | 56 |
| Wrong Number | 319 |
| Blocked Call | 506 |
| Irate Refusal | 7 |
| Cell Phone | 5 |
| SPANISH CALLBACK | 178 |
| Vietnamese callback | 1 |
| NQ - CANNOT SPEAK TO THEM | 151 |
| | |
| Terminated During Interview | 12 |
| Qualified Refusal | 6 |
| | |
| Completed Interviews | 2301 |
| | |
| Incidence | 100% |
| Length | 2.99 |