# EXHIBIT A

# Expert Report of Hans A. von Spakovsky

*Fish v. Kobach*, U.S. District Court, District of Kansas, No. 2:16-cv-02105

### *Background and Experience*:

My name is Hans A. von Spakovsky. I am a Senior Legal Fellow in the Edwin Meese III Center for Legal and Judicial Studies at The Heritage Foundation and Manager of the Election Law Reform Initiative.[1] I earned a B.S. from the Massachusetts Institute of Technology and a J.D. from the Vanderbilt University School of Law. I am an adjunct professor at the George Mason School of Law, where I teach a course on election law.

I spent four years at the U.S. Department Justice as a career civil service lawyer, including three years as Counsel to the Assistant Attorney General for Civil Rights (2001-2005), where I oversaw and coordinated the enforcement of federal voting laws, including the Voting Rights Act, the National Voter Registration Act, and the Help America Vote Act. I spent two years as a commissioner at the Federal Election Commission (2006-2007). I served on the Board of Advisors of the U.S. Election Assistance Commission and on the Fulton County (Georgia.) Board of Registrations and Elections. I am the former vice chairman of the Fairfax County (Virginia) Electoral Board and a former member of the Virginia Advisory Board to the U.S. Commission on Civil Rights.

I am widely regarded as an expert on U.S. elections with both knowledge of the laws governing elections as well as the actual administration of the voting, election, and campaign finance process. I have not testified as an expert in litigation within the last four years; however, I have testified before Congress and state legislatures in Georgia, North Carolina, Tennessee, Virginia, Pennsylvania, and Washington state on election issues.[2]

I am the author of numerous studies and articles on voting, elections, and campaign finance issues, including a chapter on the National Voter Registration Act in the American Bar Association's book on elections, "America Votes! A Guide to Modern Election Law and Voting Rights" (ABA Section of State and Local Government 2012) as well as a chapter on election issues in "Liberty's Nemesis: The Unchecked Expansion of the State" (Encounter Books 2016). I am the coauthor with John Fund of "Who's Counting? How Fraudsters and Bureaucrats Put Your Vote At Risk" (Encounter Books 2012). More information on my background and experience is in my resume attached to this report.

I have been asked to provide an opinion on the problem of illegal registration and voting by noncitizens in Kansas and the rest of the nation and whether it is necessary to require proof of citizenship to remedy this problem. I have conducted and published research on this issue, as

---

[1] The title and affiliation are for identification purposes. The views expressed here are my own, and do not reflect an institutional position for The Heritage Foundation or its board of trustees.

[2] My testimony before the North Carolina legislature was recently cited in the opinion issued by Judge Thomas D. Schroeder in U.S. v. North Carolina, Case Nos. 1:13CV658, 1:13CV660, and 1:13CV861 (M.D.N.C April 25, 2016), pages 387-389.

well as experiencing this problem as a former county election official in Virginia. In reaching the conclusions of this expert report, I relied on all of the sources cited in the report and the footnotes as well as my extensive experience as both an election administrator and election lawyer and the records and documents filed in this case. I am being compensated with a fee of $5,000 for my work on this report.

### *Summary*

The United States has a substantive problem with noncitizens being able to easily register and vote in our elections – whether they do so intentionally or not – with little chance of detection or even prosecution when they are detected. There have been many such cases around the country, from Florida to Illinois to Ohio to California, and including Kansas. Those ineligible voters could make the difference in a close election, and we have many close elections, particularly in local races. Even when the vote of a noncitizen will not affect the outcome of an election, every fraudulent vote by a noncitizen devalues and dilutes the vote of an eligible citizen.

The citizenship question and the oath contained on voter registration forms (both digital forms at the DMV and paper forms elsewhere) are not sufficient to prevent this problem from occurring, as the evidence shows that this "honor" system has been violated on numerous occasions. If states want to ensure the integrity and security of the election process, it is absolutely necessary that they require individuals registering to vote to provide proof of U.S. citizenship. That requirement, which has been adopted by Kansas as well as other states, including Georgia, Arizona, and Alabama, is easily met by eligible voters and is not an unreasonable burden.

In fact, the "universally applicable requirements" of requiring proof of citizenship under Kansas law are "eminently reasonable," in the same way as the Indiana voter identification requirements approved by the U.S. Supreme Court. That court concluded that the "burden of acquiring, possessing, and showing a free photo identification is simply not severe, because it does not 'even represent a significant increase over the usual burdens of voting.'"[3] Similarly, the Kansas proof-of-citizenship requirement, which only has to be complied with once by a voter rather than each time she votes, is not a severe burden and not a significant increase over the usual burdens of registering and voting in elections.

### *The Current Problem*

Kansas clearly has had a problem with noncitizens registering to vote despite the citizenship question and oath on the voter registration forms prior to the January 1, 2013 effective date of its proof-of-citizenship requirement, Kan. Stat. Ann. §25-2309(l).

In one Kansas county alone, Sedgwick County, the county election office discovered 11 aliens who had registered to vote, some of whom had voted in multiple elections. These were only discovered because county election officials had attended the naturalization ceremony to give the newly-minted U.S. citizens the ability to register, only to discover that 11 of them were

---

[3] Crawford v. Marion County Election Board, 128 S.Ct. 1610, 1627 (2008).

already registered.  By comparing the state's voter list to a DMV list of temporary driver's license holders in 2009 and 2010, the Office of the Kansas Secretary of State (KSOS) discovered another 19 aliens who had successfully registered in Sedgwick County. Some of these aliens had been registered for as long as six to 12 years prior to becoming U.S. citizens.[4]

This illustrates how difficult it is for election officials to detect illegal registration and voting by noncitizens.  On the other hand, since the proof-of-citizenship requirement became effective, Sedgwick County has evidence of 14 aliens who attempted to register to vote who were prevented by the proof requirement.  Notably, 11 of these 14 aliens attempted to register to vote in person at the DMV.  Clearly, aliens who applied to register at the DMV were not dissuaded from falsely asserting U.S. citizenship by the oath requirement.  Had documentary proof of citizenship not been required, they would have become registered.

The number of aliens discovered in just one county in Kansas may be the tip of the iceberg.  The majority of aliens do not naturalize; in 2014, only 47 percent of immigrants (foreign born residents) were naturalized U.S. citizens.[5]  Thus, the majority of aliens who illegally register to vote but do not become U.S. citizens would not be discovered at naturalization ceremonies as occurred in Sedgwick County, especially as there is no evidence that election officials in the other 104 Kansas counties attend such ceremonies to offer registration opportunities.

Other cases from different states also illustrate this problem.  On Oct. 13, 2010, a federal immigration judge in Orlando, Florida, issued an order in a removal case involving Anailin Reyes.[6]  She is a Cuban citizen who entered the U.S. in Miami on April 26, 2004.  Four months after she arrived she registered to vote and then voted in the November 2004 election. Reyes's aunt, Jobitza Soto, a U.S. citizen, told the court that Soto, Reyes, and Reyes' mother (who was also a Cuban citizen) were approached by a woman outside the Duval County Courthouse who was part of a third party organization holding a registration drive. Soto claimed that she told the woman that her two companions were not U.S. citizens, but that the woman told her that "noncitizens could legally vote." So Soto filled out voter registration forms for all three of them.

The fact that Reyes and her mother were not U.S. citizens and therefore not entitled to vote was not detected by local Duval County election officials and Soto was unable to identify which third party organization prompted her, and presumably other noncitizens, to register and vote. This only came to light when Reyes applied for a change in her immigration status. During that process she initially lied to the Department of Homeland Security about registering and voting, but admitted it after "seeing evidence to the contrary" uncovered by DHS from a check of local voter registration records.

---

[4] This data comes from an April 2016 spreadsheet filed by the KSOS in this case and from declarations filed by the Office of the KSOS in the case of Kobach v. Election Assistance Commission, 6 F. Supp.3d 1252 (D.Kan. 2014).
[5] Jie Zong and Jeanne Batalova, "Frequently Requested Statistics on Immigrants and Immigration in the United States," Migration Policy Institute (April 14, 2016).
[6] *In the Matter of Anailin Reyes*, A 097-952-267, U.S. Dept. of Justice, Executive Office for Immigration Review, Immigration Court, Orlando, Florida.

If she had not tried to change her immigration status, Reyes could have easily continued to vote illegally and without detection – as too many noncitizens (both legal and illegal) do in elections all over the country – because Florida has no proof-of-citizenship registration requirement. A more extreme example of this was reported in 2014 when 58-year-old Mario Hernandez, who was born in Cuba and fled to the U.S. in the early 1960s, finally became a U.S. citizen. Yet he had voted "in every major election since Jimmy Carter in 1976" despite not being a U.S. citizen.[7]

Another example, similar to Ms. Reyes, is reported in a 2012 decision by the Seventh Circuit Court of Appeals. It concerns a citizen of the Philippines, Elizabeth Dag Um Keathley, who came to the U.S. in 2004 on a nonimmigrant K-3 visa, registered to vote when she obtained a driver's license in Illinois, and promptly voted in the 2006 midterm congressional election.[8] Another alien who was a lawful permanent resident, Margarita Del Pilar Fitzpatrick, told Illinois officials in 2005 that she was a citizen when she applied for a driver's license and signed a voter registration form. She voted in the 2006 election and then applied for naturalization.[9]

Another Seventh Circuit decision on the same issue details a Kenyan citizen, Anthony M. Kimani, who entered the U.S. in 2000 on a visitor's visa. He registered to vote in 2003 (after his visa had expired), claiming he was a U.S. citizen in a driver's license application, and voted in the 2004 presidential election.[10] All of these violations of the law by noncitizens went undetected by election officials; they were only discovered because of the aliens' attempt to change their immigration status.

In 2012, a local NBC station found at least 100 individuals in just one Florida county who had been excused from jury duty because they were not U.S. citizens but who were nevertheless registered to vote.[11] One Coral Gables resident, Hinako Dennett, who is not a citizen, told the NBC reporter that she votes "every year." A Naples resident, Yvonne Wigglesworth, who is also not a citizen, claimed she did not know how she had been registered but records showed she had voted in six different elections over the past eleven years.

In just one three-year period from October 2002 to September 2005, the U.S. Department of Justice prosecuted a dozen noncitizens for registering or voting in elections beginning in 1998 all over Florida, including in Broward, Miami-Dade, St. Lucie, Martin and Palm Beach counties.[12] The Justice Department even prosecuted a noncitizen, Rafael Velasquez, who had not only voted illegally, but also had been a candidate for the Florida legislature.[13] These cases were discovered accidently – not through any systematic review of election records.

[7] Lizette Alvarez, "Man Who Thought He Was a Citizen Makes It Official," New York Times (Mary 221, 2014).
[8] Keathley v. Holder, No. 11-1594 (7th Cir. August 22, 2012).
[9] Matter of Margarita Del Pilar Fitzpatrick, U.S. Dept. of Justice, Executive Office for Immigration Review, Board of Immigration Appeals, 26 I&N Dec. 559 (BIA 2015).
[10] Kimani v. Holder, 695 F.3d 666 (7th Cir. 2012).
[11] Andy Pierrotti, NBC Investigates: Voter Fraud (Feb. 2, 2012), available at www.nbc-2/story/16662854/2012/02/02/nbc2-investigates-voter-fraud?clienttype=printable.
[12] Crim. Div., Pub. Integrity Section, U.S. Dep't of Just., Election Fraud Prosecutions & Convictions: October 2002-September 2005 (2006). DOJ also prosecuted noncitizens for registering and voting in Alaska, Colorado, and North Carolina.
[13] U.S. v. Velsquez, Case No. 03-CR-20233 (So. D. Fla 2003).

In 2005, the U.S. Government Accountability Office found that up to 3 percent of the 30,000 individuals called for jury duty from voter registration rolls over a two-year period in just one U.S. district court were not U.S. citizens.[14] Just 3 percent of registered voters would have been more than enough to provide the winning presidential vote margin in Florida in 2000 or to have decided the state attorney general's race in Virginia in 2013, which was won by only 907 votes.

These numbers become more alarming when one considers that only a very small percentage of registered voters are called for jury duty in most jurisdictions. The California Secretary of State reported in 1998 that 2,000 to 3,000 of the individuals summoned for jury duty in Orange County each month claimed an exemption from jury service because they were not U.S. citizens, and 85 percent to 90 percent of those individuals were summoned from the voter registration list, rather than Department of Motor Vehicles (DMV) records.[15] While some of those individuals may have simply committed perjury to avoid jury service, this represents a significant number of potentially illegal voters: 24,000 to 36,000 noncitizens summoned from the voter registration list over a one-year period.

The current Justice Department has exhibited a lack of interest in prosecuting such cases and enforcing federal laws that make it a crime for noncitizens to register and vote.[16] In 2011, when I was still on the Fairfax County Electoral Board in Virginia, we discovered 278 individuals who had registered to vote despite telling the Virginia Department of Motor Vehicles that they were not U.S. citizens. One hundred seventeen of those noncitizens had "a history of voting in Virginia."[17] We provided that information to both the U.S. Attorney for the Eastern District of Virginia and the Public Integrity Section of the Justice Department. No action was taken to either investigate or prosecute these cases.

In fact, such violations of federal law by noncitizens are not even likely to prevent them from becoming citizens. This was demonstrated in 2010 in Tennessee when Putnam County election administrator Debbie Steidl revealed that she had been given a form letter sent by DHS to an immigrant seeking to become a citizen telling him to submit evidence that he had "been removed from the roll of registered voters." The U.S. Justice Department seemed uninterested in the fact that the noncitizen had actually voted illegally in the 2004 election.[18]

Another example was illustrated by the former district attorney in Maricopa County, Arizona, in testimony before Congress in 2006. He testified that after receiving a list of potential jurors who admitted they were not citizens, he indicted 10 who had registered to vote. (All had

---

[14] Gov't Accountability Office, *Elections: Additional Data Could Help State and Local Election Officials Maintain Accurate Voter Registration Lists* 42 (2005).

[15] Press Release, California Sec'y of State, Official Status Report on Orange County Voter Fraud Investigation (Feb. 3, 1998).

[16] *See* 18 U.S.C. §611, 18 U.S.C. §1015(f), and 18 U.S.C. §911.

[17] Letter of August 19, 2011, from Edgardo Cortes, General Registrar, Fairfax County, Virginia, to Neil H. MacBride, U.S. Attorney for the Eastern District of Virginia, and to Jack Smith, Chief of the Public Integrity Section, U.S. Department of Justice.

[18] *Immigrant Who Voted Illegally on Road to Becoming a U.S. Citizen*, FOX News, August 26, 2010.

sworn on their registration forms that they were U.S. citizens.) Four had actually voted in elections.[19]

The county recorder in Maricopa County also received inquiries from aliens seeking verification, for their citizenship applications, that they had not registered or voted. Thirty-seven of those aliens had registered to vote, and 15 of them had actually voted. As the county's district attorney explained, these numbers come "from a relatively small universe of individuals - legal immigrants who seek to become citizens…. These numbers do not tell us how many illegal immigrants have registered and voted." Even these small numbers, though, could have been enough to sway an election. A 2004 Arizona primary election, explained the district attorney, was determined by just 13 votes. Clearly, noncitizens who illegally registered and voted in Maricopa County could have determined the outcome of the election.

A study by several professors at Old Dominion University and George Mason University released in 2014 estimated that 25.1 percent of noncitizens are registered to vote. They further estimate that 6.4% of all noncitizens voted in 2008 and 2.2% voted in 2010.[20] These estimates were based on the Cooperative Congressional Election Studies survey that surveyed 32,800 individuals in 2008 and 55,400 in 2010. The professors said the data they used "is the best currently available to answer the question" of whether noncitizens are voting in our elections.[21]

If these estimates are correct, the authors assert that based on the partisan preferences of noncitizens, their votes may have been the margin of victory for President Barack Obama in 2008 in North Carolina, and in a number of congressional races, including the 2008 U.S. Senate victory of Al Franken in Minnesota and the 2008 victory by Tom Perriello in Virginia's Fifth Congressional District. But the authors listed 22 House races and two Senate races in which the winning candidate's margin of victory "was small enough that less than 100% turnout among" the noncitizens registered to vote could account for the victory.

Regardless of the extent of the problem, the evidence is indisputable that aliens, both legal and illegal, are registering and voting in federal, state, and local elections. Following a mayor's race in Compton, California, for example, aliens testified under oath in court that they voted in the election.[22] In that case, a candidate who was elected to the city council was permanently disqualified from holding public office in California for soliciting noncitizens to register and vote.[23] The fact that noncitizens registered and voted in the election would never

---

[19] *Securing the Vote: Arizona: Hearing Before the Committee on House Administration,* 109th Cong. (2006) (statement of Andrew P. Thomas, Maricopa County District Attorney); *see also* Transcript of Southwest Conference on Illegal Immigration, Border Security and Crime (May 16, 2006).

[20] Jesse T. Richman, Gulshan A. Chattha, and David C. Earnest, *Do noncitizens vote in U.S. elections?* Electoral Studies 36 (2014) 149-157.

[21] Jesse Richman and David Earnest, *Do noncitizens vote in U.S. elections? A reply to our critics,* Washington Post (Nov. 2, 2014).

[22] Daren Briscoe, *Noncitizens Testify They Voted in Compton Elections,* L.A. Times (Jan. 23, 2002), at B5.

[23] A judge's removal of the mayor from office was later overturned, but the removal of a councilwoman who participated in noncitizen voter fraud was upheld. *See* Bradley v. Perrodin, 106 Cal. App. 4th 1153 (2003), *review denied,* 2003 Cal. LEXIS 3586 (Cal. 2003); Robert Greene, *Court of Appeal Upholds Perrodin Victory Over Bradley in Compton,* Metro News-Enter., March 11, 2003; Daren Briscoe, Bob Pool & Nancy Wride, *Judge Voids Compton Vote, Reinstalls Defeated Mayor,* L.A. Times, Feb. 9, 2002.

have been discovered except that the incumbent mayor, who lost by less than 300 votes, contested the election.

Similarly, a 1996 congressional race in California was clearly affected by illegal noncitizen voting. Republican incumbent Bob Dornan was beaten by his Democratic challenger Loretta Sanchez. Congresswoman Sanchez won the election by just 979 votes, and Dornan contested the election in the U.S. House of Representatives. Although his challenge was dismissed, the Committee's investigation discovered 624 invalid votes by noncitizens who were present in the U.S. Immigration and Naturalization Service (INS) database, as well as another 124 improper absentee ballots.[24] The Committee found "circumstantial" evidence of another 196 noncitizens voting, but the Committee did not include the 196 in its tally of invalid votes.

Although the election was not overturned, the Committee found that hundreds of votes had been cast illegally by noncitizens in just *one* congressional race. And the investigation could not detect *illegal* aliens who were not in the INS records. To my knowledge, neither the Justice Department nor California prosecutors ever prosecuted a single one of the noncitizens who illegally voted in that close contest.

Some claim that illegal aliens do not register in order "to stay below the radar" and because "committing a felony for no personal gain is not a wise choice."[25]  But there are many noncitizens who don't seem to understand that they are not entitled to vote and for others the potential benefit of registering can outweigh the chances of being caught and prosecuted. That is unfortunately true since most states have no measures in place to verify citizenship and even when caught, many district attorneys will not prosecute what they see as a "victimless and non-violent" crime.[26]

On the benefit side of the equation, a voter registration card is an easily obtainable document, routinely issued without checking identification, which an illegal alien can use for many different purposes, including obtaining a driver's license, qualifying for a job, and even voting.[27] The Immigration Reform and Control Act of 1986, for example, requires employers to verify that all newly-hired employees present documentation verifying their identity and legal authorization to work in the United States.[28] The federal I-9 form that employers must complete for all new employees provides a list of documentation that can be used to establish identity – including a voter registration card.

