# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

STEVEN WAYNE FISH, DONNA BUCCI,　　)
CHARLES STRICKER, THOMAS J.　　　　)
BOYNTON, DOUGLAS HUTCHINSON,　　　)
and THE LEAGUE OF WOMEN VOTERS　　)　　Case No. 2:16-cv-02105
OF KANSAS, on behalf of themselves and　 )
all others similarly situated,　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiffs,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
KRIS KOBACH, in his official capacity as　　)
Secretary of State for the State of Kansas;　　)
NICK JORDAN, in his official capacity as　　)
Secretary of Revenue for the State of Kansas, )
　　　　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
_____ )

**Expert Rebuttal Declaration and Report of Dr. Matthew A. Barreto**

I, Matthew A. Barreto, declare as follows:

1.      I am currently a Professor of Political Science and Chicana/o Studies with a full-time appointment at the University of California, Los Angeles, and co-founder of the research firm Latino Decisions. Prior to joining UCLA in 2015, I was employed at the University of Washington for over 9 years.  I started with an appointment as Assistant Professor of Political Science in 2005, was promoted to Associate Professor with tenure in 2009, and promoted to Full Professor with tenure in 2014.  At the University of Washington I was an affiliated faculty member of the Center for Statistics and the Social Sciences (CSSS) and an adjunct Associate Professor of Law in the University of Washington School of Law.

2.      I have taught courses on the Voting Rights Act, Racial and Ethnic Politics, Electoral Politics, Public Opinion, Immigration, and Introduction to Statistical Analysis, and Advanced Statistical Analysis for Ph.D. students.  I completed a Ph.D. in Political Science, with an emphasis on racial and ethnic politics in the United States, political behavior, and public opinion at the University of California, Irvine in 2005, where Professor Bernard Grofman, a well-known expert in voting rights research, served as my principal dissertation advisor.

3.      In collaboration with Professor Gabriel R. Sanchez, I have conducted statewide public opinion surveys as expert research in Wisconsin, Pennsylvania, and Texas to assess rates of possession of voter identification which have been accepted by previous courts as a viable and accurate method for determine ID possession rates by race and ethnicity.  I served as the testifying expert witness at trial in each of those three matters.  In 2014 in the Texas voter ID lawsuit *Veasey vs. Perry* No. 13-CV-00193, the District Court, and later, the three-judge panel on the Fifth Circuit Court of Appeals both ruled that the Barreto and Sanchez survey was statistically accurate and reported clear evidence regarding rates of possession of photographic ID acceptable for voting under Texas's voter ID law.

4.      Overall, I have published four books and 49 journal articles and book chapters, which have been vetted through the social science peer-review process. Those publications include a peer-reviewed academic research paper utilizing survey research on the topic of voter

ID laws published in *PS: Political Science & Politics*, an official journal of the American

Political Science Association. My full professional qualifications and activities are set forth more

fully in my curriculum vitae, a true and correct copy of which is attached hereto as Exhibit A.

5.      I was retained by Plaintiffs in this case to examine and analyze the expert report

submitted by Mr. Hans von Spakovsky, and the telephone survey report submitted by Mr. Pat

McFerron.  Specifically I was asked to assess the accuracy of the methodology used and the

conclusions drawn from both von Spakovsky and McFerron.  I have also reviewed the transcripts

of their depositions (an expedited transcript of von Spakovsky's deposition and a rough draft

transcript of McFerron's deposition).  I am being compensated at a rate of $250 per hour for my

work in connection with this matter.

6.      My analysis is focused primarily on the survey implemented by McFerron's

company Cole, Hargrave, Snodgrass & Associates, Inc. and the interpretation and use of the

survey results by von Spakovsky.  First, I note that McFerron's company, CHS & Associates,

advertises itself as a Republican consulting firm.  In fact, one of the firm's founding partners

Tom Cole is currently serving as a Republican Congressman from Oklahoma. This suggests that

their primary work involves helping Republicans win elected office and advance a Republican

legislative agenda.  In academic and legal research we should strive for independent and

objective research that is implemented by neutral or non-partisan market research firms who

operate as data collection outfits.  Mr. von Spakovsky's reliance on a survey from a Republican

political polling firm, as opposed to an independent or neutral firm, does not comport with

generally-accepted standards in social science research.

7.      Further, recent surveys directed by McFerron and implemented by CHS &

Associates have had significant error. For example, in February 2016, McFerron directed a poll

in Oklahoma predicting that Donald Trump would defeat Ted Cruz by 9 points[1] in the Oklahoma

primary and in reality Cruz defeated Trump by 6 points – an error of about 15 points (see Exhibit

B). Based on his polling, McFerron told political journalists the day before the Oklahoma

---

[1] http://newsok.com/article/5480910

DECLARATION OF MATTHEW A. BARRETO

1  primary election that he predicted Trump would win by 10 points.[2]

2        8.     Beyond this, I offer three specific critiques that raise considerable questions about

3  the accuracy and reliability of the McFerron data: (1) the sample of 500 interviews is not

4  representative of the eligible voting population in Kansas, such that one cannot draw reliable

5  inferences from the survey about the eligible voting population in Kansas generally; (2) the

6  question wording on the survey does not follow generally-accepted social science standards,

7  introducing bias into the results; and (3) the survey was not implemented according to generally-

8  accepted social science standards, excluding many potential respondents from the survey and

9  introducing further bias into the results.  Ultimately, I conclude that the McFerron survey was

10  not conducted in accordance with generally-accepted standards in social science research and

11  that its results are unreliable.

12        9.     The first criterion in assessing the accuracy and reliability of a telephone poll is to

13  assess the sample characteristics.  Basically we want to know whether the 500 people

14  interviewed are actually reflective of the 2 million eligible voters in Kansas.  This is extremely

15  important because the researchers want to draw inferences about the entire state by interviewing

16  a sample of only 500 people.  If those 500 people are not representative of the state, then the

17  results cannot be considered accurate at all.  For example, if a survey of 500 people in Kansas

18  reported that 60% of the sample had a college degree or higher, and the actual U.S. Census

19  statistics reported that just 31% of Kansans had a college degree or higher, it would be plainly

20  obvious that the particular sample of 500 people was not representative if the level of education

21  was an important consideration.  From a social science perspective, we would say the survey had

22  considerable bias and should be rejected. In fact, the example here, educational attainment, is

23  considered one of the most important demographic factors to get right in a survey sample

24  because extensive published research has demonstrated that people of different educational

25  levels hold drastically different opinions, and drastically different resources.[3] During his

26

---

27  [2] http://okcfox.com/news/local/super-tuesday-why-oklahoma-matters
   [3] Wolfinger, Raymond and Steven Rosenstone. 1980. Who Votes? Yale University Press

28

deposition, Mr. von Spakovsky stated that "you have to be sure that your survey population is an accurate generate representative sample of whatever the target of the survey is."  He goes on to agree that weights should be used, "if the pollster knows how to do the weighting correctly." This is a critical point: Mr. von Spakovsky never verified whether the McFerron survey used weights, or took any extra steps to ensure the sample was accurate and representative of all eligible voters in Kansas, even though he agrees that this is an important step in survey accuracy.

