FILED  
United States Court of Appeals  
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

August 30, 2017

———————————————

Elisabeth A. Shumaker  
Clerk of Court

STEVEN WAYNE FISH, on behalf of themself and all others similarly situated; DONNA BUCCI, on behalf of themself and all others similarly situated; CHARLES STRICKER, on behalf of themself and all others similarly situated; THOMAS J. BOYNTON, on behalf of themself and all others similarly situated; DOUGLAS HUTCHINSON, on behalf of themself and all others similarly situated; THE LEAGUE OF WOMEN VOTERS OF KANSAS,

    Plaintiffs - Appellees,

v.

KRIS W. KOBACH, in his official capacity as Secretary of State for the State of Kansas,

    Defendant - Appellant.

No. 17-3161  
(D.C. No. 2:16-cv-02105-JAR-JPO)  
(D. Kan.)

———————————————

**ORDER**

———————————————

    Appellant's motion to dismiss this matter is granted.  *See* 10th Cir. R. 27.4(A)(9) and Fed. R. App. P. Rule 42(b).

    A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk