**CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET**

STEVEN WAYNE FISH, et al
                Plaintiffs

   v.                                                   CASE NO. 16-2105-JAR

KRIS W. KOBACH,
                Defendant

Location:  Kansas City, Kansas

| JUDGE: | Julie A. Robinson | DATE: | 10/25/2017 |
|---|---|---|---|
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Kelli Stewart |
| INTERPRETER: |  | PRETRIAL/PROBATION: |  |

## TELEPHONE STATUS CONFERENCE

This case comes on for a telephone status conference.  Plaintiffs Fish, Bucci, Stricker, Boynton, Hutchinson and League of Women's Voters of Kansas appear by counsel, Orion Danjuma and Sophia Lakin.  Defendant Kobach appears by his counsel, Susan Becker.

The Court hears argument from the parties about the extent to which references to Secretary Kobach's deposition testimony, attached in full as Ex. DD to Doc. 396, should be unredacted and unsealed pursuant to the Court's October 5, 2017 Memorandum and Order.

D. Kan. Local Rule 56.1(d) only requires that relevant portions of depositions be attached to summary judgment briefing.  Given this rule, and the fact that Defendant does not oppose unsealing the specific references to his testimony found in the summary judgment briefs, the Court finds that Plaintiff may refile as an unsealed exhibit the excerpts of Secretary Kobach's deposition transcript that were actually referenced in their consolidated response and reply memorandum on summary judgment (Doc. 396), along with pages from the transcript that may be necessary to provide context to the cited-to testimony.  The full transcript shall remain sealed.

The Court  orders that: (1) the Clerk shall unseal Plaintiffs' unredacted summary judgment briefs (Docs. 373 and 396); (2) the Clerk shall unseal the Court's unredacted October 5, 2017 Memorandum and Order (Doc. 406); (3) Defendant  shall file an amended redacted reply brief that omits all redactions except for footnote 2; (4) Ex. DD attached to Doc. 396 (the full deposition testimony) shall remain under seal; and (5) Plaintiffs shall file the excerpts from Ex. DD referenced in their brief, along with content that provides necessary context.  The parties shall file these documents forthwith.