## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **STEVEN WAYNE FISH, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | Case No. 16-02105-JAR-JPO |
| ) | |
| **KRIS KOBACH, in his official capacity** ) | |
| **As Secretary of State for the State of** ) | |
| **Kansas,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

COMES NOW J. Brian Cox and hereby gives notice of withdrawal of his appearance as counsel of record for the terminated defendant Nick Jordan. Pursuant to D. Kan. 83.5.5(b), M.J. Willoughby, Assistant Attorney General, remains as counsel of record for Nick Jordan. This Notice is being served as required by D. Kan. 83.5.5(b).

> Respectfully submitted,
> /s J. Brian Cox
> J. Brian Cox, #11089
> Legal Services Bureau, KDR
> Docking State Office Building
> 915 SW Harrison
> Topeka, KS  66612-1588
> Phone  (785) 296-2381
> FAX    (785) 296-5213
> Email  brian.cox@ks.gov

1

2

## CERTIFICATE OF SERVICE

    I hereby certify that on this 15th day of December, 2017, I electronically filed the above and foregoing with the Clerk of the Court by using the CM/ECF system which will serve a copy on all counsel of record in the case. As required by D. Kan. 83.5.5(b), a copy of the above and foregoing Notice was also served upon Nick Jordan by email the same day.

                                          /s J. Brian Cox
                                          J. Brian Cox