# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| STEVEN WAYNE FISH, et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>KRIS KOBACH, in his official capacity as Secretary of State for the State of Kansas, et al.,<br><br>    Defendants. | Case No. 16-2105-JAR-JPO |

## JOINT STATUS REPORT

The parties in the above-captioned matter submit this joint status report regarding the trial to be held in conjunction with *Bednasek v. Kobach*, D. Kan. Case No. 15-9300-JAR.

On May 10, 2017, the Court held a telephone status conference, scheduling trial for March 6, 2018 and indicating that any trial in the above-captioned matter would be held seriatim with the *Bednasek* case only to the extent there is overlap between the two matters. On January 3, 2018, the Court issued a ruling on Defendant and *Fish* Plaintiffs' cross-motions for summary judgment, determining that certain issues remained for trial. Doc. No. 421 at 36. Pursuant to the Amended Pretrial Order, Doc. No. 353 at 31-32, *Fish* Plaintiffs and Defendant have met and conferred regarding the most efficient way to try this case in connection with *Bednasek*.

The parties in the above-captioned case propose that trial in the two cases be held as follows: (1) the *Fish* Plaintiffs, followed by the *Bednasek* Plaintiffs, will each present their

1

2

respective cases-in-chief seriatim; (2) Defendant will present its defense in *Fish*, then its defense in *Bednasek*, followed by overlapping defenses; (3) the *Fish* Plaintiffs, followed by the *Bednasek* Plaintiffs will respectively call rebuttal witnesses (if any) responsive to Defendant's case. Counsel for the *Fish* Plaintiffs has conferred with counsel for the *Bednasek* Plaintiffs, and they consent to holding trial along these lines.

In addition, counsel for Defendant and the *Fish* Plaintiffs conferred and agreed to discuss the possibility of reaching additional stipulations as to facts, exhibits, and deposition testimony, which may further streamline trial proceedings. The parties will be prepared to discuss the possibility of such additional stipulations and further details related to trial with the Court at the next pretrial conference. Doc. No. 339.

Dated this 8th day of January, 2018.

Respectfully Submitted,

/s/ Stephen Douglas Bonney
STEPHEN DOUGLAS BONNEY (#12322)
ACLU Foundation of Kansas
6701 W. 64th Street, Suite 210
Overland Park, Kansas 66202
(913) 490-4102
dbonney@aclukansas.org

DALE HO*
R. ORION DANJUMA*
SOPHIA LIN LAKIN*
American Civil Liberties Union Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2693
dale.ho@aclu.org
odanjuma@aclu.org
slakin@aclu.org

NEIL A. STEINER*
REBECCA KAHAN WALDMAN*
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797
Phone: (212) 698-3500
Fax: (212) 698-3599
neil.steiner@dechert.com
rebecca.waldman@dechert.com

ANGELA M. LIU*
Dechert LLP
35 West Wacker Drive
Suite 3400
Chicago, IL 60601-1608
Phone: (312) 646-5800
Fax: (312) 646-5858
angela.liu@dechert.com

*Attorneys for the* Fish *Plaintiffs*
*admitted pro hac vice*

SUE BECKER (KS #27806)
GARRETT ROE (KS #26867)
Kansas Secretary of State's Office
Memorial Hall, 1st Floor
120 S.W. 10th Avenue
Topeka, Kansas 66612
Phone: (785) 296-3483
Fax: (785) 368-8032
sue.becker@ks.gov
garrett.roe@ks.gov

KRIS W. KOBACH (KS #17280)
Kansas Secretary of State's Office
Memorial Hall, 1st Floor
120 S.W. 10th Avenue
Topeka, Kansas 66612
Phone: (785) 296-2034
Fax: (785) 368-8032
kris.kobach@ks.gov

*Attorneys for Defendant, Secretary of State Kris Kobach*

3

4

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on January 8, 2018, I electronically filed the foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ *Stephen Douglas Bonney*

STEPHEN DOUGLAS BONNEY (#12322)
*Attorney for Plaintiffs*