IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, *et al.*, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>KRIS KOBACH, in his official capacity as Secretary of State for the State of Kansas, *et al.*,<br><br>  Defendants. | Case No. 16-2105-JAR-JPO |

**PLAINTIFFS' MOTION TO ENFORCE COURT ORDERS
AND FOR ORDER TO SHOW CAUSE WHY
DEFENDANT KOBACH SHOULD NOT BE HELD IN CONTEMPT**

Plaintiffs Steven Wayne Fish, Donna Bucci, Charles Stricker, Thomas J. Boynton, Douglas Hutchinson, and the League of Women Voters Kansas ("LWVK," and collectively with Fish, Bucci, Stricker, Boynton, and Hutchinson, "Plaintiffs") hereby request an order to enforce court orders that directs Defendant Kobach to comply with: (i) the Preliminary Injunction Order of May 17, 2016 (Doc. 129) ("PI Order") and (ii) the Memorandum and Order issued by this Court on October 14, 2016 (Doc. 241) ("Public Notice Order") by requiring him to:

  1.  Instruct local elections officials to send certificates of registration to covered voters; and

  2.  Update the *State of Kansas: County Election Manual* immediately to make clear that, at this time, covered voters are exempt from the DPOC requirement.

Plaintiffs further request the Court to issue an order to show cause why Defendant Kobach should not be held in contempt. As further discussed in Plaintiffs' accompanying

1

Memorandum of Law and Facts, Defendant Kobach has disregarded both the PI Order's directive that he is to "register for federal elections all otherwise eligible motor voter registration applicants that have been cancelled or are in suspense due solely to their failure to provide DPOC," *Fish v. Kobach*, 189 F. Supp. 3d 1107, 1152 (D. Kan. 2016), *aff'd*, 840 F.3d 710 (10th Cir. 2016), and the Public Notice Order's directive that he is to "provid[e] [voters] with *consistent* information about the law as it stands now, with the caveat that it would be subject to further official notice." Public Notice Order at 4 (emphasis added).

In the alterative, Plaintiffs respectfully request that the Court amend the Public Notice Order to explicitly state that Defendant must:

1. Instruct local elections officials to send certificates of registration to covered voters; and

2. Update the County Election Manual immediately to make clear that, at this time, covered voters are exempt from the DPOC requirement.

DATED this 8th day of January, 2018.

Respectfully submitted,

| /s/ Stephen Douglas Bonney | /s/ Dale E. Ho |
|---|---|
| STEPHEN DOUGLAS BONNEY (#12322) | DALE E. HO* |
| American Civil Liberties Union of Kansas | R. ORION DANJUMA* |
| 6701 W 64th St., Suite 210 | SOPHIA LIN LAKIN* |
| Overland Park, KS 66202 | American Civil Liberties Union Foundation, |
| Phone: (913) 490-4100 | 125 Broad St. |
| Fax: (913) 490-4119 | New York, NY 10004 |
| dbonney@aclukansas.org | Phone: (212) 549-2693 |
| | dale.ho@aclu.org |
| | odanjuma@aclu.org |
| | slakin@aclu.org |
| NEIL A. STEINER* | ANGELA M. LIU* |
| REBECCA KAHAN WALDMAN* | Dechert LLP |
| DAPHNE T. HA* | 35 West Wacker Drive |
| Dechert LLP | Suite 3400 |
| 1095 Avenue of the Americas | Chicago, Illinois 60601-1608 |
| New York, NY 10036 | Phone: (312) 646 5816 |
| T: (212) 698-3822 | Fax: (312) 646 5858 |
| F: (212) 698-3599 | angela.liu@dechert.com |
| neil.steiner@dechert.com | |
| rebecca.waldman@dechert.com | |
| daphne.ha@dechert.com | |

*Counsel for Plaintiffs*

\* admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 8th day of January, 2018, I electronically filed the foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ *Stephen Douglas Bonney*
STEPHEN DOUGLAS BONNEY (#12322)

*Attorney for Plaintiffs*