# EXHIBIT D

| | |
|---|---|
| **From:** | Becker, Sue [KSOS] <Sue.Becker@ks.gov> |
| **Sent:** | Thursday, July 27, 2017 2:01 AM |
| **To:** | Doug Bonney |
| **Cc:** | Roe, Garrett [KSOS] |
| **Subject:** | Fish v. Kobach: July 19 Letter |

Mr. Bonney,

Thank you for your July 19 letter regarding your concerns on behalf of confused Kansas voter registrants. We are reviewing it and will respond to your concerns as soon as possible.

**Sue Becker** | XXXXXXXXX

Kansas Secretary of State | 785-296-3483 P | 785-368-8032 F | www.sos.ks.gov
Memorial Hall, 1st Floor | 120 S.W. 10th Avenue | Topeka, KS 66612-1594

