# EXHIBIT E

| | |
|---|---|
| **From:** | Doug Bonney <dbonney@aclukansas.org> |
| **Sent:** | Thursday, August 31, 2017 3:43 PM |
| **To:** | Becker, Sue [KSOS] |
| **Cc:** | Roe, Garrett [KSOS]; Dale Ho; Orion Danjuma; Sophia Lakin |
| **Subject:** | RE: Fish v. Kobach: July 19 Letter |

Sue,

It has now been nearly six weeks since I sent my letter dated July 19 to Secretary Kobach regarding the problems with website and other notices currently in use in Kansas.  You responded more than a month ago indicating that your office was "reviewing it and will respond to [our] concerns as soon as possible."  I have not heard from you since July 27.  At your very earliest convenience, please provide me with a detailed response to the concerns raised in my letter dated July 19.

Doug Bonney
Chief Counsel & Legal Director
ACLU Foundation of Kansas
Direct: (913) 490-4102

"[L]iterature should not be suppressed merely because it offends the moral code of the censor."

-- Justice William O. Douglas, Dissenting
*Roth v. United States*, 354 U.S. 476, 513 (1957)


**From:** Becker, Sue [KSOS] [mailto:Sue.Becker@ks.gov]
**Sent:** Thursday, July 27, 2017 1:01 AM
**To:** Doug Bonney <dbonney@aclukansas.org>
**Cc:** Roe, Garrett [KSOS] <Garrett.Roe@ks.gov>
**Subject:** Fish v. Kobach: July 19 Letter

Mr. Bonney,

Thank you for your July 19 letter regarding your concerns on behalf of confused Kansas voter registrants.  We are reviewing it and will respond to your concerns as soon as possible.

**Sue Becker** | XXXXXXXXX

Kansas Secretary of State | 785-296-3483 P | 785-368-8032 F | www.sos.ks.gov
Memorial Hall, 1st Floor | 120 S.W. 10th Avenue | Topeka, KS 66612-1594

