# EXHIBIT G

Shawnee County Election Office
3420 SW Van Buren St
Topeka, KS 66611

RETURN SERVICE REQUESTED

| | |
|---|---|
| U.S. Representative: 0002 | **CERTIFICATE OF REGISTRATION** |
| KS Senate: 0020 | Issue date: 10/3/2017 |
| KS Representative: 0052 | Registrant ID:  |
| State Board of Educa 0004 | Precinct: Ward Pct 1216 |
| County Commission: 3 | Voting Place: Covenant Baptist Church 12/16 |
| City Council: 7 | 5440 SW 37th St |
| School District: 437 | Front Door South Side |
| School Member Distr 437C | |
| Party:  | |

Redacted

Please keep for your information.

---

*(Card reverse, printed upside-down:)*

**Shawnee County Voter Registration Certificate** 

If The Person Named On The Front of this card no longer resides here, please write "return to sender" on the front and place in your mail box.

This certificate of registration contains:
➤ Your Voting Precinct
➤ Your Party Affiliation
➤ Your Voting Place *
➤ Districts of Your Elected Officials

( * subject to change with every election)

**NOTE:** If you move or change your name, you must re-register.

Andrew Howell, Shawnee County Election Commissioner
Election Office, 3420 SW Van Buren St., Topeka, KS 66611
Phone: (785) 251-5900   E-mail: electionoffice@snco.us
Web Site: www.snco.us/election

(This is a new office address and phone number.)

Election workers are always needed. If interested, call (785) 251-5900.

This card may not be used for voting identification.