## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

STEVEN WAYNE FISH, ET AL.,

      **Plaintiffs,**

      **v.**                                   **Case No. 16-2105-JAR-JPO**

KRIS KOBACH, KANSAS SECRETARY OF
STATE,

      **Defendant.**

### ORDER SETTING PRETRIAL FILING DEADLINES

This case is set for a bench trial beginning  March 6, 2018, in Courtroom 427, Kansas City, Kansas.  In addition, the Court sets the following deadlines.

**I.**      **WITNESSES AND EXHIBITS.**

      **a.**      **Final Witness And Exhibit Disclosures Under Rule 26(a)(3).**  No later than January 30, 2018, the parties shall file final witness and exhibit disclosures pursuant to Fed. R. Civ. P. 26(a)(3)(A).  The parties' final witness lists shall specify which witnesses will be called live, and which will be called via written or video deposition. With regard to each witness disclosed under Fed. R. Civ. P. 26(a)(3)(A)(i), the disclosures also shall set forth the subject matter of the expected testimony and a brief synopsis of the substance of the facts to which the witness is expected to testify. Witnesses expected to testify as experts shall be so designated. Witnesses and exhibits disclosed by one party may be called or offered by any other party. Witnesses and exhibits not so disclosed and exchanged as required by the Court's order shall not be permitted to testify or be received in evidence, respectively, except by agreement of counsel or upon order of the Court.

      **b.**      **Objections.**  No later than February 13, 2018, the parties shall file any objections

under Fed. R. Civ. P. 26(a)(3)(B). The Court shall deem waived any objection not timely asserted, unless excused by the Court for good cause shown.

      **c.**      **Exhibits.**  No later than February 27, 2018, the parties shall mark all exhibits. The parties shall exchange copies of exhibits at or before the time they are marked.  The parties shall also prepare lists of their expected exhibits for use by the courtroom deputy clerk and the court reporter.  In marking exhibits, the parties shall use preassigned ranges of numbered exhibits.  Plaintiff(s) shall use Exhibit Nos. 1-800; Defendant(s) shall use Exhibit Nos. 801 and higher. The parties shall mark each exhibit that they expect to offer with an exhibit sticker and place each exhibit in a three-ring notebook with numbered tabs that correspond to the numbered exhibits.

      Parties are expected to use presentation technology available in the  courtroom to display evidence to the jury. Training on the equipment should be  arranged well in advance of trial with the courtroom deputy. See "Courtroom Technology" link on the district website at http://ks.uscourts.gov.

      **d.**      **Deposition Testimony.**  No later than January 30, 2018, consistent with Fed. R. Civ. P. 26(a)(3)(A)(ii), any deposition testimony which a party seeks to offer other than to impeach a testifying witness shall be designated by page and line in a pleading and filed.  No later than February 13, 2018, any counter-designations in accordance with Fed. R. Civ. P. 32(a)(6), together with any objections to designations made by the offering party, shall be filed. No later than February 20, 2018, any objections to the counter-designations shall be filed. Before filing any objections, the parties shall have conferred in good faith to resolve the dispute among themselves.  No later than February 27, 2018, to facilitate the Court's ruling on any objections to designations or counter-designations, the party seeking to offer the deposition

testimony shall provide the Court a copy of each deposition transcript at issue.  Red highlighting shall be used to identify the testimony that plaintiffs have designated, blue highlighting shall be used for defendant, and green highlighting shall be used to identify the objections to any designated testimony.  After receiving and reviewing these highlighted transcripts, the Court will issue its rulings regarding any objections.  The parties shall then file the portions of the depositions to be used at trial in accordance with D. Kan. Rule 32.1 and submit any videotape or DVD edited testimony to reflect the designations and the Court's rulings on objections.

## II.     MOTIONS.

Absent an order of the Court, the arguments and authorities section of briefs or memoranda submitted in connection with all further motions or other pretrial matters shall not exceed 20 pages.

**a.      Pending Motions.**  Plaintiffs' Motion for Contempt (Doc. 423), filed on January 8, 2018.

**b.      Motions In Limine.**  The parties shall file all motions in limine no later than February 13, 2018.  The parties shall file briefs in opposition to motions in limine within the time period required by D. Kan. Rule 6(1)(d)(1), or at least February 20, 2018, whichever is earlier. Absent leave of the Court, the parties shall not file reply briefs in support of motions in limine.

## III.    PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

No later than February 20, 2018, a party may submit a set of proposed findings of fact and conclusions of law which complies with the requirements of D. Kan. Rule 7.6. The Court does not require proposed findings of fact and conclusions of law but finds them helpful if the parties anticipate that unique or difficult issues of law will arise during trial.

**IV.     GUIDELINES FOR CIVIL AND CRIMINAL PROCEEDINGS**

The parties are encouraged to review Judge Robinson's Guidelines for Civil and Criminal Proceedings, available at http://www.ksd.uscourts.gov/julie-a-robinson/ for further information about Judge Robinson's preferences and requirements for trial.

Dated: January 10, 2018

S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE

| Event | Deadline/Setting |
|---|---|
| Trial | March 6, 2018 |
| Final witness & exhibit disclosures | January 30, 2018 |
| Deposition testimony designated | January 30, 2018 |
| Motions in limine | February 13, 2018 |
| Objections to final witness & exhibit disclosures | February 13, 2018 |
| Objections to deposition designations, along with counter-designations | February 13, 2018 |
| Briefs in opposition to motions in limine | February 20, 2018 |
| Objections to counter-designations of deposition testimony | February 20, 2018 |
| Preliminary sets of proposed findings of fact and conclusions of law in bench trials | February 20, 2018 |
| Exhibits marked | February 27, 2018 |
| Submission of disputes concerning designated deposition testimony | February 27, 2018 |