# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 16-2105-JAR-JPO |
| ) | |
| KRIS KOBACH, in his official capacity as ) | |
| Secretary of State for the State of Kansas, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## DEFENDANT'S INDEX OF EXHIBITS TO MOTION TO EXCLUDE TESTIMONY OF LORRAINE MINNITE

1. Minnite's First Expert Report, dated 2/25/16

2. Minnite's Second Expert Report, dated 4/12/16

3. Minnite's Third Expert Report, dated 3/31/17

4. Cornell University Press, In-House Process from Manuscript to Bound Book

5. Minnite Deposition Transcript, dated 6/02/16

6. "Impact of States' Voter Laws Can Be Difficult to Identify," available at http://www.demos.org/news/impact-states-voter-laws-can-be-difficult-identify.

7. The Myth of Voter Fraud excerpt, by Minnite, published by Cornell University Press, 2010.

8. The Politics of Voter Fraud, report by Minnite, excerpt, 2007.