**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS**

| | |
|---|---|
| STEVEN WAYNE FISH, *et al.*, on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>v.<br><br>KRIS KOBACH, in his official capacity as Secretary of State for the State of Kansas, *et al.*,<br><br>         Defendants. | **Case No. 16-2105-JAR-JPO** |

**PLAINTIFFS' DESIGNATION OF
KRIS KOBACH'S DEPOSITION TESTIMONY**

Plaintiffs Steven Wayne Fish, Donna Bucci, Charles Stricker, Thomas J. Boynton, Douglas Hutchinson, and the League of Women Voters Kansas ("LWVK" and collectively with Fish, Bucci, Stricker, Boynton, and Hutchinson, "Plaintiffs") designate the following portions of the videotaped deposition of Kris Kobach to be used at the trial of the above-captioned matter:

| No. | Start | End |
|---|---|---|
| 1 | 1:1 | 4:25 |
| 2 | 10:1 | 17:4 |
| 3 | 18:3 | 26:10 |
| 4 | 30:7 | 33:7 |
| 5 | 37:9 | 37:19 |
| 6 | 39:15 | 42:25 |
| 7 | 44:5 | 50:23 |
| 8 | 52:22 | 58:23 |
| 9 | 62:7 | 63:3 |
| 10 | 66:9 | 67:25 |
| 11 | 69:15 | 71:13 |
| 12 | 72:18 | 75:25 |

DATED this 30th day of January, 2018.

Respectfully submitted,

/s/ Stephen Douglas Bonney
STEPHEN DOUGLAS BONNEY (#12322)
American Civil Liberties Union of Kansas
6701 W 64th St., Suite 210
Overland Park, KS 66202
Phone: (913) 490-4100
Fax: (913) 490-4119
dbonney@aclukansas.org

DALE HO*
R. ORION DANJUMA*
SOPHIA LIN LAKIN*
American Civil Liberties Union Foundation,
125 Broad St.
New York, NY 10004
Phone: (212) 549-2693
dale.ho@aclu.org
odanjuma@aclu.org
slakin@aclu.org

NEIL A. STEINER*
REBECCA KAHAN WALDMAN*
DAPHNE T. HA*
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
T: (212) 698-3822
F: (212) 698-3599
neil.steiner@dechert.com
rebecca.waldman@dechert.com
daphne.ha@dechert.com

ANGELA M. LIU*
Dechert LLP
35 West Wacker Drive
Suite 3400
Chicago, Illinois 60601-1608
Phone: (312) 646 5816
Fax: (312) 646 5858
angela.liu@dechert.com

*Counsel for Plaintiffs*

\* admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 30th day of January, 2018, I electronically filed the foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ *Stephen Douglas Bonney*
STEPHEN DOUGLAS BONNEY (#12322)

*Attorney for Plaintiffs*