# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, *et al.*, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>KRIS KOBACH, in his official capacity as Secretary of State for the State of Kansas, *et al.*,<br><br>    Defendants. | Case No. 16-2105-JAR-JPO |

## PLAINTIFFS' EXHIBIT LIST

Plaintiffs Steven Wayne Fish, Donna Bucci, Charles Stricker, Thomas J. Boynton, Douglas Hutchinson, and the League of Women Voters Kansas ("LWVK" and collectively with Fish, Bucci, Stricker, Boynton, and Hutchinson, "Plaintiffs") hereby provide their Exhibit List for the above-referenced case scheduled to start trial on March 6, 2018:

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1 | Fish ELVIS Registrant Details CONFIDENTIAL | | | | |
| 2 | Bucci ELVIS Registrant Details CONFIDENTIAL | | | | |
| 3 | Boynton ELVIS Registrant Details CONFIDENTIAL | | | | |
| 4 | Stricker ELVIS Registrant Details CONFIDENTIAL | | | | |
| 5 | Hutchinson ELVIS Registrant Details CONFIDENTIAL | | | | |
| 6 | LWVK Expenditures | LWVKID000001 | | | |
| 7 | Ahrens-Neal Email re: Wichita Voter Reg. | LWVK-00015749 | | | |
| 8 | Ahrens-Neal Email re: Registration efforts in Emporia | LWVK-00015750 | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 9 | LWVK 2015.09.26 Board Meeting Agenda | LWVK-00000116 | | | |
| 10 | LWVK "The Voter" Bulletin | LWVK-00000167 | | | |
| 11 | LWVK Procedure for Contacting Suspended Voters | LWVK-00000091 | | | |
| 12 | LWVK Sample Letter to Organizations | LWVK-00000462 | | | |
| 13 | LWV Flyers for Public Distribution | LWVK-0000001 | | | |
| 14 | LWVK Policy of Copying Proof of Citizenship Records | LWVK-00000086 | | | |
| 15 | "A Teaching Module for Voter Registration, and Voting in Kansas" (Jan. 2016) | LWVK-00002273 | | | |
| 16 | Cover letter that attaches "How to Get Voters in Suspense Fully Registered" (Ahrens 27) | LWVK-00001310 | | | |
| 17 | LWV "How to Get Voters in Suspense Fully Registered" | LWVK-00001312 | | | |
| 18 | LWVK Informational Voter Video | LWVK-00000300 | | | |
| 19 | Email to Ahrens et al re: Your Right to Vote | LWVK-00000566 | | | |
| 20 | Proof of Citizenship CONFIDENTIAL | | | | |
| 21 | Lehman Declaration | | | | |
| 22 | Lehman email re: non-citizen attempting to register CONFIDENTIAL | | | | |
| 23 | Sedgwick County Undocumented Registration List (January 2016) | | | | |
| 24 | Sedgwick County Undocumented Registration List (April 2016) | | | | |
| 25 | Sedgwick County Undocumented Registration List (March 2017) | | | | |
| 26 | Sedgwick County Undocumented Registration List (April 2017) | | | | |
| 27 | Separate Instances of Undocumented Attempts to Register (not Sedgwick County) | | | | |
| 28 | Bryant email re: documenting driver's license | 5th RFP 000054 | | | |

