IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 16-2105-JAR-JPO |
| ) | |
| KRIS KOBACH, in his official capacity as ) | |
| Secretary of State for the State of Kansas, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### DEFENDANT KRIS KOBACH'S DEPOSITION DESIGNATIONS

Comes now Defendant Kris Kobach, by and through his attorneys, and pursuant to the Court's Order (Doc. 425) hereby submits the following deposition designations to be introduced into evidence at the trial of this matter.

| WITNESS | DATE | PAGE | START | PAGE | END |
|---|---|---|---|---|---|
| | | | | | |
| Beckner | 3/29/17 | | | | |
| | | 22 | 25 | 24 | 10 |
| | | 23 | 15 | 24 | 10 |
| | | 24 | 13 | 24 | 18 |
| | | | | | |
| | | | | | |
| Ahrens | | 218 | 9 | 218 | 15 |
| | | | | | |
| Bryant | 3/29/17 | | | | |
| | | 15 | 11 | 16 | 17 |
| | | 18 | 22 | 20 | 22 |
| | | 20 | 23 | 21 | 21 |
| | | 27 | 14 | 27 | 19 |
| | | 29 | 20 | 30 | 1 |
| | | 33 | 20 | 34 | 17 |
| | | 37 | 15 | 38 | 13 |
| | | 39 | 9 | 40 | 13 |
| | | 47 | 6 | 48 | 11 |
| | | 62 | 17 | 63 | 7 |
| | | 76 | 8 | 77 | 9 |

| | | | | | |
|---|---|---|---|---|---|
| | | 77 | 19 | 78 | 10 |
| | | 78 | 11 | 86 | 23 |
| | | 87 | 3 ("Other ..") | 88 | 7 |
| | | 88 | 17 | 89 | 16 |
| | | 89 | 17 | 90 | 2 |
| | | 90 | 13 | 90 | 16 |
| | | 91 | 12 | 91 | 21 |
| | | 91 | 22 | 92 | 6 |
| | | 92 | 7 | 94 | 1 |
| | | 94 | 2 | 94 | 14 |
| | | 94 | 15 | 95 | 12 |
| | | 95 | 13 | 97 | 4 |
| | | 97 | 1 | 98 | 11 |
| | | 99 | 23 | 100 | 5 |
| | | | | | |
| McFerron | 6/06/16 | 8 | 7 | 8 | 23 |
| | | 9 | 8 | 10 | 20 |
| | | 10 | 21 | 12 | 25 |
| | | 13 | 16 | 13 | 20 |
| | | 13 | 21 | 14 | 3 |
| | | 14 | 20 | 15 | 6 |
| | | 15 | 22 | 16 | 9 |
| | | 17 | 3 | 20 | 22 |
| | | 23 | 4 | 23 | 25 |
| | | 24 | 14 | 25 | 24 |
| | | 27 | 8 | 30 | 19 |
| | | 31 | 23 | 32 | 12 |
| | | 32 | 13 | 34 | 24 |
| | | 36 | 9 | 37 | 7 |
| | | 38 | 5 | 38 | 16 |
| | | 40 | 17 | 41 | 13 |
| | | 42 | 20 | 43 | 21 |
| | | 45 | 3 | 45 | 7 |
| | | 46 | 8 | 47 | 17 |
| | | 52 | 5 | 53 | 6 |
| | | 55 | 3 | 58 | 3 |
| | | 58 | 4 | 61 | 22 |
| | | 61 | 24 | 65 | 8 |
| | | 65 | 9 | 68 | 12 |
| | | 68 | 13 | 69 | 10 |
| | | 71 | 24 | 72 | 21 |
| | | 75 | 3 | 77 | 4 |
| | | 77 | 5 | 81 | 25 |
| | | 82 | 25 | 85 | 4 |
| | | 88 | 11 | 89 | 17 |
| | | 89 | 18 | 90 | 12 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | 91 | 11 | 91 | 24 |
|  |  | 95 | 6 | 95 | 24 |
|  |  | 95 | 25 | 98 | 24 |
|  |  | 103 | 2 | 105 | 24 |
|  |  | 108 | 25 | 109 | 13 |
|  |  | 112 | 4 | 112 | 18 |
|  |  | 123 | 17 | 124 | 5 |
|  |  | 124 | 18 | 125 | 8 |
|  |  | 125 | 23 | 129 | 24 |
|  |  | 140 | 15 | 140 | 23 |
|  |  | 145 | 7 | 145 | 15 |
|  |  | 145 | 16 | 146 | 15 |
|  |  | 164 | 8 | 189 | 22 |
|  |  | 202 | 14 | 206 | 20 |
|  |  |  |  |  |  |
| Michaela Butterworth | 6/10/16 | 6 | 13 | 7 | 2 |
|  |  | 7 | 25 | 8 | 9 |
|  |  | 8 | 12 | 9 | 8 |
|  |  | 9 | 20 | 11 | 14 |
|  |  | 11 | 22 | 12 | 5 |
|  |  | 12 | 6 | 12 | 9 |
|  |  | 12 | 24 | 13 | 18 |
|  |  | 15 | 8 | 16 | 11 |
|  |  | 17 | 9 | 17 | 14 |
|  |  | 18 | 6 | 19 | 18 |
|  |  | 19 | 25 | 19 | 20 |
|  |  | 23 | 7 | 23 | 15 |
|  |  | 23 | 24 | 24 | 19 |
|  |  | 24 | 20 | 26 | 12 |
|  |  | 26 | 17 | 27 | 2 |
|  |  | 28 | 22 | 30 | 18 |
|  |  |  |  |  |  |
| Julie Earnest | 6/10/16 | 6 | 6 | 7 | 7 |
|  |  | 8 | 9 | 9 | 13 |
|  |  | 11 | 4 | 11 | 14 |
|  |  | 13 | 7 | 23 | 4 |
|  |  | 42 | 25 | 44 | 16 |
|  |  | 47 | 1 | 48 | 1 |
|  |  | 50 | 20 | 51 | 23 |
|  |  | 56 | 1 | 56 | 23 |
|  |  | 57 | 1 | 57 | 20 |
|  |  |  |  |  |  |
| Douglas Appenfelder | 6/10/16 | 38 | 16 | 39 | 19 |
|  |  | 42 | 21 | 43 | 12 |

