**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| STEVEN WAYNE FISH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 16-2105-JAR-JPO |
| | ) | |
| KRIS KOBACH, in his official capacity as | ) | |
| Secretary of State for the State of Kansas, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| PARKER BEDNASEK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 15-9300-JAR-JPO |
| v. | ) | |
| | ) | |
| KRIS KOBACH, KANSAS | ) | |
| SECRETARY OF STATE, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>DEFENDANT KRIS KOBACH'S EXHIBIT LIST</u>

Comes now Defendant Kris Kobach, by and through his attorneys, and submits his Final

Exhibit List pursuant to the Court's Order (Doc. 425).

| EXHIBIT NO. | DESCRIPTION | FILE NAME |
|---|---|---|
| 801 | KANSAS VOTER REGISTRATION APPLICATION | _1 Caskey Depo Exh 3.pdf |
| 802 | FEDERAL VOTER REGISTRATION APPLICATION | _1 Caskey Depo Exh 4.pdf |
| 803 | VOTER REGISTRATION AND ABSENTEE BALLOT | _1 Caskey Depo Exh 5.pdf |
| 804 | ONLINE VOTER REGISTRATION APPLICATION | _1 Caskey Depo Exh 6.pdf |
| 805 | 11.10.15 AFFIDAVIT OF CASKEY | _1 Caskey Depo Exh 11.pdf |
| 806 | ELVIS FILE FOR CROMWELL | _1 Caskey Depo Exh 16.pdf |
| 807 | ELVIS FILE FOR KEENER | _1 Caskey Depo Exh 17.pdf |
| 808 | PAGES FROM KS DRIVER'S MANUAL | _Bednasek Depo Exh 1.pdf |
| 809 | OKLAHOMA PROOF OF IDENTIFICATION REQUIREMENTS | _Bednasek Depo Exh 3.pdf |
| 810 | K.S.A. 25-407 | _Bednasek Depo Exh 6.pdf |
| 811 | COPY OF TEXAS DRIVER'S LICENSE | _Bednasek Depo Exh 8.pdf |
| 812 | AFFIDAVIT | _Bednasek Depo Exh 9.pdf |
| 813 | EXPERT REPORT OF DR. MICHAEL SMITH | _Smith Depo Exh 1.pdf |
| 814 | SEDGWICK COUNTY, KANSAS ALIENS WHO REG PRIOR TO 1.1.13 OR WERE SUCCESSFULLY PREVENTED FROM REGISTERING AFTER 1.1.13 CHART | _Smith Depo Exh 2.pdf |
| 815 | | |
| 816 | | |
| 817 | Richman WASHINGTON POST ARTICLE | _Smith Depo Exh 5.pdf |
| 818 | SEDGWICK COUNTY, KANSAS, ALIENS WHO REGISTERED PRIOR 1.1.13 OR WERE SUCCESSFULLY PREVENTED FROM REGISTERING AFTER 1.1.13 CHART-AMENDED | _Smith Depo Exh 6.pdf |
| 819 | EXPERT REPORT OF DR. STEVEN CAMAROTA | _Smith Depo Exh 7.pdf |
| 820 | EXPERT REPORT OF HANS VOV SPAKOVSKY | _Smith Depo Exh 8.pdf |
| 821 | Kansas Secretary of State, 2010 General Election Official Vote Totals. | _Camarota Depo Exh 12.pdf |
| 822 | Kansas Secretary of State, 2014 General Election. | _Camarota Depo Exh 13.pdf |

| 823 | Oklahoma election results | _Camarota Depo Exh 14.pdf |
|---|---|---|
| 824 | Nebraska election results | _Camarota Depo Exh 15.pdf |
| 825 | Census Bureau. General descriptive statistics | _Camarota Depo Exh 16.pdf |
| 826 | Article with red box quote | _Camarota Depo Exh 18.pdf |
| 827 | Oklahoma voter registration deadline | _Camarota Depo Exh 19.pdf |
| 828 | Nebraska voter registration deadline | _Camarota Depo Exh 20.pdf |
| 829 | Caskey Declaration (3.29.2016) | _2 Caskey Depo Exh 2.pdf |
| 830 | | |
| 831 | First Production of Documents Response | _2 Caskey Depo Exh 3.pdf |
| 832 | Lehman Declaration (3.29.2016) | _1 Lehman Depo Exh 1.pdf |
| 833 | Lehman Depo Ex. 5 | _1 Lehman Depo Exh 5.pdf |
| 834 | Lehman Depo Ex. 7 | _1 Lehman Depo Exh 7.pdf |
| 835 | | |
| 836 | Kansas DOV Receipt | _Boynton Depo Exh 2.pdf |
| 837 | Declaration of Tim Parks | _Boynton Depo Exh 3.pdf |
| 838 | Boynton Certificate of Birth | _Boynton Depo Exh 4.pdf |
| 839 | Boynton Certificate of Birth – Copley Memorial Hospital | _Boynton Depo Exh 5.pdf |
| 840 | Boynton ELVIS file | _Boynton Depo Exh 6.pdf |
| 841 | Examples of Valid US Citizenship Documents | _Boynton Depo Exh 7.pdf |
| 842 | Final Notice of Examples of Valid US citizenship documents | _Boynton Depo Exh 8.pdf |
| 843 | | |
| 844 | Declaration of Thomas Boynton | _Boynton Depo Exh 11.pdf |
| 845 | Registrant Detail (Bucci ELVIS file) | _Bucci Depo Exh 12.pdf |
| 846 | Declaration of Donna Bucci | _Bucci Depo Exh 13. Pdf |
| 847 | Photocopies of photo IDs and SS card | _Bucci Depo Exh 14.pdf |
| 848 | K.S.A. 25-2309 | _Bucci Depo Exh 15.pdf |
| 849 | Request for consideration of US Citizenship document by State Election Board of Kansas (section m form) | _Bucci Depo Exh 16.pdf |
| 850 | Registrant Detail (Stricker ELVIS file) | _Stricker Depo Exh 17.pdf |
| 851 | Declaration of Stricker-1 | _Stricker Depo Exh 18.pdf |
| 852 | Declaration of Stricker-2 | _Stricker Depo Exh 19.pdf |
| 853 | Driver's License | _Stricker Depo Exh 20.pdf |
| 854 | Birth Certificate | _Stricker Depo Exh 21.pdf |
| 855 | | |

