**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS**

| | |
|---|---|
| STEVEN WAYNE FISH, *et al.*, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KRIS KOBACH, in his official capacity as Secretary of State for the State of Kansas, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Case No. 16-2105-JAR-JPO** |

**PLAINTIFFS' AMENDED WITNESS LIST**

Plaintiffs Steven Wayne Fish, Donna Bucci, Charles Stricker, Thomas J. Boynton, Douglas Hutchinson, and the League of Women Voters Kansas ("LWVK" and collectively with Fish, Bucci, Stricker, Boynton, and Hutchinson, "Plaintiffs") hereby provide their Amended Witness List for the above-referenced case scheduled to start trial on March 6, 2018:

**I.     Fact Witnesses**

| Witness | Testimony |
|---|---|
| Marge Ahrens (live) <br> 515 S. Kansas Ave., Suite C <br> Topeka, KS 66603 | Effect of the documentary proof of citizenship law ("DPOC law") |
| Thomas J. Boynton (live) <br> 348 S. Lorraine Ave. <br> Wichita, KS 67211 | Effect of the DPOC law |
| Brad Bryant (live) <br> 412 Aquarius St., <br> Silver Lake, KS 66539 | Methods for preventing and/or addressing non-citizen registration |
| Donna Bucci (live) <br> 2932 S. Edwards St., <br> Wichita, KS 67217 | Effect of the DPOC law |

| Witness | Subject Matter |
|---|---|
| Brian Caskey (live)<br>Kansas Secretary of State<br>Memorial Hall, 1st Floor<br>120 SW 10th Avenue<br>Topeka, KS 66612 | Non-citizen registration and voting in Kansas; Methods for preventing and/or addressing non-citizen registration |
| Steven Wayne Fish (live)<br>1401 E24th St., Apt. B10<br>Lawrence, KS 66046 | Effect of the DPOC law |
| Kris Kobach (live)<br>Kansas Secretary of State<br>Memorial Hall, 1st Floor<br>120 SW 10th Avenue<br>Topeka, KS 66612 | Efforts to amend NVRA |
| Tabitha Lehman (live)<br>510 N. Main, #101<br>Wichita, KS 67203 | Non-citizen registration and voting in Kansas |
| Eric Rucker (via deposition)<br>Kansas Secretary of State<br>Memorial Hall, 1st Floor<br>120 SW 10th Avenue<br>Topeka, KS 66612 | Methods for preventing and/or addressing non-citizen registration |
| Charles Stricker (live)<br>4418 N. Ironwood St.,<br>Wichita, KS 67226 | Effect of the DPOC law |

**II.      Expert Witnesses**

| Witness | Subject Matter |
|---|---|
| Stephen Ansolabehere (live)<br>Professor of Government<br>Harvard University<br>Cambridge, MA | Non-citizen registration and voting in Kansas |
| Eitan Hersh (live)<br>Associate Professor of Political Science<br>Tufts University<br>Medford, MA | Non-citizen registration and voting in Kansas |
| Michael McDonald (live)<br>Associate Professor of Political Science<br>University of Florida<br>Gainesville, FL | Effect of the DPOC law |
| Lorraine Minnite (live)<br>Professor of Political Science<br>Rutgers University<br>New Brunswick, NJ | Non-citizen registration and voting in Kansas |

| | |
|---|---|
| Matt Barreto (live)<br>Professor of Political Science<br>University of California, Los Angeles<br>Los Angeles, California | Rates of possession of DPOC |

### III.     Additional Designations

Plaintiffs reserve the right to supplement or amend this list based on Defendant's witness and exhibit lists.  Plaintiffs' counsel sought to facilitate a good faith advance exchange of lists prior to filing, but counsel for Defendant were unable to do so.  Plaintiffs also reserve the right to call, live or via deposition, any witness called by Defendant.

DATED this 31st day of January, 2018.

Respectfully submitted,

/s/ Stephen Douglas Bonney
STEPHEN DOUGLAS BONNEY (#12322)
American Civil Liberties Union of Kansas
6701 W 64th St., Suite 210
Overland Park, KS 66202
Phone: (913) 490-4100
Fax: (913) 490-4119
dbonney@aclukansas.org

DALE HO*
R. ORION DANJUMA*
SOPHIA LIN LAKIN*
American Civil Liberties Union Foundation,
125 Broad St.
New York, NY 10004
Phone: (212) 549-2693
dale.ho@aclu.org
odanjuma@aclu.org
slakin@aclu.org

NEIL A. STEINER*
REBECCA KAHAN WALDMAN*
DAPHNE T. HA*
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
T: (212) 698-3822
F: (212) 698-3599
neil.steiner@dechert.com
rebecca.waldman@dechert.com
daphne.ha@dechert.com

ANGELA M. LIU*
Dechert LLP
35 West Wacker Drive
Suite 3400
Chicago, Illinois 60601-1608
Phone: (312) 646 5816
Fax: (312) 646 5858
angela.liu@dechert.com

*Counsel for Plaintiffs*

* admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 31st day of January, 2018, I electronically filed the foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ *Stephen Douglas Bonney*
STEPHEN DOUGLAS BONNEY (#12322)

*Attorney for Plaintiffs*