**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS**

| | |
|---|---|
| STEVEN WAYNE FISH, *et al.*, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>KRIS KOBACH, in his official capacity as Secretary of State for the State of Kansas, *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   **Case No. 16-2105-JAR-JPO**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION FOR COURT TO TAKE JUDICIAL NOTICE
OF ADJUDICATIVE FACTS**

Plaintiffs Steven Wayne Fish, Donna Bucci, Charles Stricker, Thomas J. Boynton, Douglas Hutchinson, and the League of Women Voters Kansas ("Plaintiffs") request that the Court take judicial notice of the following two facts for trial set to begin on March 6, 2018:

1. The following table sets forth, according to the Kansas Secretary of State ("KSOS") website, the total number of votes cast for the highest statewide office on the ballot in each of the following general elections dating back to the year 2000:

| Federal Election Year | Highest Statewide Office on Ballot | Official Results - Total Votes Cast |
|---|---|---|
| 2000 | President | 1,072,216 |
| 2002 | U.S. Senate | 776,850 |
| 2004 | President | 1,187,756 |
| 2006 | Governor | 849,700 |
| 2008 | President | 1,235,872 |
| 2010 | U.S. Senate | 837,692 |
| 2012 | President | 1,159,971 |
| 2014 | U.S. Senate | 866,191 |
| 2016 | President | 1,184,402 |
| **Total Votes for Highest Statewide Office** | | **9,170,650** |

| in Federal Election Years 2000 - 2016 | |

See KSOS, Election Statistics, https://www.kssos.org/elections/elections_statistics.html (last visited Feb. 13, 2018).

2. The Kansas Department of Revenue ("KDOR") requires applicants for a driver's license renewal to provide proof of identity, Social Security number, and proof of Kansas residency and principal residence. *See* KDOR, Renewing Your Kansas Driver's License, https://www.ksrevenue.org/dovrenewingdl.html (last visited Feb. 13, 2018).

Federal Rule of Evidence 201 requires courts to grant requests for judicial notice of adjudicative facts that are "not subject to reasonable dispute because [they] can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). The Tenth Circuit has held that courts may properly take judicial notice of facts on government websites. *See New Mexico ex rel. Richardson v. Bureau of Land Mgmt.*, 565 F.3d 683, 702 n.22 (10th Cir. 2009). Indeed, "[i]t is not uncommon for courts to take judicial notice of factual information found on the world wide web." *O'Toole v. Northrop Grumman Corp.*, 499 F.3d 1218, 1225 (10th Cir. 2007).

Here, the voting numbers are provided by the KSOS website and the required documents for a license renewal are provided by the KDOR website. Because both sets of information are readily available on the state agencies' websites, they are capable of accurate and ready determination. *See O'Toole*, 499 F.3d at 1224-25 (10th Cir. 2007) (holding district court abused its discretion in failing to take judicial notice of information found on defendant's website where the information contained on the website should not be subject to dispute by defendant because defendant created it). Thus, this Court should take judicial notice of those facts.

## **CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request that the Court grant their request for judicial notice.

DATED this 13th day of February, 2018.

Respectfully submitted,

/s/ Stephen Douglas Bonney
STEPHEN DOUGLAS BONNEY (#12322)
American Civil Liberties Union of Kansas
6701 W 64th St., Suite 210
Overland Park, KS 66202
Phone: (913) 490-4100
Fax: (913) 490-4119
dbonney@aclukansas.org

/s/ Dale E. Ho
DALE E. HO*
R. ORION DANJUMA*
SOPHIA LIN LAKIN*
American Civil Liberties Union Foundation,
125 Broad St.
New York, NY 10004
Phone: (212) 549-2693
dale.ho@aclu.org
odanjuma@aclu.org
slakin@aclu.org

NEIL A. STEINER*
REBECCA KAHAN WALDMAN*
DAPHNE T. HA*
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
T: (212) 698-3822
F: (212) 698-3599
neil.steiner@dechert.com
rebecca.waldman@dechert.com
daphne.ha@dechert.com

ANGELA M. LIU*
Dechert LLP
35 West Wacker Drive
Suite 3400
Chicago, Illinois 60601-1608
Phone: (312) 646 5816
Fax: (312) 646 5858
angela.liu@dechert.com

*Counsel for Plaintiffs*

* admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 13th day of February, 2018, I electronically filed the foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ *Stephen Douglas Bonney*
STEPHEN DOUGLAS BONNEY (#12322)

*Attorney for Plaintiffs*