IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, *et al.*, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>KRIS KOBACH, in his official capacity as Secretary of State for the State of Kansas, *et al.*,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 16-2105-JAR-JPO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF JOINT PRETRIAL STIPULATIONS**

**I.     STIPULATIONS AS TO EXHIBITS**

The parties agree to the admission of the following exhibits into the trial record:

| **Plaintiffs' Exhibits** | | |
|---|---|---|
| **PX No.** | **Description** | **DX No.** |
| 1 | Fish ELVIS Registrant Details CONFIDENTIAL as of 4/14/16_ | |
| 2 | Bucci ELVIS Registrant Details CONFIDENTIAL as of 4/14/16 | |
| 3 | Boynton ELVIS Registrant Details CONFIDENTIAL as of 4/14/16_ | |
| 4 | Stricker ELVIS Registrant Details CONFIDENTIAL as of 4/14/16_ | |
| 5 | Hutchinson ELVIS Registrant Details CONFIDENTIAL as 4/14/16_ | |
| 13 | LWV Flyers for Public Distribution | DX 916 |
| 22 | Lehman email re: non-citizen attempting to register CONFIDENTIAL | |
| 40 | 2000-2016 General Election Official Results | |
| 41 | Spreadsheet: Def. Resp. to 1st RFP, Request No. 3 | |
| 42 | Spreadsheet: Def. Resp. to 1st RFP, Request No. 3 - Suspense List 03.31.2016 | |
| 43 | Spreadsheet: Def. Resp. to 1st RFP, Request No. 4 | |

| | | |
|---|---|---|
| 44 | Spreadsheet: Def. Resp. to 1st RFP, Request No. 4 - 90 Day Rule Supp. | |
| 45 | Spreadsheet: Def. Resp. to 1st RFP, Request No. 7 – TDL | |
| 46 | Spreadsheet: Def. Resp. to 1st RFP, Request No. 7 - TDL Supp. | |
| 48 | Spreadsheet: Def. Resp. to 1st RFP, List of Names Supp. 6, 7, 8 | |
| 50 | Communications re: use of SAVE | DX 882, 1068 |
| 55 | McCullah email re: POC | DX 946 |
| 61 | Kansas Application for Benefits | |
| 65 | State of Kansas County Election Manual | |
| 80 | Kansas Voter Registration Appl. CONFIDENTIAL | DX 823 |
| 95 | Undocumented Registration Documentation (non-Sedgwick County) CONFIDENTIAL | |
| 96 | Barton County ELVIS Screenshots CONFIDENTIAL | |
| 97 | Cordero-Zaputo ELVIS Registrant Details CONFIDENTIAL | |
| 98 | Yanet Miller ELVIS Registrant Details CONFIDENTIAL | |
| 99 | Srithongrung ELVIS Registrant Details CONFIDENTIAL | |
| 100 | Fernandez ELVIS Registrant Details CONFIDENTIAL | |
| 101 | Gonzalez-Perez ELVIS Registrant Details CONFIDENTIAL | |
| 110 | Compilation of Names Spreadsheet (Coded) | DX 955 |
| 111 | Meta-Analysis of Non-Citizen Registration Estimates | DX 959 |
| 112 | Non-Citizen Registration Estimates Confidence Intervals | DX 960 |

| **Defendant's Exhibits** | |
|---|---|
| **DX No.** | **Description** |
| 801 | KS Voter Registration Application (Caskey Dep. 12/1/15 Ex. 3) (Fish- Def's Resp to P'S SJ Mo Ex. P) |
| 802 | Federal Voter Registration Application (Caskey Dep. 12/1/15 Ex. 4) (Fish- Def's Resp to P'S SJ Mo Ex. Q) |
| 803 | Voter Registration and Absentee Ballot (Caskey Dep. 12/1/15 Ex. 5) |
| 804 | Online Voter Registration Application (Caskey Dep. 12/1/15 Ex. 6) |
| 816 | 2014 General Election. (Fish- Camarota Dep. 10/17/16 Ex. 13) |

