IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, *et al.*, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>KRIS KOBACH, in his official capacity as Secretary of State for the State of Kansas, *et al.*,<br><br>    Defendants. | Case No. 16-2105-JAR-JPO |

## PLAINTIFFS' OBJECTIONS TO DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS

Plaintiffs Steven Wayne Fish, Donna Bucci, Charles Stricker, Thomas J. Boynton, Douglas Hutchinson, and the League of Women Voters Kansas ("Plaintiffs") hereby object as set forth below to Defendant's counter deposition designations filed on February 13, 2018. *See* ECF No. 464.

Plaintiffs maintain their objection to the deposition designations in their entirety for the witnesses which Defendant has not established as unavailable within the meaning of Rule 32(a)(4) of the Federal Rules of Civil Procedure, including all Kansas Depart of Revenue and Secretary of State employees, as set forth in Plaintiffs' objections and counter-designations to Defendant's deposition designations filed on February 13, 2018. *See* ECF No. 461.

**Rucker**

| Defendant's Counter-Designations | | Objection |
|---|---|---|
| **Start** | **Stop** | |
| 16:8 | 16:22 | Lacks foundation without 16:3-16:8; Speculation |
| 39:8 | 40:4 | |

| | | |
|---|---|---|
| 104:13 | 104:22 | |
| 104:25 | 105:7 | 105:4-105:7 includes non-responsive answer |
| 105:19 | 105:24 | |
| 106:25 | 107:23 | |
| 108:2 | 109:21 | Lacks foundation |
| 112:17 | 113:5 | Speculation |

**Bryant**

| Defendant's Counter-Designations | | Objection |
|---|---|---|
| Start | Start | |
| 29:7 | 31:16 | |
| 55:8 | 55:25 | Incomplete without 56:1 – 56:7 |
| 57:23 | 58:5 | Speculation; Incomplete without 58:6 – 60:11 |
| 97:5 | 97:7 | Incomplete – partial question and no answer |

**Kobach**

| Defendant's Counter-Designations | | Objection |
|---|---|---|
| Start | Start | |
| 10:6 | 11:4 | |
| 12:12 | 13:11 | |
| 15:4 | 16:25 | |
| 18:5 | 20:2 | |
| 22:2 | 23:15 | |
| 25:5 | 26:21 | |
| 28:19 | 28:25 | |
| 29:8 | 29:21 | |
| 41:8 | 41:23 | |
| 42:5 | 42:25 | |
| 47:8 | 47:14 | |
| 47:20 | 47:22 | |
| 48:5 | 48:6 | |
| 49:9 | 49:16, 23-24 | |
| 49:25 | 50:2 | |
| 50:7 | 51:17 | |
| 53:21 | 55:2 | |

DATED this 20th day of February, 2018.

Respectfully submitted,

/s/ Stephen Douglas Bonney
STEPHEN DOUGLAS BONNEY (#12322)
American Civil Liberties Union of Kansas
6701 W 64th St., Suite 210
Overland Park, KS 66202
Phone: (913) 490-4100
Fax: (913) 490-4119
dbonney@aclukansas.org

/s/ Dale E. Ho
DALE E. HO*
R. ORION DANJUMA*
SOPHIA LIN LAKIN*
American Civil Liberties Union Foundation,
125 Broad St.
New York, NY 10004
Phone: (212) 549-2693
dale.ho@aclu.org
odanjuma@aclu.org
slakin@aclu.org

NEIL A. STEINER*
REBECCA KAHAN WALDMAN*
DAPHNE T. HA*
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
T: (212) 698-3822
F: (212) 698-3599
neil.steiner@dechert.com
rebecca.waldman@dechert.com
daphne.ha@dechert.com

ANGELA M. LIU*
Dechert LLP
35 West Wacker Drive
Suite 3400
Chicago, Illinois 60601-1608
Phone: (312) 646 5816
Fax: (312) 646 5858
angela.liu@dechert.com

*Counsel for Plaintiffs*

* admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 20th day of February, 2018, I electronically filed the foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ *Stephen Douglas Bonney*
STEPHEN DOUGLAS BONNEY (#12322)

*Attorney for Plaintiffs*