EXHIBIT C

1          PATRICK LUTHER MCFERRON
2        IN THE UNITED STATES DISTRICT COURT
3            FOR THE DISTRICT OF KANSAS
4    STEVEN WAYNE FISH, RALPH
     ORTIZ, DONNA BUCCI, CHARLES
5    STRICKER, THOMAS J. BOYNTON,
     DOUGLAS HUTCHINSON, and THE
6    LEAGUE OF WOMEN VOTERS OF         Case Number
     KANSAS, on behalf of             2:16-cv-21-5
7    themselves and all others
     similarly situated,
8
          Plaintiffs,
9
     VS.
10
     KRIS KOBACH, in his official
11   capacity as Secretary of
     State for the State of
12   Kansas; and NICK JORDAN, in
     his official capacity as
13   Secretary of Revenue for the
     State of Kansas,
14
          Defendants.
15

16

17   VIDEO DEPOSITION OF PATRICK LUTHER MCFERRON
         TAKEN ON BEHALF OF THE PLAINTIFFS
18     ON JUNE 7, 2016, BEGINNING AT 9:17 A.M.
           IN OKLAHOMA CITY, OKLAHOMA
19

20

21

22

23      Reported by:  Cheryl D. Glenn, CSR
24       Video Technician:  Chloe Crawford
25   Job No.  108404

1                    PATRICK LUTHER MCFERRON

2        Q. And the flip-side of that is, if

3   you answer a question, my assumption will

4   be that you understood the question I was

5   asking.  Is that okay?

6        A. Yes.

7        Q. When did you first learn about the

8   lawsuit, either the Fish lawsuit or the

9   Keener lawsuit against the Secretary of

10  State over the Kansas documentary proof of

11  citizenship requirement?

12       A. It would have been -- I don't know

13  the exact date, but it would have been

14  within a couple of days of the -- the first

15  week of May of this year.

16       Q. How did you learn about the

17  lawsuit?

18       A. I was contacted by the Secretary of

19  State's office to conduct this study.

20       Q. Who contacted you?

21       A. I don't remember who the first

22  contact was.  It was -- it was either

23  Garrett Roe or -- or Secretary Kobach.

24       Q. And prior to being contacted in

25  approximately the first week of May, were

1          PATRICK LUTHER MCFERRON
2    you familiar with the Kansas documentary
3    proof of citizenship law?
4         A. I knew that there had been a -- an
5    effort underway in Kansas along this line
6    but was not -- not intricately familiar
7    with it, no.
8         Q. Prior to the first week of May, had
9    you done any survey work or polling work
10   related to the documentary proof of
11   citizenship law?
12        A. I routinely do surveys on topics
13   that this would be included in, in a
14   variety of -- of states and communities.  I
15   do not specifically remember asking
16   anything about this question in Kansas, but
17   it would not be outside the realm of what
18   we normally do, but I do not recall that at
19   this time, no.
20        Q. When you say that questions about
21   the documentary proof of citizenship would
22   routinely be included in the types of
23   surveys that you do, can you explain what
24   you mean by that?
25        A. Yes.  I -- I conduct surveys --

PATRICK LUTHER MCFERRON

1
2 well, do you want to limit this to Kansas
3 only, at this point?
4      Q. We can start with -- we can start
5 with that, yes.
6      A. Okay.  I routinely do studies in
7 Kansas where we explore a variety of
8 different issues.  It's entirely possible
9 that in a litany of issues that concerned
10 the public that I could have asked a
11 question about support or opposition to
12 this type of -- of -- to this approach.
13 But I do not -- I don't specifically recall
14 doing that.  It's never been -- it's never
15 been the focus of a study in Kansas.
16      Q. And prior to the first week of May,
17 have you done any surveys, poll studies, on
18 rates of possession of documentary proof of
19 citizenship?
20      A. No.
21      Q. What is your understanding of your
22 role in this case?
23      A. To -- to use the expertise and --
24 and years of experience in surveying the
25 public to evaluate the prevalence of

1           PATRICK LUTHER MCFERRON

2     documentation attainable by residents of

3     Kansas.

4           Q. Do you consider yourself an expert

5     in surveying?

6           A. Yes.

7           Q. Is it your understanding that you

8     will testify as an expert witness in this

9     case with respect to the survey that you

10    conducted?

11          A. It's my understanding that's a

12    possibility, yes.

13          Q. Okay.  And what is that

14    understanding based on?

15          A. My past experience in conducting

16    surveys involved in court cases.  I know

17    that that's always a -- a possibility

18    whenever I undertake those type of -- of

19    projects.

