# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) **Case No. 16-2105-JAR-JPO** ) ) |
| KRIS KOBACH, in his official capacity as Secretary of State for the State of Kansas, | ) ) ) |
| Defendant. | ) ) ) |

## PLAINTIFFS' MOTION FOR COURT TO TAKE
## JUDICIAL NOTICE OF ADJUDICATIVE FACTS

Plaintiffs Steven Wayne Fish, Donna Bucci, Charles Stricker, Thomas J. Boynton, Douglas Hutchinson, and the League of Women Voters Kansas ("Plaintiffs") request that the Court take judicial notice that the following table sets forth, as reported on the website of the Kansas Secretary of State the total number of votes cast in the listed elections in Sedgwick County, Kansas:[1]

| Underlying Document Exhibit Number | Election | Total Votes Cast |
|---|---|---|
| Ex. 1 | 2004 General Election | 181,626 |
| Ex. 2 | 2006 Primary Election | 37,757 |
| Ex. 3 | 2006 General Election | 118,674 |
| Ex. 4 | 2008 Primary Election | 36,844 |
| Ex. 5 | 2008 General Election | 197,044 |
| Ex. 6 | 2010 Primary Election | 65,826 |
| Ex. 7 | 2010 General Election | 136,828 |
| Ex. 8 | 2012 Primary Election | 54,923 |
| Ex. 9 | 2012 General Election | 187,286 |
| Ex. 10 | 2014 Primary Election | 52,598 |
| Ex. 11 | 2014 General Election | 145,073 |

---

[1] The data set forth in the table is from spreadsheets that are found here: http://www.kssos.org/elections/elections_statistics.html. The underlying spreadsheets are attached as Exhibits 1-14 to the Declaration of Daphne Ha filed concurrently herewith.

| Underlying Document Exhibit Number | Election | Total Votes Cast |
|---|---|---|
|  | 2016 Primary Election | Data not available |
| Ex. 12 | 2016 General Election | 195,746 |
|  | **TOTAL VOTES CAST** | **1,410,225** |

DATED this 9th day of March, 2018.

Respectfully submitted,

/s/ Stephen Douglas Bonney
STEPHEN DOUGLAS BONNEY (#12322)
American Civil Liberties Union of Kansas
6701 W 64th St., Suite 210
Overland Park, KS 66202
Phone: (913) 490-4100
Fax: (913) 490-4119
dbonney@aclukansas.org

DALE HO*
R. ORION DANJUMA*
SOPHIA LIN LAKIN*
American Civil Liberties Union Foundation,
125 Broad St.
New York, NY 10004
Phone: (212) 549-2693
dale.ho@aclu.org
odanjuma@aclu.org
slakin@aclu.org

NEIL A. STEINER*
REBECCA KAHAN WALDMAN*
DAPHNE T. HA*
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
T: (212) 698-3822
F: (212) 698-3599
neil.steiner@dechert.com
rebecca.waldman@dechert.com
daphne.ha@dechert.com

ANGELA M. LIU*
Dechert LLP
35 West Wacker Drive
Suite 3400
Chicago, Illinois 60601-1608
Phone: (312) 646 5816
Fax: (312) 646 5858
angela.liu@dechert.com

*Counsel for Plaintiffs*

\* admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on the 9th day of March, 2018, I electronically filed the foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ Stephen Douglas Bonney
STEPHEN DOUGLAS BONNEY (#12322)

*Attorney for Plaintiffs*