# EXHIBIT 6

Office of the Kansas Secretary of State         REV. 08.27.2010 BAC
2010 PRIMARY ELECTION TURNOUT (OFFICIAL)

| COUNTY | REGISTERED VOTERS | ADVANCE VOTERS | PERCENT ADVANCE | TOTAL TURNOUT | PERCENT TURNOUT |
|---|---|---|---|---|---|
| Allen | 8,416 | 269 | 12.1% | 2,216 | 26.3% |
| Anderson | 5,496 | 124 | 10.9% | 1,135 | 20.7% |
| Atchison | 10,573 | 256 | 11.4% | 2,247 | 21.3% |
| Barber | 3,567 | 202 | 15.7% | 1,287 | 36.1% |
| Barton | 16,692 | 996 | 20.8% | 4,782 | 28.6% |
| Bourbon | 10,504 | 403 | 15.2% | 2,660 | 25.3% |
| Brown | 6,439 | 279 | 15.1% | 1,843 | 28.6% |
| Butler | 39,156 | 1,673 | 13.8% | 12,094 | 30.9% |
| Chase | 1,971 | 239 | 30.2% | 792 | 40.2% |
| Chautauqua | 2,853 | 127 | 15.2% | 837 | 29.3% |
| Cherokee | 16,562 | 388 | 14.0% | 2,778 | 16.8% |
| Cheyenne | 1,875 | 208 | 25.7% | 809 | 43.1% |
| Clark | 1,472 | 164 | 22.9% | 716 | 48.6% |
| Clay | 6,240 | 593 | 27.5% | 2,157 | 34.6% |
| Cloud | 6,207 | 284 | 14.3% | 1,986 | 32.0% |
| Coffey | 6,186 | 323 | 15.7% | 2,056 | 33.2% |
| Comanche | 1,279 | 67 | 9.9% | 678 | 53.0% |
| Cowley | 22,958 | 944 | 16.3% | 5,806 | 25.3% |
| Crawford | 22,772 | 1,037 | 19.0% | 5,471 | 24.0% |
| Decatur | 2,005 | 118 | 15.2% | 777 | 38.8% |
| Dickinson | 12,509 | 475 | 13.2% | 3,610 | 28.9% |
| Doniphan | 5,396 | 106 | 8.4% | 1,261 | 23.4% |
| Douglas | 78,917 | 1,407 | 13.8% | 10,177 | 12.9% |
| Edwards | 1,905 | 74 | 10.9% | 679 | 35.6% |
| Elk | 1,932 | 117 | 16.2% | 722 | 37.4% |
| Ellis | 17,303 | 1,118 | 20.4% | 5,487 | 31.7% |
| Ellsworth | 4,073 | 166 | 12.9% | 1,291 | 31.7% |
| Finney | 15,549 | 375 | 11.0% | 3,403 | 21.9% |
| Ford | 15,521 | 587 | 18.7% | 3,142 | 20.2% |
| Franklin | 16,892 | 413 | 11.0% | 3,764 | 22.3% |
| Geary | 12,577 | 700 | 21.3% | 3,280 | 26.1% |
| Gove | 1,892 | 94 | 11.0% | 851 | 45.0% |
| Graham | 2,075 | 127 | 16.6% | 766 | 36.9% |
| Grant | 3,982 | 201 | 15.8% | 1,273 | 32.0% |
| Gray | 2,732 | 330 | 27.4% | 1,203 | 44.0% |
| Greeley | 920 | 46 | 13.5% | 341 | 37.1% |
| Greenwood | 5,173 | 297 | 18.8% | 1,577 | 30.5% |
| Hamilton | 1,409 | 182 | 34.5% | 528 | 37.5% |

Office of the Kansas Secretary of State
2010 PRIMARY ELECTION TURNOUT (OFFICIAL)

