Red - Plaintiffs' Designations          Blue - Defendant's Designations          Green - Objections

```
 1                    KRIS KOBACH
 2         IN THE UNITED STATES DISTRICT COURT
 3            FOR THE DISTRICT OF KANSAS
 4
 5    STEVEN WAYNE FISH, RALPH   )
      ORTIZ, DONNA BUCCI,        )
 6    CHARLES STRICKER, THOMAS   )
      J. BOYNTON, DOUGLAS        )
 7    HUTCHINSON, AND THE        )
      LEAGUE OF WOMEN VOTERS     )
 8    OF KANSAS, ON BEHALF OF    )
      THEMSELVES AND ALL         )
 9    OTHERS SIMILARLY           )
      SITUATED,                  )
10                               )
             Plaintiffs,         )   Case No. 2:16-cv-2105
11                               )
        vs.                      )
12                               )
      KRIS KOBACH, IN HIS        )
13    OFFICIAL CAPACITY AS       )
      SECRETARY OF STATE FOR     )
14    THE STATE OF KANSAS; AND   )
      NICK JORDAN, IN HIS        )
15    OFFICIAL CAPACITY AS       )
      SECRETARY OF REVENUE FOR   )
16    THE STATE OF KANSAS,       )
                                 )
17           Defendants.         )
18
19               Kansas City, KS
20         DEPOSITION OF KRIS KOBACH
21     TAKEN ON BEHALF OF THE PLAINTIFFS
22             AUGUST 3, 2017
23
24    Reported By: Lauren N. Lawrence
25    Job No. 127945
```

**Page 2**

KRIS KOBACH

I N D E X

WITNESS:                                    PAGE

KRIS KOBACH

EXAMINATION BY MR. HO                         9

E X H I B I T S

NO.     DESCRIPTION                    PAGE

Exhibit 1   Amendments to the National        10
            Voter Registration Act

Exhibit 2   Consolidated Reply Memorandum     13
            in Support of Plaintiffs'
            Motion for Preliminary
            Injunction

Exhibit 3   Emergency Motion for a Stay       30
            Pending Appeal

Exhibit 4   E-mail dated July 3, 2017, to     32
            Desiree Taliaferro from Kris Kobach

Exhibit 5   Department of Homeland            47
            Security Kobach Strategic
            Plan for First 365 Days

Exhibit 6   Defendant's Response to           64
            Plaintiffs' Motion to Unseal

**Page 3**

KRIS KOBACH
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STEVEN WAYNE FISH, RALPH   )
ORTIZ, DONNA BUCCI,        )
CHARLES STRICKER, THOMAS   )
J BOYNTON, DOUGLAS         )
HUTCHINSON, AND THE        )
LEAGUE OF WOMEN VOTERS     )
OF KANSAS, on behalf of    )
themselves and all         )
others similarly           )
situated,                  )
                           )
        Plaintiffs,        )  Case No 2:16-cv-21-5
                           )
vs                         )
                           )
KRIS KOBACH, in his        )
official capacity as       )
the State of Kansas; and   )
NICK JORDAN, in his        )
official capacity as       )
Secretary of Revenue for   )
the State of Kansas,       )
                           )
        Defendants         )

        VIDEOTAPED DEPOSITION OF KRIS KOBACH,
produced, sworn, and examined on August 3, 2017, at
the offices of United States District Court of Kansas,
500 State Avenue, Kansas City, Kansas 66101, before
Lauren N  Lawrence, RPR, KS CCR, and Notary Public
within and for the State of Missouri, in a certain
cause now pending in the United States District Court
for the District of Kansas between STEVEN WAYNE FISH,
RALPH ORTIZ, DONNA BUCCI, CHARLES STRICKER, THOMAS J
BOYNTON, DOUGLAS HUTCHINSON, AND THE LEAGUE OF WOMEN
VOTERS OF KANSAS, on behalf of themselves and all
others similarly situated, Plaintiffs, versus KRIS
KOBACH, in his official capacity as Secretary of State
for the State of Kansas; and NICK JORDAN, in his
official capacity as Secretary of Revenue for the
State of Kansas, Defendants; on behalf of the
Plaintiffs

**Page 4**

KRIS KOBACH

A P P E A R A N C E S

APPEARING FOR THE U S  DISTRICT COURT:
    Chief Magistrate Judge James P  O'Hara
    U S  DISTRICT COURT, DISTRICT OF KANSAS
    United States District Court
    500 State Avenue
    Kansas City, Kansas 66101

APPEARING FOR PLAINTIFFS:
    Mr  Dale Ho
    Mr  R  Orion Danjuma
    Mr  Doug Bonney
    AMERICAN CIVIL LIBERTIES UNION
    125 Broad Street
    New York, New York 10004

APPEARING FOR DEFENDANT, SECRETARY OF STATE'S OFFICE:
    Ms  Susan Becker
    KANSAS SECRETARY OF STATE'S OFFICE
    120 Southwest 10th Avenue
    Topeka, Kansas 66612

ALSO PRESENT:

    Ms  Amy Henson, Attorney/Law Clerk to
        U S  Magistrate Judge James O'Hara
    Desiree Taliaferro, Secretary of State's Office
    Michael Dennis, Videographer
Court Reporter:
Lauren N  Lawrence, RPR, KS CCR
Missouri Notary Public

**Page 5**





Page 10

KRIS KOBACH

Q.   You've reviewed the substantive briefs and dispositive briefs in the case?

A.   This -- the dispositive briefs on the merits, absolutely, I have reviewed.

Q.   Okay. I'm going to hand you a document that's been marked as Kobach Exhibit 1.

This is a draft amendment to Section 5 of the National Voter Registration Act or NVRA that your office produced to the plaintiffs in this case; correct?

A.   It is a -- it is a -- I would refer to it as a draft of a draft. It's not actually anywhere near ready to be proposed or shown to anyone.

Q.   When was this "draft of a draft," as you put it, drafted?

A.   It would have been prepared by me sometime in the late summer or early fall of 2016. It would have been before the 10th Circuit ruled, but after -- on the preliminary injunction, but after Judge Robinson ruled. Sometime in there.

Q.   But just to clarify the record, Judge Robinson issued a preliminary injunction decision on May 17, 2016, and you're saying that this document, Exhibit 1, was drafted after that ruling; correct?

Page 11

KRIS KOBACH

A.   Yes.

Q.   And you said that you drafted it; correct?

A.   Yes.

Q.   You physically typed it out?

A.   Yes. I physically typed it into my computer.

Q.   When you say your computer, do you mean your personal computer or a Kansas Secretary of State office computer?

A.   I can't recall for cer- -- for certain. I'm -- I'm not sure. If I were to speculate, I would say more likely my personal one, but I'm not certain.

Q.   The language that you propose in this document, amendments to the National Voter Registration Act, you proposed three changes to the National Voter Registration Act; correct?

A.   Well, the --

MS. BECKER: Objection. Mischaracterizes what it said about it being a draft of a draft. And there's no foundation too.

MR. HO: I'll re-ask the question.

Q.   (By Mr. Ho) There are five items listed here in this document, Amendments to the National Voter Registration Act; correct?

Page 12

KRIS KOBACH

A.   Yes, there are.

Q.   The last two are redacted; correct?

A.   That is correct.

Q.   Okay. The second item here reads "In 52 U.S.C. Section 204 [sic]" -- "20504(c)(2)(B)," colon, "delete," quote, "'May require only the minimum amount of information necessary to,'" end quote, "and replace with," quote, "'may require any information that the State deems necessary to'"; is that correct?

A.   You have read it correctly, yes.

Q.   The language in this item is word for word exactly the same as what the plaintiffs in this case argued previously would be precisely how the NVRA would have to be rewritten in order for states to have authority to require documentary proof of citizenship for motor voter applicants; is that correct?

A.   I have no idea what you argued. The -- this is -- the -- the reason for this is a contingency if Plaintiffs win this lawsuit after final summary judgment or a final bench trial. This is a -- the reason it is a draft of a draft and it is not anywhere near final form is it would only be necessary to file this amendment or propose this amendment if the defendant loses this case and Plaintiffs succeed in

Page 13

KRIS KOBACH

persuading federal judges to change the meaning of the NVRA.

Q.   You're aware that the plaintiffs in this case previously argued, during preliminary injunction briefing, that in order for states to have the authority to require documentary proof of citizenship for motor voter applicants, then the NVRA would have to be rewritten; correct?

A.   I do not recall you making that argument. No, I do not.

(Kobach Exhibit 2 was marked for identification.)

Q.   (By Mr. Ho) Okay. I'm going to hand you what's marked as Plaintiffs -- sorry -- Kobach Exhibit 2. It's a brief that was filed in this case. This is Plaintiffs' reply brief on their motion for preliminary injunction dated April 21, 2016, Document 94.

Do you see that?

A.   I see that, yes.

Q.   Could you turn to page 17, please?

The third and fourth sentences in this brief on this page read, "In essence, Defendants' interpretation of the statute would require rewriting

## Page 14

KRIS KOBACH

the statute as follows."  Quote, "'The voter registration application portion of an application for a state motor vehicle driver's license'" --

A.  I -- I'm sorry.  Counsel, which page are you on?  You said 14 or 17?

MS. BECKER:  Objection.  This is already in the record, as you've told me.  I -- I object to reading this document into the record and then you asking for his comment on your argument.

THE COURT:  Overruled.

Q.  (By Mr. Ho)  Are you on page 17?

A.  I am now on page 17.

Q.  Okay.  The third sentence starts "In essence, Defendants' interpretation of the statute would require rewriting the statute as follows," quote, "'The voter registration application portion of an application for a state motor vehicle driver's license,'" dot, dot, dot, and then in strikethrough, "'only the minimum amount of,'" end strikethrough and in brackets, "'any information that the State deems necessary,'" closed brackets, "'to enable state election officials to assess the eligibility of the applicant.'"

Other than a few punctuation issues, did I

## Page 15

KRIS KOBACH

read that correctly?

A.  Yes, you did.

Q.  Okay.  So the language in this brief that the plaintiffs identified as being necessary to change the NVRA in order to provide states with the authority to require documentary proof of citizenship for motor voter applicants is identical to Item 2 in your draft of draft amendments to the National Voter Registration Act; correct?

A.  It is similar, but I did not consult your brief in drafting what might be necessary if the ACLU and plaintiffs in this case succeed in persuading a federal judge to change the meaning of the NVRA.  The document is a contingency if the plaintiffs prevail in the 10th Circuit and if the Supreme Court denies cert.  Then, at that point, it would be necessary for Congress to restore the original meaning of the NVRA and to correct the misinterpretation that Plaintiffs have urged the courts to make.

Q.  Your draft amendment was written after the Plaintiffs' brief in this case that we just quoted from, Exhibit Number 2; correct?

A.  Yes.  It was written after April 21, 2016.

Q.  And your testimony today is that it is a

## Page 16

KRIS KOBACH

coincidence that the language in Item 2 in your draft amendments to the NVRA is essentially identical to what the plaintiffs had previously argued would be necessary in order to provide states with authority to require documentary proof of citizenship for motor voter applicants; is that correct?

MS. BECKER:  Objection.  Mischaracterizes the evidence.  He didn't say "coincidence."

MR. HO:  You can answer the question.

MS. BECKER:  Mischaracterizing.  I'd like an objection ruling, please.

THE COURT:  Certainly.  The objection is overruled.

You may answer, sir.

A.  The -- I'm actually surprised to see the similarity right now.  So I don't recall ever looking at your brief of April 21.  I don't normally look at your briefs to take guidance in anything that I do and certainly wouldn't look at your briefs in drafting a contingent plan for months, if not years, in the future if you succeed in persuading the 10th Circuit to change the meaning of the NVRA.  So, no, I -- I don't consult your legal writing in anything that I do.

## Page 17

KRIS KOBACH

Q.  (By Mr. Ho)  You reviewed the preliminary injunction briefing in this case; correct?

A.  Of course.



Page 18

3      A.  I did review the preliminary injunction
4   briefing in this case, yes.
5      Q.  (By Mr. Ho)  And your testimony is that you
6   did not remember this argument in Plaintiffs' reply
7   brief in the preliminary injunction -- on -- on the
8   preliminary injunction motion about what would need to
9   change about the language of the National Voter
10  Registration Act in order for you to have authority to
11  require documentary proof of citizenship for motor
12  vehicle -- motor voter applicants at the time that you
13  drafted your draft amendments to the NVRA; correct?
14     A.  You've asked a question that has lots of
15  components.  I'll try to give you a very direct answer
16  to what I think you were asking.
17         I did not remember the portion of your
18  brief that you were referring to when I drafted a
19  contingency amendment for the future if the plaintiffs
20  in this case succeed in persuading a federal judge or
21  judges to change the meaning of the NVRA.
22         I would also add that your -- the
23  plaintiffs' entire case hinges on the words "may
24  require only the minimum amount of information
25  necessary," which I think you would agree with.  And

Page 19

1            KRIS KOBACH
2   it is obvious that that phrase would have to -- if you
3   persuade the federal judiciary to somehow read into
4   that a prohibition on proof of citizenship that the --
5   the -- the clarification by Congress in the future
6   would have to say that the State has discretion, and
7   there really aren't that many ways to say that the
8   State has discretion.  So I find it interesting that
9   your brief of April 21 has similar language.
10     Q.  (By Mr. Ho)  And just so that the record is
11  clear, your use of the phrase in your draft amendment
12  "may require any information that the State deems
13  necessary," which is identical to the language in
14  Plaintiffs' preliminary injunction reply brief, that
15  similarity in the language is a coincidence; correct?
16     A.  I think that it is so unlikely as to be
17  almost impossible that I would take one of the ACLU's
18  briefs in hand and look at the ACLU's brief if I were
19  trying to make sure that, in the future, if the ACLU
20  won this case, that Congress were able to clarify the
21  original meaning of the -- of the NVRA as stated by
22  Senator Wendell Ford in the United States Senate when
23  he said that nothing in this bill prohibits a state
24  from requiring proof of citizenship.  So I think it is
25  inconceivable that I would have had your brief in my

Page 20

1            KRIS KOBACH
2   hand when drafting this.
3      Q.  Are you aware of any other draft amendments
4   to the National Voter Registration Act that would
5   require -- I'm sorry.  Let me start that again.  It --
6   it -- let me ask a different question.
7         Is it your understanding that these
8   amendments would supersede the preliminary injunction
9   ruling in this case and permit you to impose a
10  documentary proof of citizenship requirement on motor
11  voter applicants?
12         MS. BECKER:  Objection.  Calls for -- form.
13         THE COURT:  Counsel, I want to make sure
14  you're not -- you're -- that you're understanding
15  correctly where I'm coming from.  What I want you to
16  do is, if you have an objection to, say, for instance,
17  in this situation, "I object to the form," and then
18  precisely state what's wrong with the form as opposed
19  to then transcending into -- as coaching the witness
20  as to what you want him to do.
21         MS. BECKER:  I just --
22         THE COURT:  So maybe more specificity here
23  would be helpful.
24         MS. BECKER:  Okay.
25         THE COURT:  So if there's something --

Page 21

1            KRIS KOBACH
2         MS. BECKER:  Just --
3         THE COURT:  -- specific about the form of
4   this question that troubles you...
5         MS. BECKER:  Well, he's asking for a -- a
6   legal conclusion, and the witness is being deposed as
7   a fact witness as to the creation of the document.
8         THE COURT:  Objection is overruled, given
9   the fact that the witness serves as lead counsel, or
10  at least has at many times and is a skilled lawyer, so
11  presumably confident to give a legal opinion.
12         MS. BECKER:  Okay.  Well, we'd also object
13  on -- as to work product.  So...
14         THE COURT:  That objection, being
15  unspecified, is overruled.
16         Secretary, you remember the question?
17         THE WITNESS:  Actually, I don't remember
18  precisely.  Could you state it again?
19     Q.  (By Mr. Ho)  It's --
20         THE COURT:  Have the reporter read it back,
21  please.
22         THE REPORTER:  I'm going to need a second
23  to clarify.
24         (The requested portion of the record was
25  read by the reporter.)

## Page 22

KRIS KOBACH

A. Evidently, Counsel, you haven't been
listening carefully to my answers.  I said that this
amendment would be after the litigation in this case
is concluded.  So this draft amendment has no bearing
whatsoever on any preliminary injunction, on any
briefing in this case, or anything, until this case is
reviewed by the 10th Circuit, and cert is denied by
the Supreme Court.  I'm presuming if cert is granted
by the Supreme Court, Defendants will win.

