Red - Plaintiffs' Designations | Blue - Defendant's Designations | Green - Objections

# In The Matter Of:

*Fish v.*

*Kobach*

---

*Bradley Bryant*

*March 29, 2017*

---

**NEXTGEN|REPORTING**

Making Litigation Easier.                    www.nextgenreporting.com

WORLDWIDE COVERAGE | (888) 267-1200

*Min-U-Script® with Word Index*

Fish v.
Kobach

Bradley Bryant
March 29, 2017

---

Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF KANSAS
 2
   STEVEN WAYNE FISH, RALPH
 3 ORTIZ, DONNA BUCCI, CHARLES
   STRICKER, THOMAS J. BOYNTON,
 4 DOUGLAS HUTCHINSON, AND THE
   LEAGUE OF WOMEN VOTERS OF
 5 KANSAS, on behalf of themselves
   and all others similarly
 6 situated,
 7                    Plaintiffs,
 8          vs.            No. 2:16-cv-21-5
 9 KRIS KOBACH, in his official
   capacity as Secretary of
10 State for the State of
   Kansas; and NICK JORDAN, in
11 his official capacity as
   Secretary of Revenue for the
12 State of Kansas,
13                    Defendants.
14      DEPOSITION OF BRADLEY BRYANT
       Taken on behalf of the Plaintiffs
15            March 29, 2017
16        Saundra Tippins, CCR
17
18    (The deposition began at 9:06 a.m.)
19
20
21
22
23
24
25
```

---

Page 3

```
 1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF KANSAS
 2
   STEVEN WAYNE FISH, RALPH
 3 ORTIZ, DONNA BUCCI, CHARLES
   STRICKER, THOMAS J. BOYNTON,
 4 DOUGLAS HUTCHINSON, AND THE
   LEAGUE OF WOMEN VOTERS OF
 5 KANSAS, on behalf of themselves
   and all others similarly
 6 situated,
 7                    Plaintiffs,
 8          vs.            No. 2:16-cv-21-5
 9 KRIS KOBACH, in his official
   capacity as Secretary of
10 State for the State of
   Kansas; and NICK JORDAN, in
11 his official capacity as
   Secretary of Revenue for the
12 State of Kansas,
13                    Defendants.
14      DEPOSITION OF BRADLEY BRYANT,
   produced, sworn, and examined on the 29th day of
15 March, 2017, between the hours of nine o'clock in
   the forenoon and five o'clock in the afternoon of
16 that day, at the Memorial Hall, 120 Southwest 10th
   Street, Topeka, Kansas, before SAUNDRA TIPPINS, a
17 Notary Public, and Certified Court Reporter within
   and for the States of Missouri and Kansas, in a
18 certain cause now pending before the U.S. District
   Court for the District of Kansas, wherein STEVEN
19 WAYNE FISH, RALPH ORTIZ, DONNA BUCCI, CHARLES
   STRICKER, THOMAS J. BOYNTON, DOUGLAS HUTCHINSON,
20 AND THE LEAGUE OF WOMEN VOTERS OF KANSAS, on behalf
   of themselves and all others similarly situated
21 are the Plaintiffs, and KRIS KOBACH, in his
   official capacity as Secretary of State for the
22 State of Kansas; and NICK JORDAN, in his official
   capacity as Secretary of Revenue for the State of
23 Kansas are the Defendants.
24
25
```

---

Page 2

```
 1
 2 QUESTIONS BY:                     PAGE NO.
 3 MS. HA                               5
 4 MR. KOBACH                          88
 5 MS. HA                              99
 6
 7           INDEX OF EXHIBITS
 8
   EXHIBIT      DESCRIPTION           PAGE
 9 NO.
10 Exhibit 1A   Subpoena                5
11 Exhibit 1B   Notice of Deposition   11
12 Exhibit 2    FISH 5TH RFP 022551     5
13 Exhibit 3    FISH 5TH RFP 000017     5
14 Exhibit 4    FISH 5TH RFP 000054     5
15 Exhibit 5    FISH 5TH RFP 000028     5
16 Exhibit 6    FISH 5TH RFP 004195     5
17 Exhibit 7    FISH 5TH RFP 004196     5
18 Exhibit 8    FISH 5TH RFP 021223    51
19 Exhibit 9    FISH 5TH RFP 000061    51
20 Exhibit 10   FISH 5TH RFP 022595    51
21 (Whereupon exhibits were attached to the
22  original and copies.)
23
24
25
```

---

Page 4

