# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF KANSAS

STEVEN WAYNE FISH, *et al.*,         )
                                      )
    Plaintiffs,               )
                                      )   **Case No. 16-2105-JAR-JPO**
v.                                    )
                                      )
KRIS KOBACH, in his official capacity as )
Secretary of State for the State of Kansas, )
                                      )
    Defendant.                )
                                      )

## NOTICE OF JOINT STIPULATIONS

The parties agree that the following facts are stipulated:

1. As part of the driver's license application and renewal processes, DOV procedure provides that the driver's license examiners are to ask customers if they want to register to vote.

2. DOV procedure provides that the examiners are to enter a "Y" in the appropriate field of the computer interface if a customer answers "yes" to the voter registration question.

3. DOV procedure provides that the examiners are to direct customers to read a voter oath located on the counter in front of the customers and to ask the customer to read that oath.

4. A true and correct copy of the voter oath located on the counter in front of the customer is attached to this stipulation as Exhibit A

5. After a customer reads the voter oath, DOV procedure provides that the examiner is to ask the customer if he/she affirms the voter oath.

6. Customers are not required to provide a signature after reading the voter oath.  The signature occurs during the photo and signature portion of driver's licensing process before the voter registration part of the process begins.

7. DOV procedure provides that the examiners are to ask customers who affirm the voter oath a series of questions including whether the customers are citizens of the United States, whether the customers will be 18 years of age before the next election, whether the customers want to register with a political party, and whether the customers want to provide their telephone numbers.  DOV procedure also provides that the examiners are to record the customers' answers to these questions in the computer interface.

8. The voter registration receipt prints automatically when someone applies to register to vote at the DOV.

9. Under DOV procedure, it is mandatory that the DOV clerk provide the applicant with the voter registration receipt.

10. DOV procedure and training provides that the examiners are to scan all documents an applicant provides during a renewal.

11. Lawful permanent residents are not required to provide a lawful presence document when they renew their driver's license.

12. Lawful Permanent Residents obtain a standard six-year license.

13. The DOV does not keep statistics on the number of driver's licenses issued to permanent residents.

14. If a proof of citizenship document has been scanned into the DOV system during a prior transaction and a voter applies to register to vote during a renewal, the DOV informs KSOS that such document is on file.

15. The DOV only has documents scanned into the system since 2013.

16. When a person applies for a driver's license or a renewal at the DOV but does not apply to register to vote at that time, a file is not created to be sent to the Secretary of State's Office for that person.

17. The DOV also does manual checks for proof of citizenship documents when the Secretary of State's office provides names of individuals who the Secretary provides to the DOV.

18. In order to renew a Kansas driver's license, a driver's licensee must provide the Kansas Division of Vehicles with proof of identity (such as an expiring Kansas driver's license), a Social Security number, and proof of Kansas residency.

Respectfully submitted,

/s/ Stephen Douglas Bonney  
STEPHEN DOUGLAS BONNEY (#12322)  
American Civil Liberties Union of Kansas  
6701 W 64th St., Suite 210  
Overland Park, KS 66202  
Phone: (913) 490-4100  
Fax: (913) 490-4119  
dbonney@aclukansas.org  

DALE HO*  
R. ORION DANJUMA*  
SOPHIA LIN LAKIN*  
American Civil Liberties Union Foundation,  
125 Broad St.  
New York, NY 10004  
Phone: (212) 549-2693  
dale.ho@aclu.org  
odanjuma@aclu.org  
slakin@aclu.org

NEIL A. STEINER*
REBECCA KAHAN WALDMAN*
DAPHNE T. HA*
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
T: (212) 698-3822
F: (212) 698-3599
neil.steiner@dechert.com
rebecca.waldman@dechert.com
daphne.ha@dechert.com

ANGELA M. LIU*
Dechert LLP
35 West Wacker Drive
Suite 3400
Chicago, Illinois 60601-1608
Phone: (312) 646 5816
Fax: (312) 646 5858
angela.liu@dechert.com

*Counsel for Plaintiffs*

\* admitted *pro hac vice*

/s/ GARRETT ROE
Garrett Roe (#26867)
Office of the Kansas Secretary of State
120 SW 10th Ave
Topeka, KS  66612
Tel (785) 296-4575
Fax (785) 368-8032
**Attorney for Defendant**