**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

STEVEN WAYNE FISH, et al., )
)
Plaintiffs, )
)
v. ) Case No. 16-2105-JAR-JPO
)
KRIS KOBACH, in his official capacity as Secretary of State for the State of Kansas, et al., )
)
Defendants. )

**DEFENDANT'S SUPPLEMENTAL RESPONSE TO PLAINTIFFS' MOTION TO SHOW CAUSE**

As a supplement to Defendant's response to Plaintiffs' Motion to Show Cause, Defendant submits the following.

At the March 20, 2018 hearing on Plaintiffs' motion, evidence was elicited through the testimony of Bryan Caskey, Elections Director, that there was not a written instruction given to the counties to send a standard postcard with polling addresses to the covered registrants. Rather, Mr. Caskey testified that such an instruction was verbally given in a weekly conference call with the counties but that he could not specifically recall the details of what was said. In response to the Court's suggestion at the hearing that this directive should be in writing, Mr. Caskey put the directive in writing and sent it via email to all county election officials on March 22, 2018. *See* Exhibit A, Caskey Declaration dated March 22, 2018 with Exhibit 1 attached.

Dated: March 22, 2018

Respectfully submitted,

/s/ *Sue Becker*
Kris W. Kobach, Kansas Bar No. 17280
Sue Becker, Kansas Bar No. 27806
Garrett Roe, Kansas Bar No. 26867

KANSAS SECRETARY OF STATE'S OFFICE
120 S.W. 10th Ave.
Topeka, KS 66612
Telephone: (785) 296-4575
Facsimile: (785) 368-8033
Email: kris.kobach@ks.gov
sue.becker@ks.gov
garrett.roe@ks.gov

*Attorneys for Defendant Kobach*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that, on the 22nd day of March, 2018, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/*s/ Sue Becker*
Sue Becker
*Attorney for Defendant Kobach*