# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 16-2105-JAR-JPO |
| KRIS KOBACH, in his official capacity as Secretary of State for the State of Kansas, et al., | ) |
| Defendants. | ) |

**AFFIDAVIT OF BRYAN CASKEY**

I, BRYAN CASKEY, am competent to testify to the matters stated herein, and having been duly sworn, do hereby declare, to the best of my knowledge and belief:

1.  I am a U.S. citizen, a Kansas resident, and an eligible voter.

2.  My title is Assistant Secretary of State, Elections and Legislative Matters for the State of Kansas. As such, I am the Elections Director for the State of Kansas. I have had that position since February 2015. I have worked in the Kansas elections office since March 1998.

3.  My responsibility is to oversee the administration of elections in Kansas. Among my numerous duties in this regard is the fact that I administer the State's Election Voter Information System ("ELVIS") database and work directly with the counties in managing the registration of voters in the State of Kansas. As part of my responsibilities, I issue instructions to county election officers and county clerks on how elections should be conducted.

4.  On March 22, 2018, I sent the attached written directive via email to all county election officials in the state of Kansas. (Exhibit 1 attached).

1

Further affiant sayeth not.

_____
Bryan Caskey
Assistant Secretary of State, Elections and Legislative Matters for the State of Kansas

State of **Kansas**

ss:

County of **Shawnee**

Subscribed and sworn to before me, a Notary Public in and for the above county and state, this **22nd** day of **March**, **2018**.

_____
Notary Public

My commission expires **May 9, 2021**

> Linda C. Limon-Rocha
> NOTARY PUBLIC—STATE OF KANSAS
> MY APPT EXP: 5-9-2021

2

# EXHIBIT 1

Dear County Election Officers:

In the event that your county is not already doing so, every person who applies to register to vote at a Division of Motor Vehicles office and does not provide proof of citizenship and every person who applies to register to vote using the federal voter registration application and does not provide proof of citizenship must be sent **TWO** notices. The first notice should be the attached notice that has been sent since October 2016 and was subsequently modified in December of 2017. The second notice is the standard postcard informing the voter of his or her polling place and district assignments. These two notices should be sent at the same time.

In addition, every person who is currently in suspense with a reason of applying to register to vote at a Division of Motor Vehicles office or with the federal form and has not provided proof of citizenship, **must** be sent the standard postcard, even if one has already been sent.  Thus, although each person should have already received notices, our office would like the postcard and the attached notice to be sent again. The deadline for this to be completed is Friday, April 6th, 2018. Once every person has been sent these notices, please inform me.