## CLERK'S COURTROOM MINUTE SHEET
## CIVIL BENCH TRIAL

**PARKER BEDNASEK,**
    **Plaintiff**

v                                                            Case No.: 15-9300-JAR

**KRIS W. KOBACH,** *Kansas Secretary*
   *of State*

**STEVEN WAYNE FISH, et al**
    **Plaintiffs**
Vs.                                                          Case No.: 16-2105-JAR

**KRIS W. KOBACH,** *Kansas Secretary*
*of State*

| JUDGE: | Julie A. Robinson | TRIAL BEGINS: | 3/6/2018 |
| --- | --- | --- | --- |
| CLERK: | Bonnie Wiest | REPORTER: | Kim Greiner/Kelli Stewart |

| DATE: | 3/6/2018 | 3/7/2018 | 3/8/2018 | 3/9/2018 | 3/12/2018 |
| --- | --- | --- | --- | --- | --- |
| Start Time: | 9:06 a.m. | 9:05 a.m. | 9:23 a.m. | 9:07 a.m. | 9:07 a.m. |
| End Time: | 5:38 p.m. | 5:16 p.m. | 5:15 p.m. | 5:49 p.m. | 5:13 p.m. |
| DATE: | 3/13/2018 | 3/19/2018 | | | |
| Start Time: | 9:06 a.m. | 9:37 a.m. | | | |
| End Time: | 6:47 p.m. | 6:07 p.m. | | | |

**Attorneys for Plaintiff Fish: Mark Johnson, Curtis Woods, Mark Emert**

**Attorneys for Plaintiff Bednasek: Dale Ho, Neil Steiner, Angela Liu, Orion Danjuma, Doug Bonney, Sophia Lin Lakin, Rebecca Waldman, Daphne Ha, Emily Zhang**

**Attorneys for Defendant Kobach: Kris Kobach, Susan Becker, Garrett Roe**

## COURT TRIAL PROCEEDINGS

**March 6, 2018 at 9:06 a.m.:** *(Court Reporter: Kelli Stewart.)* The Court grants request to invoke the Rule of Sequestration. Preliminary matters were discussed. The Court takes judicial notice of the stipulated facts in the June 20, 2017 pretrial order.

Opening statements begin at 9:28 a.m.

Plaintiff Fish begins presentation of evidence at 10:36 a.m. Testimony of Charles Stricker begins (Danjuma). Cross-examination begins at 11:02 a.m. (Becker). Witness excused at 11:19 a.m.

Testimony of Donna Jean Bucci begins at 11:20 a.m. (Liu). Cross-examination begins at 11:26 a.m. (Becker) Redirect at 11:41 a.m. Witness excused.

Testimony of Michael McDonald begins at 11:42 a.m. (Danjuma). The Court recognizes Mr. McDonald as an expert in the fields of political science, research and survey methodology, election turnout, voter registration and voter behavior. Recess for lunch break at 11:58 a.m. *(Court Reporter: Kim Greiner.)* Direct-examination continues at 1:17 p.m. of Mr. McDonald. Cross-examination begins at 2:32 p.m. (Kobach). Redirect at 4:34 p.m. Witness excused at 4:39 p.m.

Testimony of Thomas J. Boynton begins (Ha). Cross-examination begins at 4:51 p.m. (Roe). Redirect at 4:59 p.m. Witness excused at 5:00 p.m.

The Court rules on the following motions:
- Doc. 459 (16-2105) – Motion in Limine for Court to Take Judicial Notice of Adjudicative Facts filed by Plaintiffs Fish, et al – GRANTED;
- Doc. 463 (16-2105) – Motion in Limine filed by defendant – DENIED;
- Doc. 431 (16-2105) – Motion to Exclude Testimony of Lorraine Minnite filed by defendant – DENIED;
- Doc. 171 (15-9300) – Motion to Exclude Michael Smith filed by defendant – DENIED;
- Doc. 428 (16-2105) – Motion to Exclude the Testimony and Report of Hans von Spakovsky and Suggestions in Support filed by plaintiffs – DENIED. Objections preserved for the record.
- Doc. 427 (16-2105) – Motion to Exclude the Testimony and Report of Jesse T. Richman and Suggestions in Support filed by plaintiffs – DENIED
- Doc. 429 (16-2105) – Motion to Exclude the Testimony and Report of Steven A. Camarota filed by plaintiffs – TAKEN UNDER ADVISEMENT

Attorney Johnson suggests the order of examination of witnesses should be as follows:
- Plaintiff Fish conduct examination first;
- Plaintiff Bednasek conduct examination second; and
- Defendant Kobach conduct its comprehensive cross-examination.

There are no objections.  Court adjourns for the day at 5:38 p.m. and will resume on Wednesday, March 7, 2018 at 9:00 a.m.

