# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| STEVEN WAYNE FISH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | Case No. 16-2105-JAR-JPO |
| | ) | |
| KRIS KOBACH, in his official capacity as Secretary of State for the State of Kansas | ) ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF BRYAN CASKEY

I, BRYAN CASKEY, am competent to testify to the matters stated herein, and having been duly sworn, do hereby declare, to the best of my knowledge and belief:

1. I am a U.S. citizen, a Kansas resident, and an eligible voter.

2. My title is Assistant Secretary of State, Elections and Legislative Matters for the State of Kansas. As such, I am the Elections Director for the State of Kansas. I have had that position since February 2015. I have worked in the Kansas elections office since March 1998.

3. My responsibility is to oversee the administration of elections in Kansas. As part of my responsibilities, I issue instructions to county election officers and county clerks on how elections should be conducted.

4. On March 22, 2018, I sent a written directive via email to all county election officials in the state of Kansas directing them to send out standard postcards to all covered registrants.

1

5. Following up on my actions of March 22, as of today 49 counties have reported that they have done so.

6. At tomorrow's weekly conference call I will be reminding all the other counties to comply with this written directive.

7. After that, the next step will be for me to call individual counties that have not complied.

Further affiant sayeth not.

_____
Bryan Caskey, Assistant Secretary of State for Elections
and Legislative Matters for the State of Kansas

Subscribed and sworn to before me, a Notary Public in and for the above county and state, this 3rd day of April, 2018.

_____
Notary Public

My commission expires May 9, 2021

Linda C. Limon-Rocha
NOTARY PUBLIC—STATE OF KANSAS
MY APPT EXP: 5-9-2021

State: Kansas
County: Shawnee

2