IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 16-2105-JAR-JPO |
| ) | |
| KRIS KOBACH, in his official capacity as ) | |
| Secretary of State for the State of Kansas, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

COMES NOW, Defendant Kansas Secretary of State Kris Kobach, by and through his counsel of record, pursuant to Local Rules 6.1(a) and 7.1(a)(2) and hereby moves the Court for an extension of time for the parties to submit their proposed findings of fact and conclusions of law. In support of this motion, Defendant Kobach states the following:

1. The parties have consulted on this motion, and this motion is unopposed.

2. At the close of trial, this Court asked the parties whether April 16, 2018 would be enough time for the parties to submit proposed findings of fact and conclusions of law.

3. On March 20, this Court issued a subsequent order setting April 16, 2018 as the date for the parties to concurrently submit the document with the Court. *See* Case No. 16-2105, Dkt. No. 500.

4. The time for filing the findings of fact and conclusions of law has not expired.

5. This motion is the first request for an extension of time that Defendant Kobach has sought regarding this filing.

6. Defendant Kobach requests this extension of time because due to illness, counsel for Defendant has not had time to complete the findings of fact and conclusions of law in both cases. Counsel for Defendant has worked diligently on the documents but is still unable to complete the documents by the current deadline.

7. As a result, Defendant requests that this Court grant a one week extension so that Defendant can prepare his findings of fact and conclusions of law. The new date that Defendant requests is April 23, 2018.

WHEREFORE, Defendant Kobach respectfully requests that this Court enter an order GRANTING Defendant's Unopposed Motion for an Extension of Time to File Findings of Fact and Conclusions of Law so that the documents be filed on April 23, 2018.

Respectfully submitted this 11th day of April, 2018:

By: __/s/ Garrett Roe___
Garrett Roe, #26867
Office of the Kansas Secretary of State
Memorial Hall, 1st Floor
120 SW 10th Avenue
Topeka, KS 66612-1594
(785) 296-4564 (telephone)
(785) 368-8032 (facsimile)
Email: Garrett.Roe@ks.gov
Email: Kris.Kobach@ks.gov
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that, on the 11th day of April, 2018, I submitted the above motion to the Court's electronic filing system and provided copies by electronic mail of the foregoing motion to counsel in this case.

  /s/ Garrett Roe
Garrett Roe, #26867
***Attorney for Defendant***