IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **Case No. 16-2105-JAR-JPO** |
| v. ) | |
| ) | |
| KRIS KOBACH, in his official capacity as ) | |
| Secretary of State for the State of Kansas, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE APPLICATION FOR CONTEMPT-RELATED ATTORNEY'S FEES AND COSTS**

COME NOW, Plaintiffs Steven Wayne Fish, Donna Bucci, Charles Stricker, Thomas Boynton, Douglas Hutchinson, and the League of Women Voters of Kansas (collectively, "Plaintiffs"), by and through their counsel of record, pursuant to Local Rules 6.1(a) and 7.1(a)(2) hereby move the Court for an extension of time to submit their Application for Contempt-Related Attorney's Fees and Costs.

In support of this motion, Plaintiffs state the following:

1. The parties have consulted on this motion, and this motion is unopposed.

2. On April 18, 2018 the Court issued an Order, Doc. 520, setting April 30, 2018 as the date for Plaintiffs to submit an Application for Attorney's Fees and Costs related to Plaintiffs' Motion to Enforce Court Orders and for Order to Show Cause Why Defendant Kobach Should Not be Held in Contempt, Doc. 423.

3. The time for filing this Application for Attorney's Fees and Costs has not expired.

4. This motion is the first request for an extension of time that Plaintiffs have sought regarding this filing.

5. Counsel for Plaintiffs have worked diligently to complete their Application for Attorney's Fees and Costs, but require additional time to assemble the necessary documentation to support the Application.

6. Plaintiffs request that this Court grant a one week extension. The new date Plaintiffs request is May 7, 2018.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order GRANTING Plaintiffs' Unopposed Motion for an Extension of Time to File Application for Contempt-Related Attorney's Fees and Costs, so that the Application will be due on May 7, 2018.

DATED this 27th day of April, 2018.

Respectfully submitted,

/s/ Stephen Douglas Bonney
STEPHEN DOUGLAS BONNEY (#12322)
American Civil Liberties Union of Kansas
6701 W 64th St., Suite 210
Overland Park, KS 66202
Phone: (913) 490-4100
Fax: (913) 490-4119
dbonney@aclukansas.org

DALE HO*
R. ORION DANJUMA*
SOPHIA LIN LAKIN*
EMILY R. ZHANG*
American Civil Liberties Union Foundation,
125 Broad St.
New York, NY 10004
Phone: (212) 549-2693
dale.ho@aclu.org
odanjuma@aclu.org
slakin@aclu.org
ezhang@aclu.org

NEIL A. STEINER*
REBECCA KAHAN WALDMAN*
DAPHNE T. HA*
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
T: (212) 698-3822
F: (212) 698-3599
neil.steiner@dechert.com
rebecca.waldman@dechert.com

ANGELA M. LIU*
Dechert LLP
35 West Wacker Drive
Suite 3400
Chicago, Illinois 60601-1608
Phone: (312) 646 5816
Fax: (312) 646 5858
angela.liu@dechert.com

daphne.ha@dechert.com

*Counsel for Plaintiffs*                    * admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on the 27th day of April, 2018, I electronically filed the foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ Stephen Douglas Bonney
STEPHEN DOUGLAS BONNEY (#12322)

*Attorney for Plaintiffs*