UNITED  STATES  DISTRICT  COURT
for the
DISTRICT OF KANSAS


| | |
|---|---|
| Steven Fish, et al.,                                )<br><br>                     Plaintiffs,           )<br><br>               v.                                   )<br><br>Kris Kobach, in his official              )<br>capacity as Secretary of State       )<br>for the State of Kansas,                 )<br>                     Defendant.          ) | Case No. 16-2105-JAR |

**NOTICE OF APPEAL**

Notice is hereby given that Kansas Secretary of State Kobach, defendant in the above

named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from

the order (Doc. 520) granting Plaintiffs' Motion to Enforce Court Orders and for Order to Show

Cause Why Defendant Should Not Be Held in Contempt (Doc. 423), entered in this action on

April 18, 2018, after the nonjury trial was completed.

Date:  May 2, 2018                                Respectfully submitted,

/s/ *Sue Becker*
Sue Becker, Kansas Bar No. 27806
Garrett Roe, Kansas Bar No. 26867
**KANSAS SECRETARY OF STATE'S OFFICE**
120 S.W. 10th Ave.
Topeka, KS 66612
Telephone: (785) 296-3483
Facsimile: (785) 368-8033
Email: sue.becker@ks.gov
         garrett.roe@ks.gov

*Attorneys for Defendant Secretary of State*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that, on the 2nd day of May, 2018, I electronically filed

the above and foregoing document which automatically sends notice and a copy of the filing to

all counsel of record.

/s/ Sue Becker
Sue Becker
*Attorney for Kansas Secretary of State*