EXHIBIT B

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | | |
|---|---|---|
| STEVEN WAYNE FISH, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KRIS KOBACH, in his official capacity as Secretary of State for the State of Kansas, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 16-2105-JAR-JPO |

## DECLARATION OF ALLAN V. HALLQUIST IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

I, Allan V. Hallquist, declare and state the following in support of Plaintiffs' motion for attorneys' fees:

1. I am an attorney with Hallquist Law Firm, LLC in Kansas City, Missouri. I respectfully make this declaration in support of Plaintiffs' Motion for Statutory Attorney Fees in conjunction with the Court's contempt order (Doc. 520).

2. I am an attorney admitted to practice in the State of Missouri since 1980. I am admitted to the United States District Court for the District of Kansas, the United States District Court for the Western District of Missouri, the United States District Court for the Eastern District of Michigan, the United States Court of Appeals for the Eighth Circuit, the United States Court of Appeals for the Tenth Circuit, and the U.S. Tax Court.

3. I graduated from the University of Iowa College of Law in 1980. Upon graduation I was employed by the law firm of Blackwell Sanders Matheny Weary & Lombardi as an associ-

ate, and I became a partner in that firm on January 1, 1985. I was a partner in that firm, now known as Husch Blackwell LLP, until February 28, 2018, when I formed Hallquist Law Firm, LLC.

4. Since 1980 my practice has focused almost entirely on handling litigation matters in state and federal courts. Presently, I am lead counsel on three cases pending in the United States District Court for the District of Kansas.

5. As a trial attorney who practices primarily in Missouri and Kansas, I am familiar with the range of hourly rates charged by skilled and accomplished attorneys in the community. I have handled cases and trials in which attorneys' fees were recoverable pursuant to statutes or contractual provisions. Also, I am familiar with the annual Missouri attorney billing rates information published by *Missouri Lawyers Weekly*.

6. It has been my experience that attorneys in the Kansas City area are reluctant to accept civil rights and voting rights cases on a contingent-fee basis. The risk associated with litigating these cases is very great, and few, if any, civil rights litigants can afford to pay attorneys' fees or out-of-pocket expenses. Thus, when the cases are won, the rewards are not commensurate with the risks unless an attorney can expect to obtain a substantial and fully compensable hourly rate.

7. Stephen Douglas Bonney is an experienced attorney and is well-respected in the Kansas City legal community. I have known Mr. Bonney professionally for many years. He obtained his law degree from the University of Kansas in 1985, and he has practiced in Kansas City since then. He has dedicated a substantial portion of his practice to defending constitutional and civil rights throughout his career and has participated as counsel in cases before this Court, the Eighth Circuit Court of Appeals, the Tenth Circuit Court of Appeals, and the United States Supreme

Court, in addition to other federal courts. I reviewed the Declaration that Mr. Bonney prepared in support of Plaintiffs' Motion for Attorneys' Fees in this case. The hourly rate of $450 per hour requested by Mr. Bonney is a reasonable hourly rate and is consistent with hourly rates charged by litigators with Mr. Bonney's experience and credentials who handle civil rights cases in the Kansas City area.

8. I also reviewed the Declarations that Dale Ho and Neil Steiner prepared in support of Plaintiffs' Motion for Attorneys' Fees in this case. Although I am not personally acquainted with Mr. Ho, Mr. Steiner, or the other lawyers on Plaintiffs' litigation team, I believe that the $450 per hour rate claimed by Mr. Steiner and Mr. Ho, the $350 per hour rate claimed by Angela Liu, Sophia Lakin, and R. Orion Danjuma, and the rate of $275 per hour claimed by Tharuni Jayaraman are eminently reasonable and consistent with rates charged by similarly experienced attorneys in the Kansas City area. In fact, I believe that the hourly rates for attorneys with their education, qualifications, and experience would have been higher at my prior law firm, Husch Blackwell LLP. In addition, I believe the paralegal rate of $110 per hour is consistent with rates charged for litigation-related work by paralegals in the Kansas City area.

I declare under penalty of perjury that all the foregoing statements are true and correct.

Executed on May 4, 2018.

_____
Allan V. Hallquist

3