EXHIBIT E

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | | |
|---|---|---|
| STEVEN WAYNE FISH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 16-2105-JAR-JPO |
| v. | ) | |
| | ) | |
| KRIS KOBACH, in his official capacity as | ) | |
| Secretary of State for the State of Kansas, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF ELIZABETH S. SAYLOR

1.       I am a graduate of Amherst College (B.A. 1997) and the Harvard Law School (J.D. 2001).

2.       I am a member of the bars of the following jurisdictions: New York; New Jersey; the United States District Court for the District of New Jersey; the United State District Court for the Districts of Northern, Southern, and Eastern New York; the United States Court of Appeals for the Second Circuit; and the United States Supreme Court.

3.       Upon my graduation from law school, I worked at the Legal Aid Society as a Skadden Arps public interest fellow and as a clerk for the Honorable Robert D. Sack on the Second Circuit Court of Appeals. I joined the firm of Emery Celli Brinckerhoff & Abady LLP in 2006. I am now a partner of the firm.

4.       I have over 15 years of litigation experience in federal and state courts. My practice has consisted of representing clients in commercial and civil rights matters. My civil rights practice has included: constitutional litigation; class actions; police misconduct; prisoners' rights; election law; wage and hour litigation; and employment and housing cases

1

alleging discrimination on the basis of race, sex, age, familial status, pregnancy, disability, and source of income. My commercial practice includes contract and tort disputes, as well as constitutional challenges to government regulations.

5.      As a practicing attorney and also as a partner of Emery Celli Brinckerhoff & Abady LLP, I am familiar with current and historical hourly billing rates of New York attorneys, including those who prosecute and defend civil rights cases and other complex litigation.

6.      I have reviewed the educational background, qualifications, and professional achievements of Dale E. Ho, R. Orion, Danjuma, Sophia Lin Lakin, and Doug Bonney attorneys from the American Civil Liberties Union ("ACLU") and the ACLU of Kansas, as well as Lila Carpenter, an ACLU paralegal whose time is included in the fees sought in this action. In addition, I have worked with attorneys from the ACLU and specifically with R. Orion Danjuma, who was my former colleague at Emery Celli Brinckerhoff & Abady LLP. I have seen seen firsthand, the professional commitment and abilities of the ACLU's attorneys. The reputations of these attorneys for competence and integrity are of the highest order in the New York legal community and beyond.

| Name | Attorney JD Year | Hourly Rate |
|------|------------------|-------------|
| Doug Bonney | 1985 | $450 |
| Dale Ho | 2005 | $450 |
| R. Orion Danjuma | 2010 | $350 |
| Sophia Lin Lakin | 2012 | $350 |
| Lila Carpenter | Paralegal | $110 |

7.      In my opinion, these hourly rates are well within the range of reasonableness of current market rates for hourly paid litigation by attorneys of comparable ability, experience, and reputation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on May 4, 2018.

Elizabeth S. Saylor