IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KRIS KOBACH, in his official capacity as ) <br> Secretary of State for the State of Kansas, ) <br> ) <br> Defendant. ) <br> ) | **Case No. 16-2105-JAR-JPO** |

**STATEMENT OF COMPLIANCE WITH LOCAL RULE 54.2
REGARDING PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES**

I, Dale E. Ho, declare under penalty of perjury that the following is true and correct:

1. Plaintiffs submit this statement of consultation regarding their Application for Attorneys' Fees, Doc. 529, in accordance with Local Rule 54.2.

2. On May 7, 2018, Plaintiffs submitted their Application for Attorneys' Fees, in connection with this Court's Order, Doc. 520, granting Plaintiffs' motion for contempt, Doc. 423.

3. On May 15, 2018, acting as Plaintiffs' counsel, I sent an email to Defendant's counsel in accordance with Local Rule 54.2.  In the email, I asked: (1) whether Defendant would agree to the fee amount requested by Plaintiffs; (2) if not, whether Defendant wished to meet-and-confer with Plaintiffs regarding the amount requested, in an attempt to achieve consensus; or (3) if not, whether Defendant believed that such a meet-and-confer would be futile.

4. Shortly after midnight on May 16, 2018, Defendant's counsel Sue Becker responded with an email declining to meet-and-confer.  The email stated that Defendant "do[es] not agree to any amount," and suggested that meeting-and-conferring would "wast[e] time and

resources," at least until the Tenth Circuit makes a determination as to whether to hear Defendant's appeal of this Court's contempt order.

5. In accordance with Local Rule 54.2(e), Plaintiffs' Application for attorneys' fees, along with supporting declarations and time records, was filed with the Court on May 7, 2018 as Document No. 529.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this 16th day of May, 2018.

Respectfully submitted,

/s/ Stephen Douglas Bonney
STEPHEN DOUGLAS BONNEY (#12322)
American Civil Liberties Union of Kansas
6701 W 64th St., Suite 210
Overland Park, KS 66202
Phone: (913) 490-4100
Fax: (913) 490-4119
dbonney@aclukansas.org

/s/ Dale E. Ho
DALE HO*
R. ORION DANJUMA*
SOPHIA LIN LAKIN*
EMILY R. ZHANG*
American Civil Liberties Union Foundation,
125 Broad St.
New York, NY 10004
Phone: (212) 549-2693
dale.ho@aclu.org
odanjuma@aclu.org
slakin@aclu.org
ezhang@aclu.org

NEIL A. STEINER*
REBECCA KAHAN WALDMAN*
DAPHNE T. HA*
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
T: (212) 698-3822
F: (212) 698-3599
neil.steiner@dechert.com
rebecca.waldman@dechert.com
daphne.ha@dechert.com

ANGELA M. LIU*
Dechert LLP
35 West Wacker Drive
Suite 3400
Chicago, Illinois 60601-1608
Phone: (312) 646 5816
Fax: (312) 646 5858
angela.liu@dechert.com

*Counsel for Plaintiffs*                           * admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on this 16th day of May, 2018, I electronically filed the foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ Stephen Douglas Bonney
STEPHEN DOUGLAS BONNEY (#12322)

*Attorney for Plaintiffs*