**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**May 22, 2018**

**Elisabeth A. Shumaker**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| STEVEN WAYNE FISH, on behalf of themself and all others similarly situated; DONNA BUCCI, on behalf of themself and all others similarly situated; CHARLES STRICKER, on behalf of themself and all others similarly situated; THOMAS J. BOYNTON, on behalf of themself and all others similarly situated; DOUGLAS HUTCHINSON, on behalf of themself and all other similarly situated; LEAGUE OF WOMEN VOTERS OF KANSAS, <br><br>         Plaintiffs - Appellees, <br><br> v. <br><br> KRIS W. KOBACH, in his official capacity as Secretary of State for the State of Kansas, <br><br>         Defendant - Appellant. | No. 18-3094 <br> (D.C. No. 2:16-CV-02105-JAR) <br> (D. Kan.) |

_____

## ORDER
_____

Before **HOLMES**, **MATHESON**, and **PHILLIPS**, Circuit Judges.
_____

This matter comes on for consideration of the appellees' *Motion to Dismiss*, the response filed thereto, and the court-ordered reply. Upon consideration thereof, the motion is granted.

This court has jurisdiction to review final decisions, 28 U.S.C. § 1291, and specific types of interlocutory orders. The district court order finding the appellant in contempt is not final or otherwise immediately appealable.

A finding of civil contempt unaccompanied by sanctions is not final and therefore not immediately appealable. *See Consumers Gas & Oil, Inc. v. Farmland Industries, Inc.*, 84 F.3d 367, 370 (10th Cir. 1996) (finding jurisdiction over contempt order at the postjudgment stage only when both the finding of contempt was made and a sanction imposed); *O'Connor v. Midwest Pipe Fabrications, Inc.*, 972 F.2d 1204, 1208 (10th Cir. 1992) (once finding of contempt made and sanctions imposed, order becomes appealable).

Although the district court stated that it was imposing sanctions, specific sanctions have not yet been imposed. Here, not only has the district court not issued findings of fact and conclusions of law or final judgment, the district court has not determined a discernable amount of sanctions. *See American Soda v. US Filter*, 428 F.3d 921, 924 (10th Cir. 2005) (attorney fees are not appealable until amount is set) (citing to *Phelps v. Washburn University*, 807 F.2d 153, 154 (10th Cir. 1986)).

**APPEAL DISMISSED**.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: Ellen Rich Reiter
    Jurisdictional Attorney