IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, *et al.*, on behalf of themselves and all others similarly situated, <br><br>   Plaintiffs, <br><br> v. <br><br> KRIS KOBACH, in his official capacity as Secretary of State for the State of Kansas, *et al.*, <br><br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 16-2105-JAR-JPO

## ENTRY OF APPEARANCE

COMES NOW Lauren Bonds and hereby enters her appearance as additional counsel of record for the Plaintiffs Thomas J. Boyton, Donna Bucci, Steven Wayne Fish, Douglas Hutchinson, Charles Stricker, and the League of Women Voters of Kansas.

Respectfully submitted,

By: /s Lauren Bonds
Lauren Bonds, KS No. 27807
ACLU Foundation of Kansas
6701 W. 64th Street, Ste. 210
Overland Park, KS 66202
Phone: (913) 490-4100
lbonds@aclukansas.org

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 23rd day of May, 2018 I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF system, which sent notice of electronic filing to counsel of record.

                                                      /s/ Lauren Bonds
                                                      Lauren Bonds