# EXHIBIT 1

# *A Flash Report on the 2017 Economics of Law Practice Survey in Kansas*

## Summary of Key Findings

**September, 2017**

### INTRODUCTION

During the spring of 2017, The Kansas Bar Association surveyed the legal community on the economics of law practice considering similar studies undertaken in 2012, 2005 and 1997. The objectives of all studies were to derive and report the following:

- Demographics of practicing attorneys, including views on economic sentiment

- Attorney 2016 taxable income arrayed by practice class, gender, field of law, office location, full- vs. part-time status, years in practice and firm size

- Associate, legal assistant, and secretary 2017 annual compensation by years of experience (tenure) and office location

- Prevailing average 2017 hourly billing rates for attorneys arrayed by a variety of indicators, and for legal assistants by years of experience, firm size and office location

- Attorney time allocated to billable and non-billable professional activities in 2017

- Fixed expense and gross revenues per attorney and overhead rates associated with maintaining a private law practice by office location and firm size in 2016

## *Methods and Measures*

Results are based on two confidential survey instruments (questionnaires) e-mailed to approximately 10,000 active, in-state attorneys, regardless of KBA membership status.

The two targeted groups of attorneys are private practitioners (PPs) and non-private practitioners (NPPs). The data obtained from approximately 935 usable returned questionnaires were analyzed and this report produced by the Applied Statistics Laboratory of Ann Arbor, Michigan. Please contact Dr. Lawrence Stiffman at (734) 417-5151 or e-mail him at aslinfo@aol.com for assistance in interpreting findings. There is no charge for this service.

To help practitioners interpret the information provided in many exhibits in this report, here is a brief discussion of measures of central tendency (mean and median) and dispersion (spread).

## Measures of Central Tendency

The mean (also called the average or arithmetic average) is calculated by adding the values of all responses, then dividing by the number of responses.

*Example*: Three responses – 1, 2 and 3 – are reported. The average is calculated by adding their values (1 + 2 + 3 = 6), then dividing by the number of responses (3). Thus, the average is 6 ÷ 3 = 2.

The median is the middle value of a series (distribution) of values, which is initially rank- ordered (from low to high or *vice versa*). By definition, half the numbers are greater and half are less than the median. Both mean and median values are used throughout this survey report to denote the measure of central tendency. Use of the median as a statistic for central tendency reduces the effect of "outliers" (extremely high or low values, such as 30), while the average does not.

*Example*: Three responses – 1, 2 and 30 – are reported. The a*verage* of this same distribution is 33 divided by 3 = 11. The *median* is the middle number of the order of distribution (1, 2, and 30) or 2.

## Measures of Dispersion (Spread)

The dispersion of data around the median (the 50th percentile) generally is based on 3 values:

25th percentile (lower quartile) One-fourth of the values are less and three-fourths are more than this value

75th percentile (upper quartile) Three-fourths of the values are less and one-fourth is more than this value

95th percentile Ninety-five percent of the values are less and five percent are more than this value

## An Example

**Exhibit 1** summarizes distributions of 2016 taxable incomes of Kansas private practitioners by nine practice classes reported by 482 survey respondents (denoted by *Valid N*). By convention, this and many subsequent exhibits provide percentile information offering five data points – the 25th, 50th (Median), the mean, the 75th and 95th percentiles – on the variable of interest (taxable income in this case). For example, 25% of all associates report earning less than $54,000, half earn less than $66,500, while half earn more than $66,500 and 25% earn more than $85,000. Observe that the median values are less than the mean values due to the influence of high income outliers influencing mean (average) values.

EXHIBIT 1

DISTRIBUTION OF 2016 PRIVATE PRACTITIONER TAXABLE INCOME BY PRACTICE CLASSIFICATION, KANSAS

| Practice Classification | Valid N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Associate | 58 | $54,000 | $66,500 | $73,325 | $85,000 | $136,000 |
| Equity Partner/Shareholder | 114 | $115,000 | $179,500 | $237,653 | $275,000 | $600,000 |
| Managing Partner | 51 | $83,000 | $166,000 | $199,941 | $235,000 | $600,000 |
| Non-Equity Partner | 14 | $100,000 | $156,000 | $174,857 | $215,000 | $450,000 |
| Of Counsel | 20 | $62,000 | $90,500 | $100,681 | $137,500 | $225,000 |
| Senior Associate | 22 | $61,000 | $81,250 | $81,614 | $100,000 | $130,000 |
| Sole Practitioner sharing space | 22 | $60,000 | $80,000 | $135,682 | $157,000 | $300,000 |
| Sole Practitioner, with office outside of home | 123 | $60,000 | $100,000 | $155,075 | $140,000 | $400,000 |
| Sole Practitioner, working out of home office | 44 | $20,000 | $37,250 | $51,674 | $65,000 | $150,000 |
| **Total** | **482** | **$60,000** | **$100,000** | **$152,746** | **$175,000** | **$379,890** |

To denote the "gender gap" of reported attorney incomes, the term "gap" is used as a proportion calculated as the *median value of one group divided by another group*. For example, a reported income of $75,000 for a group of hypothetical female attorneys divided by $100,000 for a like group of male attorneys yields the proportion of .75. This could be interpreted in plain English as: *This group of females earns "75 cents on the dollar" compared with their male counterparts.*

This report should be considered and used in its entirety only in order to avoid misconstruing the meaning of individual exhibits. Personnel planning and decision-making include many factors not covered in surveys of this scope or nature. However, this report provides ranges of values that can help in developing sound and equitable hiring and compensation policies

# AN OVERVIEW OF KEY FINDINGS

## Demographics of Survey Respondents

The typical **private practitioner** is 49 years of age and the typical **non-private practitioner** is 47 years old. The average **male** attorney is 53 years of age while the average **female** attorney is 47 years of age. Females represent 33% of private practice respondents while representing 51% of all non-private practitioners. About 86% of private practitioners work full-time, compared with 95% of all non-private practitioners. Private practitioners have been in practice for 23 years and non-private practitioners, 20 years. See **Exhibits 2 and 3**.

**EXHIBIT 2**
**MEDIAN AND MEAN (AVERAGE) AGE OF KANSAS SURVEY RESPONDENTS BY GENDER   AND WORK-STATUS, 2017**

| Category | Private Practitioners | | | | Non- Private Practitioners | | | |
|---|---|---|---|---|---|---|---|---|
| | Valid N | % of Total | Median Age | Mean Age | Valid N | % of Total | Median Age | Mean Age |
| Female, working full-time (>31 hours/week) | 138 | 27.1% | 45 | 45 | 198 | 47.6% | 46 | 46 |
| Female, working part-time (<32 hours/week) | 29 | 5.7% | 58 | 57 | 13 | 3.1% | 53 | 54 |
| Male, working full-time (>31 hours/week) | 302 | 59.3% | 53 | 51 | 194 | 46.6% | 50 | 50 |
| Male, working part-time (<32 hours/week) | 40 | 7.9% | 69 | 65 | 10 | 2.4% | 55 | 55 |
| All Females | 167 | 32.8% | 46 | 47 | 211 | 50.8% | 46 | 45 |
| All Males | 342 | 67.2% | 55 | 53 | 204 | 49.2% | 50 | 50 |
| All Full-time Only | 440 | 86.44% | 49 | 49 | 392 | 94.5% | 48 | 47 |
| All Part-time Only | 69 | 13.56% | 65 | 62 | 23 | 5.5% | 54 | 54 |
| **All Attorneys** | **509** | **100%** | **51** | **51** | **415** | **100.0%** | **48** | **48** |

