IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

STEVEN WAYNE FISH, et al.,

            Plaintiffs,

                                        CIVIL ACTION

v.

                                        No. 16-2105-JAR

KRIS KOBACH, KANSAS SECRETARY
OF STATE,

            Defendant,

## **JUDGMENT**

This action came before the Court. The issues have been considered and decisions have been rendered.

The Court has ordered that pursuant to the Memorandum and Order filed and entered on August 29, 2016 (Doc. 211), Defendant Nick Jordan is dismissed; pursuant to the Memorandum and Order filed and entered on May 4, 2017 (Doc. 334), summary judgment is granted in favor of Defendant Kris Kobach on Plaintiffs' 42 U.S.C. § 1983 right to travel claim; pursuant to the Memorandum and Order filed and entered on January 3, 2018 (Doc. 421), summary judgment is granted in favor of Defendant Kris Kobach on Counts 4 and 6.

Pursuant to the Court's Findings of Fact and Conclusions of Law, filed and entered on June 18, 2018, the remaining claim asserted by Plaintiff Steven Wayne Fish is dismissed as moot. Judgment is entered in favor of the remaining Plaintiffs on Count 1.

**IT IS SO ORDERED**.

Dated: June 18, 2018

                                     s/ Bonnie Wiest
                                     By Deputy Clerk
                                     TIMOTHY M. O'BRIEN
                                     Clerk of the District Court