# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, *et al.*, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KRIS KOBACH, in his official capacity as Secretary of State for the State of Kansas, *et al.*, <br><br> Defendants. | Case No. 16-2105-JAR-JPO |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to D. Kan. 83.5.5(b), Stephen Douglas Bonney gives notice that, having retired from the ACLU last month, he hereby withdraws as counsel of record for Plaintiffs Steven Wayne Fish, Thomas J. Boynton, Donna Bucci, Douglas Hutchinson, and Charles Stricker. Plaintiffs will continue to be represented in this litigation by Dale E. Ho, Neil J. Steiner, Rebecca Waldman, Angela M. Liu, R. Orion Danjuma, Sophia Lin Lakin, and Lauren Bonds, who is admitted to the bar of this Court and will continue to serve as local counsel. A copy of this Notice will be served on each of the Plaintiffs in this action.

Respectfully Submitted,

By: /s/ Stephen Douglas Bonney
Stephen Douglas Bonney, KS No. 12322
PO Box 32102
Kansas City, MO 64171
Phone: (816) 550-4374
sdbonney@outlook.com
*One of Plaintiffs Attorneys*

## CERTIFICATE OF SERVICE

I certify that, on June 28, 2018, I electronically filed this Notice of Withdrawal of Counsel using the CM/ECF system, which sent notice of electronic filing to counsel of record.

/s/ Stephen Douglas Bonney
Stephen Douglas Bonney