IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KRIS KOBACH, in his official capacity as )<br>Secretary of State for the State of Kansas, )<br>)<br>Defendant. )<br>) | **Case No. 16-2105-JAR-JPO** |

## JOINT MOTION FOR AN ORDER HOLDING IN ABEYANCE PROCEEDINGS REGARDING ATTORNEYS' FEES AND EXPENSES

The parties, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 54(d) and D. Kan. Rule 6.1, hereby jointly move for the entry of an order holding in abeyance proceedings regarding the award of attorney's fees and costs in this action until 45 days from the date of final resolution of any appeal, including any petition for a writ for certiorari in the U.S. Supreme Court, filed in relation to this action. In support of this motion, the parties state:

1. The parties have consulted on this motion, and the motion is being filed jointly.

2. On June 18, 2018, this Court issued Findings of Facts and Conclusions of Law in the cases of *Bednasek v. Kobach* and in *Fish v. Kobach* that, among other things, "K.S.A. § 25-2309(l) and K.A.R. 7-23-15, violate § 5 of the NVRA and infringe on the right to vote under the Fourteenth Amendment" and that "Defendant shall not enforce the DPOC law and accompanying regulation against voter registration applicants in Kansas." Doc. No. 542 at 108. The Court entered judgment the next day, on June 19, 2018. Doc. No. 543. Defendant has announced his intention to appeal to the United States Court of Appeals for the Tenth Circuit.

3. Pursuant to Fed. R. Civ. P. 54(d), a claim for attorney's fees and related expenses

1

must be filed no later than 14 days after the entry of judgment "[u]nless . . . a court order provides otherwise." Plaintiffs' application for attorney's fees and related expenses is currently due on July 3, 2018.

4. The time for Plaintiffs to file an application for attorney's fees has not yet expired.

5. The final amount of Plaintiffs' fees request will depend on the time spent on the anticipated appeal to the Tenth Circuit and any subsequent proceedings. Plaintiffs' counsel, moreover, may still be incurring fees in relation to verifying Defendant's compliance with the permanent injunction pursuant to this Court's directive. Doc. No. 542 at 110. As a result, the parties believe that the interests of justice, as well as interests of judicial economy, will be served by holding all fees issues in abeyance until after all appeals filed in relation to this action are exhausted.

6. Therefore, the parties respectfully request that this Court enter an order holding all fees issues in abeyance until 45 days from the date of final resolution of any appeal, including any petition for a writ for certiorari in the U.S. Supreme Court, filed in relation to this action.

7. No prior extensions have been sought or granted.

WHEREFORE, the parties respectfully request that this Court enter an order holding in abeyance proceedings regarding the award of attorney's fees and related expenses in this action until 45 days from the date of final resolution of any appeal, including any petition for a writ for certiorari in the U.S. Supreme Court or decision by the U.S. Supreme Court, filed in relation to this action.

Dated this 29th day of June, 2018

Respectfully submitted,

/s/ Lauren Bonds                          /s/ Sophia Lin Lakin

| | |
|---|---|
| LAUREN BONDS (#27807)<br>ACLU Foundation of Kansas<br>6701 W. 64th Street, Suite 210<br>Overland Park, Kansas 66202<br>(913) 490-4114<br>lbonds@aclukansas.org | SOPHIA LIN LAKIN*<br>DALE E. HO*<br>R. ORION DANJUMA*<br>EMILY RONG ZHANG*<br>American Civil Liberties Union Foundation, Inc.<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2693<br>slakin@aclu.org<br>dale.ho@aclu.org<br>odanjuma@aclu.org<br>erzhang@aclu.org |
| NEIL A. STEINER*<br>REBECCA KAHAN WALDMAN*<br>DAPHNE HA*<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>Phone: (212) 698-3500<br>Fax: (212) 698-3599<br>neil.steiner@dechert.com<br>rebecca.waldman@dechert.com<br>daphne.ha@dechert.com | ANGELA M. LIU*<br>Dechert LLP<br>35 West Wacker Drive<br>Suite 3400<br>Chicago, IL 60601-1608<br>Phone: (312) 646-5800<br>Fax: (312) 646-5858<br>angela.liu@dechert.com |
| *Attorneys for Plaintiffs* | *admitted *pro hac vice* |

/s/ Garrett Roe_____
GARRETT ROE (#26867)
KRIS KOBACH (#17280)
SUE BECKER (#27806)
Office of the Kansas Secretary of State
Memorial Hall, 1st Floor
120 SW 10th Avenue
Topeka, KS 6612-1594
Phone: (785) 296-4564
Fax: (785) 368-8032
garrett.roe@ks.gov
kris.kobach@ks.gov
sue.becker@ks.gov

*Attorneys for Defendant*

3

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on the 29th day of June, 2018, I electronically filed the foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ *Lauren Bonds*
LAUREN BONDS (#27807)

*Attorney for Plaintiffs*