### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, *et al.*,   ) | |
| ) | |
| Plaintiffs,   ) | |
| ) | **Case No. 16-2105-JAR-JPO** |
| v.   ) | |
| ) | |
| KRIS KOBACH, in his official capacity as   ) | |
| Secretary of State for the State of Kansas,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

### ORDER

Having considered the parties' Joint Motion for an Order Holding in Abeyance Proceedings Regarding Attorneys' Fees and Expenses, filed June 29, 2018 (Doc. 545), the Court finds that said motion should be sustained and all fees and related expense issues shall be held in abeyance until all appeals filed in relation to this action have been exhausted, with the exception of Plaintiffs' Application for Attorneys' Fees and Litigation Expenses in Connection with their Motion for Contempt (Doc. 529).  Any other motions for fees and related expenses shall be filed within 45 days from the date of final resolution of any appeal, including any petition for a writ of certiorari in the U.S. Supreme Court or decision by the U.S. Supreme Court, filed in relation to this action.

**IT IS THEREFORE ORDERED BY THE COURT** that the parties' Joint Motion for an Order Holding in Abeyance Proceedings Regarding Attorneys' Fees and Expenses (Doc. 545) is **granted**.

**IT IS SO ORDERED.**

Dated: <u>July 2, 2018</u>

    <u>S/ Julie A. Robinson</u>
JULIE A. ROBINSON
CHIEF UNITED STATES DISTRICT JUDGE