IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **STEVEN WAYNE FISH, et al.,** ) | |
| ) | |
| *Plaintiffs,* ) | **Case No. 16-2105-JAR-JPO** |
| ) | |
| v. ) | |
| ) | |
| **KRIS KOBACH**, in his official capacity ) | |
| as Secretary of State for the State ) | |
| of Kansas. ) | |
| ) | |
| *Defendant.* ) | |
| _____) | |
| ) | |
| **PARKER BEDNASEK, et al.,** ) | |
| ) | |
| *Plaintiffs,* ) | **Case No. 15-9300-JAR-JPO** |
| ) | |
| v. ) | |
| ) | |
| **KRIS KOBACH**, in his official capacity ) | |
| as Secretary of State for the State ) | |
| of Kansas. ) | |
| ) | |
| *Defendant.* ) | |
| _____) | |

## ENTRY OF APPEARANCE

Toby Crouse, for the limited purpose of filing the forthcoming Notice of Appeal, enters his appearance herein on behalf of Defendant Kris Kobach, in his official capacity as Secretary of State for the State of Kansas as of this date.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

/s/ Toby Crouse

1

        Derek Schmidt, #17781
          *Attorney General*
        Jeffrey A. Chanay, #12056
          *Chief Deputy Attorney General*
        Toby Crouse, #20030
          *Solicitor General*
        Dwight R. Carswell, #25111
          *Assistant Solicitor General*
        Bryan C. Clark, #24717
          *Assistant Solicitor General*

        Memorial Building, 2nd Floor
        120 SW 10th Ave.
        Topeka, KS 66612-1597
        Tel: (785) 296-2215
        Fax: (785) 291-3767
        Email: jeff.chanay@ag.ks.gov
        Email: toby.crouse@ag.ks.gov
        Email: dwight.carswell@ag.ks.gov
        Email: bryan.clark@ag.ks.gov

        ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this July 2, 2018, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                /s/ *Toby Crouse*
                ATTORNEY FOR DEFENDANT