# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **STEVEN WAYNE FISH, et al.,** ) <br> ) <br> *Plaintiffs,* ) <br> ) <br> v. ) <br> ) <br> **KRIS KOBACH**, in his official capacity ) <br> as Secretary of State for the State ) <br> of Kansas. ) <br> ) <br> *Defendant.* ) <br> _____) | **Case No. 16-2105-JAR-JPO** |
| **PARKER BEDNASEK, et al.,** ) <br> ) <br> *Plaintiffs,* ) <br> ) <br> v. ) <br> ) <br> **KRIS KOBACH**, in his official capacity ) <br> as Secretary of State for the State ) <br> of Kansas. ) <br> ) <br> *Defendant.* ) <br> _____) | **Case No. 15-9300-JAR-JPO** |

## NOTICE OF APPEAL

The Office of Attorney General Derek Schmidt, on behalf of Defendant Kris Kobach, in his official capacity as Secretary of State for the State of Kansas, gives notice that it appeals to the United States Court of Appeals for the Tenth Circuit from the District Court's June 18, 2018 Findings of Fact and Conclusions of Law, *see* Case No. 16-2105, ECF Nos. 542 and 543; *and* Case No. 15-9300, ECF Nos. 219 and 220. This appeal concerns the District Court's conclusion that K.S.A. 25-2309(l) and

related regulations contravene federal law and the United States Constitution. *See* Fed. R. App. P. 3(c)(1)(B).

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

/s/ Toby Crouse

Derek Schmidt, #17781
  *Attorney General*
Jeffrey A. Chanay, #12056
  *Chief Deputy Attorney General*
Toby Crouse, #20030
  *Solicitor General*
Dwight R. Carswell, #25111
  *Assistant Solicitor General*
Bryan C. Clark, #24717
  *Assistant Solicitor General*

Memorial Building, 2nd Floor
120 SW 10th Ave.
Topeka, KS 66612-1597
Tel: (785) 296-2215
Fax: (785) 291-3767
Email: jeff.chanay@ag.ks.gov
Email: toby.crouse@ag.ks.gov
Email: dwight.carswell@ag.ks.gov
Email: bryan.clark@ag.ks.gov

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

    I hereby certify that on this July 2, 2018, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        */s/ Toby Crouse*
    ATTORNEY FOR DEFENDANT