EXHIBIT A

OFFICE OF THE KANSAS SECRETARY OF STATE

# IMPLEMENTATION GUIDE TO COMPLY WITH COURT RULINGS CONCERNING DOCUMENTARY PROOF OF CITIZENSHIP

JUNE 20, 2018

**BACKGROUND**

On June 18th, 2018, Judge Julie Robinson issued a ruling concerning providing documentary proof of citizenship for those persons who apply to register to vote for the first time in Kansas, and who have applied to register to vote using the federal voter registration application or who have applied to register to vote at a Division of Motor Vehicles office. The ruling, in its entirety, is included as a separate attachment for your review.

**REMEDIES**

Judge Robinson, in her order, listed five specific remedies that must be complied with in order to satisfy her ruling. The remedies are listed below:

1) The state of Kansas shall not enforce the documentary proof of citizenship law and regulations against any voter registration applicants in Kansas. This applies to <u>all</u> persons who apply to register to vote, regardless of the source of registration. No person applying to register to vote in the state of Kansas shall be required to provide documentary proof of citizenship.

2) All registrants, who were covered by the permanent injunction, shall be provided the same information that is provided to other registrants (including but not limited to certificates of registration); and must ensure that all elections-related public education materials (including but not limited to voter-aimed notices and websites, in all languages in which those documents are available) make clear that the voter registration applicants need not provide documentary proof of citizenship in order to become registered to vote, and need not provide any additional information in order to complete their voter registration applications.

3) The Secretary of State shall instruct all state and county election officers, and must ensure that all training and reference materials for election officials in Kansas (including but not limited to the Secretary of State's County Elections Manual) make clear that voter registration applications need not provide documentary proof of citizenship in order to be registered to vote, and need not provide any additional information in order to complete their voter registration applications.

4) The Secretary of State shall maintain the 'Voter View' website to accurately reflect covered voters' registration status.

5) The Secretary of State shall ensure that, in counties that use paper poll books, the names of all registrants lacking documentary proof of citizenship appear in the same manner and in the same list as all other registered voters' names, and that all registrants covered by this Order shall be entitled to vote using standard ballots rather than provisional ballots at polling places on Election Day or when they request advance mail-in ballots.

**DIRECTIVES**

Effective immediately, each county must undertake the following steps:

1) Review the voter registration record of every person who has a status of 'Suspense' and a reason of 'DMV office – Federal Election Only – No POC'. Each of these records should be changed to a status of 'Active' with a reason of 'Active'. Once the status has changed, each person should be sent another notice of disposition card to ensure the voter knows where their polling place is for the upcoming primary election. No other notices are required to be sent.

2) Review the voter registration record of every person who has a status of 'Cancelled' and a reason of 'Proof of citizenship not submitted'. Each of these records should now be changed to a status of 'Active' with a reason of 'Active'. Once the status has changed, each person should be sent a notice of disposition that informs the voter of their registration status and the location of the polling place for the upcoming primary election. No other notices are required to be sent.

3) Maintain the policy of noting every person who submits a federal form voter registration application by listing 'Federal Form Applicant' in the '<<How Reg.' drop down box on the voter registration record. This has no bearing on the applicant's voter registration status. It will be used for tracking purposes only.

4) Do not ask for documentary proof of citizenship of any voter registration applicant. <u>If</u> an applicant voluntarily provides documentary proof of citizenship, or if you receive documentary proof of citizenship from a third party, you should scan the document into ELVIS and maintain the document with the voter registration record. Also, select 'Yes' on the 'Citizenship Verified' drop down box on the voter registration record. This has no bearing on the applicant's voter registration status. It will be used for tracking purposes only.

5) Review your website for any reference to a voter registration applicant being required to provide documentary proof of citizenship. Remove the reference until you can post updated instructions and information to the public.

It is important to note the following:

Any person who has applied to register to vote and has not provided documentary proof of citizenship, shall be treated the same as a person who has provided documentary proof of citizenship. Both types of applicants will appear on the same poll book, receive the same (non-provisional unless otherwise required) ballot and receive the same notices and instructions.

The State is in the process of appealing Judge Robinson's ruling to the 10th Circuit Court of Appeals. If, in the future, an appeal is successful, an individual who has not provided evidence of citizenship and who may be affected by any reversal of the court's ruling may need to have their status reviewed. County offices should continue to utilize the DMV web portal, and process proof of citizenship documents provided by KDOR and KDHE batches.

Additional written instruction will be forthcoming concerning information that you may disseminate to the general public via written or electronic means or via county websites concerning voter registration procedures.

If you have any questions, contact Bryan Caskey, Director of Elections, (785) 296-3488, bryan.caskey@sos.ks.gov.