EXHIBIT B



June 25, 2018

**VIA E-MAIL**

Kris Kobach
Secretary of State of the State of Kansas
Memorial Hall, 1st Floor
120 SW 10th Avenue
Topeka, KS 6612-1594

Re: Compliance with Permanent Injunction in *Bednasek v. Kobach*, 2:15-cv-09300-JAR-JPO; *Fish v. Kobach*, 2:16-cv-02105-JAR-JPO

Dear Secretary Kobach:

      We write to you on behalf of the Plaintiffs in *Bednasek v. Kobach*, Case No. 2:15-cv-09300-JAR-JPO (D. Kan.), and *Fish v. Kobach*, Case No. 16-02105-JAR (D. Kan.), regarding your compliance with the permanent injunction in these two cases. As you know, the District Court has directed the parties to meet, confer, and file a joint status report verifying your compliance with the permanent injunction 30 days before the next primary election. Findings of Fact & Conclusions of Law ("Perm. Inj. Order"), Doc. No. 542 at 110. The next primary is scheduled for Tuesday, August 7, 2018. The parties' joint status report is therefore due on Friday, July 6, 2018.

      In the interests of proactively ensuring your compliance with the permanent injunction and the specific compliance measures that the District Court has ordered in advance of the July 6, 2018 deadline to file the joint status report, we ask that you confirm your practices with respect to the following:

1. **Registering all registrants covered by the Court's permanent injunction**. As you know, the District Court has permanently enjoined the enforcement of the documentary proof of citizenship ("DPOC") law and accompanying regulation against voter registration applicants in Kansas. Perm. Inj. Order at 108. As such **all** registrants whose registrations have been blocked due to the DPOC requirement must be registered to vote in the same manner and treated in the same way as all other registered voters. To ensure compliance, please confirm the following:

(a) **Please confirm that you will ensure that all registrants covered by the permanent injunction are fully registered to vote by Wednesday, July 3, 2018.** This includes, but is not limited to, the following:

- Please confirm that you or your office will send updated instructions to county elections officials that properly instruct these officials to register all registrants covered by the permanent injunction by Wednesday July 3, 2018. With respect to registrants whose voter registration records have a status of "Suspense" due to lack of DPOC, the instructions that your office sent to county elections officials on June 20, 2018 (the "June 20, 2018 Instructions"), attached hereto as Exhibit A, direct county elections officials to review and change to "Active" status only the voter registration records of individuals who have a status of "Suspense" and a reason of "DMV office – Federal Election Only – No POC." This is not in compliance with the permanent injunction, which is not limited to individuals who registered at the DMV.

    **Please confirm that you or your office will provide updated instructions directing county elections officials to review and change to "Active" status the voter registration records of all registrants who have a status of "Suspense" or "Cancelled" due to lack of DPOC, including, but not limited to, individuals who registered using the Kansas form and whose applications are in suspense due to the operation of K.A.R. § 7-23-15, and that this task must be performed by Wednesday, July 3, 2018 in order to comply with the Court's permanent injunction.**

- Please provide a draft of the updated instructions for our review by **Thursday, June 28, 2018**, and also confirm that these updated instructions will be sent to the counties **by Friday, June 29, 2018**.

(b) Please confirm that you or your office **will provide us a copy of the full voter registration file, including all fields and reason codes, on Thursday, July 5, 2018**, so that we can verify that registrants covered by the permanent injunction have been fully registered before filing the joint status report.

2. **Information sent to registrants covered by the permanent injunction**. In conjunction with the District Court's order that Defendant "shall not enforce the DPOC law and accompanying registration against voter registration applicants in Kansas," the District Court directed Defendant to:

    [P]rovide all registrants covered by the permanent injunction with the same information provided to other registrants (including but not limited to certificates of registration).

Perm. Inj. Order at 109. Please confirm the following:

(a) Please confirm that all voters affected by the permanent injunction, whose statuses are being switched to "Active," will receive the same information as all other registered voters in the state. The June 20, 2018 Instructions do not specifically direct counties to provide registrants covered by the permanent injunction with the same information as all other registrants, as required by the Court's Perm. Inj. Order. They state only that once the voter registration records of registrants covered by the permanent injunction are changed to "Active" status, they shall receive "a notice of disposition that informs the voter of their registration status and the location of the polling place of the upcoming primary election." The instructions go on to state "No other notices are required to be sent." Ex. A, at 2 ¶¶ 1-2.

**Please confirm that once registrants covered by the permanent injunction are in "Active" status, they will receive the same notices and other election-related mailings as any other registrant in "Active" status as a matter of course**, and that no other action must be taken to ensure that this remains the case going forward.

(b) Please also confirm that registrants covered by the permanent injunction will not receive any of the interim notices ordered by the Court as a result of the preliminary injunction ruling in the *Fish* case.

