FILED
United States Court of Appeals
Tenth Circuit

August 6, 2018

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

STEVEN WAYNE FISH; DONNA BUCCI; CHARLES STRICKER; THOMAS J. BOYNTON; DOUGLAS HUTCHINSON, on behalf of themselves and all others similary situated; THE LEAGUE OF WOMEN VOTERS OF KANSAS,

    Plaintiffs - Appellees,

v.

NICK JORDAN, in his official capacity as Secretary of Revenue for the State of Kansas,

    Defendant - Appellant,

and

KRIS KOBACH, in his official capacity as Secretary of State for the State of Kansas,

    Defendant.

No. 16-3175
(D.C. No. 2:16-CV-02105-JAR-JPO)
(D. Kan.)

_____

**ORDER**
_____

Appellant's motion to dismiss this matter is granted. *See* 10th Cir. R. 27.4(A)(9) and Fed. R. App. P. Rule 42(b).

A copy of this order shall stand as and for the mandate of the court.

                                        Entered for the Court

                                        */s/ Elisabeth A. Shumaker*

                                        ELISABETH A. SHUMAKER, Clerk

2