**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker | August 06, 2018 | Chris Wolpert |
| Clerk of Court | | Chief Deputy Clerk |

Mr. Timothy M. O'Brien (KSkc)
United States District Court for the District of Kansas
Office of the Clerk
500 State Avenue
Robert J. Dole U.S. Courthouse
Room 259
Kansas City, KS 66101-0000

**RE:**   **16-3175, Fish, et al v. Jordan, et al**
Dist/Ag docket: 2:16-CV-02105-JAR-JPO

Dear Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker

Elisabeth A. Shumaker
Clerk of the Court

cc:    Jay Douglas Befort
       Stephen Douglas Bonney
       Rodkangyil Orion Danjuma
       Dale Ho
       Sophia Lin Lakin
       Angela M. Liu

Neil A. Steiner
Rebecca Kahan Waldman
M. J. Willoughby


EAS/jm