## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 16-cv-02105-JAR-JPO |
| ) | |
| KRIS KOBACH, in his official capacity ) | |
| as Secretary of State for the State of ) | |
| Kansas, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### **ENTRY OF APPEARANCE**

COMES NOW Assistant Attorney General Stanley R. Parker, and, for the limited purpose of filing the forthcoming Notice of Appeal, enters his appearance on behalf of Defendant Secretary of State Kris Kobach.

        Respectfully submitted,

        OFFICE OF ATTORNEY GENERAL
        DEREK SCHMIDT

        */s/ Stanley R. Parker*
        Stanley R. Parker, KS #10971
        Assistant Attorney General/Trial Counsel
        Memorial Building, 2nd Floor
        120 SW 10th Avenue
        Topeka, Kansas 66612-1597
        Tel: (785) 368-8423
        Fax: (785) 291-3767
        Email: stanley.parker@ag.ks.gov
        *Attorney for Defendant*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2018, I electronically filed the above and foregoing ENTRY OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                            */s/ Stanley R. Parker*
                                            Stanley R. Parker