# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, et al._____Plaintiffs,<br><br>vs.<br><br>KRIS KOBACH, in his official capacity as Secretary of State for the State of Kansas,<br><br>_____Defendant. | )<br>)<br>)<br>)<br>)   Case No. 16-cv-02105-JAR-JPO<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

COMES NOW Defendant Secretary of State Kris Kobach, and hereby gives notice that he appeals to the United States Court of Appeals for the Tenth Circuit from the order granting Plaintiffs' Motion to Enforce Court Orders and for Order to Show Cause Why Defendant Should Not Be Held in Contempt, entered April 18, 2018 (Doc. 520), and from the order granting in part and denying in part Plaintiffs' Application for Attorneys' Fees and Litigation Expenses in Connection with their Motion for Contempt, entered August 1, 2018 (Doc. 554).

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

*/s/ Stanley R. Parker*
Stanley R. Parker, KS #10971
Assistant Attorney General/Trial Counsel
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Tel: (785) 368-8423
Fax: (785) 291-3767
Email: stanley.parker@ag.ks.gov
*Attorney for Defendant*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2018, I electronically filed the above and foregoing NOTICE OF APPEAL with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Stanley R. Parker*
Stanley R. Parker