# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 16-2105-JAR-JPO |
| ) | |
| KRIS KOBACH, in his official capacity as ) | |
| Secretary of State for the State of Kansas, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## DEFENDANT'S MOTION TO ENFORCE PROTECTIVE ORDER AND ENJOIN PLAINTIFFS' COUNSEL FROM
## PUBLICLY DISSEMINATING VIDEOTAPE OF DEPOSITION

On Monday September 10, 2018, ACLU and Dechert counsel announced to defense trial counsel their intention to publicly disseminate to the national media the sealed, confidential videotape of the discovery deposition of Secretary of State Kobach. Unfortunately, ACLU counsel has ignored our request to abide by the Protective Order entered in this case on March 29, 2016 and has shown blatant disregard for this Court's rulings at trial on March 9, 2018. For reasons explained below, Defendant seeks enforcement of the Protective Order and of this Court's oral orders at trial on March 9, 2018 and requests a court order immediately enjoining plaintiffs' counsel from publicly disseminating the videotape to the media and public.

A memorandum in support is filed separately.

Date: September 14, 2018

Respectfully submitted,

/s/ *Sue Becker*
Sue Becker, Kansas Bar No. 27806
Garrett Roe, Kansas Bar No. 26867
KANSAS SECRETARY OF STATE'S OFFICE
120 S.W. 10th Ave.
Topeka, KS 66612
Telephone: (785) 296-4575

>Facsimile: (785) 368-8033
>Email: sue.becker@ks.gov
>garrett.roe@ks.gov
>
>*Trial Attorneys for Defendant Kobach*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on the 14th day of September, 2018, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

>/*s/ Sue Becker*
>Sue Becker
>*Attorney for Defendant Kobach*