### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, et al.,           )<br>                                                          )<br>       Plaintiffs,                              )<br>                                                          )<br>v.                                                     )<br>                                                          )<br>KRIS KOBACH, in his official            )<br>capacity as Secretary of State for the )<br>State of Kansas, et. al.,                     )<br>                                                          )<br>       Defendants.                          )<br>_____ ) | Case No. 16-2105-JAR-JPO |
| PARKER BEDNASEK, et al.,          )<br>                                                          )<br>       Plaintiffs,                              )<br>                                                          )<br>v.                                                     )<br>                                                          )<br>KRIS KOBACH, in his official            )<br>capacity as Secretary of State for the )<br>State of Kansas, et. al.,                     )<br>_____) | Case No. 15-9300-JAR-JPO |

### CERTIFICATION OF COMPLIANCE WITH DOCUMENT 542 REQUIREMENTS

Defendant hereby certifies that, I, Kris Kobach, completed the six additional required Continuing Legal Education hours required by this Court in ECF Document 542. Attached as Exhibit 1 is the Verified Certificate of Completion for the relevant six CLE hours.

Dated:  January 18, 2019

/s/  KRIS KOBACH
Kris Kobach, No. 17280

Garrett Roe, No. 27687
General Counsel for the Office of the Kansas Secretary of State
120 S.W. 10th Ave.
Topeka, KS 66612
Telephone: (785) 296-4575
Facsimile: (785) 368-8033
Email: kris.kobach@sos.ks.gov

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that, on the 18th day of January, 2019, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/   GARRETT ROE
Garrett Roe, No. 27687
***Attorney for Defendant***

# **EXHIBIT 1**



**Product ID :** 81705SADM

1218 McCann Drive,  Altoona, WI 54720
Credit Inquiries PH: 866.240.1890

Kris Kobach
Kansas Secretary Of State
120 SW Tenth Ave
Topeka,   KS 66614

License Number 17280

Congratulations on completing Civil Trial: Everything You Need to Know..  This document serves as your verified certificate of completion.  Please retain for your records.

# VERIFIED CERTIFICATE OF COMPLETION

**Program Title**   Civil Trial: Everything You Need to Know.

**Production Date**   10/25/18
**Completion Date**   1/4/19

**NBI Product Format**   SADM
**Classified As**   Prerecorded

| Credit | Credits Earned | Approval Number |
|---|---|---|
| KS   CLE | 6.00 including 1.00 ethics | 147623 |

**Credit Details**
Approved by the Kansas Continuing Legal Education Commission for 6.0 hours of prerecorded format continuing legal education credit, which includes 1.0 hour of ethics and professionalism credit. No more than 6.0 hours of prerecorded format CLE may be earned in one compliance period.

**Credit Reporting Instructions**
NBI, Inc. reports your credit to the Kansas CLE Commission.

Please retain the Verified Certificate of Completion for your records.

*Elizabeth C. Zenner*
Elizabeth C. Zenner
Provider Agent