# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, et al., | |
| Plaintiffs, | |
| v. | No. 16-2105-JAR-JPO |
| KRIS KOBACH, in his official capacity as Secretary of State for the State of Kansas, | |
| Defendant. | |
| PARKER BEDNASEK, et al., | |
| Plaintiffs, | |
| v. | No. 15-9300-JAR-JPO |
| KRIS KOBACH, in his official capacity as Secretary of State for the State of Kansas, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Garrett Roe, Sue Becker, and Kris Kobach, hereby notify the Court, the Plaintiffs, and the Defendant of their withdrawal as counsel for Defendant. *See* D. Kan. R. 83.5.5(b). Toby Crouse remains in the case, and will serve as counsel of record for Defendant for all purposes.

Respectfully submitted,

/s/ Garrett Roe
Garrett Roe, KS Bar No. 26867
Memorial Hall, 1st Floor
120 SW 10th Ave.
Topeka, KS 66612
Tel: (785) 296-8473
Fax: (785) 368-8032
Email: garrett.roe@sos.ks.gov


/s/ Sue Becker
Sue Becker, KS Bar No. 27806


/s/ Kris Kobach
Kris Kobach, KS Bar No. 17280
PO Box 155
Lecompton, KS 66050


## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January 2019, this Notice of Withdrawal of Appearance was electronically filed with the Clerk of the Court using the CM/ECF system and that the CM/ECF system will serve all participants in the case that are registered CM/ECF users.


/s/ Garrett Roe