# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT SCHWAB, in his official Capacity as Secretary of State for the State of Kansas, <br><br> Defendant. | Case No. 16-2105-JAR-JPO |
| PARKER BEDNASEK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT SCHWAB, in his official Capacity as Secretary of State for the State of Kansas, <br><br> Defendant. | Case No. 15-9300-JAR-JPO |

## NOTICE OF SUBSTITUTION

Plaintiffs sued Defendant Kris W. Kobach in his official capacity as Secretary of State for the State of Kansas. Kobach served in that capacity until noon on January 14, 2019. At that time, his successor, Scott Schwab, was sworn in as Kansas Secretary of State. By operation of law, Secretary Schwab "is automatically substituted as a party." Fed. R. Civ. P. 25(d).

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

/s/ Toby Crouse
_____

Derek Schmidt, #17781
    *Attorney General*
Jeffrey A. Chanay, #12056
   *Chief Deputy Attorney General*
Toby Crouse, #20030
    *Solicitor General*
Dwight R. Carswell, #25111
   *Assistant Solicitor General*
Bryan C. Clark, #24717
   *Assistant Solicitor General*

Memorial Building, 2nd Floor 120 SW 10th Ave.
Topeka, Kansas 66612-1597
  Tel: 785.296.2215
  Fax: 785.291.3767
jeff.chanay@ag.ks.gov
toby.crouse@ag.ks.gov
dwight.carswell@ag.ks.gov
bryan.clark@ag.ks.gov

*Attorneys for Defendant*

3

## CERTIFICATE OF SERVICE

I hereby certify that this pleading was electronically filed with the Clerk of the Court using the CM/ECF system and that the CM/ECF system will serve all participants in the case that are registered CM/ECF users.

/s/ Toby Crouse