FILED
United States Court of Appeals
Tenth Circuit

March 6, 2019

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

STEVEN WAYNE FISH, on behalf of themself and all others similarly situated; DONNA BUCCI, on behalf of themself and all others similarly situated; CHARLES STRICKER, on behalf of themself and all others similarly situated; THOMAS J. BOYNTON, on behalf of themself and all others similarly situated; DOUGLAS HUTCHINSON, on behalf of themself and all other similarly situated; LEAGUE OF WOMEN VOTERS OF KANSAS,

    Plaintiffs - Appellees,

v.

KRIS W. KOBACH, in his official capacity as Secretary of State for the State of Kansas,

    Defendant - Appellant.

No. 18-3186
(D.C. No. 2:16-CV-02105-JAR)

---

**ORDER**

---

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk

**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | March 6, 2019 | Chris Wolpert<br>Chief Deputy Clerk |

Timothy M. O'Brien
United States District Court for the District of Kansas
Office of the Clerk
500 State Avenue, Room 259
Robert J. Dole U.S. Courthouse
Kansas City, KS 66101

Sue Becker
Garrett Robert Roe
Kansas Secretary of State
120 SW 10th Avenue, 1st Floor
Topeka, KS 66612-1594

Lauren Bonds
ACLU Foundation of Kansas
6701 West 64th Street, Suite 210
Overland Park, KS 66202

Toby Crouse
120 Southwest 10th Avenue
Topeka, KS 66612

Rodkangyil Orion Danjuma
Dale Ho
Sophia Lin Lakin
Emily Rong Zhang
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

Angela M. Liu
Dechert LLP
35 West Wacker Drive, Suite 3400
Chicago, IL 60601

Stanley R. Parker
Office of the Attorney General for the State of Kansas
120 SW 10th Street, 2nd Floor
Topeka, KS 66612

Zal Kotval Shroff
ACLU Foundation of Kansas
125 North Market Street, Suite 1725
Wichita, KS 67202

Neil A. Steiner
Rebecca Kahan Waldman
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797

**RE:**   18-3186, Fish, et al v. Kobach
         Dist/Ag docket: 2:16-CV-02105-JAR

Dear Clerk and Counsel:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

EAS/sls