## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, *et al.*,  )<br>  )<br>    Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>SCOTT SCHWAB, in his official capacity  )<br>as Secretary of State for the State of  )<br>Kansas,  )<br>  )<br>    Defendant.  )<br>  ) | **Case No. 16-2105-JAR-JPO** |

## NOTICE OF SATISFACTION OF AWARD OF CONTEMPT FEES AND COSTS

A Memorandum & Order with respect to the Court's finding of contempt was entered in this action on the 1st day of August, 2018 in favor of Plaintiffs and against Defendant (Doc. 554). Plaintiffs hereby notify the court that, pursuant to a settlement agreement, this award has been satisfied.

THEREFORE, full and complete satisfaction of said award is hereby acknowledged, and Plaintiffs request that the Clerk of the Court make an entry of the full and complete satisfaction on the docket of said award.

Dated April 5, 2019.

Respectfully submitted,

/s/ Lauren Bonds
LAUREN BONDS (#27807)
ACLU Foundation of Kansas
6701 W. 64th Street, Suite 210
Overland Park, Kansas 66202
(913) 490-4114
lbonds@aclukansas.org

/s/ Dale E. Ho
DALE E. HO*
R. ORION DANJUMA*
SOPHIA LIN LAKIN*
American Civil Liberties Union Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2693

dale.ho@aclu.org
odanjuma@aclu.org
slakin@aclu.org

NEIL A. STEINER\*
REBECCA KAHAN WALDMAN\*
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797
Phone: (212) 698-3500
Fax: (212) 698-3599
neil.steiner@dechert.com
rebecca.waldman@dechert.com

ANGELA M. LIU\*
Dechert LLP
35 West Wacker Drive
Suite 3400
Chicago, IL 60601-1608
Phone: (312) 646-5800
Fax: (312) 646-5858
angela.liu@dechert.com

*Attorneys for Plaintiffs*

\*admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on April 5, 2019, I electronically filed the foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ Lauren Bonds
LAUREN BONDS (#27807)

*Attorney for Plaintiffs*