**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | May 21, 2020 | Jane K. Castro<br>Chief Deputy Clerk |

Mr. Timothy M. O'Brien (KSkc)
United States District Court for the District of Kansas
Office of the Clerk
500 State Avenue
Robert J. Dole U.S. Courthouse
Room 259
Kansas City, KS 66101-0000

RE:   18-3133, 18-3134, Fish, et al v. Schwab
      Dist/Ag docket: 2:16-CV-02105-JAR

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeals issued today. The court's April 29, 2020 judgment takes effect this date.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court


cc:   Lauren Bonds
      Stephen Douglas Bonney
      Dwight Carswell
      Jeffrey A. Chanay
      Bryan C. Clark
      Toby Crouse
      Rodkangyil Orion Danjuma

    Mark T. Emert
    Matthew Hamilton Frederick
    Susan P. Herman
    Dale Ho
    Mark P. Johnson
    Lawrence John Joseph
    Sophia Lin Lakin
    Angela M. Liu
    Madeline Malisa
    Patrick Morrisey
    Leslie Rutledge
    Neil A. Steiner
    Shannon Wells Stevenson
    Rebecca Kahan Waldman
    Samantha Wenger
    Curtis E. Woods

CMW/jm