# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 14, 2020

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

Re:  Scott Schwab, Secretary of State of Kansas
v. Steven Wayne Fish, et al.
No. 20-109
(Your No. 18-3133, 18-3134)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.  Justice Gorsuch took no part in the consideration or decision of this petition.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk