IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, on behalf of himself and all others similarly situated; DONNA BUCCI, on behalf of herself and all others similarly situated; CHARLES STRICKER, on behalf of himself and all others similarly situated; THOMAS J. BOYNTON, on behalf of himself and all others similarly situated; DOUGLAS HUTCHINSON, on behalf of himself and all others similarly situated; LEAGUE OF WOMEN VOTERS OF KANSAS, <br><br>*Plaintiffs*, <br><br>v. <br><br>SCOTT SCHWAB, in his official capacity as Secretary of State for the State of Kansas, <br><br>*Defendants*. | Case No. 2:16-CV-02105 |

**NOTICE OF WITHDRAWAL OF COUNSEL**
**AND ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL**

COMES NOW Lauren Bonds and hereby withdraws as counsel of record for Plaintiffs Steven Wayne Fish, Donna Bucci, Charles Stricker, Thomas J. Boynton, Douglas Hutchinson, and League of Women Voters of Kansas pursuant to D. Kan. 83.5.5(c).  Further, Sharon Brett hereby enters her appearance as substituting counsel of record for Plaintiffs.  In addition to service of this Notice on counsel of record, a copy of this Notice has been mailed to, or otherwise served pursuant to Fed. R. Civ. P. 5(b)(2) on, Plaintiffs.

Respectfully Submitted,

By:   /s/ Sharon Brett
Sharon Brett, KS No. 28696

        ACLU Foundation of Kansas
        6701 W. 64th Street, Ste. 210
        Overland Park, KS 66202
        Phone: (913) 490-4100
        sbrett@aclukansas.org

        and


By:   /s/ Lauren Bonds
       Lauren Bonds, KS No. 27807
       ACLU Foundation of Kansas
       6701 W. 64th Street, Ste. 210
       Overland Park, KS 66202
       Phone: (913) 490-4100
       lbonds@aclukansas.org

## CERTIFICATE OF SERVICE

I certify that on this 4th day of January, 2020 I electronically filed this Notice of Withdrawal of Counsel and Entry of Appearance of Substituted Counsel using the CM/ECF system, which sent notice of electronic filing to counsel of record.

Pursuant to Fed. R. Civ. P. 5(b)(2), I also served a copy to:

Steven Wayne Fish
2133 Quail Creek Drive
Lawrence, KS 66047

Thomas Boynton
348 S. Lorraine
Wichita, KS 67211

Donna Bucci
530 N. Ash
Wichita, KS 67214

Charles Stricker
4418 N. Ironwood
Wichita, KS 67226

Douglas Hutchinson
5326 Maple St
Mission, KS 66202

League of Women Voters of Kansas, Marge Ahrens
3127 Huntoon
Topeka, KS 66604

 /s/ Sharon Brett
Sharon Brett