### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 2:16-CV-02105-JAR |
| ) | |
| v. ) | |
| ) | |
| KRIS W. KOBACH ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Toby Crouse hereby withdraws as counsel of record for Defendant Kansas Secretary of State. Stanley R. Parker, Assistant Attorney General, will continue to represent the Secretary of State. This Notice of Withdrawal will be served on the client as per D. Kan. 83.5.5(b).

Respectfully submitted,

OFFICE OF KANSAS ATTORNEY
GENERAL DEREK SCHMIDT

By: /s *Toby Crouse*
Toby Crouse, KS #20030
Office of Kansas Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Phone: (785) 296-2215
Fax: (785) 296-3131

ATTORNEY FOR DEFENDANT
KANSAS SECRETARY OF STATE

- 2 -

## **CERTIFICATE OF SERVICE**

I certify that on January 14, 2021, I electronically filed this Notice of Withdrawal of Appearance with the Court using the CM/ECF system, which swill send notice to all counsel of record.

/s *Toby Crouse*