IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, *et al.*,  )<br>  )<br>   Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>SCOTT SCHWAB, in his official capacity  )<br>as Secretary of State for the State of  )<br>Kansas,  )<br>  )<br>   Defendant.  )<br>  ) | **Case No. 16-2105-JAR-JPO** |

**PLAINTIFFS' <u>MOTION FOR AN AWARD OF ATTORNEYS" FEES AND EXPENSES INCURRED</u>**

Plaintiffs in this matter hereby move the Court for an award of reasonable attorneys' fees and expenses incurred in this litigation, pursuant to Rule 54(d), 52 U.S.C. § 10310(e), and this Court's Order, *see* Doc. 546.

The amounts sought, and the grounds justifying the award to Plaintiffs, are set forth in a Memorandum in support of this motion, with accompanying exhibits.

Dated this 28th day of January, 2021

                       Respectfully submitted,

| | |
|---|---|
| /s/ Sharon Brett | /s/ Dale E. Ho |
| SHARON BRETT (#28696) | DALE HO* |
| American Civil Liberties Union of Kansas | R. ORION DANJUMA* |
| 6701 W 64th St., Suite 210 | SOPHIA LIN LAKIN* |
| Overland Park, KS 66202 | American Civil Liberties Union Foundation, |
| Phone: (913) 490-4100 | 125 Broad St. |
| Fax: (913) 490-4119 | New York, NY 10004 |
| sbrett@aclukansas.org | Phone: (212) 549-2693 |
| | dale.ho@aclu.org |
| | odanjuma@aclu.org |
| | slakin@aclu.org |
| | |
| NEIL A. STEINER* | ANGELA M. LIU* |
| REBECCA KAHAN WALDMAN* | Dechert LLP |
| Dechert LLP | 35 West Wacker Drive |
| 1095 Avenue of the Americas | Suite 3400 |
| New York, NY 10036 | Chicago, Illinois 60601-1608 |
| T: (212) 698-3822 | Phone: (312) 646 5816 |
| F: (212) 698-3599 | Fax: (312) 646 5858 |
| neil.steiner@dechert.com | angela.liu@dechert.com |
| rebecca.waldman@dechert.com | |
| | |
| *Counsel for Plaintiffs* | * admitted *pro hac vice* |