# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, *et al.*,                )<br>                                                                  )<br>          Plaintiffs,                                    )<br>                                                                  )<br>v.                                                              )<br>                                                                  )<br>SCOTT SCHWAB, in his official capacity  )<br>as Secretary of State for the State of        )<br>Kansas,                                                    )<br>                                                                  )<br>          Defendant.                                   )<br>                                                                  ) | **Case No. 16-2105-JAR-JPO** |

### DECLARATION OF ALLAN V. HALLQUIST IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

I, Allan V. Hallquist, declare and state the following in support of Plaintiffs' motion for attorneys' fees:

1. I am an attorney with Hallquist Law Firm, LLC, in Kansas City, Missouri. I respectfully make this declaration in support of Plaintiffs' Motion for Statutory Attorney Fees.

2. I previously submitted a declaration in this matter (Doc. 529-2). My background, education, and experience are set forth in that declaration.

3. As I noted previously, I am a trial attorney who practices primarily in Missouri and Kansas, I am familiar with the range of hourly rates charged by skilled and accomplished attorneys in the community. I have handled cases and trials in which attorneys' fees were recoverable pursuant to statutes or contractual provisions. Also, I am familiar with the annual Missouri attorney billing rates information published by *Missouri Lawyers Weekly*.

4. As I noted previously, I have known Stephen Douglas Bonney professionally for many years, and I have reviewed the summary of his background and qualifications set forth in his previous declaration in this case. Although I am not personally acquainted with Mr. Ho, Mr. Steiner, or Ms. Waldman, I have reviewed the declarations of Mr. Ho and Mr. Steiner describing their respective backgrounds and qualifications, as well as Ms. Waldman's background as described on the Dechert LLP website.

5. I believe that the $500 per hour rate claimed by them for work on the merits in this case is reasonable and consistent with rates charged by similarly experienced attorneys in the Kansas City area. It is in fact less than the hourly rate for attorneys with similar levels of education, qualifications, and experience at my prior law firm, Husch Blackwell LLP.

I declare under penalty of perjury that all the foregoing statements are true and correct.

Executed on January 21, 2021

_____
Allan V. Hallquist