Case 2:16-cv-02105-JAR   Document 583   Filed 02/11/21   Page 1 of 3


# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SCOTT SCHWAB, in his official capacity )<br>as Secretary of State for the State of )<br>Kansas, )<br>)<br>Defendant. )<br>) | Case. No. 16-cv-02105-JAR |

## MOTION FOR EXTENSION OF TIME

COMES NOW the Defendant and moves the Court for an extension of time, to and including March 29, 2021, within which to file Defendant's response to Plaintiffs' Motion for an Award of Attorney's Fees and Expenses. In support hereof, Defendant states as follows:

1. Plaintiffs filed their motion for fees on January 28, 2021. (Doc 581)

2. Plaintiffs also filed their memorandum in support on January 28, 2021. (Doc 582)

3. Plaintiffs also filed 320 pages of exhibits with their memorandum. Those exhibits include detailed time records for 11 attorneys and 2 paralegals covering a period of over 5 years, along with detailed expense records.

4. Simultaneously, Plaintiffs in the consolidated case, number 15-cv-09300, filed their motion for fees and expenses and memorandum in support, which includes 114 pages of exhibits

including detailed time records for 5 attorneys and 2 paralegals covering a period of over 5 years, along with detailed expense records.

5. Pursuant to D. Kan. Rule 54.2(e) Defendant's response is due February 11, 2021.

6. D. Kan. Rule 54.2(e) also provides that the memorandum in support need not be filed at the same time as the motion. D. Kan. Rule 54.2(a) requires a consultation between the parties in an attempt to reach an agreement regarding the motion. D. Kan. Rule 54.2(c) provides that, where the parties are unable to agree, the statement of consultation and memorandum in support of the motion are to be filed within 30 days after the motion is filed.

7. Because Defendant cannot attempt to negotiate an agreement without first reviewing and evaluating plaintiff's motion and all documents submitted in support thereof, that consultation has not yet occurred. The current deadline for that consultation is March 1, 2021.

8. This extension is requested to allow Defendant sufficient time to review and evaluate Plaintiffs' motion and all documents submitted in support thereof, participate in the consultation, and prepare and file the response to Plaintiffs' motion.

9. This is Defendant's first request for an extension of time.

10. The requested extension will not materially delay this matter or prejudice any party.

11. Plaintiffs' counsel objects to this request for an extension of time.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests this motion be granted an order entered granting an extension of time, to and including March 29, 2021, within which to file Defendants response to Plaintiffs' Motion for an Award of Attorney's Fees and Expenses.

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL
DEREK SCHMIDT

*/s/ Stanley R. Parker*
Stanley R. Parker, KS #10971
Assistant Attorney General/Trial Counsel
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612-1597
Phone: (785) 368-8423
Fax:    (785) 291-3767
Email: stanley.parker@ag.ks.gov
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February 2021, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent electronic notice to all counsel of record.

*/s/ Stanley R. Parker*
Stanley R. Parker