# Exhibit A

| | |
|---|---|
| **From:** | Johnson, Mark P. |
| **To:** | stanley.parker@ag.ks.gov |
| **Cc:** | Dale Ho |
| **Subject:** | FW: Fish v. Schwab; Bednasek v. Schwab |
| **Date:** | Thursday, January 14, 2021 12:00:01 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |

Dear Mr. Parker:  I just got your name from Brant Laue and learned that we should direct to you our inquiry about discharging our mutual obligation to consult under Local Rule 54.2.  I am forwarding the email correspondence with Brant.  We have been attempting to set up the consultation meeting since last month.  Under the Court's order on filing the fee requests, our requests are due in about two weeks.

Please let Dale Ho and me know at your earliest convenience when you are available for the consultation.  Perhaps you could give us a few times when you're available in the coming days, and Dale and I will get back to you quickly.

Thanks.

Mark

### Mark P. Johnson

Visit the **New Dynamic Hub**, available to our clients and communities as part of the commitment that Dentons, the world's largest law firm, is making across 75+ countries, to address accelerating change resulting from the pandemic.

D +1 816 460 2424   |   M +1 816 456 5044   |   US Internal 22424
mark.johnson@dentons.com
Bio   |   Website

Dentons US LLP
4520 Main Street, Suite 1100, Kansas City, MO 64111-7700

Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > Sayarh & Menjra > Larraín Rencoret > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

**From:** Laue, Brant <Brant.Laue@ag.ks.gov>
**Sent:** Thursday, January 14, 2021 10:18 AM

**To:** Johnson, Mark P. <mark.johnson@dentons.com>
**Cc:** 'Dale Ho (dho@aclu.org)' <dho@aclu.org>
**Subject:** RE: Fish v. Schwab; Bednasek v. Schwab

**[External Sender]**

Your contact person with the Attorney General's Office on the fee application matter will be Stanley Parker, who I understand has previously appeared in the district court. You may direct further communications to him.

Thank you and best regards,

**Brant M. Laue**
Solicitor General - Office of Attorney General Derek Schmidt
120 S.W. 10th Ave., 2nd Floor  Topeka, KS 66612-1597
Office: 785.368.8539    Email: brant.laue@ag.ks.gov

This communication, and any attachments, is private and confidential and for the exclusive use of the intended recipient. The information contained herein as well as any attachments is confidential and privileged under the joint prosecution or investigation privilege, attorney-client privilege, work product privilege, joint defense privilege,  or any other applicable privilege or immunity. If you are not the intended recipient and have received this communication in error, please notify the sender immediately and destroy the original message and all copies. Any unauthorized disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any protection, privilege, or immunity. Please note also that the Kansas Open Records Act provides that public records, including correspondence to me via email, may be subject to disclosure unless otherwise protected by law.

**From:** Laue, Brant
**Sent:** Friday, January 8, 2021 2:21 PM
**To:** 'Johnson, Mark P.' <mark.johnson@dentons.com>
**Cc:** Dale Ho (dho@aclu.org) <dho@aclu.org>
**Subject:** RE: Fish v. Schwab; Bednasek v. Schwab

Thank you for your message.  I am still awaiting direction as to defense representation on the fee applications in the district court. Someone should be in touch with you soon on these matters.

BML

**From:** Johnson, Mark P. [mailto:mark.johnson@dentons.com]
**Sent:** Thursday, January 7, 2021 5:56 PM
**To:** Laue, Brant <Brant.Laue@ag.ks.gov>
**Cc:** Dale Ho (dho@aclu.org) <dho@aclu.org>
**Subject:** RE: Fish v. Schwab; Bednasek v. Schwab

> **CAUTION:** This email originated from outside of the Office of The Attorney General of Kansas organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Brant:  still looking forward to hearing from you.  Obviously, Thursday is now off the table.

Mark

**Mark P. Johnson**

Visit the **New Dynamic Hub**, available to our clients and communities as part of the commitment that Dentons, the world's largest law firm, is making across 75+ countries, to address accelerating change resulting from the pandemic.

D +1 816 460 2424   |   M +1 816 456 5044   |   US Internal 22424
mark.johnson@dentons.com
Bio   |   Website

Dentons US LLP
4520 Main Street, Suite 1100, Kansas City, MO 64111-7700

Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > Sayarh & Menjra > Larraín Rencoret > Hamilton Harrison & Mathews > Mardemootoo Balgobin > HPRP > Zain & Co. > Delany Law > Dinner Martin > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

**From:** Johnson, Mark P.
**Sent:** Tuesday, January 05, 2021 5:04 PM
**To:** 'Laue, Brant' <Brant.Laue@ag.ks.gov>
**Cc:** Dale Ho (dho@aclu.org) <dho@aclu.org>
**Subject:** RE: Fish v. Schwab; Bednasek v. Schwab

Hi Brant:  here are times when we're available:

Thursday from 11 to 1 and after 3 pm
Friday 9 to 1 and after 2 pm
Next Tuesday from 9 to 11 and 12 to 1 pm.

