# Exhibit C

| | |
|---|---|
| **From:** | Parker, Stanley |
| **To:** | "Johnson, Mark P." |
| **Cc:** | Depew, Dennis; Willoughby, M J.; Deckard, Connie; Dale Ho; Steiner, Neil; Steel, Simon A.; Woods, Curtis E.; Sharon Brett; Sophia Lakin; Mark Emert |
| **Subject:** | RE: Fish v. Schwab; Bednasek v. Schwab |
| **Date:** | Thursday, January 21, 2021 12:41:07 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png |

Mark,

Please add Dennis Depew (Dennis.Depew@ag.ks.gov).  There will probably be others; I'll let you know.

Thanks,
Stan

Stanley R. Parker

Assistant Attorney General/Trial Counsel

Civil Litigation Division

Complex Tort Defense Unit

Office of Kansas Attorney General Derek Schmidt

120 SW 10th Avenue, 2nd Floor

Topeka, KS  66612-1597

Phone: 785-296-2215

Direct: 785-368-8423

Fax: 785-291-3767

stanley.parker@ag.ks.gov

www.ag.ks.gov

*This communication, and any attachments, is private and confidential and for the exclusive use of the intended recipient. The information contained herein as well as any attachments is confidential and privileged under the joint prosecution or investigation privilege, attorney-client privilege, work product privilege, joint defense privilege, or any other applicable privilege or immunity. If you are not the intended recipient and have received this communication in error, please notify the sender immediately and destroy the original message and all copies. Any unauthorized disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any protection, privilege, or immunity. Please note also that the Kansas Open Records Act provides that public records, including correspondence to me via e-mail, may be subject to disclosure unless otherwise protected by law.*

**From:** Johnson, Mark P. <mark.johnson@dentons.com>
**Sent:** Wednesday, January 20, 2021 4:23 PM
**To:** Parker, Stanley <Stanley.Parker@ag.ks.gov>
**Cc:** Depew, Dennis <Dennis.Depew@ag.ks.gov>; Willoughby, M J. <MJ.Willoughby@ag.ks.gov>; Deckard, Connie <Connie.Deckard@ag.ks.gov>; Dale Ho (dho@aclu.org) <dho@aclu.org>; Steiner, Neil <neil.steiner@dechert.com>; Steel, Simon A. <simon.steel@dentons.com>; Woods, Curtis E. <curtis.woods@dentons.com>; Sharon Brett <sbrett@aclukansas.org>; Sophia Lakin <slakin@aclu.org>; Mark Emert <memert@faganemert.com>

**Subject:** RE: Fish v. Schwab; Bednasek v. Schwab

> **CAUTION:** This email originated from outside of the Office of The Attorney General of Kansas organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Stan: let's book 2/8 at noon.

I'll send out a Zoom invite, if that's okay with you. Anyone else with the State I should include?

Mark

**Mark P. Johnson**

Visit the **New Dynamic Hub**, available to our clients and communities as part of the commitment that Dentons, the world's largest law firm, is making across 75+ countries, to address accelerating change resulting from the pandemic.

D +1 816 460 2424   |   M +1 816 456 5044   |   US Internal 22424
mark.johnson@dentons.com

Bio   |   Website

Dentons US LLP
4520 Main Street, Suite 1100, Kansas City, MO 64111-7700

Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > Sayarh & Menjra > Larraín Rencoret > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

---

**From:** Parker, Stanley <Stanley.Parker@ag.ks.gov>
**Sent:** Wednesday, January 20, 2021 11:57 AM
**To:** Johnson, Mark P. <mark.johnson@dentons.com>
**Cc:** Depew, Dennis <Dennis.Depew@ag.ks.gov>; Willoughby, M J. <MJ.Willoughby@ag.ks.gov>; Deckard, Connie <Connie.Deckard@ag.ks.gov>; Dale Ho (dho@aclu.org) <dho@aclu.org>; Steiner, Neil <neil.steiner@dechert.com>; Steel, Simon A. <simon.steel@dentons.com>; Woods, Curtis E. <curtis.woods@dentons.com>; Sharon Brett <sbrett@aclukansas.org>; Sophia Lakin <slakin@aclu.org>; Mark Emert <memert@faganemert.com>
**Subject:** RE: Fish v. Schwab; Bednasek v. Schwab

**[External Sender]**

Mark,

Either time on Monday 2/8 will work for me.

