# Exhibit D

**Johnson, Mark P.**

---

**From:** Parker, Stanley <Stanley.Parker@ag.ks.gov>
**Sent:** Monday, February 08, 2021 8:00 AM
**To:** Johnson, Mark P.
**Cc:** Willoughby, M J.; Deckard, Connie; Depew, Dennis
**Subject:** RE: Fish v. Schwab; Bednasek v. Schwab

**[External Sender]**

Mark,

We need additional time to finish reviewing the 320 pages of documents you submitted before we can discuss your fee request. I have already found a number of time entries relating to the contempt issue that we will object to. Fees and expenses relating to your motion for a contempt order and subsequent motion for fees and expenses relating thereto were awarded in a separate order, which has been satisfied. We intend to object to any and all requests for fees and expenses relating to the contempt issue, including the separate appeal of that order.

To the extent that any hourly rates in the present request exceed the rates previously awarded with respect to the contempt issue, we intend to object to those rates.

As you know, my involvement with this case was limited to the appeal of the contempt order. The trial was conducted by the office of the Secretary of State. Thus, I need input from that office in order to evaluate all trial related fees and expenses requested. Likewise, the primary appeal was handled by the Office of the Solicitor General and I need input from that office to evaluate all appeal related fees and expenses requested.

Given that the deadline to file your statement of consultation is March 1, I would like to reschedule the consultation for February 26. Our deadline to file our responses to your motions is Thursday, February 11. We intend to file a motion to extend that deadline to March 30. Do you have any objection?

Thanks,
Stan

Stanley R. Parker
Assistant Attorney General/Trial Counsel
Civil Litigation Division
Complex Tort Defense Unit
Office of Kansas Attorney General Derek Schmidt
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
Phone: 785-296-2215
Direct: 785-368-8423
Fax: 785-291-3767
stanley.parker@ag.ks.gov
www.ag.ks.gov

*This communication, and any attachments, is private and confidential and for the exclusive use of the intended recipient. The information contained herein as well as any attachments is confidential and privileged under the joint prosecution or investigation privilege, attorney-client privilege, work product privilege, joint defense privilege, or any other applicable privilege or immunity. If you are not the intended recipient and have received this communication in error, please notify the sender immediately and destroy the original message and all copies. Any unauthorized disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any protection, privilege, or*

***immunity. Please note also that the Kansas Open Records Act provides that public records, including correspondence to me via e-mail, may be subject to disclosure unless otherwise protected by law.***

**From:** Johnson, Mark P. <mark.johnson@dentons.com>
**Sent:** Sunday, February 7, 2021 7:04 PM
**To:** Parker, Stanley <Stanley.Parker@ag.ks.gov>
**Cc:** Depew, Dennis <Dennis.Depew@ag.ks.gov>; Willoughby, M J. <MJ.Willoughby@ag.ks.gov>; Deckard, Connie <Connie.Deckard@ag.ks.gov>; Dale Ho (dho@aclu.org) <dho@aclu.org>; Steiner, Neil <neil.steiner@dechert.com>; Steel, Simon A. <simon.steel@dentons.com>; Woods, Curtis E. <curtis.woods@dentons.com>; Sharon Brett <sbrett@aclukansas.org>; Sophia Lakin <slakin@aclu.org>; Mark Emert <memert@faganemert.com>; Depew, Dennis <Dennis.Depew@ag.ks.gov>
**Subject:** RE: Fish v. Schwab; Bednasek v. Schwab

***CAUTION:*** This email originated from outside of the Office of The Attorney General of Kansas organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Conference bridge

1-866/225-1342

Passcode 743-299-8944

大成DENTONS Mark P. Johnson

Visit the **New Dynamic Hub**, available to our clients and communities as part of the commitment that Dentons, the world's largest law firm, is making across 75+ countries, to address accelerating change resulting from the pandemic.

