# Exhibit E

| | |
|---|---|
| **From:** | Johnson, Mark P. |
| **To:** | Parker, Stanley |
| **Cc:** | Depew, Dennis; Dale Ho; Sophia Lakin; Woods, Curtis E.; Mark Emert; Sharon Brett; Liu, Angela; Willoughby, M J.; Deckard, Connie; Steiner, Neil |
| **Subject:** | RE: Fee Issues |
| **Date:** | Wednesday, February 10, 2021 11:05:50 AM |
| **Attachments:** | image001.png |

Stan,

Thanks for your message. On behalf of plaintiffs' counsel in both cases, we understand and appreciate your need for some additional time and are willing to consent to a short extension. However, putting off our conference for an uncertain amount of time beyond this month is not acceptable to us. We have offered to meet since December 29, 2020; we then agreed to meet on February 8 but you were not prepared to confer with us on the date and tried to reschedule it for February 26, more than two weeks after your opposition would be due under the current schedule and at the very end of the 30 day meet-and-confer period under the local rules. By now, nearly two weeks after our motion was filed, you should at least be able to give us a date by which you can meaningfully confer with us about our fee petitions. It is disappointing that you have not done so, and do not appear to be in a position to do so any time soon.

Nevertheless, in light of your representations that you need additional time, we can agree to a two-week extension of the State's Opposition to our fee petitions, to February 25, 2021, provided that you are able to schedule a firm date and time to meet and confer with us on or before February 19, 2021. We are available on February 17 beginning at 2p Central time, and if that afternoon is not convenient will do our best to accommodate a different time that works with your schedule. Naturally, if we are making progress towards an amicable resolution of the fee issue through the meet and confer process, we will entertain requests for further extensions as appropriate.

Finally, with respect to your note that you object to some of time entries with respect to contempt proceedings in the Fish case, in advance of our meet-and-confer, please identify which specific contempt-related that you object to, as well as any others. It will be most productive if you are able to identify any specific entries in either case to which you object at least two days prior to the meet-and-confer so that we can review and discuss with you at that conference.

Best,

Mark

**DENTONS**   Mark P. Johnson

Visit the **New Dynamic Hub**, available to our clients and communities as part of the commitment that Dentons, the world's largest law firm, is making across 75+ countries, to address accelerating change resulting from the pandemic.

D +1 816 460 2424   |   M +1 816 456 5044   |   US Internal 22424

mark.johnson@dentons.com
Bio   |   Website

Dentons US LLP
4520 Main Street, Suite 1100, Kansas City, MO 64111-7700

Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > Sayarh & Menjra > Larraín Rencoret > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

---

**From:** Parker, Stanley <Stanley.Parker@ag.ks.gov>
**Sent:** Tuesday, February 09, 2021 4:27 PM
**To:** Johnson, Mark P. <mark.johnson@dentons.com>
**Cc:** Depew, Dennis <Dennis.Depew@ag.ks.gov>; Dale Ho (dho@aclu.org) <dho@aclu.org>; Sophia Lakin <slakin@aclu.org>; Woods, Curtis E. <curtis.woods@dentons.com>; Mark Emert <memert@faganemert.com>; Sharon Brett <sbrett@aclukansas.org>; Liu, Angela <Angela.Liu@dechert.com>; Willoughby, M J. <MJ.Willoughby@ag.ks.gov>; Deckard, Connie <Connie.Deckard@ag.ks.gov>
**Subject:** RE: Fee Issues


**[External Sender]**

Mark,

Presently there is only one person in the Office of the Secretary Of State who had any substantial involvement in the trial.  Their plate was already overflowing before this came in.  They will complete their review and analysis as quickly as possible.  However, given their present workload, they do not expect to be done before the end of month.  I have not yet received a response from the Office of the Solicitor General.

Thanks,
Stan

Stanley R. Parker
Assistant Attorney General/Trial Counsel
Civil Litigation Division
Complex Tort Defense Unit
Office of Kansas Attorney General Derek Schmidt

120 SW 10th Avenue, 2nd Floor
Topeka, KS  66612-1597
Phone: 785-296-2215
Direct: 785-368-8423
Fax: 785-291-3767
stanley.parker@ag.ks.gov
www.ag.ks.gov

*This communication, and any attachments, is private and confidential and for the exclusive use of the intended recipient. The information contained herein as well as any attachments is confidential and privileged under the joint prosecution or investigation privilege, attorney-client privilege, work product privilege, joint defense privilege, or any other applicable privilege or immunity. If you are not the intended recipient and have received this communication in error, please notify the sender immediately and destroy the original message and all copies. Any unauthorized disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any protection, privilege, or immunity. Please note also that the Kansas Open Records Act provides that public records, including correspondence to me via e-mail, may be subject to disclosure unless otherwise protected by law.*

**From:** Johnson, Mark P. <mark.johnson@dentons.com>
**Sent:** Monday, February 8, 2021 2:55 PM
**To:** Parker, Stanley <Stanley.Parker@ag.ks.gov>
**Cc:** Depew, Dennis <Dennis.Depew@ag.ks.gov>; Dale Ho (dho@aclu.org) <dho@aclu.org>; Sophia Lakin <slakin@aclu.org>; Woods, Curtis E. <curtis.woods@dentons.com>; Mark Emert <memert@faganemert.com>; Sharon Brett <sbrett@aclukansas.org>; Liu, Angela <Angela.Liu@dechert.com>
**Subject:** Fee Issues

**CAUTION:** This email originated from outside of the Office of The Attorney General of Kansas organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Stan:  to make sure we're all on the same page:  you will be consulting today with the offices of the Solicitor General and the Secretary of State to determine the status of their review of the fee requests.

You said you would contact us by 5 pm tomorrow as the status of review of the fee requests by those Offices and the AG's office..

Mark

Mark P. Johnson

Visit the **New Dynamic Hub**, available to our clients and communities as part of the commitment that Dentons, the world's largest law firm, is making across 75+ countries, to address accelerating change resulting from the pandemic.

D +1 816 460 2424   |   M +1 816 456 5044   |   US Internal 22424
mark.johnson@dentons.com
Bio   |   Website

Dentons US LLP
4520 Main Street, Suite 1100, Kansas City, MO 64111-7700

Eric Silwamba, Jalasi and Linyama > Durham Jones & Pinegar > LEAD Advogados > Rattagan Macchiavello Arocena > Jiménez de Aréchaga, Viana & Brause > Lee International > Kensington Swan > Bingham Greenebaum > Cohen & Grigsby > Sayarh & Menjra > Larraín Rencoret > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.