IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>SCOTT SCHWAB, in his official capacity as Secretary of State for the State of Kansas,<br><br>　　　　　Defendant. | **Case No. 16-2105-JAR-JPO** |
| PARKER BEDNASEK,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SCOTT SCHWAB, in his official capacity as Secretary of State for the State of Kansas,<br><br>　　　　　Defendant. | **Case No. 15-9300-JAR-JPO** |

**STATEMENT OF COMPLIANCE WITH LOCAL RULE 54.2
REGARDING PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES**

I, Dale E. Ho, declare under penalty of perjury that the following is true and correct:

1.　　　Plaintiffs submit this statement of consultation regarding their Application for Attorneys' Fees, Doc. 581, in accordance with Local Rule 54.2.

2.　　　As set forth by in the recent declaration by counsel for Plaintiff Bednasek, the Plaintiffs in the above-captioned matters have discharged their obligation to seek a consultation

1

with the Defendant, and the parties have been unable to reach an agreement with regard to Plaintiffs' fees applications. *See* Declaration of Mark Johnson, Doc. 241-1 in *Bednasek*.

The above and foregoing is true to the best of my knowledge and belief.

/s/ Dale E. Ho

Dale E. Ho

Date: March 1, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of March, 2021, I electronically filed the above and foregoing document using the CM/ECF system, which automatically causes notice and a copy of this filing to be sent to all counsel of record.

/s/Sharon Brett
Sharon Brett
Attorney for *Fish* Plaintiffs