# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT SCHWAB, in his official capacity as Secretary of State for the State of Kansas, <br><br> Defendant. | Case No. 16-2105-JAR-JPO <br><br> **NOTICE OF WITHDRAWAL OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Rebecca Kahan Waldman, associated with the firm Dechert LLP, hereby withdraws as counsel for Plaintiffs in the above-captioned matter. As of March 6, 2021, Ms. Waldman will no longer be affiliated with Dechert LLP. This withdrawal shall be effective as of that date, and Ms. Waldman should be removed from the list of ECF recipients in this matter.

**PLEASE TAKE FURTHER NOTICE** that the following attorneys will continue to serve as counsel for Plaintiffs and that all further notices and pleadings are to be served upon them at their respective addresses of record:

SHARON BRETT (#28696)
American Civil Liberties Union of Kansas
6701 W 64th St., Suite 210
Overland Park, KS 66202
Phone: (913) 490-4100
Fax: (913) 490-4119
sbrett@aclukansas.org

DALE HO*
R. ORION DANJUMA*
SOPHIA LIN LAKIN*
EMILY RONG ZHANG*
American Civil Liberties Union Foundation,
125 Broad St.
New York, NY 10004
Phone: (212) 549-2693
Fax: (212) 549-2649
dale.ho@aclu.org
odanjuma@aclu.org
slakin@aclu.org
erzhang@aclu.org

NEIL A. STEINER*
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
T: (212) 698-3500
F: (212) 698-3599
neil.steiner@dechert.com

ANGELA M. LIU*
Dechert LLP
35 West Wacker Drive
Suite 3400
Chicago, Illinois 60601-1608
Phone: (312) 646-5800
Fax: (312) 646-5858
angela.liu@dechert.com
*admitted pro hac vice*

Dated: March 5, 2021
      New York, New York

Respectfully submitted,

*/s/ Rebecca Kahan Waldman*
Rebecca Kahan Waldman
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
rebecca.waldman@dechert.com

*Withdrawing Attorney for Fish Plaintiffs*

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on March 5, 2021, a true and correct copy of the foregoing was filed electronically and is available for viewing and downloading from the Court's CM/ECF system. Notice of this filing will be sent to all registered attorneys of record by operation of the ECF System.

*/s/ Sharon Brett*
Sharon Brett
