# EXHIBIT D:  Appeal Fee Issues