## DECLARATION OF DENNIS D. DEPEW

I, Dennis D. Depew, being of lawful age and duly sworn under oath, submit this Declaration in accordance with 28 U.S.C. 1746. I have personal knowledge of the facts herein.

1.  I am a lawyer admitted to practice in the State of Kansas since 1983 with Bar No. 11605. I have been the Deputy Attorney General for Civil Litigation in the Kansas Attorney General's office since May, 2015.

2.  In my role as Deputy Attorney General, I am involved in the hiring of all outside counsel who perform civil litigation legal services for this office. I enter into contracts for such services and am familiar with the rates charged by law firms hired by this office.

3.  In 2017, I was involved in the awarding of bid pool contracts for law firms across Kansas to be eligible for hire for civil litigation cases. I am familiar with the rates charged by firms in the Kansas City Metro area for civil litigation cases.

4.  The civil litigation cases handled by the contracted firms include cases in the Federal District Court of Kansas and the Tenth Circuit Court of Appeals.

5.  Firms in the Kansas City Metro area charge a range of rates for Partners, Associates, and Paralegals/Legal Assistants in Federal Court litigation. Based on the 2017 pool bids received by our office, those rate ranges are as follows:
    a.  Partners:           $230-$385 per hour
    b.  Associates:        $175-$225 per hour
    c.  Paralegals:        $100-$155 per hour

6.  The above stated rates would have been in effect during the majority of the time the voting rights litigation in Kansas was underway.

I declare under penalty of perjury the foregoing is true and correct.

Executed on March 12, 2021.

Dennis D. Depew

**EXHIBIT E**