IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | | |
|---|---|---|
| STEVEN WAYNE FISH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 16-2105-JAR-JPO |
| v. | ) | |
| | ) | |
| SCOTT SCHWAB, in his official capacity as Secretary of State for the State of Kansas, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| PARKER BEDNASEK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 15-9300-JAR-JPO |
| v. | ) | |
| | ) | |
| SCOTT SCHWAB, in his official capacity as Secretary of State for the State of Kansas, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**SUPPLEMENT TO MEMORANDUM IN OPPOSITION TO PLAINTIFFS'
MOTION FOR ATTORNEYS' FEES AND EXPENSES**

Defendant submits Exhibits C and D to the Memorandum, with attachments which were inadvertently omitted from the Exhibits.

1

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

*/s/ Stanley R. Parker*
Stanley R. Parker, KS #10971
Assistant Attorney General/Trial Counsel
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612-1597
Ph: (785) 368-8423; Fax:  (785) 291-3767
Email:  stanley.parker@ag.ks.gov
*Attorney for Secretary of State Scott Schwab*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 16, 2021, a copy of the foregoing was filed electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ Stanley R. Parker*
Stanley R. Parker, KS #10971