# EXHIBIT D:  Appeal Fee Issues

## DECLARATION OF JONATHAN STERNBERG

I, Jonathan Sternberg, being of lawful age and duly sworn upon oath, submit this Declaration in accordance with 28 U.S.C. § 1746. I have personal knowledge of the facts herein.

1. I am a litigation attorney with my primary office in Kansas City, Missouri. My practice is focused almost entirely on appellate practice. To date, I have been counsel of record in more than 150 reported appellate decisions in a wide array of subjects including constitutional issues. I have written more than 300 appellate briefs and have presented nearly 150 appellate oral arguments, including 15 before federal appellate courts. Among other recognition, I have received an AV® Preeminent™ rating from Martindale-Hubbell® every year since 2012, I have been listed in *The Best Lawyers in America* for Appellate Practice every year since 2015, and I have been listed in *Missouri and Kansas Super Lawyers* every year since 2014, including in their "Top 50" list for Kansas City and their "Top 100" list for Missouri and Kansas combined in 2016, 2019, and 2020.

2. I am familiar with the market rates for appellate work in the greater Kansas City area and the St. Louis area where I also have an office and regularly practice. I have also testified as an expert on the issue of appellate fees.

3. My ordinary hourly rate for appellate work is $425 per hour, which in my understanding is higher than that charged by many other lawyers in the region for appellate work.

4. Although cases differ, I would estimate that an appellee's brief in the Tenth Circuit and an oral argument in a case where the appellee's counsel was not the trial lawyer would normally cost the client from $30,000 to $50,000, depending on the number of attorneys involved and the hourly rate, representing possibly 100 hours of attorney work total on the higher end.

5. The most I have ever charged for appellate work in a single case was approximately $70,000 over two years for an appellant in the Eighth Circuit where more than $50 million was at issue, I worked with a team of other lawyers, the record was unusually voluminous, I was not trial counsel, and I had to draft and file two briefs and present an oral argument. This was unusual.

6. A response to a certiorari petition in the U.S. Supreme Court is not required unless ordered by the Court. It is also limited to 9,000 words. However, if I were to file one in a case where I previously represented the respondent, I usually would estimate this would cost $10,000 to $20,000.

7. I have no financial relationship with the Kansas Secretary of State or the Office of Attorney General. This is my honest opinion, based upon my knowledge and experience.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 11, 2021.

*Jonathan Sternberg*
Jonathan Sternberg

## AFFIDAVIT OF GREGORY P. GOHEEN

| | |
|---|---|
| STATE OF KANSAS | ) |
| | ) ss: |
| COUNTY OF WYANDOTTE | ) |

Gregory P. Goheen, of lawful age, being first duly sworn, on oath deposes and states as follows:

1. I am over eighteen (18) years of age and under no legal disability.

2. I have personal knowledge of the matters set forth in this affidavit.

3. I am an attorney licensed to practice law in the States of Kansas and Missouri. I am admitted to practice in the state and federal courts of Kansas and Missouri and have been practicing law for over 27 years.

4. I practice at the law firm of McAnany Van Cleave & Phillips, PA located at 10 E. Cambridge Circle Drive, Suite 300, Kansas City, Kansas.

5. I am a past president of the Kansas Bar Association, the KCMBA's federal courts advocates section and the Kansas Association of School Attorneys.  I have been recognized by Best Lawyer's in America as "Lawyer of the Year" in the practice are of Labor Law-Management in Kansas City, Kansas for multiple years with additional recognition in the areas of Education Law, Antitrust, Commercial Litigation, Employment Law and Municipal Law.  I have also been voted a "Super Lawyer" by other lawyers in Kansas and Missouri in the areas of Civil Litigation, Schools & Education and Employment & Labor.

6. During the course of my practice, I have represented hundreds of different clients, including state and local governmental entities, as lead counsel and co-counsel in matters of complex civil litigation at both the appellate and trial levels in state and federal courts, including

1

multi-district litigation.  I have spent substantial time representing clients in areas of the law involving, among others, state and federal constitutions, civil rights and labor and employment rights.  I have managed all aspects of these cases including presuit, pretrial, trial, posttrial and appeal.

7. Based upon my experience, in litigation matters involving an appeal before the Tenth Circuit Court of Appeals including briefing and oral argument, the reasonable staffing, range of hours worked and rates charged depend on the complexity and number of issues appealed and the extent to which those issues were briefed and addressed during the course of the proceedings prior to appeal.  By way of example, a case involving fewer parties – ie. a single plaintiff and defendant versus multiple plaintiffs and defendants – or involving a singular claim -- versus multiple claims – would typically require less staff and fewer hours for the appellate process.  Similarly, unless there has been some change in the law or some unusual and unexpected circumstance arose during the course of the litigation prior to appeal, most legal issues that form the basis for an appeal have typically been fully researched and briefed to the district court prior to any appeal which should reduce the amount of time needed in those areas during the appellate process.

8. In terms of staffing, it is my experience that most appellate work is adequately and appropriately staffed by no more than three (3) individuals:  a senior level attorney, an associate level attorney and a paralegal.  Any more individuals typically make the process less efficient unless the case is particularly complex or involves more than one issue that requires unique expertise for adequate briefing on each issue.  The breakdown of work between these time-keepers will vary based on the case and their respective experience levels, but the majority of time

preparing the record, appendices and formatting/contents of the briefing should be handled by the paralegal, with the majority of research and drafting of briefs and motion being handled by the associate level attorney and the majority of the substantive review, writing, editing and oral argument being handled by the senior level attorney.

9. I believe a reasonable range of hours to handle a typical appeal would range between 150 and 250 hours depending on the complexity and number of issues presented for appeal.

