IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SCOTT SCHWAB, in his official capacity ) <br> as Secretary of State for the State of ) <br> Kansas, ) <br> ) <br> Defendant. ) <br> ) | Case No. 16-2105-JAR-JPO |
| PARKER BEDNASEK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCOTT SCHWAB, in his official capacity ) <br> as Secretary of State for the State of ) <br> Kansas, ) <br> ) <br> Defendant. ) | Case No. 15-9300-JAR-JPO |

**DEFENDANT'S MOTION FOR AN ORDER OF REFERRAL TO MEDIATION**

Comes now the Defendant, pursuant to D. Kan. Rule 16.3(c), and moves the Court for an Order directing the parties to mediate their dispute in the above-referenced consolidated cases. In support thereof, Defendant states:

1. Plaintiffs' counsel in both cases filed motions for awards of attorney fees and expenses, seeking a combined total of approximately $4.1 million. More than 400 pages of documents were submitted in support of those motions.

1

2. Defendant filed oppositions to those motions, contending that they should be denied or, in the alternative, that any amounts awarded should not exceed 10% to 20% of the amounts requested.

3. Defense counsel recommended that the parties voluntarily engage in mediation. Plaintiff's counsel refused.

4. Plaintiff's counsel opposes this motion.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests that this motion be granted and an order entered referring this dispute to mediation, and for such other relief as the Court deems just and equitable.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

*/s/ Stanley R. Parker*
Stanley R. Parker, KS #10971
Assistant Attorney General/Trial Counsel
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612-1597
Phone: (785) 368-8423
Fax:    (785) 291-3767
Email:  stanley.parker@ag.ks.gov
*Attorneys for Defendant*
*Secretary of State Scott Schwab*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 2021, the above and foregoing was filed electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ Stanley R. Parker*
Stanley R. Parker, KS #10971