IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>SCOTT SCHWAB, in his official capacity as Secretary of State for the State of Kansas,<br><br>        Defendant. | **Case No. 16-2105-JAR-JPO** |
| PARKER BEDNASEK,<br><br>        Plaintiff,<br><br>v.<br><br>SCOTT SCHWAB, in his official capacity as Secretary of State for the State of Kansas,<br><br>        Defendant. | **Case No. 15-9300-JAR-JPO** |

**PLAINTIFFS' JOINT REPORT CONCERNING CONSULTATION ON
ATTORNEYS FEES REQUEST REQUIRED BY LOCAL RULE 54.2**

Come now Plaintiff Parker Bednasek, by his undersigned counsel, and Plaintiffs Steven Wayne Fish, *et al.*, by their undersigned counsel, and report to the Court on the consultation between the parties concerning the request for attorneys' fees, as required by Rule 54.2(d) of the Local Rules of the U.S. District Court for the District of Kansas, and the Court's Order of May 25, 2021.

The Consultation among the parties occurred on June 3, 2021, by video conference.

The following individuals were present at the Consultation:

For Plaintiff Parker Bednasek:  Mark P. Johnson and Curtis E. Woods of Dentons US LLP.

For the Fish Plaintiffs:  Dale Ho and Orion Danjuma of the ACLU; Sharon Brett of the ACLU of Kansas; and Neil Steiner, Angela Liu, and Tharuni Jayaraman of Dechert LLP.

For the Defendant:  Stanley Parker and Dennis Depew of the Office of the Kansas Attorney General and Garrett Roe and Clay Barker of the Office of the Secretary of State.

The Parties consulted concerning the issue of attorneys' fees for approximately 30 minutes and exchanged emails thereafter. Further discussions between the Parties may be productive.  The Plaintiffs request the Court to hold the fee petitions in abeyance for two weeks.

The Parties have filed memoranda concerning their respective positions on the fee award, and in the Consultation took positions that have been addressed in those memoranda.

Dated this 4th day of June, 2021.

Respectfully submitted,

/s/ Mark P. Johnson
Mark P. Johnson #22289
Curtis E. Woods adm.pro hac vice
Samantha J. Wenger #25322
Dentons US LLP
4520 Main Street
Suite 1100

Mark Emert #22186
FAGAN EMERT L.L.C.
730 New Hampshire Street, Suite 210
Lawrence, KS 66044
(785) 331-0300 – Telephone
(785) 331-0303 – Facsimile

Kansas City, MO 64111  
816/460-2400  
816/531-7545 (fax)  
mark.johnson@dentons.com  
curtis.woods@dentons.com  
samantha.wenger@dentons.com  

memert@fed-firm.com

*Counsel for Plaintiff Parker Bednasek*

/s/ Sharon Brett  
SHARON BRETT (#28696)  
American Civil Liberties Union of Kansas  
6701 W 64th St., Suite 210  
Overland Park, KS 66202  
Phone: (913) 490-4100  
Fax: (913) 490-4119  
dbonney@aclukansas.org  

/s/ Dale E. Ho  
DALE HO*  
R. ORION DANJUMA*  
SOPHIA LIN LAKIN*  
American Civil Liberties Union Foundation,  
125 Broad St.  
New York, NY 10004  
Phone: (212) 549-2693  
dale.ho@aclu.org  
odanjuma@aclu.org  
slakin@aclu.org  

NEIL A. STEINER*  
Dechert LLP  
1095 Avenue of the Americas  
New York, NY 10036  
T: (212) 698-3822  
F: (212) 698-3599  
neil.steiner@dechert.com  

ANGELA M. LIU*  
Dechert LLP  
35 West Wacker Drive  
Suite 3400  
Chicago, Illinois 60601-1608  
Phone: (312) 646 5816  
Fax: (312) 646 5858  
angela.liu@dechert.com  

*Counsel for Fish Plaintiffs*

\* admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of June, 2021, I electronically filed the above and foregoing document using the CM/ECF system, which automatically causes notice and a copy of this filing to be sent to all counsel of record.

/s/Mark P. Johnson
Mark P. Johnson
Attorney for Plaintiff Parker Bednasek

4