**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| STEVEN WAYNE FISH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT SCHWAB, in his official capacity as Secretary of State for the State of Kansas,<br><br>Defendant. | ) | **Case No. 16-2105-JAR-JPO** |
| PARKER BEDNASEK,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT SCHWAB, in his official capacity as Secretary of State for the State of Kansas,<br><br>Defendant. | ) | **Case No. 15-9300-JAR-JPO** |

**PLAINTIFFS' JOINT REPORT CONCERNING CONSULTATION ON ATTORNEYS FEES REQUEST REQUIRED BY LOCAL RULE 54.2**

Come now Plaintiff Parker Bednasek, by his undersigned counsel, and Plaintiffs Steven Wayne Fish, *et al.*, by their undersigned counsel, and report to the Court on the consultation between the parties concerning the request for attorneys' fees, as required by Rule 54.2(d) of the Local Rules of the U.S. District Court for the District of Kansas, and the Court's Order of May 25, 2021.

The Consultation among the parties occurred on June 3, 2021, by video conference.

The following individuals were present at the Consultation:

For Plaintiff Parker Bednasek: Mark P. Johnson and Curtis E. Woods of Dentons US LLP.

For the Fish Plaintiffs: Dale Ho and Orion Danjuma of the ACLU; Sharon Brett of the ACLU of Kansas; and Neil Steiner, Angela Liu, and Tharuni Jayaraman of Dechert LLP.

For the Defendant: Stanley Parker and Dennis Depew of the Office of the Kansas Attorney General and Garrett Roe and Clay Barker of the Office of the Secretary of State.

The Parties consulted concerning the issue of attorneys' fees for approximately 30 minutes and exchanged emails thereafter. Further discussions between the Parties may be productive. The Plaintiffs request the Court to hold the fee petitions in abeyance for two weeks.

The Parties have filed memoranda concerning their respective positions on the fee award, and in the Consultation took positions that have been addressed in those memoranda.

Dated this 4th day of June, 2021.

Respectfully submitted,

/s/ Mark P. Johnson
Mark P. Johnson #22289
Curtis E. Woods adm.pro hac vice
Samantha J. Wenger #25322
Dentons US LLP
4520 Main Street
Suite 1100
Kansas City, MO 64111
816/460-2400
816/531-7545 (fax)
mark.johnson@dentons.com
curtis.woods@dentons.com
samantha.wenger@dentons.com

Mark Emert #22186
FAGAN EMERT L.L.C.
730 New Hampshire Street, Suite 210
Lawrence, KS 66044
(785) 331-0300 – Telephone
(785) 331-0303 – Facsimile
memert@fed-firm.com

*Counsel for Plaintiff Parker Bednasek*

/s/ Sharon Brett
SHARON BRETT (#28696)
American Civil Liberties Union of Kansas
6701 W 64th St., Suite 210
Overland Park, KS 66202
Phone: (913) 490-4100
Fax: (913) 490-4119
dbonney@aclukansas.org

/s/ Dale E. Ho
DALE HO*
R. ORION DANJUMA*
SOPHIA LIN LAKIN*
American Civil Liberties Union Foundation,
125 Broad St.
New York, NY 10004
Phone: (212) 549-2693
dale.ho@aclu.org
odanjuma@aclu.org
slakin@aclu.org

NEIL A. STEINER*
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
T: (212) 698-3822
F: (212) 698-3599
neil.steiner@dechert.com

ANGELA M. LIU*
Dechert LLP
35 West Wacker Drive
Suite 3400
Chicago, Illinois 60601-1608
Phone: (312) 646 5816
Fax: (312) 646 5858
angela.liu@dechert.com

*Counsel for Fish Plaintiffs*

* admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of June, 2021, I electronically filed the above and foregoing document using the CM/ECF system, which automatically causes notice and a copy of this filing to be sent to all counsel of record.

/s/Sharon Brett
Sharon Brett
Attorney for Plaintiff Steven Wayne Fish