IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | | |
|---|---|---|
| STEVEN WAYNE FISH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 16-2105-JAR-JPO |
| v. | ) | |
| | ) | |
| SCOTT SCHWAB, in his official capacity as Secretary of State for the State of Kansas, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| PARKER BEDNASEK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 15-9300-JAR-JPO |
| v. | ) | |
| | ) | |
| SCOTT SCHWAB, in his official capacity as Secretary of State for the State of Kansas, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR AN ORDER OF REFERRAL TO MEDIATION**

Come now the Parties, pursuant to 28 USC 651(b), 28 USC 652(a), and D. Kan. Rule 16.3(c)(1), and jointly move the Court for an Order directing the parties to mediate their dispute in the above-referenced consolidated cases. In support thereof, the Parties state:

1. As stated in Plaintiffs Joint Report concerning Consultation on Attorneys Fees Request Required by Local Rule 54.2, the parties consulted concerning the issue of

attorneys fees via videoconference on June 3, 2021 and exchanged emails thereafter. In addition, the parties were of the opinion that further discussions may be productive.  (Doc 597)

2. The parties continued discussions by email on June 4, 2021.

3. D. Kan. Rule 16.3(c)(1) provides in part: "The court may refer a case to mediation at any appropriate time."

4. The parties agree that mediation is the appropriate forum within which to continue discussions, and that an order of referral to mediation is appropriate at this time.

WHEREFORE, for the above and foregoing reasons, the Parties respectfully request that this motion be granted and an order entered referring this dispute to mediation, and for such other relief as the Court deems just and equitable.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

*/s/ Stanley R. Parker*
Stanley R. Parker, KS #10971
Assistant Attorney General/Trial Counsel
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612-1597
Phone: (785) 368-8423
Fax:    (785) 291-3767
Email:  stanley.parker@ag.ks.gov
*Attorneys for Defendant*
*Secretary of State Scott Schwab*

| | |
|---|---|
| Mark P. Johnson #22289 | Mark Emert #22186 |
| Curtis E. Woods* | FAGAN EMERT L.L.C. |
| Samantha J. Wenger #25322 | 730 New Hampshire Street, Suite 210 |
| Dentons US LLP | Lawrence, KS 66044 |
| 4520 Main Street | (785) 331-0300 – Telephone |
| Suite 1100 | (785) 331-0303 – Facsimile |
| Kansas City, MO 64111 | memert@fed-firm.com |
| 816/460-2400 | |
| 816/531-7545 (fax) | |
| mark.johnson@dentons.com | |
| curtis.woods@dentons.com | |
| samantha.wenger@dentons.com | |

*Counsel for Plaintiff Parker Bednasek*


SHARON BRETT (#28696)
American Civil Liberties Union of Kansas
6701 W 64th St., Suite 210
Overland Park, KS 66202
Phone: (913) 490-4100
Fax: (913) 490-4119
dbonney@aclukansas.org

DALE HO*
R. ORION DANJUMA*
SOPHIA LIN LAKIN*
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
Phone: (212) 549-2693
dale.ho@aclu.org
odanjuma@aclu.org
slakin@aclu.org

NEIL A. STEINER*
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
T: (212) 698-3822
F: (212) 698-3599
neil.steiner@dechert.com

ANGELA M. LIU*
Dechert LLP
35 West Wacker Drive Suite 3400
Chicago, Illinois 60601-1608
Phone: (312) 646 5816
Fax: (312) 646 5858
angela.liu@dechert.com

* admitted pro hac vice

*Counsel for Fish Plaintiffs*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on June 8, 2021 the foregoing was filed electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                              */s/ Stanley R. Parker*
                              Stanley R. Parker, KS #10971