IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SCOTT SCHWAB, in his official capacity ) <br> as Secretary of State for the State of ) <br> Kansas, ) <br> ) <br> Defendant. ) <br> ) | Case No. 16-2105-JAR-JPO |
| PARKER BEDNASEK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCOTT SCHWAB, in his official capacity ) <br> as Secretary of State for the State of ) <br> Kansas, ) <br> ) <br> Defendant. ) | Case No. 15-9300-JAR-JPO |

**ORDER**

On June 4, 2021, Plaintiffs filed their Joint Report concerning Consultation on Attorneys Fees Request Required by Local Rule 54.2 (Doc. 597), stating that the parties had consulted by videoconference on June 3, 2021 and thereafter continued discussions by email. Plaintiff also stated that further discussions between the parties may be productive and requested the Court to hold the motions for fees in abeyance for two weeks. On June 7, 2021, the Court granted Plaintiffs' request (Doc. 598). On June 8, 2021, the parties filed their Joint Motion for an Order of Referral to Mediation (Doc. 599), stating that the parties desire to continue discussions and

agreed that mediation is the appropriate forum within which to do so, and requested that this Court enter an order of referral to mediation.

D. Kan. Rule 16.3(c)(1) provides in part: "The court may refer a case to mediation at any appropriate time."  Based on the statements of the parties, a referral to mediation at this time is appropriate.

**IT IS THEREFORE ORDERED BY THE COURT** that the parties' Joint Motion for an Order of Referral to Mediation (Doc. 599) is **granted**.  The parties shall submit a joint status report at the conclusion of mediation, or if mediation is not concluded by July 12, 2021, they shall file a status report advising the Court of the status of mediation.

**IT IS SO ORDERED**.


Dated: June 14, 2021

                                           S/ Julie A. Robinson
                                           JULIE A. ROBINSON
                                           CHIEF UNITED STATES DISTRICT JUDGE