# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>SCOTT SCHWAB, in his official capacity as Secretary of State for the State of Kansas,<br><br>        Defendant. | **Case No. 16-2105-JAR-JPO** |
| PARKER BEDNASEK, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>SCOTT SCHWAB, in his official capacity as Secretary of State for the State of Kansas,<br><br>       Defendant. | **Case No. 15-9300-JAR-JPO** |

## JOINT STATUS REPORT REGARDING MEDIATION

Come now the Parties in the above-captioned matters to jointly submit this status report to advise the Court that the Parties are scheduled to engage in mediation before John Phillips regarding Plaintiffs' motions for attorneys' fees on July 20, 2021.

DATED this 12th day of July, 2021.

Respectfully submitted,

| | |
|---|---|
| /s/ Sharon Brett<br>SHARON BRETT (#28696)<br>American Civil Liberties Union of Kansas<br>6701 W 64th St., Suite 210<br>Overland Park, KS 66202<br>Phone: (913) 490-4100<br>Fax: (913) 490-4119<br>sbrett@aclukansas.org | /s/ Dale E. Ho<br>DALE E. HO*<br>R. ORION DANJUMA*<br>SOPHIA LIN LAKIN*<br>American Civil Liberties Union Foundation<br>125 Broad St.<br>New York, NY 10004<br>Phone: (212) 549-2693<br>dale.ho@aclu.org<br>odanjuma@aclu.org<br>slakin@aclu.org |
| NEIL A. STEINER*<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Phone: (212) 698-3822<br>Fax: (212) 698-3599<br>neil.steiner@dechert.com | ANGELA M. LIU*<br>Dechert LLP<br>35 West Wacker Drive<br>Suite 3400<br>Chicago, Illinois 60601-1608<br>Phone: (312) 646-5816<br>Fax: (312) 646-5858<br>angela.liu@dechert.com |
| *Counsel for Fish Plaintiffs* | * admitted *pro hac vice* |

/s/ Mark P. Johnson
Mark P. Johnson (#22289)
Curtis E. Woods*
Samantha J. Wenger (#25322)
Dentons US LLP
4520 Main Street
Suite 1100
Kansas City, MO 64111
Phone: (816) 460-2400
Fax: (816) 531-7545
mark.johnson@dentons.com
curtis.woods@dentons.com
samantha.wenger@denstons.com

*Counsel for Plaintiff Parker Bednasek*

* admitted *pro hac vice*

*/s/* Stanley R. Parker
Stanley R. Parker, KS (#10971)
Office of the Attorney General
Assistant Attorney General/Trial Counsel
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612-1597
Phone: (785) 368-8423
Fax: (785) 291-3767
stanley.parker@ag.ks.gov

*Counsel for Defendant*
*Secretary of State Scott Schwab*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that, on this 12th day of July, 2021, I electronically filed the foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ Sharon Brett
SHARON BRETT

*Attorney for Fish Plaintiffs*