IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN WAYNE FISH, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>SCOTT SCHWAB, in his official capacity as Secretary of State for the State of Kansas,<br><br>    Defendant. | **Case No. 16-2105-JAR-JPO** |
| PARKER BEDNASEK, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>SCOTT SCHWAB, in his official capacity as Secretary of State for the State of Kansas,<br><br>    Defendant. | **Case No. 15-9300-JAR-JPO** |

**JOINT STATUS REPORT REGARDING MEDIATION**

The parties in the above-captioned matters jointly submit this status report.

On Tuesday July 20, 2021, the parties engaged in mediation before John Phillips regarding Plaintiffs' motions for attorneys' fees. At the conclusion of the mediation, the parties agreed in principle to a settlement of the pending motions, with a term sheet providing for a final settlement agreement within 10 days. On Sunday July 25, counsel for Plaintiff Bednasek e-mailed a draft settlement agreement to counsel for Defendant.

On August 3, counsel for Defendant e-mailed Plaintiffs' counsel stating that he is awaiting internal approval of a proposed revised settlement agreement. Upon receipt of Defendant's proposed revised settlement agreement, Plaintiffs' counsel will need several days to review Defendant's proposed revisions, and will promptly advise Court when a final agreement has been reached.

Respectfully submitted, this 4th day of August, 2021.

/s/ Stanley R. Parker
Stanley R. Parker, KS (#10971)
Office of the Attorney General
Assistant Attorney General/Trial Counsel
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612-1597
Phone: (785) 368-8423
Fax: (785) 291-3767
stanley.parker@ag.ks.gov

Counsel for Defendant
Secretary of State Scott Schwab

/s/ Sharon Brett
SHARON BRETT (#28696)
American Civil Liberties Union of Kansas
6701 W 64th St., Suite 210
Overland Park, KS 66202
Phone: (913) 490-4100
Fax: (913) 490-4119
sbrett@aclukansas.org

/s/ Dale E. Ho
DALE E. HO*
R. ORION DANJUMA*
SOPHIA LIN LAKIN*
American Civil Liberties Union Foundation,
125 Broad St.
New York, NY 10004
Phone: (212) 549-2693
dale.ho@aclu.org
odanjuma@aclu.org
slakin@aclu.org

| | |
|---|---|
| NEIL A. STEINER* | ANGELA M. LIU* |
| Dechert LLP | Dechert LLP |
| 1095 Avenue of the Americas | 35 West Wacker Drive |
| New York, NY 10036 | Suite 3400 |
| T: (212) 698-3822 | Chicago, Illinois 60601-1608 |
| F: (212) 698-3599 | Phone: (312) 646 5816 |
| neil.steiner@dechert.com | Fax: (312) 646 5858 |
| | angela.liu@dechert.com |
| *Counsel for Fish Plaintiffs* | * admitted *pro hac vice* |

DENTONS US LLP

/S/ Mark P. Johnson
Mark P. Johnson Ks Bar #22289
Curtis E. Woods Mo. Bar # 27065 (*pro hac vice*)
Dentons US LLP
4520 Main Street
Suite 1100
Kansas City, MO 64111
816/460-2400
816/531-7545 (fax)
mark.johnson@dentons.com
curtis.woods@dentons.com
samantha.wenger@dentons.com

Mark Emert #22186
FAGAN EMERT L.L.C.
730 New Hampshire Street, Suite 210
Lawrence, KS 66044
(785) 331-0300 – Telephone
(785) 331-0303 – Facsimile
memert@fed-firm.com

Attorneys for Plaintiff Parker Bednasek

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on this 4th day of August, 2021, I electronically filed the foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ Sharon Brett
SHARON BRETT
*Attorney for Fish Plaintiffs*