**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS**

| | | |
|---|---|---|
| STEVEN WAYNE FISH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **Case No. 16-2105-JAR-JPO** |
| v. | ) | |
| | ) | |
| SCOTT SCHWAB, in his official capacity as Secretary of State for the State of Kansas, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| PARKER BEDNASEK, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **Case No. 15-9300-JAR-JPO** |
| v. | ) | |
| | ) | |
| SCOTT SCHWAB, in his official capacity as Secretary of State for the State of Kansas, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION AND STIPULATION REGARDING PLAINTIFFS' MOTIONS FOR
ATTORNEYS' FEES AND COSTS**

The parties in the above-captioned matters submit this joint motion and stipulation as per

D. Kan. Rule 54.2(b) for an entry of judgment in favor of Plaintiffs in part on their pending

applications for attorneys' fees, costs, and expenses, for a collective total of $1,900,000.00. *Cf.*

*N.C. State Conference of the NAACP v. McCrory*, No.1:13-CV-658, Doc. No. 507 (M.D.N.C.

July 26, 2018) (joint motion of the parties in voting rights case to grant plaintiffs' motions for

attorneys' fees and costs in part, in accordance with terms of negotiated resolution) (attached as

Exhibit A); *id*. Doc. No. 508 (M.D.N.C. Dec. 7, 2018) (granting motion) (attached as Exhibit B).

On January 28, 2021, motions for attorneys' fees, costs and expenses were filed by Plaintiffs in both cases. *See Fish* Doc. No. 582, *Bednasek* Doc. No. 237. After completion of Reply briefing, Plaintiffs amended their request to seek a total award of $3,363,514.85 in combined attorneys' fees, costs and expenses. See *Fish* Doc. No. 592 (*Fish* Plaintiffs' total request of $2,498,970.70); *Bednasek* Doc. No. 237 (*Bednasek* Plaintiff's original total request of $816,344.15); *Bednasek* Doc. No. 252 (supplemental request for $48,200.00).

On July 20, the parties undertook mediation and were able to reach a negotiated resolution of the pending motions. The parties therefore ask the Court to grant Plaintiffs' motions in part as follows:

1. Award Plaintiffs costs and expenses in the amount of $370,000.00, and attorneys' fees in the amount of $1,530,000.00, for a total award for attorneys' fees and litigation expenses in the amount of **$1,900,000.00**, to be allocated among Plaintiffs' counsel in the two cases as follows:

|  | Fees Owed | Costs and Expenses Owed | **TOTAL OWED** |
|---|---|---|---|
| *Fish* | $1,075,000.00 | $350,000.00 | **$1,425,000.00** |
| *Bednasek* | $455,000.00 | $20,000.00 | **$475,000.00** |
| TOTAL OWED | $1,530,000.00 | $370,000.00 | **$1,900,000.00** |

Plaintiffs' counsel for each case may allocate such costs, expenses and fees awarded in connection with their case as they may agree among themselves.

2. Defendants shall pay this Award of costs, expenses and fees within thirty (30) days of publication of legislation appropriating monies sufficient to pay the full Settlement Sum.

A proposed Order for each case will be submitted for the Court's approval.

Respectfully submitted, this 10th day of September, 2021.


/s/ Stanley R. Parker
Stanley R. Parker, KS (#10971)
Office of the Attorney General
Assistant Attorney General/Trial Counsel
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612-1597
Phone: (785) 368-8423
Fax: (785) 291-3767
stanley.parker@ag.ks.gov

Counsel for Defendant
Secretary of State Scott Schwab


/s/ Sharon Brett
SHARON BRETT (#28696)
American Civil Liberties Union of Kansas
6701 W 64th St., Suite 210
Overland Park, KS 66202
Phone: (913) 490-4100
Fax: (913) 490-4119
sbrett@aclukansas.org

/s/ Dale E. Ho
DALE E. HO*
R. ORION DANJUMA*
SOPHIA LIN LAKIN*
American Civil Liberties Union Foundation,
125 Broad St.
New York, NY 10004
Phone: (212) 549-2693
dale.ho@aclu.org
odanjuma@aclu.org
slakin@aclu.org


NEIL A. STEINER*
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
T: (212) 698-3822
F: (212) 698-3599
neil.steiner@dechert.com

ANGELA M. LIU*
Dechert LLP
35 West Wacker Drive
Suite 3400
Chicago, Illinois 60601-1608
Phone: (312) 646 5816
Fax: (312) 646 5858
angela.liu@dechert.com


*Counsel for Fish Plaintiffs*

* admitted *pro hac vice*

DENTONS US LLP

/s/ Mark P. Johnson
Mark P. Johnson Ks Bar #22289
Curtis E. Woods Mo. Bar # 27065 (*pro hac vice*)
Dentons US LLP
4520 Main Street
Suite 1100
Kansas City, MO 64111
816/460-2400
816/531-7545 (fax)
mark.johnson@dentons.com
curtis.woods@dentons.com
samantha.wenger@dentons.com


/s/ Mark Emert
Mark Emert #22186
FAGAN EMERT L.L.C.
730 New Hampshire Street, Suite 210
Lawrence, KS 66044
(785) 331-0300 – Telephone
(785) 331-0303 – Facsimile
memert@fed-firm.com

Attorneys for Plaintiff Parker Bednasek

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on this 10th day of September, 2021, I electronically filed the foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ Sharon Brett
SHARON BRETT
*Attorney for Fish Plaintiffs*