# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PATRICK LLOYD MCCRORY, in his official capacity as the Governor of North Carolina, et al., <br><br> Defendants. | Civil Action No. 1:13-CV-658 |
| LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE STATE OF NORTH CAROLINA, et al., <br><br> Defendants. | Civil Action No. 1:13-CV-660 |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THE STATE OF NORTH CAROLINA, et al., <br><br> Defendants. | Civil Action No. 1:13-CV-861 |

## JOINT MOTION REGARDING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

On March 19, 2018, motions for attorneys' fees, costs and expenses were filed by Plaintiffs North Carolina NAACP *et al*. (1:13-cv-658, ECF 497), League of Women Voters of North Carolina *et al*. (1:13-cv-660, ECF 485), and Louis Duke *et al*. (1:13-cv-660, ECF 487) (collectively "the Motions"). Plaintiffs sought a total award of $7,978,404.97 in combined attorneys' fees, costs and expenses to Plaintiffs' counsel Forward Justice, Advancement Project, Irving Joyner, the Southern Coalition for Social Justice, the American Civil Liberties Union, Kirkland & Ellis LLP, Perkins Coie LLP and Poyner Spruill LLP. (In their motions and supporting documents, Kirkland & Ellis LLP, Perkins Coie LLP and Poyner Spruill LLP sought only costs and expenses and, in the case of Perkins Coie LLP, fees related to preparation of the motions. These three firms represented to the Court that they were waiving in excess of $11,300,000 in attorneys' fees.)

Defendants thereafter sought, with Plaintiffs' consent, three extensions of the deadline for the response to Plaintiffs' motions, to allow the parties an opportunity to discuss a potential resolution of Plaintiffs' request for an award of fees and costs. The current deadline to respond is July 26, 2018.

The parties have been able to reach a negotiated resolution of the motions. The parties therefore ask the Court to grant Plaintiff's motions in part as follows:

1. Award Plaintiffs costs and expenses in the amount of $2,103,434.42 and attorneys' fees in the amount of $3,818,730.86, for a total award for attorneys' fees and

litigation expenses in the amount of $5,922,165.28, to be allocated among Plaintiffs' counsel in the three cases as follows:

| FINAL | Fees Owed | Costs Owed | TOTAL OWED |
|---|---|---|---|
| NAACP | $ 1,829,310.02 | $ 1,410,111.29 | $ 3,239,421.31 |
| Duke | $ 37,242.86 | $ 299,752.29 | $ 336,995.15 |
| LWV | $ 1,952,177.99 | $ 393,570.84 | $ 2,345,748.83 |
|  | $ 3,818,730.86 | $ 2,103,434.42 | $ 5,922,165.28 |

Plaintiffs' counsel for each case to allocate such costs, expenses and fees awarded in connection with their case as they may agree among themselves.

2. Defendants shall pay this Award of costs, expenses and fees within sixty (60) days of the date of this Order. Payment to the NAACP Plaintiffs' counsel shall be made to Kirkland & Ellis LLP; to the LWV Plaintiffs' counsel to the Southern Coalition for Social Justice; and to the Duke Plaintiffs' counsel to Perkins Coie LLP.

Respectfully submitted, this 26th day of July, 2018.

    NORTH CAROLINA DEPARTMENT OF JUSTICE

    By: /s/ Alexander McC. Peters
    Alexander McC. Peters
    Chief Deputy Attorney General
    N.C. State Bar No. 13654
    apeters@ncdoj.gov
    N.C. Department of Justice
    P.O. Box 629
    Raleigh, NC  27602
    Telephone: (919) 716-6400
    Facsimile: (919) 716-0135
    *Counsel for Defendants*

Penda D. Hair  
Caitlin Swain  
1401 New York Avenue, N.W.  
Suite 1225  
Washington, DC 20005  
phair@forwardjustice.org  

Irving Joyner (N.C. State Bar # 7830)  
P.O. Box 374  
Cary, NC 27512  
Phone: (919)319-353  
ijoyner@nccu.edu  

By: */s/ Michael A.Glick*  
Daniel T. Donovan  
Susan M. Davies  
Bridget K. O'Connor  
Michael A. Glick  
KIRKLAND & ELLIS LLP  
655 Fifteenth St., N.W.  
Washington, DC 20005  
Phone: (202) 879-5000  
Michael.Glick@kirkland.com  

*Attorneys for the NC NAACP Plaintiffs Case*

Document8

| | |
|---|---|
| /s/ *Bruce V. Spiva* | /s/ *Edwin M. Speas, Jr.* |
| Marc E. Elias | Edwin M. Speas, Jr. |
| D.C. Bar No. 442007 | POYNER SPRUILL LLP |
| MElias@perkinscoie.com | N.C. State Bar No. 4112 |
| John M. Devaney | espeas@poynerspruill.com |
| D.C. Bar No. 375465 | Caroline P. Mackie |
| JDevaney@perkinscoie.com | N.C. State Bar No. 41512 |
| Bruce V. Spiva | cmackie@poynerspruill.com |
| D.C. Bar No. 443754 | P.O. Box 1801 (27602-1801) |
| Elisabeth C. Frost | 301 Fayetteville St., Suite 1900 |
| D.C. Bar No. 1007632 | Raleigh, NC 27601 |
| EFrost@perkinscoie.com | Telephone: (919) 783-6400 |
| Amanda R. Callais | Facsimile: (919) 783-1075 |
| D.C. Bar No. 1021944 | *appearing pursuant to Local Rule 83.1(d)* |
| ACallais@perkinscoie.com | |
| PERKINS COIE LLP | |
| 700 Thirteenth Street, N.W., Suite 600 | |
| Washington, D.C. 20005-3960 | |
| Telephone: (202) 654-6200 | |
| Facsimile: (202) 654-6211 | |

Joshua L. Kaul
Wisconsin Bar No. 1067529
JKaul@perkinscoie.com
PERKINS COIE LLP
1 East Main Street, Suite 201
Madison, WI 53705
Telephone: (608) 294-4007
Facsimile: (608) 663-7499

*Attorneys for Duke Plaintiff-Intervenors*

By: */s/ Allison J. Riggs*

Allison J. Riggs (State Bar # 40028)
Southern Coalition for Social Justice
1415 Highway 54, Suite 101
Durham, NC 27707
Telephone: 919-323-3380 ext. 117
Facsimile: 919-323-3942
E-mail: allison@southerncoalition.org

*Attorneys for Plaintiffs in League of Women Voters of North Carolina, et al. v. North Carolina, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **JOINT MOTION REGARDING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties with an email address of record, who have appeared and consent to electronic service in this action

This the 26th day of July, 2018.

/s/ Alexander McC. Peters
Chief Deputy Attorney General