How aliens view the importance of this benefit was illustrated by the work of a federal grand jury in 1984 that found large numbers of aliens registered to vote in Chicago. As the grand

---

[24] *See* H.R. Doc. No. 105-416, "Dismissing the Election Contest Against Loretta Sanchez," Report of the Committee on House Oversight, U.S. House of Representatives (Feb. 12, 1998).

[25] Jessica Rocha, Voter Rolls Risky for Aliens: Noncitizens' Registering Is a Crime; 4 Cases Turn up in N.C., News & Observer (Dec. 7, 2006).

[26] Gov't Accountability Office, *Elections: Additional Data Could Help State and Local Election Officials Maintain Accurate Voter Registration Lists* 60.

[27] In a typical example, voter registration cards are listed as an acceptable secondary source document to prove Maryland residency when obtaining a driver's license in Maryland. *See* Maryland Motor Vehicle Administration, Sources of Proof, http://www.marylandmva.com/DriverServ/Apply/proof.htm.

[28] 8 U.S.C. § 1324a (2008).

jury reported, many aliens "register to vote so that they can obtain documents identifying them as U.S. citizens" and have "used their voters' cards to obtain a myriad of benefits, from social security to jobs with the Defense Department."[29]

The grand jury's report resulted in a limited cleanup of the voter registration rolls in Chicago, but just one year later, INS District Director A. D. Moyer testified before a state legislative task force that 25,000 illegal and 40,000 legal aliens remained on the voter rolls in Chicago. Moyer told the Illinois Senate that noncitizens registered so they could get a voter registration card for identification, adding that the card was "a quick ticket into the unemployment compensation system."[30] An alien from Belize, for example, testified that he and his two sisters were able to register easily because they were not asked for any identification or proof of citizenship and lied about where they were born. After securing registration, he voted in Chicago.

The former Colorado Secretary of State testified before Congress in 2011 that a check of the voter registration rolls against state DMV records found many noncitizens had registered and voted.[31] In fact, the former attorney general of Colorado, John Suthers, sent a memorandum to former Department of Homeland Security Secretary Janet Napolitano in 2012 reported that a review of DMV information revealed "over 5,000 registered voters who have presented non-citizen documents during a driver's license transaction" that included "approximately 2,000 voters who have voted."[32] New Mexico Secretary of State Dianna Duran reported that a preliminary check of voter registration rolls had already found 37 noncitizens who had voted in New Mexico elections.[33] In 2012, Florida confirmed 207 illegally registered noncitizens (including through "personal admissions") after checking only a relatively small percentage of its statewide voter roll.[34]

In 2006, Paul Bettencourt, the former Voter Registrar for Harris County, Texas, testified before the U.S. Committee on House Administration that the extent of illegal voting by foreign citizens in Harris County was impossible to determine but "that it has and will continue to occur." Twenty-two percent of county residents, he explained, were born outside of the United States, and more than 500,000 were noncitizens. Bettencourt noted that he cancelled the registration of a Brazilian citizen in 1996 after she acknowledged on a jury summons that she was not a U.S. citizen. Despite that cancellation, however, "[s]he then reapplied in 1997, again claiming to be a U.S. citizen, and was again given a voter card, which was again cancelled. Records show she was able to vote at least four times in general and primary elections."[35]

---

[29] *See* In Re Report of the Special January 1982 Grand Jury 1, No. 82 GJ 1909 (N.D. Ill. Dec. 14, 1984), at 8-9.

[30] Desiree F. Hicks, *Foreigners Landing on Voter Rolls*, Chi. Trib. (Oct. 2, 1985).

[31] The 2010 Election: A Look Back at What Went Right and Wrong Before the Comm. On House Administration, 112th Cong. (2011) (Statement of Colorado Secretary of State Scott Gessler).

[32]32 "State of Colorado Request for Memorandum of Understanding to Verify Citizenship of Individuals Registered to Vote in Colorado," from Attorney General John W. Suthers to DHS Secretary Janet Napolitano (July 5, 2012).

[33] Milan Simonich, *Secretary of State Says Voter Fraud Probably Uncovered*, Alamogordo Daily News (March 15, 2011).

[34] "Florida's Voter Eligibility Initiative Confirms 207 Non-citizens on Voter Rolls…" Florida Department of State Press Release (Sept. 12, 2012).

[35] *Noncitizen Voting and ID Requirements in U.S. Elections: Hearing Before the Committee on House Administration*, 109th Cong. (2006) (statement of Paul Bettencourt, Harris County Tax Assessor-Collector and Voter Registrar).

In 2005, Bettencourt's office turned up at least 35 cases in which foreign nationals applied for or received voter cards, and he pointed out that Harris County regularly had "elections decided by one, two, or just a handful of votes." In fact, a Norwegian citizen was discovered to have voted in a state legislative race in Harris County that was decided by only 33 votes.[36]

As Kansas's own records show, some of the requirements of the National Voter Registration Act (NVRA), which is laudable legislation in many respects, may have worsened this problem. The NVRA requires state driver's license office to offer all applicants the opportunity to register to vote. My many years of experience in election administration and at the Justice Department, as well as the numerous meetings I have attended over the years with election officials from all over the country, lead me to conclude that DMV offices are particularly vulnerable to noncitizen voter registration because clerks and officials often resent having the voter registration duty thrust on them, given how busy they are with their main responsibility: providing driver's licenses and other state ID cards.

DMV clerks often serve hundreds of individuals a day, including large numbers of aliens who are legally present in the U.S. seeking driver's licenses, and human error, which exists in every bureaucracy, is more likely when clerks serving the public are reciting the same instructions over and over again but must modify them for a small portion of the public – noncitizens seeking a driver's license. In California in 2015, 605,000 driver's licenses were issued to illegal aliens without even taking into account the licenses issued to legal aliens (and all states issues licenses to aliens legally present in the U.S.).[37]

This problem is compounded by the limited English proficiency of many immigrants who may not understand the written or spoken instructions that only citizens are allowed to register and vote. About 41 percent of the approximately 61.6 million individuals, foreign and U.S. born (usually children of immigrant parents), who spoke a language other than English at home in 2012 were classified as Limited English Proficient or LEP. LEP refers to individuals who speak English less than "very well" according to the U.S. Census Bureau. The LEP population represents about eight percent of the total U.S. population ages five and older.[38]

This problem is complicated by the inherent psychological issue that an alien is likely to believe that he is permitted to register to vote if a clerk – an agent of the government – askes the alien if he or she wants to register to vote. This problem is illustrated in the Seventh Circuit case previously cited involving Elizabeth Dag Um Keathley, who claimed she left the citizenship box on the driver's license form unchecked "until the state official who superintended the process – an official knowing that she is *not* a citizen – asked her if she would like to vote." The box

---

[36] Joe Stinebaker, *Loophole Lets Foreigners Illegally Vote; 'Honor System' in Applying Means the County Can't Easily Track Fraud*, Houston Chron. (Jan. 16, 2005).

[37] Roxana Kopetman, "In program's first year, nearly half of California's driver's licenses went to undocumented," Orange County Register (Jan. 6, 2016).

[38] Jie Zong and Jeanne Batalova, "The Limited English Proficient Population in the United States," Migration Policy Institute (July 8, 2015).

asserting she was a citizen ended up checked and Keathley could not remember whether "she checked the box or the state employee did so" after he asked her if she wanted to vote.

Whether it is because they are distracted by their other duties or overwhelmed by their workload, DMV clerks are not always as careful as they should be in making sure that individuals who are not citizens are also not registering to vote when they obtain a driver's license – and that is when aliens honestly admit they are not citizens, unlike some of the DMV cases cited where the alien falsely asserted citizenship. This can be seen in the evidence uncovered in Sedgwick County, Kansas, which shows that five of the eleven noncitizens who successfully registered to vote did so in-person at a state DMV office; eleven of the 14 who attempted to register but were prevented by the proof-of-citizenship requirement did so at a DMV office. As referenced earlier, we discovered the same problem in Fairfax County, Virginia when I was on the local county electoral board.

Utah, which issues driver's licenses to illegal aliens (as do a number of other states including California), switched to a two-tiered system that issues a visibly different "driving privilege" card to illegal aliens after a limited 2005 audit by the state's Legislative Auditor General. The audit found that hundreds of illegal aliens had registered to vote when they obtained their Utah driver's licenses and at least 14 of them had voted.[39] The audit used a small sample; Utah State Senator Mark Madsen said that an extrapolation of the audit numbers suggested that 5,000 to 7,000 aliens were registered to vote state wide.[40]

### *The Alternatives to Requiring Proof-of-Citizenship*

The alternatives to requiring all applicants who are registering to vote to provide proof of citizenship are not adequate to prevent noncitizens from registering.

- *DMV Driver's License List.* Comparing the statewide voter registration list to the state DMV list will only identify aliens holding temporary driver's licenses that are issued to noncitizens legally in the country. Neither illegal aliens nor other aliens who do not apply to obtain a driver's license will be in the DMV database. Thus such a comparison may only uncover a small number of aliens who have illegally registered to vote. In Kansas, there is an additional reason why this alternative is inadequate: only aliens holding temporary visas are distinguished from U.S. citizens in the DMV database. Consequently, lawful permanent resident aliens (green card holders) cannot be identified in the database.

- *Jury Duty Questionnaires.* It is certainly true that information on the jury forms sent to individuals called for jury duty from voter registration lists who truthfully admit they are not U.S. citizens can be used to remove them from the voter registration list. However, such a comparison will only turn up a very small number of aliens who are registered

---

[39] Off. of the Legis. Auditor Gen., State of Utah, ILR 2005-B (Feb. 8, 2005); Deborah Bulkeley, *State Says 14 Illegals May Have* Cast Ballots, Deseret Morning News (Aug. 8, 2005). At least 20 of the registered voters were under deportation orders.

[40] *Bill Would Change Voter Registration Rolls*, Associated Press (Feb. 7, 2006).

because such a small number of individuals are called for jury duty relative to the over 1.7 million registered voters reported in Kansas as of August 2015. Additionally, particular registered voters may not be called for jury duty for years after they become registered, allowing aliens who admit they are not citizens on a jury questionnaire to be in the system (and potentially voting) for years.

- *SAVE Database*. The federal Systematic Alien Verification for Entitlements (SAVE) database is maintained by the U.S. Department of Homeland Security for local and state officials to verify the citizenship status of aliens and their entitlement to government benefits. However, DHS requires states to furnish the Alien Identification Number or "A" number on each alien in order to check their status. Since no state, including Kansas, requires individuals registering to vote to provide the "A" number, the SAVE system cannot be used by the KSOS to verify the citizenship status of voter registration applicants. In any event, the SAVE system would not identify any illegal aliens who have never been detained or arrested and therefor are not in DHS records.

And DHS has not been cooperative in giving state election officials access to such federal alien databases; Florida was forced to sue DHS in 2012 because the department refused to provide citizenship verification information for registered voters as required by federal law.[41] In 1997, the FBI and the U.S. Attorney's office in Dallas were investigating voting by noncitizens. The investigation was started when a random check by local INS agents found 10 noncitizens who had voted in just one 400-person precinct, but the criminal investigation was turned over to local prosecutors. They sent a computerized tape of the names of individuals who had voted to the INS requesting a check against INS records, but the INS refused to cooperate with the criminal investigation.[42] An INS official was quoted as saying that the INS bureaucracy did not "want to open a Pandora's Box…. If word got out that this is a substantial problem, it could tie up all sorts of manpower. There might be a few thousand [illegal voters] in Dallas, for example, but there could be tens of thousands in places like New York, Chicago or Miami."[43]

DHS's reluctance to fully cooperate with election officials' attempts to verify the citizenship status of registered voters, in addition to the database verification issues, makes it extremely difficult for election officials to prevent or detect those who intentionally or negligently affirm their eligibility to vote on voter registration forms and vote in local, state and federal elections.

- *EVVE Database*. The Electronic Verification of Vital Events (EVVE) database is operated by the National Association for Public Health Statistics and Information

---

[41] *See* Florida Department of State v. U.S. Department of Homeland Security, Case No. 1:12-00960 (D. D.C. June 11, 2012)

[42] *INS Hampers Probe of Voting by Foreigners, Prosecutor Says*, Houston Chron. (Sept. 20, 1997). *See* Frank Trejo, *Internal Strife Embroils Dallas INS Office-Local Agents' Whistle-Blowing Leads to Far-Flung Controversy*, Dallas Morning News (March 8, 1998); Dena Bunis, *Dallas INS' Probe of Electorate Echoes Here: Fallout from the Dornan-Sanchez Inquiry Sparks an Internal INS Debate Over a Texas Computer-Match Investigation*, Orange County Reg. (June 5, 1997).

[43] Ruth Larson, *Voter-Fraud Probe in Dallas Runs into INS Roadblock: Agency Denies It Should Have Further Aided U.S. Attorney*, Wash. Times (Sept. 25, 1997).

Systems. It is used by state and federal agencies to validate vital birth and death records. However, the EVVE database requires the state of birth of the individual being verified, as well as the maiden name of the individual's mother. This information is also not collected on voter registration forms.

- *Prosecution*. Prosecuting noncitizens who illegally register and vote in violation of federal law should occur; however, it is not a solution to the overall problem. As I have explained, even when prosecutors are interested in pursuing such cases, the difficulty of detecting noncitizens who have registered makes such prosecutions problematical. This is simply more evidence of how necessary it is for states to prevent such illegal behavior from occurring in the first place by requiring registration applicants to produce proof that they are U.S. citizens.

The obstinacy of federal agencies and the shortcomings of these various databases have compelled local election officials to rely almost entirely on the "honor system" to keep noncitizens from the polls. As Maryland's state election administrator has complained, "There is no way of checking…. We have no access to any information about who is in the United States legally or otherwise."[44] Most discoveries of noncitizens on the registration rolls are therefore accidental. Requiring proof of citizenship is a basic necessity for accurate and secure voter rolls.

### *Requiring Proof of Citizenship is Not a Significant Burden on Eligible Voters*

The Kansas statute at issue in this case, §25-2309(l), provides thirteen different methods for an applicant to meet the requirement that he or she provide proof of U.S. citizenship, a basic legal requirement to be eligible to vote. A photocopy of one of the acceptable documents is also accepted by the state for anyone registering by mail instead of in person. According to the KSOS, documents can also be faxed or emailed to election officials and in some counties it can even be texted.[45]

The documents that satisfy the requirement include:

(1) The applicant's driver's license or nondriver's identification card issued by the division of vehicles or the equivalent governmental agency of another state within the United States if the agency indicates on the applicant's driver's license or nondriver's identification card that the person has provided satisfactory proof of United States citizenship;

(2) the applicant's birth certificate that verifies United States citizenship to the satisfaction of the county election officer or secretary of state;

(3) pertinent pages of the applicant's United States valid or expired passport identifying the applicant and the applicant's passport number, or presentation to the county election officer of the applicant's United States passport;

---

[44] Christina Bellantoni, *Little to Stop Illegal Aliens from Voting*, Wash. Times (Sept. 24, 2004), at A1.
[45] Affidavit of Bryan Caskey, paragraph 9.

(4) the applicant's United States naturalization documents or the number of the certificate of naturalization. If only the number of the certificate of naturalization is provided, the applicant shall not be included in the registration rolls until the number of the certificate of naturalization is verified with the United States bureau of citizenship and immigration services by the county election officer or the secretary of state, pursuant to 8 U.S.C. § 1373(c);

(5) other documents or methods of proof of United States citizenship issued by the federal government pursuant to the immigration and nationality act of 1952, and amendments thereto;

(6) the applicant's bureau of Indian affairs card number, tribal treaty card number or tribal enrollment number;

(7) the applicant's consular report of birth abroad of a citizen of the United States of America;

(8) the applicant's certificate of citizenship issued by the United States citizenship and immigration services;

(9) the applicant's certification of report of birth issued by the United States department of state;

(10) the applicant's American Indian card, with KIC classification, issued by the United States department of homeland security;

(11) the applicant's final adoption decree showing the applicant's name and United States birthplace;

(12) the applicant's official United States military record of service showing the applicant's place of birth in the United States; or

(13) an extract from a United States hospital record of birth created at the time of the applicant's birth indicating the applicant's place of birth in the United States.

If there is any inconsistency "related to name or sex" between the citizenship document and the registration application, this does not disqualify the applicant. That inconsistency can be resolved through an affidavit from the applicant that explains the reason for the inconsistency and in which she asserts that she is "the individual reflected in the document provided as evidence of citizenship." This statutory provision, §25-2309(q)(1)-(2), disposes of one of the issues often cited by critics – spouses who change their surnames as a result of marriage. An affidavit submitted by such an individual with proof of citizenship will satisfy the statute. This provision obviously also alleviates any problems that a transgender individual might otherwise have.

In addition, the statute in paragraph (m) provides that if an applicant does not have any of these documents "such applicant may submit any evidence that such applicant believes demonstrates the applicant's United States citizenship."

Applicants can seek "an assessment of evidence" under this requirement by directly submitting a voter registration application to the KSOS along with supporting evidence of citizenship. The KSOS is then directed by the statute to "notify the state election board, as established under K.S.A. 25-2203." The applicant is given the "opportunity for a hearing and an opportunity to present any additional evidence to the state election board. Notice of such hearing shall be given to the applicant at least five days prior to the hearing date. An applicant shall have the opportunity to be represented by counsel at such hearing." The election board will then make a determination whether "the applicant has provided satisfactory evidence of United States citizenship by a by a majority vote of the board.

If the state election board determines that the applicant has not provided proof of citizenship, the statute specifically gives him or her the right to appeal that determination by "instituting an action under 8 U.S.C. § 1503. Any negative assessment of an applicant's eligibility by the state election board shall be reversed if the applicant obtains a declaratory judgment pursuant to 8 U.S.C. § 1503, demonstrating that such applicant is a national of the United States." The statute in paragraph (r) requires all evidence of citizenship to be kept confidential.

This statute clearly provides a broad range of easily complied with ways for an eligible citizen to provide proof of citizenship. Furthermore, it provides substantial due process protections for an individual to submit other proof that may not be included in the thirteen listed methods of compliance, with a right to an administrative hearing with legal representation, and an additional appeal to a court to review any such determination. Naturalized citizens have to provide only the naturalization certificate number, which the KSOS then verifies with the Department of Homeland Security, rather than a copy of their naturalization documents.

To make this process even easier, the KSOS checks monthly with the Kansas Department of Vital Statistics to see if registration applicants who are missing proof of citizenship were born in Kansas in order to complete the registration process for them.[46] Thus, there is no added cost or burden for anyone born in Kansas. Additionally, the KSOS checks with the state's Division of Motor Vehicles to confirm whether the DMV has in its possession a proof-of-citizenship record submitted when the individual received a driver's license or nondriver's license photographic identification card, thus, once again, completing the registration for eligible voters.

Under Kansas statute §7-23-15, registration applicants have 90 days to complete their registration, which is more than sufficient time for any individual to complete these requirements even if they have to obtain a birth certificate or remove their naturalization certificate from storage such as a bank's safety deposit box, which is where this expert's parents always kept their naturalization certificates.[47] In fact, according to the KSOS, approximately 94 percent of all applicants from the effective date of the statute, Jan. 1, 2013, through March 28, 2016, have completed their voter registration by providing proof of U.S. citizenship or through the KSOS

---

[46] Affidavit of Brian Caskey, paragraph 9.

[47] And if a person fails to complete his registration within the 90 days, he can simply fill out a new registration card to restart the process and give himself another 90 days. There is no limit to the number of times that this can be done.

obtaining such proof from the state's DMV or Vital Records.[48] By the date of the general election in 2014, Kansas had the highest number of registered voters in a non-presidential year in its history: 1,744,866.