10.     When surveys are implemented and the researcher assesses the accuracy of their sample, they very often will use weights to make sure any resulting analysis and percentages reported bring the survey into balance with the known demographics as reported by the U.S. Census. This is a critical step in survey analysis, and without which the survey may be found to be unreliable. After collecting the data for the statewide Kansas sample, underlying demographic characteristics of the eligible voting population must be examined and compared to the known universe estimates for each from the most recent U.S. Census, *American Community Survey* for Kansas – in this case 2014.  Critically, the survey must ask its respondents the relevant demographic questions so that researchers can compare whether or not the survey matches known Census parameters. In this case, the McFerron survey did not ask respondents their educational attainment, nor did it ask precise household income categories. The survey also failed to ask respondents about their homeownership or renter status, which is associated with non-response bias.[4] By non-response bias, we mean that some bias will be introduced into the survey by non-responses from some households that are telephoned. Prior research suggests people who are renters are less likely to answer surveys, and as such we would need to weight the data to accurately reflect the correct proportion of those who rent.  In this case, McFerron did not bother to even ask a question about homeownership status. This is a major flaw in the survey

---

Verba, Sidney et. al. 1995. Voice and Equality: Civic volunteerism in American Politics. Harvard University Press.

[4] Lepkowski James, and Mick Couper Nonresponse in the Second Wave of Longitudinal Household Surveys. In: Groves Robert M., Dillman Don A., Eltinge John L., LittleRoderick J. A. , editors. Survey Nonresponse. New York: Wiley; 2002. p. 259-72.

DECLARATION OF MATTHEW A. BARRETO

which prevents the proper weighting of the data.[5]

11.    A well-conducted survey will assess any demographic discrepancies and apply a weighting algorithm called raking ratio estimation[6] to balance the sample so that the final samples that are tabulated for the analysis are in line with the U.S. Census estimates for the state. Wide ranging experts in weighting have cited education and income[7] as two critical factors that should be accounted for in sample weights, and the McFerron survey failed to account for this. Weighting of survey data is a very common and accepted approach in social science research, especially when inferences are made about the larger population.[8]

12.    Rather than using weights, the McFerron survey relied on a quota-based approach to attempt to capture the accurate demographics of Kansas eligible voters. In an interview with the Washington Post[9], Stanford Professor Doug Rivers, a leading national expert on survey sampling stated that quota sampling has been proven to not work: "What they're doing is a methodology that failed 50 years ago" and added "Their polling information is worthless." Indeed, even during the 1960s it was recognized by leading public opinion scholars that the quota-based approach was error-prone. University of Michigan Professor Philip Converse reviewed data from a quota sampling projects and described it as "collected by methods long since viewed as shoddy and unrepresentative.[10]" MIT Professor Adam Berinsky conducted a comprehensive review of quota-based sampling going back to the 1930s and 1940s and concluded that it was not reliable and instead weights should be used.  Berinsky published his

[5] DEBBIE L. HAHS-VAUGH, 2006. "A Primer for Using and Understanding Weights With National Datasets." The Journal of Experimental Education. 73(3): 221-248

[6] Michael Battaglia et. al. 2004. "Tips and Tricks for Raking Survey Data (a.k.a. Sample Balancing)" Proceedings of the Survey Research Methods Section, American Statistical Association.

[7] Goyder, John, Keith Warriner, and Susan Miller. 2002. Evaluating Socio-Economic Status Bias in Survey Nonresponse. Journal of Official Statistics. 18(1): 1 – 11.

[8] Eun Sul Lee and Ronald Forthofer. 2006. *Analyzing Complex Survey Data.* Sage Publications.

[9] http://www.washingtonpost.com/wp-srv/WPcap/1999-12/13/075r-121399-idx.html

[10] Converse, Philip E. "Comment on: Public Opinion and the Outbreak of War" *Journal of Conflict Resolution*, 9: 330-333.

DECLARATION OF MATTHEW A. BARRETO

research in *Public Opinion Quarterly* – the official scientific journal of the American Association of Public Opinion Research (AAPOR).  In his published research, Berinsky explains that quota samples produce nonrepresentative surveys that are biased and instead weights should be used, through a detailed method he specifies as model-based poststratification weighting scheme[11]:

> Whatever their potential appeal, in practice the quota-controlled sampling procedures used by the major survey research firms did not lead to samples representative of the U.S. population. The characteristics of the samples collected by the pollsters differed from the characteristics of the population, as measured by the census, in two ways. First, the exacting quotas set by particular pollsters sometimes guaranteed a sample unrepresentative of the population. Put another way, the sample consisted of *nonrepresentative strata*.

> The central problem introduced by quota-controlled sampling is that many of the survey samples do not represent certain groups in proportion to their share in the population. The mismatch between the demographic characteristics of poll samples and the demographic characteristics of the population, as measured in the census, could therefore lead to a mismatch between the political views expressed in the polls and those that might have been expressed by the population at large.

> The quota-controlled sampling procedures effectively introduced a unit nonresponse problem: certain classes of individuals were either deliberately or inadvertently underrepresented in the samples. When we have detailed information concerning the characteristics of nonrespondents, we can employ procedures that model selection bias to account for the differences between the sample and the population. But when we only have information about the population relative to the sample—auxiliary information taken from the census—weighting adjustments are typically applied to reduce the bias in survey estimates that nonresponse can cause.

13.     Looking to the survey results reveal three major discrepancies that immediately call into question the reliability of the results.  First, the survey reports that 87% of the people they interviewed are registered voters (including 4% of respondents who reported being registered in another state), and that 13% are not registered at all.  According to the Census Bureau's 2014 Current Population Survey ("CPS") November supplement, only 68% of eligible voters in Kansas are registered to vote.[12]  Also, it is not clear why the McFerron survey included the 4% of the sample that are registered to vote in another state, as those respondents may not be eligible to vote in Kansas, and as such should probably be excluded from the survey.  If they are

---

[11] Berinsky, Adam.
[12] http://www2.census.gov/programs-surveys/cps/tables/p20/577/table01.xls

DECLARATION OF MATTHEW A. BARRETO

currently registered to vote in another state, then it is not clear whether they plan to vote in that other state as absentee voters or plan to change their registration status to Kansas. In fact, the Kansas voter registration form says you must "have abandoned your former residence." In either case, the survey needs to clarify this so we can understand whether or not the sample actually reflects all Kansas eligible voters. In addition, the survey may have included other non-eligible voters in its sample. According to the surveys' open-ended responses to a question about why you are not registered, Question 4, they report that 9 percent say they cannot vote due to a felony. If these respondents are currently on parole or probation, they are not eligible to vote and should not have been included in the survey. In another instance, a respondent in the open-ended question states they just moved to Kansas, perhaps suggesting they have not met the residency requirements to register. It is clear the survey did not use the proper screening questions to make sure the people interviewed are in fact eligible voters.