2

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 29 | Kobach email re: Wyo., Colo. DA Letter | 5th RFP 022595 | | | |
| 30 | Bryant email re: reporter request on non-citizen voting information | 5th RFP 004196 | | | |
| 31 | Bryant-Hegarty email re: Jury List Potential Matches | 5th RFP 000017 | | | |
| 32 | 2016.02.21 Caskey Aff. | | | | |
| 33 | 2016.03.29 Caskey Aff. | | | | |
| 34 | 2016.05.18 Caskey Aff. | | | | |
| 35 | 2016.05.20 Caskey Aff. | | | | |
| 36 | 2016.06.09 Caskey Aff. | | | | |
| 37 | 2016.09.01 Caskey Aff. (Brown v. Kobach) | | | | |
| 38 | 2017.01.30 Caskey Aff. | | | | |
| 39 | 2017.03.24 Caskey Aff. | | | | |
| 40 | 2000-2016 General Election Official Results | | | | |
| 41 | Spreadsheet: Def. Resp. to 1st RFP, Request No. 3 | | | | |
| 42 | Spreadsheet: Def. Resp. to 1st RFP, Request No. 3 - Suspense List 03.31.2016 | | | | |
| 43 | Spreadsheet: Def. Resp. to 1st RFP, Request No. 4 | | | | |
| 44 | Spreadsheet: Def. Resp. to 1st RFP, Request No. 4 - 90 Day Rule Supp. | | | | |
| 45 | Spreadsheet: Def. Resp. to 1st RFP, Request No. 7 - TDL | | | | |
| 46 | Spreadsheet: Def. Resp. to 1st RFP, Request No. 7 - TDL Supp. | | | | |
| 47 | Spreadsheet: Def. Resp. to 1st RFP, Request No. 7 - Election Crimes | | | | |
| 48 | Spreadsheet: Def. Resp. to 1st RFP, List of Names Supp. 6, 7, 8 | | | | |
| 49 | Kansas SOS Instructions re: DMV Applicants | | | | |
| 50 | Communications re: use of SAVE | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 51 | SAVE Agency Search tool | | | | |
| 52 | Kansas Constitution, art. 4-6 | | | | |
| 53 | Kansas Election Standards: Ch. 1 Voter Registration | | | | |
| 54 | Proof of Citizenship - Evidence Required Website | | | | |
| 55 | McCullah email re: POC | | | | |
| 56 | Mayoricas Letter to Kobach (August 2012) | | | | |
| 57 | Kobach email re: SAVE program | | | | |
| 58 | NCSL Voter List Accuracy | | | | |
| 59 | Wisconsin Final SAVE Report | | | | |
| 60 | Emails re: undocumented registrants | | | | |
| 61 | Kansas Application for Benefits | | | | |
| 62 | Kansas Health Benefits Information | | | | |
| 63 | Caskey email re: EWE Program | | | | |
| 64 | AZ Elections Manual | | | | |
| 65 | State of Kansas County Election Manual | | | | |
| 66 | Shawnee County Voter Reg. Certificate | | | | |
| 67 | Draft NVRA Amendments | | | | |
| 68 | Kobach email to Hamilton | | | | |
| 69 | Kobach memo for Trump transition meeting | | | | |
| 70 | CJOnline.com: "Kobach seeks authority to prosecute election crimes" (2015) | | | | |
| 71 | Kansas City Star: "Kris Kobach defends prosecution of voter fraud cases in Kansas" (2016) | | | | |
| 72 | McDonald Expert Report | | | | |
| 73 | Supplemental McDonald Report | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 74 | 2017.03.15 Minnite Expert Report | | | | |
| 75 | 2016.06.10 Minnite Rebuttal Report | | | | |
| 76 | 2016.04.12 Minnite Supplemental Report | | | | |
| 77 | 2016.02.25 Minnite Expert Report | | | | |
| 78 | Kansas SOS Election Crimes List 1997-2012 | Bates 761 | | | |
| 79 | Royster v. Rizzo Opinion | | | | |
| 80 | Kansas Voter Registration Appl. CONFIDENTIAL | | | | |
| 81 | Voter Information List CONFIDENTIAL | | | | |
| 82 | Kobach Testimony before OGR (February 2015) | | | | |
| 83 | Salina Journal: "Voter Fraud Claims Prove Elusive" (2009) | | | | |
| 84 | Wichita Eagle: "Kris Kobach to Run for Kansas Secretary of State Next Year" (2009) | | | | |
| 85 | Wichita Eagle: "Kobach to run for secretary of state" (2009) | | | | |
| 86 | Wichita Eagle: "Dead folks voting? At least one's still alive" (2010) | | | | |
| 87 | Hutchinson News: "Kansas Secretary of State: Fraud Bigger Issue than Thought" (2011) | | | | |
| 88 | Wall Street Journal: "The Case for Voter ID" by Kobach (2011) | | | | |
| 89 | Washington Post: "Voter ID laws are good protection against fraud" by Kobach (2011) | | | | |
| 90 | Wichita Eagle: "Officials say only two cases of voter fraud in Sedgwick County" (2011) | | | | |
| 91 | Wichita Eagle: "Waiting for Evidence" (2011) | | | | |
| 92 | CJOnline.com: "Elections must be secure" by Kobach (2012) | | | | |
| 93 | The Wichita Eagle: "Kansas' voter law isn't the same as Arizona's" by Kobach (2013) | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|----------------------|
| 94  | Wash. Times: "Kobach says he is preparing to prosecute election fraud" (2015) | | | | |
| 95  | Undocumented Registration Documentation (non-Sedgwick County) CONFIDENTIAL | | | | |
| 96  | Barton County ELVIS Screenshots CONFIDENTIAL | | | | |
| 97  | Cordero-Zaputo ELVIS Registrant Details CONFIDENTIAL | | | | |
| 98  | Yanet Miller ELVIS Registrant Details CONFIDENTIAL | | | | |
| 99  | Srithongrung ELVIS Registrant Details CONFIDENTIAL | | | | |
| 100 | Fernandez ELVIS Registrant Details CONFIDENTIAL | | | | |
| 101 | Gonzalez-Perez ELVIS Registrant Details CONFIDENTIAL | | | | |
| 102 | Ansolabehere Expert Report | | | | |
| 103 | Electoral Studies: "The perils of cherry picking low frequency events in large sample surveys" by Ansolabehere (2015) | | | | |
| 104 | "What Big Data Reveal About Survey Misreporting and the Real Electorate" by Ansolabehere and Hersh (2012) | | | | |
| 105 | Hersh Expert Report | | | | |
| 106 | Supplement to Hersh Expert Report | | | | |
| 107 | 2nd Supplement to Hersh Expert Report | | | | |
| 108 | Richman CV | | | | |
| 109 | Citizenship and ID Questionnaire Script | | | | |
| 110 | Compilation of Names Spreadsheet (Coded) | | | | |
| 111 | Meta-Analysis of Non-Citizen Registration Estimates | | | | |
| 112 | Non-Citizen Registration Estimates Confidence Intervals | | | | |
| 113 | Kansas General Election Results Compiled | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 114 | Kansas Telephone Poll Response Stats (Jan. 2017) | | | | |
| 115 | Political Scientists' Open Letter | | | | |
| 116 | Email to Caskey re: needed information | | | | |
| 117 | Email to Caskey re: a quick question | | | | |
| 118 | Email to Liu re: here is in the information plaintiff's attorney asked for | | | | |
| 119 | Kansas SOS 2010 General Election Vote Totals | | | | |
| 120 | Kansas SOS 2014 General Election Vote Totals | | | | |
| 121 | Oklahoma Election Results 2014 | | | | |
| 122 | Nebraska Elections Results 2014 | | | | |
| 123 | US Census Bureau Nebraska Quick Facts | | | | |
| 124 | Oklahoma Election Information | | | | |
| 125 | Nebraska Election Information | | | | |
| 126 | von Spakovsky CV | | | | |
| 127 | GAO Report: "Additional Data Could Help State & Local Elections Official Maintain Accurate Voter Reg. Lists" | | | | |
| 128 | Statement of Colo. SOS on 2010 Election | | | | |
| 129 | Letters to Senator Feinstein from Congressman Lewis et al | | | | |
| 130 | Note to Senator Feinstein from Attorney Rich et al | | | | |
| 131 | Wichita Eagle: "Kobach backs Trump's unsupported claim of millions illegally voting" (2016) | | | | |
| 132 | Florida SOS Press Release | | | | |
| 133 | Kansas City Star: "Kris Kobach agrees with Donald Trump that 'millions' voted illegally but offers no evidence" (Video) (2016) | | | | |