| | | | | | |
|---|---|---|---|---|---|
| Scott Abbott | 6/10/16 | 12 | 22 | 15 | 2 |
| | | 16 | 11 | 17 | 4 |
| | | | | | |
| Hutchinson | 5/10/16 | | | | |
| | | 17 | 3 | 17 | 25 |
| | | 80 | 14 | 81 | 13 |
| | | 85 | 18 | 88 | 19 |
| | | 98 | 20 | 99 | 10 |
| | | | | | |
| Fish | 5/10/16 | 41 | 7 | 44 | 24 |
| | | 49 | 1 | 49 | 25 |
| | | 52 | 15 | 59 | 25 |
| | | 80 | 10 | 80 | 13 |
| | | 32 | 15 | 35 | 2 |
| | | | | | |
| Boynton | 5/4/16 | | | | |
| | | 10 | 23 | 11 | 20 |
| | | 22 | 4 | 22 | 24 |
| | | 34 | 1 | 35 | 5 |
| | | | | | |
| Stricker | 5/4/16 | | | | |
| | | 31 | 9 | 35 | 22 |
| | | 35 | 18 | 44 | 5 |
| | | | | | |
| Bucci | 5/4/16 | 13 | 20 | 15 | 25 |
| | | | | | |

Date:  January 30, 2018

Respectfully submitted,

/s/ *Sue Becker*
Kris W. Kobach, Kansas Bar No. 17280
Sue Becker, Kansas Bar No. 27806
Garrett Roe, Kansas Bar No. 26867
**KANSAS SECRETARY OF STATE'S OFFICE**
120 S.W. 10th Ave.
Topeka, KS 66612
Telephone: (785) 296-4575
Facsimile: (785) 368-8033
Email: kris.kobach@ks.gov
         sue.becker@ks.gov
         garrett.roe@ks.gov

*Attorneys for Defendant Kobach*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on the 30th day of January, 2018, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/*s/ Sue Becker*
Sue Becker
*Attorney for Defendant Kobach*