| 856 | Google Maps | _Stricker Depo Exh 23.pdf |
|---|---|---|
| 857 | | |
| 858 | Declaration of Douglas Hutchinson | _Hutchinson Depo Exh 2.pdf |
| 859 | Photocopy of Passport | _Hutchinson Depo Exh 3.pdf |
| 860 | Certificate of Live Birth | _Hutchinson Depo Exh 4.pdf |
| 861 | Photocopy of Kansas Driver's License | _Hutchinson Depo Exh 5.pdf |
| 862 | KDOR Division of Vehicles Kansas Secretary of State document | _Hutchinson Depo Exh 6.pdf |
| 863 | Registrant Document (Hutchinson ELVIS file) | _Hutchinson Depo Exh 7.pdf |
| 864 | Correspondence from JOCO office with attachments | _Hutchinson Depo Exh 8.pdf |
| 865 | Correspondence from JOCO dated 12.11.15 | _Hutchinson Depo Exh 9.pdf |
| 866 | Correspondence from JOCO election office with attachments | _Hutchinson Depo Exh 10.pdf |
| 867 | Document regarding application to register to vote | _Hutchinson Depo Exh 11.pdf |
| 868 | "Important message" from JOCO election office | _Hutchinson Depo Exh 12.pdf |
| 869 | Certificate of Live Birth | _Hutchinson Depo Exh 14.pdf |
| 870 | | |
| 871 | | |
| 872 | | |
| 873 | Supplemental Declaration of Fish | _Fish Depo Exh 18.pdf |
| 874 | Declaration of Fish | _Fish Depo Exh 19.pdf |
| 875 | Certificate of Live Birth | _Fish Depo Exh 20.pdf |
| 876 | Photocopy of KDL | _Fish Depo Exh 21.pdf |
| 877 | Photocopy of DGCO elections postcard | _Fish Depo Exh 22.pdf |
| 878 | Correspondence from DGCO county clerk | _Fish Depo Exh 23.pdf |
| 879 | Registrant detail for Fish (FISH ELVIS file) | _Fish Depo Exh 24.pdf |
| 880 | Correspondence from DGCO clerk | _Fish Depo Exh 25.pdf |
| 881 | | |
| 882 | Survey of Noncitizens and Report by McFerron | _McFerron Depo Exh 1.pdf |
| 883 | Spakovsky Resume | _Spakovsky Depo Exh 1.pdf |
| 884 | Spakovsky Expert Report | _Spakovsky Depo Exh 2.pdf |
| 885 | Article about Collier County election rolls | _Spakovsky Depo Exh 9.pdf |
| 886 | Chicago Grand Jury Report | _Spakovsky Depo Exh 11.pdf |
| 887 | Statement of CO SOS | _Spakovsky Depo Exh 12.pdf |

| 888 | Jesse T. Richman, Gulshan A. Chattha, and David C. Earnest, Do noncitizens vote in U.S. elections? Electoral Studies 36 (2014) 149-157 | _Spakovsky Depo Exh 26.pdf |
|---|---|---|
| 889 | The Perils of Chery Picking | _Spakovsky Depo Exh 27.pdf |
| 890 | Barreto Expert Report | _Barreto Depo Exh 1.pdf |
| 891 | Printout of Latino Decisions website | _Barreto Depo Exh 2.pdf |
| 892 | NBC news article about Latino Decisions | _Barreto Depo Exh 3.pdf |
| 893 | NCR Latino USA article | _Barreto Depo Exh 4.pdf |
| 894 | "7 Questions with Matt Barreto" document | _Barreto Depo Exh 5.pdf |
| 895 | Political research Quarterly Research article | _Barreto Depo Exh 6.pdf |
| 896 | Def Kobach response to PLF 1st INT | _3 Caskey Depo Exh 1.pdf |
| 897 | Declaration of Bryan Caskey dated 5.20.16 | _3 Caskey Depo Exh 4.pdf |
| 898 | Declaration of Lehman dated 5.20.16 | _3 Caskey Depo Exh 5.pdf |
| 899 | Addendum to supplemental report of McDonald | _3 Caskey Depo Exh 6.pdf |
| 900 | Listing of known reported incidents of election crimes 1997-2012 | _3 Caskey Depo Exh 8.pdf |
| 901 | Instructions concerning DOV applicants 6.14.16 | _Caskey Depo Exh 9.pdf |
| 902 | Letter from Kobach, memo from Kriegshauser; letter from Majorkas; email exchange and program registration checklist | _3 Caskey Depo Exh 10.pdf |
| 903 | | |
| 904 | | |
| 905 | | |
| 906 | Kansas Constitution | _3 Caskey Depo Exh 14.pdf |
| 907 | Kansas Election Standards Manual Excerpts | _3 Caskey Depo Exh 15.pdf |
| 908 | 2014 statute, Article 4, 25-407 | _3 Caskey Depo Exh 16.pdf |
| 909 | 2014 statute, Article 23, 25-2309 | _3 Caskey Depo Exh 17.pdf |
| 910 | K.A.R. 7-23-14 | _3 Caskey Depo Exh 19.pdf |
| 911 | Douglas county comparison listing 12.1.15 | _3 Caskey Depo Exh 21.pdf |
| 912 | Excerpts of 4.14.16 Court Hearing | _3 Caskey Depo Exh 25.pdf |