| | |
|---|---|
| 825 | Kansas DOV Receipt |
| 829 | Boynton ELVIS file-CONFIDENTIAL-as of 2/13/18 |
| 833 | Registrant Detail (Bucci ELVIS file)- CONFIDENTIAL--as of 2/13/18 |
| 837 | Form RCD |
| 838 | Registrant Detail (Stricker ELVIS file)--as of 2/13/18 |
| 848 | Registrant Document (Hutchinson ELVIS file)--as of 2/13/18 |
| 849 | Correspondence from JOCO office with attachments (Fish- Hutchinson 5/10/16 Ex. 8) |
| 850 | Correspondence from JOCO dated 12.11.15 (Fish- Hutchinson 5/10/16 Ex. 9) |
| 851 | Correspondence from JOCO election office with attachments (Fish- Hutchinson 5/10/16 Ex. 10) |
| 853 | "Important message" from JOCO election office (Fish- Hutchinson 5/10/16 Ex. 12) |
| 859 | Fish- Photocopy of DGCO elections postcard (S. Fish- 5/10/16 Ex. 22) |
| 860 | Correspondence from Elections office |
| 861 | Registrant detail for Fish- (ELVIS file)---as of 2/13/18 |
| 862 | Correspondence from DGCO clerk (S. Fish- 5/10/16 Ex. 25) |
| 882 | Letter from Kobach, memo from Kriegshauser; letter from Majorkas; email exchange and program registration checklist (Fish- B. Caskey 6/15/16 Ex. 10) |
| 883 | Kansas Election Standards Manual |
| 1027 | Interagency agreement |
| 1052 | Interagency agreement |
| 1058 | Bednasek Def's Resp to P'S Mo for SJ Ex. X, SAVE correspondence |
| 1059 | Interagency agreement |
| 1061 | Fish- Def's SJ Mo Ex. K, Mayorka Letter, August 20, 2012 |
| 1069 | Fish- Def's SJ Mo Ex. AA, KWK Letter to Napolitano, May 14, 2012 |
| 1078 | KS 2012 General Election Turnout information |
| 1079 | KS 2010 October Voter Registration Numbers |
| 1080 | KS 2014 October Voter Registration Numbers |
| 1081 | American Community Survey data referenced in Camarota Report |

## II.  STIPULATIONS AS TO EXPERT REPORTS AND DECLARATIONS

The parties agree to waive authenticity and hearsay objections to the admissibility of expert reports and declarations served in these cases, including all amended, rebuttal, and supplemental expert reports, PROVIDED the expert is available at trial for examination and cross examination (unless the parties agree in writing to waive such requirement) on all aspects of the expert's (a) direct testimony, (b) written declarations or reports, (c) amended, rebuttal, or supplemental declarations or reports, and (d) underlying data and materials relied upon in the preparation of such written declarations or reports.  The parties reserve, and do not waive, the right to object to the admissibility of expert testimony and expert declarations and reports, in whole or in part, on any other grounds, including but not limited to objections that an expert is not qualified.

## III. STIPULATIONS AS TO MUTUAL WITNESSES

The parties agree that, with respect to two witnesses employed by or associated with the Kansas Secretary of State's Office, Bryan Caskey and Tabitha Lehman, Defendant may conduct his direct examination immediately after the Plaintiffs' examination of these witnesses during their case-in-chief, followed by the parties' respective cross-examinations/re-direct examinations. Defendant agrees to waive any requirement that these witnesses be served with subpoenas to procure their testimony.

DATED this 19 of February, 2018.

Respectfully submitted,

| /s/ Stephen Douglas Bonney | /s/ Dale E. Ho |
|---|---|
| STEPHEN DOUGLAS BONNEY (#12322) | DALE HO* |
| American Civil Liberties Union of Kansas | R. ORION DANJUMA* |
| 6701 W 64th St., Suite 210 | SOPHIA LIN LAKIN* |
| Overland Park, KS 66202 | American Civil Liberties Union Foundation, |
| Phone: (913) 490-4100 | 125 Broad St. |
| Fax: (913) 490-4119 | New York, NY 10004 |
| dbonney@aclukansas.org | Phone: (212) 549-2693 |

dale.ho@aclu.org
odanjuma@aclu.org
slakin@aclu.org

NEIL A. STEINER*
REBECCA KAHAN WALDMAN*
DAPHNE T. HA*
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
T: (212) 698-3822
F: (212) 698-3599
neil.steiner@dechert.com
rebecca.waldman@dechert.com
daphne.ha@dechert.com

ANGELA M. LIU*
Dechert LLP
35 West Wacker Drive
Suite 3400
Chicago, Illinois 60601-1608
Phone: (312) 646 5816
Fax: (312) 646 5858
angela.liu@dechert.com

/s/ *Sue Becker*_____
Kris W. Kobach, Kansas Bar No. 17280
Sue Becker, Kansas Bar No. 27806
Garrett Roe, Kansas Bar No. 26867
**Kansas Secretary of State's Office**
120 S.W. 10th Ave.
Topeka, KS 66612
Telephone: (785) 296-4575
Facsimile: (785) 368-8033
Email: kris.kobach@ks.gov
      sue.becker@ks.gov
      garrett.roe@ks.gov

*Attorneys for Defendant Kobach*