20          Q. Have you discussed with anyone

21    whether or not you'll serve as an expert

22    witness at trial in this case?

23          A. No.  I mean, I know that it has

24    been brought up.  I've actually -- I think

25    I've actually heard conflicting that I

1          PATRICK LUTHER MCFERRON

2    age, gender, any question asked in a survey

3    cross-tabbed against themselves.  So how

4    people answered question 5, how they

5    answered question 6, just an analytical

6    tool.

7          Q. Do you have an engagement letter

8    with either of the Defendants in this case?

9          A. No, not that I -- not that I can

10   recall.

11         Q. Were you -- are you charging a fee

12   in this case?

13         A. Yes.

14         Q. Are there terms that -- is there

15   any type of document that sets forth the

16   terms pursuant to which you're doing your

17   work in this case?

18         A. I believe there's e-mail traffic.

19         Q. And who are those e-mails between?

20         A. I don't have that in front of me

21   right now, but my guess is Garrett Roe.

22         Q. And what are the terms pursuant to

23   which you are doing your work in this case?

24         A. I believe it's $9,000 for the

25   survey study.

PATRICK LUTHER MCFERRON

1

2     Q. And are you familiar with the
3  Heritage Foundation?

4     A. Yes.

5     Q. In the last two months have you
6  spoken to anyone at the Heritage
7  Foundation?

8     A. No.

9     Q. In the last two months, to the best
10  of your knowledge, have you either sent any
11  e-mails to or received any e-mails from
12  anyone at the Heritage Foundation?

13     A. No.

14     Q. Can you describe for me your
15  educational background?

16     A. Yes.  I don't know how far back you
17  want me to go?

18     Q. You can start with college.

19     A. Okay.  Graduated summa cum laude
20  from Oklahoma City University with a degree
21  in political science.  And then I did --
22  studied at the American University in
23  Washington D.C. for two years pursuing a
24  master's degree.

25     Q. Did you receive a master's degree

1           PATRICK LUTHER MCFERRON

2    from American?

3          A. I did not.  I got a job and never

4    did the -- my last paper or took -- or took

5    the foreign language exam.  My wife has not

6    let me regret it.

7          Q. And when did you graduate from

8    Oklahoma City?

9          A. 1990.

10          Q. And did you immediately then go for

11    two years to American University?

12          A. Yes.

13          Q. And, aside from the two years at

14    American, do you have any other formal type

15    of educational training or -- or study?

16          A. No.

17          Q. What was the master's -- what --

18    what area were you pursuing your master's

19    in at American?

20          A. International political economy.

21          Q. Aside from your degree from

22    Oklahoma City, do you hold any other types

23    of professional licenses or certifications?

24          A. No.

25          Q. In your communications with Mr. Roe

1          PATRICK LUTHER MCFERRON

2      Q. And could you explain what

3   "statistically significant" means?

4      A. It means -- it means that the

5   sample size is so small that the -- you

6   know, that there's just not a statistical

7   correlation between answers there.  The

8   margin of error for a sample -- at even --

9   you know, regardless of, quite frankly,

10  your level of competence would be within

11  the realm on -- on those questions.

12      Q. And what does "level of competence"

13  mean?

14      A. It's a statistical term meaning,

15  you know, most of the times -- and the

16  margin of error I have calculated here is

17  based on 95 percent competence, meaning

18  that 95 percent of the time the -- the

19  results of the study will be within that

20  margin of error.  You can't actually -- you

21  could technically do different studies at

22  different levels of competence but

23  95 percent tends to be the accepted norm.

24      Q. And are you familiar with the term

25  "t-statistic"?

1          PATRICK LUTHER MCFERRON

2     as a surveyor or pollster, that your role

3     is to try to obtain unbiased responses to

4     questions?

5          A. Yes, as -- as is possible, yes.

6          Q. Would you agree that if -- if you

7     wanted to receive unbiased responses with

8     respect to support for the law, that it

9     would have been better in question 18 to

10    say simply, "Kansas law requires people who

11    register to vote for the first time to

12    provide documentary proof that they're a

13    United States citizen before they can

14    become registered.  Do you support or

15    oppose this law?"

16         A. In retro --

17         Q. Do you think that that would have

18    been a better question?

19         A. In retrospect, I wish that's how it

20    would have been asked, yes.

21         Q. But you didn't think to suggest

22    that to Secretary Kobach at the time?

23         A. No, I did not.

24         Q. Now, how did you determine the

25    number of people to include in the survey?