REV. 08.27.2010 BAC

| COUNTY | REGISTERED VOTERS | ADVANCE VOTERS | PERCENT ADVANCE | TOTAL TURNOUT | PERCENT TURNOUT |
|---|---|---|---|---|---|
| Harper | 4,137 | 147 | 9.8% | 1,501 | 36.3% |
| Harvey | 21,161 | 897 | 18.1% | 4,946 | 23.4% |
| Haskell | 2,408 | 133 | 13.2% | 1,004 | 41.7% |
| Hodgeman | 1,463 | 55 | 8.0% | 689 | 47.1% |
| Jackson | 8,597 | 363 | 15.9% | 2,278 | 26.5% |
| Jefferson | 12,570 | 207 | 6.9% | 3,018 | 24.0% |
| Jewell | 2,409 | 95 | 15.1% | 629 | 26.1% |
| Johnson | 362,527 | 26,950 | 32.2% | 83,656 | 23.1% |
| Kearny | 2,308 | 199 | 17.1% | 1,161 | 50.3% |
| Kingman | 5,339 | 268 | 14.5% | 1,845 | 34.6% |
| Kiowa | 1,789 | 64 | 9.1% | 707 | 39.5% |
| Labette | 15,874 | 217 | 9.6% | 2,257 | 14.2% |
| Lane | 1,322 | 87 | 14.8% | 587 | 44.4% |
| Leavenworth | 43,907 | 1,182 | 14.4% | 8,232 | 18.7% |
| Lincoln | 2,206 | 177 | 25.9% | 683 | 31.0% |
| Linn | 6,874 | 189 | 10.0% | 1,882 | 27.4% |
| Logan | 1,755 | 237 | 28.0% | 847 | 48.3% |
| Lyon | 19,593 | 1,261 | 24.7% | 5,111 | 26.1% |
| Marion | 7,564 | 280 | 9.2% | 3,053 | 40.4% |
| Marshall | 7,249 | 657 | 29.4% | 2,231 | 30.8% |
| McPherson | 14,699 | 963 | 15.2% | 6,329 | 43.1% |
| Meade | 2,991 | 200 | 17.8% | 1,122 | 37.5% |
| Miami | 20,338 | 634 | 15.3% | 4,155 | 20.4% |
| Mitchell | 4,070 | 228 | 18.0% | 1,268 | 31.2% |
| Montgomery | 21,462 | 532 | 11.7% | 4,540 | 21.2% |
| Morris | 3,909 | 570 | 39.0% | 1,461 | 37.4% |
| Morton | 2,380 | 99 | 15.9% | 623 | 26.2% |
| Nemaha | 7,549 | 201 | 10.6% | 1,893 | 25.1% |
| Neosho | 11,732 | 217 | 9.0% | 2,414 | 20.6% |
| Ness | 2,077 | 175 | 23.6% | 742 | 35.7% |
| Norton | 3,548 | 157 | 13.6% | 1,157 | 32.6% |
| Osage | 10,674 | 328 | 7.4% | 4,453 | 41.7% |
| Osborne | 2,888 | 126 | 11.6% | 1,082 | 37.5% |
| Ottawa | 4,257 | 112 | 8.8% | 1,267 | 29.8% |
| Pawnee | 3,859 | 357 | 25.5% | 1,398 | 36.2% |
| Phillips | 3,862 | 126 | 9.9% | 1,270 | 32.9% |
| Pottawatomie | 12,289 | 344 | 9.0% | 3,821 | 31.1% |
| Pratt | 6,186 | 287 | 13.0% | 2,203 | 35.6% |

Office of the Kansas Secretary of State  
2010 PRIMARY ELECTION TURNOUT (OFFICIAL)