Q. (By Mr. Ho)  You're aware that Judge
Robinson, in her preliminary injunction ruling, held
that Section 5 of the NVRA does not, on the record in
this case, permit Kansas to impose a documentary proof
of citizenship requirement on motor voter applicants;
correct?

A. I'm aware that Judge Robinson ruled that
the Plaintiffs were likely to prevail in that
argument, but, of course, Judge Robinson has issued no
final rule on that argument, as you are aware.

Q. And it is your understanding that this
amendment, if it were enacted after the Judge's --
after Judge Robinson's preliminary injunction ruling,
would supersede that preliminary injunction ruling and
permit Kansas's documentary proof of citizenship

## Page 23

KRIS KOBACH

requirement for motor voter applicants to go into
effect; correct?

A. I have told you multiple times, this
amendment is not intended for the present.  This
amendment is a contingency plan in the future.  If
after final judgments on the merits -- not preliminary
injunction -- on the merits, if you succeed in
persuading the judges of the 10th Circuit to change
the meaning of the NVRA contrary to Senator Wendell
Ford's expressed meaning on the floor of the Senate,
then it would be incumbent upon Congress in the future
to restore the original meaning of the NVRA.  And this
was my first exercise in preparing for that
eventuality.

Q. Okay.

A. Because, frankly, after the -- I -- I -- I
was surprised that you persuaded Judge Robinson to
grant the preliminary injunction.  I thought your
argument was so incredible that it had no merit at
all.

Q. Secretary Kobach, I didn't ask you about
contingency plans or --

A. That's what this is.  It is --

Q. -- Senator -- or Senator Ford.

## Page 24

KRIS KOBACH

A. -- a contingency plan.

Q. I asked you:

Is it your understanding that if this
amendment were adopted, -- well, let me -- let me
start over again.

Okay.  At present Kansas's documentary
proof of citizenship requirement is not in effect for
motor voter applicants pursuant to Judge Robinson's
preliminary injunction order; is that correct?

A. That is correct.

Q. Okay.  Is it your understanding that this
amendment, if it were adopted today, would permit
Kansas to impose a documentary proof of citizenship
requirement on motor voter applicants and supersede
Judge Robinson's preliminary injunction order?

A. It -- it's not even intended to have
anything to do with her order.  I guess, if the
appli- -- if it were to magically become law, then at
that point, the case would have -- Judge Robinson, if
it were -- the case were still in front of her, would
have to decide what effect it -- that's not the intent
of this, to be cha- -- to be drafted or to be
submitted in Congress or to be enacted while this
litigation is ongoing.  So --

## Page 25

KRIS KOBACH

Q. I didn't ask you a question about the
intent of this.  I asked you a question about your
understanding of the effect of it.

Is it your understanding that if this
amendment were adopted today that the effect of it
would be to supersede Judge Robinson's preliminary
injunction ruling and permit Kansas to impose a
documentary proof of citizenship requirement on motor
voter applicants today?

A. I -- I don't know what the effect of it
would be because you would have a pending case, and
you would have -- you know, I have no idea how Judge
Robinson would look at it.  Judge Robinson might say
that the -- that -- that this case was brought under
the -- the law as written at the time, and, therefore,
the case would be adjudicated under that law and this
would be a subject -- I have no idea how she would do
that, and I -- this is not intended to be presented to
Congress for consideration until after, if and only
if, you, the Plaintiffs win on final judgment in the
case and the Supreme Court denies cert.

In that eventuality, this would be -- it
wouldn't even be this.  This is just -- and -- and it
wouldn't even be this.  This is just -- this document

Page 26

1      KRIS KOBACH
2  is just the -- an initial thought piece on what would
3  need to be done to restore the original meaning of the
4  NVRA if Plaintiffs in this case succeed in persuading
5  the judiciary to change the meaning of the NVRA.
6      Q.  You're aware the 10th Circuit has
7  unanimously affirmed Judge Robinson's preliminary
8  injunction ruling; correct?
9      A.  I am aware that the 10th Circuit affirmed
10 Judge Robinson's preliminary injunction, yes.
11     Q.  And you're aware that the 10th Circuit
12 ruled that Kansas cannot impose a documentary proof of
13 citizenship requirement on motor voter applicants
14 absent a showing of, among other things, a substantial
15 problem with noncitizen registration in this state;
16 correct?
17     A.  I don't think that's a fair
18 characterization of the 10th Circuit's ruling, no.
19 And, also, the 10th Circuit ruled on the probability
20 of success.  It did not rule conclusively that states
21 were prohibited from requiring proof of citizenship.

Page 27

Page 28

19        Is it your understanding that the effect of
20 these amendments to the National Voter Registration
21 Act, Exhibit 1, would make it such that whether or not
22 a substantial number of noncitizens have registered to
23 vote would be irrelevant to the issue of whether or
24 not Kansas may impose a documentary proof of
25 citizenship requirement on motor voter applicants?

Page 29

8      A.  No.  That is not my impression.  The -- the
9  purpose, as I have said multiple times, of this is
10 to -- if Plaintiffs prevail on final judgment, then it
11 might be necessary for Congress -- it would be
12 necessary, I would hope, for Congress to clarify its
13 original intent in drafting the NVRA.
14        I suppose it's conceivable that a
15 subsequent court with the changed language in the
16 future hypothetical case could say, "Well, there's
17 still" -- you know, "There still has to be a
18 substantial number of noncitizens registering for
19 this" -- "for states to take this step."  I mean,
20 the -- I have no idea how a future court would rule in
21 a future case.



## Page 30

Q. Are there any other versions of this
document Exhibit 1 that you're aware of?

A. No.

Q. You drafted this document in preparation
for a meeting with the President-elect; correct?

A. No.

Q. Okay.

A. I drafted this document for a future
time -- I didn't even know I was going to meet with
the President-elect when I drafted this. As I said,
it was late summer, earlier fall. So that would have
been, at the earliest, July; at the latest, October.
I didn't know I was going to meet with the
President until November -- President-elect until
November of 2016. So, no, it was not -- there was no
anticipation of any meeting with the President when
this was drafted.

(Kobach Exhibit 3 was marked for
identification.)

## Page 31

KRIS KOBACH

Q. (By Mr. Ho) I'm going to show you a
document that's been marked as Kobach Exhibit 3. This
is an emergency motion for a stay that you filed in
the 10th Circuit yesterday. Could you turn to page 6
of this document?

The last full paragraph on this page, the
last sentence reads "In sum, the information
surrounding the mental thought processes of the
Secretary when he drafted two pages in preparation for
meeting the President-elect, is not relevant to the
case at hand and should not be the subject of a
special deposition."

Did I read that correctly?

A. Yes, you read that correctly.

Q. Is that not a reference to Exhibit 1, your
draft amendments to the National Voter Registration
Act?

A. I don't know what it's a reference to. I
didn't draft this, but I'm telling you flatly that I
did not know I would ever be meeting with the
President-elect when I drafted this because he was not
elected as of -- I know I drafted this before October
when the -- the date in October when the 10th Circuit
ruled. So I could not have possibly drafted this in

## Page 32

KRIS KOBACH

preparation for a meeting with the President-elect.

Q. Okay. Did you draft this document,
Exhibit 1, before the oral argument in the
10th Circuit on the preliminary injunction?

A. You'll have to tell me the date of the oral
argument. I can't re- -- recall off the top of my
head.

Q. I believe it was in mid-August.

A. I -- I honestly don't know.

(Kobach Exhibit 4 was marked for
identification.)

Q. (By Mr. Ho) Okay. I'm going to show you a
document that's been marked as Kobach Exhibit 4. This
is an e-mail chain, and it includes an e-mail from you
to Gene Hamilton dated November 9, 2016; is that
correct?

A. Yes, that is correct.

Q. Who is Gene Hamilton?

A. At the time, Gene Hamilton was one of the
people on the presidential transition team --
President Trump's transition team.

Q. What was his role on President Trump's
transition team?

A. So I should be more specific. There were

## Page 33

KRIS KOBACH

several transition teams. This was the transition
team having to do with the Department of Homeland
Security and the issue of immigration. He was on that
team. I was on that team, and he was kind of one of
the people who was organizing it, coordinating phone
calls, things like that.





Page 34

Page 35

Page 36

Page 37

9      Q.   (By Mr. Ho)  In your e-mail to
10   Mr. Hamilton, you write "Thanks.  Cindy mentioned it
11   that we will also be putting together information on
12   legislation drafts for submission to Congress early in
13   the administration.  I have already" -- "I have some
14   already started regarding amendments to the NVRA to
15   make clear that proof of citizenship requirements are
16   permitted," in parentheses, "based on my ongoing
17   litigation with the ACLU over this."
18         Did I read that right?
19      A.   Yes.

Page 38



Page 39



15      Q.  Mr. Kobach, my question was a lot simpler
16 than that.  It was:
17      When you wrote to Mr. Hamilton in reference
18 to amendments to the NVRA that, in your words, you had
19 "already started," was that a reference to Exhibit 1,
20 the document we discussed earlier titled Amendments to
21 the National Voter Registration Act?
22      MS. BECKER:  Objection.  Asked and
23 answered.
24      THE COURT:  Overruled.  He did not answer
25 that question.

Page 40

KRIS KOBACH

1      A.  Okay.  I -- yes.  In -- in the sense that I
2 had -- I was simply telling him "I had started work on
3 that.  If the" -- again, I made reference to the
4 litigation with the ACLU.  If the ACLU won in this
5 litigation, then it might be necessary for the Trump
6 Administration to -- if the Trump Administration
7 agreed that the -- it changed the meaning of the
8 NVRA -- such a victory by the ACLU, that is -- then
9 this might be something that they -- they wish to
10 consider.  But at the end of the day, I don't think
11 the transition team ever put together any legislative
12 drafts.  So...
13      Q.  (By Mr. Ho)  But in your e-mail you
14 reference "legislation drafts for submission to
15 Congress early in the administration"?
16      A.  Right.
17      Q.  Right?
18      A.  Yes.
19      Q.  So the draft amendments to the NVRA are
20 included in the category of "legislation drafts for
21 submission to Congress early in the administration";
22 correct?
23      A.  I would note that the transition team never
24 did produce any legislative drafts that I'm aware of.

Page 41

KRIS KOBACH

1 So I think there -- there was a discussion of it on
2 one of the conference calls.  But, to my knowledge,
3 the transition team -- at least the transition team I
4 was involved in never produced any legislative drafts.
5      Q.  No.  My question wasn't what the transition
6 team did or didn't do.  My question was:
7      When you referenced "legislation drafts for
8 submission to Congress early in the administration,"
9 included among that idea of drafts of legislation for
10 early in the administration, was amendments to the
11 NVRA; correct?
12      A.  No.  You'll see that the e-mail discusses
13 two amendments.  The other one was an amendment to
14 8 U.S.C. 1623 regarding in-state tuition to illegal
15 aliens.  That issue is not in litigation, and that
16 would be something that, if the li- -- administration
17 wanted to do early in its first year, they could do
18 right away.  Drafts -- amendments to the NVRA were --
19 are not necessary yet because the NVRA fully supports
20 states that want to provide -- that want to require
21 proof of citizenship.  So the "early in
22 administration" would be more of a reference to 1623.
23      Q.  So just so I understand your testimony,
24 Mr. Kobach, your first sentence after "Thanks"

Page 42

KRIS KOBACH

1
2  references "legislation drafts for submission to
3  Congress early in the administration"; correct?
4      A.  Yes.
5      Q.  Your second sentence immediately thereafter
6  is "I have some already" -- "I have some already
7  started regarding amendments to the NVRA."  And what
8  you are testifying today is that the amendments to the
9  NVRA are not among what you intended to reference when
10  you described "legislation drafts for submission to
11  Congress early in the administration; correct?
12      A.  I find it interesting that you didn't read
13  the full second sentence because the rest of the
14  second sentence refers to the amendment regarding
15  in-state tuition to illegal aliens in violation of
16  8 U.S.C. 1623.  And so that is what I was referring to
17  in that -- the "early in the administration" part.  As
18  I've told you multiple times, there's no need to amend
19  the NVRA to restore the original understanding of
20  Congress that states may require proof of citizenship
21  unless and until the 10th Circuit rules on final
22  jud- -- judgment in this case and the Supreme Court
23  denies cert that -- that that -- that your attempt to
24  change the NV- -- NVRA is correct.  So, no, there --
25  it is not necessary early in the administration.

Page 43



Page 44



5      Q.  Was Exhibit 1 ever shared with anyone other
6  than Garrett Roe or Bryan Caskey?
7      A.  It was not shared with anyone other than
8  those two individuals.
9      Q.  Did you ever have -- other than this e-mail
10  that we've talked about with Gene Hamilton -- any
11  other communications with anyone regarding the
12  existence of Exhibit 1, the draft amendments?
13      A.  Yes.  I -- I did.
14      Q.  And who were those communications with?
15      A.  I can recall specifically telling a friend
16  of mine who is a congressman from Ohio -- Iowa, Steven
17  King, that in the future, if we lose this case, an
18  amendment might be necessary to restore the meaning of
19  the NVRA, and that I -- would he be willing to
20  introduce that amendment at that future date if -- if
21  it were necessary.
22      Q.  Any other communications with anyone else
23  regarding draft amendments to the NVRA?
24      MS. BECKER:  Objection.  Are -- are you
25  referring to the document?

Page 45

KRIS KOBACH

1
2      MR. HO:  Yes.
3      MS. BECKER:  Correct?  Okay.
4      A.  Not -- no, not specifically regar- --
5  regarding this -- this Document Number 1.
6      Obviously, I -- you're going to -- another
7  document, which talks in more general terms about
8  amending the NVRA, but as far as this one, no.  The
9  only other person I can recall is -- is Congressman
10  King.  And, again, it was never sent to him, and it
11  was just "If" -- "If ever the time comes, would you be
12  willing to carry this amendment?"
13      Q.  (By Mr. Ho)  Any communications with anyone
14  else regarding what you described as the "idea" of
15  amending the NVRA?
16      MS. BECKER:  Objection.  Scope.
17      A.  Yeah.  The --
18      THE COURT:  Overruled.
19      A.  Yes.  The idea of amending the NVRA is --
20  yeah -- is -- I've had multiple communications with
21  people.
22      Q.  (By Mr. Ho)  And with whom have you had
23  those communications?
24      A.  Well, obviously, the idea of amending the
25  NVRA is in the final line of the document you have in

Page 46

KRIS KOBACH

your hand, and since that doc- -- gosh.

So to the extent that the idea is written,
that is certainly out there, and -- because it's been
publicized, but I can't recall communications about
it, no.

MR. ROE:  Hey, Dale, can I -- one more
thing.  For clarification, you asked about whether
there were -- whether the document was shared,
Exhibit 1.  I assume you're not referring to -- I
mean, obviously, it was shared with the Judge and
opposing counsel.  You were asking beyond the people
in this case; correct?  You asked earlier, Exhibit 1,
whether it's been shared with anyone else, and his
response was only with myself and Bryan Caskey.
Obviously --

MR. HO:  And the Court.

MR. ROE:  Right, obviously.  So it's the
Court and opposing counsel.  Okay.  I just wanted to
clarify that for the record.

A.  Okay.  Your question was about the idea of
amending the NVRA.

Q.  (By Mr. Ho)  Yes.  Have you had
communications with anyone else other than the people
we've already discussed about the idea of amending the

Page 47

KRIS KOBACH

NVRA?

A.  It -- I don't recall any specific con- --
conversations is -- is the answer to your question.
Is it possible?  Yes, but I -- I don't recall any.

(Kobach Exhibit 5 was marked for
identification.)

Q.  (By Mr. Ho)  I'm going to show you what's
been marked as Kobach Exhibit 5.

This is a document titled Department of
Homeland Security Kobach Strategic Plan for First
365 Days; correct?

A.  Yes.

Q.  What is this document?

A.  This --

MS. BECKER:  Objection.  The document
speaks for itself -- or form.  Could you ask a
specific question about it?

THE COURT:  Overruled.

A.  This document is a document that I prepared
before having a meeting with President-elect Trump in
November of 2016.

Q.  (By Mr. Ho)  Did anyone else assist in the
preparation of this document?

A.  No.

Page 48

KRIS KOBACH

Q.  How many page- -- full -- total pages is
this document?

A.  It is one page.

Q.  Okay.  When did you say it was created?

A.  In November of 2016.

Q.  There are 23 items on this document;
correct?

A.  Yes.

Q.  And you took this document with you to a
meeting with then President-elect Trump on
November 20, 2016, in New Jersey; correct?