```
 1
 2 A P P E A R A N C E S
 3 For the Fish Plaintiffs:
 4 MS. DAPHNE T. HA
   DECHERT LLP
 5 1095 Avenue of the Americas
   New York, New York  10036
 6 daphne.ha@dechert.com
 7
   For the Fish Plaintiffs:
 8
   MR. DALE HO
 9 AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION
10 125 Broad Street, 18th Floor
   New York, New York  10004
11 dale.ho@aclu.org
12
   For Defendant Secretary of State:
13
   MR. KRIS W. KOBACH
14 MS. BETHANY LEE
   KANSAS SECRETARY OF STATE'S OFFICE
15 120 Southwest 10th Avenue
   Topeka, Kansas  66612
16 kris.kobach@sos.ks.gov
17
   The Court Reporter:
18
   Ms. Saundra Tippins
19
20 Also Present:
21 Ms. Desiree Taliaferro
22 Also Present by phone:
23 Ms. Angela Liu of Dechert
24
25
```

---

Page 5

1
2      IT IS HEREBY STIPULATED AND AGREED,
3  by and between counsel for Plaintiffs and counsel
4  for Defendants that the deposition of BRADLEY
5  BRYANT may be taken in shorthand by Saundra
6  Tippins, a notary public and shorthand reporter,
7  and afterwards transcribed into typewriting; and
8  the signature of the witness is expressly reserved.
9      * * * * *
10     (The reporter marked Exhibits
11     Nos. 1A and 2 through 7.)
12     BRADLEY BRYANT,
13  of lawful age, produced, sworn and examined on
14  behalf of the Fish Plaintiffs, deposes and says:
15     EXAMINATION
16     QUESTIONS BY MS. HA:
17  Q.  Mr. Bryant, can you state and spell
18  your full name for the record.
19  A.  Full name is first name is Bradley,
20  B-r-a-d-l-e-y, middle initial J, last name Bryant,
21  B-r-y-a-n-t.
22  Q.  We met.  I'm Daphne Ha, and I'm from
23  the law firm Dechert, and we along with ACLU
24  represent the Plaintiffs in this case.
25     Have you been deposed before?

Page 6

1  A.  Yes.
2  Q.  How many times?
3  A.  Probably three or four.
4  Q.  Were any of them in relation to your
5  employment at the Secretary of State's office?
6  A.  Yes.
7  Q.  How so?
8  A.  Just various projects I was involved
9  in, in my employment here.  Sometimes it led to
10  lawsuits, and I would be deposed from the first
11  project, various times after that.
12  Q.  What projects were you involved in
13  that --
14  A.  Well, first project I was involved in
15  here was 1988 Kansas Census, and so there was a
16  lawsuit over the accuracy of it and the methods,
17  and so I gave depositions then.  We were
18  represented by the Attorney General's office.
19     After that, there were maybe cases of
20  county-level prosecutions of voter fraud, that
21  kind of thing.  I can't remember specifically.
22  Q.  Do you remember what the voter fraud
23  was?
24  A.  One was I think a registration case in
25  Jackson County, north of here.  Some person

Page 7

1  registered at an address he didn't live at and the
2  county attorney prosecuted it.  I can't remember
3  specifically if others were depositions or just
4  testimony in court.
5     There was a candidate filing case that
6  went to court.  I don't remember if there was a
7  deposition or it was just testimony in court.
8  Q.  And when was the last time that you
9  were deposed?
10  A.  I think that candidate for the U.S.
11  Senate who filed a petition to get on the ballot
12  was tried here in Federal Court here in Topeka.  I
13  believe that was the last one.  That was in
14  probably late 1990's, early 2000's.
15  Q.  Okay.  So you're probably familiar
16  with being at a deposition, but I'm going to just
17  set a few ground rules.
18  A.  Yes.
19  Q.  Make sure you answer my questions
20  orally so that it can be transcribed.  And for the
21  clarity of the transcript, just wait for me to
22  finish my question before you answer yours.  And
23  I'll do the same for your answers, just so we're
24  not talking over each other on the transcript.
25  A.  Yes.

Page 8

1  Q.  If you don't understand a question,
2  just let me know, and I'll do my best to rephrase.
3  If you want to take a break, also just let me
4  know, and as long as there's no question pending,
5  we can break.
6  A.  Okay.
7  Q.  And counsel for Defendant or Defendant
8  may make objections to questions, and unless
9  you're told not to answer for some reason --
10     MR. KOBACH: Can we go off the
11  record?
12     (Off the record.)
13  Q.  (By Ms. Ha) So if there are
14  objections, unless you're told not to answer a
15  question, you still answer it.  And do you
16  understand that you're testifying under oath here
17  today?
18  A.  Yes.
19  Q.  Is there anything that would prevent
20  you from answering questions truthfully today?
21  A.  No.
22  Q.  Are you represented by counsel today?
23  A.  Yes.
24  Q.  You're indicating Mr. Kobach?
25  A.  Secretary Kobach, yes.

Fish v.
Kobach

Bradley Bryant
March 29, 2017

Page 9

1 Q.  Did you do anything to prepare for
2 today's deposition?
3 A.  I read the subpoena.  I racked my
4 brain, my memory.  I had an email exchange with
5 the Assistant Secretary of State, Eric Rucker.
6 That was just about, I was asking, you know, do we
7 need to have a conversation before the deposition?
8 We never had that conversation.
9     And I was called by Garrett Roe, an
10 attorney in the office, and I was called by
11 Secretary Kobach.  So that's all.
12 Q.  And when were those calls?
13 A.  Garrett Roe called me approximately 10
14 days ago, and Secretary Kobach called me
15 yesterday.
16 Q.  And how long were the calls?
17 A.  I would say 15 minutes each.
18 Q.  Did you review any documents to
19 prepare for your deposition today?
20 A.  I read a passage out of the Kansas
21 election standards that deals with voter
22 registration list maintenance to try to remember,
23 to find out if any of these things were dealt
24 with.  I didn't find much in there.
25     I just kind of, just to jog my memory, I

Page 10

1 read a couple of pages.
2 Q.  Was that document provided to you?
3 A.  I had it.  I had it at home.
4 Q.  Have you spoken to anyone else at the
5 Secretary of State's office about your deposition
6 today?
7 A.  I stopped in the election office about
8 20 minutes ago, and just because I know those
9 people and they knew I was coming in for this, and
10 I just visited with them, but not really about the
11 deposition except about the depositions yesterday
12 and their length.
13     MR. KOBACH: He's got a meeting in
14 Salina at two.  Can we get him out by noon?
15     MS. HA: Yes.
16     MR. KOBACH: Sorry to interrupt.
17 Q.  (By Ms. Ha) You said you spoke to
18 them about the depositions yesterday?
19 A.  Uh-huh, yes.
20 Q.  What did you talk about?
21 A.  I talked about who gave depositions
22 and how long they took, nothing substantive.
23 Q.  And did you speak to anyone outside of
24 the Secretary of State's office about your
25 deposition today?

Page 11

1 A.  In my current job, I visit county
2 election officers.  I'm still in the election
3 business.  I was visiting some yesterday.  And I
4 offhandedly mentioned to I think two of them that
5 I was coming in this morning for a deposition.
6 Q.  Did you talk about anything besides
7 the fact that you were going to be deposed?
8 A.  No.
9 Q.  And I think I saw you already have
10 this, but this is Exhibit Bryant 1, which is the
11 notice of your deposition.  Have you seen this
12 document before?
13 A.  This one?  No.  I assume it's like the
14 one I received.
15 Q.  The subpoena.
16 A.  No, I haven't seen this document
17 before.
18 Q.  Can we redo this exhibit so we're
19 going off the document you've seen before.
20     (The reporter marked Exhibit No.
21     1B.)
22 Q.  (By Ms. Ha) Have you seen your
23 subpoena before, this document?
24 A.  The one I received at my home?  Yes.
25 Q.  Okay.  And did you see that the back

Page 12

1 of the subpoena contains 13 requests for
2 documents?
3 A.  Yes.
4 Q.  Did you review that?
5 A.  Yes.
6 Q.  Did you bring any documents responsive
7 to those 13 requests?
8 A.  No.
9 Q.  Do you have any documents responsive
10 to those 13 requests?
11 A.  No.
12 Q.  The 13 requests touch on a variety of
13 topics, such as the SAVE program and EVVE.
14     Just looking through those topics, is
15 there anything that you haven't heard of before?
16 A.  I don't think there is anything.  I
17 wasn't familiar with the acronym DPOC.  We call it
18 the SAFE Act.  But I think it's the citizenship
19 portion of the SAFE Act, but I wasn't familiar
20 with the DPOC.  It just wasn't a term we used.
21 Q.  Were there any other terms that you
22 were unfamiliar with?
23 A.  I don't think so.
24 Q.  When did you start working at the
25 Secretary of State's office?

Page 13

1 A.  May of 1987.
2 Q.  What was your title?
3 A.  Administrative coordinator for the
4 1988 Kansas Census.
5 Q.  And did you have any election-related
6 responsibilities in that role?
7 A.  Yes.
8 Q.  What was that?
9 A.  Creating a record and a database of
10 the election geography statewide, all the
11 counties, all their precincts, voting precincts,
12 making sure that that data agreed between the
13 county, the state and the U.S. Census Bureau
14 levels of government.  I think that's probably it.
15 Q.  Did you have any responsibilities
16 related to election crimes at that time?
17 A.  No.
18 Q.  During that time, were there concerns
19 in the Secretary of State's office that
20 noncitizens were registering to vote?
21 A.  During that time?
22 Q.  Yes.
23 A.  That would be 1987 to?
24 Q.  When did you hold that role until?
25 A.  1992.

Page 14

1 Q.  So in that period.
2 A.  I would say no, there weren't.
3 Q.  And were measures taken at that time
4 to ensure that noncitizens were not registering to
5 vote?
6 A.  Nothing other than administering the
7 voter registration application, which does require
8 citizenship, a person to sign an affidavit stating
9 that they are a citizen in order to become a
10 registered voter.
11    We administered that, both at this office
12 and through the counties and other voter
13 registration agencies, but that's all.
14 Q.  And when they sign the affidavit, do
15 they have to show documentary proof of
16 citizenship?
17 A.  Do they or did they?
18 Q.  At the time did they?
19 A.  No.
20 Q.  What did your title change to?
21 A.  Census Director was the next change,
22 when the person who was, the director left, and I
23 assumed that role to finish that project.
24 Q.  What time period was that?
25 A.  That would have been 1990, I think, to

Page 15

1 1992.
2 Q.  And did you have any responsibilities
3 related to election crimes in that role?
4 A.  No.
5 Q.  What was your title after that?
6 A.  The next title I had was Deputy
7 Assistant Secretary of State for elections and
8 legislation matters, which is election director
9 position that I held then from February of 1993 to
10 February of 2015.
11 Q.  And did there come a time when you
12 learned that there were concerns in the Secretary
13 of State's office about noncitizens registering to
14 vote in Kansas?
15 A.  Yes.
16 Q.  Approximately when was that?
17 A.  Probably the latter half of the 1990's
18 and into the 2000's.
19 Q.  What were those concerns?
20 A.  People, including county election
21 officers, would report to us, and other people at
22 the public would report to us that there were
23 alleged crimes going on, activities that were
24 against Kansas law involving a variety of aspects
25 of the election process, and we would try to help

Page 16

1 people and try to provide information to county
2 prosecutors.
3 Q.  And did those alleged crimes all
4 involve noncitizens?
5 A.  No.
6 Q.  Do you recall between the 1990's to
7 when you left the Secretary of State's office
8 approximately how many instances of noncitizens
9 registering to vote came up?
10 A.  Came up.
11 Q.  Were brought to your attention.
12 A.  And the question was cases that were
13 brought to my attention of noncitizens registering
14 to vote?
15 Q.  In Kansas.
16 A.  Dozens, about approximate as I can
17 get.
18 Q.  And that's from -- what year did you
19 say you became the --
20 A.  Election director?
21 Q.  -- election director.
22 A.  It's the generic way to refer to it.
23 February of 1993.
24 Q.  And how many instances, other
25 instances of election crimes, did you encounter

Page 17

1  that did not relate to noncitizens from 1993 to
2  the time you left the Secretary of State's Office?
3  A.  You used the word "cases"?
4  Q.  Allegations.
5  A.  Instances, allegations?
6  Q.  Yes.
7  A.  Hundreds, several hundred.
8  Q.  Less than 500?
9  A.  Yes.
10  Q.  And when did you leave the Secretary
11  of State's Office?
12  A.  The last day was February 13th, 2015.
13  Q.  And when you left, you were the
14  election director?
15  A.  Yes, ma'am.
16  Q.  Why did you leave?
17  A.  I was eligible for retirement, and I
18  had been approached by a company offering me a
19  position I currently hold, which was attractive
20  because it allowed me to keep working in the field
21  of elections, moving over to the private sector
22  side, and kept working with county election
23  officers that I'd always enjoined working with.
24    So being eligible for retirement and
25  having, being able to move into a position that

Page 18

1  appealed to me were the main reasons.
2  Q.  So you retired from the Secretary of
3  State's Office?
4  A.  Uh-huh, yes, I'm sorry.
5  Q.  And what's the name of your current
6  company?
7  A.  Henry M. Adkins & Son, Inc.
8  Q.  And what are your general
9  responsibilities there?
10  A.  I mostly work in Kansas traveling the
11  state.  We sell voting equipment.  We program
12  voting equipment.  We print ballots.  And I'm an
13  account representative, customer service
14  representative to help our customers effectively
15  administer elections.
16  Q.  I want to start by talking about your
17  experience with juror forms.
18    Are you aware that certain judicial
19  districts in Kansas ask potential jurors to fill
20  out forms regarding their qualifications?
21  A.  Yes.
22  Q.  Are you aware that certain juror forms
23  ask potential jurors if they're United States
24  citizens?
25  A.  Yes.

Page 19

1  Q.  Are you aware of efforts in the
2  Secretary of State's Office to use juror forms to
3  identify noncitizens who have registered to vote?
4  A.  Yes.  I'm aware that it used to
5  happen.  I can't speak for now.  It was done, yes.
6  Q.  The expressions would pertain to your
7  experience here.
8  A.  Yes then.
9  Q.  And what can you tell me about those
10  efforts?
11  A.  Well, it was a state law passed
12  directing judicial districts that had those forms
13  to provide them to the Secretary of State's Office
14  if they contained answers indicating a person was
15  not a U.S. citizen.  You said tell you about them.
16    My perception was the program was of
17  limited use because reviewing those
18  questionnaires, if a person sits down and reviews
19  those, I think they usually will come away with
20  the perception that they aren't very useful
21  because people say things I would call untrue to
22  get out of jury duty.
23    And so we would receive questionnaires
24  people indicating they weren't citizens when we
25  knew from other records that they were.  It was

Page 20

1  of limited value.
2  Q.  And were you involved in reviewing
3  juror records yourself while you were here?
4  A.  I don't think so.  I think we received
5  lists from the district courts.
6  Q.  Do you recall who reviewed the lists?
7  A.  He was one person.  Bryan Caskey was
8  another, and probably one or two other people,
9  possibly Eric Rucker or another attorney.
10  Q.  And what would you do with the
11  information on those lists?
12  A.  As I recall, we would provide it to
13  county election officers who were the
14  administrators of voter registration lists in
15  their counties.
16  Q.  And what happens after you provide
17  them?
18  A.  I think in some way they were asked to
19  verify that and notify the person.  It could
20  result in cancellation of their voter
21  registration.  But I don't have any idea if it
22  ever did or how many.
23  Q.  And you said earlier that you or
24  someone in this office had looked at citizenship
25  records to verify whether the person was a citizen

Fish v.
Kobach

Bradley Bryant
March 29, 2017

Page 21

1 or not?  Was that correct?
2     MR. KOBACH: Objection.  I think
3 that mischaracterizes his testimony, but you can
4 answer the question.
5 A.   There were occasions where we reviewed
6 birth certificates, which would indicate
7 citizenship or not, things like that during the
8 registration process.
9     But not routinely, only in cases where an
10 applicant had encountered a problem and they made
11 an appeal or something.
12 Q.   (By Ms. Ha) Did you review records,
13 other state records, when you received the jury
14 lists that indicated a juror identified
15 themselves as a noncitizen?
16 A.   I did not.
17 Q.   Do you know if anyone in the Secretary
18 of State's Office did?
19 A.   I'm really just not sure.  I think it
20 was lists compared to the voter registration list
21 by computer.
22     (Off the record.)
23 Q.   (By Ms. Ha) Mr. Bryant, so I'll read
24 back what you said because I don't want to
25 characterize your testimony.

Page 23

1 ask for a juror's citizenship status?
2 A.   No.
3 Q.   Did you ever contact District Courts
4 about the Secretary of State's Office getting
5 access to juror forms?
6 A.   I don't recall.
7 Q.   Do you recall if anyone in the
8 Secretary of State's Office contacted District
9 Courts to get access to juror forms?
10 A.   I don't recall.
11 Q.   I'm going to hand you Exhibit 2 to
12 your deposition.  And this is a document marked
13 FISH 5TH RFP 022551.
14     MR. KOBACH: Is this No. 2?
15     MS. HA: Yes.
16     MR. KOBACH: Thank you.
17 A.   (Witness looking at exhibit.)
18 Q.   (By Ms. Ha) Have you had a chance to
19 review this document?
20 A.   I skimmed it.
21 Q.   Can you go to the earliest in time
22 email?  It starts on the bottom of page three and
23 it's from Eric Rucker.
24 A.   Uh-huh.
25 Q.   Who is Mr. Rucker?

Page 22

1     So you had said, We would receive
2 questionnaires from people indicating they
3 weren't citizens when we knew from other records
4 that they were.
5     And my question is, what records were you
6 referring to in your answer?
7 A.   They're on the voter registration
8 list, so that indicates they had signed an
9 affidavit claiming citizenship.
10 Q.   Were you referring to any other
11 records besides the voter registration list?
12 A.   No.
13 Q.   Do you know if other states used juror
14 forms as a potential tool for identifying
15 noncitizens who have registered to vote?
16 A.   I don't know of any.
17 Q.   Do you know which agency in Kansas is
18 responsible for drafting juror questionnaires?
19 A.   No.
20 Q.   Do you know if anyone in the Secretary
21 of State's Office has asked for juror forms to ask
22 jurors for their potential citizenship status?
23 A.   Ask jurors for forms?
24 Q.   Do you know if anyone in the Secretary
25 of State's Office has requested that juror forms

Page 24

1 A.   He's the Assistant Secretary of State.
2 Q.   Did you report to him while you were
3 here?
4 A.   Yes.
5 Q.   Can you read for the record the first
6 paragraph of Mr. Rucker's email.
7 A.   Last year I began calling several of
8 the judicial districts about acquiring jury excuse
9 records.  During these calls, several court staff
10 told me that from time to time they receive juror
11 service responses indicating they are not
12 citizens.
13     The pool of potential jurors the court
14 mails these response cards to comes from the DMV
15 and non-driver identification list.  We believe
16 that receiving the responses the courts retain
17 from these noncitizens may be helpful to weed out
18 noncitizens who illegally vote, and the responses
19 of noncitizens received by the courts may be
20 evidence necessary to prove criminal conduct.
21 Q.   Did you ever discuss with Mr. Rucker
22 the use of juror forms to identify noncitizens who
23 are registered to vote?
24 A.   I believe I was in a meeting or two
25 where it was discussed and he was present.

Page 25

1 Q. And do you remember what was
2 discussed?
3 A. No.
4 Q. Do you recall Mr. Rucker holding the
5 view that juror forms may identify noncitizens who
6 are registered to vote?
7 A. I'm aware that he believed that, yes.
8 Q. How are you aware of that?
9 A. He was involved in meetings where we
10 built the program we had where we obtained these
11 lists from District Courts and compared them to
12 voter registration records. So he was aware of
13 that.
14 Q. And given your experience as election
15 director, do you agree with Mr. Rucker's statement
16 in his email that receiving the responses the
17 courts retain from these noncitizens may be
18 helpful to weed out noncitizens who illegally
19 vote?
20 A. I agree with that.
21 Q. And given your experience as election
22 director, do you agree with Mr. Rucker's statement
23 in his email that the response of noncitizens
24 received by the courts may be evidence necessary
25 to prove criminal conduct?

Page 26

1 A. Yes.
2 Q. If you can look at the last line of
3 Mr. Rucker's email, he writes, P.S., Please see
4 the information below about a Florida media effort
5 made in a similar situation.
6    Did I read that correctly?
7 A. Yes.
8 Q. And on the last page you see that he
9 includes in bold a news excerpt about a Florida
10 county. Can you just read that to yourself if you
11 haven't yet.
12 A. That section on the back page?
13 Q. Yes.
14 A. (Witness complies.) Okay.
15 Q. Do you recall this news item about
16 Florida's use of juror excusal forms?
17 A. I don't.
18 Q. And this excerpt in Mr. Rucker's email
19 indicates that Florida has used juror excusal
20 forms to identify noncitizens who registered to
21 vote, correct?
22 A. Yes.
23 Q. Is that what the Kansas Secretary of
24 State's Office was similarly trying to do, to use
25 juror forms to identify potential noncitizens who

Page 27

1 registered to vote?
2 A. Yes.
3 Q. Do you know if the Secretary of
4 State's Office in Kansas has in fact identified
5 potential noncitizens who registered to vote from
6 juror forms?
7 A. I don't know that any match that was
8 produced from the system was referred to counties.
9 Q. And to your knowledge, were any, were
10 there any states besides Florida that had
11 cross-checked their juror forms against voter
12 registration lists?
13 A. Not to my knowledge.
14 Q. And earlier you mentioned a
15 legislation that required courts to submit juror,
16 lists of jurors who identify themselves as
17 noncitizens to the Secretary of State's Office,
18 correct?
19 A. Yes.
20 Q. Were you involved in enacting that
21 legislation?
22 A. No.
23 Q. Do you know if any, if the Kansas
24 Secretary of State's Office was involved in
25 enacting that legislation?

Page 28

1 A. The office supported the legislation.
2 Q. Okay. Do you know if the office
3 submitted a draft of the bill to legislators?
4 A. I don't recall, no.
5 Q. Do you recall if the office had any
6 lobbying efforts related to the legislation?
7 A. I don't know for sure.
8 Q. Do you recall after that bill how
9 often jury commissioners submit information
10 regarding potential noncitizens to the Secretary
11 of State's Office?
12 A. It varied.