**March 7, 2018 at 9:05 a.m.:** *(Court Reporter:  Kim Greiner.)* The Court admits joint pretrial stipulations that were filed on 2/19/2018 (Doc. 469).  Defendant objects to allowing videotaped deposition of Defendant Kobach.  The Court will allow video deposition and directs plaintiffs to provide the defendant the video deposition prior to it being shown. Objection is overruled and preserved.  Plaintiff continues with presentation of evidence.

Testimony of Margaret Ahrens begins at 9:23 a.m. (Lakin). Cross-examination begins at 11:00 a.m. (Becker). The court examines the witness.  Plaintiff Fish redirects at 12:10 p.m. Plaintiff Bednasek examines witness at 12:13 p.m. (Johnson). Witness excused. Recess for lunch break at 12:22 p.m.

*(Court Reporter:  Kelli Stewart.)* Court makes rulings on plaintiff's designations for Mr. Bryant's deposition at 1:32 p.m.  Testimony of Parker Bednasek begins a 1:52 p.m. (Johnson). Cross-examination at 2:10 p.m. (Roe) Witness excused.

Testimony of Steven Wayne Fish begins at 2:38 p.m. (Bonney). Cross-examination at 2:50 p.m. Roe). Redirect examination at 3:24 p.m.  Recross at 3:27 p.m.  Witness excused.

Testimony of Tabitha Lehman begins at 3:29 p.m. (Liu). Direct examination (Bednasek) begins at 3:39 p.m. (Johnson). Cross-examination at 3:53 p.m. (Kobach). Witness excused and will be recalled on March 8.

Deposition of Eric Rucker read into the record at 4:16 p.m.

Deposition of Brad Bryant read into the record at 4:31 p.m.

Further discussion with the parties regarding Exhibit 1133.  Court adjourns at 5:16 p.m. and will resume on March 8, 2018 at 9:00 a.m.

**March 8, 2018 at 9:23 a.m.:** *(Court Reporter:  Kelli Stewart.)*  Plaintiff continues with presentation of evidence.  Consolidated examination of Witness Lehman begins at 9:45 a.m.  (Kobach). Cross-examination (Fish) begins at 10:58 a.m. (Liu). Cross-examination (Bednasek) begins at 11:23 a.m. (Johnson).  Consolidated examination begins at 11:29 (Kobach). Witness excused at 11:52 a.m.

Housekeeping matters discussed.  Recess for lunch break at 11:55 a.m.

*(Court Reporter:  Kim Greiner.)* Testimony of Bryan Caskey begins at 1:15 p.m. (Waldman).  Direct examination (Bednasek) begins at 2:19 p.m. (Johnson). Consolidated cross and direct-examination (Defendant) begins at 3:14 p.m. (Roe). Court adjourns at 5:15 p.m. and will resume on March 9, 2018 at 9:00 a.m.

**March 9, 2018 at 9:07 a.m.:** *(Court Reporter:  Kim Greiner.)* Consolidated cross and direct-examination of Witness Caskey continues (Roe).   Defendant moves for Court to take judicial notice of Exhibits 1051, 1053 and 1054.  The Court takes motion under advisement.  Redirect (Waldman) at 9:27 a.m.  Consolidated recross and redirect (Roe) at 10:01 a.m.  Witness excused at 10:08 a.m., subject to recall.

Testimony of Lorraine Carol Minnite begins at 10:09 a.m. (Lakin). The Court recognizes this witness as an expert in the field of incidence and effect of voter fraud in contemporary American elections.  Cross-examine at 11:21 a.m. (Roe). Witness excused at 1:31 p.m.

Defendant requests they be allowed to put on two of their expert witnesses due to their schedules.  Plaintiffs do not object.  Court recesses for lunch at 11:59 a.m.

*(Court Reporter:  Kelli Stewart.)*  Testimony of Defendant witness Hans von Spakovsky begins at 1:33 p.m. (Kobach). The Court recognizes this witness as an expert in the field of election, election administration and voter fraud.   Court examines witness at 2:22 p.m.  Cross-examination (Fish) begins at 2:24 p.m. (Ho). Cross-examination (Bednasek) begins at 4:11 p.m. (Johnson).  Redirect begins at 4:13 p.m.   Recross (Fish) at 4:34 p.m.  Witness excused at 4:36 p.m.

Videotape deposition of Defendant Kobach played in court.  Court adjourns at 5:49 p.m. and will resume on Monday, March 12, 2018 at 9:00 a.m.

**March 12, 2018 at 9:07 a.m.:** *(Court Reporter:  Kelli Stewart.)*  Preliminary matters discussed regarding exhibits, stipulations and additional witness.  Plaintiff Fish rests with additional stipulations that will be filed with the court today.  Plaintiff Bednasek rests.

Defendant reasserts its motion for summary judgment in both Fish and Bednasek and its motion to Dismiss Plaintiff Bednasek.  The Court denies those motions.