**EXHIBIT 3**

**MEDIAN AND MEAN (AVERAGE) YEARS IN PRACTICE OF KANSAS SURVEY RESPONDENTS** BY **GENDER AND WORK-STATUS, 2017**

| Category | Private Practitioners | | | | Non- Private Practitioners | | | |
|---|---|---|---|---|---|---|---|---|
| | Valid N | % of Total | Median | Mean | Valid N | % of Total | Median | Mean |
| Female,working full-time (>31 hours | 137 | 26.7% | 14 | 16 | 198 | 47.6% | 17 | 16 |
| Female,working part-time (<32 hour | 28 | 5.4% | 27 | 24 | 13 | 3.1% | 25 | 28 |
| Male,working full-time (>31 hours/w | 301 | 58.6% | 25 | 24 | 194 | 46.6% | 22 | 22 |
| Male,working part-time (<32 hours/ | 40 | 7.8% | 41 | 37 | 10 | 2.4% | 29 | 31 |
| | | | | | | | | |
| All Females | 165 | 32.6% | 17 | 17 | 211 | 50.8% | 18 | 16 |
| All Males | 341 | 67.4% | 27 | 26 | 204 | 49.2% | 22 | 22 |
| | | | | | | | | |
| All Full-time Only | 438 | 86.6% | 22 | 22 | 392 | 94.5% | 20 | 19 |
| All Part-time Only | 68 | 13.4% | 34 | 34 | 23 | 5.5% | 27 | 26 |
| **All Attorneys** | **506** | **100.0%** | **23** | **23** | **415** | **100.0%** | **20** | **19** |

**Exhibits 4 and 5** distribute survey respondents by firm size groups, measured by number of attorneys. Half of all respondents work as solos or in two-person firms. About 32% of private practitioners and 38% of non-private practitioners work in organizations with 6 or more attorneys.

**Exhibit 4**



Distribution of Responses by Firm Size, Private Practitioners, Kansas, 2017

**Exhibit 5**



Distribution of Responses by Firm Size, Non-Private Practitioners, Kansas, 2017

**Summary of Changes between 2017/2016 and the 2004/2005  Reporting  Periods**

The 2017 survey replicates many questions addressed in previous surveys, facilitating analyses of change over time. Reporting periods are represented by two intervals: 2004/2005 to 2011/2012 and 2011/2012 to 2016/2017. Different attorneys responded to the questionnaires for each of the time periods. **Exhibit 6** summarizes changes over time.

## Demographics

The attorney population aged slightly between reporting periods, reflected by both age and years-in-practice statistics. More attorneys, primarily males, are delaying retirement even though more young attorneys are entering the field. The proportion of the Bar that is female slowed to 3% during the second period compared with a 10% in the first period.

## Hours, Income and Billing Rates

Both total and billable reported hours worked per week decreased during the initial reporting periods, with no change in billable hours /week in the second period. Total hours did increase slightly (4.3%).

Initially, Incomes increased because of an increase in hourly billing rates, not time billed. Considering the first period, for both attorney net income (up 4% per annum) and average hourly billing rates (up 5% per annum), annual percent increases were slightly higher than inflation. In the second period, income dropped considerable to (0.6% per annum) and billing rates to 3% per annum. Associate and legal assistant billing rate increases also ranged from 3.3% to 5% per annum, depending on tenure in the first period and all dropped in the second period, reflecting less pricing power.

## Revenues and Expenses

Overhead basically remained constant, With respect to labor expenditures, even as associate, legal assistant and secretary unit labor costs decreased. Prices reflect relative scarcity as both skilled and unskilled support staff are becoming more mobile and can participate in more than one service sector (legal services, financial services, accounting, consulting, etc.) Other fixed expenses dropped in the second period.

**EXHIBIT 6**

**CHANGES IN ECONOMIC INDICATORS, KANSAS PRIVATE PRACTITIONERS, 1996- 2017**

| | 2016/17 | 2011/12 | 2004/5 | % Change 2004-2011 | Annual % chg. 2004-2011 | % Change 2011-2016 | Annual % chg. 2011-2016 |
|---|---|---|---|---|---|---|---|
| **Respondent Demographics** | | | | | | | |
| Age | 52 | 49 | 48 | 2.1% | 0.3% | 6% | 1% |
| Years in Practice | 23 | 20 | 18 | 11.1% | 1.6% | 15% | 3% |
| % Female | 33 | 32 | 29 | 10.3% | 1.5% | 3% | 1% |
| Attorney Net Income | $100,000 | $90,000 | $84,000 | 7.1% | 1.0% | 11% | 2% |
| **Hours Worked** | | | | | | | |
| Billable Hours | 35 | 35 | 35 | 0.0% | 0.0% | 0% | 0% |
| Toital Hours | 47 | 48 | 46 | 4.3% | 0.6% | -2% | 0% |
| CLE Hours/Year | 15 | 15 | 15 | 0.0% | 0.0% | 0% | 0% |
| Pro Bono Hours/Year | 20 | 30 | 40 | -25.0% | -3.6% | -33% | -7% |
| | | | | | | | 0% |
| **Hourly Billing Rate** | $225 | $200 | $150 | 33.3% | 4.8% | 13% | 3% |
| | | | | | | | |
| **Fixed Expenses & Gross Revenews/attorney** | | | | | | | |
| Labor Costs | $50,000 | $44,500 | $30,000 | 48.3% | 6.9% | 12% | 2% |
| Occupancy Costs | $13,150 | $11,000 | $11,000 | 0.0% | | 20% | 4% |
| Other Fixed Costs | $15,000 | $14,000 | $20,000 | -30.0% | -4.3% | 7% | 1% |
| Total Expenses | $63,500 | $60,000 | $59,250 | 1.3% | 0.2% | 6% | 1% |
| Gross Revenues | $190,000 | $180,000 | $150,000 | 20.0% | 2.9% | 6% | 1% |
| Overhead Rate ( in %) | 40% | 40% | 40% | 0.0% | | 0% | 0% |
| | | | | | | | |
| **Private Firm Annual Salaries** | | | | | | | |
| Associates, no Exp | $56,000 | $55,500 | $45,000 | 23.3% | 3.3% | 1% | 1% |
| Associates, 3 yrs | $70,000 | $68,000 | $55,000 | 23.6% | 3.4% | 3% | 0% |
| Associates, 5 yrs | $76,000 | $75,000 | $65,000 | 15.4% | 2.2% | 1% | -3% |
| Associates, 10 yrs | $85,000 | $97,500 | $78,500 | 24.2% | 3.5% | -13% | 1% |
| Legal Assistants,  no exp | $30,000 | $28,500 | $25,000 | 14.0% | 2.0% | 5% | 2% |
| Legal Assistants, 3 yrs | $35,000 | $32,250 | $32,000 | 0.8% | 0.1% | 9% | 3% |
| Legal Assistants, 5 yrs | $40,000 | $35,000 | $35,000 | 0.0% | 0.0% | 14% | 2% |
| Legal Assistants, 10 yrs | $48,000 | $43,000 | $40,000 | 7.5% | 1.1% | 12% | 3% |
| Secretaries, no Exp | $25,000 | $22,000 | $21,000 | 4.8% | 0.7% | 14% | 3% |
| Secretaries, 3 yrs | $30,000 | $26,000 | $25,000 | 4.0% | 0.6% | 15% | 3% |
| Secretaries, 5 yrs | $35,000 | $30,000 | $28,800 | 4.2% | 0.6% | 17% | 3% |
| Secretaries,10 yrs | $40,000 | $35,000 | $30,000 | 16.7% | 2.4% | 14% | 0% |
| | | | | | | | |
| **Assoc. & LA Billing Rates** | | | | | | | |
| Associates, no Exp | $160 | $150 | $125 | 20.0% | 2.9% | 7% | 1% |
| Associates, 3 yrs | $180 | $175 | $150 | 16.7% | 2.4% | 3% | 1% |
| Associates, 5 yrs | $200 | $180 | $165 | 9.1% | 1.3% | 11% | 2% |
| Associates, 10 yrs | $200 | $200 | $160 | 25.0% | 3.6% | 0% | 0% |
| Legal Assistants, no exp | $75 | $75 | $55 | 36.4% | 5.2% | 0% | 0% |
| Legal Assistants, 3 yrs | $85 | $75 | $65 | 15.4% | 2.2% | 13% | 3% |
| Legal Assistants, 5 yrs | $90 | $85 | $65 | 30.8% | 4.4% | 6% | 1% |
| Legal Assistants, 10 yrs | $90 | $85 | $75 | 13.3% | 1.9% | 6% | 1% |