3. **Elections-related public education.** As you know, the District Court specifically ordered you to:

> [E]nsure that all elections-related public education materials (including but not limited to voter-aimed notices and websites, in all languages in which those documents are available, including English and Spanish) make clear that voter registration applicants need not provide DPOC in order to become registered to vote, and need not provide any additional information in order to complete their voter registration applications.

Perm. Inj. Order at 109. As of the time of writing, various materials published by your office and the offices of county elections offices continue to advise voters that DPOC is required for voter registration in violation of that order. To ensure that your office has taken the appropriate steps to remedy this, please confirm that:

(a) You have **removed any and all language and other media, including photos and video, indicating that DPOC is required for voter registration (including language added as a result of the preliminary injunction previously issued in the *Fish* case) from all state websites** including, but not limited to, the following webpages:
- http://www.gotvoterid.com/
- http://www.gotvoterid.com/educational-resources.html

3

(b) You have **added affirmative language to all state websites where there is language referring voters directly to the SAFE Act and/or HB 2067 for registration and/or voting requirements making clear that registration applicants need not provide DPOC in order to be registered, and need not provide any additional information to complete their registration applications**, including on the following webpages:

- http://www.gotvoterid.com/ (under "Changes in Kansas Voting Law")
- http://www.gotvoterid.com/statutes-and-regs.html
- http://www.sos.ks.gov/elections/elections_registration.html (Following the language "Requirements for registering to vote and for voting were impacted by the Secure and Fair Elections law (SAFE Act) of 2011.")

(c) You have **updated videos explaining election law changes in Kansas created for voters with disabilities to make clear that registration applicants need not provide DPOC in order to become registered, and need not provide any additional information to complete their registration applications**, including from the following webpages:

- http://www.sos.ks.gov/elections/elections_registration.html

**Please also confirm a timeframe** for when an updated version of this video will be completed.

(d) You have removed from the online voter registration application language concerning the DPOC requirement, including language on how to submit such documentation. **This includes, but is not limited to, removing the DPOC requirement and instructions for DPOC submission from the online application landing page (https://www.kdor.ks.gov/Apps/VoterReg/Default.aspx), and also removing the "Upload feature" available at the end of the application** and any other feature that may indicate that applicants must provide additional information to complete their applications.

(e) You have **updated all links to a voter registration application in any and all public education materials to link to a voter registration application that does NOT include references to DPOC as a registration requirement**, such as: the federal form; the updated Kansas form available at http://www.kssos.org/forms/elections/voterregistration.pdf or its Spanish equivalent, available at http://www.kssos.org/forms/elections/Spanish/SpanishVoterReg.pdf; or to the online registration application that has been brought into

4

<blockquote>compliance with the permanent injunction. This includes all links on county election websites and public education materials.</blockquote>

(f) You have **updated to conform with the permanent injunction, including all changes described throughout this letter, all other elections-related public education materials**, including, but not limited to:

- the "Voter Registration Kit," previously available at http://www.gotvoterid.com/pdf/Kansas-Voter-Registration-Kit.pdf, and
- the "Guide to Kansas Secure and Fair Elections (SAFE) Act," previously available at http://www.sos.ks.gov/forms/elections/A_Guide_to_SAFE_Act.pdf, and in Spanish at http://www.sos.ks.gov/forms/elections/Spanish/A_Guide_to_SAFE_Act.pdf.

**Please also confirm a timeframe** for when updated versions of these materials will be completed and made available to the public.

4. **Instructions, training, and reference materials for state and county elections officers**. The District Court directed you to

<blockquote>[I]nstruct all state and county elections offices, and . . . ensure that all training and reference materials for elections officials in Kansas (including but not limited to the SOS's County Elections Manual) make clear, that voter registration applicants need not provide DPOC in order to be registered to vote, and need not provide any additional information in order to complete their voter registration applications.</blockquote>

Perm. Inj. Order at 109. Please confirm the following:

(a) Please confirm that you or your office will send an update to the June 20, 2018 Instructions to county elections officials making explicit the following:

- that **K.A.R. § 7-23-14 "Assessing documents submitted as evidence of United States citizenship" is no longer effective as a result of the permanent injunction**;
- that **K.A.R. § 7-23-15 "Incomplete applications for voter registration" cannot be enforced against registrants who do not submit DPOC**; and
- that **any continued "process[ing] of proof of citizenship documents by KDOR and KDHE batches," Ex. A at 2, has no bearing on the applicant's voter registration.**

5

       Please provide a draft of the updated instructions for our review by **Thursday, June 27, 2018** and also confirm that these updated instructions will be sent to the counties **by Friday, June 29, 2018.**

(b) With respect to the June 20, 2018 Instructions, please confirm that in directing county elections official to "not ask for documentary proof of citizenship of any voter registration applicant," Ex. A, at 2 ¶ 4, and stating that continuing use of the "Citizenship Verified" field in the voter registration record "has no bearing on the applicant's voter registration status, *id.*, county election officials will no longer place in "Suspense" or "Cancelled" status any voter registration application of any person due to a lack of DPOC.