All Central time.

Looking forward to talking.

Mark

**Mark P. Johnson**

Visit the **New Dynamic Hub**, available to our clients and communities as part of the commitment that Dentons, the world's largest law firm, is making across 75+ countries, to address accelerating change resulting from the pandemic.

D +1 816 460 2424   |   M +1 816 456 5044   |   US Internal 22424
mark.johnson@dentons.com
Bio   |   Website

Dentons US LLP
4520 Main Street, Suite 1100, Kansas City, MO 64111-7700

Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > Sayarh & Menjra > Larraín Rencoret > Hamilton Harrison & Mathews > Mardemootoo Balgobin > HPRP > Zain & Co. > Delany Law > Dinner Martin > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

**From:** Laue, Brant <Brant.Laue@ag.ks.gov>
**Sent:** Thursday, December 31, 2020 2:57 PM
**To:** Johnson, Mark P. <mark.johnson@dentons.com>
**Cc:** Dale Ho (dho@aclu.org) <dho@aclu.org>
**Subject:** RE: Fish v. Schwab; Bednasek v. Schwab

**[External Sender]**

Thank you for your message. We will be in touch next week about availability of those who will be involved with this matter.

When you are ready, if you wish to send along any information you have compiled, that would help facilitate the Local Rule 54.2 process.

Regards,

**Brant M. Laue**
Solicitor General - Office of Attorney General Derek Schmidt
120 S.W. 10th Ave., 2nd Floor  Topeka, KS 66612-1597
Office: 785.368.8539    Email: brant.laue@ag.ks.gov

This communication, and any attachments, is private and confidential and for the exclusive use of the intended recipient. The information contained herein as well as any attachments is confidential and privileged under the joint prosecution or investigation privilege, attorney-client privilege, work product privilege, joint defense privilege,  or any other applicable privilege or immunity. If you are not the intended recipient and have received this communication in error, please notify the sender immediately and destroy the original message and all copies. Any unauthorized disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any protection, privilege, or immunity. Please note also that the Kansas Open Records Act provides that public records, including correspondence to me via email, may be subject to disclosure unless otherwise protected by law.

---

**From:** Johnson, Mark P. [mailto:mark.johnson@dentons.com]
**Sent:** Tuesday, December 29, 2020 4:23 PM
**To:** Laue, Brant <Brant.Laue@ag.ks.gov>
**Cc:** Dale Ho (dho@aclu.org) <dho@aclu.org>
**Subject:** Fish v. Schwab; Bednasek v. Schwab

**CAUTION:** This email originated from outside of the Office of The Attorney General of Kansas organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Brant:  I am writing pursuant to Local Rule 54.2 of the U.S. District Court for the District of Kansas, which requires consultation among the parties concerning the award of statutory attorneys' fees.  With the Supreme Court cert. denial, and the District Court's orders that matters relating to fees and expenses be deferred until final resolution of the merits of the cases (copies of Judge Robinson's orders are attached for your convenience), the plaintiffs must file their fee applications in the near future.

I have communicated with Dale Ho, counsel for the Fish plaintiffs, and we should have estimates of our fees and expenses ready for discussion next week.  Dale and I, along with other members of our teams, are available next Thursday and Friday, January 7 and 8, to commence the consultation required by Local Rule 54.2.  Please let us know whether you -- and other members of your team whom you would like to be involved in the consultation -- are available at some point on either of those days.  We could conduct the discussion by telephone or video conference.

Looking forward to hearing from you.

Best wishes for a Happy New Year.

Mark

大成 DENTONS

Mark P. Johnson

Visit the **New Dynamic Hub**, available to our clients and communities as part of the commitment that Dentons, the world's largest law firm, is making across 75+ countries, to address accelerating change resulting from the pandemic.

D +1 816 460 2424   |   M +1 816 456 5044   |   US Internal 22424
mark.johnson@dentons.com
Bio   |   Website

Dentons US LLP
4520 Main Street, Suite 1100, Kansas City, MO 64111-7700

Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > Sayarh & Menjra > Larraín Rencoret > Hamilton Harrison & Mathews > Mardemootoo Balgobin > HPRP > Zain & Co. > Delany Law > Dinner Martin > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.