Thanks,
Stan

Stanley R. Parker
Assistant Attorney General/Trial Counsel
Civil Litigation Division
Complex Tort Defense Unit
Office of Kansas Attorney General Derek Schmidt
120 SW 10th Avenue, 2nd Floor
Topeka, KS  66612-1597
Phone: 785-296-2215
Direct: 785-368-8423
Fax: 785-291-3767
stanley.parker@ag.ks.gov
www.ag.ks.gov

*This communication, and any attachments, is private and confidential and for the exclusive use of the intended recipient. The information contained herein as well as any attachments is confidential and privileged under the joint prosecution or investigation privilege, attorney-client privilege, work product privilege, joint defense privilege, or any other applicable privilege or immunity. If you are not the intended recipient and have received this communication in error, please notify the sender immediately and destroy the original message and all copies. Any unauthorized disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any protection, privilege, or immunity. Please note also that the Kansas Open Records Act provides that public records, including correspondence to me via e-mail, may be subject to disclosure unless otherwise protected by law.*

---

**From:** Johnson, Mark P. <mark.johnson@dentons.com>
**Sent:** Monday, January 18, 2021 8:17 PM
**To:** Parker, Stanley <Stanley.Parker@ag.ks.gov>
**Cc:** Depew, Dennis <Dennis.Depew@ag.ks.gov>; Willoughby, M J. <MJ.Willoughby@ag.ks.gov>; Deckard, Connie <Connie.Deckard@ag.ks.gov>; Dale Ho (dho@aclu.org) <dho@aclu.org>; Steiner, Neil <neil.steiner@dechert.com>; Steel, Simon A. <simon.steel@dentons.com>; Woods, Curtis E. <curtis.woods@dentons.com>; Sharon Brett <sbrett@aclukansas.org>; Sophia Lakin <slakin@aclu.org>; Mark Emert <memert@faganemert.com>
**Subject:** RE: Fish v. Schwab; Bednasek v. Schwab

**CAUTION:** This email originated from outside of the Office of The Attorney General of Kansas organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Stan,

Thanks for your message. On behalf of the plaintiffs in the two cases, we understand your position to be that you cannot schedule a time to confer with us until you have received detailed information as to our requests for fees and costs.  Given that local Rule 54.2 permits us to confer after our requests for fees and costs are filed, perhaps the most efficient way for us to move forward is for us to simply file our motions, which will contain all of the relevant details that you seek.

Our understanding is that our deadline for filing the motions is January 28 (under the Court's Orders dated July 2, 2018 (Doc. 546 in Fish and Doc. 222 in Bednasek) setting the deadline for our requests at 45 days from disposition of the cases).  We will endeavor to file our motions before the deadline to get the ball rolling.  Here are dates and times we propose to confer after you've had time to digest the materials:

- Th 2/4 – 11 am to 12 pm CT; after 3 pm CT
- Fri 2/5 – 9:00 am to 10:30 am; 12:00 pm to 3:30 pm
- Mon 2/8 – 12 pm to 1 pm; after 3:30 pm

Best,

Mark

**Mark P. Johnson**

Visit the **New Dynamic Hub**, available to our clients and communities as part of the commitment that Dentons, the world's largest law firm, is making across 75+ countries, to address accelerating change resulting from the pandemic.

D +1 816 460 2424   |   M +1 816 456 5044   |   US Internal 22424
mark.johnson@dentons.com
Bio   |   Website

Dentons US LLP
4520 Main Street, Suite 1100, Kansas City, MO 64111-7700

Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > Sayarh & Menjra > Larraín Rencoret > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.