D +1 816 460 2424 | M +1 816 456 5044 | US Internal 22424
mark.johnson@dentons.com
Bio | Website

Dentons US LLP
4520 Main Street, Suite 1100, Kansas City, MO 64111-7700

Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > Sayarh & Menjra > Larraín Rencoret > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

**From:** Parker, Stanley <Stanley.Parker@ag.ks.gov>
**Sent:** Thursday, January 21, 2021 11:40 AM
**To:** Johnson, Mark P. <mark.johnson@dentons.com>
**Cc:** Depew, Dennis <Dennis.Depew@ag.ks.gov>; Willoughby, M J. <MJ.Willoughby@ag.ks.gov>; Deckard, Connie

<Connie.Deckard@ag.ks.gov>; Dale Ho (dho@aclu.org) <dho@aclu.org>; Steiner, Neil <neil.steiner@dechert.com>; Steel, Simon A. <simon.steel@dentons.com>; Woods, Curtis E. <curtis.woods@dentons.com>; Sharon Brett <sbrett@aclukansas.org>; Sophia Lakin <slakin@aclu.org>; Mark Emert <memert@faganemert.com>
**Subject:** RE: Fish v. Schwab; Bednasek v. Schwab

**[External Sender]**

Mark,

Please add Dennis Depew (Dennis.Depew@ag.ks.gov). There will probably be others; I'll let you know.

Thanks,
Stan

Stanley R. Parker
Assistant Attorney General/Trial Counsel
Civil Litigation Division
Complex Tort Defense Unit
Office of Kansas Attorney General Derek Schmidt
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
Phone: 785-296-2215
Direct: 785-368-8423
Fax: 785-291-3767
stanley.parker@ag.ks.gov
www.ag.ks.gov

*This communication, and any attachments, is private and confidential and for the exclusive use of the intended recipient. The information contained herein as well as any attachments is confidential and privileged under the joint prosecution or investigation privilege, attorney-client privilege, work product privilege, joint defense privilege, or any other applicable privilege or immunity. If you are not the intended recipient and have received this communication in error, please notify the sender immediately and destroy the original message and all copies. Any unauthorized disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any protection, privilege, or immunity. Please note also that the Kansas Open Records Act provides that public records, including correspondence to me via e-mail, may be subject to disclosure unless otherwise protected by law.*

**From:** Johnson, Mark P. <mark.johnson@dentons.com>
**Sent:** Wednesday, January 20, 2021 4:23 PM
**To:** Parker, Stanley <Stanley.Parker@ag.ks.gov>
**Cc:** Depew, Dennis <Dennis.Depew@ag.ks.gov>; Willoughby, M J. <MJ.Willoughby@ag.ks.gov>; Deckard, Connie <Connie.Deckard@ag.ks.gov>; Dale Ho (dho@aclu.org) <dho@aclu.org>; Steiner, Neil <neil.steiner@dechert.com>; Steel, Simon A. <simon.steel@dentons.com>; Woods, Curtis E. <curtis.woods@dentons.com>; Sharon Brett <sbrett@aclukansas.org>; Sophia Lakin <slakin@aclu.org>; Mark Emert <memert@faganemert.com>
**Subject:** RE: Fish v. Schwab; Bednasek v. Schwab

***CAUTION:*** This email originated from outside of the Office of The Attorney General of Kansas organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Stan: let's book 2/8 at noon.

I'll send out a Zoom invite, if that's okay with you. Anyone else with the State I should include?

Mark

DENTONS

Mark P. Johnson

Visit the **New Dynamic Hub**, available to our clients and communities as part of the commitment that Dentons, the world's largest law firm, is making across 75+ countries, to address accelerating change resulting from the pandemic.