10. Based upon my years of litigation experience and practice, I am familiar with rates customarily charged by attorneys and law firms in the Kansas City area and in Johnson County, Kansas. These rates vary widely depending on the experience level of the attorney, the type of case, the client, and the length or other aspect of the relationship between the attorney and the client.

11. Based upon my professional experience, reasonable and typical rates customarily charged for lead counsel/partners/shareholder on litigation matters, to include appellate work in the areas of employment, civil rights and/or constitutional law, in the greater Kansas City area generally ranges between $250 and $400.00 per hour with rates for associates ranging between $175 and $250 per hour and paralegals ranging between $125 and $175 per hour.

**FURTHER AFFIANT SAITH NOT.**

_____
Gregory P. Goheen

Subscribed and sworn to before me this 15 day of March, 2021.

_____
NOTARY PUBLIC

My Appointment Expires: 9-17-21

KAREN L. BROKESH
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 9-17-21

3

## Plaintiffs' Fees on Appeal

| Case No: 16-2105-JAR-JPO |
| --- |
| June 19, 2018 - December 15, 2020 |
| Billable Hours: |

| ACLU | Hours Worked | Hourly Rate | Total |
| --- | --- | --- | --- |
| Dale Ho | 172.9 | $ 500.00 | $ 86,450.00 |
| Doug Bonney | 4 | $ 500.00 | $ 2,000.00 |
| R. Orion Danjuma | 335.6 | $ 250.00 | $ 83,910.00 |
| Sophia Lin Lakin | 145.3 | $ 240.00 | $ 34,876.80 |
| Emily Rong Zhang | 26.5 | $ 195.00 | $ 5,179.20 |
| Molly Rugg (Paralegal) | 0 | $ 110.00 | - |
| Lila Carpenter (Paralegal) | 46.5 | $ 110.00 | $ 5,124.90 |

| | | | |
| --- | --- | --- | --- |
| **Total Hours Worked** | **730.8** | **Net Total** | **$217,540.90** |

| Costs & Expenses Incurred: | |
| --- | --- |
| June 19, 2018 - December 15, 2020 | |
| Nature of Expense | Cost |
| Travel Expenses | $ 2,581.53 |
| Court Fees and Transcripts | $ 1,565.08 |

| | |
| --- | --- |
| **Total** | **$ 4,146.61** |

| Case No: 16-2105-JAR-JPO |
|---|
| June 19, 2018 - December 15, 2020 |
| Billable Hours |

| Decherts, LLP | Hours Worked | Hourly Rate Requested | Current Billing Rate |
|---|---|---|---|
| Neil A. Steiner | 35.8 | $ 500 | $ 1,350 |
| Rebecca Kahan Waldman | 29.9 | $ 500 | $ 1,100 |
| Angela M. Liu | 46 | $ 250 | $ 1,100 |
| Tharuni A. Jayaraman | 56.58 | $ 195 | $ 900 |
| Margaret Mortimer | 1.2 | $ 195 | $ 900 |
| Daphne T. Ha | 0.7 | $ 240 | $ 240 |

| Total Hours Worked | 169.48 | | Net Total |
|---|---|---|---|

| Total |
|---:|
| $ 17,900.00 |
| $ 14,950.00 |
| $ 11,500.00 |
| $ 11,033.10 |
| $ 234.00 |
| $ 168.00 |

| |
|---:|
| $ 55,785.10 |

| Case No: 15-9300-JAR-JPO |
| --- |
| June 19, 2018 - December 15, 2020 |
| Billable Hours: |

| Dentons US, LLP | Hours Worked | Hourly Rate | Total |
| --- | ---: | ---: | ---: |
| Mark Johnson | 74.2 | $ 500.00 | $ 37,100.00 |
| Curtis Woods | 62.1 | $ 500.00 | $ 31,050.00 |
| Simon Steel | 40.9 | $ 500.00 | $ 20,450.00 |
| Samantha Wagner | 1.5 | $ 250.00 | $ 375.00 |
| Jennifer Walrath | 0 | $ 250.00 | $ - |
| Jacqueline Gardner (Paralegal) | 0 | $ 110.00 | $ - |
| Kaylie Heimel (Paralegal) | 0 | $ 110.00 | $ - |
| **Total Hours Worked** | **178.7** | **Net Total** | **$ 88,975.00** |

| Costs & Expenses Incurred |  |
| --- | --- |
| June 19, 2018 - December 15, 2020 |  |
| Nature of Expense |  |
| Deposition Transcripts | $ 196.60 |
| Mileage and Parking | $ 117.50 |
| Airfare | $ 811.02 |
| Meals | $ 231.49 |
| Filing Fees | $ 225.00 |
| Computerized Research and PACER | $ 1,363.20 |
| Hotel and Lodging Tax | $ 775.14 |
| **Total** | **$ 3,719.95** |

| Case No: 15-9300-JAR-JPO |
|---|
| June 19, 2018 - December 15, 2020 |
| Billable Hours |

| Fagan & Emert, LLC | Hours Worked | Hourly Rate | Total |
|---|---|---|---|
| Mark T. Emert | 2.7 | $ 300.00 | $ 810.00 |
| Paul T. Davis | 0 | $ 250.00 | $ - |
| William Lawrence IV | 0 | $ 200.00 | $ - |

| Total Hours Worked | 2.7 | Net Total | $ 810.00 |
|---|---|---|---|

| Costs & Expenses Incurred |
|---|
| June 19, 2018 - December 15, 2020 |
| Nature of Expense |

| Filing Fees | $ 225.00 |
|---|---|

| Total | $ 225.00 |
|---|---|