Kansas voters do not see this proof-of-citizenship requirement as a problem in a survey conducted by CHS & Associates May 9-11, 2016, for the KSOS with a +/- 4.3 percent margin of error.[49] Eighty-three percent of the respondents were already registered in Kansas; four percent were registered in other states. Not a single respondent indicated that lack of documentation was a reason for not being registered; the biggest reason at 31 percent was that they "never vote" and others gave reasons such having felony convictions or just having moved.

The survey sample was made up of 96 percent natural born citizens and two percent naturalized citizens. .Of the legal residents surveyed – both those registered to vote and not registered to vote – 98 percent have a birth certificate or a U.S. passport, either of which can be used to satisfy the Kansas requirement. That increases to 99 percent when including other hospital or military records that also satisfy the law. Of the legal residents of Kansas who are not registered to vote, 95 percent have a readily accessible birth certificate or passport.

Access to a birth certificate is nearly universal according to the survey results for all age and income groups, exceeding 95 percent. Those of Hispanic descent are just as likely to have access to a birth certificate showing U.S. citizenship (96 percent) as are those not of Hispanic descent (96 percent).

These percentages were remarkably consistent across the different groups surveyed. Thirty percent of the respondents were age 18-34; 17 percent were age 35-44; 20 percent were age 45-54; 16 percent were age 55-65; and 18 percent were age 65 and over. Males represented 51 percent of those surveyed; females represented 49 percent. For example, 96 percent of both males and females have a birth certificate either at their home, office or elsewhere. Ninety-seven percent of young people in the state, age 18-34, also have access to their birth certificate. The same is true of voters age 65 and over: 95 percent.

Income makes no difference. Ninety-seven percent of those with incomes over $50,000 have access to their birth certificate. Ninety-five percent of those with incomes under $50,000 have access to their birth certificate. When it comes to passports, there was almost no difference in age groups. The lowest percentage at 47 percent were those age 45-54; the highest percentage at 51 percent were those age 35-44. But even young people (age 18-34) have access to passports at a total rate of 49 percent.

Of the Kansas residents surveyed, 77 percent are in favor of the proof-of-citizenship requirement, showing overwhelming public support. Only 14 percent oppose it and nine percent

---

[48] Affidavit of Brian Caskey, paragraph 10. The 94 percent is derived from the total number of 244,699 voter registration applications completed between Jan. 1, 2013 and March 28, 2016, in comparison to the 16,319 voter registration applications that were not completed because of lack of proof of citizenship. Since the total of these two numbers is 261,018, the 244,699 completed registrations represent approximately 94 percent of the total applications received by the state.

[49] A copy of the survey is attached to this report.

had no opinion. Support for proof-of-citizenship includes 74 percent of those age 18-34 and 77 percent of those age 65 and over. Seventy-nine percent of whites support it; 64 percent of blacks; and 78 percent of Native Americans. Seventy-eight percent of natural born citizens support such a requirement as well as a remarkable 65 percent of naturalized citizens. Even among those not registered to vote, 77 percent support the law. This group is actually less opposed at ten percent than those who are registered to vote (15 percent).

These findings of the negligible number of voters who do not possess *any* of the requisite documents (but could still provide evidence of citizenship through the K.S.A. § 25-2309(m) process) is in accord with a survey conducted by American University of registered voters in Maryland, Indiana, and Mississippi. Of the respondents, 93.3 percent were citizens by birth, while 6 percent were naturalized citizens. The survey found that less than 0.5% of respondents had neither a photo ID nor citizenship documentation. Of the naturalized citizens, only 1.5 percent did not have any citizenship documentation.[50]

All of this survey data shows that any state policymaker engaging in a cost/benefit analysis of the problem of noncitizen registration and voting and requiring proof of citizenship would conclude that the benefit far outweighs the almost insignificant cost to both the state and individual voters of administering and complying with such a requirement. Both voters and the state incur a substantial benefit in increasing the security and integrity of the registration, voting, and election process by protecting the right of voters against dilution of their vote, a fundamental right recognized by the U.S. Supreme Court under the Equal Protection Clause of the Fourteenth Amendment and the "one person, one vote" principle.

Avoiding such dilution of the votes of eligible citizens and potential stolen elections also helps increase the confidence of the electorate. This is an important objective recognized by the Supreme Court in the Indiana voter ID case when it said that "public confidence in the integrity of the electoral process has independent significance because it encourages citizen participation in the democratic process."[51]

A 2012 Rasmussen poll showed that both interest in and concern about voter fraud is high. Sixty-four percent of the respondents said that fraud was a "very serious" or "somewhat serious" problem. The highest level of concern was expressed by African-Americans (64 percent) and those earning under $20,000 a year (71 percent). A very high 82 percent of respondents supported requiring voters to prove their identity before voting, including 67 percent of African-Americans, 67 percent of Democrats, and 58 percent of self-acknowledged liberals. This is very close to the 77 percent of Kansas citizens who support requiring voters to also prove their citizenship.[52]

---

[50] Dr. Robert Pastor *et al.*, "Voter IDs Are Not the Problem: A Survey of Three States," Center for Democracy and Election Management, American University (Jan. 9, 2008).

[51] Crawford, 128 S.Ct. 1610, 1620.

[52] This Rasmussen Reports survey sampled 1,000 likely voters from April 12 to April 13, 2012. The survey was done for the book I coauthored with John Fund, "Who's Counting: How Fraudsters and Bureaucrats Put Your Vote at Risk," (Encounter Books 2012), page 4.

A survey by the Brennan Center at New York University's School of Law that is often relied on by opponents to oppose proof-of-citizenship requirements is dubious in its methodology and results and suspect in its sweeping conclusions.[53] For example, the survey question on whether a respondent has proof of citizenship such as a birth certificate or naturalization papers does not ask the straightforward, neutral question of whether the respondent has such a document "at home, office, or other location" as the Kansas survey does, or whether "someone else keeps document for you." Instead, it asks whether the respondent has such a document "in a place where you can quickly find it if you had to show it tomorrow."

The survey question seemed designed to elicit a response that would increase the number of individuals surveyed who would report that they did not have such documentation. Consider for example citizens who keep their naturalization papers in a safety deposit box or individuals who became naturalized at a young age and their parents retain their naturalization papers. Such citizens might not be able to access the documents "tomorrow" even though they certainly have access to the documentation necessary to meet such a requirement. Elections don't suddenly happen "tomorrow" - they are scheduled years in advance and most states require you to register before the election – 21 days in Kansas. The Kansas law has been in effect for more than three years providing public notice of the requirement and Kansas gives residents 90 days to comply in person, by mail, by fax, and by email before their application is cancelled.

But even a failure to meet the 90-day deadline would not prevent any individual from resubmitting a new registration form; §25-2309(t) specifically states that nothing prohibits an applicant from providing evidence of citizenship "at a different time" as long as their eligibility can be properly assessed by election officials. Thus, there is no legal or practical requirement to access citizenship documents "tomorrow" under almost any conceivable circumstances.

The Brennan Center survey states in footnote one that it was weighted to account for underrepresentation of race but does not provide the methodology used to determine how this factor was weighted, making it impossible to judge the accuracy of the footnote's claim. Fourteen percent of the respondents gave contradictory answers, saying they had both a U.S. birth certificate and U.S. naturalization papers, which is a legal contradiction since the federal government takes the position that you are a U.S. citizen if you are born in the United States.

Footnote four states that the survey "did not yield statistically significant results for differential rates of possession of citizenship documents by race, age, or other identified demographic factors." This undermines accusations that particular ethnic, racial or other groups are disproportionately affected by any such requirement.

### Conclusion

Among the purposes of this expert report is provide an assessment of whether it is necessary to require proof of citizenship in Kansas in order to enforce the qualification that only

---

[53] "Citizens Without Proof: A Survey of Americans' Possession of Documentary Proof of Citizenship," Brennan Center for Justice (Nov. 2006).

U.S. citizens are eligible to vote. Based on my experience as an election lawyer and election official both at the local level in Georgia and Virginia and at the federal level at the U.S. Department of Justice and as a commissioner at the Federal Election Commission; my experience analyzing election fraud data as the manager of the Election Law Reform Initiative at The Heritage Foundation; and my general research on election integrity and security, my conclusion is that requiring documentary proof of citizenship is absolutely necessary.

This is because all of the alternatives discussed in this report are grossly inadequate substitutes that cannot be used at all by the KSOS or that identify only a small percentage of aliens on the voter rolls. In contrast a proof-of-citizenship requirement at the time of registration is virtually 100% effective in preventing noncitizens from registering to vote and then casting a vote that devalues or steals the vote of an eligible U.S. citizen.[54] If the citizenship qualification is to be meaningfully enforced, proof of citizenship is necessary. No other alternative suffices to identify a significant percentage of the noncitizens who attempt to register to vote.

The record of aliens illegally registering and voting in Kansas and elsewhere substantiate that requiring proof-of-citizenship for registration is the minimum step necessary to maintain the accuracy and security of the election process. In fact, such a requirement is necessary to fulfill the stated purposes set out by Congress in the National Voter Registration Act. As outlined in 42 U.S.C. §1973gg, "Findings and Purpose," the NVRA was passed to "protect the integrity of the electoral process" and "to ensure that accurate and current voter registration rolls are maintained."[55] The Kansas requirement also meets the statutory obligation in the Help America Vote Act of 2002 that states implement provisions "to ensure that voter registration records in the State are accurate and are updated regularly."[56] Section 305 leaves the "specific choices on the methods of complying" with this requirement "to the discretion of the State."[57]

The survey data and the experience of Kansas in implementing the proof-of-citizenship requirement show that this universally applicable requirement is "eminently reasonable" under the standard established by the U.S. Supreme Court. It does not represent a significant increase over the usual burdens of registering and voting and can easily be complied with by the eligible residents of Kansas.

Maintaining public "[c]onfidence in the integrity of our electoral process is essential to the functioning of our participatory democracy" according to the U.S. Supreme Court. "Voters who fear their legitimate votes will be outweighed by fraudulent ones will feel

---

[54] It is possible for a noncitizen to illegally procure counterfeit documentation of U.S. citizenship, but I am not aware of any case of any alien doing so and using such documentation in order to register to vote.

[55] It should be noted that Congress was so concerned over how easy it is for noncitizens to register to vote that in 1996 it passed a law stating that "[n]otwithstanding any other provision of law, a Federal, State, or local government agency many not use a voter registration card (or other related document) that evidences registration for an election for Federal office, as evidence to prove United States citizenship." See Pub. L. 104-132, title IX, Sec. 902, April 24, 1996, 110 Stat. 1317. Similar provisions were contained in section 117 of H.R. 2076, 104th Congress, as passed by the House of Representatives on Dec. 6, 1995, and as enacted into law by Pub. L. 104-91, title I, Sec. 101(a), Jan. 6, 1996, 110 Stat. 11, as amended by Pub. L. 104-99, title II, Sec. 211, Jan. 26, 1996, 110 Stat. 37.

[56] See Section 303(a)(4) of the Help America Vote Act of 2002, codified at 42 U.S.C. §15483.

[57] 42 U.S.C. §15485.

disenfranchised."[58]  As the Supreme Court approvingly cited in *Crawford*, the conclusion of the Carter-Baker Report on election reform was that the "electoral system cannot inspire public confidence if no safeguards exist to deter or detect fraud or to confirm the identity of voters."[59]

Requiring proof of citizenship to register to vote is the safeguard that is needed to confirm the citizenship of voters and help inspire public confidence in the electoral system in Kansas.  Such confidence is essential to the functioning of our democratic process.

I declare that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Executed on May **16**, 2016

Hans A. von Spakovsky

---

[58] Purcell v. Gonzalez, 549 U.S. 1, 4 (2006).

[59] Crawford, 128 S.Ct. 1610, 1620 (citing the Commission on Federal Election Reform chaired by former President Jimmy Carter and former Secretary of State James A. Baker III, "Building Confidence in U.S. Elections (Sept. 2005)).  The author of this report is one of the experts consulted by the Carter-Baker Commission when it prepared its report.

# Resume of Hans A. von Spakovsky

**HANS A. von SPAKOVSKY**
1000 Pruitt Court
Vienna, Virginia 22180
Work (202) 608-6207
Home (703) 938-6148
Cell (202) 436-6311
Vonspakovsky@gmail.com

## PROFESSIONAL EXPERIENCE

**Heritage Foundation**                                                Washington, D.C.
*Senior Legal Fellow; Manager, Election Law Reform Initiative*        October 2008 to present

- Senior Legal Fellow in the Center for Legal and Judicial Studies and Manager of the
  Election Law Reform Initiative, concentrating on constitutional, legislative and
  regulatory issues in the area of civil rights, voting, elections, campaign finance,
  immigration, and government and civil justice reform.  Publish articles on a frequent
  basis in *National Review Online*, *Pajamas Media*, and other media sources including
  *FOX News* and the *Washington Times* and have appeared on numerous radio talk shows
  and television news reports.  Coauthor with John Fund of *Who's Counting? How
  Fraudsters and Bureaucrats Put Your Vote at Risk* (Encounter Books  2012).

**Consultant**                                                        Washington, D.C.
                                                                      January 2008 to September 2008

- Worked as a free lance writer, publishing articles in publications like the *Wall Street
  Journal* and *National Review Online*; provided advice and expertise as a consultant to the
  U.S. Commission on Civil Rights for projects on discrimination in the mortgage industry,
  religious practices in prisons, and science and math teaching in secondary schools.

**Federal Election Commission**                                       Washington, D.C.
*Commissioner*                                                        January 2006 to December 2007

- One of six commissioners appointed by the President who managed a federal agency with
  375 employees and a budget of $60 million.
- Responsible for the civil enforcement of the Federal Election Campaign Act and the
  administration of presidential campaign public funding program.

**United States Department of Justice**                               Washington, D.C.
*Counsel to Assistant Attorney General, Civil Rights Division*  December 2002 to December 2005

- Oversaw the Voting Section and provided legal analysis and policy recommendations on
  civil rights issues as they related to elections, redistricting, and voting.
- Supervised and coordinated the Division's responsibilities for implementation of the Help
  America Vote Act of 2002 and acted as in-house expert on election reform and voting

technology issues.

- Made extensive public presentations and acted as liaison for organizations such as the National Association of Secretaries of State, the National Association of State Election Directors, and the National Conference of State Legislators.
- Member, Board of Advisors of U.S. Election Assistance Commission; member, Election and Voter Services Technical Committee of Organization for the Advancement of Structured Information Standards; member, Voting Standards Coordinating Committee of Institute of Electrical & Electronics Engineers.

*Trial Attorney, Voting Reform Initiative*                       December 2001 to December 2002

- Provided legal analysis and policy recommendations for special projects on voting and election reform.
- Advised Division leadership on the Help America Vote Act and other voting legislation.
- Monitored election reform efforts by state and local governments, as well as Congress.

**Self Employed**                                               Atlanta, Georgia
                                                          June 1999 to November 2001

- Provided representation on legislative and regulatory issues for clients such as AT&T before local and state agencies, county commissions, city councils, and the Georgia General Assembly.
- *Executive Director* of the *Voting Integrity Project Legislative Alliance*, a 501(c)(4) organization. Provided representation in state legislatures and in Congress, prepared model legislation, and handled media relations.
- *General Counsel* for the *Strollo Group*, a lobbying and public relations firm.
- Provided advice on software licensing and technology and business services agreements.
- *Director* of the Georgia Public Policy Foundation's *Center for Technology and E-Commerce.*

**Joe Tanner & Associates**                                     Atlanta, Georgia
*Government Affairs Consultant*                         November 1998 to April 1999

- Consultant with Joe Tanner, former Commissioner of the Department of Labor and Natural Resources.
- Provided representation on legislative and regulatory issues before state agencies and the Georgia General Assembly for a variety of private and public clients with diversified interests.

**Confederation Life Insurance Company (U.S.) in Rehabilitation**     Atlanta, Georgia
*Assistant Vice President, Counsel and Secretary*                 1995 to July 1998

- As head of the Legal Department, assisted in the liquidation of a six billion dollar life and health insurance company.
- Successfully negotiated the resolution of hundreds of cases and recovered millions of

dollars of assets and debts owed to the estate.
- Prepared contracts for business services, software licenses, and office leases.
- Managed government relations with state insurance departments.
- Defended discrimination complaints and provided advice regarding labor and employment law.
- Prepared and maintained corporate records and documents.
- Dissolved subsidiaries and withdrew all state corporate licenses.

*Associate Counsel* for **Confederation Life Insurance Company**          1988 to 1995
*Assistant Counsel*          1985 to 1988

- Chief litigator in the U.S. and Puerto Rico for over 200 cases with potential liability of $50 million.
- Advised officers of company and various subsidiaries on regulatory, legislative, and general business issues.
- Areas of practice included group and individual health, life, and disability insurance and annuities as well as ERISA-qualified employee benefit plans.
- Prepared contracts, leases, and software/hardware licensing agreements.
- Received company achievement award for excellence.

**Weill, Weems & Kennedy**          Chattanooga, Tennessee
*Associate*          1984 to 1985

- Worked in a law firm of ten attorneys engaged in general practice, including litigation, bankruptcy, family law, and insurance defense.

## EDUCATION

**Vanderbilt University School of Law**          J.D. 1984
Vice Justice of Phi Alpha Delta; member of International Law Society.

**Massachusetts Institute of Technology**          B.S. (Political Science) 1981
Recipient of PPG Industries National Merit Scholarship.

## LICENSES AND PROFESSIONAL AFFILIATIONS

District of Columbia, 2009; Georgia, 1985; Tennessee, 1984.  Winner of Section of the Year Award as Chairman of International Transactions Section, 1989-1990, Atlanta Bar Association. Chairman, Elections Committee, 1989-1991, State Bar of Georgia.  American Bar Association, Federalist Society, and Republican National Lawyers Association (winner, Edwin Meese Award, 2009).

## CIVIC AND COMMUNITY ACTIVITIES

- Board of Trustees, Public Interest Legal Foundation (2015-present).
- Member, Policy Board, American Civil Rights Union (2014-present).

- Vice Chairman, Fairfax County, Virginia, Electoral Board (Feb. 2010-Feb. 2013).
- Board of Trustees, Global Centurion (2012-2013).
- Virginia State Advisory Committee to the U.S. Commission on Civil Rights (2009-2010).
- Fulton County, Georgia, Board of Registration and Elections, Vice Chairman (2001) and member (1996-2001).
- Spalding Elementary School Parent-Teacher Advisory Board (2000-2001).
- Voting Integrity Project, National Advisory Board (1998-2001).
- Georgia Election Officials Association (1996-2001).
- Fulton County Republican Party, Chairman (1999-2001).
- Good Government for Georgia Committee, General Counsel (1999-2001).
- Sandy Springs Civic Roundtable, President (1996-1997) and Asst. Treasurer and Board of Trustees (1998-2001).
- Sandy Springs Historic Community Foundations, Board of Directors (1998-2001) and Sandy Springs Revitalization, Inc., Board of Advisors (2000-2001).
- Georgia Public Policy Foundation, Board of Advisors (1998-2001).
- Fulton County Parks and Recreation Advisory Board (1997-1999) and Fulton County Public-Private Housing Initiative Board (2001).

## Awards and Honors

- Edwin Meese III Award (2009), Republican National Lawyers Association.
- U.S. Department of Justice, Civil Rights Division, Meritorious Service Award ( 2003, 2004, and 2005)
- PJ Media 2011 Pulitzer submission for article series "Every Single One."
- Selected for Coverdell Leadership Institute (1996-1997).
- Section of the Year Award (1990), Atlanta Bar Association.
- PPG Industries Foundation Community Merit Scholarship (1977).