14.     Second, the survey reports that 39% of respondents earn less than $50,000 household income, while the Census reports that 48% of the Kansas population lives in a household with earnings below that level. Thus, the survey is biased in that it does not include the correct proportion of lower-income households to match the Kansas actual demographics. Furthermore, using a single question of below/above $50,000 is far too crude of a measure of income. To truly assess the validity we need more precise income categories, which McFerron failed to provide. Nonetheless, it is clear the survey did not include the correct proportion of lower-income households. Finally, with respect to passports, the survey reports that 50% of eligible voters in Kansas have a U.S. Passport. However according to data and statistics from the U.S. State Department only 30% of Kansans actually hold a Passport.[13] This 20-point difference exposes a quite significant bias in the survey sample and demonstrates that it is not at all representative of the actual population of Kansas. In fact, this suggests the survey has over-sampled people who have more access to documents, and calls into question the answers throughout the survey with respect to document possession. The passport discrepancy, coupled

---

[13] What States Have the Most Passport Holders?
http://milecards.com/what-states-have-the-most-passport-holders/

1   with too few lower-income respondents, is enough reason to reject the survey altogether.

2       15.     Related to the accuracy of the survey sample, the survey would have provided

3   much more useful information on the impact of the law if it had focused on eligible voters who

4   are currently not registered – or at a minimum had an oversample of such eligible voters not

5   currently registered.  Currently, the survey only has 13 percent of its sample not registered to

6   vote at all, approximately only 65 individuals.  Attempting to infer how this citizenship

7   requirement would impact the entire state of Kansas' non-registered but eligible population with

8   just 65 completed interviews is statistically virtually impossible, and would contain a margin of

9   error of plus or minus 12.2 percentage points in the best case scenario.  In fact, in his deposition,

10  Mr. McFerron agreed that he would have preferred to have a larger sample size of about 300: "If

11  that was your sole goal and you had resources, I would want that to be – I would prefer to have it

12  at 300 at least." Under the proof of citizenship requirement in Kansas, the people who are

13  already registered to vote in Kansas either already have proof of citizenship (if they registered

14  after the law went into effect) or do not need it (if they were already registered at that time).  But

15  in order to assess how the citizenship requirements impacts those yet to register, one should be

16  more interested in a sample of eligible voters who are not currently registered.

17      16.     The second area of importance is the design and construction of the survey

18  questionnaire itself.  In designing the questionnaire researchers should follow best practices

19  established by existing social science research, as well as groups such as the American

20  Association of Public Opinion Research (AAPOR).  It is important that questions are direct,

21  objective, and neutral, and not meant to lead respondents to give one particular answer over

22  another and respondents should have an appropriate range of available answer choices.  In

23  particular, researchers need to avoid social desirability bias whereby respondents give answers to

24  the interview-taker that they think are more socially acceptable.  This issue of "over-reporting" –

25  that is, people responding incorrectly in the affirmative to certain survey questions where an

26  affirmative answer is more socially desirable –  is common and well-documented in the public

27  opinion social science literature.  In the McFerron survey, there is an obvious prime of social

28

desirability for the respondent to tell the interviewer that they do possess their birth certificate, or Passport, or other documents.

17.     The questions written by McFerron do not follow standard social science practice of trying to reduce social desirability among respondents.  They lead the respondent to feel as they should probably give a "yes" answer. They are also leading in that they tell the respondents they need these documents in order to register and vote – two activities well-known to induce social desirability bias.[14]

18.     The questions also do not ask whether the name on the document matches their current legal name.  For many women who are married, or divorced, the name on their birth certificate or Passport may not have their current legal name and may not be valid.  A standard follow-up question on name should have been asked to allow us to assess what percent of the documents are legal name matches, and what percent would require changes or an affidavit.

19.     Finally, the third area for concern is survey implementation. Once the survey has been designed according to the accepted norms and standards in scientific survey research, the next important step is implementation.  In executing the survey, all possible respondents must have an equal chance to respond, participate, and be included.  For example, if the survey involved only calling people at home at 1:00pm in the afternoon on Fridays, a huge percentage of the potential respondents would never be home to answer the phone in the first place.  This would result in a sample that may be quite different from the overall population of Kansas, who would not be able to participate in the study because they were at work during the call time. Instead, researchers should take an approach that gives each potential respondent an equal opportunity to be included in the survey, including offering the survey Monday – Sunday, at times most likely to accommodate people's different work schedules. In the case of the

---

[14] Karp, Jeffrey and David Brockington. 2005. "Social Desirability and Response Validity: A comparative analysis of overreporting voter turnout in five countries." The Journal of Politics. 67(3): 825-40.

Belli, Robert et. al. 1999. "Reducing Vote Overreporting in Surveys." Public Opinion Quarterly. 63(1):90-108.

McFerron survey, it was only fielded for three days, May 9 – 11, 2016, which is Monday – Wednesday, between the hours of 3:00 pm to 9:00 pm. In fact, during his deposition Mr. McFerron acknowledged that "our goal is at least 7 opportunities" and that they "call 7 days a week".  He went on to state that Sunday is an important day to include because "it's actually one of the better response rate days for people more likely to take time to – to answer." In this particular study, Mr. McFerron did neither of these things. He did not call for 7 days, and he did not call on Sunday. Published research on non-response bias has demonstrated clearly that limiting the days or hours, or limiting the number of call-back attempts in a survey excludes lower socioeconomic respondents and harder to reach respondents.[15]  In particular, lower socioeconomic eligible voters are often less likely to work in a traditional "9 to 5" job and more likely to work during evenings, which means the McFerron survey may have undersampled lower socioeconomic voters, given their calling schedule of 3:00pm to 9:00pm central time. Eligible voters in Kansas who work at jobs during the hours of 3:00pm to 9:00pm on Monday – Wednesday would have been systematically excluded from taking his survey.  Existing social science research on this point is clear: excluding lower income and lower socioeconomic respondents from your survey in this manner will bias your survey results.

20.    In the executive summary, McFerron does not report the American Association of Public Opinion Research compliant response rate or cooperation rate to the survey.  According to AAPOR, "Researchers should always include in their survey reports the response rate, computed according to the appropriate AAPOR formula or another similar formula fully

---

[15] Robert Drago, Robert Caplan, David Costanza, Tanya Brubaker, Darnell Cloud, Susan Donohue, Naomi Harris & Tammy Riggs. 1998. Time for Surveys: Do Busy People Complete Time Diaries? Society and Leisure 1999;21(2):555-62.
Keeter, Scott, Courtney Kennedy, Michael Dimcock, Jonathan Best, and Peyton Craighill (2006) Nonresponse Rates and Nonresponse Bias in Household Surveys Public Opinion Quarterly 70 (5)L 759-779.
Abraham, Katharine, Arron Maitland, and Suzanne Bianchi (2006) Nonresponse in the American Time Use Survey: Who Is Missing From the Data and How Much Does it Matter? Public Opinion Quarterly 70 (5) 676-703

DECLARATION OF MATTHEW A. BARRETO

described."[16] He also fails to report how many call-backs were made to each number and what the hours of operation for the calling center were. These are critical for us to assess the reliability of the respondents included, as well as understanding the extent to which there is non-response bias. In fact, in his deposition, Mr. McFerron agreed that the response rate "is a factor in determining some statistical reliability" of the survey.