Plaintiffs reserve the right to supplement or amend this list based on Defendant's witness and exhibit lists. Plaintiffs' counsel sought to facilitate a good faith advance exchange of lists prior to filing, but counsel for Defendant were unable to do so.

DATED this 30th day of January, 2018.

Respectfully submitted,

/s/ Stephen Douglas Bonney
STEPHEN DOUGLAS BONNEY (#12322)
American Civil Liberties Union of Kansas
6701 W 64th St., Suite 210
Overland Park, KS 66202
Phone: (913) 490-4100
Fax: (913) 490-4119
dbonney@aclukansas.org

DALE HO*
R. ORION DANJUMA*
SOPHIA LIN LAKIN*
American Civil Liberties Union Foundation,
125 Broad St.
New York, NY 10004
Phone: (212) 549-2693
dale.ho@aclu.org
odanjuma@aclu.org
slakin@aclu.org

NEIL A. STEINER*
REBECCA KAHAN WALDMAN*
DAPHNE T. HA*
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
T: (212) 698-3822
F: (212) 698-3599
neil.steiner@dechert.com
rebecca.waldman@dechert.com
daphne.ha@dechert.com

ANGELA M. LIU*
Dechert LLP
35 West Wacker Drive
Suite 3400
Chicago, Illinois 60601-1608
Phone: (312) 646 5816
Fax: (312) 646 5858
angela.liu@dechert.com

*Counsel for Plaintiffs*

* admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 30th day of January, 2018, I electronically filed the foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ *Stephen Douglas Bonney*
STEPHEN DOUGLAS BONNEY (#12322)

*Attorney for Plaintiffs*