| | | |
|---|---|---|
| 913 | Got Voter ID Website Printout Regarding Citizenship Documents | _3 Caskey Depo Exh 26.pdf |
| 914 | Expert Report of Camarota | _3 Caskey Depo Exh 27.pdf |
| 915 | Wisconsin Election Fraud statute, W.S.A. 12.13 | _1 Minnite Depo Exh 2.pdf |
| 916 | Minnesota statute 201.275, Elections, registration and eligibility of voters | _1 Minnite Depo Exh 3.pdf |
| 917 | Democratic Party v Husted Deposition Transcript of Minnite | _1 Minnite Depo Exh 4.pdf |
| 918 | Article, House Inquiry called political jab at Sanchez | _1 Minnite Depo Exh 5.pdf |
| 919 | House of Rep Report 105-416, Dismissing the Election Contest Against Loretta Sanchez | _1 Minnite Depo Exh 6.pdf |
| 920 | Article, KS SOS Kobach tells house election committee voter fraud is a bigger issue than thought | _1 Minnite Depo Exh 8.pdf |
| 921 | June 2005 GAO Rpt, Elections, Additional Data could help state and local election officials maintain accurate voter registration lists | _1 Minnite Depo Exh 9.pdf |
| 922 | 4.12.16 Supp Report of Minnite | _1 Minnite Depo Exh 10.pdf |
| 923 | McDonald Expert Rpt 2.25.16 | _McDonald Depo Exh 1.pdf |
| 924 | McDonald Supp Rpt 4.11.16 | _McDonald Depo Exh 2.pdf |
| 925 | Backus v South Carolina, 857 F. Supp.2d 553 (2012) | _McDonald Depo Exh 3.pdf |
| 926 | Page v. Virginia St Bd of Elections, not Rpt in F. Supp.3d (2015) | _McDonald Depo Exh 4.pdf |
| 927 | Wilson v. Kasich, 134 Ohio St.3d 221 (2012) | _McDonald Depo Exh 7.pdf |
| 928 | Docs Required for a KS DL or Non-Driver IC card | _Haid Depo Exh 5.pdf |
| 929 | DL Proof of Idenity | _Haid Depo Exh 6.pdf |
| 930 | DL Proof of Idenity | _Haid Depo Exh 7.pdf |
| 931 | Job Aid:  Mainframe Screens | _Haid Depo Exh 10.pdf |
| 932 | Electronic Voter Registration | _Haid Depo Exh 11.pdf |
| 933 | DL by Age and License Class, Calendar year 2014 | _Haid Depo Exh 13.pdf |
| 934 | | |
| 935 | Def Jordan's Supp Responses and Obj to PLF 2nd RFP | _Haid Depo Exh 15.pdf |
| 936 | Declaration of Dolores Furtado | _Ahrens Depo Exh 1.pdf |