                    PATRICK LUTHER MCFERRON

1
2       A. Past experience has been that
3  generally a 500-sample study meets most of
4  the acceptable standards for a state such
5  as Kansas.  And then it's also a function
6  of just making sure that the -- the price
7  is at a level that's -- that's palatable
8  for other clients at different -- for
9  different clients at different times.  It
10 seemed like the appropriate number for this
11 study.  It gives me the ability to -- to
12 look at most of the significant media
13 markets with reliability, which is
14 something that you want to be able to -- to
15 look at.
16      Q. Okay.  Will you agree that in
17 constructing a sample that it's important
18 that the sample be representative of the
19 overall population?
20      A. That is the goal.  And we have a --
21 a few -- quote -- we set up a quota system
22 in our interviewing process to make certain
23 that we -- we are reflective.  We control
24 for age, gender and geographic region.
25      Q. Could you explain what you mean

1          PATRICK LUTHER MCFERRON
2    about different levels of education or
3    income.  Are you familiar with the concept
4    of weighting a survey?
5          A. Yes.
6          Q. Okay.  And what does that refer to?
7          A. It is a practice some pollsters and
8    survey-takers use to where they take a
9    study of the interviewing that they've done
10   and then assign various weights or
11   quantities to interviews based on where
12   they believe they've undersampled part of a
13   study.
14         Q. Is that something you do?
15         A. No.
16         Q. Why not?
17         A. It's been my experience that
18   oftentimes that, when that's used in
19   especially political polling, it leads to
20   inaccurate results because you're basing
21   that weight on models that are not
22   necessarily accurate.  And I would rather
23   use the approach we use -- that we've used
24   for, you know, decades, of setting the
25   quotas upfront.  That way you don't end up

1              PATRICK LUTHER MCFERRON

2    having -- you know, I -- I think lay people

3    look at it where you might have a small n

4    subset that -- that you're trying to apply

5    to a larger group, and it really doesn't --

6    the -- the I don't think it holds up as

7    well when you look at that subset.

8         Q. And are you familiar with any other

9    -- any academic literature that supports

10   using quotas as opposed to survey

11   weighting?

12        A. No.

13        Q. Are you familiar with academic

14   literature that rejects the quota approach

15   as opposed to survey weighting?

16        A. No.

17        Q. Are you familiar with any other

18   pollsters or surveyors who use the quota

19   approach as opposed to the weighting?

20        A. I know that it's -- it's a debate

21   had, especially in political circles, but I

22   can't name -- I don't know the -- the trade

23   secrets of -- of everybody.  I know -- I --

24   I would say that the preponderance probably

25   do use weighting and that's why I -- I

1          PATRICK LUTHER MCFERRON

2   don't rely on them and why we -- we do our

3   own instead of relying on other people's

4   information.

5          Q. Now, your survey used both landline

6   and cell phones --

7          A. Yes.

8          Q. -- is that right?

9          A. Yes.

10         Q. Okay.  And why did you do that?

11         A. We believe it gives us the better

12   representation of all adults.

13         Q. And do you believe that it's

14   important that all adults citizens in the

15   state of Kansas have an equal chance to

16   participate in your survey?

17         A. We want to give them the -- the

18   opportunity to, yes.

19         Q. And it's important that all adult

20   citizens have an equal opportunity to be

21   selected for your survey.  Right?

22         A. We -- we attempt to do so, yes.

23         Q. And in terms of the cell phone and

24   landline calls, how did you select people

25   for those calls?

1            PATRICK LUTHER MCFERRON

2   random digit.  I -- I believe -- you've got

3   the information here of how many were

4   wireless versus mobile, and I believe that

5   was really the -- the key delineation that

6   we made.

7        Q. And how did you decide how many

8   should be wire -- how many should be

9   landline versus mobile?

10        A. I don't remember that process.  I

11   think we -- I think -- I can't remember

12   what -- what that percentage was, but we

13   had gone through and done some research in

14   consultation with the scientific telephone

15   samples about what that -- that mix should

16   look like for residents there.

17        Q. And -- and you're aware that some

18   people -- some citizens in the state of

19   Kansas don't have telephones, whether

20   landline or -- or mobile.  Is that right?

21        A. I assume that there are -- are some

22   people in most jurisdictions that do not

23   have telephones, and so, this -- this would

24   not approach those with (sic) telephones.

25   But looking at the study here, it looks

1            PATRICK LUTHER MCFERRON

2      Q. And would you agree that most

3  people who don't have either a landline or

4  a mobile phone are the -- the most likely

5  to be living in poverty?