*REV. 08.27.2010 BAC*

| COUNTY | REGISTERED VOTERS | ADVANCE VOTERS | PERCENT ADVANCE | TOTAL TURNOUT | PERCENT TURNOUT |
|---|---|---|---|---|---|
| Rawlins | 2,034 | 302 | 34.3% | 881 | 43.3% |
| Reno | 40,049 | 2,288 | 20.4% | 11,206 | 28.0% |
| Republic | 3,704 | 224 | 19.8% | 1,134 | 30.6% |
| Rice | 5,768 | 350 | 18.7% | 1,872 | 32.5% |
| Riley | 31,899 | 1,417 | 22.3% | 6,355 | 19.9% |
| Rooks | 3,618 | 197 | 11.9% | 1,650 | 45.6% |
| Rush | 2,507 | 153 | 15.5% | 986 | 39.3% |
| Russell | 4,299 | 286 | 14.6% | 1,959 | 45.6% |
| Saline | 35,316 | 1,506 | 16.5% | 9,134 | 25.9% |
| Scott | 3,225 | 280 | 23.2% | 1,208 | 37.5% |
| Sedgwick | 255,829 | 18,154 | 27.6% | 65,826 | 25.7% |
| Seward | 9,468 | 625 | 29.3% | 2,135 | 22.5% |
| Shawnee | 106,448 | 4,390 | 15.4% | 28,506 | 26.8% |
| Sheridan | 1,789 | 142 | 20.9% | 680 | 38.0% |
| Sherman | 3,725 | 325 | 22.1% | 1,470 | 39.5% |
| Smith | 3,338 | 136 | 8.8% | 1,546 | 46.3% |
| Stafford | 2,749 | 239 | 23.5% | 1,018 | 37.0% |
| Stanton | 1,196 | 47 | 10.2% | 463 | 38.7% |
| Stevens | 2,859 | 96 | 10.0% | 961 | 33.6% |
| Sumner | 14,951 | 505 | 12.1% | 4,176 | 27.9% |
| Thomas | 4,426 | 512 | 30.3% | 1,692 | 38.2% |
| Trego | 2,171 | 181 | 25.6% | 707 | 32.6% |
| Wabaunsee | 4,563 | 213 | 13.1% | 1,621 | 35.5% |
| Wallace | 1,029 | 93 | 19.4% | 480 | 46.6% |
| Washington | 3,962 | 274 | 16.2% | 1,692 | 42.7% |
| Wichita | 1,346 | 36 | 8.4% | 431 | 32.0% |
| Wilson | 5,523 | 316 | 18.2% | 1,734 | 31.4% |
| Woodson | 2,401 | 181 | 18.7% | 967 | 40.3% |
| Wyandotte | 82,906 | 2,624 | 20.4% | 12,857 | 15.5% |
| Totals | 1,706,900 | 90,922 | 21.2% | 429,344 | 25.2% |

Office of the Kansas Secretary of State
2010 PRIMARY ELECTION TURNOUT (OFFICIAL)