A.  I don't recall the exact date, but it was
in New Jersey, yes, that sounds about right.

Q.  Did you also bring your Exhibit 1, your
draft NVRA amendment to that meeting?

A.  No.

Q.  What was the purpose of that meeting?

A.  The purpose of the meeting was to discuss
the future of the Department of Homeland Security and
also to discuss the possibility that I might become
Secretary of Homeland Security.

Q.  You were photographed holding this
document, Exhibit 5, outside of that meeting; correct?

A.  Yes.

Page 49

KRIS KOBACH

Q.  The last header on this document, Roman
numeral five, reads "Stop aliens from voting";
correct?

A.  Correct.

Q.  And that header has three items under it,
the first two of which are redacted; correct?

A.  Correct.

Q.  The third item, Item Number 23, reads
"Draft Amendments to National Voter Registration Act
to," underlined, "promote proof of citizenship
requirements"; right?

A.  Correct.

Q.  And that is a reference to Exhibit 1, your
draft amendments to the NVRA; correct?

A.  No.

MS. BECKER:  Objection.  Form.
Mischaracterized the evidence.

THE COURT:  It's moot.  He's already
answered question.

A.  No, it's not.

MS. BECKER:  Slow down.

A.  It -- it refers to an un- -- as yet
uncreated amendment.

Q.  (By Mr. Ho)  And what exactly does this

Page 50

KRIS KOBACH

refer to, if not your Exhibit 1?

A. Well, the --

MS. BECKER: Object-- -- I'm sorry.
Objection. It assumes facts not in evidence.

THE COURT: Overruled.

A. The -- the draft of a draft amendment,
Exhibit 1, would be a contingency if -- if ever
Plaintiffs prevail in this case. It doesn't encourage
states to do anything. The concept on line number 23
of Exhibit 5 is if -- I mean, again, it's more just a
conceptual statement. If it could be -- you know, if
you guys prevail in this case, then that future
amendment might need to in- -- incorporate some of
Exhibit 1. But, really, it's -- it's more of a -- as
you may recall, the NVRA, when it was drafted in 1993,
encouraged an implicit incentive to encourage states
to do same-day registration, or it gave -- in essence,
it gave states that did same-day registration a sort
of benefit, if you will, under the Act. And the idea
would be, at some point in the future, the
administration might want to give an incentive to do
proof of citizenship.

Q. (By Mr. Ho) And what do you mean by
incentive for proof of citizenship?

Page 51

KRIS KOBACH

A. Well, it -- I don't have the text of the
original NVRA in front of me, but I think the -- and,
again, this is just a thought or -- you know, more of
a thought. So there's no specific text I'm referring
to, but the NVRA said that a state that had same-day
registration by a certain date would not be subject to
certain constraints in the NVRA. And, you know, in
theory, one could try to -- and -- and that was an
encouragement for same-day registration, and so one
could -- if the NVRA were ever assessed in the future
and reassessed and -- and amended, you could
conceivably try to encourage states in the same way by
saying that states that are protecting their voter
rolls with proof of citizenship, you know, may not be
subject to some other provision in time -- intended to
secure the accuracy of the voter rolls.

Page 52



Q. (By Mr. Ho) And my question is,
specifically:

What are those other requirements --

A. I --

Page 53

KRIS KOBACH

Q. -- to keep the --

A. I --

Q. -- voter rolls clean that you would exempt
states from if they adopted --

A. It --

Q. -- a proof of citizenship requirement?

A. It -- it's not -- there -- there are none
in the -- in the existing NVRA, as I'm sure you know,
other than the general admonition at the beginning of
the "Purposes" section of the NVRA, which talks about
maintaining accurate voter rolls. So -- well, there
are. There -- you could -- you could argue that the
provisions regarding how obsolete registrations
when -- when a person moves are designed to keep voter
rolls clean.

The point is that, it -- it doesn't refer
to anything specific. It's -- if there were a future
bill to bring the NVRA up to date with the Internet
age, this is something that the administration can
consider. The purpose of this document, Exhibit 5, is
it's just a -- it's a discussion piece. It's intended
to provide elements for possible discussion in a
meeting. And it's a discussion piece for the first

## Page 54

KRIS KOBACH

1
2 365 days of the Trump Administration; correct?
3     A.  Mostly -- actually, Item Number 23 doesn't
4 really fall within the first 365 days.  I don't think
5 it's -- A, we wouldn't have had any finality in this
6 litigation.  So you wouldn't know whether you guys in
7 the ACLU had succeeded in changing the meaning of the
8 NVRA.  I think it wouldn't be prudent to -- to draft
9 any amendment to the NVRA until after this case is
10 concluded because you wouldn't want to kind of open up
11 the hood and start tinkering with the engine of the
12 NVRA until you know whether you had succeeded in
13 changing the meaning of the NVRA.
14     So, really -- and so that -- so you don't
15 know yet whether any of the language in Exhibit 1
16 would have to be -- you know, would be -- would be
17 wise to be included in it.  So I would say that Item
18 Number 23 doesn't really fall within the first
19 365 days.  It would be more accident, you know.
20     Q.  So the title of this document is something
21 of a misnomer?  When you say for first 365 days --
22     A.  No.
23     Q.  -- not everything in the document relates
24 to the first 365 days of --
25     A.  Correct.  Not everything, but the vast

## Page 55

KRIS KOBACH

1
2 majority of what's redacted does.  Absolutely.
3     Q.  How long was your meeting with
4 President-elect Trump?
5     MS. BECKER:  Objection.  Scope.
6     THE COURT:  Sustained.
7     MS. BECKER:  Wait.  Don't answer.
8     Q.  (By Mr. Ho)  Did anyone else attend your
9 meeting with President-elect Trump when you carried
10 this document into it?
11     MS. BECKER:  Objection.  Scope.
12     THE COURT:  As to that objection --
13     MS. BECKER:  And privileged.
14     THE COURT:  -- the objection is overruled.
15     A.  Yes.  The other attendees were, to the best
16 of my recollection, Reince Priebus, who subsequently
17 became Chief of Staff; Steve Bannon, who became the
18 President's strategic advisor; Stephen Miller, who is
19 the President's -- now the President's domestic --
20 sort of a domestic policy advisor.  I'm not sure what
21 his title is exactly -- Jared Kushner, the President's
22 son-in-law.  I think that's it.
23     Q.  (By Mr. Ho)  Did you give --
24     A.  And -- and the President-elect, of course.
25     Q.  Did you give a copy of this document to

## Page 56

KRIS KOBACH

1
2 anyone at that meeting?
3     A.  Yes.  I did give a copy of the document to
4 probably all of those individuals I just named.  I --
5 I -- I think I brought in -- I don't know -- five or
6 six copies.
7     Q.  Did you give a copy of this document to
8 anyone outside of that meeting?
9     A.  No.
10     MR. ROE:  And, again, obviously, the Court
11 and opposing counsel?
12     Q.  (By Mr. Ho)  With the --
13     A.  Yeah.  I mean --
14     Q.  -- exception of the Court and opposing
15 counsel?
16     A.  -- at -- at -- right.  At -- at the time,
17 yeah.
18     Q.  So I understand Item 23 on this document
19 refers to an idea to amend the NVRA.  That's your
20 testimony; right?
21     A.  It's -- it's an idea in the future, as I
22 said, that if the NVRA were modernized at some point
23 after this case is done, then you -- you might want to
24 do a number of things.
25     You might want to correct any misimpression

## Page 57

KRIS KOBACH

1
2 that is created by a judgment in this case that goes
3 against the original meaning of the NVRA.  You might
4 want to modernize the NVRA and bring it into the
5 Internet age, and you might want to, you know,
6 consider incentives, like in the original NVRA
7 language to -- which incentivized same-day
8 registration.
9     Q.  Were any of those ideas discussed during
10 your meeting with President-elect Trump?
11     A.  I don't think so.  In -- in other words, I
12 don't think we got to Item 23.
13     Q.  Did you discuss the National Voter
14 Registration Act during that meeting with President
15 Trump?
16     A.  I don't think so.
17     Q.  Did you discuss documentary proof of
18 citizenship requirements during the November 20
19 meeting with President-elect Trump?
20     MS. BECKER:  Objection.  Scope.
21     THE COURT:  Overruled.
22     A.  I don't recall specifically.  I don't think
23 we -- I don't think so.  I think I may have discussed
24 the general issue of aliens voting, but I don't recall
25 documentary proof of citizenship requirements being

Page 58

KRIS KOBACH

1    discussed.
2    Q.   (By Mr. Ho)  When you say you may have
3    discussed "the general issue of aliens voting," what
4    do you mean by that?
5    A.   That we may have discussed the problem of
6    noncitizens voting illegally in U.S. elections.
7    Q.   Did you discuss the extent of the problem
8    of noncitizens voting illegally in U.S. elections?
9    MS. BECKER:  Objection.  Scope.
10   THE COURT:  Overruled.
11   A.  I don't -- I don't remember.
12   Q.   (By Mr. Ho)  What -- when you say that you
13   discussed the problem of noncitizens voting in --
14   illegally in U.S. elections, what do you mean by that?
15   A.   I mean that noncitizens have regis- -- have
16   successfully registered and have successfully voted in
17   Kansas, and that I believe this problem extends beyond
18   Kansas to the other states as well, and that it has
19   the potential to -- well, it over- -- it effectively
20   nullifies a citizen's vote every time a noncitizen
21   votes, and it potentially can swing the result of an
22   election if the election is close.





**Page 62**

7       Q.  (By Mr. Ho)  Have you had any other
8    meetings with President Trump or members of the Trump
9    Administration where documentary proof of citizenship
10   for voter registration was discussed?
11       MS. BECKER:  Objection.  Scope.
12       THE COURT:  Overruled.
13       A.  Yes.  Because I am -- President Trump named
14   me to be the vice chairman of his Commission on
15   Election Integrity, and that issue has been discussed
16   in the context of the Commission on Election
17   Integrity, and that Commission includes, as staff,
18   members of his administration.
19       Q.  (By Mr. Ho)  This document was drafted
20   before the formation of that commission; correct?
21       THE COURT:  Which -- which are you
22   referring to, Mr. Ho?
23       MR. HO:  Oh, I'm sorry.
24       Q.  (By Mr. Ho)  Document -- Exhibit Number 5,
25   your strategic plan for Homeland Security was drafted

**Page 63**

KRIS KOBACH

1   before the formation of the Commission; correct?
2       A.  That is correct.

**Page 64**

**Page 65**

Page 66



9    Q. (By Mr. Ho) Have you -- you testified
10   earlier that you've had discussions about documentary
11   proof of citizenship requirements with members or staff of the Commission;
12   registration with members or staff of the Commission;
13   correct?
14       A. I think I testified that it -- it's
15   possible I could -- that we have -- could have
16   discussed that. We -- we have discussed the issue of
17   noncitizen voting. I -- I don't know if -- I don't
18   recall a specific discussion of documentary proof of
19   citizenship requirements; although, I think in the
20   open -- this would be public record.
21       In the first meeting of the Commission in
22   the month of July, in my opening statement, I might
23   have said something about Kansas having a documentary
24   proof of citizenship requirement. So there might be a
25   reference to it in that -- in that public statement.

Page 67

1    KRIS KOBACH
2        Q. Other than that reference, can you recall
3    any other conversations or communications with members
4    of the Commission regarding documentary proof of
5    citizenship requirements for voter registration?
6        A. I think it's --
7        MS. BECKER: Objection. Asked and
8    answered.
9        THE COURT: That objection is overruled.
10       A. I can't -- let's see. I am -- I am certain
11   that I have discussed this lawsuit with staff of the
12   Commission. So since this lawsuit principally
13   concerns documentary proof of citizenship, I would say
14   that the answer is probably, yes, that we -- that
15   in -- in some sense, I have discussed the issue with
16   them.
17       Q. (By Mr. Ho) Who have you discussed the
18   issue with specifically?
19       A. Most likely, it would be the designated
20   federal officer of the Commission, who is Andrew
21   Kossack. And, possibly, also -- but I'm not
22   certain -- the general counsel to the Vice President,
23   Mark Paoletta. But, again, those are the two members
24   of the Commission staff that I most frequently talk
25   to, and I'm sure -- I just don't recall specifically.

Page 68



Page 69

15       Q. (By Mr. Ho) Mr. Kobach, you testified
16   earlier about conversations you had with Congressman
17   Steve King --
18       A. Yes.
19       Q. -- about documentary proof of citizenship
20   requirements and am- -- amending the NVRA.
21       Do you remember that?
22       MS. BECKER: Objection. Mischaracterizes
23   the evidence.
24       A. I had a conversation with Steve --
25       THE COURT: Excuse me. The -- the

KRIS KOBACH

2  objection is overruled.
3       THE WITNESS:  I'm sorry.
4       A.  I had a conversation -- well, maybe more
5  than one conversation with Steve King about in the --
6  if in the future, if we lost this lawsuit, if we -- if
7  it were necessary to amend the NVRA to restore the
8  original meaning of the NVRA because you had succeeded
9  in changing it through litigation, would he be willing
10  to carry an amendment if I ever gave one to him, and
11  he said yes.
12       Q.  (By Mr. Ho)  You said you may have had more
13  than one conversation?
14       A.  Well, I -- I talk with Steve King -- we're
15  friends.  So I -- I -- it's -- yeah.  I think I
16  probably have said it to him on more than one
17  telephone -- usually telephone conversations.
18       Q.  Do you know roughly when these
19  communications happened where you asked him to
20  potentially carry one of these amendments to the NVRA?
21       A.  One would have been roughly about the time
22  that I drafted this in the -- in the late summer
23  earlier fall -- "this" being Exhibit 1 -- just
24  thinking to myself -- again, planning ahead -- if ever
25  this is necessary, you know, who would I consider if

KRIS KOBACH

2  we lost this case to -- to -- to restore the original
3  meaning by -- by carrying the amendment, the original
4  meaning of the NVRA?  And then probably -- I think
5  I've -- I think I've discussed it with him
6  subsequently, maybe, late fall, early winter.  Just,
7  you know, checking to be sure, you know, "If ever this
8  happens, can I" -- "would you be willing to carry it?"
9       Q.  Any time -- have you had any follow-up
10  conversations since that time?
11       A.  Not about this subject.  I -- I think I
12  just had a conversation with him last week, but it had
13  nothing to do with this.





18       MS. BECKER:  Secretary Kobach has one
19  clarification.  He recalled an additional fact that he
20  would like to -- to let Counsel know about in response
21  to one of their early questions.
22       A.  Counsel, you asked if there were any other
23  members of the administration that I had spoken to
24  about -- I don't remember your exact phrasing, but
25  about the issue of noncitizens -- the scope of

KRIS KOBACH

1  noncitizens registering.  And you're already aware of
2  this one, but I just wanted to -- because it's in some
3  of our communication, but I did speak with -- his last
4  name is Ragsdale.  He was at the time -- I think he
5  was acting -- he might have been acting director of
6  ICE at the time, maybe in January.  And when we
7  produced -- I can't remember the context, but when
8  we -- we produced the number of noncitizens we had
9  discovered, we -- and you may recall, we ran some of
10  those noncitizens on our voter rolls.  We -- we gave
11  those names to ICE to confirm that they were indeed
12  noncitizens.  And I spoke to Mr. Ragsdale about it, so
13  he is -- and he's a member of the administration.  He
14  was also a member of the Obama Administration, but
15  he's -- I just wanted to clarify.  That's someone else
16  that -- that I discussed the issue with.
17       MR. HO:  Is that your only clarification?
18       MS. BECKER:  It is.
19       Q.  (By Mr. Ho)  What exactly did you
20  communicate to Mr. Ragsdale about noncitizens
21  registering?
22       A.  It was a request.  Could you -- I explained
23  that we were in litigation, and that we were trying to
24  dial in on the number of -- we were trying to

Page 74

KRIS KOBACH

1  
2  determine the number of noncitizens on our voter
3  rolls, and that we had some names that we would like
4  ICE to confirm their alien status of.
5  Q. And when you sought to have ICE confirm the
6  alien status of these individuals, what information
7  about these individuals did you send to ICE?
8  A. I think we sent -- I didn't send it
9  personally. I think we sent their names, maybe their
10  dates of birth. That's probably it. I don't know if
11  we sent any other data fields, but just "Here are some
12  names. Can you clarify whether these are
13  noncitizens or -- or not? What their -- you know,
14  have they naturalized? Things like that.
15  Q. Roughly, how many names did you send to
16  Mr. Ragsdale to confirm the alien status of such
17  individuals?
18  A. I think that's des- -- des- -- I don't know
19  the exact number, but I think it's described in the
20  expert report that Mr. Rickman did.
21  Q. And, roughly, when did these communications
22  with Mr. Ragsdale occur?
23  A. I think it was January or February, but
24  I -- it would be sometime early in the year.
25  Q. And you said that you --

Page 75

KRIS KOBACH

1  
2  A. Of 2017.
3  Q. And you said that you didn't have these
4  communications with Mr. Ragsdale. Who did?
5  A. No. I had the communication with
6  Mr. Ragsdale. I -- I spoke to him on the telephone.
7  Q. I see. But you did not send the actual
8  names to Mr. Ragsdale; correct?
9  A. I can't recall. Either --
10  MS. BECKER: Personally.
11  A. -- either I -- either I forwarded -- either
12  the names would have been given to me by Bryan Caskey,
13  who you know is our director of elections, and then I
14  would have forwarded them to Mr. Ragsdale or
15  Mr. Caskey would have given them directly to
16  Mr. Ragsdale.
17  Q. (By Mr. Ho) And was this information
18  communicated -- these names, I mean, communicated to
19  Mr. Ragsdale, verbally or in writing?
20  A. What do you mean "this information"?
21  Q. The names of the individuals --
22  A. Oh, no. I wouldn't have communicated them
23  verbally. I wouldn't -- I would not have read through
24  names. No. It would have been -- it would have been
25  a data file.