13 Q. From what range to what range?
14 A. Weekly to semiannually.
15 Q. And how is that information
16 transmitted to the Secretary of State's Office?
17 A. Lists. I don't know if they were
18 emailed or sent the U.S. mail and we received
19 lists. I didn't handle them.
20 Q. And who at this office, at the
21 Secretary of State's Office, did handle the lists?
22 A. I don't really, I don't remember.
23 Q. Do you remember anything about the
24 process of what the Secretary of State's Office
25 would do upon receiving the lists?

Page 29

1   A.  Just what I've said.  Check to see if
2  they were, the person was a registered voter and
3  refer that information to the county.
4   Q.  Do you remember if there was a log of
5  the instances that were referred to the counties?
6   A.  I don't remember.
7   Q.  And was there a written policy in
8  place in regards to what the Secretary of State's
9  Office should do upon receipt of those juror
10  lists?
11   A.  I don't remember specifically whether
12  there was a policy, a written policy.
13   Q.  And if this office, if the Secretary
14  of State's Office identified a potential
15  noncitizen who had registered to vote from the
16  juror form, were there other courses of action
17  that were taken besides referring them to the
18  counties?
19   A.  I'm not aware of any.
20   Q.  Was there any way that the Secretary
21  of State's Office could independently verify
22  citizenship status?
23   A.  Regarding the jury questionnaires?
24   Q.  Yes, when names are identified on the
25  juror forms.

Page 30

1   A.  No.
2   Q.  And were you aware of any instances
3  where the Secretary of State's Office referred
4  noncitizens identified on the juror forms to law
5  enforcement for potential prosecution?
6   A.  I can't say specifically.  I don't
7  know of any cases like that.
8   Q.  I'm handing you your Deposition
9  Exhibit 3.  And it is an email marked, an email
10  and attachment marked as FISH 5TH RFP 000017.
11   A.  (Witness looking at exhibit.)
12   Q.  Have you had a chance to review this
13  document?
14   A.  Yes.
15   Q.  The first sentence of the second
16  paragraph says in about the middle of the line,
17  Our office has discovered five individuals in
18  Riley County who indicated to the Riley County
19  District Court that they are not qualified to
20  serve as jurors because they are not U.S.
21  citizens.
22     Did I read that correctly?
23   A.  Yes.
24   Q.  Do you recall these, this Riley County
25  incident?

Page 31

1   A.  Reading this now, I have a vague
2  recollection of it.  I was not directly involved.
3   Q.  Do you know if you weren't directly
4  involved, do you know why you were cc'd on this
5  email?
6   A.  As the election director, I was
7  involved in voter registration and election
8  administration and all programs to keep voter
9  legislation lists updated.  I was involved in
10  communications with county election offices, so it
11  makes sense that I was copied on it.
12   Q.  Do you recall if there was any
13  followup done by the Secretary of State's Office
14  to determine if these five people were
15  noncitizens?
16   A.  I don't recall, no.
17   Q.  Was there a standard practice in place
18  for instances like this when it came to the
19  Secretary of State's attention that noncitizens
20  may have registered to vote?
21   A.  There were cases where a member of the
22  office would make a phone call to follow up with
23  either the prosecutor or an election officer to
24  see if the matter had been disposed of generally.
25   Q.  So the followup would depend on the

Page 32

1  circumstances of the case?
2   A.  Yes.
3   Q.  Did you have any responsibility in
4  communicating with law enforcement or district
5  attorneys about potential prosecutions?
6   A.  Not routinely in this program.  I
7  would have if asked to do so, but not routinely.
8   Q.  What did you mean you would have asked
9  to do so?
10   A.  I would have if I was asked to.
11   Q.  Okay.  Do you recall being asked to
12  contact law enforcement or district attorneys?
13   A.  Not in the context of the jury
14  questionnaire and program.
15   Q.  Do you recall contacting them about
16  noncitizens who may have committed an election
17  crime?
18   A.  Contacting law enforcement?
19   Q.  Yes.
20   A.  During what period of time?
21   Q.  While you were election director.
22   A.  There were instances where I had
23  conversations with people in law enforcement
24  regarding election crimes.  I don't believe so in
25  regard to the jury duty questionnaire.

Fish v.
Kobach

Bradley Bryant
March 29, 2017

Page 33

1  Q.   And going, ignoring the jury duty
2  questionnaires, were there instances where you had
3  conversations with people in law enforcement
4  regarding election crimes by noncitizens?
5  A.   I don't remember any conversations
6  like that.
7  Q.   Do you have any recollection of what
8  happened with these five individuals?
9  A.   I don't.
10  Q.   Are you familiar -- we're going to
11  switch gears.
12      Are you familiar with the Real ID Act?
13  A.   Yes, somewhat.
14  Q.   What's your understanding of the Real
15  ID Act?
16  A.   It's a federal law that attempted to
17  identify people.  In Kansas it's administered by
18  the Division of Motor Vehicles, as I presume in
19  most states it is.
20      We worked with DMV in Kansas on a number
21  of programs dating back to 1992 and three with
22  passage of the Federal National Voter
23  Registration Act, so we were constantly working
24  with DMV on programs.
25      The Real ID Act came along, and it looked

Page 34

1  like it would be a tool to really help keep
2  accurate voter registration lists.  It turned out
3  to be less valuable than we thought initially it
4  might be.  It took several years to determine
5  that.
6  Q.   And why did you conclude that it
7  turned out to be less valuable?
8  A.   It initially was described to us as
9  containing a component of proof of citizenship,
10  and it didn't.  It ended up all being hinged on
11  the lawful presence.
12      And the Kansas DMV, the implementation
13  process took several years, and so it was a
14  component of all of our communications I think
15  after they finally implemented it regarding voter
16  registration.  It just didn't end up being a
17  cornerstone of it like we thought it might.
18  Q.   Do you recall approximately when it
19  was finally implemented?
20  A.   You said approximately?
21  Q.   Yeah.
22  A.   No, I don't really.
23  Q.   I'm going to hand you Exhibit
24  Bryant 4.  And it is an email with the Bates stamp
25  FISH 5TH RFP 000054.

Page 35

1  A.   (Witness looking at exhibit.)  Okay.
2  Q.   Have you had a chance to review this
3  document?
4  A.   Yes.
5  Q.   Can you look at the earliest in time
6  email from you to Robin Harris?
7  A.   Yes.
8  Q.   Who's Robin Harris?
9  A.   Don't remember her title.  She was an
10  administrator at DMV for a fairly short period of
11  time, as I recall.
12  Q.   Why did you email her?
13  A.   She was in a position to provide
14  information we thought about this Real ID.
15  Q.   So going to Ms. Harris' reply on the
16  bottom of page one, it says, Sorry for the delay
17  in responding.  From the information that I have
18  gathered here, it appears that July 1, 2007, is
19  the date to be considered as the relevant date for
20  when the state's process for establishing
21  identity/U.S. citizenship for original driver's
22  license became substantially similar with Real ID
23  requirements except for SAVE verifications and
24  document scanning.
25      Did I read that correctly?

Page 36

1  A.   Yes.
2  Q.   Did you understand Ms. Harris'
3  response to mean that the DMV has sought lawful
4  presence documents from DMV applicants since 2007?
5  A.   For some applications yes.
6  Q.   And do you know if the DMV kept
7  records of those lawful presence documents that
8  were submitted by DMV applicants?
9  A.   I don't know.
10  Q.   What documents do noncitizens provide
11  as proof of lawful presence?
12  A.   None to this office.
13  Q.   To the DMV that you're aware of.
14  A.   I know that birth certificates could
15  be one.  I don't have a list of the others.  I
16  don't know what all documents they might submit.
17  Q.   Are you familiar with the United
18  States employment authorization document or work
19  permit?
20  A.   Not really, no.
21  Q.   Do you know if the Secretary of
22  State's Office has ever tried to get a list of
23  persons holding employment authorization documents
24  or work permits?
25  A.   I'm not aware of any.

Page 37

1 Q.   Are you familiar with United States
2 permanent resident card or a green card?
3 A.   Generally familiar with it.
4 Q.   And are you aware of any efforts in
5 the Secretary of State's Office to get a list of
6 persons holding green cards?
7 A.   No.
8 Q.   Are you aware, are you familiar with
9 an INS arrival or departure record?
10 A.   No.
11 Q.   Are you aware of any efforts in the
12 Secretary of State's Office to get a list of
13 people who hold INS arrival or departure records?
14 A.   No.
15 Q.   And going back to Ms. Harris' email,
16 she writes in parentheses in that portion I just
17 read, except for SAVE verifications and document
18 scanning.
19      Are you familiar with the SAVE program?
20 A.   Generally yes.
21 Q.   What do you know about it?
22 A.   DMV was a participant.  And when
23 through emails like this we've learned that they
24 had that set up, and we had contemplated getting
25 it in this office, I was in probably at least two

Page 38

1 meetings at DMV with officials there.  I don't
2 recall if Robin Harris was ever one of those.
3      But people who administered the program,
4 we were trying to find out what information it
5 entailed and whether it would really be useful to
6 us.  Subsequently, we applied to the federal
7 government for, submitted application to
8 participate in SAVE.  To my knowledge, it was
9 never granted.
10 Q.   Do you know why it was never granted?
11 A.   No.  We would follow up occasionally
12 and check with the person who was handling it.  It
13 never, I never understood why we couldn't.
14 Q.   And who in the Secretary of State's
15 Office was tasked with applying for SAVE?
16 A.   I'm not sure if it was -- it may have
17 been -- I'm not sure.  It wasn't me.
18 Q.   Were you involved in the process?
19 A.   I was involved to the extent that
20 another person who reported to me was involved, so
21 I was administrator and was aware of the programs
22 going on.  And to the extent that I think we had
23 at least one attorney involved in that process, we
24 routinely communicated about things going on, so
25 that's all.

Page 39

1 Q.   Who was that attorney?
2 A.   I believe it was Ryan Kriegshauser in
3 those days.
4 Q.   And do you recall anyone bringing to
5 your attention problems or potential issues with
6 the SAVE application process?
7 A.   Just the fact that our application
8 hadn't been acted on.
9 Q.   And what, to your knowledge, what
10 information does a SAVE search provide?
11 A.   I was in a meeting where it was
12 projected on a screen, but I can't remember.
13 Things that stick in my mind were things that,
14 data elements that were required to participate,
15 and we didn't have them, like an alien number.
16 Q.   Okay.
17 A.   That's one of the meetings I can
18 remember that's what we learned, that there was
19 such a thing, and that we would need it to
20 participate.
21      That was in theory a roadblock or a
22 temporary obstacle to us.
23 Q.   Have you or anyone at your direction
24 in the Secretary of State's Office tried to get
25 alien numbers for individuals?

Page 40

1 A.   Not to my knowledge.
2 Q.   So why was there a determination at
3 this meeting that this office couldn't get alien
4 numbers?
5 A.   It was determined we didn't have this.
6      MR. KOBACH: I object.
7 Mischaracterizes his statements about that
8 meeting, but go ahead.
9 A.   It was determined that we don't have
10 them.
11 Q.   (By Ms. Ha) Okay.
12 A.   So it would hamper our ability to
13 participate.
14 Q.   I see.  Are you aware if the DMV in
15 Kansas runs SAVE searches?
16 A.   At one point they did.
17 Q.   And was there any communication
18 between the Secretary of State's Office and the
19 DMV about getting access to SAVE searches through
20 the DMV?
21 A.   I don't recall anything like that.
22 Q.   Do you recall any discussions about,
23 between the Secretary of State's Office and the
24 DMV to try to get the results of certain SAVE
25 searches?

Page 41

1   A.   Repeat that, please.
2   Q.   Do you recall anyone at the Secretary
3   of State's Office advising the DMV for results of
4   certain SAVE searches?
5   A.   I don't recall that.
6   Q.   So going back to Ms. Harris' email, in
7   the second paragraph she writes, In 2009 and 2010,
8   we incorporated large scale SAVE verifications to
9   the mix for temporary driver's license holders
10   original and renewal and noncitizen immigrants
11   making original applications.
12      What did you understand her to mean by
13   this sentence?
14   A.   I understood that to mean they were
15   using the SAVE program as one factor in
16   determining eligibility for driver's license
17   applicants.
18   Q.   And did you interpret this as meaning
19   that the DMV was running SAVE searches to verify
20   if driver's license applicants were noncitizens?
21   A.   That's what I understood.
22   Q.   And then the last sentence of that
23   second paragraph says, In 2011 and 2012, KDOR
24   incorporated statewide scanning of all
25   documentation.

Page 42

1      So during, so she's -- did you understand
2   her email to be saying that Kansas DMV's scanned
3   identity documents that were presented to them?
4   A.   Yes.
5   Q.   And are you aware of any efforts in
6   the Secretary of State's Office to get access to
7   those documentations?
8   A.   Yes.
9   Q.   Tell me about that.
10   A.   We requested that if they were already
11   producing a scanned image of the documents for
12   their own purposes, and we have -- we had a
13   connection to DMV driver's license records which
14   was originally required by federal law, could we
15   also -- we requested access, to receive those
16   documents in cases where they were, you know,
17   relevant to what we were doing, so they could
18   become part of the voter registration record.
19   Q.   Were those documents provided to the
20   Secretary of State's Office?
21   A.   I'm not aware that they ever were.
22   Q.   Were you aware of any followup about
23   why those documents weren't provided?
24   A.   I can't say that they weren't
25   provided. I'm not aware that they ever did that.

Page 43

1   I don't know why. I just don't recall anything.
2   Q.   Were you tasked with the
3   responsibility of coordinating with the DMV to get
4   those documents?
5   A.   It was part of what we were doing. I
6   was a participant, one of three people who usually
7   did that.
8   Q.   And who else would be involved?
9   A.   Mike Stewart, Bryan Caskey and me.
10   Q.   And you just don't remember one way or
11   the other whether the DMV provided documents?
12   A.   I don't remember the outcome of that.
13   Q.   Okay. Do you remember approximately
14   how many times you reached out to the DMV for
15   certain documents?
16   A.   SAVE documents?
17   Q.   Yes, SAVE documents.
18   A.   I don't recall how many times, no.
19   Q.   Would it have been more than 20?
20   A.   No.
21   Q.   Would it have been more than 10?
22   A.   No.
23   Q.   More than five?
24   A.   Possibly.
25   Q.   Do you recall any communications with

Page 44

1   Ms. Harris regarding Real ID Act after this email?
2   A.   I don't recall any.
3   Q.   Do you recall communicating with
4   anyone else at KDOR or the DMV regarding Real ID?
5   A.   Yes. There were conversations with
6   other people about Real ID over the years.
7   Q.   And were those -- did you try to
8   ascertain if you could get access to Real ID
9   documents in those conversations?
10   A.   I can't say specifically that that
11   request was made to others besides Robin Harris.
12   Just Real ID in general was a topic over a span of
13   a decade.
14   Q.   Okay.
15   A.   I don't remember any specifics about
16   that.
17   Q.   I'm handing to you Exhibit 5, which is
18   an email from you that's Bates stamped FISH 5TH
19   RFP 000028.
20   A.   (Witness looking at exhibit.) Okay.
21   Q.   Have you had a chance to review this
22   document?
23   A.   Yes.
24   Q.   In your first sentence to Secretary
25   Kobach it says, We have learned from DMV that they

Fish v.
Kobach

Bradley Bryant
March 29, 2017

Page 45

1  plan to implement optional Real ID in
2  January 2015.
3      Did I read that correctly?
4  A.  Yes.
5  Q.  What is optional Real ID?
6  A.  That a person applying for a driver's
7  license didn't, wasn't required to provide a
8  document.  They may have chosen to for reasons of
9  being, you know, documented, but they weren't
10  required to.
11  Q.  And how is that different from Real ID
12  itself?
13  A.  I'm unclear today of what the specific
14  requirements of Real ID were, but in these days,
15  are, but in these days, the dates of these emails,
16  during that period we thought it was federal law
17  that required people to prove citizenship.  And as
18  I stated, it didn't turn out to be that way.
19      It was optional in many ways, and it was
20  lawful presence and not necessarily citizenship.
21  Q.  Okay.  And do you recall if Optional
22  Real ID was implemented in January 2015?
23  A.  I don't recall.  That was a few weeks
24  before I left.
25  Q.  Okay.  And so a couple of lines down

Page 46

1  there's a line that starts with in a meeting, in a
2  recent meeting summary, DMV said, and it continues
3  with a quote.
4      Do you see that?
5  A.  Yes.
6  Q.  Do you recall this meeting summary?
7  A.  Not this specific one.  They usually
8  produced a meeting summary after there was a
9  meeting.
10  Q.  So this would have been both a
11  physical document and a meeting?
12  A.  It was a document produced as a
13  summary of the meeting that preceded it.  And
14  sometimes we would receive an email about it or
15  something.
16  Q.  Would this have been a meeting that
17  you attended?
18  A.  Most likely.  I can't say.  I don't
19  remember the meeting exactly, but most likely I
20  did.
21  Q.  Do you recall any meetings with the
22  DMV about Optional Real ID?
23  A.  I don't.
24  Q.  Who in the Secretary of State's Office
25  would attend those meetings with you, if anyone?

Page 47

1  A.  Usually it was Mike Stewart, Bryan
2  Caskey and I who attended.  Depending on the
3  meeting, there may have been others.  I believe
4  the Secretary of State over the years may have
5  attended some or an attorney.
6  Q.  In the last line of your email you
7  say, well, I guess we should go back a little bit.
8      So about three lines up at the end it
9  says, The answer I got was the gold star means
10  they provided documents for lawful presence, but
11  not necessarily citizenship.  I think this once
12  again shows that Real ID will not satisfy the
13  requirements of the SAFE Act.
14      Did I read that correctly?
15  A.  Yes.
16  Q.  Do you recall any discussions in the
17  Secretary of State's Office about whether Real ID
18  will satisfy the requirements of the SAFE Act?
19  A.  Yes.
20  Q.  Tell me about those discussions.
21  A.  Well, that sentence is an indicator
22  that there had been discussions because we would
23  discuss how this program with others we were
24  pursuing could have helped us implement the SAFE
25  Act and have accurate voter registration lists.

Page 48

1      When we would have discussions, then I
2  would request a meeting.  We would go meet with
3  DMV officials to find out, what are the
4  particulars and how will it help us?
5      I was reporting here that there were
6  several times, this was one of them, where over
7  again a 10-year period or so when we talked Real
8  ID with various officials at DMV, there were
9  several times where we were disappointed to find
10  out it wasn't everything that it had been said
11  earlier it would be.
12  Q.  Do you recall any followup after you
13  wrote this email with any of the people on the
14  email chain?
15  A.  I don't recall any specifically, no.
16  Q.  Do you recall any followup in general
17  at the Secretary of State's Office regarding your
18  email?
19  A.  I don't think this email caused
20  meetings.  I think there were general discussions
21  about things, you know, meeting in the hall and,
22  you know, because we were all kind of working on
23  the same project and interested in getting it done
24  administratively, and we were, you know, not being
25  as successful as we would hope.

1  Q.   And why wouldn't the provision of
2  documents for lawful presence satisfy the
3  requirements of the SAFE Act?
4  A.   If we received a document submitted by
5  an applicant for driver's license that proved they
6  were a citizen and we knew they had applied for
7  voter registration or had been granted voter
8  registration, it would help us determine
9  eligibility.
10  Q.   Right, but -- okay.
11  A.   The SAFE Act was one component of
12  proof of citizenship, so we were looking for
13  sources of documents that would help us.
14  Q.   And so this, I'm going to give you a
15  calendar invite where you're the organizer.  It's
16  marked as Exhibit 6, and the Bates stamp is FISH
17  5TH RFP 004195.  And this looks like it's about
18  eight days after the email that we just discussed.
19  A.   (Witness looking at exhibit.)  Okay.
20  Q.   Can you read for the record the first
21  two lines of the calendar invite.
22  A.   Subject, meeting, or --
23  Q.   The meeting as is to discuss part?
24  A.   Meeting is to discuss Real ID, the
25  January 15, 2015, rollout of optional Real ID

1  driver's licenses and the impact on VR.  Will meet
2  with Lisa Kaspar, Director of Vehicles, and
3  whoever else she brings in.
4  Q.   Do you recall this meeting?
5  A.   Not specifically.
6  Q.   Does VR in the calendar invite stand
7  for voter registration?
8  A.   Yes.
9  Q.   Do you recall having a meeting with
10  Lisa Kaspar?
11  A.   Yes, several.
12  Q.   Do you recall if she brought anyone
13  else in to discuss Real ID?
14  A.   I believe that she did, but I don't
15  know their names.
16  Q.   And what do you recall was discussed
17  during this meeting?
18  A.   Just what's listed here is all I
19  recall.
20  Q.   And what do you recall discussing
21  regarding the impact on voter registration?
22  A.   I don't recall any specifics about the
23  outcome of that meeting.
24  Q.   Do you recall having any discussions
25  with people at the DOV or DMV about the impact on

1  voter registration of Real ID?
2  A.   I had numerous discussions with people
3  over the years.
4  Q.   I'm talking about in this general
5  timeframe from July 2014 to when you left the
6  office.
7  A.   Real ID and -- I believe our efforts
8  on Real ID had begun to taper off by 2014 because
9  of limited usefulness of it.  So I don't recall