Defendant begins presentation of evidence.  Testimony of Steven Camarota begins at 9:47 a.m. (Kobach). Defendant orally moves for admission of Dr. Camarota as an expert in the fields of demography, census data, voter registration statistics, and voter participation statistics.  The Court takes under advisement.  The defendant moves for admission of Dr. Camarota's expert report.  The Court takes under advisement.  Cross-examination (Fish) begins at 11:15 a.m. (Liu).  Court recesses for lunch break at 12:02 p.m.

**(Court Reporter:  Kim Greiner.)** Cross-examination begins at 1:23 p.m. (Johnson). Redirect at 1:47 p.m. (Kobach).  Recross at 2:10 p.m. (Liu).   Recross at 2:11 p.m. (Johnson).  Witness excused.  Testimony of Dr. Camarota remains under advisement.

 Testimony of Jo French begins at 2:12 p.m.  (Kobach). Cross-examination (Fish) begins at 2:36 p.m. (Ha).  Redirect at 2:50 p.m.  Court examines witness.  Recross (Fish) at 2:56 p.m.  Redirect at 2:57 p.m.  Witness excused at 2:58 p.m.

Testimony of Dr. Jesse Richman begins at 3:22 p.m. (Kobach). The Court finds this witness qualifies as an expert in elections, voter registration, political methodology and survey construction.  Court adjourns at 5:13 p.m. and will resume on Tuesday, March 13, 2018 at 9:00 a.m.

**March 13, 2018 at 9:06 a.m.: *(Court Reporter:  Kim Greiner.)***  Direct examination continues of Dr. Richman (Kobach). Cross-examination (Fish) begins at 10:20 a.m. (Ho) Court recesses for lunch at 12:30 p.m.

**(Court Reporter:  Kelli Stewart)** Continue cross-examination of Richman at 1:33 p.m. (Ho).  Redirect at 1:50 p.m.  Witness excused at 3:16 p.m.

Testimony of plaintiffs' rebuttal witness, Dr. Eitan Hersh begins at 3:15 p.m. (Zhang).  The Court recognizes Dr. Hersh as an expert in the field of voter registration and matching analysis.  Cross-examination begins at 3:40 p.m. (Roe). Witness excused at 4:13 p.m.

Testimony of plaintiffs' rebuttal witness, Dr. Stephen Ansolabehere, begins at 4:24 p.m. (Ho).  The Court recognizes Dr. Ansolabehere as an expert in the fields of statistics, survey research, voter registration and American politics.  Cross-examination begins at 5:18 p.m. (Kobach). Redirect at 6:39 p.m. (Ho).  Witness excused at 6:44 p.m.  Court adjourns at 6:47 p.m. and will resume on Monday, March 19, 2018 at 9:30 a.m.

**March 19, 2018 at 9:37 a.m.**  *(Court Reporter:  Kelli Stewart)* Preliminary matters discussed before proceeding with evidence.  Defendant witness Pat McFerron begins testimony at 9:40 a.m. (Becker). Cross-examination (Fish) begins at 11:30 a.m. (Steiner).  Court recesses for lunch break at 12:13 p.m.

*(Court Reporter:  Kim Greiner)* Cross-examination (Bednasek) begins at 1:33 p.m. (Johnson).  Redirect examination at 2:18 p.m.  Witness excused.

Defendant Kobach moves for admission of entire legislative history consisting of 592 pages (Exhibit 1209).  Plaintiffs object.  The Court judicially takes notice of Exhibit 1209 – the legislative history which includes letters, statements, testimony including testimony of Secretary Kobach himself, drafts of the legislation, strike-throughs and redrafts, but will not notice the content of any of these because it is hearsay.

Defendant rests at 2:34 p.m. and reasserts its motion for summary judgment and motion to dismiss based on evidence that has been introduced at the trial thus far.  The Court overrules and denies for reasons given in prior orders.  Defendant moves for a 52(c) finding of partial fact to preserve legal position despite the ruling from the Tenth Circuit.  The Court does not need to rule on this as she is bound by the Tenth Circuit's decision.

Testimony of plaintiffs' rebuttal witness, Professor Matthew Barreto, begins at 2:38 p.m. (Steiner).  The Court accepts this witness to be an expert in voting behavior, statistical analysis and survey methods.  Cross-examination begins at 3:40 p.m. (Becker).  Redirect (Fish) begins at 4:35 p.m.  Witness excused at 4:38 p.m.

Discussion regarding testimony of Mr. McFerron's testimony.  Plaintiffs rest with their rebuttal case.

Plaintiff Fish closing argument begins at 4:43 p.m. (Ho).
Plaintiff Bednasek closing argument begins at 5:13 p.m. (Johnson).
Defendant Kobach closing argument begins at 5:23 p.m. (Kobach).

The Court sets deadline of April 16, 2018 for parties to file simultaneous proposed findings of fact and conclusions of law.  The Court considers the record closed on the trial and will take the matter under advisement on April 16.  The Court will issue a written decision.  Hearing is set for Tuesday, March 20 at 9:15 a.m. on plaintiffs' Motion for Contempt (Doc. 423).  Court adjourns at 6:07 p.m.