# 2016 Taxable Income of Kansas Attorneys

While many factors affect attorney income, clues to explain variation at a given point in time can be derived from combinations of these seven factors addressed in the survey and summarized in this section of the report:

- Practice classification (class)
- Field of law
- Years in practice
- Gender

- Firm size (number of attorneys in firm/organization)
- Office location
- Work status (full-time vs. part-time)

Selected factors are summarized below. See full report for remaining displays.

EXHIBIT 7
**DISTRIBUTION OF 2016 TAXABLE INCOME, FULL-TIME KANSAS PRIVATE PRACTITIONERS**

|  | Valid N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Associate | 57 | $55,000 | $67,000 | $73,874 | $85,000 | $136,000 |
| Equity Partner/Shareholder | 110 | $120,000 | $185,000 | $241,841 | $290,000 | $600,000 |
| Managing Partner | 47 | $83,000 | $165,000 | $197,297 | $235,000 | $600,000 |
| Non-Equity Partner | 11 | $100,000 | $180,000 | $191,182 | $270,000 | $450,000 |
| Of Counsel | 13 | $75,000 | $130,000 | $125,231 | $162,000 | $250,000 |
| Senior Associate | 19 | $66,000 | $82,500 | $83,921 | $100,000 | $160,000 |
| Sole Practitioner sharing space | 19 | $60,000 | $80,000 | $150,158 | $165,000 | $900,000 |
| Sole Practitioner, with office outside of home | 103 | $65,000 | $105,000 | $166,604 | $150,000 | $400,000 |
| Sole Practitioner, working out of home office | 17 | $38,000 | $54,000 | $65,647 | $75,000 | $210,000 |
| **Total** | **396** | **$68,375** | **$110,000** | **$166,599** | **$185,000** | **$400,000** |

Exhibit 8
**DISTRIBUTION OF 2016 TAXABLE INCOME, FULL-TIME KANSAS NON-PRIVATE PRACTITIONERS**

|  | Valid N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| In-House  Counsel (For-profit organizaiton) | 117 | $88,000 | $145,000 | $160,494 | $200,000 | $338,000 |
| Corporate Counsel ( Not for profit org.) | 24 | $58,500 | $90,500 | $123,570 | $158,000 | $300,000 |
| City/County Agency | 56 | $60,000 | $70,000 | $80,895 | $92,500 | $147,000 |
| State Agency | 58 | $60,000 | $68,000 | $71,468 | $80,000 | $120,000 |
| Federal Agency | 35 | $100,000 | $125,000 | $124,081 | $155,000 | $187,000 |
| Legal Services Agency | 13 | $45,000 | $47,500 | $63,731 | $60,000 | $155,000 |
| Court System | 22 | $65,000 | $88,500 | $92,818 | $120,000 | $136,000 |
| Not in Practice, but Working | 11 | $0 | $5,000 | $37,273 | $80,000 | $125,000 |
| Law Clerk | 16 | $53,000 | $79,234 | $83,529 | $105,000 | $150,000 |
| **Total** | **352** | **$62,000** | **$87,300** | **$110,263** | **$136,000** | **$240,285** |

## Taxable Income by Field of Law

**EXHIBIT 9**
## DISTRIBUTION OF 2016 PRIVATE PRACTITIONER TAXABLE INCOME BY PRIMARY FIELD OF LAW, RANKED BY FREQUENCY

| Primary Field of Law | Valid N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Family Law | 72 | $60,000 | $90,000 | $105,283 | $130,000 | $275,000 |
| Wills, Estates and Probate | 57 | $50,000 | $100,000 | $176,888 | $160,000 | $350,000 |
| Personal Injury (Plaintiff) | 29 | $100,000 | $175,000 | $312,583 | $445,000 | $997,654 |
| Corporate/Business Law | 28 | $68,375 | $117,500 | $189,920 | $172,000 | $350,000 |
| General Practice | 27 | $49,000 | $62,000 | $77,737 | $82,000 | $200,000 |
| Criminal (Private Defendant) | 23 | $55,000 | $85,000 | $106,000 | $150,000 | $250,000 |
| Other Trial Practice (Gen./Civil) | 22 | $100,000 | $168,500 | $219,545 | $250,000 | $500,000 |
| Other Trial Practice (Commercial) | 19 | $100,000 | $168,000 | $177,526 | $250,000 | $370,000 |
| Criminal (Public Defendant) | 16 | $43,500 | $65,000 | $62,813 | $70,000 | $130,000 |
| Labor & emp. (Management) | 15 | $95,000 | $119,000 | $146,600 | $225,000 | $315,000 |
| Real Estate | 14 | $80,000 | $120,000 | $138,893 | $150,000 | $375,000 |
| Elder Law | 13 | $54,000 | $75,000 | $103,817 | $165,000 | $250,000 |
| Collections, Creditor | 12 | $53,500 | $71,000 | $111,750 | $126,500 | $408,000 |
| Taxation | 11 | $60,000 | $100,000 | $133,205 | $160,000 | $480,000 |
| Personal Injury (Defendant) | 10 | $80,000 | $90,000 | $96,025 | $100,000 | $180,000 |
| Bankruptcy, Debtor | 8 | $34,000 | $66,000 | $74,375 | $92,500 | $180,000 |
| Intellectual Property/Trade Secrets | 7 | $80,000 | $140,000 | $158,571 | $215,000 | $308,000 |
| Workers' Compensation, Employer | 7 | $91,000 | $190,000 | $171,571 | $225,000 | $300,000 |
| Governmental Law | 6 | $100,000 | $160,000 | $162,500 | $190,000 | $325,000 |
| Immigration | 6 | $30,000 | $100,000 | $136,500 | $170,000 | $395,000 |
| Labor & emp. (Labor) | 6 | $70,000 | $207,500 | $299,167 | $600,000 | $700,000 |
| Oil and Gas | 6 | $35,000 | $113,000 | $158,500 | $275,000 | $400,000 |
| Alternative Dispute Resolution | 5 | $30,000 | $75,000 | $130,375 | $250,000 | $284,875 |
| Health and Hospital Law | 5 | $68,000 | $120,000 | $148,200 | $160,000 | $340,000 |
| Insurance | 5 | $100,000 | $110,000 | $174,000 | $300,000 | $300,000 |
| Workers' Compensation, Employee | 5 | $100,000 | $185,000 | $182,000 | $240,000 | $300,000 |
| Construction Law | 4 | $204,000 | $294,000 | $376,750 | $549,500 | $744,000 |
| Consumer Law | 4 | $69,000 | $131,411 | $152,205 | $235,411 | $323,000 |
| Criminal (Prosecution) | 4 | $28,000 | $55,000 | $45,250 | $62,500 | $65,000 |
| Medical Malpractice (Defendant) | 4 | $93,500 | $205,000 | $271,750 | $450,000 | $600,000 |
| **Total** | **450** | **$60,000** | **$100,000** | **$152,746** | **$175,000** | **$379,890** |