(c) Please confirm that you or your office will also **instruct county elections official to update and revise all of their elections-related public education materials (including but not limited to voter-aimed notices and websites, in all languages in which those documents are available, including English and Spanish) to conform with the permanent injunction, including, but not limited to, the compliance measures described in this letter, by Thursday, July 5, 2018**.  This includes ensuring that all links to voter registration applications link to properly updated applications.[1]

    If your office has already sent instructions concerning these materials, please provide us with a copy for our review as soon as possible but no later than Thursday, June 28, 2018.  Otherwise, **please provide a draft of such instructions for our review by Thursday, June 28, 2018, and also confirm that these instructions will be sent to the counties by Friday, June 29, 2018.**

(d) Please confirm that you or your office will **update the SOS's County Elections Manual to bring it into compliance with the Court's permanent injunction,** including, but not limited to, removing all language indicating that DPOC is required for voter registration.  Please also confirm that you will add affirmative language making clear that the DPOC requirement is no longer in effect where there is language referring readers directly to the SAFE Act and/or HB 2067 for registration and/or voting requirements, and that K.A.R. § 7-23-15 is no longer in effect as against registrants who do not provide DPOC with their applications.

---

[1] For examples of county websites that remain non-compliant as of the time of writing, *see*: https://www.sewardcountyks.org/72/Election-Information (linking to noncompliant Kansas form); https://www.sedgwickcounty.org/elections/ (linking to noncompliant online voter registration application); https://jocoelection.org/registration (also linking to noncompliant online voter registration application); http://www.wycokck.org/election (also linking to noncompliant online voter registration application); https://www.rileycountyks.gov/1118/Register-to-Vote (also linking to noncompliant online voter registration application).

> **Please provide a draft of the updated County Elections Manual for our review by Thursday, June 28, 2018, and also confirm that this updated County Elections Manual will be made available to the counties before Friday, July 6, 2018**.

   (e) Please confirm that you will update all other training and reference materials for elections officials in Kansas in accordance with the permanent injunction, including, but not limited to, the compliance measures described in this letter.

5. **"Voter View" website**. Please confirm that your office is "maintain[ing] the 'Voter View' website to accurately reflect covered voters' registration status," Perm. Inj. Order at 109, *i.e.*, that all registrants covered by the permanent injunction are listed as "Active" and registered to vote in the same way that all registered voters in "Active" status are displayed.

   Please also confirm that registrants covered by the permanent injunction will be able to look up their polling place and other election information on the "VoteKansas" app.

6. **Poll books and ballots**. In conjunction with the above, the District Court ordered you to:

   > [E]nsure that, in counties that use paper poll books, the names of all registrants lacking DPOC appear in the same manner and in the same list as all other registered voters' names, and that all registrants covered by this Order shall be entitled to vote using standard rather than provisional ballots at polling places on Election Day or when they request advance mail-in ballots."

   Perm. Inj. Order at 109. Please confirm that all registrants covered by the permanent injunction, whose statuses are being switched to "Active," will have their names listed in the same manner and in the same list as all other registered voters and will receive a standard, not provisional, ballot. **Please confirm that once the voter registration records of registrants covered by the permanent injunction are in "Active" status, this will occur as a matter of course and that no other action must be taken to ensure that this remains the case going forward**.

7. **Citizenship document tracking**. **Please explain your legal basis for continuing to track applicants' provision of citizenship documents.** The DPOC Law and accompanying regulation are currently enjoined, and the Court has ordered you to make clear to all prospective voter registration applicants that they "need not provide DPOC in order to become registered to vote, and need not provide any additional information in order to complete their voter registration applications." Perm. Inj. Order at 109. Because the DPOC Law is enjoined, you have no statutory authority for continuing to issue regulations or instructions that direct counties to continue

7

>implementing aspects of that law, including assessing citizenship documents for compliance with now-defunct DPOC requirement.

We assume that these issues are uncontroversial, but please confirm your compliance with the Court's permanent injunction in this case with respect to the enumerated items above by **Thursday, June 28, 2018**. Please also confirm your availability on **Friday, June 29, 2018 at 1pm CST** to discuss any outstanding issues for purposes of preparing the joint status report. If you have any questions or concerns in the meantime, please do not hesitate to reach out to me.