D +1 816 460 2424 | M +1 816 456 5044 | US Internal 22424
mark.johnson@dentons.com
Bio | Website

Dentons US LLP
4520 Main Street, Suite 1100, Kansas City, MO 64111-7700

Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > Sayarh & Menjra > Larraín Rencoret > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

**From:** Parker, Stanley <Stanley.Parker@ag.ks.gov>
**Sent:** Wednesday, January 20, 2021 11:57 AM
**To:** Johnson, Mark P. <mark.johnson@dentons.com>
**Cc:** Depew, Dennis <Dennis.Depew@ag.ks.gov>; Willoughby, M J. <MJ.Willoughby@ag.ks.gov>; Deckard, Connie <Connie.Deckard@ag.ks.gov>; Dale Ho (dho@aclu.org) <dho@aclu.org>; Steiner, Neil <neil.steiner@dechert.com>; Steel, Simon A. <simon.steel@dentons.com>; Woods, Curtis E. <curtis.woods@dentons.com>; Sharon Brett <sbrett@aclukansas.org>; Sophia Lakin <slakin@aclu.org>; Mark Emert <memert@faganemert.com>
**Subject:** RE: Fish v. Schwab; Bednasek v. Schwab

**[External Sender]**

Mark,

Either time on Monday 2/8 will work for me.

Thanks,
Stan

Stanley R. Parker
Assistant Attorney General/Trial Counsel
Civil Litigation Division
Complex Tort Defense Unit
Office of Kansas Attorney General Derek Schmidt
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
Phone: 785-296-2215

Direct: 785-368-8423
Fax: 785-291-3767
stanley.parker@ag.ks.gov
www.ag.ks.gov

*This communication, and any attachments, is private and confidential and for the exclusive use of the intended recipient. The information contained herein as well as any attachments is confidential and privileged under the joint prosecution or investigation privilege, attorney-client privilege, work product privilege, joint defense privilege, or any other applicable privilege or immunity. If you are not the intended recipient and have received this communication in error, please notify the sender immediately and destroy the original message and all copies. Any unauthorized disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any protection, privilege, or immunity. Please note also that the Kansas Open Records Act provides that public records, including correspondence to me via e-mail, may be subject to disclosure unless otherwise protected by law.*

**From:** Johnson, Mark P. <mark.johnson@dentons.com>
**Sent:** Monday, January 18, 2021 8:17 PM
**To:** Parker, Stanley <Stanley.Parker@ag.ks.gov>
**Cc:** Depew, Dennis <Dennis.Depew@ag.ks.gov>; Willoughby, M J. <MJ.Willoughby@ag.ks.gov>; Deckard, Connie <Connie.Deckard@ag.ks.gov>; Dale Ho (dho@aclu.org) <dho@aclu.org>; Steiner, Neil <neil.steiner@dechert.com>; Steel, Simon A. <simon.steel@dentons.com>; Woods, Curtis E. <curtis.woods@dentons.com>; Sharon Brett <sbrett@aclukansas.org>; Sophia Lakin <slakin@aclu.org>; Mark Emert <memert@faganemert.com>
**Subject:** RE: Fish v. Schwab; Bednasek v. Schwab

***CAUTION:*** This email originated from outside of the Office of The Attorney General of Kansas organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Stan,

Thanks for your message. On behalf of the plaintiffs in the two cases, we understand your position to be that you cannot schedule a time to confer with us until you have received detailed information as to our requests for fees and costs. Given that local Rule 54.2 permits us to confer after our requests for fees and costs are filed, perhaps the most efficient way for us to move forward is for us to simply file our motions, which will contain all of the relevant details that you seek.

Our understanding is that our deadline for filing the motions is January 28 (under the Court's Orders dated July 2, 2018 (Doc. 546 in Fish and Doc. 222 in Bednasek) setting the deadline for our requests at 45 days from disposition of the cases). We will endeavor to file our motions before the deadline to get the ball rolling. Here are dates and times we propose to confer after you've had time to digest the materials:

- Th 2/4 – 11 am to 12 pm CT; after 3 pm CT
- Fri 2/5 – 9:00 am to 10:30 am; 12:00 pm to 3:30 pm
- Mon 2/8 – 12 pm to 1 pm; after 3:30 pm

Best,

Mark

DENTONS Mark P. Johnson

Visit the **New Dynamic Hub**, available to our clients and communities as part of the commitment that Dentons, the world's largest law firm, is making across 75+ countries, to address accelerating change resulting from the pandemic.