## Books

- ➢ "Unilateral Actions of President Obama in Voting and Elections," Chapter 24 in *Liberty's Nemesis – The Unchecked Expansion of the State*, Dean Reuter and John Yoo, Editors, Encounter Books (2016).
- ➢ *Obama's Enforcer – Eric Holder's Justice Department*, w/John Fund, HarperCollins/Broadside Books (2014).
- ➢ *Who's Counting? How Fraudsters and Bureaucrats Put Your Vote at Risk,* w/John Fund, Encounter Books (2012).
- ➢ "The National Voter Registration Act," Chapter 14 in *America Votes! A Guide to Modern Election Law and Voting Rights,* 2nd Edition, Benjamin E. Griffith, Editor, ABA Section of State and Local Government (2012).

**Major Publications (not including commentaries/opinion pieces)**

- *The Obama Administration's Defiance of Inspectors General – A Faulty Opinion from the Justice Department,* Heritage Foundation, Legal Memorandum No. 169 (Dec. 11, 2015).
- *Discriminatory Racial Preferences in College Admissions Return to the Supreme Court: Fisher v. University of Texas at Austin,* Heritage Foundation, Legal Memorandum No. 168 (Dec. 3, 2015).
- *One Person, One Vote: Advancing Electoral Equality, Not Equality of Representation,* Heritage Foundation, Legal Memorandum No. 161 (Sept. 10, 2015).
- *Revisiting the Lessons from the Voter ID Experience in Texas: 2015,* Heritage Foundation, Backgrounder No. 3042 (August 4, 2015).
- *Election Reform in North Carolina and the Myth of Voter Suppression,* Heritage Foundation, Backgrounder No. 3044 (July 30, 2015).
- *The Dangers of Internet Voting,* Heritage Foundation, Backgrounder No. 3034 (July 14, 2015).
- *Revisiting the Lessons from the Voter ID Experience in Kansas: 2014,* Heritage Foundation, Issue Brief No. 4380 (April 10, 2015).
- *Felon Voting and Unconstitutional Congressional Overreach,* Heritage Foundation, Legal Memorandum No. 145 (Feb. 11, 2015).
- *The Dangers of Lame Duck Sessions in Congress – Unfair and Undemocratic,* Heritage Foundation, Issue Brief No. 4300 (Nov. 13, 2014).
- *The Obama Administration's Attempt to Balkanize Hawaii,* Heritage Foundation, Legal Memorandum No. 136 (August 18, 2014).
- *Amending the First Amendment: How the Campaign Finance Amendment Will Silence Free Speech,* Heritage Foundation, Legal Memorandum No. 125 (June 2, 2014).
- *The IRS Tries to Silence Political Speech Again – This Time with New Regulations,* Heritage Foundation, Legal Memorandum No. 122 (May 12, 2014).
- *EEOC Loses Again on Background Checks,* Heritage Foundation, Issue Brief No. 4203 (April 21, 2014).
- *What Congress Can Do to Stop Racial Discrimination,* Heritage Foundation, Legal Memorandum No. 120 (April 7, 2014).
- *Lessons from the Voter ID Experience in Tennessee,* Heritage Foundation, Issue Brief No. 4180 (March 25, 2014).
- *"Disparate Impact" and Section 2 of the Voting Rights Act,* Heritage Foundation, Legal Memorandum No. 119 (March 17, 2014).
- *Lessons from the Voter ID Experience in Texas,* Heritage Foundation, Issue Brief No. 4146 (Feb. 11, 2014).
- *What States Can Do to Stop Racial Discrimination,* Heritage Foundation, Legal Memorandum No. 113 (Feb. 11, 2014).
- *Election Fraud in the 2008 Indiana Presidential Campaign: A Case Study in Corruption,* Heritage Foundation, Legal Memorandum No. 111 (Jan. 13, 2014).
- *Senate Joint Resolution 12: Sanctioning Racial Discrimination in Hawaii,* Heritage Foundation, Issue Brief No. 4098 (Nov. 26, 2013).

- *Protecting the First Amendment from the IRS,* Heritage Foundation, Legal Memorandum No. 104 (Oct. 2, 2013).
- *What Happens During a Government "Shutdown,"* Heritage Foundation, Issue Brief No. 4049 (Sept. 18, 2013).
- *Striking a Blow for Common Sense on Criminal Background Checks,* Heritage Foundation, Legal Memorandum No. 101 (Sept. 9, 2013).
- *Conservatives and the Fight to Defund Obamacare,* Heritage Foundation, Issue Brief No. 4010 (August 8, 2013).
- *Requiring Photographic Identification by Voters in North Carolina,* Heritage Foundation, Lecture No. 1234 (July 18, 2013).
- *The Unfair Attack on Arbitration: Harming Consumers by Eliminating a Proven Dispute Resolution System,* Heritage Foundation, Legal Memorandum No. 97 (July 17, 2013).
- *Handouts to Lawyers and Special Interest Groups Add to Immigration Bill Costs,* Heritage Foundation, Issue Brief No. 3932 (May 8, 2013).
- *Mandatory Voter Registration: How Universal Registration Threatens Electoral Integrity,* Heritage Foundation, Backgrounder No. 2780 (March 27, 2013).
- *Urging Federal Contractors to Violate the WARN Act,* Heritage Foundation, Issue Brief No. 3762 (Oct. 24, 2012).
- *Offshore Drilling: Increase Access, Reduce the Risk, and Stop Hurting American Companies,* Heritage Foundation, Backgrounder No. 2717 (August 13, 2012).
- *Lessons from the Voter ID Experience in Kansas,* Heritage Foundation, Issue Brief No. 3679 (July 25, 2012).
- *Arizona v. United States: What the States Can Do to Enforce Immigration Laws,* Heritage Foundation, Issue Brief No. 3649 (June 27, 2012).
- *The Dangerous Impact of Barring Criminal Background Checks: Congress Needs to Overrule the EEOC's New Employment "Guidelines,"* Heritage Foundation, Legal Memorandum No. 81 (May 31, 2012).
- *Lessons from the Voter ID Experience in Georgia,* Heritage Foundation, Issue Brief No. 3541 (March 19, 2012).
- *Providing In-State College Tuition for Illegal Aliens: A Violation of Federal Law,* Heritage Foundation, Legal Memorandum No. 74 (Nov. 22, 2011).
- *Destroying the Electoral College: The Anti-Federalist National Popular Vote Scheme,* Heritage Foundation, Legal Memorandum No. 73 (Oct. 26, 2011).
- *Without Proof: The Unpersuasive Case Against Voter Identification,* Heritage Foundation, Legal Memorandum No. 72 (August 24, 2011).
- *A President's Opportunity: Making Military Voters a Priority,* Heritage Foundation, Legal Memorandum No. 71 (July 19, 2011).
- *Voter Photo Identification: Protecting the Security of Elections,* Heritage Foundation, Legal Memorandum No. 70 (July 13, 2011).
- *National Labor Relations Board Overreach Against Boeing Imperils Jobs and Investment,* Heritage Foundation, Legal Memorandum No. 66 (May 11, 2011).
- *The Bailout Bait and Switch: DOJ's Last-Ditch Attempt to Rescue Section 5 of the Voting Rights Act,* Heritage Foundation, Legal Memorandum No. 65 (April 18, 2011).
- *Climate Policy by Judicial Fiat: How Global Warming Lawsuits Subvert the Democratic Process,* Heritage Foundation, Legal Memorandum No. 63 (Feb. 16, 2011).

- *Judicial Nullification in Georgia: Overriding Medical Malpractice Reform and Federal Law to Reward the Trial Bar,* Heritage Foundation, Legal Memorandum No. 62 (Jan. 31, 2011).
- *Punitive Damages and the Tax Code: Punishing Business and the Economy,* Heritage Foundation, Legal Memorandum No. 60 (Nov. 15, 2010).
- *The Arizona Immigration Law: Racial Discrimination Prohibited,* Heritage Foundation, Legal Memorandum No. 58 (Oct. 1, 2010).
- *The Liberal Mythology of an "Activist" Court: Citizens United and Ledbetter,* Heritage Foundation, Legal Memorandum No. 54 (June 15, 2010).
- *A Case Study in Judicial Nullification: Medical Malpractice Reform in Illinois,* Heritage Foundation, Legal Memorandum No. 52 (April 29, 2010).
- *Elections Exclusively by Mail: A Terrible Idea Whose Time Should Never Come,* Heritage Foundation, Legal Memorandum No. 51 (April 21, 2010).
- *Citizens United and the Restoration of the First Amendment,* Heritage Foundation, Legal Memorandum No. 50 (Feb. 17, 2010).
- *Another Sarbanes-Oxley: Threatening Small Businesses with the "Beneficial Ownership" Bill,* Heritage Foundation, Legal Memorandum No. 48 (Oct. 6, 2009).
- *Defunding ACORN: Necessary and Proper, and Certainly Constitutional,* Heritage Foundation, WebMemo No.2630 (Sept. 25, 2009).
- *Defending Those Who Serve: Paying the Legal Costs of CIA Officers,* Heritage Foundation, WebMemo No. 2602 (Sept. 2, 2009).
- *The Trial Lawyers' Earmark: Using Medicare to Finance the Lifestyles of the Rich and Infamous,* Legal Memorandum No. 47 (August 28, 2009).
- *Democracy in Danger: What States Can Do to Safeguard America's Election System,* Heritage Foundation, Heritage Lectures No. 1129 (August 11, 2009).
- *Killing Americans by Stifling Medical Innovation: The Medical Device "Safety" Act of 2009,* Heritage Foundation, Legal Memorandum No. 46 (August 4, 2009).
- *America's Military Voters: Re-enfranchising the Disenfranchised,* Heritage Foundation, Legal Memorandum No. 45 (July 28, 2009).
- *Correcting False Claims about the New False Claims Act Legislation,* Heritage Foundation, Legal Memorandum No. 42 (July 2, 2009).
- *Cracking the Bedrock of Democracy: Destroying the Secret Ballot in Union Elections,* Heritage Foundation, Legal Memorandum No. 38 (March 20, 2009).
- *Ensuring 'Equal Treatment' in the Minnesota Recount: Bush v. Gore Redux,* Heritage Foundation, Legal Memorandum No. 36 (Jan. 30, 2009).
- *The Constitutional Requirement to Seat the Senator from Illinois: Upholding the Rule of Law,* Heritage Foundation, Web Memo No. 2190 (Jan. 7, 2009).
- *Promoting the General Welfare Through Civil Justice Reform,* Heritage Foundation, Special Report No. 38 (Jan. 6, 2009).
- *Absentee Ballot Fraud: A Stolen Election in Greene County, Alabama,* Heritage Foundation, Legal Memorandum No. 31 (Sept. 5, 2008).
- *The Threat of Non-Citizen Voting,* Heritage Foundation, Legal Memorandum No. 28 (July 10, 2008).
- *Where There's Smoke, There's Fire: 100,000 Stolen Votes in Chicago,* Heritage Foundation, Legal Memorandum No. 23 (April 16, 2008).

- *Stolen Identities, Stolen Votes: A Case Study in Voter Impersonation,* Heritage Foundation, Legal Memorandum No. 23 (March 10, 2008).
- *Increasing the Security of Elections: The Effect of Identification Requirements on Turnout of Minority Voters*, Journal of the Federalist Society Practice Groups (Feb. 2007).
- *The Help America Vote Act of 2002: A Statutory Primer*, Journal of the Federalist Society Practice Groups (Oct. 2005).
- *Securing the Integrity of American Elections: The Need for Change*, under the name Publius, Texas Review of Law & Politics (Fall 2005).
- *Voting by Military Personnel and Overseas Citizens*, Journal of the Federalist Society Practice Groups (May 2005).
- *Gauging the Risks of Internet Elections*, Communications of the Association of Computing Machinery, Vol. 44, No. 1 (Jan. 2001).
- *Eliminating State Trade Barriers to E-Commerce*, Georgia Public Policy Foundation (Sept. 28, 2000).
- *Sales Taxes and the E-Commerce Revolution*, Georgia Pubic Policy Foundation (March 17, 2000).
- *Should Georgia Adopt Early Voting?* Georgia Pubic Policy Foundation (July 23, 1999).
- *Paycheck Protection: Union Dues, Political Spending, and Employee Freedom of Choice*, Georgia Public Policy Foundation (April 20, 1999).
- *Voter Fraud: Protecting the Integrity of Our Democratic System*, Georgia Pubic Policy Foundation (March 24, 1997).

**Note:** I have published literally hundreds of short commentaries, opinion pieces, and blog posts at publications such as National Review Online, PJ Media, Human Events, the Washington Times, USA Today, the Daily Signal, and numerous other online publications and local newspapers. They are too numerous to list. I have included above all of my major research and legal analysis publications.

# Survey of Kansas Voters



P.O. Box 2034   Oklahoma City   Oklahoma 73101
405.415.3017

DATE:        May 12, 2016

TO:          Interested Parties

FROM:        Pat McFerron
             President
             Cole Hargrave Snodgrass & Associates, Inc.

RE:          A Survey of 500 Adults Living in Kansas
             Interviewing conducted May 9 - 11, 2016
             Margin of error: +/- 4.3%

## KEY FACTS

- Of the legal residents surveyed – both those registered to vote and those not registered to vote – 98% have either a birth certificate showing citizenship or a US passport readily available. This increases to 99% when including other hospital records or military records.

- Only one respondent affirmatively claimed not to have access to at least one of the tested documents – and this respondent indicated she was already registered to vote.

- Among those who are legal residents but not registered to vote in Kansas, 95% have a readily accessible birth certificate or passport.

- Only three respondents are not registered to vote and unable to affirmatively say they had a possible document. All three indicated naturalization papers were a possibility.

- This survey accurately reflects US Census data in that 83% are registered voters – the same percentage you achieve if you take the current number of registered voters in the state and the latest census estimate of those living in the state.

Cole Hargrave Snodgrass & Associates is pleased to present this executive summary of its recent study of Kansas residents. Conducted using a combination of listed samples for wired and wireless numbers as well as random-digit dialing for both wireless and wired telephones, this study is an accurate representation of the composition of Kansas. Controlled for gender, age, and geographic region in order to replicate US Census information, this study reveals requiring proof of citizenship in order to register to vote is not a concern for residents and is not hampering voter registration.

This study of residents reveals 83% are already registered voters. Among those not registered to vote, only one (who later acknowledged having access to a birth certificate) mentioned

documentation as a reason for not being registered to vote. This was far outdistanced by those who said they had no interest in voting, those with felony convictions and those who for personal reasons (having moved, just turned of age, or had not made time) had not registered to vote.

Fully 96% of the respondents with legal status indicated they had ready access to a birth certificate showing them being born in the United States or on a US territory. When just including a US Passport option, this percentage grows to 98% having one of these two documents. This increases to 99% when including other hospital records or military records.

Access to a birth certificate is nearly universal with all age and income groups exceeding 95% having access. Similarly, those of Hispanic descent are just as likely to have access to a birth certificate showing US birth (96%) as are those not of Hispanic descent (96%).

Not only does this law not provide an obstacle to legal residents voting, it is embraced by them. Fully 77% of all respondents favor the law and only 14% oppose it. Even among those not registered to vote, 77% are supportive of the law. This group is actually less opposed (10%) than are those who are registered to vote (15%).

*Pat McFerron is a native Kansan who is now President of the Oklahoma City based political research firm Cole Hargrave Snodgrass & Associates. McFerron has more than 25 years polling experience having conducted studies in 43 states. He has been the pollster of record for more than three-dozen successful congressional, U.S. Senate and gubernatorial campaigns. In addition, the firm conducts market research for a wide-range of corporate and public policy interests. McFerron has overseen more than 240 Kansas studies dating back to 1994.*

# A Survey of 500 Kansans

Interviewing Conducted May 9 - 11, 2016

Margin of error:  +/- 4.3%

Hello I'm _____ with CHS& Associates, a national research firm speaking with Kansas residents over the age of 18 today with a short survey.

1.   Which of the following age groups is correct for you?  (Read list)
     30%     18 to 34
     17%     35 to 44
     20%     45 to 54
     16%     55 to 65
     18%     65 and over
     0%      (Do not read) Refused

2.   Which of the following best describes your status?  Are you:
     96%     A natural born United States citizen
     2%      A naturalized United States citizen
     0%      A legal alien living in the United States (Skip to county question)
     -       An undocumented alien (Skip to county question)
     1%      (Do not read) Uncertain / Refused (Skip to county question)

3.   Which of the following best describes your current voter registration status?
     83%     I am registered to vote in the state of Kansas
     4%      I am registered to vote in a different state
     13%     I am not registered to vote
     0%      (Do not read) Refused

4.   (Ask only if "not registered to vote" on previous question) Can you tell me why you are not registered to vote?  (Open ended)
     31%     Never Vote
     38%     Hasn't Registered
     9%      Felon
     22%     Do Not Know

Now I want to read you a short list of documents.  Only one of these documents is needed in order to register to vote in Kansas.  For each of these, please let me know if you have that document at your home, office, or other location or if someone else keeps the document for you and could get it to you if necessary, or if that document does not exist.

5.   A birth certificate showing that you were born in the United States or on US territory.
     92%     Have document at home, office, or other location
     4%      Someone else keeps document for you
     3%      Does not exist
     1%      (Do not read) Uncertain

6.  Either a current or an expired United States passport
    49%  Have document at home, office, or other location
    1%   Someone else keeps document for you
    49%  Does not exist
    1%   (Do not read) Uncertain

    (Skip to Hispanic descent question if have access to either birth certificate or passport.)

7.  A United States naturalization document
    (n= 12)
    -    Have document at home, office, or other location (Skip to Hispanic descent question)
    -    Someone else keeps document for you (Skip to Hispanic descent question)
    58%  Does not exist
    42%  (Do not read) Uncertain

8.  A Bureau of Indian Affairs card number, tribal treaty card or tribal enrollment number or an
    American Indian card with KIC classification issued by the Department of Homeland Security.
    (n= 12)
    -    Have document at home, office, or other location (Skip to Hispanic descent question)
    -    Someone else keeps document for you (Skip to Hispanic descent question)
    92%  Does not exist
    8%   (Do not read) Uncertain

9.  A US military record of service showing US birthplace.
    (n= 12)
    8%   Have document at home, office, or other location (Skip to Hispanic descent question)
    8%   Someone else keeps document for you (Skip to Hispanic descent question)
    75%  Does not exist
    8%   (Do not read) Uncertain

10. A consular report of birth abroad of a citizen of the United States or a certification of report of
    birth issued by the United States Department of State.
    (n= 10)
    -    Have document at home, office, or other location (Skip to Hispanic descent question)
    -    Someone else keeps document for you (Skip to Hispanic descent question)
    90%  Does not exist
    10%  (Do not read) Uncertain

11. A final adoption decree showing name and US birthplace.
    (n= 10)
    -    Have document at home, office, or other location (Skip to Hispanic descent question)
    -    Someone else keeps document for you (Skip to Hispanic descent question)
    90%  Does not exist
    10%  (Do not read) Uncertain

12.    Proof of citizenship issued by the federal government related to the immigration and nationality
       act of 1952 or a certificate of citizenship issued by the US citizenship and immigration services
       (n= 10)
       -      Have document at home, office, or other location (Skip to Hispanic descent question)
       -      Someone else keeps document for you (Skip to Hispanic descent question)
       90%    Does not exist
       10%    (Do not read) Uncertain

13.    A United States hospital record of birth created at the time of birth, or extract from such a
       hospital record
       (n= 10)
       20%    Have document at home, office, or other location (Skip to Hispanic descent question)
       10%    Someone else keeps document for you (Skip to Hispanic descent question)
       40%    Does not exist
       30%    (Do not read) Uncertain

14.    As you may or may not know, any person born in Kansas can receive a free replacement birth
       certificate from the Kansas Department of Health and Environment that can be used to register
       to vote.  Now knowing this, would you be able to get a copy of your birth certificate in order to
       register to vote?
       (n= 7)
       29%    Yes (Skip to Hispanic descent question)
       43%    No
       29%    (Do not read) Uncertain

15.    If you do not have access to any of the documents we have discussed, citizens of Kansas can still
       prove their citizenship by submitting to the state election board other documents such as
       affidavits from family members attesting to your being a United States citizen, or other evidence
       that you were born in the United States.  A hearing can be held by telephone and no lawyers are
       required.  Is this an option you would consider in order to register to vote?
       (n= 5)
       -      Yes
       60%    No
       40%    (Do not read) Uncertain

16.    Do you consider yourself to be of Hispanic or Latino descent?
       5%     Yes
       95%    No
       0%     (Do not read) Refused / Uncertain

17.    What do you consider to be your race? Are you: (Randomize list)
       90%    White
       5%     African-American
       2%     Native American
       1%     Asian
       -      Or something else?  (Record)
       2%     (Do not read) Refused

18.  In 2011, because of evidence that aliens were registering and voting in Kansas elections, the Kansas legislature passed a law requiring that people who register to vote for the first time must prove that they are United States citizens before they can become registered. Do you support or oppose this law?