21.    <u>General Conclusion</u>.  The survey data collected and tabulated by Pat McFerron, and relied upon in the Hans von Spakovsky report, violates numerous generally-accepted standards in social science research.  It certainly could not form the basis of published peer-reviewed academic research.  As such, my opinion is that the McFerron survey is not representative or reflective of the actual population of eligible voters in Kansas.


          I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I executed this declaration on this 10th day of June, 2016


_____

Matthew A. Barreto

---

[16] http://www.aapor.org/Education-Resources/For-Researchers/Poll-Survey-FAQ/Response-Rates-An-Overview.aspx

1
2
3
4
5
6
7
8
9
1
11
12
13
14
15
16
17
18
19
20
21
22
23

DECLARATION OF BARRETO AND SANCHEZ

# MATT A. BARRETO – BARRETOM@UCLA.EDU
## DEPT OF POLITICAL SCIENCE, 3284 BUNCHE HALL, LOS ANGELES CA 90095 / 909.489.2955

| | |
|---|---|
| **EMPLOYMENT:** | **Professor**, Political Science, University of California Los Angeles (2015 – present) |
| | **Professor,** Chicana/o Studies, University of California Los Angeles (2015 – present) |

Dept. Political Science, University of Washington
**Professor** (2014 – 2015)
**Associate Professor** (2009 – 2014)
**Assistant Professor** (2005 – 2009)
**Director,** Washington Institute for the Study of Ethnicity and Race
**Director,** Center for Democracy and Voting Rights, UW School of Law

Affiliated Research Centers

Chicano Studies Research Center (CSRC)
University of California, Los Angeles

Politics of Race, Immigration, and Ethnicity Consortium (PRIEC)
University of California, Riverside

Center for the Study of Los Angeles (CSLA)
Loyola Marymount University

**PERSONAL:**   Born: June 6, 1976
San Juan, Puerto Rico

High School: 1994, Washburn Rural HS, Topeka, KS

**EDUCATION:**   **Ph.D., Political Science, June 2005**
University of California – Irvine
Sub Fields: American Politics / Race, Ethnicity and Politics / Methodology
Thesis: Ethnic Cues: The Role of Shared Ethnicity in Latino Political Participation
Thesis Committee: Bernard Grofman (chair), Louis DeSipio, Katherine Tate, Carole Uhlaner
Thesis Awards: *Ford Foundation Dissertation Fellowship for Minorities, 04-05*
      *University of California President's Dissertation Fellowship, 04-05*
      *University of California Institute for Mexico & the U.S. Dissertation Grant, 04-05*

**Master of Science, Social Science, March 2003**
University of California – Irvine

**Bachelor of Science, Political Science, May 1998**
Eastern New Mexico University, Portales, NM
Minor: English.  Cumulative GPA: 3.9, *Summa Cum Laude*

**M.A. Barreto / UCLA / Curriculum Vitae / Feb 2016**

## PUBLICATION RECORD

Google Scholar citation indices:    Cites: 1,706    h-index: 21    i10-index: 32    Years post-PhD: 11    Cites/year: 155

### *BOOK MANUSCRIPTS:*

Barreto, Matt and Gary Segura. 2014. Latino America: How America's Most Dynamic Population is Poised to Transform the Politics of the Nation. Public Affairs Books. (Sept)

Barreto, Matt and David Leal, editors. 2015. Race, Class, and Precinct Quality in American Cities. Springer Press.

Christopher Parker and Matt Barreto. 2013. Change They Can't Believe In: The Tea Party and Reactionary Politics in America. Princeton University Press. *Winner: APSA Best Book Award for Race, Ethnicity, Politics, 2014*

Barreto, Matt. 2010. Ethnic Cues: The Role of Shared Ethnicity in Latino Political Participation. University of Michigan Press

### *PEER-REVIEWED ARTICLES*

49. Barreto, Matt, Collingwood, Loren, Christopher Parker, and Francisco Pedraza. 2015. "Racial Attitudes and Race of Interviewer Item Non-Response." *Survey Practice*. 8:3.

48. Barreto, Matt and Gary Segura 2015. "Obama y la seducción del voto Latino." *Foreign Affairs Latinoamérica*. 15:2 (Jul).

47. Barreto, Matt and Loren Collingwood 2015. "Group-based appeals and the Latino vote in 2012: How immigration became a mobilizing issue." *Electoral Studies*. 37 (Mar).

46. Collingwood, Loren, Matt Barreto and Sergio García-Ríos. 2014. "Revisiting Latino Voting: Cross-Racial Mobilization in the 2012 Election" *Political Research Quarterly*. 67:4 (Sep).

45. Bergman, Elizabeth, Gary Segura and Matt Barreto. 2014. "Immigration Politics and Electoral Consequences: Anticipating the Dynamics of Latino Vote in the 2014 Election" *California Journal of Politics and Policy*. (Feb)

44. Barreto, Matt and Sergio García-Ríos. 2012. "El poder del voto latino en Estados Unidos en 2012" *Foreign Affairs Latinoamérica*. 12:4 (Nov).

43. Collingwood, Loren, Matt Barreto and Todd Donovan. 2012. "Early Primaries, Viability and Changing Preferences for Presidential Candidates." *Presidential Studies Quarterly*. 42:1(Mar).

42. Barreto, Matt, Betsy Cooper, Ben Gonzalez, Chris Towler, and Christopher Parker. 2012. "The Tea Party in the Age of Obama: Mainstream Conservatism or Out-Group Anxiety?." *Political Power and Social Theory*. 22:1(Jan).

41. Dana, Karam, Matt Barreto and Kassra Oskooii. 2011. "Mosques as American Institutions: Mosque Attendance, Religiosity and Integration into the American Political System." *Religions*. 2:2 (Sept).

40. Barreto, Matt, Christian Grose and Ana Henderson. 2011. "Redistricting: Coalition Districts and the Voting Rights Act." *Warren Institute on Law and Social Policy*. (May)

39. Barreto, Matt and Stephen Nuño. 2011. "The Effectiveness of Co-Ethnic Contact on Latino Political Recruitment." *Political Research Quarterly*. 64 (June). 448-459.

38. Garcia-Castañon, Marcela, Allison Rank and Matt Barreto. 2011 "Plugged in or tuned out? Youth, Race, and Internet Usage in the 2008 Election." *Journal of Political Marketing*. 10:2 115-138.