| 937 | Corp. Annual Rpts 6.10.15; 3.4.14; 5.20.13 | _Ahrens Depo Exh 2.pdf |
|---|---|---|
| 938 | Corporation Annual Rpt 4.21.16 | _Ahrens Depo Exh 2a.pdf |
| 939 | Corporation Annual Rpt 7.13.15 | _Ahrens Depo Exh 2b.pdf |
| 940 | Articles of Incorporation | _Ahrens Depo Exh 2c.pdf |
| 941 | Corporation Annual Rpt 4.1.16 | _Ahrens Depo Exh 2d.pdf |
| 942 | Corporation Annual Rpt 5.14.16 | _Ahrens Depo Exh 2e.pdf |
| 943 | Corporation Annual Rpt 9.14.15 | _Ahrens Depo Exh 2f.pdf |
| 944 | LWV of KS Brochure | _Ahrens Depo Exh 3.pdf |
| 945 | Bylaws of the LWV of KS | _Ahrens Depo Exh 4.pdf |
| 946 | Charter | _Ahrens Depo Exh 5.pdf |
| 947 | LWV of KS expenditures | _Ahrens Depo Exh 6.pdf |
| 948 | LWV of KS policy on copying proof of citizenship records | _Ahrens Depo Exh 8.pdf |
| 949 | Proposed budget for 2013-2014 | _Ahrens Depo Exh 9.pdf |
| 950 | President's message 4.23.16 | _Ahrens Depo Exh 12.pdf |
| 951 | Emails between Quigley and Ahrens 9.14.15 and 9.3.15 | _Ahrens Depo Exh 14.pdf |
| 952 | Letter from Ho to Kobach dated 12.17.15 | _Ahrens Depo Exh 17.pdf |
| 953 | Email to Desiree Taliaferro dated 9.1.15 | _Ahrens Depo Exh 18.pdf |
| 954 | LWV of Kansas board meeting minutes 10.24.15 | _Ahrens Depo Exh 19.pdf |
| 955 | Email from Sanders to Ahrens and others dated 11.9.15 | _Ahrens Depo Exh 23.pdf |
| 956 | LWV Voter Registration Link | _Ahrens Depo Exh 24.pdf |
| 957 | Teaching module | _Ahrens Depo Exh 26.pdf |
| 958 | Caskey Email re:  EVVE System dated 3.7.14 | _Beckner Depo Exh 1.pdf |
| 959 | Beckner Email re:  Election Birth Record Check dated 2.26.16 | _Beckner Depo Exh 2.pdf |
| 960 | Stout email to Beckner re:  EVVE – birth and death verification dated 6.6.16 | _Beckner Depo Exh 3.pdf |
| 961 | Caskey email re:  DMV Proof of Citizenship Check dated 5.18.16 | _Beckner Depo Exh 4.pdf |
| 962 | Fish 5th RFP 022551 | _Bryant Depo Exh 2.pdf |
| 963 | Fish 5th RFP 000017 | _Bryant Depo Exh 3.pdf |
| 964 | Fish 5th RFP 000054 | _Bryant Depo Exh 4.pdf |
| 965 | Fish 5th RFP 000028 | _Bryant Depo Exh 5.pdf |
| 966 | Fish 5th RFP 004195 | _Bryant Depo Exh 6.pdf |
| 967 | FISH 5th RFP 004196 | _Bryant Depo Exh 7.pdf |
| 968 | Fish 5th RFP 000061 | _Bryant Depo Exh 9.pdf |
| 969 | Fish 5th RFP 022595 | _Bryant Depo Exh 10.pdf |

| 970 | Caskey Declaration (1.30.17) | _4 Caskey Depo Exh 28.pdf |
|---|---|---|
| 971 | Caskey Declaration (3.27.17) | _4 Caskey Depo Exh 29.pdf |
| 972 | List of ELVIS Codes | _4 Caskey Depo Exh 30.pdf |
| 973 | Alien Registration Spreadsheet Excluding Sedgwick County Spreadsheet | _4 Caskey Depo Exh 33.pdf |
| 974 | Email 3.27.17 | _4 Caskey Depo Exh 34.pdf |
| 975 | Email. 3.14.17 | _4 Caskey Depo Exh 35.pdf |
| 976 | Fish 5th RFP 024947 | _4 Caskey Depo Exh 44.pdf |
| 977 | Hersh Expert Rpt | _4 Caskey Depo Exh 45.pdf |
| 978 | Fish 5th RFP 004190 | _Rucker Depo Exh 3.pdf |
| 979 | Fish 5th RFP 000020 | _Rucker Depo Exh 5.pdf |
| 980 | Fish 5th RFP 000470 | _Rucker Depo Exh 9.pdf |
| 981 | Expert Rpt of Jesse Richman | _Richman Depo Exh 1.pdf |
| 982 | CV of Jesse Richman | _Richman Depo Exh 2.pdf |
| 983 | Questionnaire | _Richman Depo Exh 3.pdf |
| 984 | Compilation of names | _Richman Depo Exh 4.pdf |
| 985 | "Could non-citizens decide the November election?" by Richman and Earnest | _Richman Depo Exh 8.pdf |
| 986 | "Why I would sign the 'open letter' if it were true," by Richman | _Richman Depo Exh 11.pdf |
| 987 | Richman Supplemental Expert Report | _Richman Depo Exh 12.pdf |
| 988 | Meta-Analysis of Richman's Estimates of non-citizen registration | _Richman Depo Exh 13.pdf |
| 989 | Confidence Intervals for Richman's four estimates of non-citizens registration in KS | _Richman Depo Exh 14.pdf |
| 990 | "Does your vote count?" by the Heritage Foundation | _Richman Depo Exh 16.pdf |
| 991 | Spreadsheet of close elections | _Richman Depo Exh 17.pdf |
| 992 | Interview breakdown dated 1.20.17 from Brittani Marston | _Richman Depo Exh 18.pdf |
| 993 | Expert Report of Ansolabehere 3.15.17 | _Richman Depo Exh 20.pdf |
| 994 | "A valid analysis of a small subsample: The case of non-citizen registration and voting" by Richman, Earnest, Chattha | _Richman Depo Exh 22.pdf |
| 995 | Richman's estimate of document possession based on suspense list survey (weighed estimates) | _Richman Depo Exh 23.pdf |