6      A. Again, that's outside my scope.

7  But, from my personal relationships, no,

8  the only people I know that don't have cell

9  phones are people of particular religious

10 faith that -- that are not living in

11 poverty, so...

12     Q. Which -- which -- which religious

13 faiths don't have telephones?

14     A. Well, I know -- and, again, this is

15 outside my area of expertise.

16     Q. Well, what are the religions of the

17 people you know who don't have telephones

18 for -- for religious reasons?

19     A. I know one Amish family that does

20 not have -- that's very strict, that does

21 not have access to a phone.

22     Q. And that's a sample of one?

23     A. It's one family, yes, out of

24 everybody I know.

25     Q. Okay.  Did you track the response

1            PATRICK LUTHER MCFERRON

2    rate of people that you were call -- that

3    were selected and called for your survey?

4        A. I do not have that with me.

5        Q. Okay.  Is that something that you

6    kept track of?

7        A. I believe the system has that

8    response rate, yes.

9        Q. Is it important to -- to understand

10   the overall response rate to the survey?

11       A. That likely depends on your

12   definition of "important".  It is a factor

13   in determining some statistical

14   reliability, but I have -- I have no -- no

15   concerns about this having a response rate

16   not -- more than adequate for -- for this

17   study and...

18       Q. How does the response rate affect a

19   conclusion about statistical reliability?

20       A. It's a factor in formulating the

21   margin of error.

22       Q. Can you explain that to me?

23       A. No.  I have -- have -- it's -- you

24   just plug it into the formula.  I don't

25   have that formula in front of me.

1          PATRICK LUTHER MCFERRON

2          Q. Are there typical response rates

3  that you look for in deciding whether a

4  survey is accurate and reliable or not?

5          A. I would say we look for outliers

6  primarily to determine if there's something

7  faulty in the questionnaire design that's

8  causing that response rate to -- to -- to

9  skew.

10         Q. Is there an ideal response rate?

11         A. Oh, a hundred percent is the ideal,

12 but that's never attained.

13         Q. And on what do you base your

14 opinion that the ideal response rate for a

15 survey is 100 percent?

16         A. Well, because then it's -- it's --

17 I mean, that would be considered a -- you

18 know, just a -- a perfect study.  That

19 would be like interviewing -- I mean,

20 that's just -- that's -- you always want to

21 be higher.  It's just -- just math.

22         Q. Do you have records of the response

23 rate to this survey somewhere?

24         A. I don't know that I have those

25 response rates generated right now, but

1            PATRICK LUTHER MCFERRON

2     in the state of Kansas but have not

3     provided documentary proof of citizenship?

4          A. No.

5          Q. Putting aside whether you're

6     familiar with the term "suspense list",

7     were you aware that there are approximately

8     18,000 people who have submitted a voter

9     registration application in the state of

10    Kansas but whose registration has not been

11    processed by the Secretary of State's

12    office pending submission of documentary

13    proof of citizenship?

14         A. No.

15         MR. KOBACH:   Objection, premise

16    of question he's answered, and compound.

17         Q. (By Mr. Steiner)  If you assume

18    that there are 18,000 people on a suspense

19    list who have registered to vote but whose

20    applications haven't been completed because

21    of the documentary proof of citizenship

22    requirement, if you wanted to determine

23    what percentage of that population had had

24    -- had possession of documentary proof of

25    citizenship, what would you do?

1            PATRICK LUTHER MCFERRON

2       A. I mean, it's -- it seems pretty

3  hypothetical here.  I mean, I would tend to

4  survey the group that we're trying to find

5  information out about.  But, again --

6       Q. If that had been --

7       A. -- that was not my task here.

8       Q. If that had been your task, how

9  would you have gone about completing that

10 task?

11      A. I would have visited with whatever

12 entity was -- was wanting to find out the

13 information, drafted a questionnaire,

14 sought to identify that universe to see if

15 it's available and then called and asked

16 them these -- asked them the questions.

17      Q. And if the universe was 18,000, how

18 many people would you have sought to

19 survey?

20      A. I would have still sought to survey

21 at least 300 overall.  The -- the universe

22 has very minimal effect on the margin of

23 error.

24      Q. And if you have a survey sample of

25 300, what's the approximate margin of

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 23rd day of February, 2018, I electronically

filed the foregoing document using the CM/ECF system, which automatically sends notice and a

copy of the filing to all counsel of record.

/s/ *Stephen Douglas Bonney*
STEPHEN DOUGLAS BONNEY (#12322)

*Attorney for Plaintiffs*