REV. 08.27.2010 BAC

| COUNTY | REGISTERED VOTERS | ADVANCE VOTERS | PERCENT ADVANCE | TOTAL TURNOUT | PERCENT TURNOUT |
|---|---|---|---|---|---|
| Morris | 3,909 | 570 | 39.0% | 1,461 | 37.4% |
| Hamilton | 1,409 | 182 | 34.5% | 528 | 37.5% |
| Rawlins | 2,034 | 302 | 34.3% | 881 | 43.3% |
| Johnson | 362,527 | 26,950 | 32.2% | 83,656 | 23.1% |
| Thomas | 4,426 | 512 | 30.3% | 1,692 | 38.2% |
| Chase | 1,971 | 239 | 30.2% | 792 | 40.2% |
| Marshall | 7,249 | 657 | 29.4% | 2,231 | 30.8% |
| Seward | 9,468 | 625 | 29.3% | 2,135 | 22.5% |
| Logan | 1,755 | 237 | 28.0% | 847 | 48.3% |
| Sedgwick | 255,829 | 18,154 | 27.6% | 65,826 | 25.7% |
| Clay | 6,240 | 593 | 27.5% | 2,157 | 34.6% |
| Gray | 2,732 | 330 | 27.4% | 1,203 | 44.0% |
| Lincoln | 2,206 | 177 | 25.9% | 683 | 31.0% |
| Cheyenne | 1,875 | 208 | 25.7% | 809 | 43.1% |
| Trego | 2,171 | 181 | 25.6% | 707 | 32.6% |
| Pawnee | 3,859 | 357 | 25.5% | 1,398 | 36.2% |
| Lyon | 19,593 | 1,261 | 24.7% | 5,111 | 26.1% |
| Ness | 2,077 | 175 | 23.6% | 742 | 35.7% |
| Stafford | 2,749 | 239 | 23.5% | 1,018 | 37.0% |
| Scott | 3,225 | 280 | 23.2% | 1,208 | 37.5% |
| Clark | 1,472 | 164 | 22.9% | 716 | 48.6% |
| Riley | 31,899 | 1,417 | 22.3% | 6,355 | 19.9% |
| Sherman | 3,725 | 325 | 22.1% | 1,470 | 39.5% |
| Geary | 12,577 | 700 | 21.3% | 3,280 | 26.1% |
| Sheridan | 1,789 | 142 | 20.9% | 680 | 38.0% |
| Barton | 16,692 | 996 | 20.8% | 4,782 | 28.6% |
| Reno | 40,049 | 2,288 | 20.4% | 11,206 | 28.0% |
| Wyandotte | 82,906 | 2,624 | 20.4% | 12,857 | 15.5% |
| Ellis | 17,303 | 1,118 | 20.4% | 5,487 | 31.7% |
| Republic | 3,704 | 224 | 19.8% | 1,134 | 30.6% |
| Wallace | 1,029 | 93 | 19.4% | 480 | 46.6% |
| Crawford | 22,772 | 1,037 | 19.0% | 5,471 | 24.0% |
| Greenwood | 5,173 | 297 | 18.8% | 1,577 | 30.5% |
| Woodson | 2,401 | 181 | 18.7% | 967 | 40.3% |
| Rice | 5,768 | 350 | 18.7% | 1,872 | 32.5% |
| Ford | 15,521 | 587 | 18.7% | 3,142 | 20.2% |
| Wilson | 5,523 | 316 | 18.2% | 1,734 | 31.4% |
| Harvey | 21,161 | 897 | 18.1% | 4,946 | 23.4% |

Office of the Kansas Secretary of State
2010 PRIMARY ELECTION TURNOUT (OFFICIAL)

REV. 08.27.2010 BAC

| COUNTY | REGISTERED VOTERS | ADVANCE VOTERS | PERCENT ADVANCE | TOTAL TURNOUT | PERCENT TURNOUT |
|---|---|---|---|---|---|
| Mitchell | 4,070 | 228 | 18.0% | 1,268 | 31.2% |
| Meade | 2,991 | 200 | 17.8% | 1,122 | 37.5% |
| Kearny | 2,308 | 199 | 17.1% | 1,161 | 50.3% |
| Graham | 2,075 | 127 | 16.6% | 766 | 36.9% |
| Saline | 35,316 | 1,506 | 16.5% | 9,134 | 25.9% |
| Cowley | 22,958 | 944 | 16.3% | 5,806 | 25.3% |
| Elk | 1,932 | 117 | 16.2% | 722 | 37.4% |
| Washington | 3,962 | 274 | 16.2% | 1,692 | 42.7% |
| Jackson | 8,597 | 363 | 15.9% | 2,278 | 26.5% |
| Morton | 2,380 | 99 | 15.9% | 623 | 26.2% |
| Grant | 3,982 | 201 | 15.8% | 1,273 | 32.0% |
| Coffey | 6,186 | 323 | 15.7% | 2,056 | 33.2% |
| Barber | 3,567 | 202 | 15.7% | 1,287 | 36.1% |
| Rush | 2,507 | 153 | 15.5% | 986 | 39.3% |
| Shawnee | 106,448 | 4,390 | 15.4% | 28,506 | 26.8% |
| Miami | 20,338 | 634 | 15.3% | 4,155 | 20.4% |
| McPherson | 14,699 | 963 | 15.2% | 6,329 | 43.1% |
| Decatur | 2,005 | 118 | 15.2% | 777 | 38.8% |
| Chautauqua | 2,853 | 127 | 15.2% | 837 | 29.3% |
| Bourbon | 10,504 | 403 | 15.2% | 2,660 | 25.3% |
| Brown | 6,439 | 279 | 15.1% | 1,843 | 28.6% |
| Jewell | 2,409 | 95 | 15.1% | 629 | 26.1% |
| Lane | 1,322 | 87 | 14.8% | 587 | 44.4% |
| Russell | 4,299 | 286 | 14.6% | 1,959 | 45.6% |
| Kingman | 5,339 | 268 | 14.5% | 1,845 | 34.6% |
| Leavenworth | 43,907 | 1,182 | 14.4% | 8,232 | 18.7% |
| Cloud | 6,207 | 284 | 14.3% | 1,986 | 32.0% |
| Cherokee | 16,562 | 388 | 14.0% | 2,778 | 16.8% |
| Butler | 39,156 | 1,673 | 13.8% | 12,094 | 30.9% |
| Douglas | 78,917 | 1,407 | 13.8% | 10,177 | 12.9% |
| Norton | 3,548 | 157 | 13.6% | 1,157 | 32.6% |
| Greeley | 920 | 46 | 13.5% | 341 | 37.1% |
| Haskell | 2,408 | 133 | 13.2% | 1,004 | 41.7% |
| Dickinson | 12,509 | 475 | 13.2% | 3,610 | 28.9% |
| Wabaunsee | 4,563 | 213 | 13.1% | 1,621 | 35.5% |
| Pratt | 6,186 | 287 | 13.0% | 2,203 | 35.6% |
| Ellsworth | 4,073 | 166 | 12.9% | 1,291 | 31.7% |
| Allen | 8,416 | 269 | 12.1% | 2,216 | 26.3% |
| Sumner | 14,951 | 505 | 12.1% | 4,176 | 27.9% |
| Rooks | 3,618 | 197 | 11.9% | 1,650 | 45.6% |