Page 76



Page 77





Page 78

Page 79

Page 80

1
2
3
KRIS KOBACH
CERTIFICATE OF REPORTER

4       I, Lauren N. Lawrence, Registered
5   Professional Reporter, Kansas Certified Court
6   Reporter #1690, and Notary Public within and for the
7   State of Missouri, do hereby certify that the witness
8   whose testimony appears in the foregoing deposition
9   was duly sworn by me; that the testimony of said
10  witness was taken by me to the best of my ability and
11  thereafter reduced to typewriting under my direction;
12  that I am neither counsel for, related to, nor
13  employed by any of the parties to the action in which
14  this deposition was taken, and further, that I am not
15  a relative or employee of any attorney or counsel
16  employed by the parties thereto, nor financially or
17  otherwise interested in the outcome of the action.
18  Dated: August 15, 2017
19
20  _____
21  Lauren N. Lawrence, RPR, KS CCR #1690
    Notary Public, State of Missouri
22
23
24
25

Page 81

1           J U R A T
2
3   I,         , do hereby certify under
4   penalty of perjury that I have read the foregoing
5   transcript of my deposition taken on         ;
6   that I have made such corrections as appear noted
7   herein in ink, initialed by me; that my testimony as
8   contained herein, as corrected, is true and correct.
9
10  DATED this _____ day of _____, 20 ,
11  at _____,      .
12
13
14
15
16
17  _____
18  SIGNATURE OF WITNESS
19
20
21
22
23
24
25

CASE 2:16-cv-02105-JAR   Document 491   Filed 03/16/18   Page 22 of 35

Page 82

ERRATA SHEET

Case Name:
Deposition Date:
Deponent:
Pg. No. Now Reads     Should Read  Reason

___ ___ _____   _____   _____
___ ___ _____   _____   _____
___ ___ _____   _____   _____
___ ___ _____   _____   _____
___ ___ _____   _____   _____
___ ___ _____   _____   _____
___ ___ _____   _____   _____
___ ___ _____   _____   _____
___ ___ _____   _____   _____
___ ___ _____   _____   _____
___ ___ _____   _____   _____
___ ___ _____   _____   _____
___ ___ _____   _____   _____
___ ___ _____   _____   _____


            _____

          Signature of Deponent

SUBSCRIBED AND SWORN BEFORE ME
THIS ____ DAY OF _____, 2017.
_____
(Notary Public)  MY COMMISSION EXPIRES:_____

## A

**a m (1)**
5:12
**ability (2)**
65:4 80:10
**able (4)**
6:13 19:20 59:8 64:24
**absent (1)**
26:14
**absolutely (2)**
10:5 55:2
**accident (1)**
54:19
**account (7)**
33:9,15,23,25 34:7
36:2,10
**accounts (1)**
33:22
**accuracy (2)**
51:17,18
**accurate (4)**
7:10 52:11,12 53:12
**accurately (1)**
65:5
**ACLU (7)**
15:12 19:19 37:17
40:5,5,9 54:7
**ACLU's (2)**
19:17,18
**Act (15)**
2:10 10:9 11:16,17,25
15:10 18:10 20:4
28:21 31:18 39:21
43:22 49:10 50:20
57:14
**acting (2)**
73:6,6
**action (2)**
80:13,17
**actual (1)**
75:7
**add (2)**
18:22 39:12
**additional (1)**
72:19
**addressing (1)**
7:17
**adjourned (1)**
79:11
**adjudicated (1)**
25:17
**administration (25)**
37:13 39:6 40:7,7,16
40:22 41:9,11,17,23
42:3,11,17,25 44:2
44:4 50:22 53:20

54:2 61:25 62:9,18
72:23 73:14,15
**admonition (1)**
53:10
**adopt (1)**
51:20
**adopted (4)**
24:5,13 25:6 53:5
**advise (2)**
64:24 65:4
**advisor (2)**
55:18,20
**affirmed (2)**
26:7,9
**age (2)**
53:20 57:5
**ago (2)**
7:17 34:5
**agree (1)**
18:25
**agreed (3)**
5:2 7:5 40:8
**ahead (3)**
34:20 60:18 70:24
**al (1)**
8:9
**alien (5)**
74:4,6,16 76:9,21
**aliens (5)**
41:16 42:15 49:3
57:24 58:4
**allow (2)**
5:17 59:6
**amend (4)**
42:18 56:19 68:23
70:7
**amended (1)**
51:12
**amending (7)**
45:8,15,19,24 46:22
46:25 69:20
**amendment (29)**
6:23 10:8 12:24,24
15:21 18:19 19:11
22:4,5,22 23:5,6
24:5,13 25:6 30:4
35:18 41:14 42:14
44:18,20 45:12
48:16 49:24 50:7,14
54:9 70:10 71:3
**amendments (38)**
2:9 11:15,24 15:9
16:3 17:11 18:13
20:3,8 28:20 29:23
30:5 31:17 36:12,14
36:17,22 37:14,20

37:22 39:18,20
40:20 41:11,14,19
42:7,8 43:21 44:12
44:23 49:10,15 62:2
64:4 68:13 70:20
71:17
**AMERICAN (1)**
4:10
**amount (3)**
12:8 14:20 18:24
**Amy (1)**
4:19
**and/or (1)**
59:23
**Andrew (1)**
67:20
**answer (10)**
9:12 16:10,15 18:15
39:24 47:4 55:7
60:18 62:6 67:14
**answered (7)**
17:6 39:23 49:20
59:20 65:20 67:8
68:5
**answers (2)**
22:3 59:6
**anticipate (1)**
7:14
**anticipation (1)**
30:22
**anticipatory (1)**
6:9
**Anyway (1)**
38:13
**Appeal (1)**
2:16
**appear (1)**
81:6
**appearance (1)**
8:12
**APPEARING (3)**
4:3,8,14
**appears (1)**
80:8
**appli (1)**
24:19
**applicant (1)**
14:24
**applicants (15)**
12:17 13:8 15:8 16:7
18:12 20:11 22:15
23:2 24:9,15 25:10
26:13 27:18 28:25
29:24
**application (4)**
14:3,3,17,18

**appointed (1)**
64:22
**appropriate (1)**
6:15
**April (5)**
7:12 13:18 15:24
16:18 19:9
**argue (1)**
53:13
**argued (4)**
12:14,18 13:5 16:4
**argument (9)**
13:10 14:10 17:9 18:6
22:19,20 23:20 32:4
32:7
**arguments (1)**
65:12
**asked (18)**
17:5 18:14 24:3 25:3
27:15 35:12 37:4
39:10,22 46:8,13
59:19 65:19 67:7
68:5 70:19 72:22
78:22
**asking (8)**
5:19 6:2 14:10 18:16
21:5 27:5 46:12
79:8
**assess (2)**
14:23 28:3
**assessed (1)**
51:11
**assessment (1)**
38:17
**assist (1)**
47:23
**assume (4)**
6:10 46:10 76:23
77:11
**assumes (1)**
50:5
**attempt (1)**
42:23
**attend (1)**
55:8
**attendees (1)**
55:15
**attorney (7)**
27:6 29:3 34:10 63:15
63:23 68:6 80:15
**attorney-client (1)**
33:19
**attorney-work (1)**
65:12
**Attorney/Law (1)**
4:19

**appointed (1)**
**August (4)**
1:22 3:17 8:7 80:18
**authority (5)**
12:16 13:7 15:6 16:5
18:10
**Avenue (4)**
3:18 4:5,16 6:25
**aware (16)**
9:13 13:4 20:3 22:11
22:17,20 26:6,9,11
29:22 30:8 40:25
73:2 78:11,14,21

## B

**B (1)**
2:7
**back (5)**
17:24 21:20 52:6
69:13 72:16
**Bannon (1)**
55:17
**based (2)**
37:16 79:4
**bases (2)**
27:7 29:7
**basically (1)**
39:10
**basis (1)**
59:12
**bearing (1)**
22:5
**Becker (84)**
4:15 5:14,14 6:7,8,16
8:20,20 11:19 14:7
16:8,11 17:5,12,18
17:20 20:12,21,24
21:2,5,12 27:5,23
29:2 33:18 34:10,20
36:23 39:22 44:24
45:3,16 47:16 49:17
49:22 50:4 51:22
55:5,7,11,13 57:20
58:10,24 59:9,19
60:5,12,15,20 61:3
61:9,17,22 62:3,11
63:7,15,23 65:11,19
66:3 67:7 68:5,8,25
69:22 71:18 72:2,4
72:7,12,18 73:19
75:10 76:2,11 77:7
78:9 79:3,6,9,12
**beginning (1)**
53:10
**behalf (11)**
1:8,21 3:7,22,24 8:14
8:16,18,20,23 9:4

**belief (1)**
59:12
**believe (8)**
32:9 35:19 38:15 52:3
52:6 58:18 59:18
77:15
**bench (1)**
12:21
**benefit (1)**
50:20
**best (3)**
55:15 72:9 80:10
**beyond (5)**
46:12 58:18 59:12,13
59:18
**bill (2)**
19:23 53:19
**birth (1)**
74:10
**bit (2)**
7:21 59:4
**Bonney (3)**
4:10 8:18,18
**BOYNTON (3)**
1:6 3:5,21
**brackets (2)**
14:21,22
**Branch (1)**
39:7
**brief (17)**
13:16,17,24 15:4,12
15:22 16:18 17:10
18:7,18 19:9,14,18
19:25 64:14 65:5,13
**briefing (7)**
13:6 17:3 18:4 22:7
27:13 33:13 66:5
**briefs (8)**
9:20,22 10:2,3,4
16:19,20 19:18
**bring (3)**
48:15 53:19 57:4
**broad (2)**
4:11 35:9
**broadcast (1)**
65:2
**brought (2)**
25:15 56:5
**Bryan (3)**
44:6 46:15 75:12
**BUCCI (3)**
1:5 3:4,21

_____
**C**
_____

**C (1)**
4:2

**call (2)**
38:16 43:10
**calls (5)**
20:12 29:2 33:7 38:9
41:3
**capacity (8)**
1:13,15 3:12,14,23,24
5:15 8:21
**Capitol (2)**
38:19,20
**carefully (1)**
22:3
**carried (1)**
55:9
**carry (4)**
45:12 70:10,20 71:8
**carrying (1)**
71:3
**case (50)**
1:10 3:9 8:8,9 9:21
10:3,10 12:13,25
13:5,16 15:13,22
17:3 18:4,20,23
19:20 20:9 22:4,7,7
22:14 24:20,21
25:12,15,17,22 26:4
26:23 28:3 29:16,21
31:12 33:17 42:22
44:17 46:13 50:9,13
54:9 56:23 57:2
64:16 66:5 71:2
77:6,13 82:2
**Caskey (4)**
44:6 46:15 75:12,15
**category (1)**
40:21
**cause (1)**
3:20
**CCR (3)**
3:19 4:22 80:21
**cer (1)**
11:11
**cert (5)**
15:16 22:8,9 25:22
42:23
**certain (8)**
3:19 11:11,13 51:7,8
64:15 67:10,22
**certainly (4)**
16:13,20 17:18 46:4
**CERTIFICATE (1)**
80:2
**Certified (1)**
80:5
**certify (2)**
80:7 81:3

**cha (1)**
24:23
**chain (2)**
32:15 65:24
**chairman (1)**
62:14
**change (10)**
13:2 15:5,14 16:23
18:9,21 23:9 26:5
42:24 68:15
**changed (3)**
29:15 40:8 43:17
**changes (1)**
11:16
**changing (3)**
54:7,13 70:9
**characterization (1)**
26:18
**characterize (1)**
27:9
**CHARLES (3)**
1:6 3:5,21
**checking (1)**
71:7
**Chief (2)**
4:4 55:17
**chiming (1)**
38:9
**Cindy (6)**
37:10 43:9,10,13,15
43:16
**Circuit (20)**
10:19 15:16 16:22
22:8 23:9 26:6,9,11
26:19 27:10,12,14
28:2,6,7,16 31:5,24
32:5 42:21
**Circuit's (8)**
26:18 27:3,8,16,19
28:12 68:16,18
**citizen's (1)**
58:21
**citizenship (43)**
12:16 13:7 15:7 16:6
18:11 19:4,24 20:10
22:15,25 24:8,14
25:9 26:13,21 27:3
27:18 28:25 29:25
37:15 41:22 42:20
49:11 50:23,25
51:15,21 52:13,18
53:7 57:18,25 62:9
63:21 66:11,19,24
67:5,13 68:20,24
69:19 77:4
**City (4)**

1:19 3:18 4:6 7:2
**CIVIL (1)**
4:10
**clarification (7)**
5:16 19:5 46:8 72:19
73:18 76:15 79:5
**clarify (9)**
10:22 19:20 21:23
29:12 46:20 73:16
74:12 77:8,19
**clean (3)**
52:21 53:4,16
**clear (5)**
17:19 19:11 36:9 37:3
37:15
**Clerk (1)**
4:19
**close (1)**
58:23
**closed (1)**
14:22
**co-counsel (1)**
9:24
**coaching (2)**
17:17 20:19
**coincidence (3)**
16:2,9 19:15
**colon (1)**
12:7
**comes (1)**
45:11
**coming (1)**
20:15
**commence (1)**
8:3
**commenced (1)**
5:12
**comment (1)**
14:10
**commission (20)**
62:14,16,17,20 63:2,4
63:22 64:6,23,25
65:10,18 66:5,12,21
67:4,12,20,24 82:25
**communicate (1)**
73:21
**communicated (3)**
75:18,18,22
**communication (2)**
73:4 75:5
**communications (17)**
43:3 44:11,14,22
45:13,20,23 46:5,24
63:20 67:3 70:19
74:21 75:4 76:7,20
78:20

**compel (2)**
33:12,13
**components (1)**
18:15
**computer (4)**
11:7,8,9,10
**con (1)**
47:3
**conceivable (3)**
29:14 37:7 43:12
**conceivably (1)**
51:13
**concept (1)**
50:10
**conceptual (2)**
50:12 52:15
**concerning (3)**
36:12,14,17
**concerns (1)**
67:13
**concisely (1)**
17:15
**concluded (3)**
22:5 54:10 79:16
**conclusion (1)**
21:6
**conclusively (1)**
26:20
**conducted (1)**
34:6
**conference (4)**
38:9,16 41:3 43:10
**confident (1)**
21:11
**confidentiality (1)**
7:7
**confidentially (1)**
65:4
**confirm (5)**
73:12 74:4,5,16 77:4
**Congress (15)**
15:18 19:5,20 23:12
24:24 25:20 29:11
29:12 37:12 40:16
40:22 41:9 42:3,11
42:20
**Congress's (1)**
39:8
**congressman (4)**
44:16 45:9 69:16
71:15
**consider (4)**
40:11 53:21 57:6
70:25
**consideration (1)**
25:20