10  any other specific meetings about that.
11  Q.   Do you guys want to take a break?
12       (Recess.)
13  Q.   (By Ms. Ha) I'm going to give you an
14  email marked as Exhibit 7.
15  A.   (Witness looking at exhibit.)
16       (The reporter marked Exhibits
17       Nos. 8 through 10.)
18  Q.   (By Ms. Ha) Exhibit 7 is a document
19  Bates stamped FISH 5TH RFP 004196.  Have you had
20  a chance to look at Exhibit 7?
21  A.   Yes.
22  Q.   I'm going to read the first sentence
23  of the third paragraph.  It says, In 2010 our
24  office obtained from DMV the list of temporary
25  driver's license holders who are by definition

1  non-U.S. citizens, and compared it to the VR file.
2       Did I read that correctly?
3  A.   Yes.
4  Q.   What's the VR file?
5  A.   Statewide voter registration database.
6  Q.   And it contains a list of all
7  registered voters in Kansas?
8  A.   Yes.
9  Q.   What other information does it
10  contain?
11  A.   The information on the application
12  form, address, date of birth, party affiliation,
13  previous residence.  The database contains records
14  of what elections they voted at, whether they
15  applied for an advanced ballot at any point, lots
16  of things related to their voting and registration
17  behavior.
18  Q.   And how is the information in the VR
19  file compiled?
20  A.   It is a statewide database that is
21  managed by the Secretary of State's Office as the
22  chief state election official pursuant to federal
23  law HAVA in 2002.  The counties maintained their
24  own -- I mean, they enter data into it.
25       They delete or cancel records.  They

Fish v.
Kobach

Bradley Bryant
March 29, 2017

---

Page 53

1 modify them based on updates in addresses and
2 such, so the county election offices actually
3 manage the data. The state manages the database.
4 Q. And is it also known as the ELVIS
5 system?
6 A. Ours is called ELVIS. The Kansas one
7 is called ELVIS.
8 Q. And you mentioned that the DMV has a
9 list of temporary driver's license holders?
10 A. Yes.
11 Q. Is that also known as a TDL list?
12 A. We call it TDL, yes.
13 Q. And tell me what that list is.
14 A. It's a list of people temporarily in
15 the U.S. and in Kansas residing here who have
16 applied for a driver's license as a noncitizen.
17 They're temporary, because instead of expiring on
18 a date of birth four or six years in the future,
19 they expire on the date that the person's
20 permission to reside in the U.S. expires, so they
21 call it temporary for that reason.
22 Q. And do you know what information
23 appears on the TDL list?
24 A. I don't recall. My sense is that
25 they're like driver's license records with the

Page 54

1 difference being they're not citizens.
2 Q. And is the TDL list a list of everyone
3 who applies for a TDL or a list of people who get
4 the TDL?
5 A. My understanding was always that it's
6 those who get, who are granted a license.
7 Q. Do you know for how long they stay on
8 the list?
9 A. Till their license expires and they
10 leave the country or they have it renewed.
11 Q. If a person becomes a citizen after
12 getting a TDL, do you know if that information is
13 reflected on the list?
14 A. I don't know.
15 Q. Has the Secretary of State's Office in
16 your experience used information on the TDL list?
17 A. Yes.
18 Q. And how?
19 A. As the third paragraph here explains,
20 I think maybe twice we obtain the list from DMV
21 and after that we were unable to obtain it. So
22 we compared it through a computer program to the
23 voter registration file to determine if any of
24 those were noncitizen TDL holders were registered
25 to vote or had voted.

Page 55

1 Q. Do you remember approximately when
2 those two comparisons were done?
3 A. Well, this says 2010. That makes
4 sense. I wrote that, so it must be true. I think
5 maybe 2011 again or 2009 and 2010. Two
6 consecutive years, either '09 and '10, or I think
7 it was '09 and '10.
8 Q. Do you know why the Secretary of
9 State's Office was unable to obtain the list
10 subsequent to that?
11 A. I don't know the reason, but I know
12 that, I believe in the beginning in 2011 and '12, I
13 made a request as I had in the past to the
14 Director of Vehicles, who was a new person with a
15 change of gubernatorial administration, and they
16 had a new process, frankly a little more
17 bureaucratic.
18 They had a form to fill out to ask for the
19 records, which I did and sent it to her and it
20 never came back.
21 Q. Do you recall followup with her after
22 sending the form?
23 A. I recall sending an email at some
24 point, I believe. Just didn't really get a
25 response.

Page 56

1 Q. And did you try again in subsequent
2 years?
3 A. I don't recall.
4 Q. Do you recall directing or do you
5 recall if anyone in the Secretary of State's
6 Office had tried in subsequent years?
7 A. I'm not aware.
8 Q. In those two years when you did
9 receive the TDL list, how was the comparison made
10 against the VR file? Can you walk me through the
11 process?
12 A. A person in the Secretary of State's
13 IT Department wrote a program to compare the two
14 databases or the two lists and then reported back
15 to the election division the results of potential
16 matches.
17 Q. And what was done with the list of
18 potential matches?
19 A. We would review them line by line to
20 determine, gain some more certainty whether they
21 were actual matches. And then we would use the
22 normal process under Kansas law. As I said,
23 county election officers maintained the data. We
24 would refer back to them.
25 There were cases where we may have

Fish v.
Kobach

Bradley Bryant
March 29, 2017

Page 57

1  referred them -- we did refer them to county
2  prosecutors.
3  Q.  And what was your role in the
4  cross-check and referral process?
5  A.  My role?  I was one of several people
6  in the election office who reviewed the records or
7  obtained the records, reviewed the results and
8  communicated them to election offices in the
9  counties or to legal division here if there was a
10  case that of potential prosecution.
11     MR. KOBACH: Can I ask that you
12  define the term cross-check because that's a term
13  that we use?  So for the clarity of the word, what
14  were you referring to when you said cross-check?
15     MS. HA: I was referring to the
16  checking the VR file against the list of temporary
17  driver's license holders.  Thank you.
18  Q.  (By Ms. Ha) You said you were one of
19  several people.  Who else do you recall being
20  involved?
21  A.  Bryan Caskey.  As I recall, an intern
22  we had, then Lauren Knoff, was involved.
23  Q.  And do you recall approximately how
24  many results came up when the IT person ran the
25  TDL list against the VR file?

Page 58

1  A.  I don't.  It may have been more than
2  37.  This email says 37 matches were discovered.
3  I don't know, but we usually started with the
4  computer program, usually produced a longer list
5  that would have to be winnowed.
6  Q.  And what do you recall, do you recall
7  how many people were on the list as potential
8  noncitizens who registered to vote after winnowing
9  it down?
10  A.  After winnowing it?
11  Q.  Yes.
12  A.  Based on this, I would say 37.  I
13  don't recall that, but I was aware of it at the
14  time I wrote that.
15  Q.  Here it says of those 37, 15 were
16  still on the VR list at the time of the
17  comparison.  Twenty-two had been registered to
18  vote but were in the canceled file.  Is that
19  correct?
20  A.  Yes.
21  Q.  What does it mean to be in the
22  canceled file?
23  A.  There are various reasons listed in
24  Kansas law where a person who's registered to vote
25  may have their registration canceled.  Most often

Page 59

1  it's because of change of residence.  So those
2  canceled records are maintained.  They're not
3  deleted forever.
4  Q.  And so in terms of the matches that
5  you would continue to review and potentially refer
6  to prosecution, would you include in your review
7  the 22 people registered to vote but in the
8  canceled file?
9  A.  I don't recall specifically.  I don't
10  recall.
11  Q.  And after getting matches from
12  checking the TDL list against the VR file, would
13  you or anyone else at the Secretary of State's
14  Office make a request of the DMV for the
15  underlying documents for those matches?
16  A.  I don't remember doing that, no.
17  Q.  Do you remember getting the underlying
18  documents for those matches from the DMV?
19  A.  Not in 2010, no.
20  Q.  Or at any time based --
21  A.  That goes back to the earlier
22  discussion about obtaining documents that were
23  produced as a result of the Real ID Act, but not
24  with this.
25  Q.  When you say not with this, do you

Page 60

1  mean not with the comparison of the TDL list?
2  A.  Not with the 2010 TDL comparison.
3  Q.  What about the subsequent TDL
4  comparison that you talked about?
5  A.  I believe the other TDL was before
6  this in '09. I can't remember specifically.  But
7  no, I don't remember getting documents from DMV in
8  association with the TDL comparison.
9  Q.  And do you remember making a request
10  from the DMV for underlying documents?
11  A.  I don't.
12  Q.  Do you know if any other state uses a
13  TDL list to verify the citizenship of people who
14  are registered voters?
15  A.  I don't know.
16  Q.  I'm handing you Exhibit 8.  It is an
17  email with Bates stamp FISH 5TH RFP 021223.
18  A.  (Witness looking at exhibit.)
19  Q.  Did you have a chance to review this
20  document?
21  A.  Yes, briefly.
22  Q.  Can you look at Mr. Caskey's email in
23  the middle of the first page.  He writes,
24  According to the US CIS office in Kansas City, the
25  SAVE program, if we qualify, would be the best

Fish v.
Kobach

Bradley Bryant
March 29, 2017

Page 61

1　place to help with our administrative procedure in
2　verifying U.S. citizenship.
3　　　Did I read that correctly?
4　A.　Yes.
5　Q.　Did you agree with Mr. Caskey's
6　statement while you were here at the Secretary of
7　State's Office?
8　A.　Yes.
9　Q.　And Mr. Caskey writes to B.J. and
10　says, B.J., would you put this back on the front
11　burner?
12　　　Do you see that?
13　A.　Yes.
14　Q.　Who is B.J. Harden?
15　A.　He was either an attorney or a law
16　student employed by the office at the time.
17　Q.　And do you recall if he put this back
18　on the front burner referring to --
19　A.　I don't.
20　Q.　Do you recall any followup regarding
21　the SAVE program after this email?
22　A.　2013.  I can't recall specifically.
23　Q.　Okay.
24　A.　At some point, as I said earlier, we
25　met with some DMV officials to learn about their

Page 62

1　implementation of it, but I don't recall the time
2　of those.
3　Q.　Can we go back to Exhibit 7, which you
4　just had earlier.
5　A.　(Witness complies.)
6　Q.　And can you read out that paragraph
7　that starts "like other states" in your email.
8　A.　Like other states, Kansas has never
9　had a method for systematically preventing
10　registrations by noncitizens or method for
11　identifying them after they were registered.
12　Since the beginning of this year, the citizenship
13　requirement in the SAFE Act has provided a tool
14　for preventing them.
15　Q.　What did you mean by your first
16　sentence here?
17　A.　Up until the SAFE Act in Kansas, a
18　person could become registered to vote by simply
19　signing the affidavit saying they were a U.S.
20　citizen and they met the other constitutional
21　qualifications to be an elector.
22　　　There was no way to verify that or check
23　that information.  It was taken on faith that it
24　was correct.
25　Q.　So there was no one method that alone

Page 63

1　can prevent all noncitizens from registering to
2　vote, correct?
3　A.　Right.
4　Q.　And there was no one method that would
5　identify all noncitizens that had registered to
6　vote, correct?
7　A.　That's correct.
8　　　MR. KOBACH: Could you clarify
9　when you're saying there was or is?  Were you
10　saying was at the time?
11　　　MS. HA: I was saying just based
12　on --
13　　　MR. KOBACH: Prior to the SAFE
14　Act?
15　Q.　(By Ms. Ha) Just based on your
16　experience during your employment at the
17　Secretary of State's Office, was there one method
18　that could prevent all noncitizens from
19　registering to vote?
20　A.　There was not prior to the SAFE Act.
21　Q.　And is that also true for a method
22　that would identify all noncitizens who registered
23　to vote?
24　A.　Correct.
25　Q.　And what did you mean when you wrote,

Page 64

1　The citizenship requirement in the SAFE Act
2　provided a tool for preventing them?
3　A.　The SAFE Act required an applicant for
4　voter registration to provide a document proving
5　they were U.S. citizens, and before they could be
6　a registered voter, so it prevented noncitizens
7　from becoming registered voters.
8　Q.　And did enactment of the SAFE Act
9　create a method for identifying noncitizens who
10　had registered?
11　A.　No.
12　Q.　This is Exhibit 9.  It is an email
13　with the Bates stamp FISH 5TH RFP 000061.
14　A.　(Witness looking at exhibit.)
15　Q.　Have you had a chance to review this
16　document?
17　A.　Yeah.
18　Q.　So this document has redactions.
19　That's how it was produced to us.
20　A.　Uh-huh.
21　Q.　But I'm showing it to you because
22　Mr. Caskey had forwarded this email, the first
23　email, to you.
24　　　Can you read Mr. Rayner's email on the
25　bottom of this page out loud.

Fish v.
Kobach

Bradley Bryant
March 29, 2017

Page 65

1  A.  Mr. Caskey, we determined that the
2  last contact that we had with your office before
3  the notice below was on April 25th, 2013.  We
4  apologize for not getting back to you sooner.
5  Because it has been some time since our last
6  communication, we would like to know if anything
7  has changed that should be reflected in the MOA.
8  Please let us know and we will get things moving.
9  Thanks.
10  Q.  Do you know who Raymond Rayner was?
11  A.  I believe he was the person handling
12  our application for participation in the SAVE
13  program.  I don't know that for sure.
14  Q.  Do you recall if you had any
15  communication with him?
16  A.  I don't believe I ever did.
17  Q.  What is the MOA that's referenced
18  here?
19  A.  I don't know.  Memorandum of
20  agreement, but I don't know what that did.  It
21  says something about below and there's below, so I
22  don't know.
23  Q.  Do you know if there was any followup
24  by the Secretary of State's Office to Mr. Rayner?
25  A.  I don't know for sure.

Page 66

1  Q.  Do you recall any discussions, having
2  any discussions about an MOA with the SAVE
3  program?
4  A.  I don't recall discussions about MOA,
5  no.
6  Q.  Are you aware if other states use SAVE
7  to verify the citizenship of registered voters?
8  A.  States?
9  Q.  Yeah.
10  A.  Not Secretary of State offices,
11  states?  No, I'm not aware.
12  Q.  Did you ever reach out to any other
13  states about their use of the SAVE program?
14  A.  No.
15  Q.  I'm handing you Exhibit 10.  And this
16  is an email and an attached letter with the Bates
17  stamp FISH 5TH RFP 022595.
18  A.  (Witness looking at exhibit.)  Okay.
19  Q.  Have you had a chance to review this
20  document?
21  A.  Yes.
22  Q.  Can you read for the record your email
23  to Mr. Rucker.
24  A.  Today I received the attached letter
25  from Jerome Gorman, Wyandotte County District

Page 67

1  Attorney, in response to my recent letter
2  regarding election crime prosecutions.
3  Q.  Do you recall what recent letter
4  regarding election crime prosecutions you're
5  referring to?
6  A.  No.  We occasionally did letters like
7  that.  I don't remember that particular letter.
8  Q.  And were you directed to send this
9  email or this letter that's referenced in your
10  email?
11  A.  Let's see.  Yes.
12  Q.  By who?
13  A.  I don't remember.  Most likely Eric
14  Rucker.  He had been overseeing these
15  prosecutions.
16  Q.  Did you send other letters referring
17  alleged noncitizens for potential prosecution?
18  A.  Yes.
19  Q.  About how many letters did you send?
20  A.  In all over the years?
21  Q.  Yes.
22  A.  A dozen or more.
23  Q.  And regarding how many noncitizens who
24  allegedly committed election crimes?
25  A.  I don't recall.  We would do that for

Page 68

1  various election crimes, not always involving
2  noncitizens, so I can't separate those in my
3  recollection.
4  Q.  And so when you said about a dozen or
5  more letters, you were referring to not only --
6  let me say that again.
7     When you said you sent a dozen or more
8  letters over the years you were employed at the
9  Secretary of State's Office, were you referring
10  only to letters regarding noncitizens?
11  A.  Yes, I think that's accurate, yes.
12  Q.  And do you remember approximately how
13  many noncitizens were the subject of those dozen
14  or so letters?
15  A.  I don't recall.  The TDL program we
16  discussed produced some, and the others were
17  anecdotal, individual ones here and there.  This
18  letter had three individuals.  So I don't remember
19  with any specificity.
20  Q.  Do you recall how these three
21  individuals came to your attention?
22  A.  Without being certain, I think they
23  came out of the TDL program.
24  Q.  Do you remember any followup with
25  Mr. Gorman after this email and letter?

Fish v.
Kobach

Bradley Bryant
March 29, 2017

Page 69

1  A.  I don't.  The letter referenced was a
2  followup to a previous referral, and I don't
3  recall any after this followup.
4  Q.  Mr. Gorman's letter, in the first
5  sentence he writes he is in receipt of your
6  correspondence dated December 30, 2011, requesting
7  possible prosecution regarding the above-named
8  individuals for illegal voter registration.
9     How did you conclude that the three
10  individuals referenced had engaged in illegal
11  voter registration?
12  A.  If they were on the TDL list and their
13  names matched the voter registration record, then
14  we looked further to see if they had a voting
15  history record, meaning they had voted in some
16  election in Kansas.
17     Routinely we would, and I can't remember
18  for this, these cases for sure, but routinely we
19  would check then with the county election office
20  for proof, which would mean a signature.
21  Q.  Proof that they showed up to vote and
22  signed?
23  A.  Yes.
24  Q.  And the second paragraph of
25  Mr. Gorman's letter says, Concerning the 2009

Page 70

1  request for action on this matter, I have reviewed
2  that letter, and unfortunately I do not remember
3  it.
4     Do you recall sending a 2009 request for
5  action?
6  A.  I vaguely recall that, yes.  That was
7  under a different Secretary of State's
8  administration.
9  Q.  And it would have been regarding the
10  same three individuals?
11  A.  Yes.
12  Q.  Is there a reason why two years
13  elapsed between your two letters to Mr. Gorman
14  regarding these three individuals?
15  A.  When there was an election, we would
16  get busy with that.  We wouldn't be doing a lot of
17  this.  This was more in the off season.  There was
18  a Secretary of State in 2010 that didn't
19  prioritize this, between Secretary Thornburg and
20  Secretary Kobach.
21     So it was a question of being busy
22  administering elections and the priorities in
23  the, by the Secretary of State.
24  Q.  Do you remember what happened to these
25  three individuals?

Page 71

1  A.  I don't.
2  Q.  Do you recall if they were prosecuted?
3  A.  I don't know.
4  Q.  Are you familiar with legislation that
5  went into effect after you left in July of 2015
6  that gave the Secretary of State's Office the
7  authority to prosecute --
8  A.  Yes.
9  Q.  -- election crimes?  Did you have any
10  involvement in drafting or otherwise pushing along
11  that legislation while you were here?
12  A.  No.  My involvement -- I did not draft
13  that.  I don't believe I testified on it.  My
14  involvement would have been only monitoring its
15  progress through the committee and floor action.
16  Q.  That monitoring would have been in
17  your role here at the Secretary of State's Office?
18  A.  Yes.
19  Q.  Do you remember if anyone else was
20  involved in pushing that legislation along from
21  this office?
22  A.  Yes.
23  Q.  Who?
24  A.  He may dispute it, but it was
25  Secretary Kobach.  I believe he testified on it.

Page 72

1  And Ryan Kriegshauser, the legal counsel.
2  Q.  What do you recall Ryan Kriegshauser's
3  role being?
4  A.  Drafting at least.
5  Q.  And what was your understanding of why
6  the Secretary of State's Office wanted the
7  authority to prosecute election crimes?
8  A.  Because he was aware over the years,
9  even years preceding him being Secretary of State,
10  the office had identified various instances of
11  illegal voting and other election crimes and
12  without the authority to prosecute had referred
13  those to county prosecutors and had not in many
14  cases been successful in getting the counties to
15  prosecute them.
16  Q.  And to your knowledge, do other
17  jurisdictions besides Kansas prosecute noncitizens
18  for --
19  A.  I can't name any.  I don't know.
20  Q.  Okay.  While you were employed at the
21  Secretary of State's Office, did you ever research
22  if other states prosecute noncitizens for election
23  crimes?
24  A.  No.  I wasn't involved in that.  That
25  would have been part of drafting and researching

Fish v.
Kobach

Bradley Bryant
March 29, 2017

Page 73

1  the bill.  I wasn't.
2  Q.  Are you aware if any other states have
3  enacted legislation that grants the Secretary of
4  State to prosecute election crimes?
5  A.  I'm not aware of any.
6  Q.  Let's switch gears.
7     Are you familiar with the EVVE system?
8  A.  Vaguely.
9  Q.  What is it?
10 A.  I think it's another federal program
11 to help identify status of residents of the United
12 States.  It was, I believe it was part of a
13 program administered by Department of Health and
14 Environment in their application process.  They
15 oversaw application for federal benefits of
16 various kinds.
17 Q.  Were you aware of any efforts in the
18 Secretary of State's Office to use EVVE to verify
19 the citizenship of registered voters?
20 A.  I was aware of a plan to possibly use
21 it and of inquiries to find out how useful it
22 would be.  That's all.
23 Q.  Were you involved in that process?
24 A.  Not directly.
25 Q.  Who was involved?

Page 74

1  A.  I don't know.
2  Q.  And do you know if there was any
3  followup on that plan?
4  A.  I'm vaguely aware that we were told by
5  the state agencies involved that it was pending
6  their implementation of a new software system to
7  manage the application process, and that wasn't
8  done yet when I left.
9  Q.  Who told you that?
10 A.  A gentleman in the legal division at
11 health and environment.
12    MR. KOBACH: Can I ask?  I think
13 that there might be a misunderstanding between the
14 deponent and yourself over what you're talking
15 about.
16    Can you maybe be more specific, give him
17 more information about the EVVE program?
18 Q.  (By Ms. Ha) So the EVVE program
19 stands for Electronic Verification of Vital
20 Events, and it's run by NAPHSIS.  Does that sound
21 familiar to you at all?
22 A.  I think I've heard it.  I don't know
23 very much.