| | | | Consolidated Private Practitioners | | | |
|---|---|---|---|---|---|---|
| | Valid N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
| Sole Practitioners | 190 | $43,000 | $76,500 | $128,068 | $130,000 | $325,000 |
| Associates | 81 | $55,000 | $70,000 | $76,831 | $93,000 | $136,000 |
| Partners | 198 | $100,000 | $168,000 | $209,980 | $250,000 | $500,000 |
| **Total** | **469** | **$60,000** | **$100,000** | **$153,800** | **$175,000** | **$395,000** |

**EXHIBIT 10**
**DISTRIBUTION OF 2016 NON-PRIVATE PRACTITIONER TAXABLE INCOME BY PRIMARY FIELD OF LAW, RANKED BY FREQUENCY**

| | Valid N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Governmental Law | 53 | $63,000 | $80,000 | $90,088 | $114,000 | $174,000 |
| Corporate/Business Law | 48 | $80,000 | $118,500 | $146,526 | $198,000 | $325,000 |
| Criminal (Prosecution) | 37 | $56,000 | $65,000 | $75,502 | $88,000 | $150,000 |
| Unspecified | 35 | $52,000 | $115,000 | $110,886 | $150,000 | $300,000 |
| Administrative Law | 33 | $57,200 | $67,000 | $93,837 | $102,000 | $240,000 |
| Insurance | 24 | $75,000 | $121,500 | $125,348 | $182,500 | $225,000 |
| Appellate Law | 15 | $52,000 | $60,000 | $70,439 | $80,000 | $137,123 |
| Family Law | 15 | $43,000 | $50,000 | $53,846 | $65,000 | $92,000 |
| Labor & emp. (Management) | 13 | $80,000 | $125,000 | $114,997 | $137,000 | $200,000 |
| General Practice | 12 | $66,734 | $135,500 | $172,539 | $188,000 | $700,000 |
| Taxation | 11 | $70,000 | $120,000 | $108,364 | $150,000 | $200,000 |
| Criminal (Public Defendant) | 10 | $54,000 | $64,000 | $68,200 | $80,000 | $110,000 |
| Real Estate | 10 | $125,000 | $181,500 | $197,600 | $300,000 | $338,000 |
| Health and Hospital Law | 9 | $70,000 | $158,153 | $175,461 | $230,000 | $530,000 |
| Collections, Creditor | 6 | $61,000 | $68,500 | $68,167 | $75,000 | $75,000 |
| Civil Rights | 5 | $87,000 | $90,000 | $95,100 | $106,000 | $110,000 |
| Other Civil Law | 5 | $56,000 | $60,000 | $65,600 | $100,000 | $112,000 |
| Other Trial Practice (Gen./Civil) | 5 | $80,000 | $85,000 | $74,200 | $100,000 | $106,000 |
| Construction Law | 4 | $100,000 | $147,500 | $137,500 | $175,000 | $180,000 |
| Oil & Gas | 4 | $75,000 | $120,000 | $147,000 | $219,000 | $288,000 |
| Securities | 4 | $32,500 | $147,500 | $136,250 | $240,000 | $250,000 |
| Wills, Estates and Probate | 4 | $67,000 | $78,500 | $80,116 | $93,233 | $103,465 |
| **Total** | **362** | **$60,000** | **$85,000** | **$108,220** | **$135,000** | **$250,000** |

**Consolidated Groups of Non-Private P:ractitioners**

| | Valid N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| City/County Agency | 59 | $60,000 | $69,000 | $78,709 | $92,000 | $147,000 |
| State Agency | 61 | $59,000 | $67,000 | $69,560 | $80,000 | $116,000 |
| Federal Agency | 35 | $100,000 | $125,000 | $124,081 | $155,000 | $187,000 |
| In-house Counsel | 143 | $78,000 | $128,000 | $153,080 | $200,000 | $325,000 |
| Legal Services Agency | 13 | $45,000 | $47,500 | $63,731 | $60,000 | $155,000 |
| Law Clerk | 17 | $52,000 | $73,468 | $81,557 | $100,000 | $150,000 |
| Court System | 22 | $65,000 | $88,500 | $92,818 | $120,000 | $136,000 |
| Other, unemployed, retired | 22 | $0 | $12,500 | $54,364 | $80,000 | $160,000 |
| **Total** | **372** | **$60,000** | **$85,500** | **$109,068** | **$135,500** | **$250,000** |

## Taxable Income by Office Location

**Exhibits 11** and **12** display 2016 taxable income of Kansas private and non-private practitioners by office location.

**EXHIBIT 11**
**DISTRIBUTION OF 2016 PRIVATE PRACTITIONER TAXABLE INCOME BY OFFICE LOCATION**

| Office Location | Valid N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Central & North Central, KS | 32 | $42,500 | $70,000 | $95,375 | $120,000 | $350,000 |
| Kansas City, KS | 124 | $69,000 | $112,500 | $168,191 | $158,500 | $375,000 |
| Kansas City, MO | 74 | $80,000 | $150,000 | $199,699 | $250,000 | $600,000 |
| Lawrence/Douglas County | 22 | $60,000 | $120,000 | $128,557 | $190,000 | $260,000 |
| Northeast KS | 16 | $47,500 | $79,000 | $93,500 | $135,000 | $200,000 |
| Out of state licensed in KS | 30 | $50,000 | $76,500 | $196,667 | $162,000 | $900,000 |
| Southcentral KS | 26 | $40,000 | $67,500 | $100,899 | $175,000 | $240,000 |
| Southeast KS | 15 | $72,000 | $85,000 | $136,667 | $175,000 | $400,000 |
| Topeka/Shawnee County | 50 | $61,000 | $97,500 | $149,343 | $130,000 | $450,000 |
| West KS | 14 | $54,000 | $70,000 | $102,429 | $125,000 | $275,000 |
| Wichita/Sedgwick County | 78 | $65,000 | $100,000 | $142,045 | $190,000 | $350,000 |
| **Total** | **482** | **$60,000** | **$100,000** | **$152,746** | **$175,000** | **$379,890** |