Sincerely,

*Sophia Lin Lakin*  　　　　　　　　　　*Mark P. Johnson*
Sophia Lin Lakin　　　　　　　　　　　Mark P. Johnson
Counsel for *Fish* Plaintiffs　　　　　　 Counsel for *Parker Bednasek*

Attachment

cc:　Dale E. Ho
　　 Neil Steiner
　　 Lauren Bonds
　　 R. Orion Danjuma

EXHIBIT A

**OFFICE OF THE KANSAS SECRETARY OF STATE**

# IMPLEMENTATION GUIDE TO COMPLY WITH COURT RULINGS CONCERNING DOCUMENTARY PROOF OF CITIZENSHIP

JUNE 20, 2018

**BACKGROUND**

On June 18th, 2018, Judge Julie Robinson issued a ruling concerning providing documentary proof of citizenship for those persons who apply to register to vote for the first time in Kansas, and who have applied to register to vote using the federal voter registration application or who have applied to register to vote at a Division of Motor Vehicles office. The ruling, in its entirety, is included as a separate attachment for your review.

**REMEDIES**

Judge Robinson, in her order, listed five specific remedies that must be complied with in order to satisfy her ruling. The remedies are listed below:

1) The state of Kansas shall not enforce the documentary proof of citizenship law and regulations against any voter registration applicants in Kansas. This applies to <u>all</u> persons who apply to register to vote, regardless of the source of registration. No person applying to register to vote in the state of Kansas shall be required to provide documentary proof of citizenship.

2) All registrants, who were covered by the permanent injunction, shall be provided the same information that is provided to other registrants (including but not limited to certificates of registration); and must ensure that all elections-related public education materials (including but not limited to voter-aimed notices and websites, in all languages in which those documents are available) make clear that the voter registration applicants need not provide documentary proof of citizenship in order to become registered to vote, and need not provide any additional information in order to complete their voter registration applications.

3) The Secretary of State shall instruct all state and county election officers, and must ensure that all training and reference materials for election officials in Kansas (including but not limited to the Secretary of State's County Elections Manual) make clear that voter registration applications need not provide documentary proof of citizenship in order to be registered to vote, and need not provide any additional information in order to complete their voter registration applications.

4) The Secretary of State shall maintain the 'Voter View' website to accurately reflect covered voters' registration status.

5) The Secretary of State shall ensure that, in counties that use paper poll books, the names of all registrants lacking documentary proof of citizenship appear in the same manner and in the same list as all other registered voters' names, and that all registrants covered by this Order shall be entitled to vote using standard ballots rather than provisional ballots at polling places on Election Day or when they request advance mail-in ballots.

**DIRECTIVES**

Effective immediately, each county must undertake the following steps:

1) Review the voter registration record of every person who has a status of 'Suspense' and a reason of 'DMV office – Federal Election Only – No POC'. Each of these records should be changed to a status of 'Active' with a reason of 'Active'. Once the status has changed, each person should be sent another notice of disposition card to ensure the voter knows where their polling place is for the upcoming primary election. No other notices are required to be sent.

2) Review the voter registration record of every person who has a status of 'Cancelled' and a reason of 'Proof of citizenship not submitted'. Each of these records should now be changed to a status of 'Active' with a reason of 'Active'. Once the status has changed, each person should be sent a notice of disposition that informs the voter of their registration status and the location of the polling place for the upcoming primary election. No other notices are required to be sent.

3) Maintain the policy of noting every person who submits a federal form voter registration application by listing 'Federal Form Applicant' in the '<<How Reg.' drop down box on the voter registration record. This has no bearing on the applicant's voter registration status. It will be used for tracking purposes only.

4) Do not ask for documentary proof of citizenship of any voter registration applicant. <u>If</u> an applicant voluntarily provides documentary proof of citizenship, or if you receive documentary proof of citizenship from a third party, you should scan the document into ELVIS and maintain the document with the voter registration record. Also, select 'Yes' on the 'Citizenship Verified' drop down box on the voter registration record. This has no bearing on the applicant's voter registration status. It will be used for tracking purposes only.

5) Review your website for any reference to a voter registration applicant being required to provide documentary proof of citizenship. Remove the reference until you can post updated instructions and information to the public.

It is important to note the following:

Any person who has applied to register to vote and has not provided documentary proof of citizenship, shall be treated the same as a person who has provided documentary proof of citizenship. Both types of applicants will appear on the same poll book, receive the same (non-provisional unless otherwise required) ballot and receive the same notices and instructions.

The State is in the process of appealing Judge Robinson's ruling to the 10th Circuit Court of Appeals. If, in the future, an appeal is successful, an individual who has not provided evidence of citizenship and who may be affected by any reversal of the court's ruling may need to have their status reviewed. County offices should continue to utilize the DMV web portal, and process proof of citizenship documents provided by KDOR and KDHE batches.

Additional written instruction will be forthcoming concerning information that you may disseminate to the general public via written or electronic means or via county websites concerning voter registration procedures.

If you have any questions, contact Bryan Caskey, Director of Elections, (785) 296-3488, bryan.caskey@sos.ks.gov.