D +1 816 460 2424 | M +1 816 456 5044 | US Internal 22424
mark.johnson@dentons.com
Bio | Website

Dentons US LLP
4520 Main Street, Suite 1100, Kansas City, MO 64111-7700

Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > Sayarh & Menjra > Larraín Rencoret > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

---

**From:** Parker, Stanley <Stanley.Parker@ag.ks.gov>
**Sent:** Friday, January 15, 2021 5:27 PM
**To:** Johnson, Mark P. <mark.johnson@dentons.com>
**Cc:** Depew, Dennis <Dennis.Depew@ag.ks.gov>; Willoughby, M J. <MJ.Willoughby@ag.ks.gov>; Deckard, Connie <Connie.Deckard@ag.ks.gov>
**Subject:** RE: Fish v. Schwab; Bednasek v. Schwab

**[External Sender]**

Mark,

I cannot comment on your fee request until I know what is. Please send me your request and all supporting documentation. We can confer after I have reviewed it. We will agree to the extension any deadlines that may be necessary.

Thanks,
Stan

Stanley R. Parker
Assistant Attorney General/Trial Counsel
Civil Litigation Division
Complex Tort Defense Unit
Office of Kansas Attorney General Derek Schmidt
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
Phone: 785-296-2215
Direct: 785-368-8423
Fax: 785-291-3767
stanley.parker@ag.ks.gov
www.ag.ks.gov

*This communication, and any attachments, is private and confidential and for the exclusive use of the intended recipient. The information contained herein as well as any attachments is confidential and privileged under the joint prosecution or investigation privilege, attorney-client privilege, work product privilege, joint*

***defense privilege, or any other applicable privilege or immunity. If you are not the intended recipient and have received this communication in error, please notify the sender immediately and destroy the original message and all copies. Any unauthorized disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any protection, privilege, or immunity. Please note also that the Kansas Open Records Act provides that public records, including correspondence to me via e-mail, may be subject to disclosure unless otherwise protected by law.***

---

**From:** Johnson, Mark P. <mark.johnson@dentons.com>
**Sent:** Thursday, January 14, 2021 10:59 AM
**To:** Parker, Stanley <Stanley.Parker@ag.ks.gov>
**Cc:** Dale Ho (dho@aclu.org) <dho@aclu.org>
**Subject:** FW: Fish v. Schwab; Bednasek v. Schwab

***CAUTION:*** This email originated from outside of the Office of The Attorney General of Kansas organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. Parker: I just got your name from Brant Laue and learned that we should direct to you our inquiry about discharging our mutual obligation to consult under Local Rule 54.2. I am forwarding the email correspondence with Brant. We have been attempting to set up the consultation meeting since last month. Under the Court's order on filing the fee requests, our requests are due in about two weeks.

Please let Dale Ho and me know at your earliest convenience when you are available for the consultation. Perhaps you could give us a few times when you're available in the coming days, and Dale and I will get back to you quickly.

Thanks.

Mark

大成DENTONS Mark P. Johnson

Visit the **New Dynamic Hub**, available to our clients and communities as part of the commitment that Dentons, the world's largest law firm, is making across 75+ countries, to address accelerating change resulting from the pandemic.