    77%   Support
    14%   Oppose
     9%   No Opinion

19.  Is your household income over or under $50,000 a year?

    39%   Under $50,000
    51%   Over $50,000
    10%   (Do not read) Refused

20.  To be certain we have a representative sample, can I get in which county in Kansas you live?

21.  Gender (by observation)

    51%   Male
    49%   Female

22.  Region

    14%   West
    13%   Northeast
    26%   Wichita
    12%   Topeka
    29%   Kansas City
     6%   Southeast

23.  Media Market

    42%   Wichita/Hutchinson Plus
    35%   Kansas City
    15%   Topeka
     5%   Joplin/Pittsburg
     1%   Lincoln/Hastings
     1%   Tulsa
     1%   St. Joseph

CHS & Associates

| | | Age | | | | | | Total | | |
| | | 18 to 34 | 35 to 44 | 45 to 54 | 55 to 65 | 65 and over | Refused | | | |
| | | Row % | Row % | Row % | Row % | Row % | Row % | Count | % | Row % |
| Gender | Male | 27% | 18% | 19% | 20% | 15% | 0% | 252 | 50% | 100% |
| | Female | 33% | 15% | 21% | 12% | 20% | 0% | 248 | 50% | 100% |
| Phone Type | Landline | 11% | 16% | 23% | 22% | 28% | | 252 | 50% | 100% |
| | Mobile | 49% | 17% | 16% | 10% | 7% | 1% | 248 | 50% | 100% |
| Income | Under $50,000 | 38% | 11% | 17% | 13% | 20% | 1% | 192 | 39% | 100% |
| | Over $50,000 | 27% | 21% | 20% | 17% | 15% | | 251 | 51% | 100% |
| | Refused | 10% | 12% | 28% | 24% | 26% | | 50 | 10% | 100% |
| Media Market | Wichita/Hutchinson Plus | 34% | 12% | 18% | 18% | 17% | | 211 | 42% | 100% |
| | Kansas City | 23% | 22% | 21% | 15% | 17% | 1% | 175 | 35% | 100% |
| | Topeka | 34% | 15% | 19% | 14% | 19% | | 74 | 15% | 100% |
| | Joplin/Pittsburg | 33% | 17% | 21% | 17% | 13% | | 24 | 5% | 100% |
| | Lincoln/Hastings | 33% | 17% | 17% | | 33% | | 6 | 1% | 100% |
| | Tulsa | | 50% | 17% | | 33% | | 6 | 1% | 100% |
| | St. Joseph | 50% | | 25% | | 25% | | 4 | 1% | 100% |
| Region | West | 41% | 10% | 19% | 19% | 12% | | 69 | 14% | 100% |
| | Northeast | 44% | 11% | 14% | 16% | 14% | | 63 | 13% | 100% |
| | Wichita | 29% | 13% | 20% | 18% | 20% | | 129 | 26% | 100% |
| | Topeka | 25% | 23% | 22% | 13% | 17% | | 60 | 12% | 100% |
| | Kansas City | 22% | 21% | 21% | 15% | 20% | 1% | 149 | 30% | 100% |
| | Southeast | 27% | 23% | 20% | 13% | 17% | | 30 | 6% | 100% |
| Total | | 30% | 17% | 20% | 16% | 18% | 0% | 500 | 100% | 100% |

Kansas Statewide n=500
May 9 - 11, 2016

1

CHS & Associates

| | | Age | | | | | | Total | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 18 to 34 | 35 to 44 | 45 to 54 | 55 to 65 | 65 and over | Refused | | | |
| | | Row % | Row % | Row % | Row % | Row % | Row % | Count | % | Row % |
| Voter Registration Status? | Registered in Kansas | 25% | 17% | 20% | 19% | 20% | 0% | 408 | 83% | 100% |
| | Registered in Different State | 33% | 28% | 11% | 6% | 17% | 6% | 18 | 4% | 100% |
| | Not Registered | 60% | 11% | 18% | 5% | 6% | | 65 | 13% | 100% |
| | Refused | | 50% | 50% | | | | 2 | 0% | 100% |
| All Documents Exist? (Coll.) | None Exist | | | | | 100% | | 1 | 0% | 100% |
| | Uncertain at Least One | 25% | 25% | 25% | | 25% | | 4 | 1% | 100% |
| Have Birth Certificate or Passport? (Coll.) | Have Both | 29% | 18% | 17% | 17% | 19% | 0% | 227 | 48% | 100% |
| | Have One | 29% | 16% | 23% | 16% | 17% | 0% | 238 | 50% | 100% |
| | Uncertain Either | 20% | 20% | 40% | | 20% | | 5 | 1% | 100% |
| | Neither Exist | | 14% | 14% | 29% | 43% | | 7 | 1% | 100% |
| Consider Yourself Hispanic Descent? | Yes | 67% | 13% | 8% | 4% | 8% | | 24 | 5% | 100% |
| | No | 28% | 17% | 20% | 17% | 18% | 0% | 468 | 95% | 100% |
| | Refused / Uncertain | | | 100% | | | | 1 | 0% | 100% |
| Race? | White | 29% | 17% | 19% | 17% | 18% | 0% | 446 | 90% | 100% |
| | African-American | 32% | 20% | 24% | 12% | 12% | | 25 | 5% | 100% |
| | Native American | 33% | 11% | | 22% | 33% | | 9 | 2% | 100% |
| | Asian | 25% | | 75% | | | | 4 | 1% | 100% |
| | Refused | 44% | 11% | 22% | | 22% | | 9 | 2% | 100% |
| Support Proving Citizenship Before Voting? | Support | 28% | 18% | 20% | 16% | 18% | 1% | 381 | 77% | 100% |
| | Oppose | 35% | 13% | 20% | 20% | 12% | | 69 | 14% | 100% |
| | No opinion. | 33% | 12% | 16% | 12% | 28% | | 43 | 9% | 100% |
| Legal Status? | Natural Born | 29% | 17% | 19% | 16% | 18% | 0% | 482 | 96% | 100% |
| | Naturalized | 27% | | 36% | 9% | 27% | | 11 | 2% | 100% |
| | Legal Alien | | 50% | 50% | | | | 2 | 0% | 100% |
| | Uncertain / Refused | 80% | 20% | | | | | 5 | 1% | 100% |
| Total | | 30% | 17% | 20% | 16% | 18% | 0% | 500 | 100% | 100% |

Kansas Statewide n=500
May 9 - 11, 2016

CHS & Associates

| | | Legal Status? | | | | Total | | |
|---|---|---|---|---|---|---|---|---|
| | | Natural Born | Naturalized | Legal Alien | Uncertain / Refused | Count | % | Row % |
| | | Row % | Row % | Row % | Row % | | | |
| Phone Type | Landline | 97% | 2% | 0% | 1% | 252 | 50% | 100% |
| | Mobile | 96% | 3% | 0% | 1% | 248 | 50% | 100% |
| Age | 18 to 34 | 95% | 2% | | 3% | 149 | 30% | 100% |
| | 35 to 44 | 98% | | 1% | 1% | 83 | 17% | 100% |
| | 45 to 54 | 95% | 4% | 1% | | 98 | 20% | 100% |
| | 55 to 65 | 99% | 1% | | | 80 | 16% | 100% |
| | 65 and over | 97% | 3% | | | 88 | 18% | 100% |
| | Refused | 100% | | | | 2 | 0% | 100% |
| Income | Under $50,000 | 98% | 2% | | | 192 | 39% | 100% |
| | Over $50,000 | 97% | 3% | | | 251 | 51% | 100% |
| | Refused | 100% | | | | 50 | 10% | 100% |
| Media Market | Wichita/Hutchinson Plus | 97% | 2% | 0% | 1% | 211 | 42% | 100% |
| | Kansas City | 94% | 4% | 1% | 2% | 175 | 35% | 100% |
| | Topeka | 100% | | | | 74 | 15% | 100% |
| | Joplin/Pittsburg | 100% | | | | 24 | 5% | 100% |
| | Lincoln/Hastings | 100% | | | | 6 | 1% | 100% |
| | Tulsa | 100% | | | | 6 | 1% | 100% |
| | St. Joseph | 100% | | | | 4 | 1% | 100% |
| Region | West | 94% | 3% | | 3% | 69 | 14% | 100% |
| | Northeast | 100% | | | | 63 | 13% | 100% |
| | Wichita | 98% | 2% | 1% | | 129 | 26% | 100% |
| | Topeka | 100% | | | | 60 | 12% | 100% |
| | Kansas City | 93% | 5% | 1% | 2% | 149 | 30% | 100% |
| | Southeast | 100% | | | | 30 | 6% | 100% |
| Total | | 96% | 2% | 0% | 1% | 500 | 100% | 100% |

Kansas Statewide n=500
May 9 - 11, 2016

CHS & Associates

| | | Legal Status? | | | | Total | | |
|---|---|---|---|---|---|---|---|---|
| | | Natural Born | Naturalized | Legal Alien | Uncertain / Refused | Count | % | Row % |
| | | Row % | Row % | Row % | Row % | | | |
| All Documents Exist? (Coll.) | None Exist | 100% | | | | 1 | 20% | 100% |
| | Uncertain at Least One | 100% | | | | 4 | 80% | 100% |
| Have Birth Certificate or Passport? (Coll.) | Have Both | 98% | 2% | | | 227 | 48% | 100% |
| | Have One | 97% | 3% | | | 238 | 50% | 100% |
| | Uncertain Either | 100% | | | | 5 | 1% | 100% |
| | Neither Exist | 100% | | | | 7 | 1% | 100% |
| Consider Yourself Hispanic Descent? | Yes | 92% | 8% | | | 24 | 5% | 100% |
| | No | 98% | 2% | | | 468 | 95% | 100% |
| | Refused / Uncertain | 100% | | | | 1 | 0% | 100% |
| Race? | White | 99% | 1% | | | 446 | 90% | 100% |
| | African-American | 92% | 8% | | | 25 | 5% | 100% |
| | Native American | 100% | | | | 9 | 2% | 100% |
| | Asian | 25% | 75% | | | 4 | 1% | 100% |
| | Refused | 100% | | | | 9 | 2% | 100% |
| Support Proving Citizenship Before Voting? | Support | 98% | 2% | | | 381 | 77% | 100% |
| | Oppose | 96% | 4% | | | 69 | 14% | 100% |
| | No opinion. | 98% | 2% | | | 43 | 9% | 100% |
| Voter Registration Status? | Registered in Kansas | 98% | 2% | | | 408 | 83% | 100% |
| | Registered in Different State | 100% | | | | 18 | 4% | 100% |
| | Not Registered | 97% | 3% | | | 65 | 13% | 100% |
| | Refused | 100% | | | | 2 | 0% | 100% |
| Gender | Male | 98% | 2% | 0% | 0% | 252 | 50% | 100% |
| | Female | 95% | 3% | 0% | 2% | 248 | 50% | 100% |
| Total | | 96% | 2% | 0% | 1% | 500 | 100% | 100% |

Kansas Statewide n=500
May 9 - 11, 2016

4

CHS & Associates

| | | Voter Registration Status? | | | | Total | | |
|---|---|---|---|---|---|---|---|---|
| | | Registered in Kansas Row % | Registered in Different State Row % | Not Registered Row % | Refused Row % | Count | % | Row % |
| Gender | Male | 82% | 4% | 13% | 0% | 250 | 51% | 100% |
| | Female | 83% | 3% | 13% | 0% | 243 | 49% | 100% |
| Phone Type | Landline | 91% | 1% | 7% | 0% | 248 | 50% | 100% |
| | Mobile | 74% | 6% | 19% | 0% | 245 | 50% | 100% |
| Age | 18 to 34 | 69% | 4% | 27% | | 145 | 29% | 100% |
| | 35 to 44 | 84% | 6% | 9% | 1% | 81 | 16% | 100% |
| | 45 to 54 | 85% | 2% | 12% | 1% | 97 | 20% | 100% |
| | 55 to 65 | 95% | 1% | 4% | | 80 | 16% | 100% |
| | 65 and over | 92% | 3% | 5% | | 88 | 18% | 100% |
| | Refused | 50% | 50% | | | 2 | 0% | 100% |
| Income | Under $50,000 | 77% | 5% | 18% | | 192 | 39% | 100% |
| | Over $50,000 | 88% | 3% | 9% | | 251 | 51% | 100% |
| | Refused | 80% | 2% | 14% | 4% | 50 | 10% | 100% |
| Media Market | Wichita/Hutchinson Plus | 81% | 3% | 16% | | 208 | 42% | 100% |
| | Kansas City | 85% | 5% | 9% | 1% | 171 | 35% | 100% |
| | Topeka | 80% | 3% | 18% | | 74 | 15% | 100% |
| | Joplin/Pittsburg | 92% | | 8% | | 24 | 5% | 100% |
| | Lincoln/Hastings | 83% | | | 17% | 6 | 1% | 100% |
| | Tulsa | 67% | 33% | | | 6 | 1% | 100% |
| | St. Joseph | 100% | | | | 4 | 1% | 100% |
| Region | West | 81% | 6% | 12% | 1% | 67 | 14% | 100% |
| | Northeast | 78% | 2% | 21% | | 63 | 13% | 100% |
| | Wichita | 80% | 2% | 18% | | 128 | 26% | 100% |
| | Topeka | 88% | 3% | 8% | | 60 | 12% | 100% |
| | Kansas City | 85% | 5% | 10% | 1% | 145 | 29% | 100% |
| | Southeast | 87% | 7% | 7% | | 30 | 6% | 100% |
| Total | | 83% | 4% | 13% | 0% | 493 | 100% | 100% |

Kansas Statewide n=500
May 9 - 11, 2016

5

CHS & Associates

| | | Voter Registration Status? | | | | Total | | |
|---|---|---|---|---|---|---|---|---|
| | | Registered in Kansas | Registered in Different State | Not Registered | Refused | Count | % | Row % |
| | | Row % | Row % | Row % | Row % | | | |
| All Documents Exist? (Coll.) | None Exist | 100% | | | | 1 | 20% | 100% |
| | Uncertain at Least One | 25% | | 75% | | 4 | 80% | 100% |
| Have Birth Certificate or Passport? (Coll.) | Have Both | 87% | 5% | 8% | 0% | 227 | 48% | 100% |
| | Have One | 81% | 3% | 16% | 0% | 238 | 50% | 100% |
| | Uncertain Either | 80% | | 20% | | 5 | 1% | 100% |
| | Neither Exist | 57% | | 43% | | 7 | 1% | 100% |
| Consider Yourself Hispanic Descent? | Yes | 67% | | 33% | | 24 | 5% | 100% |
| | No | 84% | 4% | 12% | 0% | 468 | 95% | 100% |
| | Refused / Uncertain | 100% | | | | 1 | 0% | 100% |
| Race? | White | 84% | 4% | 11% | 0% | 446 | 90% | 100% |
| | African-American | 64% | | 36% | | 25 | 5% | 100% |
| | Native American | 78% | | 22% | | 9 | 2% | 100% |
| | Asian | 75% | | 25% | | 4 | 1% | 100% |
| | Refused | 78% | | 22% | | 9 | 2% | 100% |
| Support Proving Citizenship Before Voting? | Support | 83% | 4% | 13% | 0% | 381 | 77% | 100% |
| | Oppose | 88% | 3% | 9% | | 69 | 14% | 100% |
| | No opinion. | 72% | | 26% | 2% | 43 | 9% | 100% |
| Legal Status? | Natural Born | 83% | 4% | 13% | 0% | 482 | 98% | 100% |
| | Naturalized | 82% | | 18% | | 11 | 2% | 100% |
| Total | | 83% | 4% | 13% | 0% | 493 | 100% | 100% |

Kansas Statewide n=500
May 9 - 11, 2016

6

CHS & Associates

| | | Why Not Registered to Vote? | | | | Total | | |
|---|---|---|---|---|---|---|---|---|
| | | Never Vote | Hasn't Registered | Felon | Do Not Know | Count | % | Row % |
| | | Row % | Row % | Row % | Row % | | % | Row % |
| Gender | Male | 30% | 27% | 12% | 30% | 33 | 51% | 100% |
| | Female | 31% | 50% | 6% | 13% | 32 | 49% | 100% |
| Phone Type | Landline | 33% | 33% | 17% | 17% | 18 | 28% | 100% |
| | Mobile | 30% | 40% | 6% | 23% | 47 | 72% | 100% |
| Age | 18 to 34 | 26% | 51% | 5% | 18% | 39 | 60% | 100% |
| | 35 to 44 | 29% | 14% | 29% | 29% | 7 | 11% | 100% |
| | 45 to 54 | 42% | 17% | 17% | 25% | 12 | 18% | 100% |
| | 55 to 65 | 33% | 33% | | 33% | 3 | 5% | 100% |
| | 65 and over | 50% | 25% | | 25% | 4 | 6% | 100% |
| Income | Under $50,000 | 31% | 40% | 14% | 14% | 35 | 54% | 100% |
| | Over $50,000 | 30% | 39% | | 30% | 23 | 35% | 100% |
| | Refused | 29% | 29% | 14% | 29% | 7 | 11% | 100% |
| Media Market | Wichita/Hutchinson Plus | 35% | 41% | 6% | 18% | 34 | 52% | 100% |
| | Kansas City | 19% | 44% | 6% | 31% | 16 | 25% | 100% |
| | Topeka | 31% | 31% | 15% | 23% | 13 | 20% | 100% |
| | Joplin/Pittsburg | 50% | | 50% | | 2 | 3% | 100% |
| Region | West | 13% | 38% | 13% | 38% | 8 | 12% | 100% |
| | Northeast | 23% | 31% | 23% | 23% | 13 | 20% | 100% |
| | Wichita | 48% | 43% | | 9% | 23 | 35% | 100% |
| | Topeka | 20% | 40% | | 40% | 5 | 8% | 100% |
| | Kansas City | 21% | 43% | 7% | 29% | 14 | 22% | 100% |
| | Southeast | 50% | | 50% | | 2 | 3% | 100% |
| Total | | 31% | 38% | 9% | 22% | 65 | 100% | 100% |