37. Barreto, Matt, Victoria DeFrancesco, and Jennifer Merolla. 2011 "Multiple Dimensions of Mobilization: The Impact of Direct Contact and Political Ads on Latino Turnout in the 2000 Presidential Election." *Journal of Political Marketing*. 10:1

36. Barreto, Matt, Loren Collingwood, and Sylvia Manzano. 2010. "Measuring Latino Political Influence in National Elections" *Political Research Quarterly*. 63:4 (Dec)

35. Barreto, Matt, and Francisco Pedraza. 2009. "The Renewal and Persistence of Group Identification in American Politics." *Electoral Studies*. 28 (Dec) 595-605

34. Barreto, Matt and Dino Bozonelos. 2009. "Democrat, Republican, or None of the Above? Religiosity and the Partisan Identification of Muslim Americans" *Politics & Religion* 2 (Aug). 1-31

33. Barreto, Matt, Sylvia Manzano, Ricardo Ramírez and Kathy Rim. 2009. "Immigrant Social Movement Participation: Understanding Involvement in the 2006 Immigration Protest Rallies." *Urban Affairs Review*. 44: (5) 736-764

32. Grofman, Bernard and Matt Barreto. 2009. "A Reply to Zax's (2002) Critique of Grofman and Migalski  (1988): Double Equation Approaches to Ecological Inferences." *Sociological Methods and Research*. 37 (May)

31. Barreto, Matt, Stephen Nuño and Gabriel Sanchez. 2009.   "The Disproportionate Impact of Voter-ID Requirements on the Electorate – New Evidence from Indiana." *PS: Political Science & Politics*. 42 (Jan)

30. Barreto, Matt, Luis Fraga, Sylvia Manzano, Valerie Martinez-Ebers, and Gary Segura. 2008.   "Should they dance with the one who brung 'em? Latinos and the 2008 Presidential election" *PS: Political Science & Politics*. 41 (Oct).

29. Barreto, Matt, Mara Marks and Nathan Woods.   2008. "Are All Precincts Created Equal?  The Prevalence of Low- Quality Precincts in Low-Income and Minority Communities." *Political Research Quarterly*. 62

28. Barreto, Matt. 2007. "*Sí Se Puede!* Latino Candidates and the Mobilization of Latino Voters." *American Political Science Review*. 101 (August): 425-441.

27. Barreto, Matt and David Leal. 2007. "Latinos, Military Service, and Support for Bush and Kerry in 2004." *American Politics Research*. 35 (March): 224-251.

26. Barreto, Matt, Mara Marks and Nathan Woods. 2007. "Homeownership: Southern California's New Political Fault Line?" *Urban Affairs Review*. 42 (January). 315-341.

25. Barreto, Matt, Matt Streb, Fernando Guerra, and Mara Marks. 2006. "Do Absentee Voters Differ From Polling Place Voters? New Evidence From California." *Public Opinion Quarterly*. 70 (Summer): 224-34.

24. Barreto, Matt, Fernando Guerra, Mara Marks, Stephen Nuño, and Nathan Woods. 2006.  "Controversies in Exit Polling: Implementing a racially stratified homogenous precinct approach." *PS: Political Science & Politics*. 39 (July) 477-83.

23. Barreto, Matt, Ricardo Ramírez, and Nathan Woods.  2005. "Are Naturalized Voters Driving the California Latino Electorate? Measuring the Impact of IRCA Citizens on Latino Voting." *Social Science Quarterly*. 86 (December): 792-811.

22. Barreto, Matt. 2005. "Latino Immigrants at the Polls: Foreign-born Voter Turnout in the 2002 Election." *Political Research Quarterly*. 58 (March): 79-86.

21. Barreto, Matt, Mario Villarreal and Nathan Woods.  2005. "Metropolitan Latino Political Behavior:  Turnout and Candidate Preference in Los Angeles." *Journal of Urban Affairs*. 27(February): 71-91.

20. Leal, David, Matt Barreto, Jongho Lee and Rodolfo de la Garza. 2005.  "The Latino Vote in the 2004 Election." *PS: Political Science & Politics*. 38 (January): 41-49.

19. Marks, Mara, Matt Barreto and Nathan Woods.  2004. "Harmony and Bliss in LA? Race and Racial Attitudes a Decade After the 1992 Riots." *Urban Affairs Review*. 40 (September): 3-18.

18. Barreto, Matt, Gary Segura and Nathan Woods.  2004. "The Effects of Overlapping Majority-Minority Districts on Latino Turnout." *American Political Science Review*. 98 (February): 65-75.

17. Barreto, Matt and Ricardo Ramírez. 2004.  "Minority Participation and the California Recall: Latino, Black, and Asian Voting Trends 1990 – 2003." *PS: Political Science & Politics.* 37 (January): 11-14.

16. Barreto, Matt and José Muñoz.  2003. "Reexamining the 'politics of in-between': political participation among Mexican immigrants in the United States." *Hispanic Journal of Behavioral Sciences.* 25 (November): 427-447.

15. Barreto, Matt. 2003. "National Origin (Mis)Identification Among Latinos in the 2000 Census:  The Growth of the  "Other Hispanic or Latino" Category." *Harvard Journal of Hispanic Policy.* 15 (June): 39-63.

*Edited Volume Book Chapters*

14. Barreto, Matt and Christopher Parker. 2015. "Public Opinion and Reactionary Movements: From the Klan to the Tea Party" In Adam Berinsky (ed.) New Directions in Public Opinion. 2nd edition. New York: Routledge Press.

13. Barreto, Matt and Gabriel Sanchez. 2014. "A 'Southern Exception' in Black-Latino Attitudes?." In Anthony Affigne, Evelyn Hu-Dehart, Marion Orr (eds.) Latino Politics en Ciencia Política. New York: New York University Press.

12. Barreto, Matt, Ben Gonzalez, and Gabriel Sanchez. 2014. "Rainbow Coalition in the Golden State? Exposing Myths, Uncovering New Realities in Latino Attitudes Towards Blacks." In Josh Kun and Laura Pulido (eds.) Black and Brown in Los Angeles: Beyond Conflict and Coalition. Berkeley, CA: University of California Press.

11. Barreto, Matt, Loren Collingwood, Ben Gonzalez, and Christopher Parker. 2011. "Tea Party Politics in a Blue State: Dino Rossi and the 2010 Washington Senate Election" In William Miller and Jeremy Walling (eds.) Stuck in the Middle to Lose: Tea Party Effects on 2010 U.S. Senate Elections. Rowman & Littlefield Publishing Group.

10. Jason Morin, Gabriel Sanchez and Matt Barreto. 2011. "Perceptions of Competition Between Latinos and Blacks: The Development of a Relative Measure of Inter-Group Competition." In Edward Telles, Gaspar Rivera-Salgado and Mark Sawyer (eds.) Just Neighbors? Research on African American and Latino Relations in the US. New York: Russell Sage Foundation.

9. Grofman, Bernard, Frank Wayman and Matt Barreto. 2009. "Rethinking partisanship: Some thoughts on a unified theory." In John Bartle and Paolo Bellucci (eds.) Political Parties and Partisanship: Social identity and individual attitudes. New York: Routledge Press.