| 996 | 1.13.16 email string re: proposed non-citizen follow-up question for CCES | _Richman Depo Exh 24.pdf |
|---|---|---|
| 997 | Resume of Dr. Ansolabehere | _Ansolabehere Depo Exh 1.pdf |
| 998 | Texas versus Holder opinion | _Ansolabehere Depo Exh 4.pdf |
| 999 | "Witness backs voter ID discrimination claims" article | _Ansolabehere Depo Exh 5.pdf |
| 1000 | Harris versus McCrory case | _Ansolabehere Depo Exh 6.pdf |
| 1001 | Bethune-Hill versus Viginia state board of elections case | _Ansolabehere Depo Exh 7.pdf |
| 1002 | "Sizing up the race" article | _Ansolabehere Depo Exh 8.pdf |
| 1003 | Eitan Herh's Dissertation | _Ansolabehere Depo Exh 9.pdf |
| 1004 | Declaration of Caskey dated 3.24.17 | _Ansolabehere Depo Exh 11.pdf |
| 1005 | "Nearly 2 million non-citizen Hispanics illegally registered to vote" article | _Ansolabehere Depo Exh 12.pdf |
| 1006 | National Hispanic survey results | _Ansolabehere Depo Exh 13.pdf |
| 1007 | Veasey versus Perry decision | _Ansolabehere Depo Exh 14.pdf |
| 1008 | Bethune-Hill versus Virginia state board of elections S.Ct Decision | _Ansolabehere Depo Exh 15.pdf |
| 1009 | CV of Hersh | _Hersh Depo Exh 1.pdf |
| 1010 | Article co-authored by Hersch | |
| 1011 | Dissertation of Hersh | _Hersh Vol I Depo Exh 3.pdf |
| 1012 | Eitan Hersh expert report | _Hersh Vol I Depo Exh 4.pdf |
| 1013 | News release from US census bureau | |
| 1014 | Article written by Hersh | |
| 1015 | CONFIDENTIAL spreadsheet of 28 | |
| 1016 | CONFIDENTIAL registrant details | |
| 1017 | CONFIDENTIAL certified driving records | |
| 1018 | CONFIDENTIAL certified driving records | |
| 1019 | CONFIDENTIAL certified driving records | |
| 1020 | CONFIDENTIAL certified driving records | |
| 1021 | CONFIDENTIAL certified driving records | |
| 1022 | CONFIDENTIAL certified driving records | |
| 1023 | CONFIDENTIAL certified driving records | |

| 1024 | CONFIDENTIAL certified driving records | |
| --- | --- | --- |
| 1025 | CONFIDENTIAL certified driving records | |
| 1026 | CONFIDENTIAL certified driving records | |
| 1027 | CONFIDENTIAL certified driving records | |
| 1028 | CONFIDENTIAL certified driving records | |
| 1029 | CONFIDENTIAL certified driving records | |
| 1030 | CONFIDENTIAL certified driving records | |
| 1031 | National marriage and divorce rate trends | |
| 1032 | CONFIDENTIAL list of names | |
| 1033 | CONFIDENTIAL certified driving records | |
| 1034 | CONFIDENTIAL certified driving records | |
| 1035 | CONFIDENTIAL certified driving records | |
| 1036 | CONFIDENTIAL certified driving records | |
| 1037 | CONFIDENTIAL certified driving records | |
| 1038 | CONFIDENTIAL certified driving records | |
| 1039 | CONFIDENTIAL certified driving records | |
| 1040 | CONFIDENTIAL certified driving records | |
| 1041 | CONFIDENTIAL certified driving records | |
| 1042 | CONFIDENTIAL certified driving records | |
| 1043 | CONFIDENTIAL certified driving records | |
| 1044 | CONFIDENTIAL certified driving records | |
| 1045 | CONFIDENTIAL certified driving records | |
| 1046 | CONFIDENTIAL certified driving records | |

| | | |
|---|---|---|
| 1047 | Eitan Hersh Supplemental expert report | |
| 1048 | K.S.A. 8-243 | |
| 1049 | Original CV Minnite | _2Minnite Depo Exh 1.pdf |
| 1050 | Updated CV Minnite | |
| 1051 | Supplemental Expert Report of Minnitet | |
| 1052 | General election results- Sedgwick county 4.7.15 | |
| 1053 | Whitworth Ballou contract and images of the media campaign | |
| 1054 | Registered Voter DPOC Implementation Radio PSA.wav | |
| 1055 | _DPOC Implementation TV PSA.m4v | |
| 1056 | _New KS Voter DPOC Radio PSA.mp3 | |
| 1057 | _DPOC Costs.pdf | |
| 1058 | 2014 KDHE MOU | |
| 1059 | 2012 K-State Sports Marketing Contract | |
| 1060 | 2012 KU Sports Marketing Agreement | |
| 1061 | 2013 Celebrate KS Advertisement | |
| 1062 | Citizenship Radio PSA Statewide | |
| 1063 | DPOC TV Script-Phase 2 | |
| 1064 | Richman Survey Instrument English | _Richman relied material survey instrument English.pdf |
| 1065 | Richman Survey Instrument Spanish | _Richman Relied material survey instrument Spanish.pdf |
| 1066 | Richman Relied Materials – Richman Earnest and Chattha working paper | _Richman Earnest and Chattha working paper.pdf |
| 1067 | Issue and Answers Data Set | _Richman Relied Issue and Answers data set.sav |
| 1068 | Richman Suspense Group Merged with Survey | _Richman relied Suspense group merged with survey.sav |
| 1069 | Richman Group2TDL | _Richman relied Group2TDL.sav |
| 1070 | Richman Ford, Finney, Grant, Seward B4 POC | _Richman Relied Ford Finney Grant Seward B4 POC.xls |
| 1071 | Richman Additional Sample Group | _Richman relied Additional Sample. Xls |
| 1072 | Richman Suspense List | _Richman Relied suspense list.xls |
| 1073 | Richman TDL List 2016 | _Richman Relied 16 TDL list.xls |