Office of the Kansas Secretary of State
2010 PRIMARY ELECTION TURNOUT (OFFICIAL)

REV. 08.27.2010 BAC

| COUNTY | REGISTERED VOTERS | ADVANCE VOTERS | PERCENT ADVANCE | TOTAL TURNOUT | PERCENT TURNOUT |
|---|---|---|---|---|---|
| Montgomery | 21,462 | 532 | 11.7% | 4,540 | 21.2% |
| Osborne | 2,888 | 126 | 11.6% | 1,082 | 37.5% |
| Atchison | 10,573 | 256 | 11.4% | 2,247 | 21.3% |
| Gove | 1,892 | 94 | 11.0% | 851 | 45.0% |
| Finney | 15,549 | 375 | 11.0% | 3,403 | 21.9% |
| Franklin | 16,892 | 413 | 11.0% | 3,764 | 22.3% |
| Anderson | 5,496 | 124 | 10.9% | 1,135 | 20.7% |
| Edwards | 1,905 | 74 | 10.9% | 679 | 35.6% |
| Nemaha | 7,549 | 201 | 10.6% | 1,893 | 25.1% |
| Stanton | 1,196 | 47 | 10.2% | 463 | 38.7% |
| Linn | 6,874 | 189 | 10.0% | 1,882 | 27.4% |
| Stevens | 2,859 | 96 | 10.0% | 961 | 33.6% |
| Phillips | 3,862 | 126 | 9.9% | 1,270 | 32.9% |
| Comanche | 1,279 | 67 | 9.9% | 678 | 53.0% |
| Harper | 4,137 | 147 | 9.8% | 1,501 | 36.3% |
| Labette | 15,874 | 217 | 9.6% | 2,257 | 14.2% |
| Marion | 7,564 | 280 | 9.2% | 3,053 | 40.4% |
| Kiowa | 1,789 | 64 | 9.1% | 707 | 39.5% |
| Pottawatomie | 12,289 | 344 | 9.0% | 3,821 | 31.1% |
| Neosho | 11,732 | 217 | 9.0% | 2,414 | 20.6% |
| Ottawa | 4,257 | 112 | 8.8% | 1,267 | 29.8% |
| Smith | 3,338 | 136 | 8.8% | 1,546 | 46.3% |
| Doniphan | 5,396 | 106 | 8.4% | 1,261 | 23.4% |
| Wichita | 1,346 | 36 | 8.4% | 431 | 32.0% |
| Hodgeman | 1,463 | 55 | 8.0% | 689 | 47.1% |
| Osage | 10,674 | 328 | 7.4% | 4,453 | 41.7% |
| Jefferson | 12,570 | 207 | 6.9% | 3,018 | 24.0% |
| Totals | 1,706,900 | 90,922 | 21.2% | 429,344 | 25.2% |