**Consolidated (1)**
2:11
**constraints (1)**
51:8
**consult (2)**
15:11 16:24
**contain (1)**
34:25
**contained (1)**
81:8
**containing (1)**
78:15
**contemporaneously...**
7:3
**content (1)**
37:5
**context (3)**
38:6 62:16 73:8
**contingency (7)**
12:19 15:15 18:19
23:6,23 24:2 50:8
**contingent (1)**
16:21
**contrary (1)**
23:10
**conversation (8)**
43:10,11 69:24 70:4,5
70:13 71:12 76:12
**conversations (9)**
38:8 43:6 47:4 67:3
68:4 69:16 70:17
71:10,14
**coordinating (1)**
33:6
**copies (3)**
56:6 76:6,19
**copy (3)**
55:25 56:3,7
**correct (66)**
9:15,16,18 10:11,25
11:3,17,25 12:3,4
12:10,17 13:9 15:10
15:19,23 16:7 17:3
17:11 18:13 19:15
22:16 23:3 24:10,11
26:8,16 27:4,22
30:11 32:17,18 33:9
33:10,13,14 40:23
41:12 42:3,11,24
43:23,24 45:3 46:13
47:12 48:8,12,24
49:4,5,7,8,13,15
54:2,25 56:25 62:20
63:2,3 64:6,16
66:13 75:8 81:8
**corrected (1)**

81:8
**corrections (1)**
81:6
**correctly (6)**
12:11 15:2 20:15 27:9
31:14,15
**counsel (23)**
5:3,3,13 7:24 8:12
9:17 14:5 17:15
20:13 21:9 22:2
34:11 46:12,19
56:11,15 58:24
63:16 67:22 72:20
72:22 80:12,15
**country (1)**
38:10
**course (3)**
17:4 22:19 55:24
**court (92)**
1:2 3:2,18,20 4:3,4,5
4:22 5:13,21 6:7,9
7:10,17 8:11,25
14:11 15:16 16:13
17:7,14,19,21 20:13
20:22,25 21:3,8,14
21:20 22:9,10 25:22
27:7,25 29:7,15,20
33:21 34:12 36:25
39:24 42:22 45:18
46:17,19 47:19
49:19 50:6 51:23
55:6,12,14 56:10,14
57:21 58:11 59:3,21
60:8,10,13,16,18
61:5,11,18,23 62:4
62:12,21 63:8,17,25
65:14,21 67:9 68:7
68:10 69:2,5,9,25
71:19,24 72:9 76:14
77:10 79:4,7,10
80:5
**Court's (3)**
5:16 68:11,13
**Courthouse (1)**
6:25
**courts (1)**
15:20
**created (3)**
7:18 48:5 57:2
**creation (2)**
7:19 21:7
**criteria (1)**
34:13,15,18 36:7
**cross (1)**
79:4
**cross-exam (1)**

71:24
**cross-examine (1)**
59:8
**current (2)**
26:22 68:21

**D**

**D (1)**
2:2
**Dale (3)**
4:9 8:14 46:7
**Danjuma (4)**
4:9 8:16,16 71:20
**data (2)**
74:11 75:25
**date (8)**
8:7 31:24 32:6 44:20
48:13 51:7 53:19
82:3
**dated (6)**
2:17 6:20 13:18 32:16
80:18 81:10
**dates (1)**
74:10
**day (4)**
34:23 40:11 81:10
82:23
**days (7)**
2:21 47:12 54:2,4,19
54:21,24
**DC (1)**
38:10
**decide (1)**
24:22
**decision (1)**
10:23
**deemed (1)**
69:3
**deems (4)**
6:15 12:10 14:21
19:12
**defendant (5)**
4:14 5:15 8:21,24
12:25
**Defendant's (1)**
2:22
**Defendants (8)**
1:17 3:16,24 5:4 6:18
13:24 14:15 22:10
**defined (1)**
7:11
**delete (6)**
12:7 35:23 36:2,5,6,7
**deleted (3)**
36:11,14 37:6
**deleting (1)**

36:8
**deliberate (1)**
28:15
**denied (1)**
22:8
**denies (3)**
15:16 25:22 42:23
**Dennis (1)**
4:21
**Department (5)**
2:19 33:3 43:19 47:10
48:20
**Deponent (2)**
82:4,21
**deposed (1)**
21:6
**deposition (22)**
1:20 3:17 5:4,12 6:6
6:19,21,24 7:3,4,6,8
7:11,15 8:8 31:13
36:24 79:16 80:8,14
81:5 82:3
**des (2)**
74:18,18
**describe (1)**
63:19
**described (3)**
42:10 45:14 74:19
**DESCRIPTION (1)**
2:8
**designated (1)**
67:19
**designed (1)**
53:15
**Desiree (2)**
2:18 4:20
**determine (2)**
68:22 74:2
**dial (1)**
73:25
**different (3)**
20:6 34:15 61:14
**direct (5)**
7:5,25 18:15 28:2
39:8
**direction (2)**
39:5 80:11
**directly (2)**
7:22 75:15
**director (2)**
73:6 75:13
**disagree (2)**
27:11,13
**disclosure (1)**
65:7
**discovered (1)**

73:10
**discovery (3)**
9:23 33:17 77:13
**discretion (2)**
19:6,8
**discuss (13)**
28:11 48:19,21 57:13
57:17 58:8 59:12,16
60:2,22,24 61:6
71:15
**discussed (26)**
37:22 39:20 46:25
57:9,23 58:2,4,6,14
59:11,22 61:21 62:2
62:10,15 63:5,13
65:17 66:16,16
67:11,15,17 68:2
71:5 73:17
**discusses (1)**
41:13
**discussion (7)**
41:2 53:22,23,25
59:14 66:18 69:4
**discussions (1)**
66:10
**disincentivize (1)**
6:12
**dispositive (2)**
10:3,4
**disputes (1)**
7:3
**District (13)**
1:2,3 3:2,3,18,20,20
4:3,4,4,5 8:10,11
**doc (1)**
46:2
**document (50)**
6:15,24 10:6,24 11:15
11:24 13:19 14:9
15:15 21:7 25:25
26:24 29:5 30:8,10
30:14 31:3,6 32:3
32:14 33:11 34:8
39:20 44:25 45:5,7
45:25 46:9 47:10,14
47:16,20,20,24 48:3
48:7,10,24 49:2
53:21 54:20,23
55:10,25 56:3,7,18
62:19,24 64:10
**documentary (29)**
12:16 13:7 15:7 16:6
18:11 20:10 22:14
22:25 24:7,14 25:9
26:12 27:2,17 28:24
29:24 51:20 57:17

57:25 62:9 63:21
66:10,18,23 67:4,13
68:20,24 69:19
**documents (21)**
5:17,18,25 6:2,4,13
7:13,16,18,23 33:16
33:25 34:3,7 36:16
36:16 61:10 64:15
65:2,8,17
**doing (2)**
6:5 66:6
**domestic (2)**
55:19,20
**Donald (4)**
61:16,20,25 63:5
**DONNA (3)**
1:5 3:4,21
**dot (3)**
14:19,19,19
**Doug (1)**
4:10
**DOUGLAS (3)**
1:6 3:5,21
**draft (40)**
6:23 10:8,13,13,15,15
11:20,20 12:22,22
15:8,9,21 16:2
17:11 18:13 19:11
20:3 22:5 29:22
30:2,4,4 31:17,20
32:3 37:22 38:23
40:20 43:21 44:12
44:23 48:16 49:10
49:15 50:7,7 52:19
54:8 64:3
**drafted (21)**
10:16,25 11:3 17:10
18:13,18 24:23
30:10,14,16,23
31:10,22,23,25
50:16 52:2,3 62:19
62:25 70:22
**drafting (4)**
15:12 16:20 20:2
29:13
**drafts (13)**
37:12 39:6,9 40:13,15
40:21,25 41:5,8,10
41:19 42:2,10
**driver's (2)**
14:4,18
**duly (2)**
9:4 80:9
**duties (2)**
64:4 65:9
**duty (1)**

64:22

**E**

**e (5)**
2:2,7 4:2,2 78:14
**e-mail (26)**
2:17 32:15,15 33:8
35:4,10 36:18,19
37:9,23 38:7,13
39:14 40:14 41:13
43:2,5 44:9 65:24
76:24,25 77:2,18,21
77:25 78:15
**e-mails (9)**
34:24 35:23 36:2,3,12
36:14 37:6 77:3,11
**earlier (11)**
29:4 30:17 37:4,22
39:20 46:13 59:24
63:20 66:10 69:16
70:23
**earliest (1)**
30:18
**early (15)**
10:18 37:12 40:16,22
41:9,11,18,22 42:3
42:11,17,25 71:6
72:21 74:24
**ECF (2)**
6:21 7:12
**effect (7)**
23:3 24:8,22 25:4,6
25:11 28:19
**effectively (1)**
58:20
**efforts (1)**
68:22
**either (6)**
39:14 65:22 75:9,11
75:11,11
**elected (1)**
31:23
**election (13)**
14:23 38:14 58:23,23
59:25 60:4 61:2,6
62:15,16 64:5,23
65:10
**elections (5)**
58:7,9,15 63:22 75:13
**elements (1)**
53:23
**eligibility (1)**
14:23
**emergency (2)**
2:15 31:4
**employed (2)**

80:13,16
**employee (1)**
80:15
**enable (1)**
14:22
**enacted (2)**
22:22 24:24
**encourage (4)**
50:9,17 51:13 52:16
**encouraged (1)**
50:17
**encouragement (1)**
51:10
**engaged (1)**
68:23
**engine (1)**
54:11
**entire (2)**
18:23 35:4
**ERRATA (1)**
82:1
**essence (3)**
13:24 14:15 50:18
**essentially (1)**
16:3
**et (1)**
8:9
**eventuality (2)**
23:15 25:23
**evidence (7)**
6:22 16:9 49:18 50:5
60:6 69:23 71:15
**evidently (2)**
22:2 34:15
**exact (3)**
48:13 72:24 74:19
**exactly (5)**
12:13 49:25 55:21
73:20 77:23
**exam (1)**
7:25
**examination (3)**
2:5 7:5 9:6
**examined (2)**
3:17 9:4
**exception (1)**
56:14
**Excuse (1)**
69:25
**executive (3)**
38:24 39:5,7
**exempt (1)**
51:19 53:4
**exemptions (1)**
52:20
**exercise (1)**

23:14
**Exhibit (48)**
2:9,11,15,17,19,22
5:10 10:7,25 13:12
13:16 15:23 28:21
30:8,24 31:3,16
32:4,11,14 37:21
38:5 39:19 43:20,25
44:5,12 46:10,13
47:6,9 48:15,24
49:14 50:2,8,11,15
53:21 54:15 62:24
64:3,11,14 65:22,23
65:24 70:23
**exhibits (2)**
65:17,25
**existed (1)**
52:4
**existence (2)**
36:18 44:12
**existing (1)**
53:9
**exists (1)**
77:2
**expect (1)**
17:15
**expert (1)**
74:20
**EXPIRES (1)**
82:25
**explained (1)**
73:23
**expressed (1)**
23:11
**expressly (1)**
5:8
**extends (1)**
58:18
**extensively (1)**
38:20
**extent (3)**
46:3 58:8 71:16

**F**

**fact (4)**
21:7,9 72:19 76:14
**facts (1)**
50:5
**fair (1)**
26:17
**fall (6)**
10:18 30:17 54:4,18
70:23 71:6
**far (1)**
45:8
**February (1)**

74:23
**federal (5)**
13:2 15:14 18:20 19:3
67:20
**fields (1)**
74:11
**file (2)**
12:23 75:25
**filed (2)**
3:16 31:4
**filings (1)**
9:20
**final (9)**
12:20,21,23 22:20
23:7 25:21 29:10
42:21 45:25
**finality (1)**
54:5
**Finally (1)**
64:20
**financially (1)**
80:16
**find (2)**
19:8 42:12
**finished (1)**
38:6
**first (19)**
2:21 9:4 23:14 34:14
34:22 37:25 41:18
41:25 47:11 49:7
53:25 54:4,18,21,24
61:15 64:20,20
66:21
**Fish (4)**
1:5 3:4,20 8:9
**five (5)**
11:23 49:3 56:5 58:25
59:7
**flatly (1)**
31:20
**floor (1)**
23:11
**focusing (1)**
77:14
**follow-up (1)**
71:9
**followed (2)**
38:7,13
**follows (3)**
9:5 14:2,16
**Ford (2)**
19:22 23:25
**Ford's (1)**
23:11
**foregoing (2)**
80:8 81:4

**form (12)**
12:23 20:12,17,18
21:3 27:5 29:2 38:6
47:17 49:17 60:12
63:23
**formation (3)**
62:20 63:2,4
**former (1)**
63:17
**forwarded (2)**
75:11,14
**foundation (2)**
6:14 11:21
**four (1)**
69:5
**fourth (1)**
13:23
**frankly (2)**
23:17 27:10
**frequently (1)**
67:24
**friend (1)**
44:15
**friends (1)**
70:15
**front (5)**
5:19 24:21 27:9 28:12
51:3
**fulfilling (2)**
64:22 65:9
**full (4)**
31:7 42:13 48:2 64:20
**fully (1)**
41:20
**further (2)**
7:11 80:14
**future (22)**
16:22 17:14 18:19
19:5,19 23:6,12
29:16,20,21 30:14
44:17,20 48:20
50:13,21 51:11
52:16,19 53:18
56:21 70:6

**G**

**Garrett (3)**
8:23 44:6 72:5
**Gene (5)**
32:16,19,20 44:10
65:24
**general (5)**
45:7 53:10 57:24 58:4
67:22
**give (9)**
18:15 21:11 38:6

50:22 52:20 55:23
55:25 56:3,7
**given (6)**
21:8 34:23 35:15
75:12,15 76:14
**Gmail (7)**
33:8,15,22,24 34:6
36:2,10
**go (6)**
23:2 34:20 59:7 60:18
69:7 79:11
**goes (1)**
57:2
**going (21)**
5:23 6:10,11 8:6 10:6
13:14 21:22 30:15
30:19 31:2 32:13
35:9 45:6 47:8 59:6
64:8 69:10,13 72:11
72:16 79:14
**gosh (1)**
46:2
**grant (1)**
23:19
**granted (1)**
22:9
**guess (2)**
7:13 24:18
**guidance (1)**
16:19
**guys (2)**
50:13 54:6

**H**

**H (1)**
2:7
**Hamilton (9)**
32:16,19,20 37:10
38:3 39:17 43:3
44:10 65:25
**hand (6)**
10:6 13:14 19:18 20:2
31:12 46:2
**happened (2)**
39:13 70:19
**happens (1)**
71:8
**Hayden (1)**
43:16
**head (1)**
32:8
**header (2)**
49:2,6
**Hearing (1)**
8:2
**held (3)**

6:24 22:12 69:4
**helpful (1)**
20:23
**helps (1)**
34:11
**Henson (1)**
4:19
**Hey (1)**
46:7
**Hill (2)**
38:19,20
**hinder (1)**
65:3
**hinges (1)**
18:23
**hits (1)**
36:4
**Ho (83)**
2:5 4:9 5:21,22 6:12
8:14,14 9:7 11:22
11:23 13:14 14:12
16:10 17:2,8,24
18:5 19:10 21:19
22:11 27:10,15
28:17 29:22 31:2
32:13 33:24 34:17
35:17 37:2,9 40:14
45:2,13,22 46:17,23
47:8,23 49:25 50:24
52:22 55:8,23 56:12
58:3,13 59:7,10,24
60:23 61:6,12,19,24
62:7,19,22,23,24
63:9,19 64:3,9,13
65:16 66:9 67:17
68:10,12 69:5,6,15
70:12 71:22 73:18
73:20 75:11 76:6,19
77:19 78:10,25
**holding (1)**
48:23
**Homeland (7)**
2:19 33:3 43:19 47:11
48:20,22 62:25
**honestly (1)**
32:10
**Honor (8)**
5:14,22 6:16 59:9
69:6 71:21,23 72:7
**hood (1)**
54:11
**hope (1)**
29:12
**hour (1)**
59:7
**HUTCHINSON (3)**