24 Q.  And I was going to move on to the next
25 topic.

Page 75

1     Are you familiar with the Interstate
2  Cross-check Program?
3  A.  Yes.
4  Q.  Tell me about that program.
5  A.  It's a program that's currently
6  administered by the Kansas Secretary of State's
7  Office, where election, state-level election
8  officials participate by providing a copy of their
9  voter registration databases, and we run a
10 computer program to identify possible matches,
11 meaning then those -- there are people who have
12 registered in more than one state, and so it's a
13 list maintenance program in that sense.
14    We can eliminate duplicates.  But also if
15 they're registered in two states, sometimes you
16 can identify people who voted in both states and
17 those can be referred for prosecution.  That
18 began that 2006, I think in a four-state
19 agreement among the four Secretaries of State in
20 this region, and we added a fifth.
21    And when I left the office, I believe
22 there were 29 or 30 states participating.
23    MR. KOBACH: I want to enter an
24 objection that this question is beyond the scope
25 of the discovery.

Page 76

1  Q.  (By Ms. Ha) My next question, which
2  tries to tie it back, will probably resolve it,
3  which is do you know if there are any efforts in
4  the Secretary of State's Office to use the
5  Interstate Cross-check Program to identify
6  noncitizens who have registered to vote?
7  A.  No, I'm not.
8  Q.  To your knowledge, does the Secretary
9  of State's Office have any other cross-check
10 program that can search for birth records of
11 individuals who are registered to vote?
12 A.  Yes.
13 Q.  What program is that?
14 A.  I don't know if it has a name.  We
15 executed a memorandum of agreement with the Office
16 of Vital Statistics maybe four or five years to --
17 we request under the MOA, we request that vital
18 statistics search to find out if they have
19 citizenship documents like birth certificates on
20 file for voters, people who appear in our voter
21 file.
22 Q.  And tell me about your understanding
23 of how the Secretary of State's Office uses that
24 system.
25 A.  If we have useful information, that

Page 77

1  comes out of that program, we send it to the
2  county election officers because they have
3  applicants for voter registration who have not had
4  their -- whose applications are incomplete because
5  they haven't provided citizenship documents.
6      And if we have proof that a birth
7  certificate is on file in Kansas, then that can
8  be used by the county election office to complete
9  their registration application.
10 Q.  And were you involved in getting
11 access to that information or coordinating with
12 the county election offices regarding that
13 information?
14 A.  Yes.
15 Q.  What was your role?
16 A.  Coordinating with county election
17 officers.  And I had input on the MOA with vital
18 statistics.
19 Q.  And were you involved in any sort of
20 day-to-day checks of the records?
21 A.  No.  I don't think the MOA granted us
22 access to birth certificate records.  Vital
23 statistics maintains that.  We would send voter
24 lists to them, and they would check.
25 Q.  Okay.  And was anyone else in the

Page 79

1  federal laws.
2  Q.  And when did those two occasions
3  occur?
4  A.  I can't remember the years.  I think
5  one was probably in 2010, and one program was a
6  few years before that.  I don't remember
7  specifically.
8  Q.  How many people did you train during
9  those two instances?
10 A.  Personally?
11 Q.  Yes.
12 A.  There were rooms of, there were
13 probably 150 people in the room, guess.
14 Q.  And did anyone else besides you from
15 the Secretary of State's Office attend those
16 trainings?
17 A.  I don't recall anybody else attending.
18 Q.  Do you recall if anyone else in the
19 Secretary of State's Office conducted trainings
20 for --
21 A.  I don't recall that, no.
22 Q.  And you said earlier that the
23 Secretary of State's Office provides guides to the
24 DMV.  Tell me about those guides.
25 A.  We would provide a little document

Page 78

1  Secretary of State's Office involved in those?
2  A.  Yes.
3  Q.  Who?
4  A.  A couple of attorneys, Bryan Caskey in
5  the election office.  I think Eric Rucker was.
6  Q.  And did that system allow the
7  Secretary of State's Office to check any records
8  of alleged noncitizens who were registered to
9  vote?
10 A.  I don't think so.
11 Q.  In your role as the state election
12 director when you were here, did you interact with
13 individuals from the Department of Revenue or the
14 DMV regarding training of DMV employees?
15 A.  Yes.
16 Q.  Tell me about what your role was in
17 regards to DMV training.
18 A.  We produced guides and posters, things
19 like that, that they could use in training their
20 driver's license officials statewide.
21      And I can remember two occasions where I
22 personally went to training programs that they
23 conduct and actually helped train driver's
24 license officials on their voter registration
25 duties under the MVRA and to some extent HAVA

Page 80

1  that lays out in simple terms what their duties
2  are under the National Voter Registration Act,
3  federal law or any relevant Kansas laws, try to
4  boil it down to some bullet points that are easy
5  to digest and make it clear to them what their
6  duties are to offer registration to driver's
7  license applicants.
8  Q.  And what exactly did those bullet
9  points say that you recall?
10 A.  I can't recall exactly, but things
11 like each applicant for driver's license or
12 renewal must be offered the opportunity to
13 register to vote.  They would have the words
14 quoted from the federal law that are supposed to
15 be included in the process and information about
16 determining eligibility, and that's pretty much
17 it.
18      That was just the application process at
19 the counter.
20 Q.  Okay.  And how long is that document?
21 A.  Two or three pages.
22 Q.  When was this provided to DMV?
23 A.  Probably several times over the last
24 20 years.  The MVRA passed in 1993.  We did
25 various types of things over the years after that.

Page 81

1  I can't specifically recall.
2  Q.  By several times, do you mean less
3  than five times?
4  A.  I mean more than five times.  Two
5  instances that I personally went that I can
6  remember.
7  Q.  I'm talking about the training
8  manuals.
9  A.  More than five times, because we would
10  update things when things changed.
11  Q.  So approximately how often were they
12  updated and provided to the DMV?
13  A.  Two to three years, but there would be
14  at least annual discussion with DMV officials
15  about whether there was a need for an update, a
16  new one.
17  Q.  And the two instances of training that
18  you remember conducting, you said those were both
19  around 2010?  Did I recall that correctly?
20  A.  I remember one was about 2010.  I
21  can't recall when the other one was.
22  Q.  Was it close in time?
23  A.  Probably a few years apart, before
24  that.
25  Q.  When, to your knowledge, was the last

Page 82

1  time that someone at the Secretary of State's
2  Office conducted a training session of DMV
3  employees?
4  A.  I would say that if I'm accurate on
5  the 2010, that was probably the last one.
6  Q.  And to your knowledge, when was the
7  last time that the Secretary of State's Office
8  provided training, written training materials to
9  the DMV?
10  A.  About 2013.
11  Q.  Do you know --
12  A.  Let me change that to 2012 because I
13  know that we did some as part of the
14  implementation of the SAFE Act that passed in
15  2011.
16  Q.  Are you aware of instances where DMV
17  employees have offered voter registration forms to
18  noncitizens?
19  A.  Aware of instances?  No.
20  Q.  Have you heard that DMV employees have
21  given voter registration forms to noncitizens?
22  A.  Yes.
23  Q.  Where have you heard that from?
24  A.  If we would find someone through any
25  of these other programs that we've discussed, we

Page 83

1  would look at and see the source of the
2  registration.  Sometimes it was a DMV office.  And
3  we can inquire with the state level DMV officials,
4  and they could discuss it with the locals.
5  If somebody registered at the DMV, that
6  would come to light during the review of it.  We
7  didn't do investigations per se.
8  Q.  And do you recall approximately how
9  many instances you came across where a DMV
10  employee offered a noncitizen a voter registration
11  form?
12  A.  I can't recall a number.  For the
13  first half of the life of MVRA, citizenship wasn't
14  really part of the discussion.  And only 2009 or
15  '10 is when it became part of the discussion with
16  Real ID and other factors.
17  But the MVRA simply said when somebody
18  applies or renews, they're offered the
19  registration.  And it didn't say unless they are
20  not a citizen.  And so it was much easier, and
21  there was no one telling DMV officials that at
22  that time, say 1995 to late 1990's, at least, or
23  2000's, there was nobody telling them be careful
24  if somebody is not a citizen.  So it happened
25  more often in those days.

Page 84

1  Q.  Did the Secretary of State's Office
2  monitor the DMV's efforts to register voters?
3  A.  I wouldn't say we monitored it, no.
4  Q.  What level of involvement was there,
5  if any, between the Secretary of State's Office
6  and the DMV?
7  A.  Implementing programs, providing
8  training materials and researching instances where
9  there was a complaint because someone's
10  registration hadn't gone through or somebody was
11  wrongly registered or wrongly canceled,
12  researching those things.
13  Q.  Were there any efforts at the
14  Secretary of State's Office to evaluate the DMV to
15  register voters?
16  A.  There was no evaluation program.
17  Q.  Who created the training materials
18  that you were talking about before?
19  A.  I did.
20  Q.  Did you have any help?
21  A.  Yes.  I never worked in a vacuum.
22  Q.  Who else participated in that?
23  A.  I would have others in the election
24  office.  I would have an attorney help review
25  things, because we would provide copies of laws

Page 85

1  that they were carrying out at DMV to show the
2  importance of it.  So we would work with attorneys
3  and other officials in the election office.
4  Q.   And did anyone have to approve the
5  training manuals before you sent them to the DMV?
6  A.   Usually if the attorney agreed they
7  were ready to go, they would go.  DMV could, of
8  course, offer edits.
9  Q.   Which attorneys do you recall working
10  with in terms of the training materials?
11  A.   I recall working with Jenny
12  Chaulk-Wentz, Melissa Wangemann, John Wine up to
13  the era of Ryan Kriegshauser.  There were some in
14  between there.  I have to think about it a while,
15  but there are others.
16  Q.   Do you recall having any discussions
17  with anyone at the DMV about noncitizens offering,
18  I'm sorry, about DMV employees offering
19  noncitizens voter registration forms?
20  A.   Yes.
21  Q.   What were those discussions?
22  A.   The ones I recall were in 2010.
23  Secretary of State Chris Biggs was aware that
24  there were people who had been offered
25  registration.  He believed that the MVRA language

Page 86

1  didn't require everyone to be offered an
2  opportunity to register to vote, although I think
3  you could argue that it did.
4      So I helped coordinate a program under his
5  direction where we worked with DMV to produce
6  some posters that would be placed at each
7  driver's license site around the state trying to
8  clarify that for applicants.
9  Q.   And were those posters created and
10  placed in DMV's?
11  A.   They were created and sent.  I don't
12  know if -- I mean, I trust that they were
13  deployed.
14  Q.   And approximately when was that?
15  A.   That was about 2010.
16  Q.   Did you send any additional posters
17  after 2010?
18  A.   I didn't.
19  Q.   Would anyone else in the Secretary of
20  State's Office have been tasked with creating
21  similar posters or materials?
22  A.   I don't think it would have happened
23  without my knowledge.
24  Q.   I think we're pretty much done, so I
25  just want to kind of summarize.

Page 87

1      We've talked about different methods of
2  trying to identify or prevent noncitizens who
3  have registered to vote.  Other than the methods
4  we've talked about this morning, are there any
5  that jump out at you right now for where in your
6  experience at the Secretary of State's Office
7  you've used to identify potential noncitizens?
8  A.   No programs.  I mean, the training
9  materials and things that we would, that we talked
10  about with DMV, we would also have meetings with
11  other agencies that were involved in voter
12  registration because of the motor voter act, MVRA,
13  like Medicaid, WIC, AFDC, food stamps.  Most of
14  those have new names now, and I can't remember
15  them.
16      So we would meet with those agencies once
17  every year or two to update them on things like
18  the SAFE Act.  So, I mean, but that would be done
19  with an emphasis on citizenship after the SAFE
20  Act was passed.  But we didn't really have any
21  other programs comparing records or anything.
22  Q.   And your discussions with those
23  agencies, did they include discussions about
24  noncitizens who registered to vote?
25  A.   No.  They were application agencies.

Page 88

1  The discussion would be about preventing attempts,
2  to prevent noncitizens from registering to vote
3  even though they might be in the application
4  process for other things, those programs.
5      It would be more like preventing them from
6  mistakenly being included in the voter
7  registration process.
8  Q.   Did you have any conversations with
9  those agencies about getting records of applicants
10  that would confirm their citizenship status?
11  A.   No.  I don't recall anything like
12  that.
13  Q.   That's all we have.
14      (Recess.)
15      EXAMINATION
16      QUESTIONS BY MR. KOBACH:
17  Q.   I just have a few questions.  You were
18  asked at the beginning by opposing counsel, during
19  your period working for the Secretary of State's
20  Office between 1987 and 1992, when you were
21  working on the state census about if you were
22  aware of any cases of noncitizens voting.
23      Do you remember being asked about that?
24  A.   Yeah.
25  Q.   Would those cases have been reported

Page 89

1  to you in that position at the time?
2  A.  No, most likely not.
3  Q.  Who would they have been reported to?
4  A.  The election division.
5  Q.  Okay.
6  A.  I wasn't in the election division
7  then.
8  Q.  Then you were asked about once you
9  became head of the election division from '92
10  onward, that's correct, right?  Was it '92?
11  A.  '93 technically, yes, '93.
12  Q.  And you said during that period, there
13  were dozens of cases of noncitizens registering or
14  voting that came to your attention.
15     Do you remember that?
16  A.  Yes.
17  Q.  During that period between 1993 and
18  the passage of the let's say roughly the passage
19  of the SAFE Act in 2011, was there a systematic
20  method of tracking cases of noncitizens that came
21  to the attention of the office?
22  A.  No.  They were handled on an
23  individual basis.  There wasn't a systematic way
24  to discover them.  They would just be reported to
25  us by election officers or people out in the

Page 90

1  public that would see something.  And so it was
2  just a case-by-case.
3  Q.  So prior to 2010, were county election
4  officers instructed to report to the Secretary of
5  State's Office every instance they became aware of
6  a noncitizen registry?
7  A.  No, not like that, but they were
8  aware.  I think generally they were aware that
9  they could do that.  They were told you can report
10  them here and we'll help you, but they were told
11  to report them to your county prosecutor because
12  that's where it had to be handled.
13  Q.  Did the Secretary of State's Office
14  have prosecutorial authority while you were
15  working for the Secretary of State's Office?
16  A.  No.
17  Q.  Going now to the jury forms, regarding
18  the -- you were asked about, you know, what would
19  happen if the Secretary of State's Office received
20  a person's name on a list who asserted that he was
21  a noncitizen on a juror form, and then in a case
22  like that where a person asserts noncitizen on the
23  juror form but the ELVIS file indicates that the
24  person is registered to vote and therefore
25  asserted citizenship on the voter registration

Page 91

1  form, did the Secretary of State's Office assume
2  that one form was correct and the other was not
3  necessarily?
4  A.  No, not as I recall.  In that program
5  and others that we've discussed today, an apparent
6  match would be treated as, you know, a potential.
7  Q.  And you were asked by opposing counsel
8  what we would do, what the Secretary of State's
9  Office would do, and I think you said we would
10  look for other documents to resolve the matter.
11  A.  Yeah.
12  Q.  Prior to the Secretary of State's
13  Office having prosecutorial authority, what in
14  practice did that mean, looking for some other
15  documents?
16  A.  Really the only records we had at our
17  disposal were the voter registration records,
18  could get access to both the electronic records.
19  We had access to the electronic records.  We could
20  get access to the original documents needed, but
21  voter registration records is what we had.
22  Q.  And if there was still no record
23  confirming whether the assertion of noncitizenship
24  on the juror form or the assertion of citizenship
25  on the voter registration form was correct, who

Page 92

1  would do any further investigation?
2  A.  I think the practice was to refer that
3  to law enforcement at the local level.
4  Q.  Would that be a county sheriff?
5  A.  Yeah, could be a sheriff, could be a
6  county attorney, district attorney.
7  Q.  Speaking of that, referring matters to
8  local DA's or sheriffs, you were asked in
9  Exhibit 10 about a letter from Jerome Gorman to
10  the Secretary of State's Office, Gorman being the
11  Wyandotte County DA.
12     Do you want to look at that letter again?
13  A.  Yeah, I want to.  There, at the
14  bottom.
15  Q.  Let's take a look at it.  Go ahead and
16  put it on the table.  I want to look at it with
17  you.
18     Do you see where the letter refers to --
19  you were asked about this by opposing counsel --
20  do you see where the letter refers to a 2009
21  correspondence?
22  A.  Yes.
23  Q.  And a 2011 correspondence?
24  A.  Yes.
25  Q.  You were asked by opposing counsel why

Page 93

1  the Secretary of State's Office, why there was an
2  interval of two years between the two letters.
3       Do you recall that?
4  A.  Yes.
5  Q.  Let me ask you about that in a
6  slightly different way.
7       What prompted the 2011 second letter to
8  the Wyandotte County District Attorney?
9  A.  I would have been directed by the
10  Secretary of State or the Assistant Secretary of
11  State to do that.  In my position I didn't
12  routinely write letters to district attorneys in
13  matters like this.  So I would have been asked to
14  check on that because we hadn't heard of any
15  action being taken or any followup on it.
16  Q.  So were you aware that the -- were you
17  aware of any action the Wyandotte County DA took
18  between 2009 and 2011 to respond to the Secretary
19  of State's Office first request?
20  A.  No, I'm not aware of any.
21  Q.  And were you aware of any action they
22  took after 2011 to respond to the Secretary of
23  State's second request?
24  A.  I'm not aware of anything after this
25  that says he referred it to an ADA.  I don't know

Page 94

1  of anything after that.
2  Q.  Moving on to the KDHE records, vital
3  statistics records, you were asked if the MOA
4  between the Secretary of State's Office and the
5  KDHE allowed the Secretary of State's Office to
6  determine if an alleged noncitizen was registered,
7  determine if a noncitizen -- if a person
8  registered to vote was a noncitizen.
9       If a person's citizenship was in doubt,
10  could the Secretary of State's Office include
11  that person's name in the batch of names sent to
12  KDHE in a given month to see if a Kansas birth
13  certificate existed?
14  A.  Yes.  Yeah, we could do that, yes.
15  Q.  You were also asked about the DMV and
16  training materials.  The subject of posters came
17  up that were sent to -- let me ask you about it.
18       Who produced those posters that were sent
19  to the DMV?  Were they produced by the Secretary
20  of State's Office or by the DMV?
21  A.  We did.  The posters were to inform
22  driver's license applicants who were also going to
23  be given the opportunity to register to vote
24  pursuant to MVRA to inform them of the citizenship
25  requirement and the fact that you can't register

Page 95

1  to vote if you're not a citizen.
2       So as I recall, I provided the content,
3  worked with our publications office here, and had
4  them approved by DMV officials.
5  Q.  And how many posters were produced, if
6  you remember?
7  A.  A few hundred, enough to put two or
8  more in each local office, DMV office.
9  Q.  And to your knowledge, are those
10  posters still up in the DMV offices?
11  A.  I don't have any knowledge of that.  I
12  know they were put up then.  I don't know.
13  Q.  You were also asked about the
14  instruction materials that the Secretary of
15  State's Office would produce for DMV workers.
16       After the Real ID Act was passed, so
17  roughly in the 2005, 2006 period, after that
18  point, did those materials emphasize to DMV
19  workers that only citizens should be permitted to
20  register to vote?
21  A.  As I recall, I don't have those
22  documents, but as I recall, they did begin to
23  incorporate that in those days, because before
24  that, that was not really part of the discussion.
25  Real ID and other occurrences brought citizenship

Page 96

1  kind of into the fore, and it became part of the
2  discussion.
3       And that ultimately led several years
4  later to the posters, because people were
5  unwittingly registering to vote without being
6  qualified.  And the Secretary of State at the
7  time thought that that was almost a form of
8  entrapment.
9       So that was part of the discussion.  Those
10  materials began to include that then.  And we did
11  the poster later, too.
12  Q.  And am I correct that you said that
13  the training materials were republished or renewed
14  and sent over to Department of Vehicles every two
15  to three years?
16  A.  That's my recollection.
17  Q.  So you mentioned the training
18  materials that were sent over, which included
19  after Real ID emphasis on having to be a citizen
20  to register.
21       You mentioned the posters, and then I
22  believe you also mentioned some training sessions
23  that you were directly involved in.
24  A.  With some other agencies, yes.  Oh,
25  and their DMV training sessions, yes.

Page 97

1  Q.   And did the DMV training sessions also