**EXHIBIT 12**
**Distribution of 2016 Non-Private Practitioner Taxable Income by Office Location**

| Office Location | Valid N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Central KS | 28 | $66,000 | $80,000 | $92,956 | $113,888 | $144,000 |
| Kansas City, KS | 63 | $72,000 | $115,000 | $122,585 | $172,000 | $240,285 |
| Kansas City, Mo | 36 | $67,714 | $118,432 | $127,958 | $169,000 | $288,000 |
| Lawrence/Douglas County | 11 | $56,000 | $80,000 | $86,574 | $120,000 | $210,000 |
| Northeast KS | 19 | $55,000 | $76,000 | $89,474 | $120,000 | $185,000 |
| Out of state licensed in Kansas | 43 | $75,000 | $120,000 | $124,702 | $187,000 | $300,000 |
| Southeast KS | 7 | $26,000 | $62,000 | $80,269 | $64,500 | $275,000 |
| Topeka/Shawnee County | 108 | $58,450 | $71,000 | $84,923 | $94,500 | $175,000 |
| West KS | 6 | $55,000 | $60,000 | $61,833 | $61,000 | $90,000 |
| Wichita/Sedgwick County | 63 | $60,000 | $92,000 | $132,500 | $150,000 | $450,000 |
| **Total** | **387** | **$60,000** | **$85,000** | **$108,220** | **$135,000** | **$250,000** |

## Gender Variations in 2016 Taxable Income

When considering the practice classification of the survey respondents, median income for Male attorney incomes exceed female attorney income. Gaps are narrow for associates (Exhibit 13) and among local and state government workers and the judiciary (Exhibit 14).

**EXHIBIT 13**



**EXHIBIT 14**



**FULL-TIME PRACTITIONERS BY YEARS IN PRACTICE**

**EXHIBIT 15**



**EXHIBIT 16**



As shown on **Exhibit 17**, the 2016 median net income for female private practitioners ($75,000) is 63% of the 2016 median net income for male attorneys ($120,000). **Exhibit 18** reflects the "gap" for full-time private practitioners (65% or $130,000 for males versus $85,000 for females).

**EXHIBIT 17**

**2016 MEDIAN TAXABLE INCOME BY YEARS IN PRACTICE AND GENDER AND RESULTANT "GENDER GAP", KANSAS PRIVATE PRACTITIONERS**

| Years in Practice | Valid N | Female | Valid N | Male | Gap |
|-------------------|--------:|-------:|--------:|-----:|----:|
| <6 | 28 | $67,000 | 38 | $62,500 | 1.07 |
| 6 to 9 | 18 | $89,500 | 25 | $85,000 | 1.05 |
| 10 to 14 | 22 | $67,500 | 26 | $127,500 | 0.53 |
| 15 to 19 | 15 | $101,000 | 24 | $150,000 | 0.67 |
| 20 to 29 | 40 | $94,100 | 66 | $195,000 | 0.48 |
| 30 to 39 | 23 | $54,000 | 77 | $150,000 | 0.36 |
| **Total** | **149** | **$75,000** | **320** | **$120,000** | **0.63** |

**EXHIBIT 18**
**2016 MEDIAN TAXABLE INCOME BY YEARS IN PRACTICE AND GENDER AND RESULTANT "GENDER GAP", KANSAS FULL-TIME PRIVATE PRACTITIONERS**

| Years in Practice | Valid N | Female | Valid N | Male | Gap |
|-------------------|--------:|-------:|--------:|-----:|----:|
| <6 | 27 | $68,000 | 36 | $65,000 | 1.05 |
| 6 to 9 | 17 | $90,000 | 24 | $87,500 | 1.03 |
| 10 to 14 | 18 | $80,000 | 25 | $125,000 | 0.64 |
| 15 to 19 | 13 | $119,000 | 24 | $150,000 | 0.79 |
| 20 to 29 | 33 | $120,000 | 57 | $200,000 | 0.60 |
| 30 to 39 | 16 | $87,500 | 72 | $150,000 | 0.58 |
| **Total** | **124** | **$85,000** | **280** | **$130,000** | **0.65** |

As shown on **Exhibit 19**, the 2016 median net income for female non-private practitioners ($73,468) is 67% of the 2016 median net income for male non-private ($109,000). **Exhibit 20** reflects the "gap" for full-time non-private practitioners (69% or $108,000 for males versus $75,000 for females).

**EXHIBIT 19**
**2016 MEDIAN TAXABLE INCOME BY YEARS IN PRACTICE GROUP AND GENDER AND RESULTANT "GENDER GAP", KANSAS NON-PRIVATE PRACTITIONERS**

| Years in Practice | Valid N | Female | Valid N | Male | Gap |
|-------------------|--------:|-------:|--------:|-----:|----:|
| <6 | 34 | $53,500 | 30 | $60,000 | 0.89 |
| 6 to 9 | 20 | $66,500 | 15 | $125,000 | 0.53 |
| 10 to 14 | 32 | $75,500 | 19 | $125,000 | 0.60 |
| 15 to 19 | 25 | $73,468 | 21 | $105,000 | 0.70 |
| 20 to 29 | 47 | $85,000 | 39 | $125,000 | 0.68 |
| 30 to 39 | 30 | $99,000 | 44 | $114,500 | 0.86 |
| **Total** | **191** | **$73,468** | **192** | **$109,000** | **0.67** |

**EXHIBIT 20**
**2016 MEDIAN TAXABLE INCOME BY YEARS IN PRACTICE GROUP AND GENDER AND RESULTANT "GENDER GAP", KANSAS FULL-TIME NON-PRIVATE PRACTITIONERS**

| Years in Practice | Valid N | Female | Valid N | Male | Gap |
|---|---|---|---|---|---|
| <6 | 33 | $54,000 | 29 | $60,000 | 0.90 |
| 6 to 9 | 20 | $66,500 | 15 | $125,000 | 0.53 |
| 10 to 14 | 31 | $76,000 | 17 | $130,000 | 0.58 |
| 15 to 19 | 22 | $75,000 | 21 | $105,000 | 0.71 |
| 20 to 29 | 45 | $87,600 | 38 | $130,568 | 0.67 |
| 30 to 39 | 27 | $100,000 | 43 | $116,000 | 0.86 |
| **Total** | **179** | **$75,000** | **184** | **$108,000** | **0.69** |

# 2017 Law Firm Hours Worked and Billing Rates

## Hours worked in Average Work Week

Attorneys in private practice report a varied workweek as to billable hours and other activities comprising their professional time. **Exhibit 21** shows the range of time spent on nine activities.