D +1 816 460 2424 | M +1 816 456 5044 | US Internal 22424
mark.johnson@dentons.com
Bio | Website

Dentons US LLP
4520 Main Street, Suite 1100, Kansas City, MO 64111-7700

Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > Sayarh & Menjra > Larraín Rencoret > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

**From:** Laue, Brant <Brant.Laue@ag.ks.gov>
**Sent:** Thursday, January 14, 2021 10:18 AM
**To:** Johnson, Mark P. <mark.johnson@dentons.com>
**Cc:** 'Dale Ho (dho@aclu.org)' <dho@aclu.org>
**Subject:** RE: Fish v. Schwab; Bednasek v. Schwab

**[External Sender]**

Your contact person with the Attorney General's Office on the fee application matter will be Stanley Parker, who I understand has previously appeared in the district court. You may direct further communications to him.

Thank you and best regards,

**Brant M. Laue**
Solicitor General - Office of Attorney General Derek Schmidt
120 S.W. 10th Ave., 2nd Floor Topeka, KS 66612-1597
Office: 785.368.8539 Email: brant.laue@ag.ks.gov

This communication, and any attachments, is private and confidential and for the exclusive use of the intended recipient. The information contained herein as well as any attachments is confidential and privileged under the joint prosecution or investigation privilege, attorney-client privilege, work product privilege, joint defense privilege, or any other applicable privilege or immunity. If you are not the intended recipient and have received this communication in error, please notify the sender immediately and destroy the original message and all copies. Any unauthorized disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any protection, privilege, or immunity. Please note also that the Kansas Open Records Act provides that public records, including correspondence to me via email, may be subject to disclosure unless otherwise protected by law.

**From:** Laue, Brant
**Sent:** Friday, January 8, 2021 2:21 PM
**To:** 'Johnson, Mark P.' <mark.johnson@dentons.com>
**Cc:** Dale Ho (dho@aclu.org) <dho@aclu.org>
**Subject:** RE: Fish v. Schwab; Bednasek v. Schwab

Thank you for your message. I am still awaiting direction as to defense representation on the fee applications in the district court. Someone should be in touch with you soon on these matters.

BML

**From:** Johnson, Mark P. [mailto:mark.johnson@dentons.com]
**Sent:** Thursday, January 7, 2021 5:56 PM
**To:** Laue, Brant <Brant.Laue@ag.ks.gov>
**Cc:** Dale Ho (dho@aclu.org) <dho@aclu.org>
**Subject:** RE: Fish v. Schwab; Bednasek v. Schwab

***CAUTION:*** This email originated from outside of the Office of The Attorney General of Kansas organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Brant: still looking forward to hearing from you. Obviously, Thursday is now off the table.

Mark

DENTONS Mark P. Johnson

Visit the **New Dynamic Hub**, available to our clients and communities as part of the commitment that Dentons, the world's largest law firm, is making across 75+ countries, to address accelerating change resulting from the pandemic.

D +1 816 460 2424 | M +1 816 456 5044 | US Internal 22424
mark.johnson@dentons.com
Bio | Website

Dentons US LLP
4520 Main Street, Suite 1100, Kansas City, MO 64111-7700

Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > Sayarh & Menjra > Larraín Rencoret > Hamilton Harrison & Mathews > Mardemootoo Balgobin > HPRP > Zain & Co. > Delany Law > Dinner Martin > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

**From:** Johnson, Mark P.
**Sent:** Tuesday, January 05, 2021 5:04 PM
**To:** 'Laue, Brant' <Brant.Laue@ag.ks.gov>
**Cc:** Dale Ho (dho@aclu.org) <dho@aclu.org>
**Subject:** RE: Fish v. Schwab; Bednasek v. Schwab

Hi Brant: here are times when we're available:

Thursday from 11 to 1 and after 3 pm
Friday 9 to 1 and after 2 pm
Next Tuesday from 9 to 11 and 12 to 1 pm.

All Central time.

Looking forward to talking.

Mark

DENTONS Mark P. Johnson

Visit the **New Dynamic Hub**, available to our clients and communities as part of the commitment that Dentons, the world's largest law firm, is making across 75+ countries, to address accelerating change resulting from the pandemic.