Kansas Statewide n=500
May 9 - 11, 2016

CHS & Associates

| | | Why Not Registered to Vote? | | | | Total | | |
|---|---|---|---|---|---|---|---|---|
| | | Never Vote | Hasn't Registered | Felon | Do Not Know | Count | % | |
| | | Row % | Row % | Row % | Row % | | % | Row % |
| Voter Registration Status? | Not Registered | 31% | 38% | 9% | 22% | 65 | 100% | 100% |
| All Documents | Uncertain at Least One | 33% | | | 67% | 3 | 100% | 100% |
| Have Birth Certificate or Passport? (Coll.) | Have Both | 28% | 39% | 6% | 28% | 18 | 30% | 100% |
| | Have One | 34% | 39% | 11% | 16% | 38 | 63% | 100% |
| | Uncertain Either | | | | 100% | 1 | 2% | 100% |
| | Neither Exist | 33% | | | 67% | 3 | 5% | 100% |
| Consider Yourself Hispanic Descent? | Yes | | 63% | 25% | 13% | 8 | 12% | 100% |
| | No | 35% | 35% | 7% | 23% | 57 | 88% | 100% |
| Race? | White | 29% | 39% | 12% | 20% | 51 | 78% | 100% |
| | African-American | 33% | 33% | | 33% | 9 | 14% | 100% |
| | Native American | 50% | 50% | | | 2 | 3% | 100% |
| | Asian | 100% | | | | 1 | 2% | 100% |
| | Refused | | 50% | | 50% | 2 | 3% | 100% |
| Support Proving Citizenship Before Voting? | Support | 27% | 42% | 10% | 21% | 48 | 74% | 100% |
| | Oppose | 33% | 33% | 17% | 17% | 6 | 9% | 100% |
| | No opinion. | 45% | 27% | | 27% | 11 | 17% | 100% |
| Legal Status? | Natural Born | 30% | 40% | 10% | 21% | 63 | 97% | 100% |
| | Naturalized | 50% | | | 50% | 2 | 3% | 100% |
| Total | | 31% | 38% | 9% | 22% | 65 | 100% | 100% |

Kansas Statewide n=500
May 9 - 11, 2016

CHS & Associates

| | | Have Birth Certificate? | | | | Total | | |
|---|---|---|---|---|---|---|---|---|
| | | Have It | Have It Elsewhere | Does Not Exist | Uncertain | Count | % | Row % |
| | | Row % | Row % | Row % | Row % | | | |
| Gender | Male | 92% | 4% | 2% | 2% | 250 | 51% | 100% |
| | Female | 91% | 5% | 3% | 1% | 243 | 49% | 100% |
| Phone Type | Landline | 92% | 3% | 3% | 2% | 248 | 50% | 100% |
| | Mobile | 91% | 5% | 2% | 1% | 245 | 50% | 100% |
| Age | 18 to 34 | 90% | 7% | 1% | 1% | 145 | 29% | 100% |
| | 35 to 44 | 94% | 4% | 1% | 1% | 81 | 16% | 100% |
| | 45 to 54 | 90% | 3% | 4% | 3% | 97 | 20% | 100% |
| | 55 to 65 | 94% | 3% | 4% | | 80 | 16% | 100% |
| | 65 and over | 92% | 3% | 3% | 1% | 88 | 18% | 100% |
| | Refused | 100% | | | | 2 | 0% | 100% |
| Income | Under $50,000 | 91% | 4% | 3% | 2% | 192 | 39% | 100% |
| | Over $50,000 | 94% | 3% | 3% | 1% | 251 | 51% | 100% |
| | Refused | 84% | 12% | 2% | 2% | 50 | 10% | 100% |
| Media Market | Wichita/Hutchinson Plus | 89% | 4% | 4% | 2% | 208 | 42% | 100% |
| | Kansas City | 94% | 3% | 2% | 1% | 171 | 35% | 100% |
| | Topeka | 89% | 9% | 1% | | 74 | 15% | 100% |
| | Joplin/Pittsburg | 100% | | | | 24 | 5% | 100% |
| | Lincoln/Hastings | 100% | | | | 6 | 1% | 100% |
| | Tulsa | 83% | | 17% | | 6 | 1% | 100% |
| | St. Joseph | 100% | | | | 4 | 1% | 100% |
| Region | West | 90% | 3% | 6% | 1% | 67 | 14% | 100% |
| | Northeast | 92% | 6% | | 2% | 63 | 13% | 100% |
| | Wichita | 89% | 5% | 3% | 2% | 128 | 26% | 100% |
| | Topeka | 88% | 8% | 2% | 2% | 60 | 12% | 100% |
| | Kansas City | 95% | 2% | 2% | 1% | 145 | 29% | 100% |
| | Southeast | 97% | | 3% | | 30 | 6% | 100% |
| Total | | 92% | 4% | 3% | 1% | 493 | 100% | 100% |

Kansas Statewide n=500
May 9 - 11, 2016

9

CHS & Associates

| | | Have Birth Certificate? | | | | Total | | |
|---|---|---|---|---|---|---|---|---|
| | | Have It | Have It Elsewhere | Does Not Exist | Uncertain | Count | % | Row % |
| | | Row % | Row % | Row % | Row % | | | |
| Voter Registration Status? | Registered in Kansas | 93% | 4% | 2% | 1% | 408 | 83% | 100% |
| | Registered in Different State | 100% | | | | 18 | 4% | 100% |
| | Not Registered | 83% | 9% | 6% | 2% | 65 | 13% | 100% |
| | Refused | 100% | | | | 2 | 0% | 100% |
| All Documents Exist? (Coll.) | None Exist | | | 100% | | 1 | 20% | 100% |
| | Uncertain at Least One | | | 50% | 50% | 4 | 80% | 100% |
| Have Birth Certificate or Passport? (Coll.) | Have Both | 100% | | | | 227 | 48% | 100% |
| | Have One | 95% | 2% | 3% | 1% | 238 | 50% | 100% |
| | Uncertain Either | | | | 100% | 5 | 1% | 100% |
| | Neither Exist | | | 100% | | 7 | 1% | 100% |
| Consider Yourself Hispanic Descent? | Yes | 83% | 13% | 4% | | 24 | 5% | 100% |
| | No | 92% | 4% | 3% | 1% | 468 | 95% | 100% |
| | Refused / Uncertain | | | | 100% | 1 | 0% | 100% |
| Race? | White | 93% | 4% | 1% | 1% | 446 | 90% | 100% |
| | African-American | 84% | 4% | 12% | | 25 | 5% | 100% |
| | Native American | 78% | 11% | 11% | | 9 | 2% | 100% |
| | Asian | 25% | | 75% | | 4 | 1% | 100% |
| | Refused | 89% | | | 11% | 9 | 2% | 100% |
| Support Proving Citizenship Before Voting? | Support | 94% | 4% | 1% | 1% | 381 | 77% | 100% |
| | Oppose | 84% | 6% | 9% | 1% | 69 | 14% | 100% |
| | No opinion. | 79% | 7% | 7% | 7% | 43 | 9% | 100% |
| Legal Status? | Natural Born | 92% | 4% | 2% | 1% | 482 | 98% | 100% |
| | Naturalized | 64% | | 36% | | 11 | 2% | 100% |
| Total | | 92% | 4% | 3% | 1% | 493 | 100% | 100% |

Kansas Statewide n=500
May 9 - 11, 2016

CHS & Associates

| | | Have Passport? | | | | Total | | |
|---|---|---|---|---|---|---|---|---|
| | | Have It | Have It Elsewhere | Does Not Exist | Uncertain | Count | % | Row % |
| | | Row % | Row % | Row % | Row % | | | |
| Gender | Male | 54% | 1% | 44% | 1% | 250 | 51% | 100% |
| | Female | 43% | 1% | 54% | 2% | 243 | 49% | 100% |
| Phone Type | Landline | 50% | 0% | 48% | 2% | 248 | 50% | 100% |
| | Mobile | 48% | 1% | 50% | 1% | 245 | 50% | 100% |
| Age | 18 to 34 | 48% | 1% | 48% | 2% | 145 | 29% | 100% |
| | 35 to 44 | 51% | | 48% | 1% | 81 | 16% | 100% |
| | 45 to 54 | 46% | 1% | 52% | 1% | 97 | 20% | 100% |
| | 55 to 65 | 50% | | 50% | | 80 | 16% | 100% |
| | 65 and over | 49% | 1% | 48% | 2% | 88 | 18% | 100% |
| | Refused | 50% | | 50% | | 2 | 0% | 100% |
| Income | Under $50,000 | 33% | | 65% | 2% | 192 | 39% | 100% |
| | Over $50,000 | 61% | 1% | 38% | 1% | 251 | 51% | 100% |
| | Refused | 48% | 4% | 46% | 2% | 50 | 10% | 100% |
| Media Market | Wichita/Hutchinson Plus | 49% | 1% | 48% | 2% | 208 | 42% | 100% |
| | Kansas City | 53% | 1% | 45% | 1% | 171 | 35% | 100% |
| | Topeka | 39% | 1% | 59% | | 74 | 15% | 100% |
| | Joplin/Pittsburg | 50% | | 50% | | 24 | 5% | 100% |
| | Lincoln/Hastings | 33% | | 67% | | 6 | 1% | 100% |
| | Tulsa | 17% | | 83% | | 6 | 1% | 100% |
| | St. Joseph | 75% | | 25% | | 4 | 1% | 100% |
| Region | West | 54% | | 43% | 3% | 67 | 14% | 100% |
| | Northeast | 30% | 2% | 63% | 5% | 63 | 13% | 100% |
| | Wichita | 49% | 2% | 49% | | 128 | 26% | 100% |
| | Topeka | 47% | 2% | 50% | 2% | 60 | 12% | 100% |
| | Kansas City | 56% | | 43% | 1% | 145 | 29% | 100% |
| | Southeast | 43% | | 57% | | 30 | 6% | 100% |
| Total | | 49% | 1% | 49% | 1% | 493 | 100% | 100% |

CHS & Associates

| | | Have Passport? | | | | Total | | |
|---|---|---|---|---|---|---|---|---|
| | | Have It | Have It Elsewhere | Does Not Exist | Uncertain | Count | % | Row % |
| | | Row % | Row % | Row % | Row % | | | Row % |
| Voter Registration Status? | Registered in Kansas | 51% | 1% | 47% | 1% | 408 | 83% | 100% |
| | Registered in Different State | 61% | | 39% | | 18 | 4% | 100% |
| | Not Registered | 31% | | 68% | 2% | 65 | 13% | 100% |
| | Refused | 50% | | 50% | | 2 | 0% | 100% |
| All Documents Exist? (Coll.) | None Exist | | | 100% | | 1 | 20% | 100% |
| | Uncertain at Least One | | | 50% | 50% | 4 | 80% | 100% |
| Have Birth Certificate or Passport? (Coll.) | Have Both | 100% | | | | 227 | 48% | 100% |
| | Have One | 5% | 0% | | 2% | 238 | 50% | 100% |
| | Uncertain Either | | | 40% | 60% | 5 | 1% | 100% |
| | Neither Exist | | | 100% | | 7 | 1% | 100% |
| Consider Yourself Hispanic Descent? | Yes | 33% | | 67% | | 24 | 5% | 100% |
| | No | 50% | 1% | 48% | 1% | 468 | 95% | 100% |
| | Refused / Uncertain | | | | 100% | 1 | 0% | 100% |
| Race? | White | 49% | 1% | 49% | 1% | 446 | 90% | 100% |
| | African-American | 36% | | 60% | 4% | 25 | 5% | 100% |
| | Native American | 33% | | 67% | | 9 | 2% | 100% |
| | Asian | 100% | | | | 4 | 1% | 100% |
| | Refused | 67% | | 22% | 11% | 9 | 2% | 100% |
| Support Proving Citizenship Before Voting? | Support | 48% | 1% | 50% | 1% | 381 | 77% | 100% |
| | Oppose | 61% | | 39% | | 69 | 14% | 100% |
| | No opinion. | 35% | 2% | 58% | 5% | 43 | 9% | 100% |
| Legal Status? | Natural Born | 48% | 1% | 50% | 1% | 482 | 98% | 100% |
| | Naturalized | 82% | | 9% | 9% | 11 | 2% | 100% |
| Total | | 49% | 1% | 49% | 1% | 493 | 100% | 100% |

Kansas Statewide n=500
May 9 - 11, 2016

CHS & Associates

| | | Have Naturalization Document? | | Total | | |
| | | Does Not Exist | Uncertain | | | |
| | | Row % | Row % | Count | % | Row % |
|---|---|---|---|---|---|---|
| Gender | Male | 50% | 50% | 6 | 50% | 100% |
| | Female | 67% | 33% | 6 | 50% | 100% |
| Phone Type | Landline | 67% | 33% | 9 | 75% | 100% |
| | Mobile | 33% | 67% | 3 | 25% | 100% |
| Age | 18 to 34 | | 100% | 1 | 8% | 100% |
| | 35 to 44 | | 100% | 2 | 17% | 100% |
| | 45 to 54 | 67% | 33% | 3 | 25% | 100% |
| | 55 to 65 | 100% | | 2 | 17% | 100% |
| | 65 and over | 75% | 25% | 4 | 33% | 100% |
| Income | Under $50,000 | 83% | 17% | 6 | 50% | 100% |
| | Over $50,000 | 50% | 50% | 4 | 33% | 100% |
| | Refused | | 100% | 2 | 17% | 100% |
| Media Market | Wichita/Hutchinson Plus | 56% | 44% | 9 | 75% | 100% |
| | Kansas City | 50% | 50% | 2 | 17% | 100% |
| | Tulsa | 100% | | 1 | 8% | 100% |
| Region | West | | 100% | 3 | 25% | 100% |
| | Northeast | | 100% | 1 | 8% | 100% |
| | Wichita | 100% | | 5 | 42% | 100% |
| | Topeka | | 100% | 1 | 8% | 100% |
| | Kansas City | 100% | | 1 | 8% | 100% |
| | Southeast | 100% | | 1 | 8% | 100% |
| Total | | 58% | 42% | 12 | 100% | 100% |

Kansas Statewide n=500
May 9 - 11, 2016

13

CHS & Associates

| | | Have Naturalization Document? | | Total | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Does Not Exist | Uncertain | | | |
| | | Row % | Row % | Count | % | Row % |
| Voter Registration Status? | Registered in Kansas | 75% | 25% | 8 | 67% | 100% |
| | Not Registered | 25% | 75% | 4 | 33% | 100% |
| All Documents Exist? (Coll.) | None Exist | 100% | | 1 | 20% | 100% |
| | Uncertain at Least One | | 100% | 4 | 80% | 100% |
| Have Birth Certificate or Passport? (Coll.) | Uncertain Either | 40% | 60% | 5 | 42% | 100% |
| | Neither Exist | 71% | 29% | 7 | 58% | 100% |
| Consider Yourself Hispanic Descent? | Yes | | 100% | 1 | 8% | 100% |
| | No | 70% | 30% | 10 | 83% | 100% |
| | Refused / Uncertain | | 100% | 1 | 8% | 100% |
| Race? | White | 75% | 25% | 8 | 67% | 100% |
| | African-American | | 100% | 2 | 17% | 100% |
| | Native American | 100% | | 1 | 8% | 100% |
| | Refused | | 100% | 1 | 8% | 100% |
| Support Proving Citizenship Before Voting? | Support | 25% | 75% | 4 | 33% | 100% |
| | Oppose | 100% | | 3 | 25% | 100% |
| | No opinion. | 60% | 40% | 5 | 42% | 100% |
| Legal Status? | Natural Born | 58% | 42% | 12 | 100% | 100% |
| Total | | 58% | 42% | 12 | 100% | 100% |

Kansas Statewide n=500
May 9 - 11, 2016

14

CHS & Associates

| | | Have Native American Card? | | Total | | |
| | | Does Not Exist | Uncertain | | | |
| | | Row % | Row % | Count | % | Row % |
| Gender | Male | 83% | 17% | 6 | 50% | 100% |
| | Female | 100% | | 6 | 50% | 100% |
| Phone Type | Landline | 89% | 11% | 9 | 75% | 100% |
| | Mobile | 100% | | 3 | 25% | 100% |
| Age | 18 to 34 | 100% | | 1 | 8% | 100% |
| | 35 to 44 | 100% | | 2 | 17% | 100% |
| | 45 to 54 | 67% | 33% | 3 | 25% | 100% |
| | 55 to 65 | 100% | | 2 | 17% | 100% |
| | 65 and over | 100% | | 4 | 33% | 100% |
| Income | Under $50,000 | 100% | | 6 | 50% | 100% |
| | Over $50,000 | 100% | | 4 | 33% | 100% |
| | Refused | 50% | 50% | 2 | 17% | 100% |
| Media Market | Wichita/Hutchinson Plus | 100% | | 9 | 75% | 100% |
| | Kansas City | 50% | 50% | 2 | 17% | 100% |
| | Tulsa | 100% | | 1 | 8% | 100% |
| Region | West | 100% | | 3 | 25% | 100% |
| | Northeast | 100% | | 1 | 8% | 100% |
| | Wichita | 100% | | 5 | 42% | 100% |
| | Topeka | | 100% | 1 | 8% | 100% |
| | Kansas City | 100% | | 1 | 8% | 100% |
| | Southeast | 100% | | 1 | 8% | 100% |
| Total | | 92% | 8% | 12 | 100% | 100% |

Kansas Statewide n=500
May 9 - 11, 2016

15

CHS & Associates

| | | Have Native American Card? | | Total | | |
|---|---|---|---|---|---|---|
| | | Does Not Exist | Uncertain | | | |
| | | Row % | Row % | Count | % | Row % |
| Voter Registration Status? | Registered in Kansas | 88% | 13% | 8 | 67% | 100% |
| | Not Registered | 100% | | 4 | 33% | 100% |
| All Documents Exist? (Coll.) | None Exist | 100% | | 1 | 20% | 100% |
| | Uncertain at Least One | 75% | 25% | 4 | 80% | 100% |
| Have Birth Certificate or Passport? (Coll.) | Uncertain Either | 80% | 20% | 5 | 42% | 100% |
| | Neither Exist | 100% | | 7 | 58% | 100% |
| Consider Yourself Hispanic Descent? | Yes | 100% | | 1 | 8% | 100% |
| | No | 100% | | 10 | 83% | 100% |
| | Refused / Uncertain | | 100% | 1 | 8% | 100% |
| Race? | White | 100% | | 8 | 67% | 100% |
| | African-American | 100% | | 2 | 17% | 100% |
| | Native American | 100% | | 1 | 8% | 100% |
| | Refused | | 100% | 1 | 8% | 100% |
| Support Proving Citizenship Before Voting? | Support | 100% | | 4 | 33% | 100% |
| | Oppose | 100% | | 3 | 25% | 100% |
| | No opinion. | 80% | 20% | 5 | 42% | 100% |
| Legal Status? | Natural Born | 92% | 8% | 12 | 100% | 100% |
| Total | | 92% | 8% | 12 | 100% | 100% |

CHS & Associates

| | | Have Military Record of Service? | | | | Total | | |
| | | Have It | Have It Elsewhere | Does Not Exist | Uncertain | Count | % | Row % |
|---|---|---|---|---|---|---|---|---|
| | | Row % | Row % | Row % | Row % | | | |
| Gender | Male | 17% | | 67% | 17% | 6 | 50% | 100% |
| | Female | | 17% | 83% | | 6 | 50% | 100% |
| Phone Type | Landline | | 11% | 78% | 11% | 9 | 75% | 100% |
| | Mobile | 33% | | 67% | | 3 | 25% | 100% |
| Age | 18 to 34 | | | 100% | | 1 | 8% | 100% |
| | 35 to 44 | | | 100% | | 2 | 17% | 100% |
| | 45 to 54 | | | 67% | 33% | 3 | 25% | 100% |
| | 55 to 65 | 50% | | 50% | | 2 | 17% | 100% |
| | 65 and over | | 25% | 75% | | 4 | 33% | 100% |
| Income | Under $50,000 | 17% | 17% | 67% | | 6 | 50% | 100% |
| | Over $50,000 | | | 100% | | 4 | 33% | 100% |
| | Refused | | | 50% | 50% | 2 | 17% | 100% |
| Media Market | Wichita/Hutchinson Plus | | | 100% | | 9 | 75% | 100% |
| | Kansas City | 50% | | | 50% | 2 | 17% | 100% |
| | Tulsa | | 100% | | | 1 | 8% | 100% |
| Region | West | | | 100% | | 3 | 25% | 100% |
| | Northeast | | | 100% | | 1 | 8% | 100% |
| | Wichita | | | 100% | | 5 | 42% | 100% |
| | Topeka | | | | 100% | 1 | 8% | 100% |
| | Kansas City | 100% | | | | 1 | 8% | 100% |
| | Southeast | | 100% | | | 1 | 8% | 100% |
| Total | | 8% | 8% | 75% | 8% | 12 | 100% | 100% |