8. Barreto, Matt, Ricardo Ramírez, Luis Fraga and Fernando Guerra. 2009. "Why California Matters: How California Latinos Influence the Presidential Election." In Rodolfo de la Garza, Louis DeSipio and David Leal (eds.) Beyond the Barrio: Latinos in the 2004 Elections. South Bend, ID: University of Notre Dame Press..

7. Francisco Pedraza and Matt Barreto. 2008. "Exit Polls and Ethnic Diversity: How to Improve Estimates and Reduce Bias Among Minority Voters." In Wendy Alvey and Fritz Scheuren (eds.) Elections and Exit Polling. Hoboken, NJ: Wiley and Sons, Inc..

6. Adrian Pantoja, Matt Barreto and Richard Anderson. 2008. "Politics *y la Iglesia*: Attitudes Toward the Role of Religion in Politics Among Latino Catholics" In Michael Genovese, Kristin Hayer and Mark J. Rozell (eds.) Catholics and Politics. Washington, D.C: Georgetown University Press..

5. Barreto, Matt. 2007. "The Role of Latino Candidates in Mobilizing Latino Voters: Revisiting Latino Vote Choice." In Rodolfo Espino, David Leal and Kenneth Meier (eds.) Latino Politics: Identity, Mobilization, and Representation. Charlottesville: University of Virginia Press.

4. Abosch, Yishaiya, Matt Barreto and Nathan Woods. 2007. "An Assessment of Racially Polarized Voting For and Against Latinos Candidates in California." In Ana Henderson (ed.) Voting Rights Act Reauthorization of 2006: Perspectives on Democracy, Participation, and Power:. Berkeley, CA: UC Berkeley Public Policy Press.

3. Barreto, Matt and Ricardo Ramírez. 2005. "The Race Card and California Politics: Minority Voters and Racial Cues in the 2003 Recall Election." In Shaun Bowler and Bruce Cain (eds.) Clicker Politics: Essays on the California Recall. Englewood-Cliffs: Prentice-Hall.

2. Barreto, Matt and Nathan Woods. 2005. "The Anti-Latino Political Context and its Impact on GOP Detachment and Increasing Latino Voter Turnout in Los Angeles County." In Gary Segura and Shawn Bowler (eds.) Diversity in Democracy: Minority Representation in the United States. Charlottesville: University of Virginia Press.

1. Pachon, Harry, Matt Barreto and Frances Marquez. 2004. "Latino Politics Comes of Age in the Golden State." In Rodolfo de la Garza and Louis DeSipio (eds.) Muted Voices: Latino Politics in the 2000 Election. New York: Rowman & Littlefield

**M.A. BARRETO / UCLA / CURRICULUM VITAE / Feb 2016**

### *RESEARCH AWARDS AND FELLOWSHIPS*

| | | |
|---|---|---|
| July 2013 | Ford Foundation<br>Center for Democracy and Voting Rights | *$200,000 – 12 months* |
| April 2012 | American Values Institute [With Ben Gonzalez]<br>Racial Narratives and Public Response to Racialized Moments | *$40,000 – 3 months* |
| Jan 2012 | American Civil Liberties Union Foundation [With Gabriel Sanchez]<br>Voter Identification Laws in Wisconsin | *$60,000 – 6 months* |
| June 2011 | State of California Citizens Redistricting Commission<br>An Analysis of Racial Bloc Voting in California Elections | *$60,000 – 3 months* |
| Apr 2011 | Social Science Research Council (SSRC) [With Karam Dana]<br>Muslim and American? A national conference on the political and social<br>incorporation of American Muslims | *$50,000 – 18 months* |
| Jan 2011 | impreMedia [With Gary Segura]<br>Latino public opinion tracking poll of voter attitudes in 2011 | *$30,000 – 6 months* |
| Oct 2010 | National Council of La Raza (NCLR) [With Gary Segura]<br>Measuring Latino Influence in the 2010 Elections | *$128,000 – 6 months* |
| Oct 2010 | We Are America Alliance (WAAA) [With Gary Segura]<br>Latino and Asian American Immigrant Community Voter Study | *$79,000 – 3 months* |
| May 2010 | National Council of La Raza (NCLR) [With Gary Segura]<br>A Study of Latino Views Towards Arizona SB1070 | *$25,000 – 3 months* |
| Apr 2010 | Social Science Research Council (SSRC) [With Karam Dana]<br>Muslim and American? The influence of religiosity in Muslim political incorporation | *$50,000 – 18 months* |
| Oct 2009 | American Association of Retired Persons (AARP) [With Gary Segura]<br>Health care reform and Latino public opinion | *$25,000 – 3 months* |
| Nov 2008 | impreMedia & National Association of Latino Elected Officials (NALEO)<br>[With Gary Segura] 2008 National Latino Post-Election Survey, Presidential Election | *$46,000 – 3 months* |
| July 2008 | National Association of Latino Elected Officials (NALEO) [With Gary Segura]<br>Latino voter outreach survey – an evaluation of Obama and McCain | *$72,000 – 3 months* |
| June 2008 | The Pew Charitable Trusts, Make Voting Work Project<br>[with Karin MacDonald and Bonnie Glaser] Evaluating Online Voter Registration<br>(OVR) Systems in Arizona and Washington | *$220,000 – 10 months* |
| April 2008 | National Association of Latino Elected Officials (NALEO) &<br>National Council of La Raza (NCLR), 2008 Latino voter messaging survey | *$95,000 – 6 months* |
| Dec. 2007 | Research Royalty Fund, University of Washington<br>2008 Latino national post-election survey | *$39,000 – 12 months* |
| Oct. 2007 | Brenan Center for Justice, New York University<br>[with Stephen Nuño and Gabriel Sanchez]  Indiana Voter Identification Study | *$40,000 – 6 months* |
| June 2007 | National Science Foundation, Political Science Division [with Gary Segura]<br>American National Election Study – Spanish translation and Latino oversample | *$750,000 – 24 months* |