| | | |
|---|---|---|
| 1074 | Richman Names Register Voters DOB | _Richman Relied Names Register Voters DOB.xls |
| 1075 | Richman Names Suspense DOB | _Richman Relied Names Suspense DOB.xls |
| 1076 | Richman Analysis of Recent Close KS Election | _Richman Relied Analysis of close KS elections.xls |
| 1077 | Richman Dialing Report 20 Jan 17 | _Richman Relied Dialing Report.xls |
| 1078 | | |
| 1079 | Updated Sedgwick County Chart maintained by Lehman if available | |
| 1080 | Newly run voter registration data from ELVIS | Richman wanted |
| 1081 | EVVER Fact Sheet | Caskey |
| 1082 | SAVE Fact Sheets | Caskey |
| 1083 | Kansas Speaks Public Opinion Surveys-Docking Institute | Von Spakovsky |
| 1084 | | |
| 1085 | April 6, 2016 Bryan Caskey Deposition | |
| 1086 | June 15, 2016 Bryan Caskey Deposition | |
| 1087 | March 28, 2017 Bryan Caskey Deposition | |
| 1088 | Earnest Deposition | |
| 1089 | Notice of Interagency Policy Change | |
| 1090 | Amended Notice of Intragency Policy Change | |
| 1091 | Brad Bryant Deposition | |
| 1092 | | |
| 1093 | Lorraine Minnitte March 31, 2017 Deposition | |
| 1094 | | |
| 1095 | Matt Barretto Deposition | |
| 1096 | | |
| 1097 | DHS Mayorkas Letter | |
| 1098 | Richman Deposition | |
| 1099 | Richman Expert Report | |
| 1100 | Richman Rebuttal Report | |
| 1101 | Caskey 5.18.2016 Declaration | |
| 1102 | Caskey 5.20.2016 Declaration | |
| 1103 | Lehman 5.20.2016 Declaration | |
| 1104 | Chart of Instances of Noncitizens registering or attempting to register to | |
| 1105 | | |
| 1106 | Lehman Declaration (1.27.2017) | |
| 1107 | | |

| 1108 | Lehman Deposition (4.6.2016) | |
| 1109 | Richman Close Election Analysis | |
| 1110 | | |
| 1111 | Kobach to Napolitano letter | |
| 1112 | | |
| 1113 | Lehman Deposition (4.21.2017) | |
| 1114 | | |
| 1115 | PILF Amicus Brief | |
| 1116 | | |
| 1117 | von Spakovsky deposition | |
| 1118 | Von Spakovsky Expert report | |
| 1119 | Butterwort Deposition | |
| 1120 | NVRA Congressional Record Excerpts | |
| 1121 | Kansas Form RCD | |
| 1122 | Kobach testimony for SAFE legislation | |
| 1123 | Seward County letter | |
| 1124 | | |
| 1125 | Hersch Expert Report | |
| 1126 | | |
| 1127 | Hersch Supplemental Expert Report (filed with Def's Reply) | |
| 1128 | | |
| 1129 | Bucci Deposition | |
| 1130 | Caskey Declaration (1.27.2017) | |
| 1131 | Caskey Deposition 4.6.2016 | |
| 1132 | Fish ELVIS file | |
| 1133 | Bucci ELVIS File | |
| 1134 | Hutchinson ELVIS file | |
| 1135 | Stricker ELVIS file | |
| 1136 | Boynton ELVIS file | |
| 1137 | ELVIS file Alkhalifa | |
| 1138 | ELVIS file Waner | |
| 1139 | ELVIS file Bidzimou | |
| 1141 | Caskey Deposition (12.1.2015) | |
| 1142 | Caskey Depo (6.16.2016) | |
| 1143 | Hutchinson Deposition | |
| 1144 | Boynton Deposition | |
| 1145 | Stricker Deposition | |
| 1146 | Bednasek Deposition | |
| 1147 | Caskey Declaration (12.5.2016) | |
| 1148 | Lehman Decl. (12.5.2016) | |
| 1149 | Michael Smith Deposition | |
| 1150 | Ahrens Deposition | |

| | |
|---|---|
| 1151 | Brad Bryant Declaration and Supplemental Declaration |
| 1152 | Lehman Affidavit (10.17.2013) |
| 1153 | Ulrich Affidavit (12.9.2013) |
| 1154 | Caskey Decl (1.4.2017) |
| 1155 | SAVE Correspondence |
| 1156 | Caskey Decl (1.18.2017) |
| 1157 | |
| 1158 | 2010 Primary Election Turnout |
| 1159 | 2008 General Election Turnout |
| 1160 | 2008 Primary Election Turnout |
| 1161 | 2006 General Election Turnout |
| 1162 | 2006 Primary Election Turnout |
| 1163 | Barreto Deposition |
| 1164 | E-mails referenced in Camarota Expert Report |
| 1165 | Census Bureau data referenced  in Camarota report |
| 1166 | Camarota Standards of Error Calculations |
| 1167 | KS October 2012 Voter Registration Numbers |
| 1168 | KS 2012 General Election Turnout information |
| 1169 | KS 2010 October Voter Registration Numbers |
| 1170 | KS 2010 General Election Voter Turnout |
| 1171 | KS 2014 October Voter Registration Numbers |
| 1172 | KS 2014 General Election Turnout |
| 1173 | American Community Survey data referenced in Camarota Report |
| 1174 | Current Population Survey data referenced in Camarota Report |
| 1175 | Passel, Jeffrey and Rebecca Clark (1997) How Many Naturalized Citizens Are There?  An Assessment of Data Quality in the Decennial Census and CPS.  Paper presented at the Annual Meeting of the Population Association of America, Washington, DC  March 1997 |