Office of the Kansas Secretary of State  
2010 PRIMARY ELECTION TURNOUT (OFFICIAL)

REV. 08.27.2010 BAC

| COUNTY | REGISTERED VOTERS | ADVANCE VOTERS | PERCENT ADVANCE | TOTAL TURNOUT | PERCENT TURNOUT |
|---|---|---|---|---|---|
| Comanche | 1,279 | 67 | 9.9% | 678 | 53.0% |
| Kearny | 2,308 | 199 | 17.1% | 1,161 | 50.3% |
| Clark | 1,472 | 164 | 22.9% | 716 | 48.6% |
| Logan | 1,755 | 237 | 28.0% | 847 | 48.3% |
| Hodgeman | 1,463 | 55 | 8.0% | 689 | 47.1% |
| Wallace | 1,029 | 93 | 19.4% | 480 | 46.6% |
| Smith | 3,338 | 136 | 8.8% | 1,546 | 46.3% |
| Rooks | 3,618 | 197 | 11.9% | 1,650 | 45.6% |
| Russell | 4,299 | 286 | 14.6% | 1,959 | 45.6% |
| Gove | 1,892 | 94 | 11.0% | 851 | 45.0% |
| Lane | 1,322 | 87 | 14.8% | 587 | 44.4% |
| Gray | 2,732 | 330 | 27.4% | 1,203 | 44.0% |
| Rawlins | 2,034 | 302 | 34.3% | 881 | 43.3% |
| Cheyenne | 1,875 | 208 | 25.7% | 809 | 43.1% |
| McPherson | 14,699 | 963 | 15.2% | 6,329 | 43.1% |
| Washington | 3,962 | 274 | 16.2% | 1,692 | 42.7% |
| Osage | 10,674 | 328 | 7.4% | 4,453 | 41.7% |
| Haskell | 2,408 | 133 | 13.2% | 1,004 | 41.7% |
| Marion | 7,564 | 280 | 9.2% | 3,053 | 40.4% |
| Woodson | 2,401 | 181 | 18.7% | 967 | 40.3% |
| Chase | 1,971 | 239 | 30.2% | 792 | 40.2% |
| Kiowa | 1,789 | 64 | 9.1% | 707 | 39.5% |
| Sherman | 3,725 | 325 | 22.1% | 1,470 | 39.5% |
| Rush | 2,507 | 153 | 15.5% | 986 | 39.3% |
| Decatur | 2,005 | 118 | 15.2% | 777 | 38.8% |
| Stanton | 1,196 | 47 | 10.2% | 463 | 38.7% |
| Thomas | 4,426 | 512 | 30.3% | 1,692 | 38.2% |
| Sheridan | 1,789 | 142 | 20.9% | 680 | 38.0% |
| Meade | 2,991 | 200 | 17.8% | 1,122 | 37.5% |
| Hamilton | 1,409 | 182 | 34.5% | 528 | 37.5% |
| Osborne | 2,888 | 126 | 11.6% | 1,082 | 37.5% |
| Scott | 3,225 | 280 | 23.2% | 1,208 | 37.5% |
| Morris | 3,909 | 570 | 39.0% | 1,461 | 37.4% |
| Elk | 1,932 | 117 | 16.2% | 722 | 37.4% |
| Greeley | 920 | 46 | 13.5% | 341 | 37.1% |
| Stafford | 2,749 | 239 | 23.5% | 1,018 | 37.0% |
| Graham | 2,075 | 127 | 16.6% | 766 | 36.9% |
| Harper | 4,137 | 147 | 9.8% | 1,501 | 36.3% |

Office of the Kansas Secretary of State
2010 PRIMARY ELECTION TURNOUT (OFFICIAL)