1:7 3:6,21
**hypothetical (2)**
29:16 52:19
**hypothetically (1)**
38:3

**I**

**i.e (1)**
7:8
**ICE (11)**
73:7,12 74:4,5,7 76:7
76:21 77:2,4 78:10
78:22
**idea (17)**
12:18 25:13,18 29:20
41:10 45:14,19,24
46:3,21,25 50:20
51:20,25 52:11
56:19,21
**ideas (1)**
57:9
**identical (3)**
15:8 16:3 19:13
**identification (6)**
5:11 13:13 30:25
32:12 47:7 64:12
**identified (2)**
15:5 34:9
**identifying (1)**
63:11
**illegal (2)**
41:15 42:15
**illegally (3)**
58:7,9,15
**immediately (1)**
42:5
**immigration (3)**
33:4 38:21 43:18
**implicit (2)**
34:25 50:17
**impose (9)**
20:9 22:14 24:14 25:8
26:12 27:2,17 28:24
68:19
**impossible (1)**
19:17
**impression (1)**
29:8
**impressions (3)**
27:6 28:15 29:3
**in-state (2)**
41:15 42:15
**incentive (3)**
50:17,22,25
**incentives (1)**
57:6

**incentivized (1)**
57:7
**include (1)**
64:23
**included (3)**
40:21 41:10 54:17
**includes (2)**
32:15 62:17
**inconceivable (1)**
19:25
**incorporate (1)**
50:14
**incorrectly (1)**
28:5
**incredible (1)**
23:20
**incumbent (1)**
23:12
**individuals (9)**
44:8 56:4 74:6,7,17
75:21 76:5,8 77:5
**information (12)**
6:22 7:20 12:8,9
14:21 18:24 19:12
31:8 37:11 74:6
75:17,20
**informing (1)**
76:12
**initial (3)**
26:2 34:2 39:5
**initialed (1)**
81:7
**injunction (24)**
2:14 10:20,23 13:5,18
17:3,10 18:3,7,8
19:14 20:8 22:6,12
22:23,24 23:8,19
24:10,16 25:8 26:8
26:10 32:5
**ink (1)**
81:7
**instance (1)**
20:16
**Integrity (2)**
62:15,17
**intended (7)**
23:5 24:17 25:19 42:9
51:16 53:22 68:22
**intent (3)**
24:22 25:3 29:13
**interest (2)**
64:21 65:8
**interested (1)**
80:17
**interesting (2)**
19:8 42:12

**interfere (1)**
6:6
**Internet (3)**
52:4 53:19 57:5
**interpret (1)**
27:12
**interpretation (2)**
13:25 14:15
**interrogation (1)**
6:11
**introduce (1)**
44:20
**inventory (1)**
38:22
**inviting (1)**
79:7
**involved (1)**
41:5
**involvement (1)**
39:8
**Iowa (1)**
44:16
**irregularities (1)**
61:7
**irrelevant (1)**
28:23
**issue (13)**
6:8 28:23 33:4 41:16
57:24 58:4 60:22
62:15 66:16 67:15
67:18 72:25 73:17
**issued (3)**
10:23 22:19 36:15
**issues (5)**
7:22 14:25 38:21 39:3
39:14
**item (10)**
12:5,12 15:8 16:2
49:9,9 54:3,17
56:18 57:12
**items (4)**
11:23 48:7 49:6 77:14

_____

**J**

**J (4)**
1:6 3:5,21 81:1
**James (2)**
4:4,20
**January (2)**
73:7 74:23
**Jared (1)**
55:21
**Jersey (2)**
48:12,14
**Job (1)**
1:25

**JORDAN (3)**
1:14 3:13,23
**jud (1)**
42:22
**judge (22)**
4:4,20 6:19 10:20,22
15:14 18:20 22:11
22:17,19,23 23:18
24:9,16,20 25:7,13
25:14 26:7,10 46:11
79:13
**Judge's (1)**
22:22
**judges (3)**
13:2 18:21 23:9
**judgment (5)**
12:21 25:21 29:10
42:22 57:2
**judgments (1)**
23:7
**judiciary (2)**
19:3 26:5
**July (4)**
2:17 6:20 30:18 66:22
**June (1)**
7:12

_____

**K**

**Kansas (41)**
1:3,8,14,16,19 3:3,7
3:13,15,18,18,18,20
3:22,23,24 4:4,6,6
4:15,16 6:25 7:2
8:11 9:14 11:9
22:14 24:14 25:8
26:12,23 27:22
28:24 52:13 58:18
58:19 59:11,13,18
66:23 80:5
**Kansas's (2)**
22:25 24:7
**keep (4)**
52:10,21 53:2,15
**keeps (1)**
52:12
**kind (3)**
33:5 52:5 54:10
**kinds (1)**
52:9
**King (6)**
44:17 45:10 69:17
70:5,14 71:15
**know (52)**
25:11,13 29:17 30:15
30:19 31:19,21,23
32:10 35:4,25,25

37:8 38:23 39:11
43:13 50:12 51:4,8
51:15 52:2,5,15,19
53:9 54:6,12,15,16
54:19 56:5 57:5
66:7,17 70:18,25
71:7,7 72:20 74:10
74:13,18 75:13 76:2
76:3,23,24 77:3
78:5,9,11,24
**knowledge (3)**
36:11,13 41:3
**Kobach (114)**
1:1,12,20 2:1,4,18,20
3:1,11,17,23 4:1 5:1
5:10,15 6:1 7:1 8:1
8:8,9,21 9:1,3,8
10:1,7 11:1 12:1
13:1,12,15 14:1
15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1
23:1,22 24:1 25:1
26:1 27:1 28:1 29:1
30:1,24 31:1,3 32:1
32:11,14 33:1 34:1
35:1 36:1 37:1 38:1
39:1,15 40:1 41:1
41:25 42:1 43:1
44:1 45:1 46:1 47:1
47:6,9,11 48:1 49:1
50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1
62:1 63:1 64:1,11
64:13 65:1 66:1
67:1 68:1,14,23
69:1,15 70:1 71:1
72:1,18 73:1 74:1
75:1 76:1 77:1 78:1
79:1 80:1
**Kobach's (1)**
64:21
**Kossack (1)**
67:21
**Kris (90)**
1:1,12,20 2:1,4,18 3:1
3:11,17,22 4:1 5:1
6:1 7:1 8:1,8,9 9:1,3
10:1 11:1 12:1 13:1
14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1
22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1

42:1 43:1 44:1 45:1
46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1
62:1 63:1 64:1 65:1
66:1 67:1 68:1 69:1
70:1 71:1 72:1 73:1
74:1 75:1 76:1 77:1
78:1 79:1 80:1
**KS (4)**
1:19 3:19 4:22 80:21
**Kushner (1)**
55:21

_____

**L**

**label (1)**
64:9
**language (12)**
11:14 12:12 15:4 16:2
18:9 19:9,13,15
29:15 54:15 57:7
68:21
**late (4)**
10:18 30:17 70:22
71:6
**latest (1)**
30:18
**Lauren (6)**
1:24 3:19 4:22 5:5
80:4,21
**law (3)**
24:19 25:16,17
**Lawrence (6)**
1:24 3:19 4:22 5:5
80:4,21
**lawsuit (5)**
12:20 67:11,12 68:2
70:6
**lawyer (1)**
21:10
**lay (1)**
6:14
**lead (3)**
9:17 21:9 63:16
**LEAGUE (3)**
1:7 3:6,21
**led (1)**
7:18
**legal (3)**
16:24 21:6,11
**legislation (7)**
37:12 40:15,21 41:8
41:10 42:2,10
**legislative (4)**
39:9 40:12,25 41:5

**let's (2)**
67:10 72:6
**li (1)**
41:17
**LIBERTIES (1)**
4:10
**license (2)**
14:4,19
**light (1)**
34:22
**limitation (1)**
6:11
**limitations (1)**
6:5
**limited (4)**
6:22 7:4,15 61:10
**line (2)**
45:25 50:10
**list (1)**
34:17
**listed (1)**
11:23
**listening (1)**
22:3
**litigation (10)**
22:4 24:25 37:17 40:5
40:6 41:16 54:6
68:6 70:9 73:24
**little (1)**
59:4
**locations (1)**
38:12
**long (1)**
55:3
**longer (2)**
36:6 59:4
**look (6)**
16:18,20 19:18 25:14
35:10,13
**looking (3)**
16:17 35:11,12
**looks (1)**
38:14
**lose (1)**
44:17
**loses (1)**
12:25
**lost (2)**
70:6 71:2
**lot (2)**
5:24 39:15
**lots (1)**
18:14

_____

**M**

**magically (1)**

24:19
**Magistrate (2)**
4:4,20
**magnitude (1)**
59:16
**maintaining (1)**
53:12
**majority (1)**
55:2
**making (1)**
13:10
**Mark (1)**
67:23
**marked (12)**
5:10 10:7 13:12,15
  30:24 31:3 32:11,14
  47:6,9 64:11,13
**marriage (1)**
43:17
**matter (1)**
9:18
**matters (1)**
64:25
**max (1)**
36:4
**mean (13)**
11:8 29:19 34:21
  46:11 50:11,24
  56:13 58:5,15,16
  60:15 75:18,20
**meaning (19)**
13:2 15:14,18 16:23
  18:21 19:21 23:10
  23:11,13 26:3,5
  40:8 44:18 54:7,13
  57:3 70:8 71:3,4
**means (1)**
28:12
**meet (4)**
30:15,19 72:6,6
**meeting (28)**
30:11,22 31:11,21
  32:2 47:21 48:11,16
  48:18,19,24 53:24
  55:3,9 56:2,8 57:10
  57:14,19 60:9,21,23
  61:7,15,16 63:5,13
  66:21
**meetings (5)**
61:13,20,25 62:8 65:3
**member (4)**
43:18 44:3 73:14,15
**members (12)**
38:18 39:10 43:25
  62:8,18 63:21 65:18
  66:5,12 67:3,23

72:23
**memorandum (3)**
2:11 6:20 66:2
**memory (1)**
28:7
**mental (2)**
27:6 31:9
**mentioned (4)**
7:16 37:10 39:14
  43:13
**merit (1)**
23:20
**merits (3)**
10:5 23:7,8
**messages (7)**
35:5 36:5,5,6,7,8,21
**methods (2)**
63:9,11
**Michael (1)**
4:21
**mid-August (1)**
32:9
**Miller (1)**
55:18
**mine (1)**
44:16
**minimum (3)**
12:7 14:20 18:24
**minutes (6)**
7:4,17 58:25 59:7
  69:5 72:8
**Mischaracterized (1)**
49:18
**mischaracterizes (6)**
11:19 16:8 17:12 29:4
  60:5 69:22
**Mischaracterizing (...**
16:11
**misimpression (1)**
56:25
**misinterpretation (1)**
15:19
**misnomer (1)**
54:21
**Missouri (5)**
3:19 4:23 5:6 80:7,21
**modern (1)**
52:5
**modernize (1)**
57:4
**modernized (2)**
52:8 56:22
**moment (2)**
8:4 71:20
**month (2)**
34:5 66:22

**months (2)**
16:21 34:9
**moot (5)**
49:19 63:17,25 65:14
  69:3
**motion (9)**
2:13,15,23 13:17 18:8
  31:4 33:12,13 64:15
**motions (1)**
9:23
**motor (17)**
12:17 13:8 14:4,18
  15:7 16:6 18:11,12
  20:10 22:15 23:2
  24:9,15 25:9 26:13
  27:18 28:25
**move (1)**
39:11
**moves (1)**
53:15
**multiple (6)**
23:4 29:9 35:12,13
  42:18 45:20

___

**N**

**N (8)**
1:24 2:2 3:19 4:2,22
  5:5 80:4,21
**name (4)**
43:16,17 73:5 82:2
**named (2)**
56:4 62:13
**names (20)**
73:12 74:3,9,12,15
  75:8,12,18,21,24
  76:5,8,18,20 77:25
  78:4,6,12,15,23
**National (14)**
2:9 10:9 11:15,17,24
  15:9 18:9 20:4
  28:20 31:17 39:21
  43:21 49:10 57:13
**naturalized (1)**
74:14
**near (2)**
10:14 12:23
**necessary (20)**
12:8,10,23 14:22 15:5
  15:12,17 16:5 18:25
  19:13 29:11,12 40:6
  41:20 42:25 44:18
  44:21 52:17 70:7,25
**need (6)**
18:8 21:22 26:3 39:12
  42:18 50:14
**needed (1)**

38:17
**needing (1)**
71:17
**needs (1)**
26:23
**neither (1)**
80:12
**never (6)**
30:2 40:24 41:5 43:22
  44:3 45:10
**new (5)**
4:11,11 39:6 48:12,14
**NICK (3)**
1:14 3:13,23
**non-privileged (1)**
6:22
**noncitizen (10)**
26:15,25 27:21 58:21
  59:25 60:2,25 61:20
  66:17 71:16
**noncitizens (20)**
28:9,22 29:18 58:7,9
  58:14,16 59:11,13
  59:17,23 63:12
  72:25 73:2,9,11,13
  73:21 74:2,13
**nonresponsive (1)**
59:6
**normally (1)**
16:18
**Notary (6)**
3:19 4:23 5:6 80:6,21
  82:25
**note (2)**
40:24 58:25
**noted (1)**
81:6
**Nov (1)**
38:15
**November (13)**
30:20,21 32:16 38:15
  47:22 48:6,12 57:18
  60:21 61:7,15 63:5
  63:13
**nullifies (1)**
58:21
**number (20)**
6:21 8:10 15:23 28:8
  28:22 29:18 38:7
  45:5 49:9 50:10
  54:3,18 56:24 59:17
  59:22 62:24 73:9,25
  74:2,19
**numeral (1)**
49:3
**numerous (3)**

5:17,18 6:12
**NV (1)**
42:24
**NVRA (87)**
10:9 12:14 13:3,8
  15:6,14,18 16:3,23
  17:11 18:13,21
  19:21 22:13 23:10
  23:13 26:4,5 29:13
  29:23 30:5 34:23,25
  35:9,18 36:12,14,17
  36:22 37:14,21,22
  39:18 40:9,20 41:12
  41:19,20 42:7,9,19
  42:24 43:3,7 44:19
  44:23 45:8,15,19,25
  46:22 47:2 48:16
  49:15 50:16 51:3,6
  51:8,11 52:2,4,8,10
  52:19 53:9,11,19
  54:8,9,12,13 56:19
  56:22 57:3,4,6 62:2
  64:4 68:14,15,21,23
  69:20 70:7,8,20
  71:4

___

**O**

**O'Hara (2)**
4:4,20
**oath (2)**
9:9 60:6
**ob (1)**
27:23
**Obama (1)**
73:15
**object (4)**
14:8 20:17 21:12 50:4
**objection (62)**
5:18 6:10 11:19 14:7
  16:8,12,13 17:5,12
  17:16 20:12,16 21:8
  21:14 27:5,23,24
  29:2 33:18 34:10
  36:23 39:22 44:24
  45:16 47:16 49:17
  50:5 51:22 55:5,11
  55:12,14 57:20
  58:10 59:19 60:5,7
  60:8 61:3,9,17,22
  62:3,11 63:7,15,23
  65:11,15,19 67:7,9
  68:5,8,25 69:2,22
  70:2 71:18 76:11,15
  77:7
**objections (4)**
33:21 64:2 68:7 69:3

**obligations (1)**
68:16
**obsolete (1)**
53:14
**obvious (1)**
19:2
**obviously (7)**
43:8 45:6,24 46:11,16
   46:18 56:10
**occur (1)**
74:22
**October (3)**
30:18 31:23,24
**office (9)**
4:14,15,20 10:10
   11:10 76:7 77:2,4
   78:10
**officer (1)**
67:20
**offices (1)**
3:18
**official (6)**
1:13,15 3:12,14,23,24
**officials (1)**
14:23
**oh (7)**
35:19 39:2 62:23
   75:22 78:2,7,17
**Ohio (1)**
44:16
**Okay (25)**
6:9 10:6 12:5 13:14
   14:14 15:4 20:24
   21:12 23:16 24:7,12
   28:17 30:13 32:3,13
   33:15 37:20 40:2
   45:3 46:19,21 48:5
   65:7 72:12 79:3
**one-on-one (1)**
43:11
**ones (2)**
36:6 65:23
**ongoing (2)**
24:25 37:16
**online (1)**
52:7
**open (4)**
7:9,16 54:10 66:20
**open-ended (1)**
7:21
**opening (1)**
66:22
**opinion (3)**
21:11 27:9 52:17
**opposed (1)**
20:18