2  include a direction to the DMV people that only
3  citizens should be permitted to register to vote?
4  A.   As I recall yes, they did.
5  Q.   Okay, so we've got the poster, the
6  training sections and the written training
7  materials.
8      Were there any other written
9  communications or spoken communications with the
10 DMV such as like a supplemental email or a phone
11 conversation saying, telling DMV officials make
12 sure this happens?  Were there any other
13 directions and training given?
14 A.   Yeah.  There were several of us in
15 this office who could and often did make phone
16 calls or send emails to people at DMV saying
17 here's a situation we've come up with or we've had
18 a rash of incorrect applications.  This doesn't
19 always mean citizenship was involved, but just a
20 problem in the application process.
21     So it was very common for us to contact
22 them and say the office in Johnson County or in
23 Augusta needs to be retrained in some way.  They
24 need to be, have it emphasized to them.  This is
25 part of their duties, just to clean it up.

Page 98

1  Q.   So looking at those types of
2  communications, did those occur via email or via
3  phone or both?
4  A.   Both.
5  Q.   In any given year how many of those
6  corrective communications about a particular DMV
7  office would happen?
8  A.   I would say communications involving a
9  particular office or a particular applicant would
10 be probably in the dozens in an election year,
11 maybe fewer in a nonelection year.
12     MS. HA: I want to state for the
13 record that I don't think we've gotten a
14 production of any of those materials or corrective
15 actions that are relevant to this suit, so if
16 there are, I would just ask that be produced.
17     MR. KOBACH: I'll ask on the
18 record.
19 Q.   (By Mr. Kobach) Do you still have in
20 your possession any of those documents?
21 A.   No, I don't have documents in my
22 possession, I think.
23     The ones involving an individual applicant
24 would be a phone call, and it wasn't always me
25 doing it.  I don't have any of the documents.

Page 99

1  DMV, we had a good relationship with them.  They
2  were very responsive over the years in helping us
3  ferret out what had happened with a given
4  application.
5  Q.   Okay.  That's all we have.
6      EXAMINATION
7      QUESTIONS BY MS. HA:
8  Q.   Just to follow up on the training
9  material stuff, you had testified that you are not
10 aware of the Secretary of State's Office providing
11 training materials to the DMV after 2012; is that
12 correct?
13 A.   I don't recall any specific materials.
14 Q.   Do you recall any posters like the one
15 you describing provided from the Secretary of
16 State's Office to the DMV after approximately
17 2012?
18 A.   No.  The only instance I recall of
19 that was I think in 2010.
20 Q.   Do you recall any instances after 2010
21 of posters being provided?
22 A.   I don't recall any.
23 Q.   And do you recall any instances where
24 a training session was given by the Secretary of
25 State's Office to the DMV after 2012?

Page 100

1  A.   To the state DMV office?
2  Q.   Yes.
3  A.   As I recall, we had at least one
4  meeting with them to discuss the SAFE Act and how
5  it might change things.
6  Q.   And did that meeting, in that meeting,
7  do you recall discussing noncitizen voter
8  registrations at the DMV?
9  A.   I don't recall discussing that
10 specifically, no.
11 Q.   When was the last training session
12 that you recall where the Secretary of State
13 trained DMV employees about the provision of voter
14 registration forms to noncitizens?
15 A.   You say the Secretary of State trained
16 DMV employees.  That would have been the two that
17 I recall.  I don't recall going to one of those
18 personally after 2010 or so.
19 Q.   And you testified that you would have
20 been aware if anyone else at the Secretary of
21 State's Office went to a training session or
22 provided training to the DMV, correct?
23 A.   Yes.
24 Q.   And in terms of the corrective
25 materials that you were talking about earlier, was

Fish v.
Kobach

Bradley Bryant
March 29, 2017

Page 101

1 there anyone else at the Secretary of State's
2 Office who would have been involved in making
3 those phone calls or emails?
4 A.  Yes.
5 Q.  Who would they be?
6 A.  Mostly it would have been Bryan Caskey
7 other than me.
8    MS. HA: So I'll just expand my
9 production request.  If there's anything in
10 Mr. Caskey's possession that are relevant, we
11 think it's responsive to our requests.
12 Q.  (By Ms. Ha) And prior to the
13 Secretary of State's Office getting prosecutorial
14 authority in 2012, if you wanted access to an
15 individual's state records, could you have
16 reached out to the state agency to see if they
17 would give you that record?
18    MR. KOBACH: Before you answer,
19 your question had an error in it.  You said
20 Secretary of State's Office getting prosecutorial
21 authority in 2012.  It was 2015.
22    MS. HA: Thank you.
23 Q.  (By Ms. Ha) So prior to the Secretary
24 of State's Office getting prosecutorial authority
25 in 2015, if you wanted access to an individual's

Page 102

1 state records, could you have reached out to the
2 state agency for those records?
3 A.  With regard to a prosecution?
4 Q.  With regard to a potential election
5 crime by a noncitizen.
6 A.  The only state agency that could help
7 with that kind of document would have been helping
8 figure out if a noncitizen registered.  There's no
9 others that would help us find out whether they
10 voted.
11    So if it's an illegal registration, I feel
12 like I could have reached out to a state agency,
13 but it's just, it wasn't -- we didn't do that
14 really.
15 Q.  Why not?
16 A.  It was all done through these programs
17 we've already talked about, communications with
18 DMV and MOA with vital statistics and things like
19 that.  I just don't recall reaching out to other
20 state agencies to research possible election
21 crimes.
22 Q.  That's all.
23    THE REPORTER: Read and sign?
24    MR. KOBACH: Yes.
25    (The witness was excused, and

Page 103

1 the deposition ended at 12:02 p.m.)

Page 104

1         CERTIFICATE OF REPORTER
2    I, Saundra Tippins, Certified Court Reporter
3 (Missouri) and Certified Shorthand Reporter
4 (Kansas), do hereby certify that the witness whose
5 testimony appears in the foregoing deposition was
6 duly sworn by me pursuant to Section 492.010 RSMo;
7 that the testimony of said witness was taken by me
8 to the best of my ability and thereafter reduced to
9 typewriting under my direction; that I am neither
10 counsel for, related to, nor employed by any of the
11 parties to the action in which this deposition was
12 taken, and further that I am not a relative or
13 employee of any attorney or counsel employed by the
14 parties thereto, nor financially or otherwise
15 interested in the outcome of the action.
16
17
18
19
20    _____
21         Certified Court Reporter
22      Within and For the State of Missouri
23
24
25

## A

**ability (1)**
40:12

**able (1)**
17:25

**about (91)**
9:6;10:5,7,10,11,18,20,21,
24;11:6;15:13;16:16;18:16;
19:9,15;23:4;24:8;26:4,9,15;
28:23;30:16;32:5,15;35:14;
37:21;38:24;40:7,19,22;42:9,
22;44:6,15;46:14,22;47:8,17,
20;48:21;49:17;50:22,25;
51:4,10;59:22;60:3,4;61:25;
65:21;66:2,4,13;67:19;68:4;
74:15,17;75:4;76:22;78:16;
79:24;80:15;81:7,15,20;
82:10;84:18;85:14,17,18;
86:15;87:1,4,10,23;88:1,9,21,
23;89:8;90:18;92:9,19;93:5;
94:15,17;95:13;98:6;100:13,
25;102:17

**above-named (1)**
69:7

**access (13)**
23:5,9;40:19;42:6,15;44:8;
77:11,22;91:18,19,20;101:14,
25

**According (1)**
60:24

**account (1)**
18:13

**accuracy (1)**
6:16

**accurate (4)**
34:2;47:25;68:11;82:4

**ACLU (1)**
5:23

**acquiring (1)**
24:8

**acronym (1)**
12:17

**across (1)**
83:9

**Act (28)**
12:18,19;33:12,15,23,25;
44:1;47:13,18,25;49:3,11;
59:23;62:13,17;63:14,20;
64:1,3,8;80:2;82:14;87:12,18,
20;89:19;95:16;100:4

**acted (1)**
39:8

**action (7)**
29:16;70:1,5;71:15;93:15,
17,21

**actions (1)**
98:15

**activities (1)**
15:23

**actual (1)**
56:21

**actually (2)**
53:2;78:23

**ADA (1)**
93:25

**added (1)**
75:20

**additional (1)**
86:16

**address (2)**
7:1;52:12

**addresses (1)**
53:1

**Adkins (1)**
18:7

**administer (1)**
18:15

**administered (5)**

14:11;33:17;38:3;73:13;
75:6

**administering (2)**
14:6;70:22

**administration (3)**
31:8;55:15;70:8

**Administrative (2)**
13:3;61:1

**administratively (1)**
48:24

**administrator (2)**
35:10;38:21

**administrators (1)**
20:14

**advanced (1)**
52:15

**AFDC (1)**
87:13

**affidavit (4)**
14:8,14;22:9;62:19

**affiliation (1)**
52:12

**after (35)**
6:11,19;15:5;20:16;28:8;
34:15;44:1;46:8;48:12;49:18;
54:11,21;55:21;58:8,10;
59:11;61:21;62:11;68:25;
69:3;71:5;80:25;86:17;87:19;
93:22,24;94:1;95:16,17;
96:19;99:11,16,20,25;100:18

**afterwards (1)**
5:7

**again (6)**
47:12;48:7;55:5;56:1;68:6;
92:12

**against (6)**
15:24;27:11;56:10;57:16,
25;59:12

**age (1)**
5:13

**agencies (9)**
14:13;74:5;87:11,16,23,25;
88:9;96:24;102:20

**agency (5)**
22:17;101:16;102:2,6,12

**ago (2)**
9:14;10:8

**agree (4)**
25:15,20,22;61:5

**AGREED (3)**
5:2;13:12;85:6

**agreement (3)**
65:20;75:19;76:15

**ahead (2)**
40:8;92:15

**alien (3)**
39:15,25;40:3

**Allegations (2)**
17:4,5

**alleged (5)**
15:23;16:3;67:17;78:8;94:6

**allegedly (1)**
67:24

**allow (1)**
78:6

**allowed (2)**
17:20;94:5

**almost (1)**
96:7

**alone (1)**
62:25

**along (4)**
5:23;33:25;71:10,20

**already (3)**
11:9;42:10;102:17

**also (12)**
8:3;42:15;53:4,11;63:21;
75:14;87:10;94:15,22;95:13;
96:22;97:1

**although (1)**

86:2

**always (5)**
17:23;54:5;68:1;97:19;
98:24

**among (1)**
75:19

**anecdotal (1)**
68:17

**annual (1)**
81:14

**another (4)**
20:8,9;38:20;73:10

**answer (9)**
7:19,22;8:9,14,15;21:4;
22:6;47:9;101:18

**answering (1)**
8:20

**answers (2)**
7:23;19:14

**anybody (1)**
79:17

**anyone (23)**
10:4,23;21:17;22:20,24;
23:7;39:4,23;41:2;44:4;
46:25;50:12;56:5;59:13;
71:19;77:25;79:14,18;85:4,
17;86:19;100:20;101:1

**anything (14)**
8:19;9:1;11:6;12:15,16;
28:23;40:21;43:1;65:6;87:21;
88:11;93:24;94:1;101:9

**apart (1)**
81:23

**apologize (1)**
65:4

**apparent (1)**
91:5

**appeal (1)**
21:11

**appealed (1)**

18:1

**appear (1)**
76:20

**appears (2)**
35:18;53:23

**applicant (6)**
21:10;49:5;64:3;80:11;
98:9,23

**applicants (9)**
36:4,8;41:17,20;77:3;80:7;
86:8;88:9;94:22

**application (15)**
14:7;38:7;39:6,7;52:11;
65:12;73:14,15;74:7;77:9;
80:18;87:25;88:3;97:20;99:4

**applications (4)**
36:5;41:11;77:4;97:18

**applied (4)**
38:6;49:6;52:15;53:16

**applies (2)**
54:3;83:18

**applying (2)**
38:15;45:6

**approached (1)**
17:18

**approve (1)**
85:4

**approved (1)**
95:4

**approximate (1)**
16:16

**approximately (13)**
9:13;15:16;16:8;34:18,20;
43:13;55:1;57:23;68:12;
81:11;83:8;86:14;99:16

**April (1)**
65:3

**aren't (1)**
19:20

**argue (1)**

86:3

**around (2)**
81:19;86:7

**arrival (2)**
37:9,13

**ascertain (1)**
44:8

**asked (18)**
20:18;22:21;32:7,8,10,11;
88:18,23;89:8;90:18;91:7;
92:8,19,25;93:13;94:3,15;
95:13

**asking (2)**
9:6;41:3

**aspects (1)**
15:24

**asserted (2)**
90:20,25

**assertion (2)**
91:23,24

**asserts (1)**
90:22

**Assistant (4)**
9:5;15:7;24:1;93:10

**association (1)**
60:8

**assume (2)**
11:13;91:1

**assumed (1)**
14:23

**attached (2)**
66:16,24

**attachment (1)**
30:10

**attempted (1)**
33:16

**attempts (1)**
88:1

**attend (2)**
46:25;79:15

**attended (3)**
46:17;47:2,5

**attending (1)**
79:17

**attention (7)**
16:11,13;31:19;39:5;68:21;
89:14,21

**Attorney (14)**
6:18;7:2;9:10;20:9;38:23;
39:1;47:5;61:15;67:1;84:24;
85:6;92:6,6;93:8

**attorneys (6)**
32:5,12;78:4;85:2,9;93:12

**attractive (1)**
17:19

**Augusta (1)**
97:23

**authority (8)**
71:7;72:7,12;90:14;91:13;
101:14,21,24

**authorization (2)**
36:18,23

**aware (44)**
18:18,22;19:1,4;25:7,8,12;
29:19;30:2;36:13,25;37:4,8,
11;38:21;40:14;42:5,21,22,
25;56:7;58:13;66:6,11;72:8;
73:2,5,17,20;74:4;82:16,19;
85:23;88:22;90:5,8,8;93:16,
17,20,21,24;99:10;100:20

**away (1)**
19:19

## B

**back (16)**
11:25;21:24;26:12;33:21;
37:15;41:6;47:7;55:20;56:14,
24;59:21;61:10,17;62:3;65:4;
76:2

**ballot (2)**
  7:11;52:15
**ballots (1)**
  18:12
**based (5)**
  53:1;58:12;59:20;63:11,15
**basis (1)**
  89:23
**batch (1)**
  94:11
**Bates (7)**
  34:24;44:18;49:16;51:19;
  60:17;64:13;66:16
**became (6)**
  16:19;35:22;83:15;89:9;
  90:5;96:1
**because (26)**
  10:8;17:20;19:17,21;21:24;
  30:20;47:22;48:22;51:8;
  53:17;57:12;59:1;64:21;65:5;
  72:8;77:2,4;81:9;82:12;84:9,
  25;87:12;90:11;93:14;95:23;
  96:4
**become (3)**
  14:9;42:18;62:18
**becomes (1)**
  54:11
**becoming (1)**
  64:7
**been (34)**
  5:25;14:25;17:18;31:24;
  38:17;39:8;43:19,21;46:10,
  16;47:3,22;48:10;49:7;58:1,
  17;65:5;67:14;70:9;71:14,16;
  72:14,25;85:24;86:20;88:25;
  89:3;93:9,13;100:16,20;
  101:2,6;102:7
**before (18)**
  5:25;7:22;9:7;11:12,17,19,
  23;12:15;45:24;60:5;64:5;

65:2;79:6;81:23;84:18;85:5;
95:23;101:18
**began (3)**
  24:7;75:18;96:10
**begin (1)**
  95:22
**beginning (3)**
  55:12;62:12;88:18
**begun (1)**
  51:8
**behalf (1)**
  5:14
**behavior (1)**
  52:17
**being (20)**
  7:16;17:24,25;32:11;34:10,
  16;45:9;48:24;54:1;57:19;
  68:22;70:21;72:3,9;88:6,23;
  92:10;93:15;96:5;99:21
**believe (18)**
  7:13;24:15,24;32:24;39:2;
  47:3;50:14;51:7;55:12,24;
  60:5;65:11,16;71:13,25;
  73:12;75:21;96:22
**believed (2)**
  25:7;85:25
**below (4)**
  26:4;65:3,21,21
**benefits (1)**
  73:15
**besides (7)**
  11:6;22:11;27:10;29:17;
  44:11;72:17;79:14
**best (2)**
  8:2;60:25
**between (15)**
  5:3;13:12;16:6;40:18,23;
  70:13,19;74:13;84:5;85:14;
  88:20;89:17;93:2,18;94:4
**beyond (1)**

75:24
**Biggs (1)**
  85:23
**bill (3)**
  28:3,8;73:1
**birth (9)**
  21:6;36:14;52:12;53:18;
  76:10,19;77:6,22;94:12
**bit (1)**
  47:7
**BJ (3)**
  61:9,10,14
**boil (1)**
  80:4
**bold (1)**
  26:9
**both (7)**
  14:11;46:10;75:16;81:18;
  91:18;98:3,4
**bottom (4)**
  23:22;35:16;64:25;92:14
**BRADLEY (3)**
  5:4,12,19
**B-r-a-d-l-e-y (1)**
  5:20
**brain (1)**
  9:4
**break (3)**
  8:3,5;51:11
**briefly (1)**
  60:21
**bring (1)**
  12:6
**bringing (1)**
  39:4
**brings (1)**
  50:3
**brought (4)**
  16:11,13;50:12;95:25
**Bryan (6)**

20:7;43:9;47:1;57:21;78:4;
101:6
**BRYANT (7)**
  5:5,12,17,20;11:10;21:23;
  34:24
**B-r-y-a-n-t (1)**
  5:21
**built (1)**
  25:10
**bullet (2)**
  80:4,8
**Bureau (1)**
  13:13
**bureaucratic (1)**
  55:17
**burner (2)**
  61:11,18
**business (1)**
  11:3
**busy (2)**
  70:16,21

## C

**calendar (3)**
  49:15,21;50:6
**call (6)**
  12:17;19:21;31:22;53:12,
  21;98:24
**called (6)**
  9:9,10,13,14;53:6,7
**calling (1)**
  24:7
**calls (5)**
  9:12,16;24:9;97:16;101:3
**came (12)**
  16:9,10;31:18;33:25;55:20;
  57:24;68:21,23;83:9;89:14,
  20;94:16
**can (35)**

5:17;7:20;8:5,10;10:14;
11:18;16:16;19:9;21:3;23:21;
24:5;26:2,10;35:5;39:17;
49:20;56:10;57:11;60:22;
62:3,6;63:1;64:24;66:22;
74:12,16;75:14,16,17;76:10;
77:7;78:21;81:5;83:3;90:9

**cancel (1)**
52:25

**canceled (6)**
58:18,22,25;59:2,8;84:11

**cancellation (1)**
20:20

**candidate (2)**
7:5,10

**can't (20)**
6:21;7:2;19:5;30:6;39:12;
42:24;44:10;46:18;60:6;
61:22;68:2;69:17;72:19;79:4;
80:10;81:1,21;83:12;87:14;
94:25

**card (2)**
37:2,2

**cards (2)**
24:14;37:6

**careful (1)**
83:23

**carrying (1)**
85:1

**case (6)**
5:24;6:24;7:5;32:1;57:10;
90:21

**case-by-case (1)**
90:2

**cases (14)**
6:19;16:12;17:3;21:9;30:7;
31:21;42:16;56:25;69:18;
72:14;88:22,25;89:13,20

**Caskey (9)**
20:7;43:9;47:2;57:21;61:9;

64:22;65:1;78:4;101:6

**Caskey's (3)**
60:22;61:5;101:10

**caused (1)**
48:19

**cc'd (1)**
31:4

**Census (5)**
6:15;13:4,13;14:21;88:21

**certain (6)**
18:18,22;40:24;41:4;43:15;
68:22

**certainty (1)**
56:20

**certificate (3)**
77:7,22;94:13

**certificates (3)**
21:6;36:14;76:19

**chain (1)**
48:14

**chance (8)**
23:18;30:12;35:2;44:21;
51:20;60:19;64:15;66:19

**change (6)**
14:20,21;55:15;59:1;82:12;
100:5

**changed (2)**
65:7;81:10

**characterize (1)**
21:25

**Chaulk-Wentz (1)**
85:12

**Check (7)**
29:1;38:12;62:22;69:19;
77:24;78:7;93:14

**checking (2)**
57:16;59:12

**checks (1)**
77:20

**chief (1)**

52:22

**chosen (1)**
45:8

**Chris (1)**
85:23

**circumstances (1)**
32:1

**CIS (1)**
60:24

**citizen (10)**
14:9;19:15;20:25;49:6;
54:11;62:20;83:20,24;95:1;
96:19

**citizens (10)**
18:24;19:24;22:3;24:12;
30:21;52:1;54:1;64:5;95:19;
97:3

**citizenship (32)**
12:18;14:8,16;20:24;21:7;
22:9,22;23:1;29:22;34:9;
35:21;45:17,20;47:11;49:12;
60:13;61:2;62:12;64:1;66:7;
73:19;76:19;77:5;83:13;
87:19;88:10;90:25;91:24;
94:9,24;95:25;97:19

**City (1)**
60:24

**claiming (1)**
22:9

**clarify (2)**
63:8;86:8

**clarity (2)**
7:21;57:13

**clean (1)**
97:25

**clear (1)**
80:5

**close (1)**
81:22

**come (4)**

15:11;19:19;83:6;97:17

**comes (2)**
24:14;77:1

**coming (2)**
10:9;11:5

**commissioners (1)**
28:9

**committed (2)**
32:16;67:24

**committee (1)**
71:15

**common (1)**
97:21

**communicated (2)**
38:24;57:8

**communicating (2)**
32:4;44:3

**communication (3)**
40:17;65:6,15

**communications (9)**
31:10;34:14;43:25;97:9,9;
98:2,6,8;102:17

**company (2)**
17:18;18:6

**compare (1)**
56:13

**compared (4)**
21:20;25:11;52:1;54:22

**comparing (1)**
87:21

**comparison (6)**
56:9;58:17;60:1,2,4,8

**comparisons (1)**
55:2

**compiled (1)**
52:19

**complaint (1)**
84:9

**complete (1)**
77:8

**complies (2)**
26:14;62:5
**component (3)**
34:9,14;49:11
**computer (4)**
21:21;54:22;58:4;75:10
**Concerning (1)**
69:25
**concerns (3)**
13:18;15:12,19
**conclude (2)**
34:6;69:9
**conduct (3)**
24:20;25:25;78:23
**conducted (2)**
79:19;82:2
**conducting (1)**
81:18
**confirm (1)**
88:10
**confirming (1)**
91:23
**connection (1)**
42:13
**consecutive (1)**
55:6
**considered (1)**
35:19
**constantly (1)**
33:23
**constitutional (1)**
62:20
**contact (4)**
23:3;32:12;65:2;97:21
**contacted (1)**
23:8
**contacting (2)**
32:15,18
**contain (1)**
52:10

**contained (1)**
19:14
**containing (1)**
34:9
**contains (3)**
12:1;52:6,13
**contemplated (1)**
37:24
**content (1)**
95:2
**context (1)**
32:13
**continue (1)**
59:5
**continues (1)**
46:2
**conversation (3)**
9:7,8;97:11
**conversations (6)**
32:23;33:3,5;44:5,9;88:8
**coordinate (1)**
86:4
**coordinating (3)**
43:3;77:11,16
**coordinator (1)**
13:3
**copied (1)**
31:11
**copies (1)**
84:25
**copy (1)**
75:8
**cornerstone (1)**
34:17
**correct (15)**
21:1;26:21;27:18;58:19;
62:24;63:2,6,7,24;89:10;91:2,
25;96:12;99:12;100:22
**corrective (3)**
98:6,14;100:24

**correctly (8)**
26:6;30:22;35:25;45:3;
47:14;52:2;61:3;81:19
**correspondence (3)**
69:6;92:21,23
**could (27)**
20:19;29:21;36:14;42:14,
17;44:8;47:24;62:18;63:8,18;
64:5;78:19;83:4;85:7;86:3;
90:9;91:18,19;92:5,5;94:10,
14;97:15;101:15;102:1,6,12
**couldn't (2)**
38:13;40:3
**counsel (9)**
5:3,3,8:7,22;72:1;88:18;
91:7;92:19,25
**counter (1)**
80:19
**counties (9)**
13:11;14:12;20:15;27:8;
29:5,18;52:23;57:9;72:14
**country (1)**
54:10
**County (32)**
6:25;7:2;11:1;13:13;15:20;
16:1;17:22;20:13;26:10;29:3;
30:18,18,24;31:10;53:2;
56:23;57:1;66:25;69:19;
72:13;77:2,8,12,16;90:3,11;
92:4,6,11;93:8,17;97:22
**county-level (1)**
6:20
**couple (3)**
10:1;45:25;78:4
**course (1)**
85:8
**courses (1)**
29:16
**court (7)**
7:4,6,7,12;24:9,13;30:19

**courts (9)**
20:5;23:3,9;24:16,19;25:11,
17,24;27:15
**create (1)**
64:9
**created (3)**
84:17;86:9,11
**Creating (2)**
13:9;86:20
**crime (4)**
32:17;67:2,4;102:5
**crimes (15)**
13:16;15:3,23;16:3,25;
32:24;33:4;67:24;68:1;71:9;
72:7,11,23;73:4;102:21
**criminal (2)**
24:20;25:25
**cross-check (6)**
57:4,12,14;75:2;76:5,9
**cross-checked (1)**
27:11
**current (2)**
11:1;18:5
**currently (2)**
17:19;75:5
**customer (1)**
18:13
**customers (1)**
18:14

## D

**DA (2)**
92:11;93:17
**Daphne (1)**
5:22
**DA's (1)**
92:8
**data (5)**
13:12;39:14;52:24;53:3;

56:23

**database (5)**
13:9;52:5,13,20;53:3

**databases (2)**
56:14;75:9

**date (5)**
35:19,19;52:12;53:18,19

**dated (1)**
69:6

**dates (1)**
45:15

**dating (1)**
33:21

**day (1)**
17:12

**days (7)**
9:14;39:3;45:14,15;49:18;
83:25;95:23

**day-to-day (1)**
77:20

**deals (1)**
9:21

**dealt (1)**
9:23

**decade (1)**
44:13

**December (1)**
69:6

**Dechert (1)**
5:23

**Defendant (2)**
8:7,7

**Defendants (1)**
5:4

**define (1)**
57:12

**definition (1)**
51:25

**delay (1)**
35:16

**delete (1)**
52:25

**deleted (1)**
59:3

**Department (4)**
56:13;73:13;78:13;96:14

**departure (2)**
37:9,13

**depend (1)**
31:25

**Depending (1)**
47:2

**deployed (1)**
86:13

**deponent (1)**
74:14

**deposed (4)**
5:25;6:10;7:9;11:7

**deposes (1)**
5:14

**deposition (14)**
5:4;7:7,16;9:2,7,19;10:5,11,
25;11:5,11;23:12;30:8;103:1

**depositions (5)**
6:17;7:3;10:11,18,21

**Deputy (1)**
15:6

**described (1)**
34:8

**describing (1)**
99:15

**determination (1)**
40:2

**determine (7)**
31:14;34:4;49:8;54:23;
56:20;94:6,7

**determined (3)**
40:5,9;65:1

**determining (2)**
41:16;80:16

**didn't (18)**
7:1;9:24;28:19;34:10,16;
39:15;40:5;45:7,18;55:24;
70:18;83:7,19;86:1,18;87:20;
93:11;102:13

**difference (1)**
54:1

**different (4)**
45:11;70:7;87:1;93:6

**digest (1)**
80:5

**directed (2)**
67:8;93:9

**directing (2)**
19:12;56:4

**direction (3)**
39:23;86:5;97:2

**directions (1)**
97:13

**directly (4)**
31:2,3;73:24;96:23

**Director (13)**
14:21,22;15:8;16:20,21;
17:14;25:15,22;31:6;32:21;
50:2;55:14;78:12

**disappointed (1)**
48:9

**discover (1)**
89:24

**discovered (2)**
30:17;58:2

**discovery (1)**
75:25

**discuss (7)**
24:21;47:23;49:23,24;
50:13;83:4;100:4

**discussed (7)**
24:25;25:2;49:18;50:16;
68:16;82:25;91:5

**discussing (3)**

50:20;100:7,9

**discussion (8)**
59:22;81:14;83:14,15;88:1;
95:24;96:2,9

**discussions (15)**
40:22;47:16,20,22;48:1,20;
50:24;51:2;66:1,2,4;85:16,21;
87:22,23

**disposal (1)**
91:17

**disposed (1)**
31:24

**dispute (1)**
71:24

**district (11)**
20:5;23:3,8;25:11;30:19;
32:4,12;66:25;92:6;93:8,12

**districts (3)**
18:19;19:12;24:8

**Division (6)**
33:18;56:15;57:9;74:10;
89:4,6,9

**DMV (87)**
24:14;33:20,24;34:12;
35:10;36:3,4,6,8,13;37:22;
38:1;40:14,19,20,24;41:3,19;
42:13;43:3,11,14;44:4,25;
46:2,22;48:3,8;50:25;51:24;
53:8;54:20;59:14,18;60:7,10;
61:25;78:14,14,17;79:24;
80:22;81:12,14;82:2,9,16,20;
83:2,3,5,9,21;84:6,14;85:1,5,
7,17,18;86:5;87:10;94:15,19,
20;95:4,8,10,15,18;96:25;
97:1,2,10,11,16;98:6;99:1,11,
16,25;100:1,8,13,16,22;
102:18

**DMV's (3)**
42:2;84:2;86:10

**document (26)**

10:2;11:12,16,19,23;23:12,
19;30:13;35:3,24;36:18;
37:17;44:22;45:8;46:11,12;
49:4;51:18;60:20;64:4,16,18;
66:20;79:25;80:20;102:7

**documentary (1)**
14:15

**documentation (1)**
41:25

**documentations (1)**
42:7

**documented (1)**
45:9

**documents (37)**
9:18;12:2,6,9;36:4,7,10,16,
23;42:3,11,16,19,23;43:4,11,
15,16,17;44:9;47:10;49:2,13;
59:15,18,22;60:7,10;76:19;
77:5;91:10,15,20;95:22;
98:20,21,25

**doesn't (1)**
97:18

**doing (5)**
42:17;43:5;59:16;70:16;
98:25

**done (9)**
19:5;31:13;48:23;55:2;
56:17;74:8;86:24;87:18;
102:16

**don't (104)**
7:6;8:1;12:16,23;20:4,21;
21:24;22:16;23:6,10;26:17;
27:7;28:4,7,17,22,22;29:6,11;
30:6;31:16;32:24;33:5,9;
34:22;35:9;36:9,15,16;38:1;
40:9,21;41:5;43:1,1,10,12,18;
44:2,15;45:23;46:18,23;
48:15,19;50:14,22;51:9;
53:24;54:14;55:11;56:3;58:1,
3,13;59:9,9,16;60:7,11,15;