**EXHIBIT 21**
**DISTRIBUTION OF HOURS IN AVERAGE WORKWEEK & CLE AND PRO BONO WORK (ESTIMATED) IN YEAR, PRIVATE PRACTITIONERS, 2017**

| Hours in Average Workweek and Workyear | Valid N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Hours Based on Hourly Rate | 441 | 15 | 25 | 24 | 35 | 45 |
| Hours Based on Flat Rates | 257 | 5 | 10 | 13 | 20 | 40 |
| Hours Based on Contingent Fees | 184 | 5 | 10 | 17 | 30 | 49 |
| **Total Compensable Hours** | **438** | **25** | **35** | **34** | **40** | **55** |
| | | | | | | |
| Office Administration | 426 | 3 | 5 | 6 | 10 | 15 |
| Marketing | 259 | 1 | 2 | 3 | 5 | 10 |
| Unbilled Public Service | 334 | 2 | 4 | 5 | 5 | 10 |
| Non-legal Employment | 71 | 2 | 5 | 8 | 10 | 25 |
| **Total Hours** | **465** | **40** | **47** | **46** | **55** | **69** |
| | | | | | | |
| Pro Bono Hours per Year | 450 | 5 | 20 | 40 | 40 | 150 |
| CLE Hours per Year | 458 | 14 | 15 | 19 | 20 | 40 |

## 2017 Attorney Hourly Billing Rates

The reported 2017 median hourly billing rate is $225. The mean or average rate is $244. While several interacting factors affect the setting of hourly billing rates, **Exhibit 22** considers office location. **Exhibit 23** includes three discrete factors: respondents' firm size, years in practice, and practice category, while **Exhibit 24** identifies respondents' primary field of law.

**EXHIBIT 22**

**DISTRIBUTION OF 2017 HOURLY BILLING RATES BY OFFICE LOCATION, KANSAS**

|  | Valid N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Kansas City, KS | 126 | $200 | $250 | $261 | $300 | $425 |
| Wichita/Sedgwick County | 79 | $190 | $250 | $240 | $295 | $360 |
| Kansas City, MO | 73 | $200 | $265 | $291 | $350 | $500 |
| Topeka/Shawnee County | 47 | $200 | $225 | $236 | $250 | $500 |
| Central & North Central, KS | 34 | $150 | $183 | $195 | $250 | $350 |
| Out of state licensed in KS | 30 | $200 | $255 | $282 | $365 | $475 |
| Southcentral KS | 29 | $135 | $185 | $176 | $225 | $250 |
| Lawrence/Douglas County | 25 | $200 | $225 | $232 | $280 | $305 |
| West KS | 16 | $150 | $200 | $212 | $250 | $550 |
| Northeast KS | 15 | $175 | $200 | $187 | $220 | $260 |
| Southeast KS | 14 | $150 | $193 | $186 | $250 | $300 |
| **Total** | **489** | **$190** | **$225** | **$244** | **$290** | **$445** |

**EXHIBIT 23**
**DISTRIBUTION OF 2017 HOURLY BILLING RATES BY SIZE OF FIRM, YEARS IN PRACTICE, AND PRACTICE CLASSIFICATION, KANSAS**

| | Valid N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| 1 | 179 | $150 | $200 | $209 | $250 | $350 |
| 2 to 5 | 146 | $195 | $225 | $257 | $275 | $500 |
| 6 to 14 | 69 | $175 | $240 | $237 | $280 | $350 |
| 15 or more | 88 | $228 | $288 | $296 | $350 | $475 |
| **Total** | **482** | **$185** | **$225** | **$243** | **$285** | **$445** |

| Years in Practice | Valid N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| <6 | 64 | $150 | $198 | $192 | $240 | $275 |
| 6 to 9 | 40 | $175 | $200 | $212 | $250 | $345 |
| 10 to 14 | 52 | $190 | $225 | $240 | $275 | $400 |
| 15 to 19 | 42 | $200 | $250 | $247 | $300 | $380 |
| 20 to 29 | 112 | $200 | $250 | $259 | $300 | $475 |
| 30 to 39 | 105 | $200 | $250 | $264 | $300 | $500 |
| 40 or > | 69 | $200 | $250 | $259 | $300 | $500 |
| **Total** | **484** | **$188** | **$225** | **$244** | **$293** | **$445** |

| Practice Class | Valid N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Associate | 58 | $150 | $198 | $201 | $225 | $300 |
| Equity Partner/Shareholder | 117 | $215 | $260 | $289 | $325 | $500 |
| Managing Partner | 54 | $200 | $250 | $269 | $300 | $500 |
| Non-Equity Partner | 13 | $250 | $300 | $295 | $310 | $475 |
| Of Counsel | 23 | $240 | $270 | $284 | $325 | $450 |
| Senior Associate | 21 | $200 | $220 | $239 | $260 | $365 |
| Sole Practitioner sharing space | 22 | $175 | $200 | $217 | $250 | $500 |
| Sole Practitioner, outside of home | 124 | $175 | $205 | $218 | $250 | $350 |
| Sole Practitioner, working at home | 47 | $150 | $200 | $196 | $250 | $400 |
| **Total** | **489** | **$190** | **$225** | **$244** | **$290** | **$445** |

| Consolidated Practice Class | Valid N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Sole Practitioners | 194 | $175 | $200 | $212 | $250 | $400 |
| Associates | 80 | $160 | $200 | $213 | $250 | $358 |
| Partners | 206 | $215 | $260 | $283 | $315 | $475 |
| **Total** | **480** | **$185** | **$225** | **$243** | **$285** | **$448** |

Exhibit 24
**DISTRIBUTION OF 2017 HOURLY BILLING RATES BY PRIMARY FIELD OF LAW, KANSAS**

| Primary Field of Law | Valid N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Family Law | 79 | $185 | $200 | $220 | $250 | $350 |
| Wills, Estates and Probate | 56 | $195 | $228 | $233 | $263 | $345 |
| Corporate/Business Law | 31 | $215 | $250 | $267 | $300 | $475 |
| General Practice | 29 | $175 | $200 | $208 | $250 | $300 |
| Personal Injury (Plaintiff) | 27 | $200 | $300 | $368 | $500 | $650 |
| Criminal (Private Defendant) | 25 | $200 | $250 | $239 | $275 | $325 |
| Other Trial Practice (Gen./Civ | 25 | $250 | $285 | $297 | $395 | $450 |
| Other Trial Practice (Commer | 19 | $250 | $295 | $327 | $400 | $550 |
| Criminal (Public Defendant) | 17 | $70 | $70 | $81 | $77 | $200 |
| Labor & emp. (Management) | 15 | $215 | $250 | $250 | $295 | $375 |
| Real Estate | 14 | $230 | $250 | $240 | $250 | $300 |
| Elder Law | 13 | $200 | $225 | $236 | $300 | $400 |
| Personal Injury (Defendant) | 11 | $150 | $175 | $180 | $195 | $310 |
| Taxation | 11 | $225 | $290 | $298 | $365 | $450 |
| Bankruptcy, Debtor | 9 | $200 | $225 | $237 | $300 | $310 |
| Collections, Creditor | 9 | $150 | $200 | $178 | $200 | $250 |
| Oil and Gas | 7 | $190 | $250 | $253 | $300 | $360 |
| Workers' Compensation, Emp | 7 | $130 | $135 | $138 | $150 | $155 |
| Governmental Law | 6 | $120 | $168 | $179 | $225 | $300 |
| Insurance | 6 | $150 | $190 | $195 | $225 | $275 |
| Labor & emp. (Labor) | 6 | $250 | $388 | $404 | $500 | $700 |
| Alternative Dispute Resolutio | 5 | $150 | $250 | $255 | $350 | $400 |
| Immigration | 5 | $200 | $275 | $279 | $375 | $395 |
| Intellectual Property/Trade S | 5 | $260 | $310 | $279 | $325 | $445 |
| Workers' Compensation, Emp | 5 | $200 | $250 | $209 | $250 | $300 |
| Construction Law | 4 | $233 | $295 | $288 | $343 | $360 |
| Consumer Law | 4 | $150 | $225 | $225 | $300 | $350 |
| Criminal (Prosecution) | 4 | $93 | $143 | $129 | $165 | $180 |
| Health and Hospital Law | 4 | $243 | $285 | $329 | $415 | $520 |
| Medical Malpractice (Defend | 4 | $170 | $185 | $183 | $195 | $200 |
| **Total** | **489** | **$190** | **$225** | **$244** | **$290** | **$445** |

## Hourly Billing Rates for Associates and Legal Assistants

Hourly billing rates for associates and legal assistants are summarized by tenure in **Exhibit 25**.