D +1 816 460 2424 | M +1 816 456 5044 | US Internal 22424
mark.johnson@dentons.com

Bio | Website

Dentons US LLP
4520 Main Street, Suite 1100, Kansas City, MO 64111-7700

Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > Sayarh & Menjra > Larraín Rencoret > Hamilton Harrison & Mathews > Mardemootoo Balgobin > HPRP > Zain & Co. > Delany Law > Dinner Martin > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

---

**From:** Laue, Brant <Brant.Laue@ag.ks.gov>
**Sent:** Thursday, December 31, 2020 2:57 PM
**To:** Johnson, Mark P. <mark.johnson@dentons.com>
**Cc:** Dale Ho (dho@aclu.org) <dho@aclu.org>
**Subject:** RE: Fish v. Schwab; Bednasek v. Schwab

**[External Sender]**

Thank you for your message. We will be in touch next week about availability of those who will be involved with this matter.

When you are ready, if you wish to send along any information you have compiled, that would help facilitate the Local Rule 54.2 process.

Regards,

**Brant M. Laue**
Solicitor General - Office of Attorney General Derek Schmidt
120 S.W. 10th Ave., 2nd Floor Topeka, KS 66612-1597
Office: 785.368.8539 Email: brant.laue@ag.ks.gov

This communication, and any attachments, is private and confidential and for the exclusive use of the intended recipient. The information contained herein as well as any attachments is confidential and privileged under the joint prosecution or investigation privilege, attorney-client privilege, work product privilege, joint defense privilege, or any other applicable privilege or immunity. If you are not the intended recipient and have received this communication in error, please notify the sender immediately and destroy the original message and all copies. Any unauthorized disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any protection, privilege, or immunity. Please note also that the Kansas Open Records Act provides that public records, including correspondence to me via email, may be subject to disclosure unless otherwise protected by law.

---

**From:** Johnson, Mark P. [mailto:mark.johnson@dentons.com]
**Sent:** Tuesday, December 29, 2020 4:23 PM
**To:** Laue, Brant <Brant.Laue@ag.ks.gov>
**Cc:** Dale Ho (dho@aclu.org) <dho@aclu.org>
**Subject:** Fish v. Schwab; Bednasek v. Schwab

**CAUTION:** This email originated from outside of the Office of The Attorney General of Kansas organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Brant: I am writing pursuant to Local Rule 54.2 of the U.S. District Court for the District of Kansas, which requires consultation among the parties concerning the award of statutory attorneys' fees. With the Supreme Court cert. denial, and the District Court's orders that matters relating to fees and expenses be deferred until final resolution of the merits of the cases (copies of Judge Robinson's orders are attached for your convenience), the plaintiffs must file their fee applications in the near future.

I have communicated with Dale Ho, counsel for the Fish plaintiffs, and we should have estimates of our fees and expenses ready for discussion next week. Dale and I, along with other members of our teams, are available next Thursday and Friday, January 7 and 8, to commence the consultation required by Local Rule 54.2. Please let us know whether you -- and other members of your team whom you would like to be involved in the consultation -- are available at some point on either of those days. We could conduct the discussion by telephone or video conference.

Looking forward to hearing from you.

Best wishes for a Happy New Year.

Mark

DENTONS Mark P. Johnson

Visit the **New Dynamic Hub**, available to our clients and communities as part of the commitment that Dentons, the world's largest law firm, is making across 75+ countries, to address accelerating change resulting from the pandemic.

D +1 816 460 2424 | M +1 816 456 5044 | US Internal 22424
mark.johnson@dentons.com
Bio | Website

Dentons US LLP
4520 Main Street, Suite 1100, Kansas City, MO 64111-7700

Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > Sayarh & Menjra > Larraín Rencoret > Hamilton Harrison & Mathews > Mardemootoo Balgobin > HPRP > Zain & Co. > Delany Law > Dinner Martin > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.