Kansas Statewide n=500
May 9 - 11, 2016

17

CHS & Associates

| | | Have Military Record of Service? | | | | Total | | |
|---|---|---|---|---|---|---|---|---|
| | | Have It | Have It Elsewhere | Does Not Exist | Uncertain | | | |
| | | Row % | Row % | Row % | Row % | Count | % | Row % |
| Voter Registration Status? | Registered in Kansas | 13% | 13% | 63% | 13% | 8 | 67% | 100% |
| | Not Registered | | | 100% | | 4 | 33% | 100% |
| All Documents Exist? (Coll.) | None Exist | | | 100% | | 1 | 20% | 100% |
| | Uncertain at Least One | | | 75% | 25% | 4 | 80% | 100% |
| Have Birth Certificate or Passport? (Coll.) | Uncertain Either | | | 80% | 20% | 5 | 42% | 100% |
| | Neither Exist | 14% | 14% | 71% | | 7 | 58% | 100% |
| Consider Yourself Hispanic Descent? | Yes | | | 100% | | 1 | 8% | 100% |
| | No | 10% | 10% | 80% | | 10 | 83% | 100% |
| | Refused / Uncertain | | | | 100% | 1 | 8% | 100% |
| Race? | White | | 13% | 88% | | 8 | 67% | 100% |
| | African-American | | | 100% | | 2 | 17% | 100% |
| | Native American | 100% | | | | 1 | 8% | 100% |
| | Refused | | | | 100% | 1 | 8% | 100% |
| Support Proving Citizenship Before Voting? | Support | 25% | | 75% | | 4 | 33% | 100% |
| | Oppose | | | 100% | | 3 | 25% | 100% |
| | No opinion. | | 20% | 60% | 20% | 5 | 42% | 100% |
| Legal Status? | Natural Born | 8% | 8% | 75% | 8% | 12 | 100% | 100% |
| Total | | 8% | 8% | 75% | 8% | 12 | 100% | 100% |

Kansas Statewide n=500
May 9 - 11, 2016

18

CHS & Associates

| | | Have Consular Report? | | Total | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Does Not Exist | Uncertain | | | |
| | | Row % | Row % | Count | % | Row % |
| Gender | Male | 80% | 20% | 5 | 50% | 100% |
| | Female | 100% | | 5 | 50% | 100% |
| Phone Type | Landline | 88% | 13% | 8 | 80% | 100% |
| | Mobile | 100% | | 2 | 20% | 100% |
| Age | 18 to 34 | 100% | | 1 | 10% | 100% |
| | 35 to 44 | 100% | | 2 | 20% | 100% |
| | 45 to 54 | 67% | 33% | 3 | 30% | 100% |
| | 55 to 65 | 100% | | 1 | 10% | 100% |
| | 65 and over | 100% | | 3 | 30% | 100% |
| Income | Under $50,000 | 100% | | 4 | 40% | 100% |
| | Over $50,000 | 100% | | 4 | 40% | 100% |
| | Refused | 50% | 50% | 2 | 20% | 100% |
| Media Market | Wichita/Hutchinson Plus | 100% | | 9 | 90% | 100% |
| | Kansas City | | 100% | 1 | 10% | 100% |
| Region | West | 100% | | 3 | 30% | 100% |
| | Northeast | 100% | | 1 | 10% | 100% |
| | Wichita | 100% | | 5 | 50% | 100% |
| | Topeka | | 100% | 1 | 10% | 100% |
| Total | | 90% | 10% | 10 | 100% | 100% |

Kansas Statewide n=500
May 9 - 11, 2016

CHS & Associates

| | | Have Consular Report? | | Total | | |
| | | Does Not Exist | Uncertain | | | |
| | | Row % | Row % | Count | % | Row % |
| Voter Registration Status? | Registered in Kansas | 83% | 17% | 6 | 60% | 100% |
| | Not Registered | 100% | | 4 | 40% | 100% |
| All Documents Exist? (Coll.) | None Exist | 100% | | 1 | 20% | 100% |
| | Uncertain at Least One | 75% | 25% | 4 | 80% | 100% |
| Have Birth Certificate or Passport? (Coll.) | Uncertain Either | 80% | 20% | 5 | 50% | 100% |
| | Neither Exist | 100% | | 5 | 50% | 100% |
| Consider Yourself Hispanic Descent? | Yes | 100% | | 1 | 10% | 100% |
| | No | 100% | | 8 | 80% | 100% |
| | Refused / Uncertain | | 100% | 1 | 10% | 100% |
| Race? | White | 100% | | 7 | 70% | 100% |
| | African-American | 100% | | 2 | 20% | 100% |
| | Refused | | 100% | 1 | 10% | 100% |
| Support Proving Citizenship Before Voting? | Support | 100% | | 3 | 30% | 100% |
| | Oppose | 100% | | 3 | 30% | 100% |
| | No opinion. | 75% | 25% | 4 | 40% | 100% |
| Legal Status? | Natural Born | 90% | 10% | 10 | 100% | 100% |
| Total | | 90% | 10% | 10 | 100% | 100% |

CHS & Associates

| | | Have Adoption Papers? | | Total | | |
|---|---|---|---|---|---|---|
| | | Does Not Exist | Uncertain | | | |
| | | Row % | Row % | Count | % | Row % |
| Gender | Male | 80% | 20% | 5 | 50% | 100% |
| | Female | 100% | | 5 | 50% | 100% |
| Phone Type | Landline | 88% | 13% | 8 | 80% | 100% |
| | Mobile | 100% | | 2 | 20% | 100% |
| Age | 18 to 34 | 100% | | 1 | 10% | 100% |
| | 35 to 44 | 100% | | 2 | 20% | 100% |
| | 45 to 54 | 67% | 33% | 3 | 30% | 100% |
| | 55 to 65 | 100% | | 1 | 10% | 100% |
| | 65 and over | 100% | | 3 | 30% | 100% |
| Income | Under $50,000 | 100% | | 4 | 40% | 100% |
| | Over $50,000 | 100% | | 4 | 40% | 100% |
| | Refused | 50% | 50% | 2 | 20% | 100% |
| Media Market | Wichita/Hutchinson Plus | 100% | | 9 | 90% | 100% |
| | Kansas City | | 100% | 1 | 10% | 100% |
| Region | West | 100% | | 3 | 30% | 100% |
| | Northeast | 100% | | 1 | 10% | 100% |
| | Wichita | 100% | | 5 | 50% | 100% |
| | Topeka | | 100% | 1 | 10% | 100% |
| Total | | 90% | 10% | 10 | 100% | 100% |

Kansas Statewide n=500
May 9 - 11, 2016

21

CHS & Associates

| | | Have Adoption Papers? | | Total | | |
| | | Does Not Exist | Uncertain | | | |
| | | Row % | Row % | Count | % | Row % |
| Voter Registration Status? | Registered in Kansas | 83% | 17% | 6 | 60% | 100% |
| | Not Registered | 100% | | 4 | 40% | 100% |
| All Documents Exist? (Coll.) | None Exist | 100% | | 1 | 20% | 100% |
| | Uncertain at Least One | 75% | 25% | 4 | 80% | 100% |
| Have Birth Certificate or Passport? (Coll.) | Uncertain Either | 80% | 20% | 5 | 50% | 100% |
| | Neither Exist | 100% | | 5 | 50% | 100% |
| Consider Yourself Hispanic Descent? | Yes | 100% | | 1 | 10% | 100% |
| | No | 100% | | 8 | 80% | 100% |
| | Refused / Uncertain | | 100% | 1 | 10% | 100% |
| Race? | White | 100% | | 7 | 70% | 100% |
| | African-American | 100% | | 2 | 20% | 100% |
| | Refused | | 100% | 1 | 10% | 100% |
| Support Proving Citizenship Before Voting? | Support | 100% | | 3 | 30% | 100% |
| | Oppose | 100% | | 3 | 30% | 100% |
| | No opinion. | 75% | 25% | 4 | 40% | 100% |
| Legal Status? | Natural Born | 90% | 10% | 10 | 100% | 100% |
| Total | | 90% | 10% | 10 | 100% | 100% |

Kansas Statewide n=500
May 9 - 11, 2016

CHS & Associates

| | | Have Proof of Citizenship? | | Total | | |
| | | Does Not Exist | Uncertain | | | |
| | | Row % | Row % | Count | % | Row % |
| Gender | Male | 80% | 20% | 5 | 50% | 100% |
| | Female | 100% | | 5 | 50% | 100% |
| Phone Type | Landline | 88% | 13% | 8 | 80% | 100% |
| | Mobile | 100% | | 2 | 20% | 100% |
| Age | 18 to 34 | 100% | | 1 | 10% | 100% |
| | 35 to 44 | 100% | | 2 | 20% | 100% |
| | 45 to 54 | 67% | 33% | 3 | 30% | 100% |
| | 55 to 65 | 100% | | 1 | 10% | 100% |
| | 65 and over | 100% | | 3 | 30% | 100% |
| Income | Under $50,000 | 100% | | 4 | 40% | 100% |
| | Over $50,000 | 100% | | 4 | 40% | 100% |
| | Refused | 50% | 50% | 2 | 20% | 100% |
| Media Market | Wichita/Hutchinson Plus | 100% | | 9 | 90% | 100% |
| | Kansas City | | 100% | 1 | 10% | 100% |
| Region | West | 100% | | 3 | 30% | 100% |
| | Northeast | 100% | | 1 | 10% | 100% |
| | Wichita | 100% | | 5 | 50% | 100% |
| | Topeka | | 100% | 1 | 10% | 100% |
| Total | | 90% | 10% | 10 | 100% | 100% |

Kansas Statewide n=500
May 9 - 11, 2016

23

CHS & Associates

| | | Have Proof of Citizenship? | | Total | | |
|---|---|---|---|---|---|---|
| | | Does Not Exist | Uncertain | Count | % | Row % |
| | | Row % | Row % | | | Row % |
| Voter Registration Status? | Registered in Kansas | 83% | 17% | 6 | 60% | 100% |
| | Not Registered | 100% | | 4 | 40% | 100% |
| All Documents Exist? (Coll.) | None Exist | 100% | | 1 | 20% | 100% |
| | Uncertain at Least One | 75% | 25% | 4 | 80% | 100% |
| Have Birth Certificate or Passport? (Coll.) | Uncertain Either | 80% | 20% | 5 | 50% | 100% |
| | Neither Exist | 100% | | 5 | 50% | 100% |
| Consider Yourself Hispanic Descent? | Yes | 100% | | 1 | 10% | 100% |
| | No | 100% | | 8 | 80% | 100% |
| | Refused / Uncertain | | 100% | 1 | 10% | 100% |
| Race? | White | 100% | | 7 | 70% | 100% |
| | African-American | 100% | | 2 | 20% | 100% |
| | Refused | | 100% | 1 | 10% | 100% |
| Support Proving Citizenship Before Voting? | Support | 100% | | 3 | 30% | 100% |
| | Oppose | 100% | | 3 | 30% | 100% |
| | No opinion. | 75% | 25% | 4 | 40% | 100% |
| Legal Status? | Natural Born | 90% | 10% | 10 | 100% | 100% |
| Total | | 90% | 10% | 10 | 100% | 100% |

Kansas Statewide n=500
May 9 - 11, 2016

CHS & Associates

| | | Have Hospital Record? | | | | Total | | |
|---|---|---|---|---|---|---|---|---|
| | | Have It | Have It Elsewhere | Does Not Exist | Uncertain | Count | % | Row % |
| | | Row % | Row % | Row % | Row % | | | |
| Gender | Male | | 20% | 40% | 40% | 5 | 50% | 100% |
| | Female | 40% | | 40% | 20% | 5 | 50% | 100% |
| Phone Type | Landline | 25% | 13% | 25% | 38% | 8 | 80% | 100% |
| | Mobile | | | 100% | | 2 | 20% | 100% |
| Age | 18 to 34 | | | 100% | | 1 | 10% | 100% |
| | 35 to 44 | 50% | | 50% | | 2 | 20% | 100% |
| | 45 to 54 | | 33% | | 67% | 3 | 30% | 100% |
| | 55 to 65 | | | | 100% | 1 | 10% | 100% |
| | 65 and over | 33% | | 67% | | 3 | 30% | 100% |
| Income | Under $50,000 | 25% | | 50% | 25% | 4 | 40% | 100% |
| | Over $50,000 | 25% | 25% | 25% | 25% | 4 | 40% | 100% |
| | Refused | | | 50% | 50% | 2 | 20% | 100% |
| Media Market | Wichita/Hutchinson Plus | 22% | 11% | 44% | 22% | 9 | 90% | 100% |
| | Kansas City | | | | 100% | 1 | 10% | 100% |
| Region | West | 100% | | | | 3 | 30% | 100% |
| | Northeast | | | 100% | | 1 | 10% | 100% |
| | Wichita | 20% | 20% | 20% | 40% | 5 | 50% | 100% |
| | Topeka | | | | 100% | 1 | 10% | 100% |
| Total | | 20% | 10% | 40% | 30% | 10 | 100% | 100% |

Kansas Statewide n=500
May 9 - 11, 2016

CHS & Associates

| | | Have Hospital Record? | | | | Total | | |
|---|---|---|---|---|---|---|---|---|
| | | Have It | Have It Elsewhere | Does Not Exist | Uncertain | | | |
| | | Row % | Row % | Row % | Row % | Count | % | Row % |
| Voter Registration Status? | Registered in Kansas | 33% | | 17% | 50% | 6 | 60% | 100% |
| | Not Registered | | 25% | 75% | | 4 | 40% | 100% |
| All Documents Exist? (Coll.) | None Exist | | | 100% | | 1 | 20% | 100% |
| | Uncertain at Least One | | | 75% | 25% | 4 | 80% | 100% |
| Have Birth Certificate or Passport? (Coll.) | Uncertain Either | 40% | | 20% | 40% | 5 | 50% | 100% |
| | Neither Exist | | 20% | 60% | 20% | 5 | 50% | 100% |
| Consider Yourself Hispanic Descent? | Yes | | | 100% | | 1 | 10% | 100% |
| | No | 25% | 13% | 38% | 25% | 8 | 80% | 100% |
| | Refused / Uncertain | | | 100% | | 1 | 10% | 100% |
| Race? | White | 29% | 14% | 29% | 29% | 7 | 70% | 100% |
| | African-American | | | 100% | | 2 | 20% | 100% |
| | Refused | | | | 100% | 1 | 10% | 100% |
| Support Proving Citizenship Before Voting? | Support | 33% | | 67% | | 3 | 30% | 100% |
| | Oppose | | 33% | | 67% | 3 | 30% | 100% |
| | No opinion. | 25% | | 50% | 25% | 4 | 40% | 100% |
| Legal Status? | Natural Born | 20% | 10% | 40% | 30% | 10 | 100% | 100% |
| Total | | 20% | 10% | 40% | 30% | 10 | 100% | 100% |

CHS & Associates

| | | Able to Get Birth Certificate? | | | | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | | Uncertain | | | | | |
| | | Row % | Row % | | Row % | | Count | | % | Row % |
| Gender | Male | 25% | 25% | | 50% | | 4 | | 57% | 100% |
| | Female | 33% | 67% | | | | 3 | | 43% | 100% |
| Phone Type | Landline | 40% | 40% | | 20% | | 5 | | 71% | 100% |
| | Mobile | | 50% | | 50% | | 2 | | 29% | 100% |
| Age | 18 to 34 | | 100% | | | | 1 | | 14% | 100% |
| | 35 to 44 | | | | 100% | | 1 | | 14% | 100% |
| | 45 to 54 | 50% | | | 50% | | 2 | | 29% | 100% |
| | 55 to 65 | 100% | | | | | 1 | | 14% | 100% |
| | 65 and over | | 100% | | | | 2 | | 29% | 100% |
| Income | Under $50,000 | 33% | 33% | | 33% | | 3 | | 43% | 100% |
| | Over $50,000 | 50% | 50% | | | | 2 | | 29% | 100% |
| | Refused | | 50% | | 50% | | 2 | | 29% | 100% |
| Media Market | Wichita/Hutchinson Plus | 33% | 50% | | 17% | | 6 | | 86% | 100% |
| | Kansas City | | | | 100% | | 1 | | 14% | 100% |
| Region | West | | 67% | | 33% | | 3 | | 43% | 100% |
| | Wichita | 67% | 33% | | | | 3 | | 43% | 100% |
| | Topeka | | | | 100% | | 1 | | 14% | 100% |
| Total | | 29% | 43% | | 29% | | 7 | | 100% | 100% |

Kansas Statewide n=500
May 9 - 11, 2016

27

CHS & Associates

| | | Able to Get Birth Certificate? | | | Total | | |
| | | Yes | No | Uncertain | | | |
| | | Row % | Row % | Row % | Count | % | Row % |
| Voter Registration Status? | Registered in Kansas | 50% | 25% | 25% | 4 | 57% | 100% |
| | Not Registered | | 67% | 33% | 3 | 43% | 100% |
| All Documents Exist? (Coll.) | None Exist | | 100% | | 1 | 20% | 100% |
| | Uncertain at Least One | | 50% | 50% | 4 | 80% | 100% |
| Have Birth Certificate or Passport? (Coll.) | Uncertain Either | 33% | 33% | 33% | 3 | 43% | 100% |
| | Neither Exist | 25% | 50% | 25% | 4 | 57% | 100% |
| Consider Yourself Hispanic Descent? | Yes | | | 100% | 1 | 14% | 100% |
| | No | 40% | 60% | | 5 | 71% | 100% |
| | Refused / Uncertain | | | 100% | 1 | 14% | 100% |
| Race? | White | 50% | 50% | | 4 | 57% | 100% |
| | African-American | | 50% | 50% | 2 | 29% | 100% |
| | Refused | | | 100% | 1 | 14% | 100% |
| Support Proving Citizenship Before Voting? | Support | | 50% | 50% | 2 | 29% | 100% |
| | Oppose | 100% | | | 2 | 29% | 100% |
| | No opinion. | | 67% | 33% | 3 | 43% | 100% |
| Legal Status? | Natural Born | 29% | 43% | 29% | 7 | 100% | 100% |
| Total | | 29% | 43% | 29% | 7 | 100% | 100% |

Kansas Statewide n=500
May 9 - 11, 2016

CHS & Associates

| | | Consider Submitting Affidavits For Proof? | | Total | | |
| | | No | Uncertain | | | |
| | | Row % | Row % | Count | % | Row % |
| Gender | Male | 33% | 67% | 3 | 60% | 100% |
| | Female | 100% | | 2 | 40% | 100% |
| Phone Type | Landline | 67% | 33% | 3 | 60% | 100% |
| | Mobile | 50% | 50% | 2 | 40% | 100% |
| Age | 18 to 34 | | 100% | 1 | 20% | 100% |
| | 35 to 44 | 100% | | 1 | 20% | 100% |
| | 45 to 54 | | 100% | 1 | 20% | 100% |
| | 65 and over | 100% | | 2 | 40% | 100% |
| Income | Under $50,000 | 100% | | 2 | 40% | 100% |
| | Over $50,000 | | 100% | 1 | 20% | 100% |
| | Refused | 50% | 50% | 2 | 40% | 100% |
| Media Market | Wichita/Hutchinson Plus | 75% | 25% | 4 | 80% | 100% |
| | Kansas City | | 100% | 1 | 20% | 100% |
| Region | West | 67% | 33% | 3 | 60% | 100% |
| | Wichita | 100% | | 1 | 20% | 100% |
| | Topeka | | 100% | 1 | 20% | 100% |
| Total | | 60% | 40% | 5 | 100% | 100% |