**M.A. Barreto / UCLA / Curriculum Vitae / Feb 2016**

*RESEARCH GRANTS AND FELLOWSHIPS CONTINUED…*

| | | |
|---|---|---|
| Oct. 2006 | University of Washington, Vice Provost for Undergraduate Education<br>Absentee voter study during the November 2006 election in King County, WA | *$12,000 – 6 months* |
| Mar. 2006 | Latino Policy Coalition Public Opinion Research Grant [with Gary Segura]<br>Awarded to the Washington Institute for the Study of Ethnicity and Race | *$40,000 – 18 months* |
| 2005 – 2006 | University of Washington, Institute for Ethnic Studies, Research Grant | *$8,000 – 12 months* |
| Mar. 2005 | Thomas and Dorothy Leavey Foundation Grant [with Fernando Guerra]<br>Conduct Exit Poll during Los Angeles Mayoral Election, Mar. 8 & May 17, 2005<br>Awarded to the Center for the Study of Los Angeles | *$30,000 – 6 months* |
| 2004 – 2005 | Ford Foundation Dissertation Fellowship for Minorities | *$21,000 – 12 months* |
| 2004 – 2005 | University of California President's Dissertation Fellowship | *$14,700 – 9 months* |
| 2004 – 2005 | University of California Mexico-US (UC MEXUS) Dissertation Grant | *$12,000 – 9 months* |
| Apr – 2004 | UC Regents pre-dissertation fellowship, University of California, Irvine, | *$4,700 – 3 months* |
| 2003 – 2004 | Thomas and Dorothy Leavey Foundation Grant [with Fernando Guerra]<br>Awarded to the Center for the Study of Los Angeles | *$20,000 – 12 months* |
| 2002 – 2003 | Ford Foundation Grant on Institutional Inequality [with Harry Pachon]<br>Conducted longitudinal study of Prop 209 on Latino and Black college admittance<br>Awarded to Tomás Rivera Policy Institute | *$150,000 – 12 months* |
| 2002 – 2003 | Haynes Foundation Grant on Economic Development [with Louis Tornatzky]<br>Knowledge Economy in the Inland Empire region of Southern California<br>Awarded to Tomás Rivera Policy Institute | *$150,000 – 18 months* |
| 2001 – 2002 | William F Podlich Graduate Fellowship, Center for the Study of Democracy,<br>University of California, Irvine | *$24,000 – 9 months* |

M.A. Barreto / UCLA / Curriculum Vitae / Feb 2016

### *ARTICLES UNDER REVIEW/WORKING PAPERS:*

Garcia-Rios, Sergio and Matt A. Barreto. "Politicized Immigrant Identity, Spanish Language Media and Immigrant Political Mobilization in 2012." Revise and Resubmit.

Barreto, Matt, Natalie Masuoka and Gabe Sanchez. "Religiosity, Discrimination and Group Identity Among Muslim Americans" Revise and Resubmit

Dana, Karam, Matt Barreto and Bryan Wilcox-Archuleta. "Religiosity and Muslim American Political Incorporation" [Under review]

Barreto, Matt, Stephen Nuño, and Gabriel Sanchez, Hannah Walker. "Race, Class and Barriers to Voting in the 21st Century: The Unequal Impact of Voter ID Laws." [Under review]

Barreto, Matt Karam Dana, and Kassra Oskooii. "No Sharia, No Mosque: Orientalist Notions of Islam and Intolerance Toward Muslims in the United States" [Under review]

Barreto, Matt, David Redlawsk and Caroline Tolbert. "Framing Barack Obama: Muslim, Christian or Black?" [ Under review ]

Barreto, Matt and Adrian Pantoja. "Politics and Religion in the Schoolhouse: Latino religiosity and attitudes towards education policies." [ Under review ]

Barreto, Matt and Gabe Sanchez. "Latinos, Blacks, and Black Latinos: Competition, Cooperation, or Indifference?" [ Under review ]

**M.A. BARRETO / UCLA / CURRICULUM VITAE / Feb 2016**

___

### _CONSULTING EXPERT_:

- Texas, 2014, Testifying Expert for Plaintiffs in Texas voter ID lawsuit, Veasey v. Perry 2:13-cv-00193
- Galveston County, TX Redistricting, 2013, Expert report for Dunn & Brazil, LLC, Demographic analysis, vote dilution analysis, and racially polarized voting analysis for Section 2 lawsuit Galveston County JP/Constable districting
- Pasadena, TX Redistricting, 2013, Expert report for Dunn & Brazil, LLC, Demographic analysis, voter registration analysis, and racially polarized voting analysis for Section 2 lawsuit within Pasadena School District
- Harris County, TX Redistricting, 2011, Testifying Expert for Dunn & Brazil, LLC, Demographic analysis, voter registration analysis, and racially polarized voting analysis for Section 2 lawsuit within Harris County
- Pennsylvania, 2012, Testifying Expert for ACLU Foundation of Pennsylvania in voter ID lawsuit, Applewhite v. Commonwealth of Pennsylvania No. 330 MD 2012
- Milwaukee County, WI, 2012, Testifying Expert for ACLU Foundation of Wisconsin in voter ID lawsuit, Frank v. Walker 2:11-cv-01128(LA)
- Orange County, FL, 2012, Consulting Expert for Latino Justice/PRLDEF, Racially polarized voting analysis in Orange County, Florida
- Anaheim, CA, 2012, Consulting Expert for Goldstein, Demchak & Baller Legal, Racially polarized voting analysis for CVRA redistricting case Anaheim, CA
- Los Angeles County, CA, 2011, Consulting Expert for Goldstein, Demchak & Baller Legal, Racially polarized voting analysis for three redistricting cases in L.A.: Cerritos Community College Board; ABC Unified Schools; City of West Covina
- Harris County, TX Redistricting, 2011, Consulting Expert for Dunn & Brazil, LLC, Demographic analysis, voter registration analysis, for Section 5 objection within Harris County
- Monterey County, CA Redistricting, 2011, Consulting Expert for City of Salinas, Demographic analysis, creation of alternative maps, and racially polarized Voting analysis within Monterey County
- Los Angeles County Redistricting Commission, 2011, Consulting Expert for Supervisor Gloria Molina, Racially Polarized voting analysis within L.A. County
- State of California, Citizens Redistricting Commission, 2011, Consulting Expert, Racially Polarized Voting analysis throughout state of California
- Asian Pacific American Legal Center, 2011, Racially Polarized Voting analysis of Asian American candidates in Los Angeles for APALC redistricting brief
- Lawyers' Committee for Civil Rights and Arnold & Porter, LLP, 2010-12, Racially Polarized Voting analysis of Latino and Asian candidates in San Mateo County, concerning San Mateo County Board of Supervisors
- ACLU of Washington, 2010-11, preliminary analysis of Latino population patterns in Yakima, Washington, to assess ability to draw majority Latino council districts
- State of Washington, 2010-11, provided expert analysis and research for _State of Washington v. MacLean_ in case regarding election misconduct and voting patterns
- Los Angeles County Chicano Employees Association, 2008-10, Racially Polarized Voting analysis of Latino candidates in L.A. County for VRA case, concerning L.A. County Board of Supervisors redistricting (6 reports issued 08-10)
- Brennan Center for Justice and Fried, Frank, Harris, Shriver & Jacobson LLP, 2009-10 Amicus Brief submitted to Indiana Supreme Court, _League of Women Voters v. Rokita_, regarding access to voter identification among minority and lower resource citizens
- State of New Mexico, consulting expert for state in _AAPD v. New Mexico_, 2008,
- District of Columbia Public Schools (DCPS), statistical consultant for survey methodology of opinion survey of parents in DCPS district (for pending suit), 2008,
- Brennan Center for Justice, 2007-08, Amicus Brief submitted to U.S. Supreme Court, and cited in Supreme Court decision, _Crawford v. Marion County_, regarding access to voter identification among minority and lower-resource citizens
- Los Angeles County Chicano Employees Association, 2002-07, Racially Polarized Voting analysis of Latino candidates in L.A. County for VRA case, concerning L.A. County Board of Supervisors redistricting (12 + reports issued during 5 years)
- Monterrey County School Board, 2007, demographic and population analysis for VRA case
- Sweetwater Union School District, 2007-08, Racially Polarized Voting analysis, and demographic and population analysis for VRA case
- Mexican American Legal Defense Fund, 2007-08, Racially Polarized Voting analysis for Latino candidates, for City of Whittier city council races, for VRA case
- ACLU of Washington, 2008, preliminary analysis of voting patterns in Eastern Washington, related to electability of Latino candidates
- Nielsen Media Research, 2005-08, with Willie C. Velasquez Institute, assessed the methodology of Latino household recruitment in Nielsen sample