| | |
|---|---|
| 1176 | Van Hook, Jennifer and James D. Bachmeier (2013). "Citizenship Reporting in the American Community Survey" Demographic Research Vol. 29 Article 1:3 1-32 |
| 1177 | Declaration in Kobach v. Election Assistance Commission, 6 F. Supp.3d 1252 (D. Kan. 2014) |
| 1178 | Jie Zong and Jeanne Batalova, "Frequently Requested Statistics on immigrants and Immigration in the United States," Migration Policy Institute (April 14, 2016) |
| 1179 | Order in the case In the Matter of Anailin Reyes A 097-952-267, U.S. Dept. of Justice, Executive Office for Immigration Review, Immigration Court, Orlando, Florida |
| 1180 | Lizette Alvarez, "Man Who Thought He Was a Citizen Makes It Official," New York Times (May 21, 2014) |
| 1181 | Keathley v. Holder, 696 F.3d 644, No. 11-1594 (7th Cir. Aug. 22, 2012) |
| 1182 | Matter of Margarita Del Pilar Fitzpatrick, U.S. Dept. of Justice, Executive Office for Immigration Review, Board of Immigration Appeals, 26 I&N Dec. 559 (BIA 2015) |
| 1183 | Kimani v. Holder, 695 F.3d 666 (7th Cir. 2012) |
| 1184 | Andy Pierrotti, NBC Investages: Voter Fraud (Feb. 2, 2012) |
| 1185 | Crim. Div., Pub. Integrity Section, U.S. Dep't of Just., Election Fraud Prosecutions & Convictions: October 2002-September 2005 (2006) |
| 1186 | U.S. v. Velasquez, Case. No. 03-CR-20233 (S.D. Fl. 2003), Indictment and other documents |

| | |
|---|---|
| 1187 | Gov't Accountability Office, Elections: Additional Data Could Help State and Local Election Officials Maintain Accurate Voter Registration Lists 42 (2005) |
| 1188 | 8 U.S.C. 1611 |
| 1189 | 18 U.S.C. 1015 |
| 1190 | 18 U.S.C. 911 |
| 1191 | Letter of August 19, 2011, from Edgardo Cortes, General Registrar, Fairfax County, Virginia, to Neil H. MacBride, U.S. Attorney for the Eastern District of Virginia, and to Jack Smith, Chief of the Public Integrity Section, U.S. Department of Justice |
| 1192 | Immigrant Who Voted Illegally on Road to Becoming a U.S. Citizen, FOX News, August 26, 2010 |
| 1193 | Press Release, California Sec'y of State, Official Status Report on Orange County Voter Fraud Investigation (Feb. 3, 1998) |
| 1194 | Securing the Vote: Arizona: Hearing Before the Committee on House Administration, 109th Cong. (2006) (statement of Andrew P. Thomas, Maricopa County District Attorney) |
| 1195 | Transcript of Southwest Conference ON Illegal Immigration, Border Security and Crime (May 16, 2006) |
| 1196 | Daren Briscoe, Noncitizens Testify They Voted in Compton Elections, L.A. Times (Jan. 23, 2002), at B5 |
| 1197 | Bradley v. Perrodin, 106 Cal. App. 4th 1153 (2003), review denied, 2003 Cal. LEXIS 3586 (Cal. 2003) |
| 1198 | Robert Greene, Court of Appeal Upholds Perrodin Victory over Bradley in Compton, Metro News-Enter., march 11, 2003 |
| 1199 | Daren Briscoe, Bob Pool & Nancy Wride, Judge Voids Compton Vote, Reinstalls Defeated Mayor, L.A. Times, Feb. 9, 2002) |

| | |
|---|---|
| 1200 | H.R. Doc. No. 105-416, "Dismissing the Election Contest Against Loretta Sanchez," report of the Committee on House Oversight, U.S. House of Representatives (Feb. 12, 1998) |
| 1201 | Jessica Rocha, Voter Rolls Risky for Aliens: Noncitizens' Registering Is a Crime; 4 Cases Turn up in N.C., news & Observer (Dec. 7, 2006) |
| 1202 | Maryland Motor Vehicle Administration, Sources of Proof |
| 1203 | 8 U.S.C. 1324a |
| 1204 | In Re report of the Special January 1982 Grand Jury 1, No. 82 1989 (N.D. Ill. Dec. 14, 1984) |
| 1205 | Desiree F. Hicks, Foreigners Landing on Voter Rolls, Chi. Trib. (Oct. 2, 1985) |
| 1206 | The 2010 Election: A Look Back at What Went Right and Wrong Before the Comm. On House Administration 112th Cong. (2011) (Statement of Colorado Secretary of State Scott Gessler) |
| 1207 | "State of Colorado Request for Memorandum of Understanding to Verify Citizenship of Individuals registered to Vote in Colorado," from Attorney General John W. Suthers to DHS Secretary Janet Napolitano (July 5, 2012) |
| 1208 | Milan Simonich, Secretary of State Says Voter Fraud Probably Uncovered, Alamogordo Daily News (March 15, 2011) |
| 1209 | Florida Department of State Press Release (Sept. 12, 2012) |
| 1210 | Noncitizen Voting and ID Requirements in U.S. Elections: Hearing Before the Committee on House Administration, 109th Cong. (2006) (statement of Paul Bettencourt, Harris County Tax Assessor-Collector and Voter Registrar) |