REV. 08.27.2010 BAC

| COUNTY | REGISTERED VOTERS | ADVANCE VOTERS | PERCENT ADVANCE | TOTAL TURNOUT | PERCENT TURNOUT |
|---|---|---|---|---|---|
| Pawnee | 3,859 | 357 | 25.5% | 1,398 | 36.2% |
| Barber | 3,567 | 202 | 15.7% | 1,287 | 36.1% |
| Ness | 2,077 | 175 | 23.6% | 742 | 35.7% |
| Edwards | 1,905 | 74 | 10.9% | 679 | 35.6% |
| Pratt | 6,186 | 287 | 13.0% | 2,203 | 35.6% |
| Wabaunsee | 4,563 | 213 | 13.1% | 1,621 | 35.5% |
| Clay | 6,240 | 593 | 27.5% | 2,157 | 34.6% |
| Kingman | 5,339 | 268 | 14.5% | 1,845 | 34.6% |
| Stevens | 2,859 | 96 | 10.0% | 961 | 33.6% |
| Coffey | 6,186 | 323 | 15.7% | 2,056 | 33.2% |
| Phillips | 3,862 | 126 | 9.9% | 1,270 | 32.9% |
| Norton | 3,548 | 157 | 13.6% | 1,157 | 32.6% |
| Trego | 2,171 | 181 | 25.6% | 707 | 32.6% |
| Rice | 5,768 | 350 | 18.7% | 1,872 | 32.5% |
| Wichita | 1,346 | 36 | 8.4% | 431 | 32.0% |
| Cloud | 6,207 | 284 | 14.3% | 1,986 | 32.0% |
| Grant | 3,982 | 201 | 15.8% | 1,273 | 32.0% |
| Ellis | 17,303 | 1,118 | 20.4% | 5,487 | 31.7% |
| Ellsworth | 4,073 | 166 | 12.9% | 1,291 | 31.7% |
| Wilson | 5,523 | 316 | 18.2% | 1,734 | 31.4% |
| Mitchell | 4,070 | 228 | 18.0% | 1,268 | 31.2% |
| Pottawatomie | 12,289 | 344 | 9.0% | 3,821 | 31.1% |
| Lincoln | 2,206 | 177 | 25.9% | 683 | 31.0% |
| Butler | 39,156 | 1,673 | 13.8% | 12,094 | 30.9% |
| Marshall | 7,249 | 657 | 29.4% | 2,231 | 30.8% |
| Republic | 3,704 | 224 | 19.8% | 1,134 | 30.6% |
| Greenwood | 5,173 | 297 | 18.8% | 1,577 | 30.5% |
| Ottawa | 4,257 | 112 | 8.8% | 1,267 | 29.8% |
| Chautauqua | 2,853 | 127 | 15.2% | 837 | 29.3% |
| Dickinson | 12,509 | 475 | 13.2% | 3,610 | 28.9% |
| Barton | 16,692 | 996 | 20.8% | 4,782 | 28.6% |
| Brown | 6,439 | 279 | 15.1% | 1,843 | 28.6% |
| Reno | 40,049 | 2,288 | 20.4% | 11,206 | 28.0% |
| Sumner | 14,951 | 505 | 12.1% | 4,176 | 27.9% |
| Linn | 6,874 | 189 | 10.0% | 1,882 | 27.4% |
| Shawnee | 106,448 | 4,390 | 15.4% | 28,506 | 26.8% |
| Jackson | 8,597 | 363 | 15.9% | 2,278 | 26.5% |
| Allen | 8,416 | 269 | 12.1% | 2,216 | 26.3% |
| Morton | 2,380 | 99 | 15.9% | 623 | 26.2% |
| Jewell | 2,409 | 95 | 15.1% | 629 | 26.1% |

Office of the Kansas Secretary of State
2010 PRIMARY ELECTION TURNOUT (OFFICIAL)