**opposing (4)**
46:12,19 56:11,14
**oral (2)**
32:4,6
**order (18)**
5:24 6:20 7:8 12:15
   13:6 15:6 16:5
   18:10 24:10,16,18
   27:2,17 33:13 38:24
   68:11,13,19
**orders (2)**
7:12 39:5
**organizing (1)**
33:6
**original (12)**
15:18 19:21 23:13
   26:3 29:13 42:19
   51:3 57:3,6 70:8
   71:2,3
**Orion (2)**
4:9 8:16
**ORTIZ (3)**
1:5 3:4,21
**ought (1)**
6:13
**outcome (1)**
80:17
**outside (5)**
36:23 48:24 51:22
   56:8 77:7
**overruled (30)**
6:10 14:11 16:14 17:7
   17:14 21:8,15 27:7
   29:7 33:21 34:12
   39:24 45:18 47:19
   50:6 51:23 55:14
   57:21 58:11 59:21
   60:8,16 62:4,12
   65:21 67:9 68:7
   70:2 76:16 77:10

_____

**P**

**P (3)**
4:2,2,4
**page (13)**
2:3,8 6:21 13:22,24
   14:5,12,13 31:5,7
   48:2,4 64:19
**pages (2)**
31:10 48:2
**Paoletta (1)**
67:23
**paragraph (2)**
31:7 64:20
**parentheses (1)**
37:16

**part (1)**
42:17
**particular (2)**
51:25 77:5
**parties (3)**
28:2 80:13,16
**passed (2)**
52:2,3
**penalty (1)**
81:4
**pending (3)**
2:16 3:20 25:12
**people (9)**
32:21 33:6 38:9,12,19
   45:21 46:12,24 52:7
**period (1)**
7:9
**periods (1)**
35:11
**perjury (1)**
81:4
**permit (6)**
20:9 22:14,25 24:13
   25:8 68:24
**permitted (1)**
37:16
**person (2)**
45:9 53:15
**personal (2)**
11:9,13
**personally (3)**
74:9 75:10 77:15
**persuade (1)**
19:3
**persuaded (1)**
23:18
**persuading (6)**
13:2 15:13 16:22
   18:20 23:9 26:4
**pertaining (1)**
6:23
**Pg (1)**
82:5
**phone (1)**
33:6 38:7
**photographed (2)**
6:23 48:23
**phrase (3)**
19:2,11 28:10
**phrasing (2)**
28:4 72:24
**physically (2)**
11:5,6
**pick (1)**
34:14
**piece (3)**

26:2 53:22,25
**plaintiffs (43)**
1:10,21 2:12,23 3:9
   3:22,25 4:8 5:3 7:6
   8:15,17,19 9:5
   10:10 12:13,20,25
   13:4,15,17 15:5,13
   15:15,19,22 16:4
   17:9 18:6,19,23
   19:14 22:18 25:21
   26:4 29:10 33:12,16
   36:15 50:9 64:15
   77:6 78:21
**plan (7)**
2:21 5:24 16:21 23:6
   24:2 47:11 62:25
**planning (1)**
70:24
**plans (1)**
23:23
**please (8)**
8:5,12 9:2 13:22
   16:12 21:21 64:10
   64:19
**plus (1)**
7:16
**point (9)**
8:3 15:17 24:20 50:21
   52:9,15 53:17 56:22
   68:2
**policy (2)**
39:5 55:20
**popular (2)**
60:3 61:2
**portion (5)**
14:3,17 17:25 18:17
   21:24
**possession (1)**
30:5
**possibility (2)**
48:21 60:24
**possible (4)**
47:5 53:23 66:7,15
**possibly (2)**
31:25 67:21
**posture (1)**
26:23
**potential (1)**
58:20
**potentially (6)**
39:6 58:22 59:25 60:2
   60:25 70:20
**precaution (1)**
52:17
**precisely (4)**
12:14 17:15 20:18

21:18
**preliminary (24)**
2:13 10:20,23 13:5,18
   17:2,10 18:3,7,8
   19:14 20:8 22:6,12
   22:23,24 23:7,19
   24:10,16 25:7 26:7
   26:10 32:5
**preparation (4)**
30:10 31:10 32:2
   47:24
**prepare (3)**
39:4,5,6
**prepared (3)**
9:24 10:17 47:20
**preparing (1)**
23:14
**present (3)**
4:18 23:5 24:7
**presented (1)**
25:19
**preside (1)**
7:2
**president (12)**
30:20,22 32:22,23
   57:14 60:3 62:8,13
   64:24 65:3,4 67:22
**President's (4)**
55:18,19,19,21
**President-elect (18)**
30:11,16,20 31:11,22
   32:2 47:21 48:11
   55:4,9,24 57:10,19
   59:15 60:22,24 61:8
   63:14
**presidential (6)**
32:21 63:22 64:5,23
   65:10,18
**presumably (1)**
21:11
**presume (1)**
77:2
**presuming (1)**
22:9
**pretty (2)**
62:5 77:16
**prevail (5)**
15:15 22:18 29:10
   50:9,13
**previous (1)**
43:6
**previously (3)**
12:14 13:5 16:4
**Priebus (1)**
55:16
**principal (1)**

65:23
**principally (1)**
67:12
**Prior (2)**
43:2,5
**privately (1)**
64:24
**privileged (2)**
33:19 55:13
**probability (1)**
26:19
**probably (10)**
27:11 34:13,24 38:4
   51:25 56:4 67:14
   70:16 71:4 74:10
**problem (10)**
26:15,24,25 27:21
   28:4,10 58:6,8,14
   58:18
**proceed (2)**
5:13 17:21
**process (2)**
7:18 27:13
**processes (1)**
31:9
**produce (2)**
33:11 40:25
**produced (7)**
3:17 10:10 34:4,9
   41:5 73:8,9 77:5,12
   77:18
**producing (1)**
77:13
**product (7)**
21:13 33:19 34:11
   63:16,24 65:12 68:6
**production (4)**
34:3,8,11 36:16
**Professional (2)**
5:6 80:5
**prohibit (1)**
6:5
**prohibited (1)**
26:21
**prohibition (1)**
19:4
**prohibits (1)**
19:23
**promote (1)**
49:11
**proof (42)**
12:16 13:7 15:7 16:6
   18:11 19:4,24 20:10
   22:14,25 24:8,14
   25:9 26:12,21 27:2
   27:17 28:24 29:24

37:15 41:22 42:20
49:11 50:23,25
51:15,20 52:13,18
53:7 57:17,25 62:9
63:21 66:11,18,24
67:4,13 68:20,24
69:19
**propose (2)**
11:14 12:24
**proposed (2)**
10:14 11:16
**protecting (1)**
51:14
**protective (2)**
5:24 7:8
**provide (5)**
15:6 16:5 29:24 41:21
   53:23
**provision (2)**
51:16,18
**provisions (2)**
7:7 53:14
**prudent (1)**
54:8
**public (10)**
3:19 4:23 5:6 7:9 65:2
   66:20,25 80:6,21
   82:25
**publicized (1)**
46:5
**pull (1)**
35:9
**pulled (1)**
35:4
**punctuation (1)**
14:25
**purpose (6)**
29:9 39:4 48:18,19
   53:21 76:21
**Purposes (1)**
53:11
**pursuant (1)**
24:9
**purview (1)**
64:25
**put (5)**
5:19 10:16 28:12
   40:12 68:8
**putting (1)**
37:11

_____
**Q**
**question (24)**
6:14 11:22 16:10
   17:22 18:14 20:6
   21:4,16 25:2,3

28:17 39:15,25 41:6
41:7 46:21 47:4,18
49:20 52:22 60:20
61:14 68:21 76:17
**questions (5)**
6:4 9:12 71:22 72:21
   79:2
**quickly (2)**
38:17 39:11
**quiet (1)**
17:16
**quote (8)**
6:3,14,21 12:7,8,9
   14:2,17
**quoted (1)**
15:22

_____
**R**
**R (3)**
4:2,9 81:1
**Ragsdale (11)**
73:5,13,21 74:16,22
   75:4,6,8,14,16,19
**RALPH (3)**
1:5 3:4,21
**ran (1)**
73:10
**re-ask (1)**
11:22
**read (21)**
5:17,20 12:11 13:24
   15:2 17:24 18:2
   19:3 21:20,25 28:13
   31:14,15 37:18
   42:12 64:17 65:5
   75:23 76:4 81:4
   82:5
**reading (3)**
6:12,19 14:9
**reads (6)**
12:5 31:8 49:3,9
   64:20 82:5
**ready (1)**
10:14
**really (5)**
19:7 50:15 54:4,14,18
**reason (7)**
9:11 12:19,22 34:13
   68:13 71:17 82:5
**reassessed (1)**
51:12
**reca (1)**
37:4
**recall (32)**
11:11 13:10 16:17
   28:7 32:7 35:20,22

36:17,20 37:5,5
43:4,9 44:15 45:9
46:5 47:3,5 48:13
50:16 57:22,24 62:5
66:6,7,18 67:2,25
73:10 75:9 76:24
77:25
**recalled (1)**
72:19
**receive (1)**
36:5
**Recess (2)**
69:12 72:15
**recollection (3)**
38:16 55:16 77:17
**record (24)**
5:17,20,25 6:18 8:6
   8:13 10:22 14:8,9
   17:25 19:10 21:24
   22:13 46:20 66:20
   69:7,11,14 72:12,13
   72:17 77:20 79:12
   79:15
**recording (1)**
5:23
**redacted (3)**
12:3 49:7 55:2
**reduced (1)**
80:11
**refer (4)**
10:12 37:20 50:2
   53:17
**reference (12)**
31:16,19 37:21 39:17
   39:19 40:4,15 41:23
   42:9 49:14 66:25
   67:2
**referenced (1)**
41:8
**references (1)**
42:2
**referred (1)**
63:20
**referring (7)**
18:18 42:16 43:9
   44:25 46:10 51:5
   62:22
**refers (3)**
42:14 49:23 56:19
**reflect (1)**
52:5
**regar (1)**
45:4
**regard (1)**
6:8
**regarding (14)**

9:23 37:14 41:15 42:7
42:14 43:3,7 44:11
44:23 45:5,14 51:18
53:14 67:4
**regis (1)**
58:16
**registered (9)**
5:5 28:9,22 58:17
   59:13,18,23 63:12
   80:4
**registering (5)**
29:18 52:7 59:11 73:2
   73:22
**registration (30)**
2:10 10:9 11:16,17,25
   14:3,17 15:9 18:10
   20:4 26:15 27:2,22
   28:20 29:24 31:17
   39:21 43:21 49:10
   50:18,19 51:7,10
   57:8,14 61:21 62:10
   66:12 67:5 71:16
**registrations (1)**
53:14
**regulations (1)**
39:7
**Reince (1)**
55:16
**reinvent (1)**
38:23
**related (3)**
7:22 65:2 80:12
**relates (1)**
54:23
**relative (1)**
80:15
**relevant (2)**
31:11 68:14
**relied (1)**
7:21
**relieve (1)**
68:15
**remember (12)**
17:9,13 18:6,17 21:16
   21:17 43:14 58:12
   59:22 69:21 72:24
   73:8
**remembered (1)**
76:13
**replace (1)**
12:9
**reply (6)**
2:11 13:17 17:10 18:6
   19:14 66:2
**report (1)**
74:20

**Reported (1)**
1:24
**reporter (10)**
4:22 5:6 8:25 18:2
21:20,22,25 80:2,5
80:6
**request (5)**
34:3,8 35:16 36:15
73:23
**requested (2)**
17:25 21:24
**requests (1)**
33:17
**require (16)**
12:7,9,16 13:7,25
14:16 15:7 16:6
18:11,24 19:12 20:5
29:23 41:21 42:20
52:10
**requirement (13)**
20:10 22:15 23:2 24:8
24:15 25:9 26:13
27:3,18 28:25 51:21
53:7 66:24
**requirements (11)**
37:15 49:12 52:21,24
57:18,25 66:11,19
67:5 68:20 69:20
**requiring (4)**
19:24 26:21 52:13,18
**rereading (1)**
5:25
**reserved (1)**
5:8
**resolve (1)**
7:3
**respect (1)**
68:18
**respectively (1)**
7:13
**responding (1)**
64:14
**response (3)**
2:22 46:15 72:20
**responsibilities (3)**
64:5,22 65:9
**responsive (5)**
7:23 33:16,25 34:7
35:16
**rest (1)**
42:13
**restore (7)**
15:18 23:13 26:3
42:19 44:18 70:7
71:2
**result (1)**

58:22
**Revenue (3)**
1:15 3:14,24
**review (1)**
18:3
**reviewed (6)**
9:20,25 10:2,5 17:2
22:8
**rewriting (2)**
13:25 14:16
**rewritten (2)**
12:15 13:9
**Rickman (1)**
74:20
**right (15)**
8:4 16:17 34:2,7 37:2
37:18 38:14 40:17
40:18 41:19 46:18
48:14 49:12 56:16
56:20
**Robinson (9)**
10:21,23 22:12,17,19
23:18 24:20 25:14
25:14
**Robinson's (7)**
6:20 22:23 24:9,16
25:7 26:7,10
**Roe (9)**
8:23,23 44:6 46:7,18
56:10 71:25 72:6,8
**role (1)**
32:23
**rolls (11)**
51:15,17,19 52:11,12
52:21 53:4,12,16
73:11 74:3
**Roman (1)**
49:2
**Room (1)**
6:24
**roughly (5)**
70:18,21 74:15,21
78:5
**routinely (1)**
36:2
**RPR (3)**
3:19 4:22 80:21
**rule (3)**
22:20 26:20 29:20
**ruled (6)**
10:19,21 22:17 26:12
26:19 31:25
**rules (1)**
42:21
**ruling (16)**
10:25 16:12 20:9

22:12,23,24 25:8
26:8,18 27:4,16,20
27:25 28:12 68:17
68:18

**S**

**S (2)**
2:7 4:2
**same-day (5)**
50:18,19 51:6,10 57:7
**satisfy (1)**
68:18
**saying (3)**
10:24 39:2 51:14
**says (3)**
36:4 37:24,24
**scope (30)**
6:19 7:11,14 36:24
45:16 51:22 55:5,11
57:20 58:10 61:3,9
61:17,22 62:3,11
63:7,15,24,25 65:11
65:14 68:9,11 69:2
71:18 72:25 76:11
76:15 77:7
**seal (1)**
5:23
**search (9)**
33:24 34:6,13,15,18
35:17,18,20,21
**searched (6)**
33:15,22 34:2,4 35:19
35:20
**searches (2)**
34:18 35:21
**second (8)**
12:5 21:22 34:15 35:7
35:14 42:5,13,14
**seconds (1)**
69:8
**Secretary (22)**
1:13,15 3:12,14,23,24
4:14,15,20 8:21 9:8
9:14 11:9 21:16
23:22 31:10 35:2
48:22 64:21 68:14
68:23 72:18
**Secretary's (1)**
65:2
**section (4)**
10:8 12:6 22:13 53:11
**secure (1)**
51:17
**Security (7)**
2:20 33:4 43:19 47:11
48:20,22 62:25

**see (6)**
13:20,21 16:16 41:13
67:10 75:7
**seeking (2)**
36:16 77:4
**seen (3)**
30:2 77:20,23
**Senate (2)**
19:22 23:11
**Senator (4)**
19:22 23:10,25,25
**send (5)**
34:24 74:7,8,15 75:7
**sense (2)**
40:2 67:15
**sent (13)**
33:8 36:21 38:2,4
39:13 45:10 74:8,9
74:11 76:24,25 78:8
78:12
**sentence (7)**
14:14 31:8 41:25 42:5
42:13,14 64:20
**sentences (1)**
13:23
**separate (1)**
35:21
**serves (1)**
21:9
**shared (12)**
7:19 43:22,25 44:3,5
44:7 46:9,11,14
65:16,22 66:4
**shed (1)**
34:21
**SHEET (1)**
82:1
**shorthand (1)**
5:5
**show (8)**
26:23 27:20 31:2
32:13 47:8 64:8
68:17,19
**showing (1)**
26:14
**shown (1)**
10:14
**shows (1)**
58:25
**sic (1)**
12:6
**signature (3)**
5:8 81:18 82:21
**similar (2)**
15:11 19:9
**similarity (2)**