61:19;62:1;65:13,16,19,20,22,
25;66:4;67:7,13,25;68:15,18;
69:1,2;71:1,3,13;72:19;74:1,
22;76:14;77:21;78:10;79:6,
17,21;86:11,22;88:11;93:25;
95:11,12,21;98:13,21,25;
99:13,22;100:9,17;102:19

**doubt (1)**
94:9

**DOV (1)**
50:25

**down (4)**
19:18;45:25;58:9;80:4

**dozen (4)**
67:22;68:4,7,13

**Dozens (3)**
16:16;89:13;98:10

**DPOC (2)**
12:17,20

**draft (2)**
28:3;71:12

**drafting (4)**
22:18;71:10;72:4,25

**driver's (19)**
35:21;41:9,16,20;42:13;
45:6;49:5;50:1;51:25;53:9,16,
25;57:17;78:20,23;80:6,11;
86:7;94:22

**duplicates (1)**
75:14

**During (14)**
13:18,21;21:7;24:9;32:20;
42:1;45:16;50:17;63:16;79:8;
83:6;88:18;89:12,17

**duties (4)**
78:25;80:1,6;97:25

**duty (3)**
19:22;32:25;33:1

## E

**each (5)**
7:24;9:17;80:11;86:6;95:8

**earlier (8)**
20:23;27:14;48:11;59:21;
61:24;62:4;79:22;100:25

**earliest (2)**
23:21;35:5

**early (1)**
7:14

**easier (1)**
83:20

**easy (1)**
80:4

**edits (1)**
85:8

**effect (1)**
71:5

**effectively (1)**
18:14

**effort (1)**
26:4

**efforts (11)**
19:1,10;28:6;37:4,11;42:5;
51:7;73:17;76:3;84:2,13

**eight (1)**
49:18

**either (3)**
31:23;55:6;61:15

**elapsed (1)**
70:13

**election (62)**
9:21;10:7;11:2,2;13:10,16;
15:3,8,20,25;16:20,21,25;
17:14,22;20:13;25:14,21;
31:6,7,10,23;32:16,21,24;
33:4;52:22;53:2;56:15,23;
57:6,8;67:2,4,24;68:1;69:16,

19;70:15;71:9;72:7,11,22;
73:4;75:7,7;77:2,8,12,16;
78:5,11;84:23;85:3;89:4,6,9,
25;90:3;98:10;102:4,20

**election-related (1)**
13:5

**elections (5)**
15:7;17:21;18:15;52:14;
70:22

**elector (1)**
62:21

**Electronic (3)**
74:19;91:18,19

**elements (1)**
39:14

**eligibility (3)**
41:16;49:9;80:16

**eligible (2)**
17:17,24

**eliminate (1)**
75:14

**else (16)**
10:4;43:8;44:4;50:3,13;
57:19;59:13;71:19;77:25;
79:14,17,18;84:22;86:19;
100:20;101:1

**ELVIS (4)**
53:4,6,7;90:23

**email (43)**
9:4;23:22;24:6;25:16,23;
26:3,18;30:9,9;31:5;34:24;
35:6,12;37:15;41:6;42:2;44:1,
18;46:14;47:6;48:13,14,18,
19;49:18;51:14;55:23;58:2;
60:17,22;61:21;62:7;64:12,
22,23,24;66:16,22;67:9,10;
68:25;97:10;98:2

**emailed (1)**
28:18

**emails (4)**

37:23;45:15;97:16;101:3

**emphasis (2)**
87:19;96:19

**emphasize (1)**
95:18

**emphasized (1)**
97:24

**employed (3)**
61:16;68:8;72:20

**employee (1)**
83:10

**employees (7)**
78:14;82:3,17,20;85:18;
100:13,16

**employment (5)**
6:5,9;36:18,23;63:16

**enacted (1)**
73:3

**enacting (2)**
27:20,25

**enactment (1)**
64:8

**encounter (1)**
16:25

**encountered (1)**
21:10

**end (2)**
34:16;47:8

**ended (2)**
34:10;103:1

**enforcement (7)**
30:5;32:4,12,18,23;33:3;
92:3

**engaged (1)**
69:10

**enjoined (1)**
17:23

**enough (1)**
95:7

**ensure (1)**

14:4

**entailed (1)**
38:5

**enter (2)**
52:24;75:23

**entrapment (1)**
96:8

**Environment (2)**
73:14;74:11

**equipment (2)**
18:11,12

**era (1)**
85:13

**Eric (5)**
9:5;20:9;23:23;67:13;78:5

**error (1)**
101:19

**establishing (1)**
35:20

**evaluate (1)**
84:14

**evaluation (1)**
84:16

**even (2)**
72:9;88:3

**Events (1)**
74:20

**ever (10)**
20:22;23:3;24:21;36:22;
38:2;42:21,25;65:16;66:12;
72:21

**every (3)**
87:17;90:5;96:14

**everyone (2)**
54:2;86:1

**everything (1)**
48:10

**evidence (2)**
24:20;25:24

**EVVE (5)**

12:13;73:7,18;74:17,18

**exactly (3)**
46:19;80:8,10

**EXAMINATION (3)**
5:15;88:15;99:6

**examined (1)**
5:13

**except (3)**
10:11;35:23;37:17

**excerpt (2)**
26:9,18

**exchange (1)**
9:4

**excusal (2)**
26:16,19

**excuse (1)**
24:8

**excused (1)**
102:25

**executed (1)**
76:15

**Exhibit (25)**
11:10,18,20;23:11,17;30:9,
11;34:23;35:1;44:17,20;
49:16,19;51:14,15,18,20;
60:16,18;62:3;64:12,14;
66:15,18;92:9

**Exhibits (2)**
5:10;51:16

**existed (1)**
94:13

**expand (1)**
101:8

**experience (7)**
18:17;19:7;25:14,21;54:16;
63:16;87:6

**expire (1)**
53:19

**expires (2)**
53:20;54:9

**expiring (1)**
53:17

**explains (1)**
54:19

**expressions (1)**
19:6

**expressly (1)**
5:8

**extent (3)**
38:19,22;78:25

**F**

**fact (4)**
11:7;27:4;39:7;94:25

**factor (1)**
41:15

**factors (1)**
83:16

**fairly (1)**
35:10

**faith (1)**
62:23

**familiar (14)**
7:15;12:17,19;33:10,12;
36:17;37:1,3,8,19;71:4;73:7;
74:21;75:1

**February (4)**
15:9,10;16:23;17:12

**Federal (12)**
7:12;33:16,22;38:6;42:14;
45:16;52:22;73:10,15;79:1;
80:3,14

**feel (1)**
102:11

**ferret (1)**
99:3

**few (6)**
7:17;45:23;79:6;81:23;
88:17;95:7

**fewer (1)**
  98:11

**field (1)**
  17:20

**fifth (1)**
  75:20

**figure (1)**
  102:8

**file (15)**
  52:1,4,19;54:23;56:10;
  57:16,25;58:18,22;59:8,12;
  76:20,21;77:7;90:23

**filed (1)**
  7:11

**filing (1)**
  7:5

**fill (2)**
  18:19;55:18

**finally (2)**
  34:15,19

**find (9)**
  9:23,24;38:4;48:3,9;73:21;
  76:18;82:24;102:9

**finish (2)**
  7:22;14:23

**firm (1)**
  5:23

**first (14)**
  5:19;6:10,14;24:5;30:15;
  44:24;49:20;51:22;60:23;
  62:15;64:22;69:4;83:13;
  93:19

**Fish (10)**
  5:14;23:13;30:10;34:25;
  44:18;49:16;51:19;60:17;
  64:13;66:17

**five (8)**
  30:17;31:14;33:8;43:23;
  76:16;81:3,4,9

**floor (1)**

**71:**15

**Florida (4)**
  26:4,9,19;27:10

**Florida's (1)**
  26:16

**follow (3)**
  31:22;38:11;99:8

**followup (13)**
  31:13,25;42:22;48:12,16;
  55:21;61:20;65:23;68:24;
  69:2,3;74:3;93:15

**food (1)**
  87:13

**fore (1)**
  96:1

**forever (1)**
  59:3

**form (12)**
  29:16;52:12;55:18,22;
  83:11;90:21,23;91:1,2,24,25;
  96:7

**forms (25)**
  18:17,20,22;19:2,12;22:14,
  21,23,25;23:5,9;24:22;25:5;
  26:16,20,25;27:6,11;29:25;
  30:4;82:17,21;85:19;90:17;
  100:14

**forwarded (1)**
  64:22

**four (4)**
  6:3;53:18;75:19;76:16

**four-state (1)**
  75:18

**frankly (1)**
  55:16

**fraud (2)**
  6:20,22

**from (48)**
  5:22;6:10;8:20;15:9;16:18;
  17:1;18:2;19:25;20:5;22:2,3;

**23:**23;24:10,14,17;25:11,17;
  27:5,8;28:13;29:15;35:6,17;
  36:4;44:18,25;45:11;51:5,24;
  54:20;59:11,18;60:7,10;63:1,
  18;64:7;66:25;71:20;78:13;
  79:14;80:14;82:23;88:2,5;
  89:9;92:9;99:15

**front (2)**
  61:10,18

**full (2)**
  5:18,19

**further (2)**
  69:14;92:1

**future (1)**
  53:18

# G

**gain (1)**
  56:20

**Garrett (2)**
  9:9,13

**gathered (1)**
  35:18

**gave (3)**
  6:17;10:21;71:6

**gears (2)**
  33:11;73:6

**general (5)**
  18:8;44:12;48:16,20;51:4

**generally (4)**
  31:24;37:3,20;90:8

**General's (1)**
  6:18

**generic (1)**
  16:22

**gentleman (1)**
  74:10

**geography (1)**
  13:10

**getting (15)**
  23:4;37:24;40:19;48:23;
  54:12;59:11,17;60:7;65:4;
  72:14;77:10;88:9;101:13,20,
  24

**give (4)**
  49:14;51:13;74:16;101:17

**given (9)**
  25:14,21;82:21;94:12,23;
  97:13;98:5;99:3,24

**goes (1)**
  59:21

**going (20)**
  7:16;11:7,19;15:23;23:11;
  33:1,10;34:23;35:15;37:15;
  38:22,24;41:6;49:14;51:13,
  22;74:24;90:17;94:22;100:17

**gold (1)**
  47:9

**gone (1)**
  84:10

**good (1)**
  99:1

**Gorman (5)**
  66:25;68:25;70:13;92:9,10

**Gorman's (2)**
  69:4,25

**gotten (1)**
  98:13

**government (2)**
  13:14;38:7

**granted (5)**
  38:9,10;49:7;54:6;77:21

**grants (1)**
  73:3

**green (2)**
  37:2,6

**ground (1)**
  7:17

**gubernatorial (1)**

55:15

**guess (2)**
47:7;79:13

**guides (3)**
78:18;79:23,24

**guys (1)**
51:11

## H

**HA (25)**
5:16,22;8:13;10:15,17;
11:22;21:12,23;23:15,18;
40:11;51:13,18;57:15,18;
63:11,15;74:18;76:1;98:12;
99:7;101:8,12,22,23

**half (2)**
15:17;83:13

**hall (1)**
48:21

**hamper (1)**
40:12

**hand (2)**
23:11;34:23

**handing (4)**
30:8;44:17;60:16;66:15

**handle (2)**
28:19,21

**handled (2)**
89:22;90:12

**handling (2)**
38:12;65:11

**happen (3)**
19:5;90:19;98:7

**happened (5)**
33:8;70:24;83:24;86:22;
99:3

**happens (2)**
20:16;97:12

**Harden (1)**

61:14

**Harris (5)**
35:6,8;38:2;44:1,11

**Harris' (4)**
35:15;36:2;37:15;41:6

**HAVA (2)**
52:23;78:25

**having (7)**
17:25;50:9,24;66:1;85:16;
91:13;96:19

**head (1)**
89:9

**Health (2)**
73:13;74:11

**heard (5)**
12:15;74:22;82:20,23;
93:14

**held (1)**
15:9

**help (13)**
15:25;18:14;34:1;48:4;
49:8,13;61:1;73:11;84:20,24;
90:10;102:6,9

**helped (3)**
47:24;78:23;86:4

**helpful (2)**
24:17;25:18

**helping (2)**
99:2;102:7

**Henry (1)**
18:7

**HEREBY (1)**
5:2

**here's (1)**
97:17

**hinged (1)**
34:10

**history (1)**
69:15

**hold (3)**

13:24;17:19;37:13

**holders (5)**
41:9;51:25;53:9;54:24;
57:17

**holding (3)**
25:4;36:23;37:6

**home (2)**
10:3;11:24

**hope (1)**
48:25

**hundred (2)**
17:7;95:7

**Hundreds (1)**
17:7

## I

**ID (30)**
33:12,15,25;35:14,22;44:1,
4,6,8,12;45:1,5,11,14,22;
46:22;47:12,17;48:8;49:24,
25;50:13;51:1,7,8;59:23;
83:16;95:16,25;96:19

**idea (1)**
20:21

**identification (1)**
24:15

**identified (6)**
21:14;27:4;29:14,24;30:4;
72:10

**identify (15)**
19:3;24:22;25:5;26:20,25;
27:16;33:17;63:5,22;73:11;
75:10,16;76:5;87:2,7

**identifying (3)**
22:14;62:11;64:9

**identity (1)**
42:3

**identity/US (1)**
35:21

**ignoring (1)**
33:1

**illegal (4)**
69:8,10;72:11;102:11

**illegally (2)**
24:18;25:18

**image (1)**
42:11

**immigrants (1)**
41:10

**impact (3)**
50:1,21,25

**implement (2)**
45:1;47:24

**implementation (4)**
34:12;62:1;74:6;82:14

**implemented (3)**
34:15,19;45:22

**Implementing (1)**
84:7

**importance (1)**
85:2

**Inc (1)**
18:7

**incident (1)**
30:25

**include (5)**
59:6;87:23;94:10;96:10;
97:2

**included (3)**
80:15;88:6;96:18

**includes (1)**
26:9

**including (1)**
15:20

**incomplete (1)**
77:4

**incorporate (1)**
95:23

**incorporated (2)**

41:8,24

**incorrect (1)**
97:18

**independently (1)**
29:21

**indicate (1)**
21:6

**indicated (2)**
21:14;30:18

**indicates (3)**
22:8;26:19;90:23

**indicating (5)**
8:24;19:14,24;22:2;24:11

**indicator (1)**
47:21

**individual (3)**
68:17;89:23;98:23

**individuals (12)**
30:17;33:8;39:25;68:18,21;
69:8,10;70:10,14,25;76:11;
78:13

**individual's (2)**
101:15,25

**inform (2)**
94:21,24

**information (22)**
16:1;20:11;26:4;28:9,15;
29:3;35:14,17;38:4;39:10;
52:9,11,18;53:22;54:12,16;
62:23;74:17;76:25;77:11,13;
80:15

**initial (1)**
5:20

**initially (2)**
34:3,8

**input (1)**
77:17

**inquire (1)**
83:3

**inquiries (1)**

73:21

**INS (2)**
37:9,13

**instance (2)**
90:5;99:18

**instances (19)**
16:8,24,25;17:5;29:5;30:2;
31:18;32:22;33:2;72:10;79:9;
81:5,17;82:16,19;83:9;84:8;
99:20,23

**instead (1)**
53:17

**instructed (1)**
90:4

**instruction (1)**
95:14

**interact (1)**
78:12

**interested (1)**
48:23

**intern (1)**
57:21

**interpret (1)**
41:18

**interrupt (1)**
10:16

**Interstate (2)**
75:1;76:5

**interval (1)**
93:2

**into (6)**
5:7;15:18;17:25;52:24;
71:5;96:1

**investigation (1)**
92:1

**investigations (1)**
83:7

**invite (3)**
49:15,21;50:6

**involve (1)**

16:4

**involved (30)**
6:8,12,14;20:2;25:9;27:20,
24;31:2,4,7,9;38:18,19,20,23;
43:8;57:20,22;71:20;72:24;
73:23,25;74:5;77:10,19;78:1;
87:11;96:23;97:19;101:2

**involvement (4)**
71:10,12,14;84:4

**involving (4)**
15:24;68:1;98:8,23

**issues (1)**
39:5

**item (1)**
26:15

**itself (1)**
45:12

# J

**Jackson (1)**
6:25

**January (3)**
45:2,22;49:25

**Jenny (1)**
85:11

**Jerome (2)**
66:25;92:9

**job (1)**
11:1

**jog (1)**
9:25

**John (1)**
85:12

**Johnson (1)**
97:22

**judicial (3)**
18:18;19:12;24:8

**July (3)**
35:18;51:5;71:5

**jump (1)**
87:5

**jurisdictions (1)**
72:17

**juror (27)**
18:17,22;19:2;20:3;21:14;
22:13,18,21,25;23:5,9;24:10,
22;25:5;26:16,19,25;27:6,11,
15;29:9,16,25;30:4;90:21,23;
91:24

**jurors (7)**
18:19,23;22:22,23;24:13;
27:16;30:20

**juror's (1)**
23:1

**jury (9)**
19:22;21:13;24:8;28:9;
29:23;32:13,25;33:1;90:17

**Just (42)**
6:8;7:3,7,16,21,23;8:2,3;
9:6,25,25;10:8,10;12:14,20;
21:19;26:10;29:1;34:16;
37:16;39:7;43:1,10;44:12;
49:18;50:18;55:24;62:4;
63:11,15;80:18;86:25;88:17;
89:24;90:2;97:19,25;98:16;
99:8;101:8;102:13,19

# K

**Kansas (31)**
6:15;9:20;13:4;15:14,24;
16:15;18:10,19;22:17;26:23;
27:4,23;33:17,20;34:12;
40:15;42:2;52:7;53:6,15;
56:22;58:24;60:24;62:8,17;
69:16;72:17;75:6;77:7;80:3;
94:12

**Kaspar (2)**
50:2,10

**KDHE (3)**
94:2,5,12

**KDOR (2)**
41:23;44:4

**keep (3)**
17:20;31:8;34:1

**kept (2)**
17:22;36:6

**kind (6)**
6:21;9:25;48:22;86:25;
96:1;102:7

**kinds (1)**
73:16

**knew (4)**
10:9;19:25;22:3;49:6

**Knoff (1)**
57:22

**know (67)**
8:2,4;9:6;10:8;21:17;22:13,
16,17,20,24;27:3,7,23;28:2,7,
17;30:7;31:3,4;36:6,9,14,16,
21;37:21;38:10;42:16;43:1;
45:9;48:21,22,24;50:15;
53:22;54:7,12,14;55:8,11,11;
58:3;60:12,15;65:6,8,10,13,
19,20,22,23,25;71:3;72:19;
74:1,2,22;76:3,14;82:11,13;
86:12;90:18;91:6;93:25;
95:12,12

**knowledge (12)**
27:9,13;38:8;39:9;40:1;
72:16;76:8;81:25;82:6;86:23;
95:9,11

**known (2)**
53:4,11

**KOBACH (24)**
8:10,24,25;9:11,14;10:13,
16;21:2;23:14,16;40:6;44:25;
57:11;63:8,13;70:20;71:25;
74:12;75:23;88:16;98:17,19;

101:18;102:24

**Kriegshauser (3)**
39:2;72:1;85:13

**Kriegshauser's (1)**
72:2

## L

**language (1)**
85:25

**large (1)**
41:8

**last (16)**
5:20;7:8,13;17:12;24:7;
26:2,8;41:22;47:6;65:2,5;
80:23;81:25;82:5,7;100:11

**late (2)**
7:14;83:22

**later (2)**
96:4,11

**latter (1)**
15:17

**Lauren (1)**
57:22

**law (19)**
5:23;15:24;19:11;30:4;
32:4,12,18,23;33:3,16;42:14;
45:16;52:23;56:22;58:24;
61:15;80:3,14;92:3

**lawful (8)**
5:13;34:11;36:3,7,11;
45:20;47:10;49:2

**laws (3)**
79:1;80:3;84:25

**lawsuit (1)**
6:16

**lawsuits (1)**
6:10

**lays (1)**
80:1

**learn (1)**
61:25

**learned (4)**
15:12;37:23;39:18;44:25

**least (6)**
37:25;38:23;72:4;81:14;
83:22;100:3

**leave (3)**
17:10,16;54:10

**led (2)**
6:9;96:3

**left (9)**
14:22;16:7;17:2,13;45:24;
51:5;71:5;74:8;75:21

**legal (3)**
57:9;72:1;74:10

**legislation (11)**
15:8;27:15,21,25;28:1,6;
31:9;71:4,11,20;73:3

**legislators (1)**
28:3

**length (1)**
10:12

**Less (4)**
17:8;34:3,7;81:2

**letter (17)**
66:16,24;67:1,3,7,9;68:18,
25;69:1,4,25;70:2;92:9,12,18,
20;93:7

**letters (10)**
67:6,16,19;68:5,8,10,14;
70:13;93:2,12

**level (3)**
83:3;84:4;92:3

**levels (1)**
13:14

**license (20)**
35:22;41:9,16,20;42:13;
45:7;49:5;51:25;53:9,16,25;
54:6,9;57:17;78:20,24;80:7,

11;86:7;94:22

**licenses (1)**
50:1

**life (1)**
83:13

**light (1)**
83:6

**likely (4)**
46:18,19;67:13;89:2

**limited (3)**
19:17;20:1;51:9

**line (6)**
26:2;30:16;46:1;47:6;
56:19,19

**lines (3)**
45:25;47:8;49:21

**Lisa (2)**
50:2,10

**list (37)**
9:22;21:20;22:8,11;24:15;
36:15,22;37:5,12;51:24;52:6;
53:9,11,13,14,23;54:2,2,3,8,
13,16,20;55:9;56:9,17;57:16,
25;58:4,7,16;59:12;60:1,13;
69:12;75:13;90:20

**listed (2)**
50:18;58:23

**lists (19)**
20:5,6,11,14;21:14,20;
25:11;27:12,16;28:17,19,21,
25;29:10;31:9;34:2;47:25;
56:14;77:24

**little (3)**
47:7;55:16;79:25

**live (1)**
7:1

**lobbying (1)**
28:6

**local (3)**
92:3,8;95:8

**locals (1)**
83:4

**log (1)**
29:4

**long (5)**
8:4;9:16;10:22;54:7;80:20

**longer (1)**
58:4

**look (9)**
26:2;35:5;51:20;60:22;
83:1;91:10;92:12,15,16

**looked (3)**
20:24;33:25;69:14

**looking (13)**
12:14;23:17;30:11;35:1;
44:20;49:12,19;51:15;60:18;
64:14;66:18;91:14;98:1

**looks (1)**
49:17

**lot (1)**
70:16

**lots (1)**
52:15

**loud (1)**
64:25

## M

**ma'am (1)**
17:15

**made (5)**
21:10;26:5;44:11;55:13;
56:9

**mail (1)**
28:18

**mails (1)**
24:14

**main (1)**
18:1

**maintained (3)**

**maintains (1)**
77:23

**maintenance (2)**
9:22;75:13

**Make (7)**
7:19;8:8;31:22;59:14;80:5;
97:11,15

**makes (2)**
31:11;55:3

**making (4)**
13:12;41:11;60:9;101:2

**manage (2)**
53:3;74:7

**managed (1)**
52:21

**manages (1)**
53:3

**manuals (2)**
81:8;85:5

**many (17)**
6:2;16:8,24;20:22;43:14,
18;45:19;57:24;58:7;67:19,
23;68:13;72:13;79:8;83:9;
95:5;98:5

**marked (8)**
5:10;11:20;23:12;30:9,10;
49:16;51:14,16

**match (2)**
27:7;91:6

**matched (1)**
69:13

**matches (9)**
56:16,18,21;58:2;59:4,11,
15,18;75:10

**material (1)**
99:9

**materials (17)**
82:8;84:8,17;85:10;86:21;
87:9;94:16;95:14,18;96:10,

13,18;97:7;98:14;99:11,13;
100:25

**matter (3)**
31:24;70:1;91:10

**matters (3)**
15:8;92:7;93:13

**may (18)**
5:5;8:8;13:1;24:17,19;25:5,
17,24;31:20;32:16;38:16;
45:8;47:3,4;56:25;58:1,25;
71:24

**maybe (6)**
6:19;54:20;55:5;74:16;
76:16;98:11

**mean (17)**
32:8;36:3;41:12,14;52:24;
58:21;60:1;62:15;63:25;
69:20;81:2,4;86:12;87:8,18;
91:14;97:19

**meaning (2)**
41:18;69:15;75:11

**means (1)**
47:9

**measures (1)**
14:3

**media (1)**
26:4

**Medicaid (1)**
87:13

**meet (3)**
48:2;50:1;87:16

**meeting (27)**
10:13;24:24;39:11;40:3,8;
46:1,2,6,8,9,11,13,16,19;47:3;
48:2,21;49:22,23,24;50:4,9,
17,23;100:4,6,6

**meetings (8)**
25:9;38:1;39:17;46:21,25;
48:20;51:10;87:10

**Melissa (1)**

85:12

**member (1)**
31:21

**Memorandum (2)**
65:19;76:15

**memory (2)**
9:4,25

**mentioned (6)**
11:4;27:14;53:8;96:17,21,
22

**met (3)**
5:22;61:25;62:20

**method (8)**
62:9,10,25;63:4,17,21;64:9;
89:20

**methods (3)**
6:16;87:1,3

**middle (3)**
5:20;30:16;60:23

**might (6)**
34:4,17;36:16;74:13;88:3;
100:5

**Mike (2)**
43:9;47:1

**mind (1)**
39:13

**minutes (2)**
9:17;10:8

**mischaracterizes (2)**
21:3;40:7

**mistakenly (1)**
88:6

**misunderstanding (1)**
74:13

**mix (1)**
41:9

**MOA (9)**
65:7,17;66:2,4;76:17;77:17,
21;94:3;102:18

**modify (1)**

53:1

**monitor (1)**
84:2

**monitored (1)**
84:3

**monitoring (2)**
71:14,16

**month (1)**
94:12

**more (18)**
43:19,21,23;55:16;56:20;
58:1;67:22;68:5,7;70:17;
74:16,17;75:12;81:4,9;83:25;
88:5;95:8

**morning (2)**
11:5;87:4

**most (7)**
33:19;46:18,19;58:25;
67:13;87:13;89:2

**mostly (2)**
18:10;101:6

**Motor (2)**
33:18;87:12

**move (2)**
17:25;74:24

**moving (3)**
17:21;65:8;94:2

**much (5)**
9:24;74:23;80:16;83:20;
86:24

**must (2)**
55:4;80:12

**MVRA (7)**
78:25;80:24;83:13,17;
85:25;87:12;94:24

## N

**name (9)**
5:18,19,19,20;18:5;72:19;

76:14;90:20;94:11

**names (5)**
29:24;50:15;69:13;87:14;
94:11

**NAPHSIS (1)**
74:20

**National (2)**
33:22;80:2

**necessarily (3)**
45:20;47:11;91:3

**necessary (2)**
24:20;25:24

**need (4)**
9:7;39:19;81:15;97:24

**needed (1)**
91:20

**needs (1)**
97:23

**never (8)**
9:8;38:9,10,13,13;55:20;
62:8;84:21

**new (5)**
55:14,16;74:6;81:16;87:14

**news (2)**
26:9,15

**next (4)**
14:21;15:6;74:24;76:1

**nobody (1)**
83:23

**noncitizen (15)**
21:15;29:15;41:10;53:16;
54:24;83:10;90:6,21,22;94:6,
7,8;100:7;102:5,8

**noncitizens (58)**
13:20;14:4;15:13;16:4,8,
13;17:1;19:3;22:15;24:17,18,
19,22;25:5,17,18,23;26:20,25;
27:5,17;28:10;30:4;31:15,19;
32:16;33:4;36:10;41:20;58:8;
62:10;63:1,5,18,22;64:6,9;

67:17,23;68:2,10,13;72:17,
22;76:6;78:8;82:18,21;85:17,
19;87:2,7,24;88:2,22;89:13,
20;100:14

**noncitizenship (1)**
91:23

**non-driver (1)**
24:15

**None (1)**
36:12

**nonelection (1)**
98:11

**non-US (1)**
52:1

**noon (1)**
10:14

**normal (1)**
56:22

**north (1)**
6:25

**Nos (2)**
5:11;51:17

**notary (1)**
5:6

**nothing (2)**
10:22;14:6

**notice (2)**
11:11;65:3

**notify (1)**
20:19

**number (3)**
33:20;39:15;83:12

**numbers (2)**
39:25;40:4

**numerous (1)**
51:2

## O

**oath (1)**

8:16

**object (1)**
40:6

**Objection (2)**
21:2;75:24

**objections (2)**
8:8,14

**obstacle (1)**
39:22

**obtain (3)**
54:20,21;55:9

**obtained (3)**
25:10;51:24;57:7

**obtaining (1)**
59:22

**occasionally (2)**
38:11;67:6

**occasions (3)**
21:5;78:21;79:2

**occur (2)**
79:3;98:2

**occurrences (1)**
95:25

**off (6)**
8:10,12;11:19;21:22;51:8;
70:17

**offer (2)**
80:6;85:8

**offered (6)**
80:12;82:17;83:10,18;
85:24;86:1

**offering (3)**
17:18;85:17,18

**offhandedly (1)**
11:4

**office (137)**
6:5,18;9:10;10:5,7,24;
12:25;13:19;14:11;15:13;
16:7;17:2,11;18:3;19:2,13;
20:24;21:18;22:21,25;23:4,8;

26:24;27:4,17,24;28:1,2,5,11,
16,20,21,24;29:9,13,14,21;
30:3,17;31:13,22;36:12,22;
37:5,12,25;38:15;39:24;40:3,
18,23;41:3;42:6,20;46:24;
47:17;48:17;51:6,24;52:21;
54:15;55:9;56:6;57:6;59:14;
60:24;61:7,16;63:17;65:2,24;
68:9;69:19;71:6,17,21;72:6,
10,21;73:18;75:7,21;76:4,9,
15,23;77:8;78:1,5,7;79:15,19,
23;82:2,7;83:2;84:1,5,14,24;
85:3;86:20;87:6;88:20;89:21;
90:5,13,15,19;91:1,9,13;
92:10;93:1,19;94:4,5,10,20;
95:3,8,8,15;97:15,22;98:7,9;
99:10,16,25;100:1,21;101:2,
13,20,24

**officer (1)**
31:23

**officers (9)**
11:2;15:21;17:23;20:13;
56:23;77:2,17;89:25;90:4

**offices (6)**
31:10;53:2;57:8;66:10;
77:12;95:10

**official (1)**
52:22

**officials (13)**
38:1;48:3,8;61:25;75:8;
78:20,24;81:14;83:3,21;85:3;
95:4;97:11

**often (5)**
28:9;58:25;81:11;83:25;
97:15

**Oh (1)**
96:24

**Okay (24)**
7:15;8:6;11:25;26:14;28:2;
32:11;35:1;39:16;40:11;

43:13;44:14,20;45:21,25;
49:10,19;61:23;66:18;72:20;
77:25;80:20;89:5;97:5;99:5

**on (76)**
5:13;7:11,24;12:12;15:23;
20:11;22:7;23:22;26:8,12;
29:24;30:4;31:4,11,25;33:20,
24;34:10;35:15;38:22,24;
39:8,12;47:2;48:13,22;50:1,
21,25;51:8;52:11;53:1,17,19,
23;54:7,13,16;58:7,12,16;
61:10,18;62:23;63:12,15;
64:24;65:3;69:12;70:1;71:13,
25;74:3,24;76:19;77:7,17;
78:24;82:4;87:17,19;88:21;
89:22;90:20,21,22,25;91:24,
25;92:16;93:14,15;94:2;
96:19;98:17;99:8

**once (3)**
47:11;87:16;89:8

**One (37)**
6:24;7:13;11:13,14,24;20:7,
8;35:16;36:15;38:2,23;39:17;
40:16;41:15;43:6,10;46:7;
48:6;49:11;53:6;57:5,18;
62:25;63:4,17;75:12;79:5,5;
81:16,20,21;82:5;83:21;91:2;
99:14;100:3,17

**ones (3)**
68:17;85:22;98:23

**only (10)**
21:9;68:5,10;71:14;83:14;
91:16;95:19;97:2;99:18;
102:6

**onward (1)**
89:10

**opportunity (3)**
80:12;86:2;94:23

**opposing (4)**
88:18;91:7;92:19,25

**optional (6)**
45:1,5,19,21;46:22;49:25

**orally (1)**
7:20

**order (1)**
14:9

**organizer (1)**
49:15

**original (4)**
35:21;41:10,11;91:20

**originally (1)**
42:14

**other (47)**
7:24;12:21;14:6,12;15:21;
16:24;19:25;20:8;21:13;22:3,
10,13;29:16;43:11;44:6;
51:10;52:9;60:5,12;62:7,8,20;
66:6,12;67:16;72:11,16,22;
73:2;76:9;81:21;82:25;83:16;
85:3;87:3,11,21;88:4;91:2,10,
14;95:25;96:24;97:8,12;
101:7;102:19

**others (10)**
7:3;36:15;44:11;47:3,23;
68:16;84:23;85:15;91:5;
102:9

**otherwise (1)**
71:10

**Ours (1)**
53:6

**out (33)**
9:20,23;10:14;18:20;19:22;
24:17;25:18;34:2,7;38:4;
43:14;45:18;48:3,10;55:18;
62:6;64:25;66:12;68:23;
73:21;76:18;77:1;80:1;85:1;
87:5;89:25;99:3;101:16;
102:1,8,9,12,19

**outcome (2)**
43:12;50:23

**outside (1)**
10:23

**over (17)**
6:16;7:24;17:21;44:6,12;
47:4;48:6;51:3;67:20;68:8;
72:8;74:14;80:23,25;96:14,
18;99:2

**oversaw (1)**
73:15

**overseeing (1)**
67:14

**own (2)**
42:12;52:24

# P

**page (6)**
23:22;26:8,12;35:16;60:23;
64:25

**pages (2)**
10:1;80:21

**paragraph (8)**
24:6;30:16;41:7,23;51:23;
54:19;62:6;69:24

**parentheses (1)**
37:16

**part (12)**
42:18;43:5;49:23;72:25;
73:12;82:13;83:14,15;95:24;
96:1,9;97:25

**participant (2)**
37:22;43:6

**participate (5)**
38:8;39:14,20;40:13;75:8

**participated (1)**
84:22

**participating (1)**
75:22

**participation (1)**
65:12

**particular (4)**
67:7;98:6,9,9

**particulars (1)**
48:4

**party (1)**
52:12

**passage (4)**
9:20;33:22;89:18,18

**passed (5)**
19:11;80:24;82:14;87:20;
95:16

**past (1)**
55:13

**pending (2)**
8:4;74:5

**people (37)**
10:9;15:20,21;16:1;19:21,
24;20:8;22:2;31:14;32:23;
33:3,17;37:13;38:3;43:6;
44:6;45:17;48:13;50:25;51:2;
53:14;54:3;57:5,19;58:7;
59:7;60:13;75:11,16;76:20;
79:8,13;85:24;89:25;96:4;
97:2,16

**per (1)**
83:7

**perception (2)**
19:16,20

**period (10)**
14:1,24;32:20;35:10;45:16;
48:7;88:19;89:12,17;95:17

**permanent (1)**
37:2

**permission (1)**
53:20

**permit (1)**
36:19

**permits (1)**
36:24

**permitted (2)**

95:19;97:3

**person (22)**
6:25;14:8,22;19:14,18;20:7,
19,25;29:2;38:12,20;45:6;
54:11;55:14;56:12;57:24;
58:24;62:18;65:11;90:22,24;
94:7

**personally (4)**
78:22;79:10;81:5;100:18

**persons (2)**
36:23;37:6

**person's (4)**
53:19;90:20;94:9,11