EXHIBIT 25

**2017 HOURLY BILLING RATES FOR ASSOCIATES AND LEGAL ASSISTANTS BY TENURE**

| Position and Tenure | Valid N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| **Associates** | | | | | | |
| New | 64 | $135 | $160 | $162 | $193 | $245 |
| 3 yrs exp. | 71 | $150 | $180 | $186 | $215 | $275 |
| 5 yrs exp. | 73 | $175 | $200 | $200 | $233 | $300 |
| 10 yrs exp. | 66 | $175 | $200 | $215 | $250 | $347 |
| **Legal Assistants** | | | | | | |
| New | 53 | $50 | $75 | $76 | $95 | $150 |
| 3 yrs exp. | 65 | $65 | $85 | $83 | $100 | $150 |
| 5 yrs exp. | 78 | $75 | $90 | $92 | $103 | $175 |
| 10 yrs exp. | 103 | $75 | $90 | $102 | $120 | $200 |

## Attorney and Legal Assistant Billing Rates by Firm Size and Office Location

Firm size and office location are associated with variations in associate billing rates, with tenure dominating that influence. See **Exhibit 26**.

EXHIBIT 26

**2017 MEDIAN HOURLY BILLING RATES FOR ASSOCIATES BY FIRM SIZE AND OFFICE LOCATION BY YEARS OF EXPERIENCE**

| Size of Firm | New | | 3 yrs exp. | | 5 yrs exp. | | 10 yrs exp. | |
|---|---|---|---|---|---|---|---|---|
| | Valid N | Median | Valid N | Median | Valid N | Median | Valid N | Median |
| 1 | | | | | | | 5 | $175 |
| 2 to 5 | 18 | $150 | 27 | $200 | 27 | $200 | 24 | $200 |
| 6 to 14 | 22 | $150 | 19 | $160 | 30 | $183 | 18 | $200 |
| 15 or more | 23 | $165 | 24 | $185 | 26 | $200 | 19 | $225 |
| **All Firms** | **64** | **$160** | **70** | **$178** | **73** | **$200** | **65** | **$200** |

| Office Location | New | | 3 yrs exp. | | 5 yrs exp. | | 10 yrs exp. | |
|---|---|---|---|---|---|---|---|---|
| | Valid N | Median | Valid N | Median | Valid N | Median | Valid N | Median |
| Central & North Central, KS | 4 | $173 | 2 | $198 | 3 | $215 | 5 | $200 |
| Kansas City, KS | 13 | $175 | 13 | $200 | 13 | $210 | 15 | $232 |
| Kansas City, MO | 9 | $195 | 11 | $215 | 14 | $233 | 8 | $263 |
| Lawrence/Douglas County | | | 4 | $185 | 5 | $185 | 3 | $240 |
| Northeast KS | 3 | $150 | 3 | $165 | 3 | $185 | 3 | $185 |
| Out of state licensed in KS | 6 | $170 | 8 | $210 | 10 | $223 | 6 | $223 |
| Topeka/Shawnee County | 8 | $150 | 9 | $175 | 7 | $200 | 11 | $200 |
| Wichita/Sedgwick County | 16 | $143 | 18 | $175 | 14 | $175 | 11 | $200 |
| **Total** | **64** | **$160** | **71** | **$180** | **73** | **$200** | **66** | **$200** |

Similarly, firm size and office location are associated with variations in legal assistant hourly billing rates. (**Exhibit 27**)

© 2017 Kansas Bar Association. All rights

EXHIBIT 27

**2017 MEDIAN HOURLY BILLING RATES FOR LEGAL ASSISTANTS BY FIRM SIZE AND OFFICE LOCATION BY YEARS OF EXPERIENCE**

| | New | | 3 yrs exp. | | 5 yrs exp. | | 10 yrs exp. | |
|---|---|---|---|---|---|---|---|---|
| Size of Firm | Valid N | Median | Valid N | Median | Valid N | Median | Valid N | Median |
| 1 | 3 | $40 | 4 | $108 | 6 | $93 | 14 | $95 |
| 2 to 5 | 18 | $63 | 27 | $75 | 30 | $75 | 38 | $83 |
| 6 to 14 | 15 | $75 | 18 | $78 | 23 | $90 | 27 | $100 |
| 15 or more | 17 | $90 | 16 | $93 | 19 | $95 | 23 | $95 |
| **Total** | **53** | **$75** | **65** | **$85** | **78** | **$90** | **102** | **$93** |

| | New | | 3 yrs exp. | | 5 yrs exp. | | 10 yrs exp. | |
|---|---|---|---|---|---|---|---|---|
| Office Location | Valid N | Median | Valid N | Median | Valid N | Median | Valid N | Median |
| Kansas City, MO | 10 | $98 | 7 | $100 | 11 | $101 | 16 | $107 |
| Lawrence/Douglas County | 2 | $58 | 5 | $40 | 7 | $75 | 6 | $78 |
| Northeast KS | 3 | $40 | 3 | $50 | 3 | $75 | 3 | $75 |
| Out of state licensed in KS | 6 | $68 | 10 | $70 | 8 | $75 | 6 | $75 |
| Southcentral KS | | | | | 5 | $90 | 6 | $90 |
| Topeka/Shawnee County | 6 | $65 | 5 | $75 | 6 | $80 | 11 | $80 |
| Wichita/Sedgwick County | 11 | $75 | 14 | $90 | 16 | $90 | 21 | $100 |
| **Total** | **53** | **$75** | **65** | **$85** | **78** | **$90** | **103** | **$90** |

## 2016 Overhead Expenses and Gross Revenues on a *Per Attorney* Basis

Between 253-300 respondents, representing sole practitioners and firms, provided firm- or practice-level financial information on 2016 operating expenses and gross revenues per attorney.

**Exhibits 28 and 29** summarize four categories of overhead expenses against gross income by office location and firm size. Overhead components are differentially reported; thus, "total expenses" is not the exact sum of components.

Personnel expenses generally correlate directly with firm size, while total expenses are most sensitive to the "all other cost" category, which includes taxes and insurance. Reporting of overhead data is skewed toward smaller firms and solo practitioners.