CHS & Associates

| | | Consider Submitting Affidavits For Proof? | | Total | | |
|---|---|---|---|---|---|---|
| | | No | Uncertain | | | |
| | | Row % | Row % | Count | % | Row % |
| Voter Registration Status? | Registered in Kansas | 50% | 50% | 2 | 40% | 100% |
| | Not Registered | 67% | 33% | 3 | 60% | 100% |
| All Documents Exist? (Coll.) | None Exist | 100% | | 1 | 20% | 100% |
| | Uncertain at Least One | 50% | 50% | 4 | 80% | 100% |
| Have Birth Certificate or Passport? (Coll.) | Uncertain Either | | 100% | 2 | 40% | 100% |
| | Neither Exist | 100% | | 3 | 60% | 100% |
| Consider Yourself Hispanic Descent? | Yes | 100% | | 1 | 20% | 100% |
| | No | 67% | 33% | 3 | 60% | 100% |
| | Refused / Uncertain | | 100% | 1 | 20% | 100% |
| Race? | White | 50% | 50% | 2 | 40% | 100% |
| | African-American | 100% | | 2 | 40% | 100% |
| | Refused | | 100% | 1 | 20% | 100% |
| Support Proving Citizenship Before Legal Status? | Support | 50% | 50% | 2 | 40% | 100% |
| | No opinion. | 67% | 33% | 3 | 60% | 100% |
| | Natural Born | 60% | 40% | 5 | 100% | 100% |
| Total | | 60% | 40% | 5 | 100% | 100% |

Kansas Statewide n=500
May 9 - 11, 2016

CHS & Associates

| | | Consider Yourself Hispanic Descent? | | | Total | | |
|---|---|---|---|---|---|---|---|
| | | Yes | No | Refused / Uncertain | | | |
| | | Row % | Row % | Row % | Count | % | Row % |
| Gender | Male | 4% | 96% | 0% | 250 | 51% | 100% |
| | Female | 6% | 94% | | 243 | 49% | 100% |
| Phone Type | Landline | 4% | 96% | 0% | 248 | 50% | 100% |
| | Mobile | 6% | 94% | | 245 | 50% | 100% |
| Age | 18 to 34 | 11% | 89% | | 145 | 29% | 100% |
| | 35 to 44 | 4% | 96% | | 81 | 16% | 100% |
| | 45 to 54 | 2% | 97% | 1% | 97 | 20% | 100% |
| | 55 to 65 | 1% | 99% | | 80 | 16% | 100% |
| | 65 and over | 2% | 98% | | 88 | 18% | 100% |
| | Refused | | 100% | | 2 | 0% | 100% |
| Income | Under $50,000 | 6% | 94% | | 192 | 39% | 100% |
| | Over $50,000 | 4% | 96% | | 251 | 51% | 100% |
| | Refused | 4% | 94% | 2% | 50 | 10% | 100% |
| Media Market | Wichita/Hutchinson Plus | 6% | 94% | | 208 | 42% | 100% |
| | Kansas City | 3% | 96% | 1% | 171 | 35% | 100% |
| | Topeka | 7% | 93% | | 74 | 15% | 100% |
| | Joplin/Pittsburg | 4% | 96% | | 24 | 5% | 100% |
| | Lincoln/Hastings | | 100% | | 6 | 1% | 100% |
| | Tulsa | | 100% | | 6 | 1% | 100% |
| | St. Joseph | | 100% | | 4 | 1% | 100% |
| Region | West | 4% | 96% | | 67 | 14% | 100% |
| | Northeast | 8% | 92% | | 63 | 13% | 100% |
| | Wichita | 6% | 94% | | 128 | 26% | 100% |
| | Topeka | 5% | 93% | 2% | 60 | 12% | 100% |
| | Kansas City | 3% | 97% | | 145 | 29% | 100% |
| | Southeast | 3% | 97% | | 30 | 6% | 100% |
| Total | | 5% | 95% | 0% | 493 | 100% | 100% |

CHS & Associates

| | | Consider Yourself Hispanic Descent? | | | Total | | |
|---|---|---|---|---|---|---|---|
| | | Yes | No | Refused / Uncertain | | | |
| | | Row % | Row % | Row % | Count | % | Row % |
| Voter Registration Status? | Registered in Kansas | 4% | 96% | 0% | 408 | 83% | 100% |
| | Registered in Different State | | 100% | | 18 | 4% | 100% |
| | Not Registered | 12% | 88% | | 65 | 13% | 100% |
| | Refused | | 100% | | 2 | 0% | 100% |
| All Documents Exist? (Coll.) | None Exist | | 100% | | 1 | 20% | 100% |
| | Uncertain at Least One | 25% | 50% | 25% | 4 | 80% | 100% |
| Have Birth Certificate or Passport? (Coll.) | Have Both | 4% | 96% | | 227 | 48% | 100% |
| | Have One | 5% | 95% | | 238 | 50% | 100% |
| | Uncertain Either | | 80% | 20% | 5 | 1% | 100% |
| | Neither Exist | 14% | 86% | | 7 | 1% | 100% |
| Race? | White | 4% | 96% | | 446 | 90% | 100% |
| | African-American | 4% | 96% | | 25 | 5% | 100% |
| | Native American | | 100% | | 9 | 2% | 100% |
| | Asian | | 100% | | 4 | 1% | 100% |
| | Refused | 33% | 56% | 11% | 9 | 2% | 100% |
| Support Proving Citizenship Before Voting? | Support | 4% | 96% | | 381 | 77% | 100% |
| | Oppose | 9% | 91% | | 69 | 14% | 100% |
| | No opinion. | 2% | 95% | 2% | 43 | 9% | 100% |
| Legal Status? | Natural Born | 5% | 95% | | 482 | 98% | 100% |
| | Naturalized | 18% | 82% | | 11 | 2% | 100% |
| Total | | 5% | 95% | 0% | 493 | 100% | 100% |

Kansas Statewide n=500
May 9 - 11, 2016

CHS & Associates

| | | Race? | | | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|
| | | White | African-A merican | Native American | Asian | Refused | | | |
| | | Row % | Row % | Row % | Row % | Row % | Count | % | Row % |
| Gender | Male | 91% | 4% | 2% | 0% | 3% | 250 | 51% | 100% |
| | Female | 90% | 7% | 2% | 1% | 1% | 243 | 49% | 100% |
| Phone Type | Landline | 92% | 4% | 2% | | 2% | 248 | 50% | 100% |
| | Mobile | 89% | 6% | 1% | 2% | 2% | 245 | 50% | 100% |
| Age | 18 to 34 | 89% | 6% | 2% | 1% | 3% | 145 | 29% | 100% |
| | 35 to 44 | 91% | 6% | 1% | | 1% | 81 | 16% | 100% |
| | 45 to 54 | 89% | 6% | | 3% | 2% | 97 | 20% | 100% |
| | 55 to 65 | 94% | 4% | 3% | | | 80 | 16% | 100% |
| | 65 and over | 91% | 3% | 3% | | 2% | 88 | 18% | 100% |
| | Refused | 100% | | | | | 2 | 0% | 100% |
| Income | Under $50,000 | 90% | 8% | 1% | 1% | 1% | 192 | 39% | 100% |
| | Over $50,000 | 91% | 4% | 2% | 1% | 2% | 251 | 51% | 100% |
| | Refused | 92% | 2% | 2% | | 4% | 50 | 10% | 100% |
| Media Market | Wichita/Hutchinson Plus | 92% | 4% | 0% | 1% | 2% | 208 | 42% | 100% |
| | Kansas City | 87% | 8% | 3% | 1% | 2% | 171 | 35% | 100% |
| | Topeka | 92% | 4% | 3% | | 1% | 74 | 15% | 100% |
| | Joplin/Pittsburg | 100% | | | | | 24 | 5% | 100% |
| | Lincoln/Hastings | 83% | | 17% | | | 6 | 1% | 100% |
| | Tulsa | 100% | | | | | 6 | 1% | 100% |
| | St. Joseph | 100% | | | | | 4 | 1% | 100% |
| Region | West | 93% | 3% | | 3% | 1% | 67 | 14% | 100% |
| | Northeast | 94% | 3% | 2% | | 2% | 63 | 13% | 100% |
| | Wichita | 92% | 4% | 1% | 1% | 2% | 128 | 26% | 100% |
| | Topeka | 88% | 3% | 5% | | 3% | 60 | 12% | 100% |
| | Kansas City | 86% | 10% | 3% | 1% | 1% | 145 | 29% | 100% |
| | Southeast | 100% | | | | | 30 | 6% | 100% |
| Total | | 90% | 5% | 2% | 1% | 2% | 493 | 100% | 100% |

CHS & Associates

| | | White | African-American | Native American | Asian | Refused | Total | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Row % | Row % | Row % | Row % | Row % | Count | % | Row % |
| Voter Registration Status? | Registered in Kansas | 92% | 4% | 2% | 1% | 2% | 408 | 83% | 100% |
| | Registered in Different State | 100% | | | | | 18 | 4% | 100% |
| | Not Registered | 78% | 14% | 3% | 2% | 3% | 65 | 13% | 100% |
| | Refused | 100% | | | | | 2 | 0% | 100% |
| All Documents Exist? (Coll.) | None Exist | 100% | | | | | 1 | 20% | 100% |
| | Uncertain at Least One | 25% | 50% | | | 25% | 4 | 80% | 100% |
| Have Birth Certificate or Passport? (Coll.) | Have Both | 92% | 4% | 1% | 0% | 3% | 227 | 48% | 100% |
| | Have One | 90% | 6% | 2% | 1% | 1% | 238 | 50% | 100% |
| | Uncertain Either | 80% | | | | 20% | 5 | 1% | 100% |
| | Neither Exist | 57% | 29% | 14% | | | 7 | 1% | 100% |
| Consider Yourself Hispanic Descent? | Yes | 83% | 4% | | | 13% | 24 | 5% | 100% |
| | No | 91% | 5% | 2% | 1% | 1% | 468 | 95% | 100% |
| | Refused / Uncertain | | | | | 100% | 1 | 0% | 100% |
| Support Proving Citizenship Before Voting? | Support | 92% | 4% | 2% | 0% | 2% | 381 | 77% | 100% |
| | Oppose | 86% | 6% | 1% | 4% | 3% | 69 | 14% | 100% |
| | No opinion. | 84% | 12% | 2% | 0% | 2% | 43 | 9% | 100% |
| Legal Status? | Natural Born | 91% | 5% | 2% | 0% | 2% | 482 | 98% | 100% |
| | Naturalized | 55% | 18% | | 27% | | 11 | 2% | 100% |
| Total | | 90% | 5% | 2% | 1% | 2% | 493 | 100% | 100% |

CHS & Associates

| | | Support Proving Citizenship Before Voting? | | | Total | | |
|---|---|---|---|---|---|---|---|
| | | Support | Oppose | No opinion. | | | |
| | | Row % | Row % | Row % | Count | % | Row % |
| Gender | Male | 77% | 15% | 8% | 250 | 51% | 100% |
| | Female | 77% | 13% | 9% | 243 | 49% | 100% |
| Phone Type | Landline | 73% | 17% | 10% | 248 | 50% | 100% |
| | Mobile | 82% | 11% | 7% | 245 | 50% | 100% |
| Age | 18 to 34 | 74% | 17% | 10% | 145 | 29% | 100% |
| | 35 to 44 | 83% | 11% | 6% | 81 | 16% | 100% |
| | 45 to 54 | 78% | 14% | 7% | 97 | 20% | 100% |
| | 55 to 65 | 76% | 18% | 6% | 80 | 16% | 100% |
| | 65 and over | 77% | 9% | 14% | 88 | 18% | 100% |
| | Refused | 100% | | | 2 | 0% | 100% |
| Income | Under $50,000 | 76% | 15% | 9% | 192 | 39% | 100% |
| | Over $50,000 | 80% | 14% | 6% | 251 | 51% | 100% |
| | Refused | 68% | 10% | 22% | 50 | 10% | 100% |
| Media Market | Wichita/Hutchinson Plus | 78% | 15% | 7% | 208 | 42% | 100% |
| | Kansas City | 79% | 12% | 9% | 171 | 35% | 100% |
| | Topeka | 72% | 18% | 11% | 74 | 15% | 100% |
| | Joplin/Pittsburg | 79% | 13% | 8% | 24 | 5% | 100% |
| | Lincoln/Hastings | 67% | | 33% | 6 | 1% | 100% |
| | Tulsa | 67% | 17% | 17% | 6 | 1% | 100% |
| | St. Joseph | 100% | | | 4 | 1% | 100% |
| Region | West | 82% | 13% | 4% | 67 | 14% | 100% |
| | Northeast | 75% | 14% | 11% | 63 | 13% | 100% |
| | Wichita | 77% | 15% | 9% | 128 | 26% | 100% |
| | Topeka | 67% | 22% | 12% | 60 | 12% | 100% |
| | Kansas City | 81% | 10% | 8% | 145 | 29% | 100% |
| | Southeast | 77% | 13% | 10% | 30 | 6% | 100% |
| Total | | 77% | 14% | 9% | 493 | 100% | 100% |

Kansas Statewide n=500
May 9 - 11, 2016

CHS & Associates

| | | Support Proving Citizenship Before Voting? | | | Total | | |
|---|---|---|---|---|---|---|---|
| | | Support | Oppose | No opinion. | | | |
| | | Row % | Row % | Row % | Count | % | Row % |
| Voter Registration Status? | Registered in Kansas | 77% | 15% | 8% | 408 | 83% | 100% |
| | Registered in Different State | 89% | 11% | | 18 | 4% | 100% |
| | Not Registered | 74% | 9% | 17% | 65 | 13% | 100% |
| | Refused | 50% | | 50% | 2 | 0% | 100% |
| All Documents Exist? (Coll.) | None Exist | | | 100% | 1 | 20% | 100% |
| | Uncertain at Least One | 50% | | 50% | 4 | 80% | 100% |
| Have Birth Certificate or Passport? (Coll.) | Have Both | 78% | 15% | 6% | 227 | 48% | 100% |
| | Have One | 79% | 13% | 9% | 238 | 50% | 100% |
| | Uncertain Either | 40% | 20% | 40% | 5 | 1% | 100% |
| | Neither Exist | 29% | 29% | 43% | 7 | 1% | 100% |
| Consider Yourself Hispanic Descent? | Yes | 71% | 25% | 4% | 24 | 5% | 100% |
| | No | 78% | 13% | 9% | 468 | 95% | 100% |
| | Refused / Uncertain | | | 100% | 1 | 0% | 100% |
| Race? | White | 79% | 13% | 8% | 446 | 90% | 100% |
| | African-American | 64% | 16% | 20% | 25 | 5% | 100% |
| | Native American | 78% | 11% | 11% | 9 | 2% | 100% |
| | Asian | 25% | 75% | | 4 | 1% | 100% |
| | Refused | 67% | 22% | 11% | 9 | 2% | 100% |
| Legal Status? | Natural Born | 78% | 14% | 9% | 482 | 98% | 100% |
| | Naturalized | 64% | 27% | 9% | 11 | 2% | 100% |
| Total | | 77% | 14% | 9% | 493 | 100% | 100% |

Kansas Statewide n=500
May 9 - 11, 2016

CHS & Associates

| | | Income | | | Total | | |
|---|---|---|---|---|---|---|---|
| | | Under $50,000 | Over $50,000 | Refused | | | |
| | | Row % | Row % | Row % | Count | % | Row % |
| Gender | Male | 38% | 53% | 9% | 250 | 51% | 100% |
| | Female | 40% | 49% | 12% | 243 | 49% | 100% |
| Phone Type | Landline | 35% | 53% | 12% | 248 | 50% | 100% |
| | Mobile | 43% | 49% | 8% | 245 | 50% | 100% |
| Age | 18 to 34 | 50% | 46% | 3% | 145 | 29% | 100% |
| | 35 to 44 | 27% | 65% | 7% | 81 | 16% | 100% |
| | 45 to 54 | 33% | 53% | 14% | 97 | 20% | 100% |
| | 55 to 65 | 31% | 54% | 15% | 80 | 16% | 100% |
| | 65 and over | 43% | 42% | 15% | 88 | 18% | 100% |
| | Refused | 100% | | | 2 | 0% | 100% |
| Media Market | Wichita/Hutchinson Plus | 42% | 46% | 12% | 208 | 42% | 100% |
| | Kansas City | 33% | 58% | 9% | 171 | 35% | 100% |
| | Topeka | 39% | 53% | 8% | 74 | 15% | 100% |
| | Joplin/Pittsburg | 46% | 42% | 13% | 24 | 5% | 100% |
| | Lincoln/Hastings | 33% | 50% | 17% | 6 | 1% | 100% |
| | Tulsa | 67% | 33% | | 6 | 1% | 100% |
| | St. Joseph | 75% | 25% | | 4 | 1% | 100% |
| Region | West | 34% | 49% | 16% | 67 | 14% | 100% |
| | Northeast | 48% | 44% | 8% | 63 | 13% | 100% |
| | Wichita | 46% | 43% | 11% | 128 | 26% | 100% |
| | Topeka | 37% | 55% | 8% | 60 | 12% | 100% |
| | Kansas City | 30% | 62% | 8% | 145 | 29% | 100% |
| | Southeast | 50% | 40% | 10% | 30 | 6% | 100% |
| Total | | 39% | 51% | 10% | 493 | 100% | 100% |

Kansas Statewide n=500
May 9 - 11, 2016

37

CHS & Associates

| | | Income | | | Total | | |
|---|---|---|---|---|---|---|---|
| | | Under $50,000 | Over $50,000 | Refused | | | |
| | | Row % | Row % | Row % | Count | % | Row % |
| Voter Registration Status? | Registered in Kansas | 36% | 54% | 10% | 408 | 83% | 100% |
| | Registered in Different State | 56% | 39% | 6% | 18 | 4% | 100% |
| | Not Registered | 54% | 35% | 11% | 65 | 13% | 100% |
| | Refused | | | 100% | 2 | 0% | 100% |
| All Documents Exist? (Coll.) | None Exist | 100% | | | 1 | 20% | 100% |
| | Uncertain at Least One | 25% | 25% | 50% | 4 | 80% | 100% |
| Have Birth Certificate or Passport? (Coll.) | Have Both | 27% | 63% | 10% | 227 | 48% | 100% |
| | Have One | 49% | 42% | 8% | 238 | 50% | 100% |
| | Uncertain Either | 40% | 40% | 20% | 5 | 1% | 100% |
| | Neither Exist | 57% | 29% | 14% | 7 | 1% | 100% |
| Consider Yourself Hispanic Descent? | Yes | 50% | 42% | 8% | 24 | 5% | 100% |
| | No | 38% | 51% | 10% | 468 | 95% | 100% |
| | Refused / Uncertain | | | 100% | 1 | 0% | 100% |
| Race? | White | 39% | 51% | 10% | 446 | 90% | 100% |
| | African-American | 60% | 36% | 4% | 25 | 5% | 100% |
| | Native American | 22% | 67% | 11% | 9 | 2% | 100% |
| | Asian | 25% | 75% | | 4 | 1% | 100% |
| | Refused | 22% | 56% | 22% | 9 | 2% | 100% |
| Support Proving Citizenship Before Voting? | Support | 38% | 53% | 9% | 381 | 77% | 100% |
| | Oppose | 41% | 52% | 7% | 69 | 14% | 100% |
| | No opinion. | 42% | 33% | 26% | 43 | 9% | 100% |
| Legal Status? | Natural Born | 39% | 51% | 10% | 482 | 98% | 100% |
| | Naturalized | 36% | 64% | 2% | 11 | 2% | 100% |
| Total | | 39% | 51% | 10% | 493 | 100% | 100% |