___

M.A. BARRETO / UCLA / CURRICULUM VITAE / Feb 2016

| | | |
|---|---|---|
| ***TEACHING EXPERIENCE:*** | UCLA & UW | 2005 – Present |

- Minority Political Behavior (Grad Seminar)
- Politics of Immigration in the U.S. (Grad Seminar)
- Introduction to Empirical/Regression Analysis (Grad Seminar)
- Advanced Empirical/Regression Analysis (Grad Seminar)
- Political Participation & Elections (Grad Seminar)
- The Voting Rights Act (Law School seminar)
- Research methodology II  (Law School Ph.D. program seminar)
- U.S. Latino Politics
- Racial and Ethnic Politics in the U.S.
- Politics of Immigration in the U.S.
- Introduction to American Government
- Public Opinion Research
- Campaigns and Elections in the U.S.
- Presidential Primary Elections

**Teaching Assistant**
University of California, Irvine                                             2002 – 2005

- Intro to American Politics (K. Tate)
- Intro to Minority Politics (L. DeSipio)
  **Recognized as Outstanding Teaching Assistant, Winter 2002**
- Statistics and Research Methods (B. Grofman)
  **Recognized as Outstanding Teaching Assistant, Winter 2003**

***BOARD & RESEARCH APPOINTMENTS***

**Founding Partner**
Latino Decisions                                                              2007 – Present

**Senior Research Fellow**
Center for the Study of Los Angeles, Loyola Marymount University              2002 – Present

**Board of Advisors**
American National Election Study, University of Michigan                      2010 – Present

**Research Advisor**
American Values Institute / Perception Institute                             2009 – Present

**Advisory Board**
States of Change: Demographics & Democracy Project                           2014 – Present
*CAP, AEI, Brookings Collaborative Project*

**Expert Consultant**
State of California, Citizens Redistricting Committee                         2011 – 2012

**Senior Scholar & Advisory Council**
Latino Policy Coalition, San Francisco, CA                                    2006 – 2008

**Board of Directors**
CASA Latina, Seattle, WA                                                      2006 – 2009

**Faculty Research Scholar**
Tomás Rivera Policy Institute, University of Southern California              1999 – 2009

**M.A. BARRETO / UCLA / CURRICULUM VITAE / Feb 2016**

***PHD STUDENTS***       UCLA & UW

**Committee Chair or Co-Chair**
- Francisco I. Pedraza – Texas A&M University (UW Ph.D. 2008)
- Loren Collingwood – University of California, Riverside (UW Ph.D. 2012)
- Betsy Cooper – Public Religion Research Institute, Washington DC (UW Ph.D. 2014)
- Sergio I. Garcia-Rios – Cornell University (UW Ph.D. 2015)
- Hannah Walker – Rutgers University (UW Ph.D. 2016)
- Kassra Oskooii – *in progress* (UW ABD)
- Angela Ocampo – *in progress* (UCLA ABD)
- Ayobami Laniyonu – *in progress* (UCLA ABD)

**Committee Member**
- Raynee Gutting – Loyola Marymount University (Stony Brook Ph.D. 2015)
- Christopher Towler – Western Washington University (UW Ph.D. 2014)
- Benjamin F. Gonzalez – Highland College (UW Ph.D. 2014)
- Marcela Garcia-Castañon – San Francisco State University (UW Ph.D. 2013)
- Justin Reedy (Communications) – University of Oklahoma (UW Ph.D. 2012)
- Dino Bozonelos – Cal State San Marcos (UC Riverside Ph.D. 2012)
- Brandon Bosch – University of Nebraska (UW Ph.D. 2012)
- Karam Dana (Middle East Studies) – UW Bothell (UW Ph.D. 2010)
- Jessica Stewart – *in progress* (UCLA ABD)
- Jonathan Collins – *in progress* (UCLA ABD)
- Patrick Rock (Social Psychology) – *in progress* (UCLA ABD)
- Nazita Lajevardi – *in progress* (UC San Diego ABD)
- Kiku Huckle – *in progress* (UW ABD)

**Exhibit B**

Poll: Trump leads in Oklah ×

newsok.com/article/5480910

**NewsOK** | HOME | SPORTS | NEWS | BUSINESS | OPINION | A&E | BLOGS | LIFE | WEATHER | PHOTOS |

NewsOK Blogs / *Politics Blog* ›

# Poll: Trump leads in Oklahoma days before Super Tuesday

 by Silas Allen • Published: February 24, 2016 • *Updated: Feb 24, 2016*

964
shares







Republican presidential candidate Donald Trump speaks Tuesday in Las Vegas. Trump is leading in Oklahoma just days before the state's presidential primary elections, according to a poll released Thursday. Photo by Jae C. Hong, Associated Press

With less than a week before election day, Donald Trump is widening his lead in Oklahoma's Republican primary race, according to a poll released Wednesday.

The real estate mogul is holding an eight-point lead over Florida Sen. Marco Rubio, with 29 percent to Rubio's 21 percent, according to the poll. That lead has widened from just 5 percent two weeks ago.

Meanwhile, Rubio has overtaken Texas Sen. Ted Cruz, who was in second place two weeks ago with 25 percent. Cruz polled at 20 percent in this week's poll.

Retired neurosurgeon Ben Carson came in fourth, with 6 percent, and Ohio Gov. John Kasich was fifth, with 5 percent. Another 18 percent told pollsters they remained undecided, and 2 percent said they planned to vote for another candidate.



VIDEO:
Poll: Trump leads in
Oklahoma days before
Super Tuesday

The poll was conducted by Cole Hargrave Snodgrass and Associates, an Oklahoma City-based polling firm, on Monday and Tuesday. Pollsters contacted 400 Republican likely voters by cell phone and land line. The poll has a margin for error of 4.9 percent.

"Trump's lead relies on men, national security issue voters and those focused on individual liberties," said pollster Pat McFerron. "Trump performs best among lower income households, those over 45 and those with a history of rarely voting in Republican primaries, though there is statistical tie among the top three candidates among the most reliable primary voters."

ADVERTISEMENT



MileCards.com

50,000+
BONUS POINTS

Travel Card
1234 5678 9876 5432
CARDHOLDER

From our #1 rated card
Worth $625 in flights or convert the points to real airline miles