| | |
|---|---|
| 1211 | Joe Stinebaker, Loophole Lets Foreigners Illegally Vote; 'Honor System' in Applying Means the County Can't Easily Track Fraud, Houston Chron. (Jan. 16, 2005) |
| 1212 | Roxana Kopetman, "In program's first year, nearly half of California's driver's licenses went to undocumented," Orange County Register (Jan. 6, 2016) |
| 1213 | Jie Zong and Jeanne Batalova, "The Limited English Proficient Population in the United States," Migration Policy Institute (July 8, 2015) |
| 1214 | Off. Of the Legis. Auditor Gen., State of Utah, ILR 2005-B (Feb. 8, 2005) |
| 1215 | Deborah Bulkeley, State Says 14 Illegals May Have Cast Ballots, Desert Morning News (Aug. 8, 2005) |
| 1216 | Bill Would Change Voter Registration Rolls, Associated Press (Feb. 7, 2006) |
| 1217 | Florida Department of State v. U.S. Department of Homeland Security, Case No. 1:12-00960 (D.D.C. June 11, 2012) |
| 1218 | INS Hampers Probe of Voting by Foreigners< Prosecutor Says, Houston Chron. (Sept. 20, 1997) |
| 1219 | Frank Trejo, Internal Strife Embroils Dallas INS Office-Local Agents' Whistle-Blowing Leads to Far-Flung Controversy, Dallas Morning News (March 8, 1998) |
| 1220 | Dena Bunis, Dallas INS' Probe of Electorate Echoes Here: Fallout from the Dornan-Sanchez Inquiry Sparks an Internal INS Debate Over a Texas Computer-Match Investigation, Orange County Reg. (June 5, 1997) |

| | |
|---|---|
| 1221 | Ruth Larson, Voter-Fraud Probe In Dallas Runs into INS Roadblock: Agency Denies it Should have Further Aided U.S. Attorney, Wash. Times (Sept. 25, 1997) |
| 1222 | Christina Bellantoni, Little to Stop Illegal Aliens from Voting, Wash. Times (Sept. 24, 2004) |
| 1223 | Dr. Robert Pastor et al., "Voter IDs Are Not the Problem:  A survey of Three States," Center for Democracy and Election Management, American University (Jan. 9, 2008) |
| 1224 | "Who's Counting:  How Fraudsters and Bureaucrats Put Your Vote at Risk," (Encounter Books 2012), page 4. |
| 1225 | Updated Sedgwick County Chart |
| 1226 | CaskeyData.xlsx – used to calculate demographics of matched individuals. |
| 1227 | EVVER Fact Sheet |
| 1228 | SAVE Fact Sheets |
| 1229 | Kansas Speaks Public Opinion Surveys-Docking Institute |
| 1230 | CCES16_Common_Output_Jul2017_VV Noncitizens.dta – all 2016 responses from noncitizens. |
| 1231 | Steven Camarota CV |
| 1232 | Proposed Kansas legislation 2018 |
| 1233 | Confidence intervals for KS CCES sample.do – Stata do file to calculate confidence intervals |
| 1234 | KS_noncit_cumulative_2006_2016_W Merge.dta – CCES responses from all Kansas non-citizens. |
| 1235 | ResponseErrorSimulationResultsKS.xls m – results of 10000 random draws of response error simulation to calculate confidence interval. |

| 1236 | ResponseErrorSimulationResultsUS.xls m – results of 10000 random draws of response error simulation to calculate confidence interval. |
| 1237 | TDL_ages as of 12_14_2016.dta -- used to calculate demographics of TDL denominators. |
| 1238 | weightssetupKSdemos2.do – Stata do file to calculate raked weights. |
| 1239 | weightssetupUSnoncitizens.do -- – Stata do file to calculate raked weights. |

Date:  January 30, 2018                     Respectfully submitted,

                                            /s/ *Sue Becker*
                                            Kris W. Kobach, Kansas Bar No. 17280
                                            Sue Becker, Kansas Bar No. 27806
                                            Garrett Roe, Kansas Bar No. 26867
                                            **KANSAS SECRETARY OF STATE'S OFFICE**
                                            120 S.W. 10th Ave.
                                            Topeka, KS 66612
                                            Telephone: (785) 296-4575
                                            Facsimile: (785) 368-8033
                                            Email: kris.kobach@ks.gov
                                                       sue.becker@ks.gov
                                                       garrett.roe@ks.gov

                                            *Attorneys for Defendant Kobach*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on the 30th day of January, 2018, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

                                            /s/ *Sue Becker*
                                            Sue Becker
                                            *Attorney for Defendant Kobach*