REV. 08.27.2010 BAC

| COUNTY | REGISTERED VOTERS | ADVANCE VOTERS | PERCENT ADVANCE | TOTAL TURNOUT | PERCENT TURNOUT |
|---|---|---|---|---|---|
| Lyon | 19,593 | 1,261 | 24.7% | 5,111 | 26.1% |
| Geary | 12,577 | 700 | 21.3% | 3,280 | 26.1% |
| Saline | 35,316 | 1,506 | 16.5% | 9,134 | 25.9% |
| Sedgwick | 255,829 | 18,154 | 27.6% | 65,826 | 25.7% |
| Bourbon | 10,504 | 403 | 15.2% | 2,660 | 25.3% |
| Cowley | 22,958 | 944 | 16.3% | 5,806 | 25.3% |
| Nemaha | 7,549 | 201 | 10.6% | 1,893 | 25.1% |
| Crawford | 22,772 | 1,037 | 19.0% | 5,471 | 24.0% |
| Jefferson | 12,570 | 207 | 6.9% | 3,018 | 24.0% |
| Harvey | 21,161 | 897 | 18.1% | 4,946 | 23.4% |
| Doniphan | 5,396 | 106 | 8.4% | 1,261 | 23.4% |
| Johnson | 362,527 | 26,950 | 32.2% | 83,656 | 23.1% |
| Seward | 9,468 | 625 | 29.3% | 2,135 | 22.5% |
| Franklin | 16,892 | 413 | 11.0% | 3,764 | 22.3% |
| Finney | 15,549 | 375 | 11.0% | 3,403 | 21.9% |
| Atchison | 10,573 | 256 | 11.4% | 2,247 | 21.3% |
| Montgomery | 21,462 | 532 | 11.7% | 4,540 | 21.2% |
| Anderson | 5,496 | 124 | 10.9% | 1,135 | 20.7% |
| Neosho | 11,732 | 217 | 9.0% | 2,414 | 20.6% |
| Miami | 20,338 | 634 | 15.3% | 4,155 | 20.4% |
| Ford | 15,521 | 587 | 18.7% | 3,142 | 20.2% |
| Riley | 31,899 | 1,417 | 22.3% | 6,355 | 19.9% |
| Leavenworth | 43,907 | 1,182 | 14.4% | 8,232 | 18.7% |
| Cherokee | 16,562 | 388 | 14.0% | 2,778 | 16.8% |
| Wyandotte | 82,906 | 2,624 | 20.4% | 12,857 | 15.5% |
| Labette | 15,874 | 217 | 9.6% | 2,257 | 14.2% |
| Douglas | 78,917 | 1,407 | 13.8% | 10,177 | 12.9% |
| Totals | 1,706,900 | 90,922 | 21.2% | 429,344 | 25.2% |

Office of the Kansas Secretary of State

2010 PRIMARY ELECTION TURNOUT (OFFICIAL)

*REV. 08.27.2010 BAC*

| | | | | | |
|---|---|---|---|---|---|
| **7857** | **15399** | **74752** | **49243** | **73102** | 112503 |
| **15731** | **25044** | **263904** | **32519** | **258908** | 190330 |
| 25,695 | 7,892 | 57,153 | 69,045 | | |
| 19,426 | 1,768 | | 83,272 | 332,010 | 302,833 |
| 13,481 | 34,814 | 395,809 | 156,469 | | |
| 10,256 | 21,156 | | | | |
| 8,278 | 9,300 | | 390,548 | | |
| 163,483 | 10,030 | | | | |
| 146,702 | 8,086 | | | | |
| | 4,579 | | | | |
| 410,909 | 41,458 | | | | |
| | 31,085 | | | | |
| | 16,756 | | | | |
| | 4,709 | | | | |
| | 2,581 | | | | |
| | 820 | | | | |
| | 1,873 | | | | |
| | 26,695 | | | | |
| | 2,099 | | | | |
| | 2,664 | | | | |
| | 1,633 | | | | |
| | 1,934 | | | | |
| | 32,210 | | | | |
| | 17,146 | | | | |
| | 4,358 | | | | |
| | 10,294 | | | | |
| | 18,365 | | | | |
| | 31,180 | | | | |
| | 1,596 | | | | |
| | 19,099 | | | | |
| | | | | | |
| | 406,623 | | | | |