16:17 19:15
**similarly (3)**
1:9 3:8,22
**simpler (1)**
39:15
**simply (2)**
39:2 40:3
**Singular (1)**
33:23
**sir (1)**
16:15
**sitting (1)**
78:11
**situated (3)**
1:9 3:8,22
**situation (1)**
20:17
**six (1)**
56:6
**size (2)**
36:9 37:7
**skilled (1)**
21:10
**Slow (1)**
49:22
**somebody (1)**
38:24
**son-in-law (1)**
55:22
**sorry (7)**
13:15 14:5 17:23 20:5
50:4 62:23 70:3
**sort (4)**
38:21 50:19 55:20
59:17
**sotto (1)**
69:4
**sought (4)**
68:15 74:5 76:8,9
**sounds (1)**
48:14
**Southwest (1)**
4:16
**space (1)**
36:10
**speak (1)**
73:4
**speaks (1)**
47:17
**special (1)**
31:13
**specific (10)**
21:3 32:25 35:10,13
47:3,18 51:5 53:18
66:18 77:17
**specifically (7)**

7:14 44:15 45:4
52:23 57:22 67:18
67:25
**specificity (1)**
20:22
**speculate (1)**
11:12
**speculation (1)**
29:3
**spending (1)**
5:24
**spoke (3)**
73:13 75:6 77:9
**spoken (1)**
72:23
**staff (7)**
55:17 62:17 65:18
66:6,12 67:11,24
**staffs (1)**
38:19
**start (5)**
7:24 20:5 24:6 54:11
63:10
**started (7)**
37:14,24 39:3,19 40:3
42:7 59:4
**starts (1)**
14:14
**state (36)**
1:13,14,16 3:12,13,15
3:18,19,23,23,24
4:5 6:18,25 8:12,22
9:14 11:9 12:10
14:4,18,21,22 17:15
19:6,8,12,23 20:18
21:18 26:15 35:2
51:6 52:6 80:7,21
**State's (3)**
4:14,15,20
**stated (2)**
19:21 28:5
**statement (3)**
50:12 66:22,25
**states (29)**
1:2 3:2,18,20 4:5 6:25
8:10 12:15 13:6
15:6 16:5 19:22
26:20 29:19 41:21
42:20 50:10,17,19
51:13,14,19,20
52:10,14,16,20 53:5
58:19
**status (6)**
74:4,6,16 76:10,22
77:5
**statute (4)**

13:25 14:2,15,16
**stay (2)**
2:15 31:4
**step (1)**
29:19
**Stephen (2)**
8:18 55:18
**Steve (5)**
55:17 69:17,24 70:5
70:14
**Steven (5)**
1:5 3:4,20 8:9 44:16
**STIPULATED (1)**
5:2
**Stop (1)**
49:3
**stopwatch (1)**
58:25
**strategic (4)**
2:20 47:11 55:18
62:25
**Street (1)**
4:11
**STRICKER (3)**
1:6 3:5,21
**strikethrough (2)**
14:19,20
**stuff (1)**
77:14
**subject (7)**
5:23 7:7 25:18 31:12
51:7,16 71:11
**submission (6)**
37:12 40:15,22 41:9
42:2,10
**submitted (1)**
24:24
**SUBSCRIBED (1)**
82:22
**subsequent (2)**
29:15 61:12
**subsequently (2)**
55:16 71:6
**substance (2)**
63:19 68:3
**substantial (9)**
26:14,24,25 27:21
28:4,8,10,22 29:18
**substantive (1)**
10:2
**succeed (6)**
12:25 15:13 16:22
18:20 23:8 26:4
**succeeded (3)**
54:7,12 70:8
**success (1)**

26:20
**successfully (2)**
58:17,17
**Sue (2)**
5:14 8:20
**sum (1)**
31:8
**summary (1)**
12:20
**summer (3)**
10:18 30:17 70:22
**supersede (4)**
20:8 22:24 24:15 25:7
**Support (1)**
2:12
**supports (1)**
41:20
**suppose (1)**
29:14
**Supreme (5)**
15:16 22:9,10 25:22
42:22
**sure (11)**
11:12 19:19 20:13
35:14 53:9 55:20
62:5 67:25 68:2
71:7 77:16
**surprised (2)**
16:16 23:18
**surrounding (1)**
14:14
**Susan (1)**
4:15
**sustained (12)**
36:25 55:6 61:5,11,18
61:23 63:8,17,25
65:14 69:3 71:19
**swear (1)**
9:2
**swing (1)**
58:22
**swinging (2)**
59:25 60:3
**sworn (4)**
3:17 9:4 59:5 80:9
82:22
**swung (1)**
60:25

_____

**T**

**T (2)**
2:7 81:1
**take (6)**
16:19 19:17 29:19
38:17 39:12 52:17
**taken (5)**

1:21 5:4 80:10,14
81:5
**Taliaferro (2)**
2:18 4:20
**talk (2)**
67:24 70:14
**talked (1)**
44:10
**talking (2)**
60:9 77:23
**talks (2)**
45:7 53:11
**team (21)**
32:21,22,24 33:3,5,5
35:24 38:2,8,19
39:4,9,10 40:12,24
41:4,4,7 43:7,19,23
**teams (1)**
33:2
**telephone (3)**
70:17,17 75:6
**tell (1)**
32:6
**telling (3)**
31:20 40:3 44:15
**ten (1)**
34:24
**tend (1)**
68:17
**term (2)**
34:23 35:9
**terms (4)**
35:3,6,17 45:7
**testified (5)**
9:5 59:24 66:9,14
69:15
**testifying (1)**
42:8
**testimony (13)**
7:5,6 15:25 17:8 18:5
29:4 41:24 43:20
56:20 60:6 80:8,9
81:7
**text (4)**
36:21 37:23 51:2,5
**Thank (4)**
6:16 69:6 79:9,13
**Thanks (2)**
37:10 41:25
**theory (1)**
51:9
**thereto (1)**
80:16
**thing (1)**
46:8
**things (7)**

26:14 27:20 33:7 52:9
52:12 56:24 74:14
**think (63)**
6:4,13 7:10 18:16,25
19:16,24 26:17
27:10 28:4,5,5,7,9
28:11 33:14 34:21
35:7,11 38:11,13
40:11 41:2 43:8
51:3 54:4,8 55:22
56:5 57:11,12,16,22
57:23,23 59:3,5,14
62:6 64:7 65:25
66:4,14,19 67:6
70:15 71:4,5,11
73:5 74:8,9,18,19
74:23 76:15 77:16
77:20,22,22 78:22
78:25 79:9
**thinking (2)**
51:24 70:24
**third (3)**
13:23 14:14 49:9
**THOMAS (3)**
1:6 3:5,21
**thought (7)**
23:19 26:2 31:9 35:8
51:4,5 78:24
**three (9)**
11:16 29:7 49:6 52:14
77:25 78:12,13,15
78:23
**time (29)**
5:25 6:17 8:7 18:12
25:16 30:15 32:20
34:14,15,22 35:7,10
35:14 36:18 45:11
51:16 56:16 58:21
69:11,14 70:21 71:9
71:10,23 72:13,17
73:5,7 79:15
**times (5)**
6:3 21:10 23:4 29:9
42:18
**tinkering (1)**
54:11
**title (2)**
54:20 55:21
**titled (3)**
39:20 47:10 64:17
**titles (1)**
29:4
**today (9)**
9:9,12 15:25 24:13
25:6,10 42:8 65:17
78:11

8:6
**told (3)**
14:8 23:4 42:18
**top (1)**
32:7
**Topeka (1)**
4:16
**total (1)**
48:2
**touch (1)**
64:4
**track (1)**
78:16
**transcending (1)**
20:19
**transcribed (1)**
5:7
**transcript (2)**
5:22 81:5
**transition (19)**
32:21,22,24 33:2,2
35:24 38:2,8,19
39:4,9 40:12,24
41:4,4,6 43:7,19,23
**transmitted (1)**
76:21
**trial (1)**
12:21
**tried (3)**
35:3,5,14
**troubles (1)**
21:4
**true (1)**
81:8
**Trump (26)**
35:24 40:6,7 43:6,22
44:2,4 47:21 48:11
54:2 55:4,9 57:10
57:15,19 59:15 61:8
61:16,20,25,25 62:8
62:8,13 63:6,14
**Trump's (2)**
32:22,23
**truthfully (1)**
9:12
**try (5)**
18:15 51:9,13 61:13
68:22
**trying (9)**
19:19 28:6,6 73:24,25
77:8,19 78:5,16
**tuition (2)**
41:15 42:15
**turn (3)**
13:22 31:5 64:19
**two (12)**

7:15 12:3 31:10 34:5
35:21 39:3 41:14
44:8 49:7 65:23
67:23 72:8
**typed (2)**
11:5,6
**typewriting (2)**
5:7 80:11
_____
**U**
**U (1)**
81:1
**U.S (6)**
4:3,4,20 58:7,9,15
**U.S.C (3)**
12:6 41:15 42:16
**un (1)**
49:23
**unanimously (1)**
26:7
**unclear (1)**
39:8
**uncreated (1)**
49:24
**underlined (1)**
49:11
**undermine (2)**
64:21 65:8
**undersigned (1)**
7:2
**understand (3)**
9:8 41:24 56:18
**understanding (14)**
6:18 20:7,14 22:21
24:4,12 25:4,5
26:22 27:16,19
28:19 42:19 68:12
**UNION (1)**
4:10
**United (8)**
1:2 3:2,18,20 4:5 6:25
8:10 19:22
**unpersuasive (1)**
76:16
**unseal (2)**
2:23 64:15
**unspecified (1)**
21:15
**urged (1)**
15:20
**use (4)**
19:11 34:23 35:8 36:8
**usually (1)**
36:9 38:8 70:17
_____
**V**

**vast (1)**
54:25
**vehicle (3)**
14:4,18 18:12
**verbally (2)**
75:19,23
**verify (3)**
76:8,9 78:22
**verifying (1)**
76:21
**versions (1)**
30:7
**versus (2)**
3:22 8:9
**vice (2)**
62:14 67:22
**victory (1)**
40:9
**videographer (11)**
4:21 8:2,4,25 59:4
69:10,13 72:11,13
72:16 79:14
**videotaped (2)**
3:17 8:8
**view (2)**
59:6 68:11
**violation (1)**
42:15
**voce (1)**
69:4
**voluntary (1)**
76:15
**vote (5)**
28:23 58:21 60:3 61:2
63:12
**voted (2)**
58:17 59:23
**voter (45)**
2:10 10:9 11:15,17,25
12:17 13:8 14:2,17
15:8,9 16:7 18:9,12
20:4,11 22:15 23:2
24:9,15 25:10 26:13
27:18 28:20,25
29:23 31:17 39:21
43:21 49:10 51:14
51:17,19 52:10,12
52:21 53:4,12,15
57:13 62:10 66:11
67:5 73:11 74:2
**VOTERS (3)**
1:7 3:6,22
**votes (1)**
58:22
**voting (11)**
49:3 57:24 58:4,7,9

58:14 59:25 60:2,25
61:20 66:17
**vs (2)**
1:11 3:10
_____
**W**
**Wait (1)**
55:7
**want (17)**
17:16 20:13,15,20
28:11,14 37:3 41:21
41:21 50:22 54:10
56:23,25 57:4,5
60:11 72:3
**wanted (7)**
5:15 41:18 46:19
52:16 58:24 73:3,16
**wants (1)**
6:14
**wasn't (1)**
41:6
**way (3)**
39:3 51:13 68:15
**Wayne (4)**
1:5 3:4,20 8:9
**ways (1)**
19:7
**we're (11)**
60:9 61:10 69:10,13
70:14 72:11,16
77:23,23 79:10,14
**we've (3)**
44:10 46:25 65:17
**Wednesday (1)**
38:15
**week (1)**
71:12
**weeks (1)**
35:13
**Wendell (2)**
19:22 23:10
**whatsoever (1)**
22:6
**wheel (1)**
38:23
**willing (4)**
44:19 45:12 70:9 71:8
**win (3)**
12:20 22:10 25:21
**winter (1)**
71:6
**wise (1)**
54:17
**wish (2)**
40:10 59:8
**witness (18)**

2:3 5:8,19 6:2 9:2
17:17 20:19 21:6,7
21:9,17 70:3 72:3,5
76:3 80:7,10 81:18
**WOMEN (3)**
1:7 3:6,21
**won (2)**
19:20 40:5
**word (3)**
12:12,12 34:25
**words (3)**
18:23 39:18 57:11
**work (7)**
21:13 33:19 34:11
40:3 63:16,24 68:6
**worked (5)**
38:18,21,22 39:11,12
**working (1)**
39:3
**wouldn't (11)**
16:20 25:24,25 38:4
54:5,6,8,10 75:22
75:23 76:4
**write (1)**
37:10
**writing (2)**
16:24 75:19
**written (5)**
15:21,24 25:16 46:3
76:20
**wrong (2)**
20:18 78:23
**wrote (1)**
39:17
_____
**X**
**X (2)**
2:2,7
_____
**Y**
**yeah (11)**
33:20 45:17,20 56:13
56:17 64:18 66:4
70:15 77:16,22,23
**year (3)**
36:16 41:18 74:24
**years (3)**
16:21 35:12,13
**yesterday (1)**
31:5
**York (2)**
4:11,11
_____
**Z**
_____
**0**
_____

**1**

**1 (27)**
2:9 5:10 10:7,25
  28:21 30:8 31:16
  32:4 37:21 38:5
  39:19 43:20,25 44:5
  44:12 45:5 46:10,13
  48:15 49:14 50:2,8
  50:15 54:15 64:3
  65:22 70:23
**10 (1)**
2:9
**10:40 (1)**
5:12
**10:44 (1)**
8:7
**10004 (1)**
4:11
**10th (29)**
4:16 10:19 15:16
  16:22 22:8 23:9
  26:6,9,11,18,19
  27:3,8,10,12,14,16
  27:19 28:2,6,7,12
  28:16 31:5,24 32:5
  42:21 68:16,18
**11 (1)**
64:19
**11:52 (1)**
69:11
**11:54 (1)**
69:14
**11:57 (1)**
72:14
**12:03 (1)**
72:17
**12:09 (2)**
79:15,16
**120 (1)**
4:16
**125 (1)**
4:11
**127945 (1)**
1:25
**13 (1)**
2:11
**14 (1)**
14:6
**15 (1)**
80:18
**1623 (3)**
41:15,23 42:16
**1690 (2)**
80:6,21
**17 (6)**
7:12 10:24 13:22 14:6

  14:12,13
**1992 (1)**
52:4
**1993 (3)**
50:16 52:2,3

**2**

**2 (6)**
2:11 13:12,16 15:8,23
  16:2
**2:16-cv-21-5 (2)**
3:9 8:10
**2:16-cv-2105 (1)**
1:10
**20 (4)**
48:12 57:18 61:15
  81:10
**2016 (12)**
10:18,24 13:18 15:24
  30:21 32:16 47:22
  48:6,12 60:3,21
  61:2
**2017 (10)**
1:22 2:17 3:17 6:20
  7:12,12 8:7 75:2
  80:18 82:23
**204 (1)**
12:6
**20504(c)(2)(B) (1)**
12:6
**21 (4)**
13:18 15:24 16:18
  19:9
**211 (1)**
6:24
**23 (8)**
7:12 48:7 49:9 50:10
  54:3,18 56:18 57:12
**25 (1)**
6:20

**3**

**3 (7)**
1:22 2:15,17 3:17 8:7
  30:24 31:3
**30 (1)**
2:15
**32 (1)**
2:17
**320 (1)**
7:13
**355 (1)**
7:13
**365 (7)**
2:21 47:12 54:2,4,19
  54:21,24

**374 (1)**
6:21

**4**

**4 (5)**
2:17 6:21 32:11,14
  65:24
**47 (1)**
2:19

**5**

**5 (10)**
2:19 10:8 22:13 47:6
  47:9 48:24 50:11
  53:21 62:24 65:23
**500 (3)**
3:18 4:5 6:25
**52 (1)**
12:6

**6**

**6 (4)**
2:22 31:5 64:11,14
**60 (1)**
7:4
**60-minute (1)**
6:11
**64 (1)**
2:22
**66101 (2)**
3:18 4:6
**66612 (1)**
4:16

**7**

**8**

**8 (2)**
41:15 42:16

**9**

**9 (3)**
2:5 32:16 38:15
**90 (1)**
69:8
**92 (1)**
52:6
**93 (1)**
52:6
**94 (1)**
13:19