**pertain (1)**
19:6

**petition (1)**
7:11

**phone (6)**
31:22;97:10,15;98:3,24;
101:3

**physical (1)**
46:11

**place (3)**
29:8;31:17;61:1

**placed (2)**
86:6,10

**Plaintiffs (3)**
5:3,14,24

**plan (3)**
45:1;73:20;74:3

**Please (3)**
26:3;41:1;65:8

**pm (1)**
103:1

**point (5)**
40:16;52:15;55:24;61:24;
95:18

**points (2)**
80:4,9

**policy (3)**

29:7,12,12

**pool (1)**
24:13

**portion (2)**
12:19;37:16

**position (6)**
15:9;17:19,25;35:13;89:1;
93:11

**possession (3)**
98:20,22;101:10

**possible (3)**
69:7;75:10;102:20

**possibly (3)**
20:9;43:24;73:20

**poster (2)**
96:11;97:5

**posters (14)**
78:18;86:6,9,16,21;94:16,
18,21;95:5,10;96:4,21;99:14,
21

**potential (20)**
18:19,23;22:14,22;24:13;
26:25;27:5;28:10;29:14;30:5;
32:5;39:5;56:15,18;57:10;
58:7;67:17;87:7;91:6;102:4

**potentially (1)**
59:5

**practice (3)**
31:17;91:14;92:2

**preceded (1)**
46:13

**preceding (1)**
72:9

**precincts (2)**
13:11,11

**prepare (2)**
9:1,19

**presence (7)**
34:11;36:4,7,11;45:20;
47:10;49:2

**present (1)**
24:25

**presented (1)**
42:3

**presume (1)**
33:18

**pretty (2)**
80:16;86:24

**prevent (5)**
8:19;63:1,18;87:2;88:2

**prevented (1)**
64:6

**preventing (5)**
62:9,14;64:2;88:1,5

**previous (2)**
52:13;69:2

**print (1)**
18:12

**Prior (6)**
63:13,20;90:3;91:12;
101:12,23

**priorities (1)**
70:22

**prioritize (1)**
70:19

**private (1)**
17:21

**Probably (14)**
6:3;7:14,15;13:14;15:17;
20:8;37:25;76:2;79:5,13;
80:23;81:23;82:5;98:10

**problem (2)**
21:10;97:20

**problems (1)**
39:5

**procedure (1)**
61:1

**process (20)**
15:25;21:8;28:24;34:13;
35:20;38:18,23;39:6;55:16;

56:11,22;57:4;73:14,23;74:7;
80:15,18;88:4,7;97:20

**produce (2)**
86:5;95:15

**produced (13)**
5:13;27:8;46:8,12;58:4;
59:23;64:19;68:16;78:18;
94:18,19;95:5;98:16

**producing (1)**
42:11

**production (2)**
98:14;101:9

**program (37)**
12:13;18:11;19:16;25:10;
32:6,14;37:19;38:3;41:15;
47:23;54:22;56:13;58:4;
60:25;61:21;65:13;66:3,13;
68:15,23;73:10,13;74:17,18;
75:2,4,5,10,13;76:5,10,13;
77:1;79:5;84:16;86:4;91:4

**programs (11)**
31:8;33:21,24;38:21;78:22;
82:25;84:7;87:8,21;88:4;
102:16

**progress (1)**
71:15

**project (4)**
6:11,14;14:23;48:23

**projected (1)**
39:12

**projects (2)**
6:8,12

**prompted (1)**
93:7

**proof (7)**
14:15;34:9;36:11;49:12;
69:20,21;77:6

**prosecute (7)**
71:7;72:7,12,15,17,22;73:4

**prosecuted (2)**

7:2;71:2

**prosecution (7)**
30:5;57:10;59:6;67:17;
69:7;75:17;102:3

**prosecutions (5)**
6:20;32:5;67:2,4,15

**prosecutor (2)**
31:23;90:11

**prosecutorial (5)**
90:14;91:13;101:13,20,24

**prosecutors (3)**
16:2;57:2;72:13

**prove (3)**
24:20;25:25;45:17

**proved (1)**
49:5

**provide (11)**
16:1;19:13;20:12,16;35:13;
36:10;39:10;45:7;64:4;79:25;
84:25

**provided (16)**
10:2;42:19,23,25;43:11;
47:10;62:13;64:2;77:5;80:22;
81:12;82:8;95:2;99:15,21;
100:22

**provides (1)**
79:23

**providing (3)**
75:8;84:7;99:10

**proving (1)**
64:4

**provision (2)**
49:1;100:13

**PS (1)**
26:3

**public (3)**
5:6;15:22;90:1

**publications (1)**
95:3

**purposes (1)**

42:12

**pursuant (2)**
52:22;94:24

**pursuing (1)**
47:24

**pushing (2)**
71:10,20

**put (5)**
61:10,17;92:16;95:7,12

---

## Q

**qualifications (2)**
18:20;62:21

**qualified (2)**
30:19;96:6

**qualify (1)**
60:25

**question (11)**
7:22;8:1,4,15;16:12;21:4;
22:5;70:21;75:24;76:1;
101:19

**questionnaire (2)**
32:14,25

**questionnaires (6)**
19:18,23;22:2,18;29:23;
33:2

**QUESTIONS (7)**
5:16;7:19;8:8,20;88:16,17;
99:7

**quote (1)**
46:3

**quoted (1)**
80:14

---

## R

**racked (1)**
9:3

**ran (1)**

57:24

**range (2)**
28:13,13

**rash (1)**
97:18

**Raymond (1)**
65:10

**Rayner (2)**
65:10,24

**Rayner's (1)**
64:24

**reach (1)**
66:12

**reached (4)**
43:14;101:16;102:1,12

**reaching (1)**
102:19

**read (20)**
9:3,20;10:1;21:23;24:5;
26:6,10;30:22;35:25;37:17;
45:3;47:14;49:20;51:22;52:2;
61:3;62:6;64:24;66:22;
102:23

**Reading (1)**
31:1

**ready (1)**
85:7

**Real (30)**
33:12,14,25;35:14,22;44:1,
4,6,8,12;45:1,5,11,14,22;
46:22;47:12,17;48:7;49:24,
25;50:13;51:1,7,8;59:23;
83:16;95:16,25;96:19

**really (13)**
10:10;21:19;28:22;34:1,22;
36:20;38:5;55:24;83:14;
87:20;91:16;95:24;102:14

**reason (4)**
8:9;53:21;55:11;70:12

**reasons (3)**

---

18:1;45:8;58:23

**recall (110)**
16:6;20:6,12;23:6,7,10;
25:4;26:15;28:4,5,8;30:24;
31:12,16;32:11,15;34:18;
35:11;38:2;39:4;40:21,22;
41:2,5;43:1,18,25;44:2,3;
45:21,23;46:6,21;47:16;
48:12,15,16;50:4,9,12,16,19,
20,22,24;51:9;53:24;55:21,
23;56:3,4,5;57:19,21,23;58:6,
6,13;59:9,10;61:17,20,22;
62:1;65:14;66:1,4;67:3,25;
68:15,20;69:3;70:4,6;71:2;
72:2;79:17,18,21;80:9,10;
81:1,19,21;83:8,12;85:9,11,
16,22;88:11;91:4;93:3;95:2,
21,22;97:4;99:13,14,18,20,22,
23;100:3,7,9,12,17,17;102:19

**receipt (2)**
29:9;69:5

**receive (6)**
19:23;22:1;24:10;42:15;
46:14;56:9

**received (10)**
11:14,24;20:4;21:13;24:19;
25:24;28:18;49:4;66:24;
90:19

**receiving (3)**
24:16;25:16;28:25

**recent (3)**
46:2;67:1,3

**Recess (2)**
51:12;88:14

**recollection (4)**
31:2;33:7;68:3;96:16

**record (16)**
5:18;8:11,12;13:9;21:22;
24:5;37:9;42:18;49:20;66:22;
69:13,15;91:22;98:13,18;

101:17

**records (36)**
19:25;20:3,25;21:12,13;
22:3,5,11;24:9;25:12;36:7;
37:13;42:13;52:13,25;53:25;
55:19;57:6,7;59:2;76:10;
77:20,22;78:7;87:21;88:9;
91:16,17,18,19,21;94:2,3;
101:15;102:1,2

**redactions (1)**
64:18

**redo (1)**
11:18

**refer (6)**
16:22;29:3;56:24;57:1;
59:5;92:2

**referenced (4)**
65:17;67:9;69:1,10

**referral (2)**
57:4;69:2

**referred (7)**
27:8;29:5;30:3;57:1;72:12;
75:17;93:25

**referring (11)**
22:6,10;29:17;57:14,15;
61:18;67:5,16;68:5,9;92:7

**refers (2)**
92:18,20

**reflected (2)**
54:13;65:7

**regard (3)**
32:25;102:3,4

**regarding (21)**
18:20;28:10;29:23;32:24;
33:4;34:15;44:1,4;48:17;
50:21;61:20;67:2,4,23;68:10;
69:7;70:9,14;77:12;78:14;
90:17

**regards (2)**
29:8;78:17

**region (1)**
75:20

**register (9)**
80:13;84:2,15;86:2;94:23,
25;95:20;96:20;97:3

**registered (41)**
7:1;14:10;19:3;22:15;
24:23;25:6;26:20;27:1,5;29:2,
15;31:20;52:7;54:24;58:8,17,
24;59:7;60:14;62:11,18;63:5,
22;64:6,7,10;66:7;73:19;
75:12,15;76:6,11;78:8;83:5;
84:11;87:3,24;90:24;94:6,8;
102:8

**registering (10)**
13:20;14:4;15:13;16:9,13;
63:1,19;88:2;89:13;96:5

**registration (53)**
6:24;9:22;14:7,13;20:14,
21;21:8,20;22:7,11;25:12;
27:12;31:7;33:23;34:2,16;
42:18;47:25;49:7,8;50:7,21;
51:1;52:5,16;54:23;58:25;
64:4;69:8,11,13;75:9;77:3,9;
78:24;80:2,6;82:17,21;83:2,
10,19;84:10;85:19,25;87:12;
88:7;90:25;91:17,21,25;
100:14;102:11

**registrations (2)**
62:10;100:8

**registry (1)**
90:6

**relate (1)**
17:1

**related (4)**
13:16;15:3;28:6;52:16

**relation (1)**
6:4

**relationship (1)**
99:1

**relevant (5)**
35:19;42:17;80:3;98:15;
101:10

**remember (45)**
6:21,22;7:2,6;9:22;25:1;
28:22,23;29:4,6,11;33:5;35:9;
39:12,18;43:10,12,13;44:15;
46:19;55:1;59:16,17;60:6,7,9;
67:7,13;68:12,18,24;69:17;
70:2,24;71:19;78:21;79:4,6;
81:6,18,20;87:14;88:23;
89:15;95:6

**renewal (2)**
41:10;80:12

**renewed (2)**
54:10;96:13

**renews (1)**
83:18

**Repeat (1)**
41:1

**rephrase (1)**
8:2

**reply (1)**
35:15

**report (6)**
15:21,22;24:2;90:4,9,11

**reported (5)**
38:20;56:14;88:25;89:3,24

**reporter (5)**
5:6,10;11:20;51:16;102:23

**reporting (1)**
48:5

**represent (1)**
5:24

**representative (2)**
18:13,14

**represented (2)**
6:18;8:22

**republished (1)**
96:13

**Fish v.**
**Kobach**

**request (12)**
44:11;48:2;55:13;59:14;
60:9;70:1,4;76:17,17;93:19,
23;101:9
**requested (3)**
22:25;42:10,15
**requesting (1)**
69:6
**requests (5)**
12:1,7,10,12;101:11
**require (2)**
14:7;86:1
**required (7)**
27:15;39:14;42:14;45:7,10,
17;64:3
**requirement (3)**
62:13;64:1;94:25
**requirements (5)**
35:23;45:14;47:13,18;49:3
**research (2)**
72:21;102:20
**researching (3)**
72:25;84:8,12
**reserved (1)**
5:8
**reside (1)**
53:20
**residence (2)**
52:13;59:1
**resident (1)**
37:2
**residents (1)**
73:11
**residing (1)**
53:15
**resolve (2)**
76:2;91:10
**respond (2)**
93:18,22
**responding (1)**

**35:17**
**response (5)**
24:14;25:23;36:3;55:25;
67:1
**responses (4)**
24:11,16,18;25:16
**responsibilities (4)**
13:6,15;15:2;18:9
**responsibility (2)**
32:3;43:3
**responsible (1)**
22:18
**responsive (4)**
12:6,9;99:2;101:11
**result (2)**
20:20;59:23
**results (5)**
40:24;41:3;56:15;57:7,24
**retain (2)**
24:16;25:17
**retired (1)**
18:2
**retirement (2)**
17:17,24
**retrained (1)**
97:23
**Revenue (1)**
78:13
**review (15)**
9:18;12:4;21:12;23:19;
30:12;35:2;44:21;56:19;59:5,
6;60:19;64:15;66:19;83:6;
84:24
**reviewed (5)**
20:6;21:5;57:6,7;70:1
**reviewing (2)**
19:17;20:2
**reviews (1)**
19:18
**RFP (9)**

23:13;30:10;34:25;44:19;
49:17;51:19;60:17;64:13;
66:17
**Right (4)**
49:10;63:3;87:5;89:10
**Riley (3)**
30:18,18,24
**roadblock (1)**
39:21
**Robin (4)**
35:6,8;38:2;44:11
**Roe (2)**
9:9,13
**role (11)**
13:6,24;14:23;15:3;57:3,5;
71:17;72:3;77:15;78:11,16
**rollout (1)**
49:25
**room (1)**
79:13
**rooms (1)**
79:12
**roughly (2)**
89:18;95:17
**routinely (7)**
21:9;32:6,7;38:24;69:17,
18;93:12
**Rucker (9)**
9:5;20:9;23:23,25;24:21;
25:4;66:23;67:14;78:5
**Rucker's (5)**
24:6;25:15,22;26:3,18
**rules (1)**
7:17
**run (2)**
74:20;75:9
**running (1)**
41:19
**runs (1)**
40:15

**Ryan (4)**
39:2;72:1,2;85:13

## S

**SAFE (19)**
12:18,19;47:13,18,24;49:3,
11;62:13,17;63:13,20;64:1,3,
8;82:14;87:18,19;89:19;100:4
**Salina (1)**
10:14
**same (3)**
7:23;48:23;70:10
**satisfy (3)**
47:12,18;49:2
**Saundra (1)**
5:5
**SAVE (23)**
12:13;35:23;37:17,19;38:8,
15;39:6,10;40:15,19,24;41:4,
8,15,19;43:16,17;60:25;
61:21;65:12;66:2,6,13
**saw (1)**
11:9
**saying (7)**
42:2;62:19;63:9,10,11;
97:11,16
**scale (1)**
41:8
**scanned (2)**
42:2,11
**scanning (3)**
35:24;37:18;41:24
**scope (1)**
75:24
**screen (1)**
39:12
**se (1)**
83:7
**search (3)**

39:10;76:10,18

**searches (5)**
40:15,19,25;41:4,19

**season (1)**
70:17

**second (6)**
30:15;41:7,23;69:24;93:7,
23

**Secretaries (1)**
75:19

**Secretary (123)**
6:5;8:25;9:5,11,14;10:5,24;
12:25;13:19;15:7,12;16:7;
17:2,10;18:2;19:2,13;21:17;
22:20,24;23:4,8;24:1;26:23;
27:3,17,24;28:10,16,21,24;
29:8,13,20;30:3;31:13,19;
36:21;37:5,12;38:14;39:24;
40:18,23;41:2;42:6,20;44:24;
46:24;47:4,17;48:17;52:21;
54:15;55:8;56:5,12;59:13;
61:6;63:17;65:24;66:10;68:9;
70:7,18,19,20,23;71:6,17,25;
72:6,9,21;73:3,18;75:6;76:4,
8,23;78:1,7;79:15,19,23;82:1,
7;84:1,5,14;85:23;86:19;87:6;
88:19;90:4,13,15,19;91:1,8,
12;92:10;93:1,10,10,18,22;
94:4,5,10,19;95:14;96:6;
99:10,15,24;100:12,15,20;
101:1,13,20,23

**section (1)**
26:12

**sections (1)**
97:6

**sector (1)**
17:21

**sell (1)**
18:11

**semiannually (1)**

28:14

**Senate (1)**
7:11

**send (7)**
67:8,16,19;77:1,23;86:16;
97:16

**sending (3)**
55:22,23;70:4

**sense (4)**
31:11;53:24;55:4;75:13

**sent (10)**
28:18;55:19;68:7;85:5;
86:11;94:11,17,18;96:14,18

**sentence (8)**
30:15;41:13,22;44:24;
47:21;51:22;62:16;69:5

**separate (1)**
68:2

**serve (1)**
30:20

**service (2)**
18:13;24:11

**session (4)**
82:2;99:24;100:11,21

**sessions (3)**
96:22,25;97:1

**set (2)**
7:17;37:24

**several (14)**
17:7;24:7,9;34:4,13;48:6,9;
50:11;57:5,19;80:23;81:2;
96:3;97:14

**sheriff (2)**
92:4,5

**sheriffs (1)**
92:8

**short (1)**
35:10

**shorthand (2)**
5:5,6

**show (2)**
14:15;85:1

**showed (1)**
69:21

**showing (1)**
64:21

**shows (1)**
47:12

**side (1)**
17:22

**sign (3)**
14:8,14;102:23

**signature (2)**
5:8;69:20

**signed (2)**
22:8;69:22

**signing (1)**
62:19

**similar (3)**
26:5;35:22;86:21

**similarly (1)**
26:24

**simple (1)**
80:1

**simply (2)**
62:18;83:17

**site (1)**
86:7

**sits (1)**
19:18

**situation (2)**
26:5;97:17

**six (1)**
53:18

**skimmed (1)**
23:20

**slightly (1)**
93:6

**software (1)**
74:6

**somebody (4)**
83:5,17,24;84:10

**someone (3)**
20:24;82:1,24

**someone's (1)**
84:9

**something (4)**
21:11;46:15;65:21;90:1

**Sometimes (4)**
6:9;46:14;75:15;83:2

**somewhat (1)**
33:13

**Son (1)**
18:7

**sooner (1)**
65:4

**Sorry (4)**
10:16;18:4;35:16;85:18

**sort (1)**
77:19

**sought (1)**
36:3

**sound (1)**
74:20

**source (1)**
83:1

**sources (1)**
49:13

**span (1)**
44:12

**speak (2)**
10:23;19:5

**Speaking (1)**
92:7

**specific (5)**
45:13;46:7;51:10;74:16;
99:13

**specifically (13)**
6:21;7:3;29:11;30:6;44:10;
48:15;50:5;59:9;60:6;61:22;

79:7;81:1;100:10

**specificity (1)**
68:19

**specifics (2)**
44:15;50:22

**spell (1)**
5:17

**spoke (1)**
10:17

**spoken (2)**
10:4;97:9

**staff (1)**
24:9

**stamp (5)**
34:24;49:16;60:17;64:13;
66:17

**stamped (2)**
44:18;51:19

**stamps (1)**
87:13

**stand (1)**
50:6

**standard (1)**
31:17

**standards (1)**
9:21

**stands (1)**
74:19

**star (1)**
47:9

**start (2)**
12:24;18:16

**started (1)**
58:3

**starts (3)**
23:22;46:1;62:7

**state (39)**
5:17;9:5;13:13;15:7;18:11;
19:11;21:13;24:1;47:4;52:22;
53:3;60:12;66:10;70:18,23;

72:9;73:4;74:5;75:12,19;
78:11;83:3;85:23;86:7;88:21;
93:10,11;96:6;98:12;100:1,
12,15;101:15,16;102:1,2,6,12,
20

**stated (1)**
45:18

**state-level (1)**
75:7

**statement (3)**
25:15,22;61:6

**statements (1)**
40:7

**States (18)**
18:23;22:13;27:10;33:19;
36:18;37:1;62:7,8;66:6,8,11,
13;72:22;73:2,12;75:15,16,22

**State's (102)**
6:5;10:5,24;12:25;13:19;
15:13;16:7;17:2,11;18:3;19:2,
13;21:18;22:21,25;23:4,8;
26:24;27:4,17,24;28:11,16,21,
24;29:8,14,21;30:3;31:13,19;
35:20;36:22;37:5,12;38:14;
39:24;40:18,23;41:3;42:6,20;
46:24;47:17;48:17;52:21;
54:15;55:9;56:5,12;59:13;
61:7;63:17;65:24;68:9;70:7;
71:6,17;72:6,21;73:18;75:6;
76:4,9,23;78:1,7;79:15,19,23;
82:1,7;84:1,5,14;86:20;87:6;
88:19;90:5,13,15,19;91:1,8,
12;92:10;93:1,19,23;94:4,5,
10,20;95:15;99:10,16,25;
100:21;101:1,13,20,24

**statewide (5)**
13:10;41:24;52:5,20;78:20

**stating (1)**
14:8

**Statistics (6)**

76:16,18;77:18,23;94:3;
102:18

**status (5)**
22:22;23:1;29:22;73:11;
88:10

**stay (1)**
54:7

**Stewart (2)**
43:9;47:1

**stick (1)**
39:13

**still (6)**
8:15;11:2;58:16;91:22;
95:10;98:19

**STIPULATED (1)**
5:2

**stopped (1)**
10:7

**student (1)**
61:16

**stuff (1)**
99:9

**Subject (3)**
49:22;68:13;94:16

**submit (3)**
27:15;28:9;36:16

**submitted (4)**
28:3;36:8;38:7;49:4

**subpoena (4)**
9:3;11:15,23;12:1

**subsequent (4)**
55:10;56:1,6;60:3

**Subsequently (1)**
38:6

**substantially (1)**
35:22

**substantive (1)**
10:22

**successful (2)**
48:25;72:14

**suit (1)**
98:15

**summarize (1)**
86:25

**summary (4)**
46:2,6,8,13

**supplemental (1)**
97:10

**supported (1)**
28:1

**supposed (1)**
80:14

**sure (10)**
7:19;13:12;21:19;28:7;
38:16,17;65:13,25;69:18;
97:12

**switch (2)**
33:11;73:6

**sworn (1)**
5:13

**system (6)**
27:8;53:5;73:7;74:6;76:24;
78:6

**systematic (2)**
89:19,23

**systematically (1)**
62:9

## T

**table (1)**
92:16

**talk (2)**
10:20;11:6

**talked (7)**
10:21;48:7;60:4;87:1,4,9;
102:17

**talking (7)**
7:24;18:16;51:4;74:14;
81:7;84:18;100:25

**taper (1)**

51:8

**tasked (3)**

38:15;43:2;86:20

**TDL (21)**

53:11,12,23;54:2,3,4,12,16,
24;56:9;57:25;59:12;60:1,2,3,
5,8,13;68:15,23;69:12

**technically (1)**

89:11

**telling (3)**

83:21,23;97:11

**temporarily (1)**

53:14

**temporary (7)**

39:22;41:9;51:24;53:9,17,
21;57:16

**term (3)**

12:20;57:12,12

**terms (5)**

12:21;59:4;80:1;85:10;
100:24

**testified (4)**

71:13,25;99:9;100:19

**testifying (1)**

8:16

**testimony (4)**

7:4,7;21:3,25

**Thanks (1)**

65:9

**themselves (2)**

21:15;27:16

**theory (1)**

39:21

**therefore (1)**

90:24

**thing (2)**

6:21;39:19

**things (21)**

9:23;19:21;21:7;38:24;

39:13,13;48:21;52:16;65:8;
78:18;80:10,25;81:10,10;
84:12,25;87:9,17;88:4;100:5;
102:18

**think (44)**

6:24;7:10;11:4,9;12:16,18,
23;13:14;14:25;19:19;20:4,4,
18;21:2,19;34:14;38:22;
47:11;48:19,20;54:20;55:4,6;
68:11,22;73:10;74:12,22;
75:18;77:21;78:5,10;79:4;
85:14;86:2,22,24;90:8;91:9;
92:2;98:13,22;99:19;101:11

**third (2)**

51:23;54:19

**Thornburg (1)**

70:19

**those (70)**

9:12;10:8;12:7,10,14;
15:19;16:3;19:9,12,17,19;
20:11;29:9;36:7;38:2;39:3;
42:7,15,19,23;43:4;44:7,9;
46:25;47:20;54:6,24;55:2;
56:8;58:15;59:1,15,18;62:2;
68:2,13;72:13;75:11,17;78:1;
79:2,9,15,24;80:8;81:18;
83:25;84:12;85:21;86:9;
87:14,16,22;88:4,9,25;94:18;
95:9,18,21,23;96:9;98:1,2,5,
14,20;100:17;101:3;102:2

**though (1)**

88:3

**thought (5)**

34:3,17;35:14;45:16;96:7

**three (14)**

6:3;23:22;33:21;43:6;47:8;
68:18,20;69:9;70:10,14,25;
80:21;81:13;96:15

**through (12)**

5:11;12:14;14:12;37:23;

40:19;51:17;54:22;56:10;
71:15;82:24;84:10;102:16

**tie (1)**

76:2

**Till (1)**

54:9

**timeframe (1)**

51:5

**times (11)**

6:2,11;43:14,18;48:6,9;
80:23;81:2,3,4,9

**Tippins (1)**

5:6

**title (5)**

13:2;14:20;15:5,6;35:9

**today (9)**

8:17,20,22;9:19;10:6,25;
45:13;66:24;91:5

**today's (1)**

9:2

**told (7)**

8:9,14;24:10;74:4,9;90:9,10

**took (5)**

10:22;34:4,13;93:17,22

**tool (4)**

22:14;34:1;62:13;64:2

**Topeka (1)**

7:12

**topic (2)**

44:12;74:25

**topics (2)**

12:13,14

**touch (1)**

12:12

**tracking (1)**

89:20

**train (2)**

78:23;79:8

**trained (2)**

100:13,15

**training (29)**

78:14,17,19,22;81:7,17;
82:2,8,8;84:8,17;85:5,10;
87:8;94:16;96:13,17,22,25;
97:1,6,6,13;99:8,11,24;
100:11,21,22

**trainings (2)**

79:16,19

**transcribed (2)**

5:7;7:20

**transcript (2)**

7:21,24

**transmitted (1)**

28:16

**traveling (1)**

18:10

**treated (1)**

91:6

**tried (4)**

7:12;36:22;39:24;56:6

**tries (1)**

76:2

**true (2)**

55:4;63:21

**trust (1)**

86:12

**truthfully (1)**

8:20

**try (7)**

9:22;15:25;16:1;40:24;
44:7;56:1;80:3

**trying (4)**

26:24;38:4;86:7;87:2

**turn (1)**

45:18

**turned (2)**

34:2,7

**Twenty-two (1)**

58:17

**twice (1)**

54:20

**two (27)**

10:14;11:4;20:8;24:24;
37:25;49:21;55:2,5;56:8,13,
14;70:12,13;75:15;78:21;
79:2,9;80:21;81:4,13,17;
87:17;93:2,2;95:7;96:14;
100:16

**types (2)**

80:25;98:1

**typewriting (1)**

5:7

### U

**ultimately (1)**

96:3

**unable (2)**

54:21;55:9

**unclear (1)**

45:13

**under (7)**

8:16;56:22;70:7;76:17;
78:25;80:2;86:4

**underlying (3)**

59:15,17;60:10

**understand (5)**

8:1,16;36:2;41:12;42:1

**understanding (4)**

33:14;54:5;72:5;76:22

**understood (3)**

38:13;41:14,21

**unfamiliar (1)**

12:22

**unfortunately (1)**

70:2

**United (4)**

18:23;36:17;37:1;73:11

**unless (3)**

8:8,14;83:19

**until (2)**

13:24;62:17

**untrue (1)**

19:21

**unwittingly (1)**

96:5

**up (18)**

16:9,10;31:22;34:10,16;
37:24;38:11;47:8;57:24;
62:17;69:21;85:12;94:17;
95:10,12;97:17,25;99:8

**update (3)**

81:10,15;87:17

**updated (2)**

31:9;81:12

**updates (1)**

53:1

**upon (2)**

28:25;29:9

**use (13)**

19:2,17;24:22;26:16,24;
56:21;57:13;66:6,13;73:18,
20;76:4;78:19

**used (8)**

12:20;17:3;19:4;22:13;
26:19;54:16;77:8;87:7

**useful (4)**

19:20;38:5;73:21;76:25

**usefulness (1)**

51:9

**uses (2)**

60:12;76:23

**using (1)**

41:15

**usually (7)**

19:19;43:6;46:7;47:1;58:3,
4;85:6

### V

**vacuum (1)**

84:21

**vague (1)**

31:1

**vaguely (3)**

70:6;73:8;74:4

**valuable (2)**

34:3,7

**value (1)**

20:1

**varied (1)**

28:12

**variety (2)**

12:12;15:24

**various (8)**

6:8,11;48:8;58:23;68:1;
72:10;73:16;80:25

**Vehicles (4)**

33:18;50:2;55:14;96:14

**Verification (1)**

74:19

**verifications (3)**

35:23;37:17;41:8

**verify (8)**

20:19,25;29:21;41:19;
60:13;62:22;66:7;73:18

**verifying (1)**

61:2

**via (2)**

98:2,2

**view (1)**

25:5

**visit (1)**

11:1

**visited (1)**

10:10

**visiting (1)**

11:3

**Vital (7)**

74:19;76:16,17;77:17,22;

94:2;102:18

**vote (42)**

13:20;14:5;15:14;16:9,14;
19:3;22:15;24:18,23;25:6,19;
26:21;27:1,5;29:15;31:20;
54:25;58:8,18,24;59:7;62:18;
63:2,6,19,23;69:21;76:6,11;
78:9;80:13;86:2;87:3,24;
88:2;90:24;94:8,23;95:1,20;
96:5;97:3

**voted (5)**

52:14;54:25;69:15;75:16;
102:10

**voter (52)**

6:20,22;9:21;14:7,10,12;
20:14,20;21:20;22:7,11;
25:12;27:11;29:2;31:7,8;
33:22;34:2,15;42:18;47:25;
49:7,7;50:7,21;51:1;52:5;
54:23;64:4,6;69:8,11,13;75:9;
76:20;77:3,23;78:24;80:2;
82:17,21;83:10;85:19;87:11,
12;88:6;90:25;91:17,21,25;
100:7,13

**voters (8)**

52:7;60:14;64:7;66:7;
73:19;76:20;84:2,15

**voting (8)**

13:11;18:11,12;52:16;
69:14;72:11;88:22;89:14

**VR (10)**

50:1,6;52:1,4,18;56:10;
57:16,25;58:16;59:12

### W

**wait (1)**

7:21

**walk (1)**

56:10

**Wangemann (1)**
85:12

**wanted (3)**
72:6;101:14,25

**way (9)**
16:22;20:18;29:20;43:10;
45:18;62:22;89:23;93:6;
97:23

**ways (1)**
45:19

**weed (2)**
24:17;25:18

**Weekly (1)**
28:14

**weeks (1)**
45:23

**weren't (7)**
14:2;19:24;22:3;31:3;
42:23,24;45:9

**what's (4)**
18:5;33:14;50:18;52:4

**whether (10)**
20:25;29:11;38:5;43:11;
47:17;52:14;56:20;81:15;
91:23;102:9

**whoever (1)**
50:3

**Who's (2)**
35:8;58:24

**whose (1)**
77:4

**WIC (1)**
87:13

**Wine (1)**
85:12

**winnowed (1)**
58:5

**winnowing (2)**
58:8,10

**Without (4)**

68:22;72:12;86:23;96:5

**witness (13)**
5:8;23:17;26:14;30:11;
35:1;44:20;49:19;51:15;
60:18;62:5;64:14;66:18;
102:25

**word (2)**
17:3;57:13

**words (1)**
80:13

**work (4)**
18:10;36:18,24;85:2

**worked (4)**
33:20;84:21;86:5;95:3

**workers (2)**
95:15,19

**working (11)**
12:24;17:20,22,23;33:23;
48:22;85:9,11;88:19,21;90:15

**write (1)**
93:12

**writes (6)**
26:3;37:16;41:7;60:23;
61:9;69:5

**written (5)**
29:7,12;82:8;97:6,8

**wrongly (2)**
84:11,11

**wrote (5)**
48:13;55:4;56:13;58:14;
63:25

**Wyandotte (4)**
66:25;92:11;93:8,17

---

## Y

**year (7)**
16:18;24:7;62:12;87:17;
98:5,10,11

**years (26)**

34:4;13;44:6;47:4;51:3;
53:18;55:6;56:2,6,8;67:20;
68:8;70:12;72:8,9;76:16;79:4,
6;80:24,25;81:13,23;93:2;
96:3;15;99:2

**yesterday (4)**
9:15;10:11,18;11:3

**yourself (3)**
20:3;26:10;74:14

---

## 0

**000017 (1)**
30:10

**000028 (1)**
44:19

**000054 (1)**
34:25

**000061 (1)**
64:13

**004195 (1)**
49:17

**004196 (1)**
51:19

**021223 (1)**
60:17

**022551 (1)**
23:13

**022595 (1)**
66:17

**09 (3)**
55:6,7;60:6

---

## 1

**1 (2)**
11:10;35:18

**10 (8)**
9:13;43:21;51:17;55:6,7;
66:15;83:15;92:9

**10-year (1)**
48:7

**12 (1)**
55:12

**12:02 (1)**
103:1

**13 (4)**
12:1,7,10,12

**13th (1)**
17:12

**15 (3)**
9:17;49:25;58:15

**150 (1)**
79:13

**1987 (3)**
13:1,23;88:20

**1988 (2)**
6:15;13:4

**1990 (1)**
14:25

**1990's (4)**
7:14;15:17;16:6;83:22

**1992 (4)**
13:25;15:1;33:21;88:20

**1993 (5)**
15:9;16:23;17:1;80:24;
89:17

**1995 (1)**
83:22

**1A (1)**
5:11

**1B (1)**
11:21

---

## 2

**2 (3)**
5:11;23:11,14

**20 (3)**
10:8;43:19;80:24

**Fish v.**
**Kobach**

**2000's (3)**
  7:14;15:18;83:23

**2002 (1)**
  52:23

**2005 (1)**
  95:17

**2006 (2)**
  75:18;95:17

**2007 (2)**
  35:18;36:4

**2009 (7)**
  41:7;55:5;69:25;70:4;
  83:14;92:20;93:18

**2010 (18)**
  41:7;51:23;55:3,5;59:19;
  60:2;70:18;79:5;81:19,20;
  82:5;85:22;86:15,17;90:3;
  99:19,20;100:18

**2011 (10)**
  41:23;55:5,12;69:6;82:15;
  89:19;92:23;93:7,18,22

**2012 (7)**
  41:23;82:12;99:11,17,25;
  101:14,21

**2013 (3)**
  61:22;65:3;82:10

**2014 (2)**
  51:5,8

**2015 (8)**
  15:10;17:12;45:2,22;49:25;
  71:5;101:21,25

**22 (1)**
  59:7

**25th (1)**
  65:3

**29 (1)**
  75:22

**3**

**3 (1)**
  30:9

**30 (2)**
  69:6;75:22

**37 (4)**
  58:2,2,12,15

**4**

**4 (1)**
  34:24

**5**

**5 (1)**
  44:17

**500 (1)**
  17:8

**5TH (9)**
  23:13;30:10;34:25;44:18;
  49:17;51:19;60:17;64:13;
  66:17

**6**

**6 (1)**
  49:16

**7**

**7 (5)**
  5:11;51:14,18,20;62:3

**8**

**8 (2)**
  51:17;60:16

**9**

**9 (1)**
  64:12

**92 (2)**
  89:9,10

**93 (2)**
  89:11,11