© 2017 Kansas Bar Association. All rights

**EXHIBIT 28**

## 2016 FIXED EXPENSES AND GROSS RECEIPTS PER ATTORNEY & OVERHEAD RATE BY OFFICE LOCATION

| | Kansas City, KS | | Kansas City, MO | | Topeka/ Shaw. Cty. | | Wichita/ Sedgwick Cty. | | Lawrence/ Douglas Cty. | | Out of state lic. in KS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Valid N | Median | Valid N | Median | Valid N | Median | Valid N | Median | Valid N | Median | Valid N | Median |
| Labor | 40 | $45,300 | 16 | $55,250 | 16 | $78,000 | 17 | $50,000 | 7 | $54,000 | 6 | $106,950 |
| Occupancy | 53 | $15,000 | 24 | $15,500 | 22 | $18,000 | 20 | $12,000 | 12 | $11,700 | 11 | $10,200 |
| Library | 42 | $1,225 | 18 | $1,500 | 14 | $4,750 | 15 | $2,000 | 7 | $500 | 9 | $1,344 |
| Insurance | 53 | $3,800 | 23 | $2,500 | 20 | $3,500 | 19 | $4,000 | 11 | $3,000 | 10 | $3,250 |
| Tech | 54 | $2,000 | 22 | $2,000 | 21 | $3,000 | 18 | $2,000 | 12 | $2,200 | 10 | $1,600 |
| Marketing | 44 | $5,000 | 21 | $3,000 | 16 | $7,500 | 17 | $7,500 | 7 | $2,000 | 9 | $2,400 |
| Total Fixed Expenses/Att. | 67 | $53,900 | 25 | $74,000 | 32 | $92,000 | 37 | $86,000 | 16 | $48,813 | 14 | $30,150 |
| Gross Revenues/Att. | 74 | $183,000 | 33 | $200,000 | 32 | $217,500 | 48 | $250,000 | 18 | $217,850 | 15 | $100,000 |
| Office Overhead Rate | 71 | 38% | 41 | 40% | 31 | 40% | 46 | 36% | 14 | 43% | 14 | 27% |

| | Northeast KS | | Southeast KS | | Southcen- tral KS | | North Cent, KS | | West KS | | All Locations | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Valid N | Median | Valid N | Median | Valid N | Median | Valid N | Median | Valid N | Median | Valid N | Median |
| Labor | 6 | $80,000 | 8 | $52,500 | 13 | $37,000 | 9 | $34,000 | 5 | $40,000 | 143 | $50,000 |
| Occupancy | 7 | $10,000 | 10 | $13,500 | 17 | $7,000 | 9 | $9,500 | 7 | $13,200 | 192 | $13,150 |
| Library | 7 | $300 | 9 | $5,000 | 11 | $1,000 | 6 | $1,100 | 4 | $5,000 | 142 | $1,450 |
| Insurance | 6 | $7,500 | 9 | $4,400 | 16 | $3,400 | 9 | $2,500 | 7 | $3,600 | 183 | $3,600 |
| Tech | 6 | $6,750 | 8 | $3,500 | 15 | $2,000 | 11 | $2,000 | 5 | $4,500 | 182 | $2,000 |
| Marketing | 5 | $2,500 | 6 | $2,650 | 14 | $1,100 | 9 | $2,000 | 5 | $4,000 | 153 | $3,000 |
| Total Fixed Expenses/Att. | 9 | $57,300 | 12 | $65,700 | 19 | $42,400 | 14 | $37,300 | 8 | $63,250 | 253 | $63,500 |
| Gross Revenues/Attorney | 9 | $180,000 | 12 | $171,500 | 22 | $150,000 | 19 | $153,845 | 9 | $200,000 | 291 | $190,000 |
| Office Overhead Rate | 10 | 50% | 8 | 46% | 11 | 30% | 20 | 40% | 12 | 40% | 278 | 40% |

© 2017 Kansas Bar Association. All rights

**EXHIBIT 29**

## 2016 FIXED EXPENSES AND GROSS RECEIPTS PER ATTORNEY & OVERHEAD RATE BY FIRM SIZE

| | | | | | Size of Firm | | | | | |
| | **1** | | **2 to 5** | | **6 to 14** | | **15 or more** | | **All Firms** | |
| Line item Category | Valid N | Median | Valid N | Median | Valid N | Median | Valid N | Median | Valid N | Median |
|---|---|---|---|---|---|---|---|---|---|---|
| Salaries | 61 | $35,000 | 59 | $65,000 | 13 | $55,000 | 9 | $50,000 | 143 | $50,000 |
| Occupancy | 101 | $10,000 | 65 | $18,000 | 14 | $16,500 | 10 | $18,750 | 192 | $13,150 |
| Library | 66 | $1,000 | 51 | $2,300 | 14 | $2,500 | 10 | $2,250 | 142 | $1,450 |
| Insurance | 95 | $2,500 | 64 | $4,000 | 12 | $5,652 | 10 | $5,000 | 183 | $3,600 |
| Tech | 95 | $2,000 | 63 | $4,000 | 12 | $3,000 | 10 | $5,000 | 182 | $2,000 |
| Marketing | 72 | $2,500 | 56 | $5,000 | 13 | $2,000 | 10 | $1,000 | 153 | $3,000 |
| **Total Fixed Expenses/Att.** | 122 | $30,155 | 83 | $75,000 | 27 | $100,000 | 20 | $105,500 | 253 | $63,500 |
| | | | | | | | | | | |
| **Gross Revenues/Att.** | 134 | $141,000 | 91 | $214,000 | 33 | $250,000 | 31 | $350,000 | 291 | $190,000 |
| | | | | | | | | | | |
| **Office Overhead Rate** | 100 | 40% | 91% | 36% | 36% | 35% | 45% | 40% | 278 | 40% |

**Exhibit 30** distributes ranges of 2012 annual salary levels for four categories of associates, legal assistants and secretaries by years of experience.

**EXHIBIT 30**

## 2016 ANNUAL SALARIES OF ASSOCIATES, LEGAL ASSISTANTS AND SECRETARIES

| Position and Tenure | Valid N | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| New Associates | 96 | $45,000 | $56,000 | $59,604 | $70,000 | $120,000 |
| Junior Associates ( 3 yrs. Exp.) | 92 | $60,000 | $70,000 | $73,525 | $85,000 | $130,000 |
| Senior Associates (5 yrs. Exp.) | 78 | $65,000 | $76,000 | $83,764 | $95,000 | $155,000 |
| Senior Attorney ( 10 yrs. Exp.) | 54 | $65,000 | $85,000 | $101,102 | $125,000 | $200,000 |
| | | | | | | |
| New Legal Assistant | 69 | $24,000 | $30,000 | $30,016 | $35,000 | $50,000 |
| Legal Assistant ( 3 yrs. Exp.) | 72 | $30,000 | $35,000 | $38,605 | $41,500 | $65,000 |
| Legal Assistant ( 5 yrs. Exp.) | 79 | $35,000 | $40,000 | $41,972 | $45,000 | $65,000 |
| Legal Assistant ( 10 yrs. Exp.) | 111 | $42,000 | $48,000 | $49,800 | $56,000 | $75,000 |
| | | | | | | |
| New Secretary | 78 | $22,000 | $25,000 | $26,295 | $30,000 | $40,000 |
| Secretary ( 3 yrs. Exp.) | 80 | $25,000 | $30,000 | $30,080 | $34,750 | $43,750 |
| Secretary ( 5 yrs. Exp.) | 81 | $30,000 | $35,000 | $34,030 | $40,000 | $50,000 |
| Secretary ( 10 yrs. Exp.) | 103 | $32,000 | $40,000 | $39,428 | $45,000 | $60,000 |

© 2017 Kansas Bar Association. All rights